# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** April 26, 2022     **Time:** 9 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-07923-EMC     **Case Name:** Casa Nido Partnership v. Jae Kwon et al

**Attorney for Plaintiff:** Jessica Taylor

**Defendant**: Jae Kwon (pro se)

**Attorney for Defendant (O'Hanks):** Rohit Sabnis, Christopher Dow

**Attorney for Defendant (Garibotti):** Alan Jacobus

**Attorney for Defendant (Sentry Insurance):** Linda Hsu

**Deputy Clerk:** Tracy Geiger     **Zoom recording: 2:54-3:03**

## PROCEEDINGS

Status Conference - held via Zoom

## SUMMARY

Parties stated appearances. Parties working on document production and privilege log being produced. Potential to name additional parties, but parties understand need to proceed with ADR current scheduled for June.

Federal Pro Bono Project still trying to find counsel for defendant Kwon.

CASE CONTINUED TO: **July 26, 2022 at 2:30 p.m., for further Status.** Parties shall file a joint Status statement at least seven days prior to the next hearing.