Rachel S. Doughty, Cal. Bar No. 255904
Jessica L. Blome, Cal. Bar No. 314898
Richard Brody, Cal. Bar No. 100379
GREENFIRE LAW
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendant.<br><br>―――――――――――――――――<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v. | Case No. 3:20-cv-07923  EMC<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER REFERRING THIS CASE TO MEDIATION, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT THEREOF, AND PROPOSED ORDER**<br><br>Date:  August 18, 2022<br>Time: 1:30 p.m.<br>Department: Courtroom 5-17th Floor<br>Trial Date: Not Assigned |

1
**MOTION FOR ORDER REFERRING THIS CASE TO MEDIATION**

CASA NIDO PARTNERSHIP, a California Partnership,

Counter-Defendant.

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, August 18, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, Plaintiff and Counter-Defendant CASA NIDO PARTNERSHIP, a California Partnership (hereinafter referred to as "Casa Nido") will move this Court for an Order referring this matter for mediation.

By this motion, Casa Nido requests that the Court order this matter to mediation to take place prior to the end of September 2022 before Joshua Bloom, an attorney at law who the parties have previously agreed may act as the mediator in this case. Although all parties are in agreement that this matter is suitable for mediation, and even though all parties previously agreed to have this matter mediated on July 21, 2022, one party is now insisting, without substantial justification, that mediation cannot occur prior to September 2022. The continuing delay in having this matter mediated is causing substantial financial harm to the members of the Casa Nido Partnership, who are mostly elderly individuals with limited financial resources.

This motion is based upon the attached Memorandum of Points and Authorities, Declaration of Rachel S. Doughty, upon the Court's files in this matter, and upon such other and further evidence as may be set forth at the hearing of this matter, if a hearing is ordered to take place by the Court.

///

///

///

Dated: July 15, 2022                    Respectfully submitted,

                                        By: /s/ Rachel S. Doughty
                                        Rachel S. Doughty
                                        Richard A. Brody
                                        Attorneys for Plaintiff and Counter-
                                        Defendant CASA NIDO PARTNERSHIP, a
                                        California Partnership