# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 26, 2022　　　　**Time:** 2:30-3:00　　　　**Judge:** EDWARD M. CHEN
30 Minutes

**Case No.**: 20-cv-07923-EMC　　　**Case Name:** Casa Nido Partnership v. Kwon

**Attorney for Plaintiff:** Rachel Doughty, Richard Brody
**Attorney for Defendant:** Sarah Hoffman (Kwon); Rohit Sabnis, Christopher Dow (O'Hanks); Linda Hsu (Sentry); Mark Chuang (Garibotti)

**Deputy Clerk:** Vicky Ayala　　　　　　　　**Court Reporter:** Ana Dub

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

Defendant O'Hanks is working with an insurance archeologist to uncover other primary or umbrella carriers. The insurance archeologist may need about three months to complete its investigation. The investigation period focuses on the period of 1974-1990. Additionally, the O'Hanks is more information from the Department of Toxic Controlled Substances (DTSC) bout the March 2022 Amendment which could expand the parties' liability for the hazardous substances cleanup. As to the property in question, plaintiff estimates total costs in clean-up will be 2.4 million dollars. Plaintiff and other defendants prefer to proceed with mediation. O'Hanks prefers to await further developments.

The Court appoints a Magistrate Judge to oversee discovery disputes. The Court refers the parties to private mediation with Joshua Bloom to commence mediation discussions no later than October 31, 2022. This will afford time for the parties to locate additional insurers and obtain more information from the DTSC while avoid a lengthy and indefinite delay in commencing mediation. The Court will defer to Mediator Bloom to determine whether the matter is ripe for mediation and what, if any, sequencing to implement. It is the Court's intent that the parties will engage the mediator in earnest. The mediator is directed to provide a brief report on the timing of the mediation prior to the next status conference.

CASE CONTINUED TO: **November 15, 2022, at 2:30 P.M., for Status Conference.** Joint CMC statement **due by 11/8/2022**.