UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP,<br><br>             Plaintiff,<br><br>     v.<br><br>JAE KWON, et al.,<br><br>             Defendants. | Case No. 20-cv-07923-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes in this case are referred

☒   for random assignment to a United States Magistrate Judge.

☐   to United States Magistrate Judge.

After meeting and conferring, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: July 26, 2022

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*