Rachel S. Doughty, Cal. Bar No. 255904
Jessica L. Blome, Cal. Bar No. 314898
Richard A. Brody, Cal. Bar No. 100379
GREENFIRE LAW
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendant.<br><br>―――――――――――――――――――<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v. | Case No. 20-cv-07923<br><br>**NOTICE OF TAKING MOTION FOR ORDER REFERRING THIS CASE TO MEDIATION OFF CALENDAR** |

1
**NOTICE OF TAKING MOTION FOR ORDER REFERRING THIS CASE TO MEDIATION OFF CALENDAR**

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Counter-Defendant. | |

**TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff's Motion for Order Referring this Case to Mediation, presently set for hearing on September 15, 2022, at 1:30 p.m. in Courtroom 5 of the above-entitled Court, has been taken off calendar. This Motion is moot in light of the Court's Minute Order dated July 26, 2022, ordering this case to private mediation with Mediator Joshua Bloom, with mediation discussions to commence no later than October 31, 2022. (Docket Document 123).

Dated: August 3, 2022                                    GREENFIRE LAW, PC

_Rachel S. Doughty_
Rachel S. Doughty
Attorney for Plaintiffs