```
 1  LINDA WENDELL HSU (SBN 162971)
    lhsu@selmanlaw.com
 2  SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
 3  San Francisco, CA 94105-4537
    Telephone: 415.979.0400
 4  Facsimile: 415.979.2099

 5  Attorneys for Defendant/Counter-Defendant
    SENTRY INSURANCE COMPANY
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE O'HANKS, JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>　　　　Defendants.<br><br>CATHERINE O'HANKS<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY<br><br>　　　　Counter-Defendants. | CASE NO. 3:20-CV-07923-EMC-TSH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AND SUPPLEMENTAL COMPLAINT<br><br>Date:　　　　October 6, 2022<br>Time:　　　　1:30 pm<br>Judge:　　　Edward M. Chen<br>Dept.:　　　Ctrm 5 – 17th Floor<br><br>Complaint Filed:　　November 10, 2020 |

1

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE THIRD AND SUPPLEMENTAL COMPLAINT
CASE NO. 3:20-CV-07923-EMC-TSH

The parties to this action, as indicated by the signatures of counsel below, hereby stipulate as follows with respect to continuing the hearing date on plaintiff CASA NIDO PARTNERSHIP's ("Casa Nido's") Motion For Leave To File Third And Supplemental Complaint ("Motion") against defendant SENTRY INSURANCE COMPANY ("Sentry") Only:

1. WHEREAS, on August 8, 2022, Casa Nido filed its Motion (ECF 130). The Motion identified a hearing date of September 15, 2022;
2. WHEREAS, on August 22, 2022, Sentry filed its Opposition to the Motion (ECF 131);
3. WHEREAS, on August 29, 2022, Casa Nido filed its Reply in support of the Motion (ECF 132);
4. WHEREAS, on September 8, 2022, the Court issued an Order re-setting the Motion Hearing from September 15, 2022 to October 6, 2022, at 1:30 PM via Zoom (ECF 133);
5. WHEREAS, counsel for Sentry is unavailable for a hearing on October 6, 2022 at 1:30 PM due to personal travel commitments;
6. WHEREAS, counsel for Sentry met and conferred with counsel for Casa Nido, and those parties agreed that Sentry could request that the Court further continue the hearing on the Motion to either October 13, 2022 or October 27, 2022.

THEREFORE, the parties hereby STIPULATE, subject to the Court's approval, that the hearing on the Motion can be further continued to either October 13, 2022 or October 27, 2022, or to another date at the Court's convenience.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 21, 2022 | SELMAN BREITMAN LLP |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Linda Wendell Hsu<br>      LINDA WENDELL HSU<br>Attorneys for Defendant/Counter-Defendant |
| 6 | | SENTRY INSURANCE COMPANY |
| 10 | DATED:  September 15, 2022 | GREENFIRE LAW, PC |
| 13 | | By:  /s/ Rachel S. Doughty<br>      RACHEL S. DOUGHTY |
| 14 | | JESSICA L. BLOME<br>JESSICA A. TAYLOR |
| 15 | | Attorneys for Plaintiff |
| 16 | | CASA NIDO PARTNERSHIP |
| 18 | DATED:  September 21, 2022 | EDLIN GALLAGHER HUIE & BLUM |
| 21 | | By:  /s/ Christopher J. Dow<br>      WILLIAM NOEL EDLIN |
| 22 | | JESPER I. RASMUSSEN<br>CHRISTOPHER J. DOW |
| 23 | | Attorneys for Defendant/Counter-Claimant<br>and Cross-Complainant CATHERINE O'HANKS |

3
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE THIRD AND SUPPLEMENTAL COMPLAINT
CASE NO. 3:20-CV-07923-EMC-TSH

138 48370 4860-3348-6387.v1

| | |
|---|---|
| DATED:  September 21, 2022 | KELLER AND HECKMAN LLP |

By:  */s/ Rohit A. Sabnis*
    ROHIT A. SABNIS
Attorneys for Defendant/Counter-Claimant
and Cross-Complainant CATHERINE O'HANKS

| | |
|---|---|
| DATED:  September 20, 2022 | SHANNON B. JONES LAW GROUP, INC. |

By:  */s/ Shannon B. Jones*
    SHANNON B. JONES
    ALAN PALMER JACOBUS
Attorneys for Defendant/Cross-Defendant
LYNNE MARIE GARIBOTTI

| | |
|---|---|
| DATED:  September 21, 2022 | VENABLE LLP |

By:  */s/ William M. Sloan*
    WILLIAM M. SLOAN
    SARAH M. HOFFMAN
Attorneys for Defendant
JAE KWON

138 48370 4860-3348-6387.v1

**[PROPOSED] ORDER**

Having reviewed the foregoing Stipulation, **IT IS HEREBY ORDERED AS FOLLOWS:**

The hearing on Casa Nido's Motion For Leave To File Third And Supplemental Complaint against Sentry Only is continued to [October 13, 2022 at 1:30 PM via Zoom] [October 27, 2022 at 1:30 PM via Zoom]

**IT IS SO ORDERED.**

DATED: September 30, 2022

Edward M. Chen, Judge of the
United States District Court