RACHEL S. DOUGHTY, ESQ. (SBN 255904)
rdoughty@greenfirelaw.com
RICHARD A. BRODY (SBN 100379)
rbrody@greenfirelaw.com
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502

*Attorneys for Plaintiff*

*See signature page for complete list of parties represented.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY, <br><br> Defendants. <br> _____ <br><br> CATHERINE O'HANKS, <br><br> Counter-Claimant, <br><br> v. <br><br> CASA NIDO PARTNERSHIP, a California Partnership; JAE KWON aka JAY KWON | No. 3:20-cv-07923-EMC <br><br><br> **JOINT STATUS CONFERENCE STATEMENT** <br><br> CMC Date:   November 15, 2022 <br> Time:            3:00 pm <br><br> Hon. Edward M. Chen |

| | |
|---|---|
| aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952, and SENTRY INSURANCE COMPANY | ) ) ) ) ) ) |
| Counter-Defendants. | ) ) ) ) ) |

CASA NIDO PARTNERSHIP, a California Partnership, Plaintiff ("Casa Nido"); Defendant, Counter-Claimant and Cross-Complainant CATHERINE O'HANKS ("O'Hanks"); Defendant and Cross-Defendant LYNN MARIE GARIBOTTI ("Ms. Garibotti"); Defendant JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON ("Kwon"), and Defendant / Counter-Defendant SENTRY INSURANCE COMPANY, a Wisconsin corporation ("Sentry"; collectively the "Parties"), in the above-entitled action submit this JOINT STATUS CONFERENCE STATEMENT.

**I.      Pleadings**

All parties presently named in the case have made a general appearance. Casa Nido's Motion for Leave to File a Third Amended Complaint has been submitted.

Additional prior owners of the dry-cleaning business, Sandra Kate Anderson and Earl Ray Anderson, have been identified, but have not yet been brought into the case. All parties will stipulate to allow amendment of any pleading without need for a motion for the sole purpose of adding the Andersons to the case.

Additional insurers have been identified by Ms. O'Hanks to which she has tendered her defense and indemnity of the claims made in this case: Aetna and Central Mutual Insurance Exchange. This is in addition to insurers already identified including Allianz, The Hartford, Chubb/Pacific Indemnity and Sentry. In addition, Casa Nido has tendered its defense and indemnity of the claims made in this case to Medmarc Insurance Company, who acquired

Dependable Insurance Company in the 1990's. Dependable issued a policy of insurance to Defendant Kwon.

## II.     Pre-Mediation Discovery

### A.     Initial Disclosures

Defendant Kwon has now served his initial disclosures required under Federal Rule of Civil Procedure 26(a)(1).

Casa Nido served its initial disclosures on Kwon and O'Hanks on February 10, 2021, including documents (Casa Nido000001-001157)), which included all DTSC invoices, insurance policies obtained by that date, estimates for cleanup from Casa Nido environmental consultant Pangea Environmental Services, Inc., which has been handling remediation of the property at issue, and Pangea invoices received as of that date, which themselves included the invoices and work descriptions of subcontractors. Casa Nido served the same on Sentry and Garibotti on October 4, 2021, after their appearance in the case. Casa Nido served additional documents on all parties on June 17, 2022 (Casa Nido 001158 to 001166) which consisted of an updated cost estimate from Pangea Environmental Services, Inc. on July 5, 2022, Casa Nido served more documents (Casa Nido 001167 to 002854) on all parties, consisting of bank statements, utility bills, contractor bills, as well as again serving the estimate from Pangea Environmental Services, Inc. for remediation work at the subject property in response to a request from O'Hanks to provide additional substantiation for amounts spent. On July 14, Casa Nido served documents on all parties relating to a Medmarc insurance policy held by Kwon (Casa Nido002855 to 002866).

