Rachel S. Doughty (CBN 255904)
Jessica L. Blome (CBN 314898)
Richard A. Brody (SBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendant.<br><hr>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Counter-Defendant. | Case No. 20-cv-07923-EMC<br><br>**ORDER ADOPTING STIPULATION TO AMEND COMPLAINT TO NAME NEW DEFENDANTS**<br><br>Complaint Filed: November 10, 2020 |

1
ORDER ADOPTING STIPULATION TO AMEND COMPLAINT TO NAME NEW DEFENDANTS
20-CV-07923-EMC

1  The Stipulation of the parties to Amend the Complaint to Add New Defendants, submitted on December  12  , 2022, is hereby granted and adopted as the Order of the Court.

IT IS ORDERED THAT Sandra Kate Vernell (formerly known as Sandra Kate Anderson) and Earl Ray Vernell, shall be added to the Complaint in this matter as Party Defendants.

IT IS FURTHER ORDERED that the Stipulation to Amend Complaint to Name New Defendants (ECF  145 ) is hereby adopted as the Order of the Court.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file and serve the Third Amended Complaint along with a copy of this Order forthwith.

**IT IS SO ORDERED.**

Dated:  December  16 , 2022

_____
Hon. Edward M. Chen
Judge of the United States District Court for the Northern District of California