LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant/Counter-Defendant
SENTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>    Plaintiff,<br><br>  v.<br><br>CATHERINE O'HANKS, JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:20-CV-07923-EMC-TSH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SENTRY INSURANCE COMPANY'S DEADLINE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT/AND OPPOSITION TO CASA NIDO'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>Judge:    Edward M. Chen<br>Dept.:    Ctrm 5 – 17th Floor |
| CATHERINE O'HANKS<br><br>    Counter-Claimant,<br><br>  v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee of the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY<br><br>    Counter-Defendants. | |

1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SENTRY'S DEADLINE TO FILE CROSS-MOTION FOR SJ/AND OPPOSITION TO CASA NIDO'S CROSS-MOTION FOR SJ
CASE NO. 3:20-CV-07923-EMC-TSH

138 48370 4877-5758-0618.v1

The parties to this action, as indicated by the signatures of counsel below, hereby stipulate as follows with respect to continuing the deadline set by the court for Sentry Insurance Company to file their Cross-Motion for Summary Judgment and their Opposition/Response to Casa Nido's Cross-Motion for Summary Judgment. The deadline is presently set for January 16, 2023, which is a court holiday. The parties are requesting an extension to January 17, 2023.

THEREFORE, the parties hereby STIPULATE, subject to the Court's approval, that the deadline for Sentry Insurance Company can be further continued from January 16, 2023 to January 17, 2023.

IT IS SO STIPULATED.

DATED: January 13, 2023                    SELMAN LEICHENGER EDSON
                                            HSU NEWMAN & MOORE LLP


                                            By: /s/ Linda Wendell Hsu
                                                LINDA WENDELL HSU
                                                Attorneys for Defendant/Counter-
                                                Defendant
                                                SENTRY INSURANCE COMPANY


DATED: January 13, 2023                    GREENFIRELAW, PC



                                            By: /s/ Rachel S. Doughty (As approved
                                                1/13/2023)
                                                RACHEL S. DOUGHTY
                                                RICHARD BRODY
                                                Attorneys for Plaintiff and Counter-Defendant
                                                CASA NIDO PARTNERSHIP

# [PROPOSED] ORDER

Having reviewed the foregoing Stipulation, **IT IS HEREBY ORDERED AS FOLLOWS:**

The deadline for Sentry Insurance Company to file their Cross-Motion for Summary Judgment and their Opposition/Response to Casa Nido's Cross-Motion for Summary Judgment is extended from January 16, 2023 to January 17, 2023.

**IT IS SO ORDERED.**

DATED: ____  _____

_____
Edward M. Chen, Judge of the
United States District Court