1  LINDA WENDELL HSU (SBN 162971)
   lhsu@selmanlaw.com
2  SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA 94105-4537
   Telephone: 415.979.0400
4  Facsimile: 415.979.2099

5  Attorneys for Defendant/Counter-Defendant
   SENTRY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CASA NIDO PARTNERSHIP, a California Corporation, | CASE NO. 3:20-CV-07923-EMC-TSH |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING DEFENDANT SENTRY'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER as trustee of the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY, | Date:      March 9, 2023<br>Time:      1:30<br>Judge:    Edward M. Chen<br>Dept.:    Ctrm 5 - 17th Floor |
| Defendants. | |
| CATHERINE O'HANKS | |
| Counter-Claimant, | |
| v. | |
| JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY | |
| Counter-Defendants. | |

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MPSJ AND GRANTING DEFENDANT SENTRY'S MOTION
FOR SUMMARY JUDGMENT PROPOSED ORDER
CASE NO. 3:20-CV-07923-EMC-TSH

138 48370 4855-9727-1888.v1

Plaintiff Casa Nido Partnership's Motion for Partial Summary Judgment (ECF 148) and Defendant Sentry Insurance Co.'s Motion for Summary Judgment (ECF 157) were scheduled for hearing on March 9, 2023, at 1:30 p.m. in Courtroom 5 of the 17th Floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Hon. Edward M. Chen, Judge Presiding. Plaintiff Casa Nido Partnership ("Casa Nido") was represented by Rachel S. Doughty and Richard A. Brody of Greenfire Law, PC. Defendant Sentry Insurance Co. ("Sentry") was represented by Linda Wendell Hsu of Selman Leichenger Edson Hsu Newman Moore, LLP. Having considered the moving, opposition, and reply papers, and following oral argument, and good cause appearing therefor,

THIS COURT FINDS AND DECLARES:

(1) Sentry issued three consecutive Businessowners Policies to Defendant/Counter-Plaintiff Catherine O'Hanks ("O'Hanks"), all with policy No. 33-15146-01 (hereinafter "the Sentry Policies" ECF 148-2, Ex. A), with effective dates of August 15, 1987, through August 15, 1990 (the "Policy Period"); (2) Casa Nido was named as an additional insured on the Sentry Policies; (3) Defendant Catherine O'Hanks has counter sued Casa Nido seeking contribution from Casa Nido for pollution that allegedly occurred at a dry cleaners that O'Hanks operated on land owned by Casa Nido; (4) the Sentry Policies only cover pollution-related property damage that "first manifests" during the Policy Period; (5) Sentry's duty to defend Casa Nido in this lawsuit under the Sentry Policies can only be triggered by pollution-related property damage that "first manifests" during the Policy Period; (6) the pleadings and extrinsic evidence presented by the parties in this lawsuit do not establish that pollution-related property damage first manifested during the Policy Period; (7) Sentry has never owed a duty to defend Casa Nido under the Sentry Policies; and (8) Casa Nido cannot maintain its claim for bad faith against Sentry because no benefits are due to Casa Nido under the Sentry Policies.

IT IS HEREBY ORDERED as follows:

(1) Plaintiff Casa Nido Partnership's Motion for Partial Summary Judgment on Casa Nido's 10th Claim for Relief in its Third Amended Complaint (ECF147) is DENIED;

2

[PROPOSED] ORDER DENYING PLAINTIFF'S MPSJ AND GRANTING DEFENDANT SENTRY'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:20-CV-07923-EMC-TSH

138 48370 4855-9727-1888.v1

(2) Sentry's Motion for Summary Judgment on Casa Nido's 9th, 10th, and 11th Claims for relief is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Edward M. Chen, United States District Judge

3

[PROPOSED] ORDER DENYING PLAINTIFF'S MPSJ AND GRANTING DEFENDANT SENTRY'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:20-CV-07923-EMC-TSH