1  Rachel S. Doughty (CBN 255904)
   Jessica L. Blome (CBN 314898)
2  Richard A. Brody (SBN 100379)
3  GREENFIRE LAW, PC
   2748 Adeline Street, Suite A
4  Berkeley, CA 94703
   Ph/Fx: (510) 900-9502
5  rdoughty@greenfirelaw.com
   jblome@greenfirelaw.com
6  rbrody@greenfirelaw.com

7  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership, | Case No. 20-cv-07923-EMC |
| Plaintiff, | |
| v. | **JOINT STIPULATON AND ~~(PROPOSED)~~ ORDER EXTENDING CASA NIDO PARTNERSHIP'S DEADLINE TO FILE OPPOSITION TO SENTRY INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT** |
| CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY, | |
| Defendant. | Date: March 9, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |
| CATHERINE O'HANKS, | Complaint Filed: November 10, 2020 |
| Counter-Claimant | |
| v. | |
| CASA NIDO PARTNERSHIP, a California Partnership, | |
| Counter-Defendant. | |

# STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF CASA NIDO PARTNERSHIP ("CASA NIDO") AND SENTRY INSURANCE COMPANY ("SENTRY") AS FOLLOWS:

1. Subject to the Court's approval, the deadline for Casa Nido to file and serve its Opposition to Sentry's Motion for Summary Judgment and Reply to Sentry's Opposition to Casa Nido's Motion for Partial Summary Judgment, shall be continued from its current deadline of Friday, February 3, 2023, to a new deadline of Monday, February 6, 2023.

2. The deadline for Sentry to file and serve its Reply to Casa Nido's Opposition to Sentry's Motion for Summary Judgment is Thursday, February 23, 2023.

IT IS SO STIPULATED

Dated: February 2, 2023        */s/ Rachel Doughty*

RACHEL S. DOUGHTY (SBN 255904)
rdoughty@greenfirelaw.com
RICHARD A. BRODY (SBN 100379)
rbrody@greenfirelaw.com
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 96707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
*Counsel for Plaintiff and Counter-Defendant, Casa Nido Partnership*

Dated: February 2, 2023        */s/ Linda Wendell Hsu*

LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
*Counsel for Defendant / Counter-Defendant Sentry Insurance Company*

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained the

1  concurrence from the above signatories on or before the date of filing, for the filing of this
2  stipulation.

                         By: _/s/ Rachel Doughty___
                                 Rachel Doughty

**(PROPOSED) ORDER**

Having reviewed the foregoing Stipulation, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The deadline for Casa Nido Partnership to file and serve its Opposition to Sentry Insurance Company's Motion for Summary Judgment and Reply to Sentry Insurance Company's Opposition to Casa Nido Partnership's Motion for Partial Summary Judgment, shall be continued from its current deadline of Friday, February 3, 2023, to a new deadline of Monday, February 6, 2023.

2. The deadline for Sentry to file and serve its Reply to Casa Nido's Opposition to Sentry's Motion for Summary Judgment is Thursday, February 23, 2023.

**IT IS SO ORDERED.**

Dated: February  3 , 2023

_____
Hon. Edward M. Chen
Judge of the United States District Court

---

4
JOINT STIPULATON AND (PROPOSED) ORDER EXTENDING CASA NIDO PARTNERSHIP'S DEADLINE TO FILE OPPOSITION TO SENTRY INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT
20-CV-07923-EMC