VENABLE LLP
William M. Sloan (SBN 203583)
wmsloan@venable.com
Sarah M. K. Hoffman (SBN 308568)
smhoffman@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant
JAE KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka KYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNALL (f/k/a SANDRA KATE ANDERSON); and EARL RAY ANDERSON,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-07923-EMC<br><br>**SUGGESTION OF DEATH OF DEFENDANT JAE KWON ON THE RECORD**<br><br>Assigned to: Judge Edward M. Chen<br>Courtroom 5 |

Counsel for Defendant/Cross-Defendant Jae Kwon were appointed to represent Mr. Kwon in the above-referenced action in May 2022, at the request of the Federal Pro Bono Project. (Dkt. No. 115.)  Counsel for Mr. Kwon hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Mr. Kwon.  Counsel for Mr. Kwon were notified by Mr. Kwon's daughter on August 24, 2023 that he had passed away on August 23, 2023.

Counsel is advised that the assets in Mr. Kwon's estate are minimal to non-existent, and that probate will not be opened.  As Counsel has previously informed the Court and other parties, Mr. Kwon was discharged from bankruptcy in 2013.  (*See* Dkt. No. 128, Defendant Jae Kwon's Answer To Plaintiff Casa Nido's Second Amended Complaint, filed 07/29/22.)  If the other parties to this action were to insist on pursuing their claims against Mr. Kwon's estate, it is our understanding that there would be no assets available to satisfy any judgment obtained.

Dated:  September 11, 2023                                          VENABLE LLP

                                                                                By:   */s/ William M. Sloan*
                                                                                         William M. Sloan
                                                                                         Sarah M. K. Hoffman
                                                                                         Attorneys for Defendant/Cross-Defendant
                                                                                         JAE KWON