UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, | ) |
| | ) |
| Plaintiff, | ) Case Number: 3:20-cv-07923-EMC |
| | ) |
| vs. | ) |
| | ) **ORDER TERMINATING LIMITED** |
| JAE KWON, et al., | ) **SCOPE REPRESENTATION** |
| | ) |
| Defendants. | ) |
| | ) |

The above-entitled action was referred to the Federal Pro Bono Project for appointment of pro bono counsel. Attorneys William M. Sloan and Sarah M. Hoffman were appointed through the Federal Pro Bono Project to serve as volunteer counsel for Defendant Jae Kwon. The scope of representation was limited to responding to the operative complaint, pertinent discovery, and mediation.

Defendant Kwon has recently passed away, and the Court now removes this case from the Federal Pro Bono Project. This terminates any further responsibilities of the pro bono counsel.

The Court thanks the attorneys for their service to the Federal Pro Bono Project and hereby relieves them from the limited scope representation due to these unfortunate circumstances.

IT IS SO ORDERED.


Dated: September 28, 2023

_____
EDWARD M. CHEN
United States District Judge