Rachel S. Doughty, Cal. Bar No. 255904
Richard A. Brody, Cal.Bar No. 100379
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 96707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendants. | Case No. 20-cv-07923-EMC<br><br>Hon. Edward M. Chen<br><br>**PROOF OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |
| CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Counter-Defendant. | |

**PROOF OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Greenfire Law, PC<br>Richard Brody SBN 100379<br>748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>TELEPHONE NO: (510) 900.9502    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   rbrody@greenfirelaw.com<br>ATTORNEY FOR *(Name)*:   Plaintiff | Ref. No. or File No.:   9725194<br>(21387995) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, 94102-3483 | | |
| PLAINTIFF:<br>Casa Nido Partnership | | |
| DEFENDANT:<br>Catherine O'Hanks, et al. | | |
| PROOF OF SERVICE | CASE NUMBER:<br>20-cv-07923-EMC | |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

2. Party Served:    Safety-Kleen of California, Inc. by serving CT Corporation System - Diana Ruiz, Intake Specialist - Person authorized to accept service of process

3. Date & Time of Delivery:    October 10, 2023 at 12:29 pm PDT

4. Address, City and State:    330 North Brand Blvd #700 Glendale, CA, 91203

5. I received the above document(s) for service on:    October 10, 2023

6. Witness Fees:    Witness fees and mileage both ways were not demanded or paid.

Fee for service: $40.00

Registered California process server.
Martha Mauricio
County: Los Angeles
Registration No.: 2023117509

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Martha Mauricio*

Martha Mauricio

Date: October 10, 2023

PROOF OF SERVICE

Page 1 of 1
Order #21387995

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Greenfire Law, PC<br>Richard Brody SBN 100379<br>748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>TELEPHONE NO: (510) 900.9502    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  rbrody@greenfirelaw.com<br>ATTORNEY FOR *(Name)*:  Plaintiff | Ref. No. or File No.:  9725195<br>(21387996) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, 94102-3483 | | |
| PLAINTIFF:<br>CASA NIDO PARTNERSHIP | | |
| DEFENDANT:<br>CATHERINE O'HANKS, et al. | | |
| PROOF OF SERVICE | | CASE NUMBER:<br>20-cv-07923-EMC |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

2. Party Served:                 Safety-Kleen Systems, Inc. by serving CT Corporation System - Diana Ruiz, Intake Specialist - Person authorized to accept service of process

3. Date & Time of Delivery:      October 10, 2023 at 12:29 pm PDT

4. Address, City and State:      330 North Brand Blvd #700 Glendale, CA, 91203

5. I received the above document(s) for service on:    October 10, 2023

6. Witness Fees:                 Witness fees and mileage both ways were not demanded or paid.

Fee for service: $40.00

Registered California process server.
Martha Mauricio
County: Los Angeles
Registration No.: 2023117509

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Martha Mauricio*

Martha Mauricio

Date: October 10, 2023