Rachel S. Doughty (CBN 255904)
Richard A. Brody (SBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff/Counter-Defendant
Casa Nido Partnership*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. 20-cv-07923-EMC<br><br>**DECLARATION OF RICHARD A. BRODY IN SUPPORT OF MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON (FED. R. CIV. PR. 25(a)(1))**<br><br>DATE: December 21, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5<br>JUDGE: Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |

1

I, Richard A. Brody do declare and state:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California. I am Of Counsel at Greenfire Law, P.C., counsel for Plaintiff Casa Nido Partnership. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I have made numerous attempts to identify a successor in interest to deceased Defendant Jae Kwon, also known as Jay Kwon, without success to date. On September 18, 2023, I held a Zoom meeting with court-appointed counsel for Jae Kwon William Sloan and Sarah Hoffman to attempt to ascertain the identity of a successor in interest to Mr. Kwon, and to attempt to determine whether Mr. Kwon had left any sort of testamentary document. Both Mr. Sloan and Ms. Hoffman indicated that they did not have a client at present in this matter and that they were concerned about divulging information that might be confidential and/or privileged. Mr. Sloan and Ms. Hoffman indicated that they did not know whether Mr. Kwon had left any sort of testamentary document. They also indicated that they did not know the name of Mr. Kwon's daughter. I sent a follow up e-mail to both Mr. Sloan and Ms. Hoffman on September 18, 2023, asking that their office identify Mr. Kwon's successor in interest or personal representative by filing and serving an amended notice together with service information for Mr. Kwon's successor in interest. I did not receive a response to this e-mail and my review of the Court's docket in this case does not reflect that an Amended Notice of Death has been filed relating to Mr. Kwon.

3. I subsequently made numerous attempts to engage with Mr. Kwon's former counsel and obtain non-privileged information which would allow me to ascertain the identities of Mr. Kwon's legal heirs, in order to be able to designate a person to be named as Mr. Kwon's successor in interest in this matter.

4. On October 10, 2023, I sent an e-mail to Sarah Hoffman at the Venable Firm asking for contact information for both Ji Beom Kwon, whom I believe to be the late Plaintiff Kwon's wife, and the daughter with whom Mr. Kwon was living at the time of his death. I did not receive a response to this e-mail.

2

**DECLARATION OF RICHARD A. BRODY MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON (FED. R. CIV. PR. 25(a)(1))—20-cv-07923-EMC**

5. On October 24, 2023, I sent an e-mail to Sarah Hoffman at the Venable Firm, asking whether she knew what county Mr. Kwon died in, whether she knew whether Mr. Kwon's spouse was still living, and the name of the daughter with whom Mr. Kwon was living at the time of his death. Our office can obtain a copy of Mr. Kwon's Death Certificate from the Clerk's Office in the County in which he died. That Death Certificate will reflect the name and address of the individual reporting the death of Mr. Kwon, and that person is likely to be the next of kin of Mr. Kwon. I did not receive a response to this e-mail.

6. Mr. Kwon was not deposed prior to his death.

7. I have conducted several searches online but have been unable to find an obituary or other online statement that would provide information about a successor in interest. To date, my searches have not been successful.

8. Mr. Kwon's Rule 26(A) Initial Disclosures contained a copy of a Voluntary Petition in the United States Bankruptcy Court for the Northern District of California filed on behalf of Mr. Kwon and his spouse and co-debtor Ji Beom Kwon. I have conducted multiple online searches but have not been able to determine whether Ji Beom Kwon is living or deceased, and if living, where she resides.

9. Our office retained the services of a private investigator to assist us in attempting to locate living heirs of Mr. Kwon. He has searched database records, which indicate that Ji Beom Kwon is alive and living at an address in Hercules, California.

10. Our investigator's database searches also indicate that there may be as many as 7 adult children of Mr. Kwon, with at least 4 of those potential adult children living in various locations in Northern California. One adult daughter, Eunice E. Kwon, is listed as living at the same address in Hercules, California, as Mrs. Kwon. Information available from the database search conducted by our investigator indicates that Eunice E. Kwon is 41 years of age.

11. Our office will attempt personal service of this Motion on both Ji Beom Kwon and Eunice E. Kwon, and will file the necessary proofs of service before the hearing of this Motion.

I make this declaration under penalty of perjury under the laws of the United States of America. Executed this 7th day of November 2023 in Sebastopol, California.

By: <u>*/s/ Richard A. Brody*</u>
      RICHARD A. BRODY

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on November 7, 2023, from Richard Brody for the filing of this declaration.

<u>*/s/ Rachel S. Doughty*</u>
Rachel S. Doughty

4
**DECLARATION OF RICHARD A. BRODY MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON (FED. R. CIV. PR. 25(a)(1))—20-cv-07923-EMC**