Rachel S. Doughty (CBN 255904)
Richard A. Brody (SBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff/Counter-Defendant
Casa Nido Partnership*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY NSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. 20-cv-07923-EMC<br><br>**(PROPOSED) ORDER GRANTING MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON**<br><br>DATE:  December 21, 2023<br>TIME:  1:30 p.m.<br>COURTROOM: 5<br>JUDGE:  Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |

Plaintiff Casa Nido Partnership's Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon came on regularly for hearing on December 21, 2023, at 1:30 p.m. in Courtroom 5-17th Floor of the above-entitled Court, the Hon. Edward M. Chen, Judge Presiding.

Plaintiff and moving party Casa Nido Partnership was represented by Rachel S. Doughty and Richard A. Brody of Greenfire Law, PC. Defendant Sentry Insurance Company was represented by Linda Wendell Hsu of Selman Leichenger Edson Hsu Newman Moore. Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks was represented by Christopher J. Dow of Edlin Gallagher Huie & Blum, and Rohit A. Sabnis of Keller and Heckman LLP.  Defendant and Cross-Defendant Lynne Marie Garibotti was represented by Shannon B. Jones, Esq. of Shannon B. Jones Law Group, Inc.  Defendant Earl Ray Anderson was represented by Daniel P. Costa, Esq. of Bonotto & Forestiere LLP. Defendant Sandra K. Vernell was represented by James L. Mink, Esq. of WFBM, LLP. There was no representative present for Deceased Defendant Jae Kwon as the Court has previously relieved former counsel William Sloan and Sarah Hoffman of Venable, LLP from their role as court-appointed counsel for Defendant Jae Kwon.

Having considered the moving, opposition, and reply briefs, and following oral argument, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Casa Nido Partnership's Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon is Granted. _____ is hereby appointed as Successor in Interest to deceased Defendant Jae Kwon aka Jay Kwon Shik aka Jay Shik Kwon.

IT IS SO ORDERED.


Dated: _____, 2023
                        _____
                        Hon. Edward M. Chen
                        Judge of the United States District
                        Court, Northern District of California