Rachel S. Doughty (CBN 255904)
Jessica L. Blome (CBN 314898)
Richard A. Brody (SBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff/Counter-Defendant
Casa Nido*

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant. | Case No. 20-cv-07923-EMC<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  January 4, 2024<br>TIME:  1:30 p.m.<br>COURTROOM: 5<br>JUDGE:  Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |
| CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY NSURANCE COMPANY,<br><br>Counter-Defendant. | |

1   Plaintiff Casa Nido Partnership's Motion for Leave to File Second Motion for summary
2   Judgment came on regularly for hearing on January 4, 2024, at 1:30 p.m. in Courtroom 5, 17th Floor
3   of the above-entitled Court, the Hon. Edward M. Chen, Judge Presiding.
4   Plaintiff and moving party Casa Nido Partnership was represented by Rachel S. Doughty of
5   Greenfire Law, PC. Defendants were represented by their respective attorneys of record.
6   Having considered the moving, opposition, and reply briefs, and following oral argument,
7   and good cause appearing,
8   IT IS HEREBY ORDERED that Plaintiff Casa Nido Partnership's Motion for Leave to File
9   Second Motion for Summary Judgment is Granted.  Plaintiff Casa Nido Partnership may file a
10  second Motion for Summary Judgment as to Defendants O'Hanks, Anderson, Vernell, Kwon, and
11  Garibotti, as requested.
12  IT IS FURTHER ORDERED that Plaintiff may submit a Memorandum of Points and
13  Authorities not to exceed 40 pages in length, exclusive of the cover page, and supporting
14  declarations and exhibits.
15  IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Edward M. Chen
Judge of the United States District
Court, Northern District of California