WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
ANDREW D. PEREZ, ESQ. (SBN 348645)
aperez@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:     (415) 397-9006
Facsimile:      (415) 397-1339

Attorneys for Defendant, Counter-Claimant, and Cross-Complainant
CATHERINE O'HANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER, individually and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>　　　　　Defendants. | Case No. 3:20-cv-07923-EMC<br><br>[Assigned To: District Judge Edward M. Chen, Courtroom 5]<br><br>**NOTICE OF APPEARANCE FOR ANDREW D. PEREZ, ESQ.**<br><br>Third Amended Complaint Filed: December 16, 2022 |

3553529

1

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that the following attorney of the law firm of EDLIN

3  GALLAGHER HUIE + BLUM hereby appears as an additional attorney of record on behalf of

4  Defendant <u>CATHERINE O'HANKS</u>:

ANDREW D. PEREZ, ESQ. (SBN 348645)
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Tel:   (415) 403-4406
Fax:   (415) 397-1339
Email: aperez@eghblaw.com

12  Date:   November 16, 2023          EDLIN GALLAGHER HUIE + BLUM

14                                     By: _____
                                       ANDREW D. PEREZ, ESQ.
                                       Attorney for Defendant
                                       CATHERINE O'HANKS