Rachel S. Doughty (CBN 255904)
Jessica L. Blome (CBN 314898)
Richard A. Brody (SBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff/Counter-Defendant Casa Nido*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant. | Case No. 20-cv-07923-EMC<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:  January 4, 2024<br>TIME:  1:30 p.m.<br>COURTROOM: 5<br>JUDGE:  Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |
| CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY NSURANCE COMPANY,<br><br>Counter-Defendant. | |

Plaintiff Casa Nido Partnership's Motion for Leave to File Second Motion for summary Judgment came on regularly for hearing on January 4, 2024, at 1:30 p.m. in Courtroom 5, 17th Floor of the above-entitled Court, the Hon. Edward M. Chen, Judge Presiding.

Plaintiff and moving party Casa Nido Partnership was represented by Rachel S. Doughty of Greenfire Law, PC. Defendants were represented by their respective attorneys of record.

Having considered the moving, opposition, and reply briefs, and following oral argument, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Casa Nido Partnership's Motion for Leave to File Second Motion for Summary Judgment is Granted.  Plaintiff Casa Nido Partnership may file a second Motion for Summary Judgment as to Defendants O'Hanks, Anderson, Vernell, Kwon, and Garibotti, as requested.

IT IS FURTHER ORDERED that Plaintiff may submit a Memorandum of Points and Authorities not to exceed 40 pages in length, exclusive of the cover page, and supporting declarations and exhibits.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Edward M. Chen
Judge of the United States District
Court, Northern District of California