1  Rachel S. Doughty, Cal. Bar No. 255904
   Richard Brody, Cal. Bar No. 100379
2  GREENFIRE LAW
   P.O. Box 8055
3  Berkeley, CA 94707
   Telephone: (510) 900-9502
4  Facsimile: (510) 900-9502
   rdoughty@greenfirelaw.com
5  rbrody@greenfirelaw.com
   *Attorneys for Plaintiff/Counter-Defendant*
6  *Casa Nido*

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | CASA NIDO PARTNERHSIP, a California Partnership, | Case No. 20-cv-07923

11 | Plaintiff,

12 | v.                                               | **PROOF OF PERSONAL SERVICE**
                                                      | **(Fed. R. Civ. P. 5(a)(1)(B) and 5(b)(2)(A)**
13 |
   | CATHERINE O'HANKS; JAE KWON aka JAY KWON
14 | aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE
   | MARIE GARIBOTTI aka LYNNE GARIBOTTI
15 | BLOWER aka LYNNE G. BLOWER, as trustee the
   | Claudio Garibotti Trust, dated May 1, 1952; and SENTRY
16 | INSURANCE COMPANY; SANDRA KATE VERNELL
   | (f/k/a SANDRA KATE ANDERSON) and EARL RAY
17 | ANDERSON,

18 | Defendant.
19 | _____

20 | CATHERINE O'HANKS,

21 | Counter-Claimant,

22 | v.

23 | JAE KWON aka JAY KWON aka JAY KWON SHIK aka
   | JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka
24 | LYNNE GARIBOTTI BLOWER aka LYNNE G.
   | BLOWER as trustee the Claudio Garibotti Trust dated
25 | May 1, 1952; and SENTRY
   | INSURANCE COMPANY,
26
   | Counter-Defendants.
27

28

## PROOF OF SERVICE

I, Jenea Angle, hereby certify that I am employed in the County of Contra Costa. My business address is P.O. Box 1387, Martinez, CA 94553. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **Notice of Motion and Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (Fed. R. Civ. P. 25(a)(1)) (ECF 200)**
- **Declaration of Richard A. Brody in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae. Kwon (Fed. R. Civ. P. 25(a)(1)) (ECF 200-1)**
- **(Proposed) Order Granting Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (ECF 200-2)**

On November 15, 2023, at 6:55 PM, pursuant to Fed. R. Civ. P. 5(a)(1)(B) and 5(b)(2)(A), I personally served the foregoing document(s) to:

JI BEOM KWON, at her place of residence 3162 N. Front St, Hercules, CA 94547-5465.

I am a registered California process server. My name, address, and county of registration are:
Jenea Angle, RPS #1018 Contra Costa County
PO Box 1387
Martinez, CA 94553
(925) 518-7278

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on __12/4/23__ at __Martinez__, California.

_Jenea Angle_