Rachel S. Doughty, Cal. Bar No. 255904
Richard Brody, Cal. Bar No. 100379
GREENFIRE LAW
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com
*Attorneys for Plaintiff/Counter-Defendant
Casa Nido*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br>_____<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant,<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Counter-Defendants. | Case No. 20-cv-07923<br><br>**PROOF OF PERSONAL SERVICE**<br>**(Fed. R. Civ. P. 5(a)(1)(B) and 5(b)(2)(A)** |

## PROOF OF SERVICE

I, Jenea Angle, hereby certify that I am employed in the County of Contra Costa. My business address is P.O. Box 1387, Martinez, CA 94553. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **Notice of Motion and Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (Fed. R. Civ. P. 25(a)(1)) (ECF 200)**
- **Declaration of Richard A. Brody in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae. Kwon (Fed. R. Civ. 25(a)(1)) (ECF 200-1)**
- **(Proposed) Order Granting Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (ECF 200-2)**

On November 19, 2023, at 5:50 PM, pursuant to Fed. R. Civ. P. 5(a)(1)(B) and 5(b)(2)(A), I personally served the foregoing document(s) to:

EUNICE E. KWON, at her place of residence, 3162 N. Front St, Hercules, CA 94547-5465.

I am a registered California process server. My name, address, and county of registration are:
Jenea Angle, RPS #1018 Contra Costa County
PO Box 1387
Martinez, CA 94553
(925) 518-7278

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on 12/14/23 at Martinez, California.

*Jenea Angle*

---

2
**PROOF OF PERSONAL SERVICE**
**(Fed. R. Civ. P. 5(a)(1)(B) and 5(b)(2)(A))**