Rachel S. Doughty, Cal. Bar No. 255904
Richard A. Brody, Cal. Bar No. 100379
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 96707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS et al.,<br><br>Defendants.<br>————————————————————<br>CATHERINE O'HANKS,<br><br>Counter-Claimant<br><br>v.<br><br>CASA NIDO PARTNERSHIP et al.,<br><br>Counter-Defendants | Case No. 20-cv-07923-EMC<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: January 4, 2024<br>TIME: 1:30 p.m.<br>COURTROOM: 5 - 17th Floor<br>JUDGE: Hon. Edward M. Chen |

I, Rachel S. Doughty, do declare and state:

1.      I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California, and all the Courts of the State of California. I am the Founder and Managing Shareholder for Greenfire Law, PC, co-counsel of record for Plaintiff Casa

**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**

Nido Partnership ("Casa Nido"). If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.      Defendant Earl Ray Anderson served his initial disclosures on May 25, 2023. Defendant Sandra Kate Vernell served her initial disclosures on July 6, 2023.

3.      Plaintiffs served written discovery (special interrogatories, requests for production of documents, and requests for admission) on Defendants O'Hanks, Anderson, and Vernell in September of 2023. Each Defendant requested an extension of time to respond, which I granted. Responses from each Defendant were received in November of 2023.

4.      The written discovery served on Defendants O'Hanks, Anderson, and Vernell focused on information relevant to each of Plaintiff's causes of action. For example, the discovery sought facts, witnesses, and documents related to the disposal and release of tetrachlorethylene on the dry-cleaning premises, information on the type of equipment used at the facility, identification of maintenance schedules and safety protocols, and more.

5.      Attached hereto as Exhibit 1 is a true and correct copy of a meet and confer email that I sent to counsel for each of the Five Defendants. I received no response to this email.


I make this declaration under penalty of perjury under the laws of the United States of America, executed this 6th day of December, 2023 in Berkeley, California.

By: /s/ Rachel S. Doughty
RACHEL S. DOUGHTY

**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT**

# Exhibit 1



**Rae Lovko <rlovko@greenfirelaw.com>**

---

## Meet and Confer re Casa Nido Matter (ECF 203)
1 message

**Rachel Doughty** <rdoughty@greenfirelaw.com>                    Tue, Nov 28, 2023 at 5:27 PM
To: Shannon B Jones <shannon@rdlaw.net>, "Sage R. Knauft" <sknauft@wfbm.com>, James Mink <jmink@wfbm.com>,
"Daniel P. Costa" <dcosta@gurneelaw.com>, Cheyenne Randall <crandall@gurneelaw.com>, Martha Squibbs
<martha@gurneelaw.com>, William Noel Edlin <nedlin@eghblaw.com>, "Christopher J. Dow" <cdow@eghblaw.com>,
"Robert T. Heusser" <rheusser@eghblaw.com>, "Andrew D. Perez" <aperez@eghblaw.com>, Rohit Sabnis
<sabnis@khlaw.com>, Linda Wendell Hsu <lhsu@selmanlaw.com>, "John E. Bauman" <jbauman@selmanlaw.com>
Cc: Jennifer Rae Lovko <rlovko@greenfirelaw.com>, Richard Brody <rbrody@greenfirelaw.com>

Dear counsel,

We have filed a Motion for Leave to File a Second Motion for Summary Judgment against Defendants Catherine O'Hanks,
Sandra Kate Vernell, Earl Ray Anderson, Lynne Marie Garibotti, and the Estate of Jae Kwon (deceased) (ECF 203, 203-1,
203-2). Plaintiff previously filed a Motion for Summary Judgment as to Defendant Sentry Insurance Company, which
party's liability will therefore not be the subject of this new motion. The request to allow a second motion for summary
judgment should be allowed as it involves different parties and legal issues.

Our motion asks that this matter be addressed before the Court on January 4, 2024. If you would like to discuss this
matter prior to that time, please feel free to contact me. I am happy to meet and confer on the matter. If you do not intend
to object to the requested leave to file, please let me know that as well, including whether you would be willing to stipulate
to leave to file the new motion for summary judgment.

Regards,

Rachel

Rachel S. Doughty, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18
U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission,
and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the
intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission
is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original
transmission and its attachments without reading or saving in any manner.