Rachel S. Doughty, Cal. Bar No. 255904
Richard Brody, Cal. Bar No. 100379
GREENFIRE LAW
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com
*Attorneys for Plaintiff/Counter-Defendant
Casa Nido*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br>_____<br><br>CATHERINE O'HANKS,<br><br>Counter-Claimant,<br><br>v.<br><br>JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Counter-Defendants. | Case No. 20-cv-07923<br><br>**PROOF OF SERVICE** |

1
PROOF OF SERVICE

## PROOF OF SERVICE

I, Nuria de la Fuente, hereby certify that I am employed in the County of Contra. My business address is 2748 Adeline Street, Suiter A, Berkeley, CA 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON (FED. R. CIV. PR. 25(A)(1))**
- **DECLARATION OF RICHARD A. BRODY IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUBSTITUTE SUCCESSOR IN INTEREST FOR DECEASED DEFENDANT JAE KWON (FED. R. CIV. PR. 25(A)(1))**

On December 14, 2023, at 7:36 PM, I personally served the foregoing document(s) to:

JI BEOM KWON, at her place of residence 3162 N. Front St, Hercules, CA 94547-5465.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 15, 2023, in Berkeley, California.

*Nuria de la Fuente*
/S/ Nuria de la Fuente

## SERVICE LIST

| | |
|---|---|
| *Jae Kwon's Successors in Interest*<br><br>Ji Beom Kwon<br>Eunice E. Kwon<br>3162 N Front St, Hercules<br>CA 94547-5465 | By U.S. Mail |
| *Attorneys for Lynne Marie Garibotti*<br><br>Shannon B. Jones<br>Mark A. Chuang<br>Rossi Domingue LLP<br>208 W. El Pintado Road<br>Danville, CA 94526<br>shannon@rdlaw.net | By Electronic Transmission |
| *Attorneys for Sandra Kate Vernell*<br><br>Sage R. Knauft<br>James L. Mink<br>Walsworth WFBM, LLP<br>255 California Street, Suite 525<br>San Francisco, CA 94111<br>sknauft@wfbm.com<br>jmink@wfbm.com | By Electronic Transmission |
| *Attorneys for Earl Ray Anderson*<br><br>Daniel P. Costa<br>Cheyenne Randall<br>Martha Squibbs<br>Gurnee Mason Rushford Bonotto & Forestiere, LLP<br>2240 Douglas Boulevard, Ste. 150<br>Roseville, CA 95661<br>dcosta@gurneelaw.com<br>crandall@gurneelaw.com<br>martha@gurneelaw.com | |

| | |
|---|---|
| *Attorneys for Catherine O'Hanks*<br><br>William Noel Edlin, Esq.<br>Christopher J. Dow, Esq<br>Robert Heusser<br>Andrew D. Perez<br>Edlin Gallagher Huie _+ Blum<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>nedlin@eghblaw.com<br>cdow@eghblaw.com<br>rheusser@eghblaw.com<br>aperez@eghblaw.com<br><br>Rohit A. Sabnis, Esq.<br>Keller and Heckman LL<br>The Embarcadero Center, Suite 1420<br>San Francisco, CA 94111<br>sabnis@khlaw.com | By Electronic Transmission |
| *Attorneys for Sentry Insurance Co.*<br><br>Linda Wendell Hsu<br>John E. Bauman, Esq.<br>Selman Leichenger, Edson,<br>Hsu, Newman and Moore, LLP<br>33 New Montgomery, Sixth Fl.<br>San Francisco, CA 94104<br>lhsu@selmanlaw.com<br>jbauman@selmanlaw.com | By Electronic Transmission |