Rachel S. Doughty, Cal. Bar No. 255904
Richard Brody, Cal. Bar No. 100379
GREENFIRE LAW
P.O. Box 8055
Berkeley, CA 94707
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com
*Attorneys for Plaintiff/Counter-Defendant Casa Nido*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON, <br><br> Defendant. <br> _____ <br><br> CATHERINE O'HANKS, <br><br> Counter-Claimant, <br><br> v. <br><br> JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY, <br><br> Counter-Defendants. | Case No. 20-cv-07923 <br><br><br> **AMENDED PROOF OF SERVICE** |

**AMENDED PROOF OF SERVICE**

I, Nuria de la Fuente, hereby certify that I am employed in the County of Contra. My business address is 2748 Adeline Street, Suiter A, Berkeley, CA 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

- **Attached Cover Letter**
- **Plaintiff's Supplemental Brief in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (FED. R. CIV. PR. 25(A)(1))**
- **Declaration of Richard A. Brody in Support of Plaintiff's Supplemental Brief in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon (FED. R. CIV. PR. 25(A)(1))**
- **Clerk's Notice Setting Zoom Hearing**

On December 14, 2023, at 7:36 PM, I personally served the foregoing document(s) to:

JI BEOM KWON, at her place of residence 3162 N. Front St, Hercules, CA 94547-5465.

On December 14 at, 2023 at 7:36 pm, I also served EUNICE E. KWON by substitute service:

I personally handed the foregoing document(s) to Ji Beom Kwon, the mother of party served, Eunice E. Kwon at both of their place of residence, 3162 N. Front St, Hercules, CA 94547-5465.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on December 18, 2023, in Berkeley, California.

*/S/ Nuria de la Fuente*

/S/ Nuria de la Fuente