

Rachel S. Doughty
2748 Adeline Street, Suite A
Berkeley, CA 94703
Phone: (510) 900-9502
Email: rdoughty@greenfirelaw.com
www.greenfirelaw.com

December 13, 2023

*By Personal Service*

Ms. Ji Beom Kwon
3162 North Front Street
Hercules, CA.  94547-5465

Ms. Eunice E. Kwon
3162 North Front Street
Hercules, CA.  94547-5465

**RE:    Casa Nido Partnership v. Catherine O'Hanks, Jae Kwon, et al.
United States District Court Case No. 20-cv-07923
Plaintiff Casa Nido Partnership's Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon
Hearing Date and Time:  Thursday, December 21, 2023, 1:30 p.m.
Hearing Will Be Held by Zoom Videoconference only**

Dear Mrs. Kwon and Ms. Kwon:

Enclosed with this letter you are being served with the following documents:

1. Plaintiff's Supplemental Brief in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon,

2. Declaration of Richard A. Brody in Support of Plaintiff's Supplemental Brief in Support of Motion to Substitute Successor in Interest for Deceased Defendant Jae Kwon, and

3. Clerk's Notice Setting Zoom Hearing.

Please note that the hearing of Plaintiff's Motion is scheduled for Thursday, December 21, 2023, at 1:30 p.m.  The Court has ordered that anyone wishing to attend this hearing must do so by Zoom teleconference.  If you plan to attend this hearing, you must log into Zoom no later

than 1:20 p.m. on the date of the hearing.  You can access the Judge Chen's courtroom through the following link: https://www.cand.uscourts.gov/judges/chen-edward-m-emc/.

Sincerely,

*Rachel S. Doughty*

Rachel S. Doughty
Greenfire Law, PC
Enclosures