VENABLE LLP
William M. Sloan (SBN 203583)
wmsloan@venable.com
Sarah M. K. Hoffman (SBN 308568)
smhoffman@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:    415.653.3755

Attorneys for JI BEOM KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>                    Plaintiff,<br><br>       v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka KYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 3:20-cv-07923-EMC<br><br>**DECLARATION OF JI BEOM KWON**<br><br>Assigned to: Judge Edward M. Chen<br>Dept. # Courtroom 5-17th Floor |

**DECLARATION OF JI BEOM KWON**

I, Ji Beom Kwon, declare as follows:

1. I was married to Jae Kwon, a defendant in this action, for 42 years, until his death in August 2023. I have personal knowledge of the matters set forth in this declaration except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.

2. I was not involved with the management, operations, or any other aspect of my husband's drycleaning business at 12210 San Pablo Ave., Richmond.

3. Based on my conversations with my husband, I believe he had insurance for the drycleaning business. I do not know who the insurer was, or anything about the policy. Before my husband's death, my son and daughter searched for documents related to insurance policies, and asked the Wang Insurance Agency, State Farm Insurance, and Hartford Insurance Agency to provide any such documents. No insurance agency or company had any record of a policy for the drycleaning business. I am informed and believe that the Wang Insurance Agency advised that due to a software upgrade, they did not have any records from before 2006.

4. On information and belief, my husband identified all insurance companies that he recalled may have issued an insurance policy to him, and all policies that may have covered the drycleaning business, in his "Responses to Plaintiff's First Set of Special Interrogatories," which he signed in October 2022. But given the length of time since my husband operated the drycleaner, and the fact his memory was failing due to age and illness, his recollections may have been incomplete. I have no knowledge regarding the details of the potential policies listed in this document, and I am not aware of any additional potential insurance companies or policies.

5. On August 23, 2023, my husband passed away after long illness. After my husband died, probate was not opened because there were no assets in his estate. My husband did not own any real property, vehicles, or other assets, and did not even have a bank account. Our family supported us, and we lived with our daughter Eunice Kwon. I am still living with Eunice, and have no assets of my own other than clothes and personal items.

6. This lawsuit caused immense additional stress for our family at a time my husband was battling a chronic illness, which required him to undergo surgeries and constant medical appointments. If I were substituted in this action, I do not believe that I (or my children) would be able to provide any additional information regarding the subject matter of this action, or assist in

identifying any additional potential insurance policies.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 24, 2024, in Seoul, Republic of Korea.

                                                      Ji Beom Kwon