1 | Rachel S. Doughty, Cal. Bar No. 255904
  | Richard Brody, Cal. Bar No. 100379
2 | Jennifer Rae Lovko, Cal. Bar No. 208855
  | GREENFIRE LAW
3 | P.O. Box 8055
  | Berkeley, CA 94707
4 | Telephone: (510) 900-9502
  | Facsimile: (510) 900-9502
5 | rdoughty@greenfirelaw.com
  | rbrody@greenfirelaw.com
6 | rlovko@greenfirelaw.com

7 | *Attorneys for Plaintiff/Counter-Defendant*
  | *Casa Nido*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership, | Case No. 20-cv-07923-EMC |
| Plaintiff, | |
| v. | **DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO SUBSTITUTE** |
| CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON, | DATE: March 21, 2024
TIME: 1:30 p.m.
COURTROOM: 5
JUDGE: Hon. Edward M. Chen |
| Defendant. | Complaint Filed: November 10, 2020 |
| _____ | |
| CATHERINE O'HANKS, | |
| Counter-Claimant, | |
| v. | |
| JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER as trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY, | |
| Counter-Defendants. | |

1
DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO SUBSTITUTE—20-CV-07923-EMC

I, Rachel Doughty do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. Attached hereto as **Exhibit A** is a copy of a letter produced by Defendant Sandra Vernell in response to discovery which contains the following declination of coverage, at page 4:

> Under California law, environmental response costs incurred by a policyholder in response to administrative directives like the DTSC Order – as opposed to court orders – do not fall within the "duty to indemnify" language found in the standard-form general liability policy, such as the one quoted above. Administratively imposed environmental liabilities do not constitute "damages" as that term is used in the standard-form liability policy. Consequently, in California, insurers have no obligation to indemnify the policyholder for claims.
>
> The present DTSC Order is an administrative directive and is not seeking sums that Vernell "shall become legally obligated to pay as damages" because of property damage to which this insurance applies. The damages referred to in the above quoted insuring agreement refer to damages sought solely under the auspices of a lawsuit against our insured, including any resulting judgment. To that end, the present claim against Vernell by DTSC does not constitute a suit. Therefore, Allianz does not have a duty to defend Vernell against the DTSC Order.

3. We continue to look for insurance that might cover cleanup of contamination during Mr. Kwon's tenure of ownership of Omo's Fabricare; we have yet to identify or successfully tender such coverage.

4. The letter attached as exhibit A to ECF 221-2, was a response from the Department of Toxic Substances Control ("DTSC") to requests from Casa Nido and Catherine O'Hanks to add Mr. Kwon's estate to the agency's enforcement action. The agency based its immediate decision upon information provided by Casa Nido and O'Hanks to DTSC, which is admittedly incomplete, as it has been very difficult to obtain information from Mr. Kwon and his family about their assets, the operation of the site, or even where Mr. Kwon lived when the case was initiated.

2
DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO SUBSTITUTE—20-CV-07923-EMC

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 19th day of March, 2024 in Berkeley, California

                          GREENFIRE LAW, PC

                    By: */s/ Rachel Doughty*
                          RACHEL DOUGHTY