| | |
|---|---|
| 1 | Shannon B. Jones (Bar No. 149222) |
| 2 | JONES LAW GROUP, PC. |
|   | 208 W. El Pintado Road |
| 3 | Danville, California 94526 |
|   | Tel: (925) 837-2315 |
| 4 | shannon@joneslawgroup.esq |

Attorney for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership, | ) | No. 3:20-cv-07923-EMC |
| Plaintiff, | ) ) ) | NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |
| v. | ) | |
| CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CROSS-ACTIONS. | ) ) | |

PLEASE TAKE NOTICE that Defendant, Cross-Defendant and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER ("Garibotti") hereby substitutes JONES LAW GROUP, PC., Shannon B. Jones, State Bar No. 149222, as counsel of record in place of ROSSI DOMINGUE, LLP. as her counsel of record in the above-captioned action.

| | |
|---|---|
| 1 | Contact information for new counsel is as follows: |
| 2 | Shannon B. Jones (Bar No. 149222) |
| | JONES LAW GROUP, PC. |
| 3 | 208 W. El Pintado Road |
| | Danville, California 94526 |
| 4 | Telephone: (925) 837-2317 |
| 5 | Facsimile: (925) 837-4831 |
| | shannon@joneslawgroup.esq |

I consent to the above substitution.

Dated: Jan 31, 2024, 2024

*Lynne Blower*

**LYNNE MARIE GARIBOTTI**
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

I consent to being substituted.

Dated: February 22, 2024

ROSSI DOMINGUE LLP

_____
DEAN ROSSI

I consent to the above substitution.

Dated: 3/21, 2024

JONES LAW GROUP, PC.

_____
SHANNON B. JONES

[PROPOSED] ORDER

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

**PROOF OF ELECTRONIC SERVICE**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
*Casa Nido Partnership v. O'Hanks, et al.*
Case No.  4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old.  My business address is 208 W El Pintado Road, Danville CA 94526.

2. My electronic service address is bhumi@joneslawroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

<u>Attorney for Plaintiff and Cross-Defendant Casa Nido Partnership</u>

Rachel Susanna Doughty, Esq.
Jessica L. Blome, Esq.
Richard A. Brody, Esq.
Greenfire Law, PC
P.O. Box 8055
Berkeley, CA  94707
Tel:  (510) 900-9502
Fax:  (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com
administrative@greenfirelaw.com
astrauss@greenfirelaw.com
service@greenfirelaw.com

<u>Co-Counsel for Plaintiff and Cross-Defendant Casa Nido Partnership</u>

Paul S. Kibel, Cal. Bar No. 168454
WATER AND POWER LAW GROUP, P.C.
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704
Tel:  (510) 499-1649
Fax: (866) 407-8073
pskibel@waterpowerlaw.com

<u>Attorney for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks</u>

William Noel Edlin, Esq.
Jesper I. Rasmussen, Esq.
Christopher J. Dow, Esq.
Andrew D. Perez, Esq.
Edlin Gallagher Huie & Blum
500 Washington Street, Suite 700
San Francisco, CA 94111
Tel:  (415) 397-9006
Fax:  (415) 397-1339

<u>Attorney for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks</u>

Rohit A. Sabnis, Esq.
Keller and Heckman LLP
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Tel:  (415) 948-2800
Fax:  (415) 948-2808
sabnis@khlaw.com

1
**POS RE**

| | | |
|---|---|---|
| 1 | nedlin@eghblaw.com | |
| | jrasmussen@eghblaw.com | |
| 2 | cdow@eghblaw.com | |
| | aperez@eghblaw.com | |
| 3 | eempero@eghblaw.com | |
| | eserve@eghblaw.com | |
| 4 | | |
| 5 | *Jae Kwon's Successors in Interest* | *Attorneys for Defendants Sandra K. Vernell* |
| 6 | Ji Beom Kwon | James L. Mink, Esq. |
| | Eunice E. Kwon | WFBM, LLP |
| 7 | 3162 N Front St, Hercules | 255 California Street, Suite 525 |
| | CA 94547-5465 | San Francisco, CA 94111 |
| 8 | | Tel:  (415) 781-7072 |
| | | Fax:  (415) 391-6258 |
| 9 | | jmink@wfbm.com |
| 10 | | |
| | *Appointed to appear on behalf of Ji Beom* | Sage R. Knauft, Esq. |
| 11 | *Kwon for purposes of responding to* | WFBM, LLP |
| | *Plaintiff's First Motion to Substitute Party* | 19900 MacArthur Boulevard, Suite 1150 |
| 12 | *Jae Kwon* | Irvine, CA 92612 |
| | | Tel:  (714) 634-2522 |
| 13 | William M. Sloan, Esq. | Fax:  (714) 634-0686 |
| | Sarah M. Hoffman, Esq. | sknauft@wfbm.com |
| 14 | Venable, LLP | |
| | 101 California Street, Suite 3800 | |
| 15 | San Francisco, CA 94111 | |
| | Tel:  (415) 653-3739 | |
| 16 | Fax:  (415) 653-3755 | |
| | smhoffman@venable.com | |
| 17 | wmsloan@venable.com | |
| 18 | | |
| | *Attorneys for Earl Ray Anderson* | *Attorneys for Defendant, Counter-Defendant* |
| 19 | | *Sentry Insurance Company* |
| | Daniel P. Costa, Esq. | |
| 20 | Gurnee Mason Rushford Bonotto & Forestie | Linda Wendell Hsu, Esq. |
| | 2240 Douglas Boulevard, Suite 150 | John E. Bauman, Esq. |
| 21 | Roseville, CA 95661 | Selman Leichenger Edson Hsu |
| | Tel:  (916) 797-3100 | Newman & Moore LLP |
| 22 | Fax:  (916) 797-4131 | 33 New Montgomery, Sixth Floor |
| | dcosta@gurneelaw.com | San Francisco, CA 94105-4537 |
| 23 | crandall@gurneelaw.com | Tel:  (415) 979-0400 |
| 24 | | Fax:  (415) 979-2099 |
| | | lhsu@selmanlaw.com |
| 25 | | jbauman@selmanlaw.com |
| 26 | / / / | |
| 27 | / / / | |
| 28 | | |

<u>(Former) Attorneys for Defendant, Cross-Defendant and Cross-Claimant Lynne Marie Garibotti aka Lynne Garibotti Blower aka Lynne G. Blower</u>

Dean Rossi, Esq.
Rossi Domingue LLP
3201 Danville Blvd., Suite 172
Alamo, CA 94507
T: (408) 495-3900
dean@rdlaw.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   March 21, 2024

__B. DAHYA_____
Name of Declarant

_____
Signature of Declarant

## REQUEST FOR EMAIL SERVICE IN THIS ACTION AND SERVICE ADDRESS

"A document may be served electronically in an action filed with the court" under the provisions of Code of Civil Procedure section 1010.6 and Rule of Court 2.251. Electronic service is allowed for any document that can be served by mail, fax, or express/overnight mail when service is made on a represented party "who has appeared in an action or proceeding" and has "confirm[ed] by telephone or email the appropriate electronic service address" for service. (Cal Code Civ Proc § 1010.6(e).) This section further requires represented parties to "electronically serve" documents on any other party who has appeared in the action and provided their "electronic service address." (*Id.*) In this action, the party or parties listed in the caption on the first page of this pleading are being represented by Jones Law Group, PC. request service by electronic transmission. The address for service on such party or parties is by email to the following: shannon@joneslawgroup.esq and bhumi@joneslawgroup.esq. Electronic transmission must be made to all addresses.

POS