OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** March 21, 2024  **Time:** 2:03-2:47   **Judge:** EDWARD M. CHEN
44 Minutes

**Case No.:** 20-cv-07923-EMC   **Case Name:** Casa Nido Partnership v. Kwon

**Attorney for Plaintiff:** Rachel S. Doughty
**Attorneys for Defendants:** Sarah M. Hoffman, Christopher Dow, John Bauman

**Deputy Clerk:** Vicky Ayala   **Court Reporter:** Lee-Anne Shortridge

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Motion to Substitute Successor In Interest – held.

**SUMMARY**

Parties stated appearances and proffered argument. Matter taken under submission.

CASE CONTINUED TO: **5/28/2024, at 2:30 PM for a Status Conference.** Joint status report **due by 5/21/2024.**