Shannon B. Jones (Bar No. 149222)
JONES LAW GROUP, PC.
208 W. El Pintado Road
Danville, California 94526
Tel: (925) 837-2315
shannon@joneslawgroup.esq

Attorney for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No. 3:20-cv-07923-EMC<br><br>NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |

PLEASE TAKE NOTICE that Defendant, Cross-Defendant and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER ("Garibotti") hereby substitutes JONES LAW GROUP, PC., Shannon B. Jones, State Bar No. 149222, as counsel of record in place of ROSSI DOMINGUE, LLP. as her counsel of record in the above-captioned action.

Contact information for new counsel is as follows:

Shannon B. Jones (Bar No. 149222)
JONES LAW GROUP, PC.
208 W. El Pintado Road
Danville, California 94526
Telephone: (925) 837-2317
Facsimile: (925) 837-4831
shannon@joneslawgroup.esq

I consent to the above substitution.

Dated: Jan 31, 2024, 2024

*Lynne Blower*

LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

I consent to being substituted.

Dated: February 22, 2024

ROSSI DOMINGUE LLP

DEAN ROSSI

I consent to the above substitution.

Dated: 3/21, 2024

JONES LAW GROUP, PC.

SHANNON B. JONES

[PROPOSED] ORDER

The substitution of attorney is hereby approved and so ORDERED.

Dated: March 25, 2024

JUDGE OF THE UNITED STATES DISTRICT COURT