UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAE KWON, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07923-EMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

☐　for random assignment to a United States Magistrate Judge

☒　to United States Magistrate Judge Joseph C. Spero

to conduct a settlement conference to be completed by 7/24/2024.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 26, 2024

_____
EDWARD M. CHEN
United States District Judge

*Rev. 10-18*