UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC (JCS)

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** April 3, 2024   **Time:** 1 Hour

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rae Lovko
**Attorney for Defendant:** Shannon B. Jones for Lynne Garibotti, Rohit Sabnis, William Noel Edlin, Christopher Down, Andrew Perez for Catherine O'Hanks, Linda Hsu, John Bauman for Sentry Insurance, James Mink for Sandra Vernell, Daniel Paul Costa for Earl Ray Anderson

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Zoom Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Zoom Scheduling Conference to set Settlement Conference - Held

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

**Notes:**
Plaintiff to provide updated consultant's report on past costs and future estimated costs by 4/24/2024, and Defendant O'Hanks will retain a consultant who will provide a response to plaintiff's consultant's report as soon as possible.

Further scheduling conference by Zoom Meeting to discuss status of cost sharing negotiations set for **5/7/2024 at 3:00 PM** – all counsel for parties, and counsel for all carriers including but not limited to Sentry, Aetna, Allianz, Brandywine, Hartford and Chub, must attend.

Settlement Conference set for **7/11/2024 at 10:00 AM** by Zoom Meeting. Settlement conference statements due one week in advance. All parties, and representatives of all carriers with unlimited authority to settle up to the limits of coverage must attend.