UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC (JCS)

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** May 7, 2024   **Time:** 1.1 Hrs

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rachel Doughty
**Attorney for Defendant:** Shannon Jones for Lynne Garibotti; John Bauman for Sentry Insurance; Rohit Sabnis and Chris Dow for Catherine O'Hanks; Daniel Costa for Earl Ray Anderson; James Mink for Sandra Vernell.

## ZOOM PROCEEDINGS

( )    Zoom Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )    Further Zoom Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X)    Zoom Further Scheduling Conference - Held

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Zoom Status Conference

**Notes:** Defendants to prepare redraft of cost sharing agreement and send to the other side no later than Tuesday May 14, 2024. Any party may propose a project manager no later than May 15, 2024. Parties shall complete and sign cost sharing agreement no later than May 21, 2024. Parties shall send a joint status statement to JCSSettlement@cand.uscourts.gov no later than May 22, 2024.

Parties in attendance: Plaintiff client representatives: Marsha Conwill and Ronald Piziali.

Insurance carriers: John Moss, along with coverage counsel Cathy Gregory for Hartford.

Anastasia Weiss and Daniel Kane for Alianz, along with coverage counsel Alexis Walker. Jon Miller, Brandywine. Coverage counsel did not appear.