Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
Richard A. Brody (CBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERHSIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br><br>AND ALL RELATED COUNTER AND CROSS CLAIMS | Case No. 20-cv-07923-EMC<br><br>**DECLARATION OF MARSHA CONWILL**<br><br>Date:         August 22, 2024<br>Time:        1:30 p.m.<br>Judge:       Edward M. Chen<br>Courtroom.: 5 – 17th Floor |

I, MARSHA CONWILL, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I am a partner with Casa Nido Partnership. In this capacity, I am familiar with invoices received by the partnership and paid for. I also am familiar with steps taken by Casa

1

Nido Partnership to have Defendants cover past and future costs associated with investigative, testing, and remedial work to address PCE contamination at the Site (12210 San Pablo Avenue, Richmond, California) and surrounding properties.

3.  In August 2016, Casa Nido Partnership first learned of PCE contamination at site of this litigation (12210 San Pablo Avenue, Richmond, California) in a report prepared by Pangea Environmental Services, Inc.

4.  As a result of PCE contamination, Casa Nido Partnership has been unable to lease the Site property and has had to demolish the building on the Site that housed the drycleaning business.

5.  In August of 2018, Casa Nido Partnership's legal counsel contacted Catherine O'Hanks explaining the environmental testing and remedial work that had been done to address public health concerns related to PCE contamination at the Site, address past and anticipated costs associated with such environmental testing and remedial work, and demand that O'Hanks reimburse Casa Nido for all or some of these costs.

6.  Since that time, Casa Nido Partnership has repeatedly tried to have Defendants cover unreimbursed response costs and agree to cover future response costs. Casa Nido Partnership never purchased, used, discharged, or released PCE at the Site. Casa Nido Partnership owns the Site property but has never engaged in the operation of the drycleaning business on the Site.

7.  Attached hereto as **Exhibit 32** to Plaintiff's Compendium of Exhibits are true and correct copies of DTSC invoices from 3/3/17 through 1/10/24 that were sent to Casa Nido Partnership.

8.  Attached hereto as **Exhibit 33** to Plaintiff's Compendium of Exhibits are true and correct copies of Pangea invoices from 2/27/15 through 12/20/23 that were sent to Casa Nido Partnership.

9.  Attached hereto as **Exhibit 34** to Plaintiff's Compendium of Exhibits are true and correct copies of utilities invoices from 6/6/16 through 12/24/23 that were sent to Casa Nido Partnership.

10. Attached hereto as **Exhibit 35** to Plaintiff's Compendium of Exhibits is a true and correct copy of invoices and payment to Innovative Construction Solutions, Inc. for remedial excavation and SVE piping installation at 12210 San Pablo Avenue, Richmond, California.

11. Attached hereto as **Exhibit 38** to Plaintiff's Compendium of Exhibits are true and correct copies of bank statements and checks related to payment of invoices associated with 12210 San Pablo Avenue, Richmond, California.