**Garibotti** served her initial disclosures on November 2, 2021, including documents (Garabotti 000001-000024).

**Sentry** served its initial disclosures on October 4, 2021, supplementing the same on October 6, 2021, and produced documents (Sentry 0001-1118) on June 6, 2022.

**O'Hanks** served her initial disclosures on December 8, 2021, supplementing the same on February 10, 2022, including the Sentry Insurance Business Owners policy and Fireman's

Fund policy #MXP-304. (O'Hanks disagrees that Plaintiff served all invoices relative to its cleanup at its property on February 10, 2021. O'Hanks received these on June 17, 2022.)

On June 17, 2022, Casa Nido sent a request to each defendant to update their initial disclosure statements.

### B.  Depositions Noticed

**Casa Nido** has noticed the deposition of O'Hanks and Mr. Kwon. The notice of deposition of both defendants is necessitated by their advanced age and the fact that in each case and collectively their memories may contain the only repository of critical information regarding the operation of the facility over the years in which pollutants were released which will be critical if this matter goes to trial. The depositions were delayed by mediation.

### C.  Additional Discovery

**Casa Nido** has served the discovery listed below:

1. *On Sentry*: Requests for Production and Copying of Documents (December 8, 2021). Following the direction of this Court to focus discovery efforts on material required for mediation, Casa Nido on March 3, 2022, renewed Nos. 1 and 2 of its December 2021 Requests for Production, seeking the claim file and other documents and files related to the polic(ies) and claims at issue in this case. Sentry responded on March 17, 2022, and produced documents (Sentry 0001-1118) and a privilege log on June 6, 2022.

2. *On Garibotti*: In response to focused discovery demands, Garibotti has produced 24 pages of documents pertaining to the Claudio Garibotti Trust dated May 1, 1952 ("Trust"). Casa Nido sought additional documents relating to the Trust without success.

3. *On Kwon*: Casa Nido served its first set of Special Interrogatories on December 8, 2021. Casa Nido previously provided Kwon an extension until February 25, 2022, to respond to this discovery, but as of today's date, Kwon has provided no substantive response. All objections to Casa Nido's discovery have therefore

been waived by Kwon. Following appointment of pro bono counsel, Kwon has proposed to provide responses by August 10, 2022.

4. *On O'Hanks*: Casa Nido propounded its First set of Interrogatories and First set of Requests for Production on O'Hanks on December 1, 2021. O'Hanks responded in February 2022.

Casa Nido anticipates serving additional discovery on parties with whom mediation does not wholly resolve the case.

**O'Hanks** has informally requested from Casa Nido the following documents, which have been produced:

1. Consultant and other vendor proposals detailing scope of work, and budgets for work to be performed;
2. Consultant invoices (typically monthly) with all back up supporting documents including labor details, receipts, and subcontractor invoices;
3. Proposals and bid estimates for all subcontracted work including laboratories, drillers, and remediation contractors;
4. Proof of payments and confirmation of payments to vendors;
5. Payments to other entities, made as part of the investigation and cleanup, such as regulators, local governments such as the City or County, and utilities;
6. Any cost estimates developed to evaluate cleanup options;
7. Any insurance policies issued to Casa Nido or any of its members that may provide coverage for the claims being made in Ms. O'Hanks' cross-complaint against Casa Nido;
8. Any documents referring to insurance policies issued to Casa Nido or any of its members that may provide coverage for the claims being made in Ms. O'Hanks' cross-complaint against Casa Nido;
9. Any documents referring to insurance brokers or agents utilized by Casa Nido from 1970 to 2000.

- 5 -
JOINT STATUS CONFERENCE STATEMENT – Case No. 3:20-cv-07923-EMC

**Sentry:** has served no formal discovery as of this date.

**Garibotti** served the following discovery on January 6, 2022, and has agreed to informal extensions for responses while the parties meet-and-confer about informal information and document exchange and mediation:

1. Lynne Marie Garibotti's Requests for Production of Documents to Catherine O'Hanks, Set One;
2. Lynne Marie Garibotti's Interrogatories to Catherine O'Hanks, Set One;
3. Lynne Marie Garibotti's Requests for Production of Documents to Casa Nido Partnership, Set One; and
4. Lynne Marie Garibotti's Interrogatories to Casa Nido Partnership, Set One.