12. The following table summarizes costs incurred by Casa Nido Partnership as established by Exhibits 32-36:

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| **DTSC Services and Costs** | | | |
| 3/3/2017 | Project management | $483.30 | Volume 2/Exhibit 32 |
| 6/22/2017 | Project management | $895.97 | Volume 2/Exhibit 32 |
| 8/16/2017 | Project management | $1,365.16 | Volume 2/Exhibit 32 |
| 2/5/2018 | Project management | $5,780.86 | Volume 2/Exhibit 32 |
| 5/10/2018 | Project management | $499.97 | Volume 2/Exhibit 32 |
| 7/16/2018 | Project management | $360.24 | Volume 2/Exhibit 32 |
| 8/27/2018 | Project management | $1655.45 | Volume 2/Exhibit 32 |
| 12/4/2018 | Project management | $12,241.66 | Volume 2/Exhibit 32 |
| 2/21/2019 | Project management | $487.73 | Volume 2/Exhibit 32 |
| 6/5/2019 & 8/12/2019 | Project management | $282.05 | Volume 2/Exhibit 32 |
| 12/19/2019 | Project management | $90.26 | Volume 2/Exhibit 32 |
| 3/13/2020 | Project management | $306.24 | Volume 2/Exhibit 32 |
| 5/28/2020 | Project management | $562.56 | Volume 2/Exhibit 32 |
| 9/16/2020 | Project management | $4,306.63 | Volume 2/Exhibit 32 |
| 1/21/2021 | Project management | $19,486.25 | Volume 2/Exhibit 32 |
| 3/30/2021 | Project management | $20,766.31 | Volume 2/Exhibit 32 |
| 6/3/2021 | Project management | $11,401.62 | Volume 2/Exhibit 32 |
| 9/10/2021 | Project management | $2,578.79 | Volume 2/Exhibit 32 |
| 2/23/2022 | Project management | $10,521.86 | Volume 2/Exhibit 32 |
| 5/23/2022 | Project management and cost recovery activity | $28,665.97 | Volume 2/Exhibit 32 |
| 8/29/2022 | Project management and cost recovery activity | $8,439.55 | Volume 2/Exhibit 32 |
| 12/21/22 | Project management and cost recovery activity | $8,740.94 | Volume 2/Exhibit 32 |
| 2/24/23 | Project management and cost recovery activity | $5,812.68 | Volume 2/Exhibit 32 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 1/10/24 | Project management and cost recovery activity | $16,973.21 (Not yet paid) | Volume 2/Exhibit 32 |
| 4/3/24 | Late Payment Interest | $390.62 (Not yet paid) | Volume 2/Exhibit 32 |
| 4/3/24 | Project management and cost recovery activity | $25,414.08 (Not yet paid) | Volume 2/Exhibit 32 |
| | | | **$188,509.96** |
| **Pangea Services and Costs** | | | |
| 2/27/2015 | Professional services and costs including but not limited to subslab gas sampling and analysis, geophysical survey, and sewer inspection | $7,802.48 | Volume 2/Exhibit 33 |
| 7/15/2015 | Professional services including but not limited to preparation of report on sampling and investigation | $1,370.05 | Volume 2/Exhibit 33 |
| 9/10/2015 | Professional services and costs including but not limited to initial implementation of site assessment, subslab gas analysis, and drilling of onsite soil bearings | $5,582.60 | Volume 2/Exhibit 33 |
| 11/24/2015 | Professional services and costs including but not limited to final implementation of site assessment, scoping for groundwater monitoring wells and plume delineation borings, and sewer video inspection | $26,931.81 | Volume 2/Exhibit 33 |
| 4/15/2016 | Professional services and costs including but not limited to initial reporting effort for monitoring well installation and sampling, drilling of onsite soil bearings, and waste disposal | $29,435.98 | Volume 2/Exhibit 33 |
| 5/6/2016 | Professional services and costs including but not limited to research on nearby water well surveys, drafting of site assessment report, and drilling of two MIP borings | $18,871.28 | Volume 3/Exhibit 33 |
| 10/7/2016 | Professional services and costs including but not limited to soil borings, waste disposal, MIP borings, and wells | $35,370.49 | Volume 3/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 3/1/2017 | Professional services and costs including but not limited to drafting of Voluntary Cleanup Agreement with DTSC, coordination of building demolition, groundwater monitoring, and reporting on MIP borings and wells | $25,406.12 | Volume 3/Exhibit 33 |
| 5/30/2017 | Professional services and costs including but not limited to assistance with building demolition, client-regulatory interaction, and groundwater monitoring | $6,838.75 | Volume 3/Exhibit 33 |
| 8/10/2017 | Professional services and costs including but not limited to client-regulatory interaction, assistance with building demolition, and groundwater monitoring | $4,367.50 | Volume 3/Exhibit 33 |
| 10/11/2017 | Professional services and costs including but not limited to building abatement and demolition | $69,244.57 | Volume 3/Exhibit 33 |
| 10/27/2017 | Professional services and costs including but not limited to client-regulatory interaction, assistance with building demolition, vapor intrusion assessment, and pre-field planning of well sampling activities | $5,471.83 | Volume 3/Exhibit 33 |