### E.     Duty to Supplement

Casa Nido has regularly supplemented its initial disclosures.

### III.   Mediation

The Parties agreed to use Joshua Bloom as a mediator, and a day-long mediation session was held on October 18, 2022. The mediator submitted a report to the Court following that meeting. (ECF 139.)

### IV.    Dispositive Motions

Sentry and Casa Nido intend to file cross-Motions for Summary Judgment/Adjudication on the schedule proposed below, with a hearing on March 9, or as soon thereafter as the Court and parties are available.

| Date | Deadline | Page Limit |
|---|---|---|
| 11/18/22 | Proposed Joint Statement of Stipulated Facts will be provided by Casa Nido to Sentry | NA |
| 12/2/22 | Sentry will respond to proposed Joint Statement | NA |

| | | |
|---|---|---|
| 12/19/22 | Casa Nido files opening brief | 25 pages |
| 1/16/23 | Sentry files cross motion and opposition | 25 pages |
| 1/27/23 | Casa Nido files opposition & reply | 25 pages |
| 2/23/23 | Sentry files reply | 15 pages |

Respectfully submitted by:

Dated: November 2, 2022      /s/ Rachel Doughty

RACHEL S. DOUGHTY, ESQ. (SBN 255904)
rdoughty@greenfirelaw.com
RICHARD BRODY (SBN 100379)
rbrody@greenfirelaw.com
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 96707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
*Counsel for Plaintiff and Counter-Defendant, Casa Nido Partnership*

Dated: November 8, 2022      /s/ Sarah Keast Hoffman

SARAH M. KEAST HOFFMAN, ESQ. (SBN 308568)
smhoffman@venable.com
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 956-8100
Facsimile: (415) 288-9755
*Counsel for Defendant Jae Kwon*

                                WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
JESPER I. RASMUSSEN, ESQ.  (SBN 121001)
jrasmussen@behblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:     (415) 397-9006
Facsimile:      (415) 397-1339

Dated: November 8, 2022        /s/ Christopher Dow

CHRISTOPHER J. DOW
*Counsel for Defendant, Counter-Claimant and Cross-Complainant Catherine O'Hanks*

Dated: November 8, 2022        /s/ Rohit Sabnis

ROHIT A. SABNIS, ESQ. (SBN 221465)
sabnis@khlaw.com
KELLER AND HECKMAN LLP
Three Embarcadero Center, Suite 1420
San Francisco, CA  94111
Telephone:   (415) 948-2807
Facsimile:   (415) 948-2808
*Counsel for Defendant, Counter-Claimant and Cross-Complainant Catherine O'Hanks*

Dated: November 8, 2022        /s/ Linda Wendell Hsu

LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099
*Counsel for Defendant / Counter-Defendant Sentry Insurance Company*

| | |
|---|---|
| Dated: November 8, 2022 | /s/ Shannon B. Jones |
| | SHANNON B. JONES LAW GROUP, INC.<br>SHANNON B. JONES (Bar No. 149222)<br>sbj@sbj-law.com<br>ALAN PALMER JACOBUS (Bar No. 206954)<br>apj@sbj-law.com<br>208 W. El Pintado Road<br>Danville, California 94526<br>Telephone: (925) 837-2317<br>Facsimile: (925) 837-4831<br>*Counsel for Defendant, Lynne Garibotti* |

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained the concurrence from the above signatories on November 8, 2022, for the filing of this Joint Status Conference Statement.

Dated: November 8, 2022

Rachel S. Doughty
*Counsel for Plaintiff and Counter-Defendant, Casa Nido Partnership*