| 11/16/2017 | Professional services and costs including but not limited to vapor intrusion assessment and groundwater monitoring | $14,480.83 | Volume 3/Exhibit 33 |
| 12/12/2017 | Professional services and costs including but not limited to client-regulatory interaction and vapor intrusion assessment | $4,363.20 | Volume 3/Exhibit 33 |
| 1/18/2018 | Professional services and costs including but not limited to vapor intrusion assessment and additional soil and soil gas assessment | $15,896.98 | Volume 3/Exhibit 33 |
| 2/28/2018 | Professional services and costs including but not limited to source area delineation, | $8,256.29 | Volume 3/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| | remediation planning, and vapor mitigation planning | | |
| 3/23/2018 | Professional services and costs including but not limited to source area delineation and vapor mitigation planning | $13,561.79 | Volume 3/Exhibit 33 |
| 4/20/2018 | Professional services and costs including but not limited to client-regulatory interaction, remediation planning, vaport mitigation planning, remedial investigation | $9,587.10 | Volume 3/Exhibit 33 |
| 6/14/2018 | Professional services and costs including but not limited to client-regulatory interaction, remediation planning and permitting, draft of offsite vapor intrusion investigation workplan, and installation of soil vapor extraction wells, subslab vapor probes, and subslab depressurization wells | $34,114.15 | Volume 3/Exhibit 33 |
| 8/7/2018 | Professional services and costs including but not limited to remediation planning and drafting of Onsite Assessment Report and Interim Measures Workplan | $3,587.91 | Volume 3/Exhibit 33 |
| 11/19/2018 | Professional services and costs including but not limited to remediation planning, drafting of Onsite Assessment Report, and finalizing of Offsite Vapor Intrusion Investigation Workplan | $15,271.03 | Volume 3/Exhibit 33 |
| 11/27/2018 | Professional services and costs including but not limited to vapor mitigation planning and soil excavation assistance | $62,634.00 | Volume 3/Exhibit 33 |
| 3/6/2019 | Professional services and costs including but not limited to preparing amended Offsite Vapor Intrusion Investigation Workplan, excavation assistance, SVE system installation, and offsite groundwater assessment | $31,253.84 | Volume 3/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 4/18/2019 | Professional services and costs including but not limited to drafting of remedial excavation report and SVE system installation | $33,597.32 | Volume 3/Exhibit 33 |
| 6/25/2019 | Professional services and costs including but not limited to SSD/SVE system activities | $3,356.30 | Volume 3/Exhibit 33 |
| 8/27/2019 | Professional services and costs including but not limited to SSD/SVE system activities | $8,579.50 | Volume 3/Exhibit 33 |
| 12/4/2019 | Professional services and costs including but not limited to SSD/SVE system activities and groundwater monitoring | $5,987.16 | Volume 3/Exhibit 33 |
| 12/5/2019 | Professional services and costs including but not limited to SSD/SVE system activities and groundwater monitoring | $6,553.47 | Volume 3/Exhibit 33 |
| 12/19/2019 | Professional services and costs including but not limited to final installation of SSD/SVE system and groundwater monitoring | $51,322.74 | Volume 4/Exhibit 33 |
| 1/30/2020 | Professional services and costs including but not limited to SSD/SVE system | $1,798.25 | Volume 4/Exhibit 33 |
| 4/7/2020 | Professional services and costs including but not limited to SSD/SVE system activities and associated PG&E utility hookup | $2,742.65 | Volume 4/Exhibit 33 |
| 4/13/2020 | Professional services and costs including but not limited to SSD/SVE system activities and associated PG&E utility hookup | $ 1,916.90 | Volume 4/Exhibit 33 |
| 4/17/2020 | Professional services and costs including but not limited to SSD/SVE system activities | $ 2,742.40 | Volume 4/Exhibit 33 |
| 6/23/2020 | Professional services and costs including but not limited to SVE/SSD system activities | $ 12,146.21 | Volume 4/Exhibit 33 |
| 7/21/2020 | Professional services and costs including but not limited to client-regulatory interaction, preparation of Interim Measures Report, SVE/SSD system activities, and groundwater monitoring | $24,067.44 | Volume 4/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 10/27/2020 | Professional services and costs including but not limited to client-regulatory interaction, preparation of Interim Measures Report, SVE/SSD system operation and maintenance, groundwater monitoring, and submittal of Revised Offsite Vapor Intrusion Investigation Workplan | $27,864.68 | Volume 4/Exhibit 33 |
| 2/9/2021 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system operation and maintenance, groundwater monitoring, offsite vapor intrusion assessment, drafting of Additional Characterization Report, and preparation of Health and Safety Plan | $34,571.26 | Volume 4/Exhibit 33 |
| 3/24/2021 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system operation and maintenance, and preparation of Health and Safety Plan | $3,027.30 | Volume 4/Exhibit 33 |
| 5/4/2021 | Professional services and costs including but not limited to SVE/SSD system operation and maintenance and offsite vaport intrusion assessment | $16,456.26 | Volume 4/Exhibit 33 |
| 8/2/2021 | Professional services and costs including but not limited to SVE/SSD system operation and maintenance and implementation of Revised Offsite Vapor Intrusion Investigation Workplan | $8,184.31 | Volume 4/Exhibit 33 |
| 9/28/2021 | Professional services and costs including but not limited to SVE/SSD system operation and maintenance | $5,351.41 | Volume 4/Exhibit 33 |
| 11/3/2021 | Professional services and costs including but not limited to SVE/SSD system operation and maintenance | $7,671.54 | Volume 4/Exhibit 33 |
| 3/3/2022 | Professional services and costs including but not limited to | $10,809.92 | Volume 4/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
|  | client-regulatory interaction and SVE/SSD system operation and maintenance |  |  |
| 6/28/2022 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system operation and maintenance, implementation of site health and safety elements, implementation of Offsite Vapor Intrusion Investigation Workplan, and offsite vapor mitigation barrier activity | $79,944.96 | Volume 4/Exhibit 33 |
| 8/5/2022 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system activity, implementation of Offsite Vapor Intrusion Investigation Workplan, and offsite vapor mitigation barrier activity | $43, 619.19 | Volume 4/Exhibit 33 |
| 8/10/2022 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system activity, implementation of Offsite Vapor Intrusion Investigation Workplan, and offsite vapor mitigation barrier activity | $ 41,909.19 | Volume 4/Exhibit 33 |
| 12/2/2022 | Professional services and costs including but not limited to SVE/SSD system activity, offsite vapor intrusion investigation, and air/SV sampling | $48,726.42 | Volume 4/Exhibit 33 |
| 2/9/2023 | Professional services and costs including but not limited to preparation of Phase I ESA | $3,000.00 (not yet paid) | Volume 4/Exhibit 33 |
| 3/10/2023 | Professional services and costs including but not limited to groundwater monitoring, implementation of Offsite Vapor Intrusion Investigation Workplan, and SVE/SSD system activities | $27,386.78 (not yet paid) | Volume 4/Exhibit 33 |
| 6/8/2023 | Professional services and costs including but not limited to groundwater monitoring, | $16,805.11 (not yet paid) | Volume 4/Exhibit 33 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
|  | SVE/SSD system activities, and air/SV sampling |  |  |
| 8/18/2023 | Professional services and costs including but not limited to SVE/SSD system activities | $4,471.00 (not yet paid) | Volume 4/Exhibit 33 |
| 11/30/2023 | Professional services and costs including but not limited to SVE/SSD system activities and offsite vapor intrusion activity | $ 21,305.24 (not yet paid) | Volume 4/Exhibit 33 |
| 2/12/2024 | Professional services and costs including but not limited to client-regulatory interaction and SVE/SSD system activities | $17,107.85 (not yet paid) | Volume 5/Exhibit 33 |
| 4/16/2024 | Professional services and costs including but not limited to client-regulatory interaction, SVE/SSD system activities, and air/SV sampling | $13,747.58 (not yet paid) | Volume 5/Exhibit 33 |
|  |  | **$996,208.03** |  |
| **Utilities** |  |  |  |
| 6/6/2016 | PG&E | $985.91 | Volume 5/Exhibit 34 |
| 7/14/2016 | PG&E | $339.00 | Volume 5/Exhibit 34 |
| 8/11/2016 | PG&E | $318.40 | Volume 5/Exhibit 34 |
| 9/12/2016 | PG&E | $359.25 | Volume 5/Exhibit 34 |
| 9/13/2016 | EBMUD | $701.31 | Volume 5/Exhibit 34 |
| 10/11/2016 | PG&E | $42.35 | Volume 5/Exhibit 34 |
| 11/9/2016 | PG&E | $27.64 | Volume 5/Exhibit 34 |
| 11/23/16 | EBMUD | $41.38 | Volume 5/Exhibit 34 |
| 12/09/2016 | PG&E | $23.36 | Volume 5/Exhibit 34 |
| 1/11/2017 | PG&E | $22.53 | Volume 5/Exhibit 34 |
| 1/24/2017 | PG&E | $9.39 | Volume 5/Exhibit 34 |
| 2/15/2019 | PG&E | $1,000.00 | Volume 5/Exhibit 34 |
| 1/9/2020 | PG&E | $985.91 | Volume 5/Exhibit 34 |
| 5/20/2020 | PG&E | $297.22 | Volume 5/Exhibit 34 |
| 6/17/2020 | PG&E | $363.15 | Volume 5/Exhibit 34 |
| 7/16/2020 | PG&E | $501.06 | Volume 5/Exhibit 34 |
| 8/17/2020 | PG&E | $563.14 | Volume 5/Exhibit 34 |
| 9/16/2020 | PG&E | $516.19 | Volume 5/Exhibit 34 |
| 10/15/2020 | PG&E | $524.26 | Volume 5/Exhibit 34 |
| 11/16/2020 | PG&E | $526.25 | Volume 5/Exhibit 34 |
| 12/15/2020 | PG&E | $334.22 | Volume 5/Exhibit 34 |

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 1/14/2021 | PG&E | $430.94 | Volume 5/Exhibit 34 |
| 2/17/2021 | PG&E | $444.85 | Volume 5/Exhibit 34 |
| 3/18/2021 | PG&E | $229.15 | Volume 5/Exhibit 34 |
| 4/19/2021 | PG&E | $492.32 | Volume 5/Exhibit 34 |
| 5/18/2021 | PG&E | $483.22 | Volume 5/Exhibit 34 |
| 6/17/2021 | PG&E | $392.08 | Volume 5/Exhibit 34 |
| 7/19/2021 | PG&E | $616.53 | Volume 5/Exhibit 34 |
| 8/17/2021 | PG&E | $540.29 | Volume 5/Exhibit 34 |
| 9/16/2021 | PG&E | $545.13 | Volume 5/Exhibit 34 |
| 10/15/2021 | PG&E | $392.41 | Volume 5/Exhibit 34 |
| 11/16/2021 | PG&E | $526.25 | Volume 5/Exhibit 34 |
| 12/15/2021 | PG&E | $334.22 | Volume 5/Exhibit 34 |
| 1/13/2022 | PG&E | $428.08 | Volume 5/Exhibit 34 |
| 2/14/2022 | PG&E | $61.23 | Volume 5/Exhibit 34 |
| 3/16/2022 | PG&E | $221.78 | Volume 5/Exhibit 34 |
| 5/16/2022 | PG&E | $244.16 | Volume 5/Exhibit 34 |
| 6/15/2022 | PG&E | $248.86 | Volume 5/Exhibit 34 |
| 7/15/2022 | PG&E | $580.72 | Volume 5/Exhibit 34 |
| 8/16/22 | PG&E | $620.02 | Volume 5/Exhibit 34 |
| 9/15/2022 | PG&E | $590.91 | Volume 5/Exhibit 34 |
| 10/14/22 | PG&E | $507.22 | Volume 5/Exhibit 34 |
| 12/15/22 | PG&E | $677.89 | Volume 5/Exhibit 34 |
| 1/13/2023 | PG&E | $736.13 | Volume 5/Exhibit 34 |
| 2/14/23 | PG&E | $55.65 | Volume 5/Exhibit 34 |
| 3/16/23 | PG&E | $74.05 | Volume 5/Exhibit 34 |
| 4/14/23 | PG&E | $75.02 | Volume 5/Exhibit 34 |
| 5/16/23 | PG&E | $76.60 | Volume 5/Exhibit 34 |
| 6/15/23 | PG&E | $79.99 | Volume 5/Exhibit 34 |
| 7/17/23 | PG&E | $94.30 | Volume 5/Exhibit 34 |
| 8/15/23 | PG&E | $114.91 | Volume 5/Exhibit 34 |
| 9/14/23 | PG&E | $175.42 | Volume 5/Exhibit 34 |
| 10/16/23 | PG&E | $141.83 | Volume 5/Exhibit 34 |
| 11/14/23 | PG&E | $261.09 | Volume 5/Exhibit 34 |
| 12/14/23 | PG&E | $703.81 | Volume 5/Exhibit 34 |
|  |  |  | **$20,678.98** |

**Innovative Construction Solutions Services and Cost**

DECLARATION OF MARSHA CONWILL—20-CV-07923-EMC

| Invoice Date | Action | Amount | Invoice and Receipt Exhibit in Plaintiff's Compendium of Exhibits |
|---|---|---|---|
| 10/27/18 | Activities related to remedial excavation and SVE piping installation | $141, 515.00 | Volume 5/Exhibit 35 |
| | | **$141,515.00** | |

$1,346,911.97

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 13th day of May 2024, in Berkeley, California.

By:  /s/ Marsha Conwill
      Marsha Conwill

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on May 13, 2024, from Marsha Conwill for the filing of this declaration.

/s/ *Rachel Doughty*
Rachel Doughty
ATTORNEY FOR PLAINTIFF