Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
Richard A. Brody (CBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br>_____<br>AND ALL RELATED COUNTER AND CROSS CLAIMS | Case No. 20-cv-07923-EMC<br><br><br>PLAINTIFF CASA NIDO PARTNERSHIP'S COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT – **VOLUME 5**<br><br>Date:           August 22, 2024<br>Time:          1:30 p.m.<br>Judge:         Edward M. Chen<br>Courtroom.:  5 – 17th Floor |

1

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff hereby submits the following compendium of exhibits as evidence in support of Plaintiff's Second Motion for Partial Summary Judgment:

| Exhibit | Volume | Description |
|---------|--------|-------------|
| 1 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Catherine O'Hanks |
| 2 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Requests for Admission, Set One |
| 3 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Catherine O'Hanks |
| 4 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Special Interrogatories, Set Two |
| 5 | 1 | Photographs of the subject site produced by Defendant Catherine O'Hanks |
| 6 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 7 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set One |
| 8 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 9 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set One |
| 10 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 11 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Requests for Production and Copying of Documents, Set One |
| 12 | 1 | Plaintiff Casa Nido Partnership's Second Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 13 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set Two |
| 14 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 15 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set Two |
| 16 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Earl Ray Anderson |
| 17 | 1 | Defendant Earl Ray Anderson's Response to Request for Admissions, Set One |
| 18 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Earl Ray Anderson |
| 19 | 1 | Defendant Earl Ray Anderson's Response to Special Interrogatories, Set One |
| 20 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Earl Ray Anderson |
| 21 | 1 | Defendant Earl Ray Anderson's Response to Request for Production of Documents, Set One |

| Exhibit | Volume | Description |
|---|---|---|
| 22 | 1 | CV of Bob Clark-Riddell, P.E. |
| 23 | 1 and 2 | Additional Characterization Report (PANGEA Environmental Services, Inc., December 4, 2020) |
| 24 | 2 | Control of Volatile Organic Emissions from Perchloroethylene Dry Cleaning Systems (EPA, December 1978) |
| 25 | 2 | Profile of the Dry Cleaning Industry (EPA, September 1995) |
| 26 | 2 | Conducting Contamination Assessment Work at Drycleaning Sites (State Coalition for Remediation of Drycleaners, October 2010) |
| 27 | 2 | B. Wespestad, et al., "Dry Cleaner Releases and Forensic Considerations," Environmental Claims Journal (2020) |
| 28 | 2 | Study of Potential for Groundwater Contamination from Past Dry Cleaner Operations in Santa Clara County (Santa Clara Valley Water District, 2007) |
| 29 | 2 | L. Gold et al., "Systematic Literature Review of Uses and Levels of Occupational Exposure to Tetrachloroethylene," Journal of Occupational and Environmental Hygiene (January 2009) |
| 30 | 2 | 1/21/22 Letter from Catherine O'Hanks to Department of Toxic Substances Control |
| 31 | 2 | Hazardous Waste Generator Inspection and Compliance Form (Contra Costa County Health Services Department, Environmental Health Division, 12/31/84) |
| 32 | 2 | DTSC invoices from 3/30/17 through 1/10/24 |
| 33 | 2 - 5 | PANGEA Environmental Services, Inc. invoices from 2/27/15 through 12/20/23 |
| 34 | 5 | Utilities invoices from 6/6/16 through 12/24/23 |
| 35 | 6 | Invoice and payment for remedial excavation and SVE piping installation |
| 36 | 6 | DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide |
| 37 | 6 | Imminent and Substantial Endangerment Determination and Order and Remedial Action Order (Docket No. HSA-FY23/24-022, October 6, 2023) |
| 38 | 6 and 7 | Bank Statements and Cancelled Checks (redacted) |
| 39 | 7 | Vapor Intrusion Mitigation Advisory (DTSC, 2011) |
| 40 | 7 | Clark-Riddell Letter re: Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance |
| 41 | 7 | Voluntary Cleanup Agreement Between DTSC and Casa Nido Partnership |
| 42 | 7 | Commercial Lease and Assignment of Lease (1990) |

Respectfully submitted,


DATE: May 17, 2024                        /s/ J. Rae Lovko
                                          Jennifer Rae Lovko
                                          *Attorney for Plaintiff*

# Plaintiff's Compendium of Exhibits

# Volume 5

**Exhibit 33**

**(Continued)**

**February 12, 2024**

# Invoice No. 5236

**003285**

| **Invoice** |
|---|

**Pangea Environmental Services, Inc.**
**1250 Addison Street, Suite 213**
**Berkeley, CA 94702**
**(510) 836-3700**

ronaldpiziali@gmail.com
mtc10860@aol.com
Casa Nido c/o B&T Bookkeeping, Inc.
3060 El Cerrito Plaza, #507
El Cerrito, CA  94530

February 12, 2024
Project No:      1645.001
Invoice No:      5236

Project      1645.001          Omo's Cleaners - Richmond

**Professional Services from October 1, 2023 to December 31, 2023**

Task          105          Client-Regulatory Interaction

Services Provided: This task covers client/agency interaction over a three month billing period (Oct- Dec 2023). Work was authorized by Work Order #1 dated June 9, 2020 and subsequent client approvals.  Effort was conducted on a time and materials basis as needed and consisted of the following:
-Review of DTSC email and letter on Oct 10,
-Call with attorneys to prep for DTSC meeting on Oct 25,
-Call with Casa Nido and counsel on Nov 6,
-Prep for and attend DTSC meeting on Nov 9,
-Preparation of Response Letter to DTSC order for attorney (Paul Kibel),
-Correspondence with Paul Kibel on Dec.11,
-Budget tracking, and project management.
Line item detail showing work dates and comments are included with the attached billing backup.

**Professional Personnel**

|  | **Hours** | **Rate** | **Amount** |  |
|---|---|---|---|---|
| Principal Engineer/Geologist |  |  |  |  |
| Clark-Riddell, Bob | 23.00 | 200.00 | 4,600.00 |  |
| Senior Engineer/Geologist |  |  |  |  |
| Scheele, Ron | 4.25 | 175.00 | 743.75 |  |
| Clerical |  |  |  |  |
| Rawlins, Zachary | 2.50 | 75.00 | 187.50 |  |
| Totals | 29.75 |  | 5,531.25 |  |
| **Total Labor** |  |  |  | **5,531.25** |

| **Billing Limits** | **Current** | **Prior** | **To-Date** |  |
|---|---|---|---|---|
| Total Billings | 5,531.25 | 71,417.56 | 76,948.81 |  |
| Limit |  |  | 77,000.00 |  |
| Remaining |  |  | 51.19 |  |
|  |  | **Total this Task** |  | **$5,531.25** |

Task          410          SVE-SSD System O&M

**003286**

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5236 |
|---|---|---|---|---|

Services Provided: Effort during this three-month billing period consisted of SVE-SSD system operation and maintenance and related activities. Work is authorized by Work Order #19 dated August 16, 2020 and subsequent client approvals.  Effort was conducted on a time and materials basis as needed and consisted of the following:
-Field work coordination, planning and oversight,
-System operation and maintenance,
-System influent/effluent sampling,
-Data management,
-Costs for lab analytical testing, equipment, supplies and mileage.
Line item detail showing work dates and comments are included with the attached billing backup.

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Senior Engineer/Geologist |  |  |  |  |
| Clark-Riddell, Bob | .50 | 175.00 | 87.50 |  |
| Scheele, Ron | 18.50 | 175.00 | 3,237.50 |  |
| Staff Engineer/Geologist |  |  |  |  |
| Cardiff, Dylan | 32.75 | 130.00 | 4,257.50 |  |
| Lervaag, Erik | 4.00 | 130.00 | 520.00 |  |
| Clerical |  |  |  |  |
| Corpus, Mari | .50 | 75.00 | 37.50 |  |
| Rawlins, Zachary | 1.75 | 75.00 | 131.25 |  |
| Totals | 58.00 |  | 8,271.25 |  |
| **Total Labor** |  |  |  | **8,271.25** |

**Reimbursable Expenses**

| Contractor - Laboratory |  |  |  |  |
|---|---|---|---|---|
| 12/21/2023 | Pace Analytical National | System Lab Samples--12/7 | 1,785.00 |  |
| Reimbursable - Other |  |  |  |  |
| 12/11/2023 | Eco-Rental Solutions | Vent Riser Flow Meter--12/7 | 71.83 |  |
| **Total Reimbursables** |  | **1.15 times** | **1,856.83** | **2,135.35** |

**Unit Billing**

| 10/10/2023 | Mileage | 38.0 miles @ 0.75 | 28.50 |  |
|---|---|---|---|---|
| 10/25/2023 | Mileage | 14.0 miles @ 0.75 | 10.50 |  |
| 10/25/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 10/31/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 11/10/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 11/28/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 12/7/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 12/29/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 |  |
| 10/25/2023 | ppbRAE PID (half day) | 7.0 half day @ 100.00 | 700.00 |  |
| 10/31/2023 | Miscellaneous Field Materials | 7.0 each @ 50.00 | 350.00 |  |
| **Total Units** |  | **1.0 times** | **1,170.00** | **1,170.00** |

**Billing Limits**

|  | Current | Prior | To-Date |  |
|---|---|---|---|---|
| Total Billings | 11,576.60 | 133,390.78 | 144,967.38 |  |
| Limit |  |  | 145,000.00 |  |
| Remaining |  |  | 32.62 |  |

| | **Total this Task** | **$11,576.60** |
|---|---|---|
| | **Total this Invoice** | **$17,107.85** |

**003287**

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5236 |

003288



**Pace Analytical®**
National Center for Testing & Innovation

Please Remit To:

Pace Analytical National
29196 Network Place
Chicago, IL 60673-1196
Tax I.D.
Pace Analytical National: 62-0814289
Pace Analytical Services, LLC: 41-1821617
Pace Analytical Gulf Coast: 45-4027089
1-800-767-5859

| Invoice Date: | 12/19/2023 |
|---|---|
| Invoice Number: | 23801669349 |
| Customer PO# | |
| Payment Terms: | Net 30 |
| Payment Due Date: | 01/18/2024 |

| Bill To: | | | | Reported To: | | |
|---|---|---|---|---|---|---|
| | Morgan Gillies | | | Ron Scheele | | |
| | Pangea Environmental Serv - Berkeley, CA | | | Project Number | | |
| | 1250 Addison St. | | | 1645.001 | | |
| | Ste. #213 | | | Site ID# | | Amount Due |
| | Berkeley, CA 94702 | | | 12210 SAN PABLO RIC | | |
| | Customer Number 80-108890 | | | PANENVOCA-OMO | $ | 1,785.00 |

| Sample Numbers: | | Collected | |
|---|---|---|---|
| L1686385-01, L1686385-02, L1686385-03, L1686385-04, L1686385-05, L1686385-06, | | 12/07/2023 | |
| L1686385-07, L1686385-08 | | | |

| Sample IDs: | | | | | | |
|---|---|---|---|---|---|---|
| SVE-1, | SVE-2, | SVE-3, | SVE-4, | SVE-5, | INFLUENT, | R5 |
| MIDPOINT, | EFFLUENT, | | | | | |

| Qty | Matrix | Description | Rush | Unit Price | Amount |
|---|---|---|---|---|---|
| | | **Former Omo's Cleaners** | | | |
| 8 | Air | Flow Control Valve(1 hr/6 L)-Week | | $ 20.00 | $ 160.00 |
| 8 | Air | Summa air cannister | | $ 20.00 | $ 160.00 |
| 8 | Air | Volatile Organics in Air by TO-15 | | $ 180.00 | $ 1,440.00 |
| 1 | Misc | Environmental Impact Fee | | $ 25.00 | $ 25.00 |

- PROJECT: 1645.001
- TASK: 420
- DESCRIPTION: System lab samples Dec 2023
- BILLING MONTH: 12/2023
- INITIALS AND TODAY'S DATE: RS, 12/20/2023

| | Total Due | $ 1,785.00 |
|---|---|---|

2.5% Credit Card Surcharge        $      44.63
If Paid By Credit Card, Total Due $   1,829.63

In the absence of a contract or written agreement to the contrary, Pace Analytical National
Standard Terms and Conditions (see http://www.pacenational.com) represent
the entire agreement between Pace Analytical National and the addressee. Accounts beyond terms
are subject to 1 1/2% monthly service charge.

To help better serve you, please be green and allow us to invoice via email
by sending your AP email address to MTJLAR@pacelabs.com
A 2.5% Credit Card Surcharge of $ 44.63 may be added to any Credit Card payment.
Debit and ACH/e-checks incur no additional fees.

12/19/2023 16:14 seedpak
Acct Date 12/21/2023

003289

**Company Name/Address:**
**Pangea Environmental Serv - Berkeley, CA**

1250 Addison St.

Ste. #213

**Billing Information:**
AP
1250 Addison St.
Ste. #213
Berkeley, CA 94702

Page 1 of 1

Sample Receipt Checklist

| | Y N | | Airs |
|---|---|---|---|
| COC Seal Present/Intact: | Y N | Size: 1L | 6L |
| COC Signed/Accurate: | Y N | Tage Color: G W P B | 1.4L |
| Bottles arrive intact: | Y N | Tubing | Shunt |
| Correct bottles used: | Y N | | |

T/P#: _____

:e'
ANCING SCIENCE

WTI JULIET, TN

12065 Lebanon Road Mt Juliet, TN 37122
Phone: 615-758-5858 Alt: 800-767-5859
Submitting a sample via this chain of custody
constitutes acknowledgment and acceptance
of the Pace Terms and Conditions found at:
https://info.pacelabs.com/hubfs/pas-
standard-terms.pdf

**Report To:** Ron Scheele

**Email To:** rscheele@pangeaenv.com

**Project Description:** Former Omo's Cleaners

**City/State Collected:** Richmond, El Cerrito, CA

**Please Circle:** PT MT CT ET

SDG # L1086988

**Phone:** 510-836-3700

**Client Project #** 1645.001

**Lab Project #** PANENVOCA-SAMPLES  12210SANPA

E166

**Collected by (print):** Dylan Cadiff

**Site/Facility ID #** 12210 SAN PABLO RCH

**P.O. #**

Acctnum: **PANENVOCA**
Template: ~~T232060~~
Prelogin: ~~P1005607~~
PM: 110 - Brian Ford
PB: CBC 06/21/23

**Collected by (signature):** [signature]

**Rush?** (Lab MUST be Notified)
___ Same Day ___ Three Day
___ Next Day ___ Five Day
___ Two Day

**Date Results Needed**
Standard TAT

Shipped Via: **FedEx Ground**

| Sample ID | Can # | Flow Cont. # | Date | Time | Initial | Final | Helium Summa | VOCs TO-15 Summa | | Rem./Contaminant | Sample # (lab only) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SVE-1 | 033085 | 031737 | 12/7/23 | 14:33 | 27 | 5 | | X | | | -01 |
| SVE-2 | 033733 | 020836 | | 14:49 | 30 | 5 | | X | | | -02 |
| SVE-3 | 033781 | 009184 | | 15:01 | 29 | 5 | | X | | | -03 |
| SVE-4 | 031937 | 031628 | | 15:15 | 28 | 5 | | X | | | -04 |
| SVE-5 | 033159 | 031696 | | 15:28 | 30 | 5 | | X | | | -05 |
| Influent | 033987 | 031593 | | 14:33 | 29 | 5 | | X | | | -06 |
| Midpoint | 033077 | 031050 | | 13:46 | 29 | 5 | | X | | | -07 |
| Effluent | 036503 | 020893 | ↓ | 13:39 | 30 | 5 | | X | | | -08 |

**Remarks:** Can #033966 was used, but sample was compromised - DO NOT analyze

**Samples returned via:** ___ UPS ___ FedEx ___ Courier

**Tracking #**

**Hold #**

| Relinquished by : (Signature) [signature] | Date: 12/8/23 | Time: 10:15 | Received by: (Signature) | Date: | Time: | Condition: (lab use only) |
|---|---|---|---|---|---|---|
| Relinquished by : (Signature) | Date: | Time: | Received by: (Signature) [signature] | Date: 12/9 | Time: 0970 | COC Seal Intact: ___ Y ___ N ___ NA |
| Relinquished by : (Signature) | Date: | Time: | Received for lab by: (Signature) | Date: | Time: | NCF: |

003290

Eco-Rental Solutions
5900 Hollis Street
Suite T2
EMERYVILLE, CA  94608
Phone No.: 855-313-4320
Fax No.: 585-625-2366
Home Page: eco-rentalsolutions.com
E-Mail: oak@eco-rentalsolutions.com

**RENTAL INVOICE**

Invoice Number: RN135991
Invoice Date: 12/8/2023
Page:    1

Bill
To: Pangea Environmental Services, Inc.
Dylan Cardiff
1250 Addison
Suite 213
BERKELEY, CA  94702

Ship
To: Pick Up at Eco-Rental Solutions
Dylan Cardiff
5900 Hollis Street
Suite T2
EMERYVILLE, CA  94608

| | | | |
|---|---|---|---|
| Customer ID | CU00727 | P.O. Number | 1645.001 OMO'S |
| Ship Via | Customer Pickup | P.O. Date | 12/7/2023 |
| Terms | 2% 10 Days Net 30 Days | Our Order No. | RQ123676 |
| Due Date | 1/7/2024 | | |
| Salesperson | James Christopher | | |

**Items Rented**

| Item / Description | Quantity | Rental Term | From / Thru | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0240.04.05<br>TSI 9565 VelociCalc<br>Ventilation Meter | 1<br>Each | Final | 12/07/23<br>12/07/23 | 65.00 | 65.00 |

|  | Rental Rates: | 0 Months<br>at 450.00 | 0 Weeks<br>at 175.00 | 1 Day<br>at 65.00 |
|---|---|---|---|---|

Item Shipped: FA03144 (SN:9565P1612007/P16100038)

This Model Has Differential Pressure Inputs
Includes: TSI 964 Thermoanemometer Probe,
Case, Manual, USB Cable, AC Adapter,
TSI Calibration Certificate, Spare AA Batteries,
Tubing, Static Pressure Tip,
TSI TrakPro and LogDat2 Software.

**Items Sold**

| Item / Description | Quantity | Sale Date | Unit Price | Total Price |
|---|---|---|---|---|
| 30-DELIVERY<br>PICK UP THURS 12/7 9AM | 1<br>Each | 12/07/23 | 0.00 | 0.00 |

Remit To:

Eco-Rental Solutions LLC
75 Rockwood Street
Rochester, NY 14610

**One month is defined as 28 days.**

| | |
|---|---|
| Subtotal: | 65.00 |
| Tax: | 6.83 |
| Total: | 71.83 |

- PROJECT: 1645.001
- TASK: 410
- DESCRIPTION: Vent riser flow meter
- BILLING MONTH: Dec 2023
- INITIALS AND TODAY'S DATE: RS, 12/8/2023

003291

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5236 |
|---------|----------|---------------------------|---------|------|

# Billing Backup

Monday, February 12, 2024

Pangea Environmental Services, Inc.      Invoice 5236 Dated 2/12/2024      2:09:08 PM

Project      1645.001      Omo's Cleaners - Richmond

Task      105      Client-Regulatory Interaction

**Professional Personnel**

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| Principal Engineer/Geologist | | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 10/9/2023 | .50 | 200.00 | 100.00 | |
| | DTSC email review. | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 10/10/2023 | 1.00 | 200.00 | 200.00 | |
| | DTSC letter review. | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 10/25/2023 | 1.00 | 200.00 | 200.00 | |
| | Discussion with attorneys about upcoming DTSC meeting | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/6/2023 | 1.50 | 200.00 | 300.00 | |
| | Call with Casa Nido and counsel | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/9/2023 | 3.50 | 200.00 | 700.00 | |
| | DTSC meeting and prep and follow up | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/13/2023 | 2.50 | 200.00 | 500.00 | |
| | Assist wtih response letter to DTSC re Order | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/19/2023 | 4.00 | 200.00 | 800.00 | |
| | Letter for Paul Kibel_response to Order | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/20/2023 | 6.00 | 200.00 | 1,200.00 | |
| | Letter | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/28/2023 | .50 | 200.00 | 100.00 | |
| | Letter. Cost. | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 11/30/2023 | 1.00 | 200.00 | 200.00 | |
| | Add fence to letter | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 12/11/2023 | 1.50 | 200.00 | 300.00 | |
| | Kibel email | | | | | |
| Senior Engineer/Geologist | | | | | | |
| 510 | 0 - Scheele, Ron | 10/26/2023 | 1.00 | 175.00 | 175.00 | |
| | project management | | | | | |
| 510 | 0 - Scheele, Ron | 11/13/2023 | 2.25 | 175.00 | 393.75 | |
| | budget tracking and project management | | | | | |
| 510 | 0 - Scheele, Ron | 12/8/2023 | 1.00 | 175.00 | 175.00 | |
| | project management | | | | | |
| Clerical | | | | | | |
| 004 | 0 - Rawlins, Zachary | 10/13/2023 | .75 | 75.00 | 56.25 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 11/14/2023 | .75 | 75.00 | 56.25 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 12/13/2023 | .50 | 75.00 | 37.50 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 12/14/2023 | .50 | 75.00 | 37.50 | |
| | Project Assistance | | | | | |
| | Totals | | 29.75 | | 5,531.25 | |
| | **Total Labor** | | | | | **5,531.25** |

003292

| Project | 1645.001 | Omo's Cleaners - Richmond | | Invoice | 5236 |
|---------|----------|---------------------------|------|---------|------|

| | | | Total this Task | $5,531.25 |
|---|---|---|---|---|

--------------------------------------------------------------------------

Task           410           SVE-SSD System O&M

**Professional Personnel**

| | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| Senior Engineer/Geologist | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 12/13/2023 | .50 | 175.00 | 87.50 |
| | O&M coord | | | | |
| 510 | 0 - Scheele, Ron | 10/10/2023 | 2.50 | 175.00 | 437.50 |
| | oversee SVE system O&M, adjustments | | | | |
| 510 | 0 - Scheele, Ron | 10/16/2023 | 3.00 | 175.00 | 525.00 |
| | BAAQMD permit renewals form, data mangement, tabulation | | | | |
| 510 | 0 - Scheele, Ron | 10/25/2023 | 2.50 | 175.00 | 437.50 |
| | ovesee system O&M, make adjustments | | | | |
| 510 | 0 - Scheele, Ron | 10/31/2023 | 2.00 | 175.00 | 350.00 |
| | ovesee system O&M, increase vac to optimize | | | | |
| 510 | 0 - Scheele, Ron | 11/1/2023 | 1.00 | 175.00 | 175.00 |
| | data management | | | | |
| 510 | 0 - Scheele, Ron | 11/13/2023 | 1.50 | 175.00 | 262.50 |
| | oversee SSD system O&M | | | | |
| 510 | 0 - Scheele, Ron | 12/5/2023 | .50 | 175.00 | 87.50 |
| | project support | | | | |
| 510 | 0 - Scheele, Ron | 12/7/2023 | 3.00 | 175.00 | 525.00 |
| | oversee system sampling and O&M event, lab sample management | | | | |
| 510 | 0 - Scheele, Ron | 12/8/2023 | .50 | 175.00 | 87.50 |
| | review/approve invoice | | | | |
| 510 | 0 - Scheele, Ron | 12/20/2023 | 2.00 | 175.00 | 350.00 |
| | review system sampling lab data, review/approval of lab invoice | | | | |
| Staff Engineer/Geologist | | | | | |
| 560 | 0 - Cardiff, Dylan | 10/4/2023 | .50 | 130.00 | 65.00 |
| | Recordkeeping and documentation | | | | |
| 560 | 0 - Cardiff, Dylan | 10/10/2023 | 2.75 | 130.00 | 357.50 |
| | Field work - O&M | | | | |
| 560 | 0 - Cardiff, Dylan | 10/11/2023 | .50 | 130.00 | 65.00 |
| | Recordkeeping and documentation | | | | |
| 560 | 0 - Cardiff, Dylan | 10/25/2023 | 3.25 | 130.00 | 422.50 |
| | Field work - O&M | | | | |
| 560 | 0 - Cardiff, Dylan | 10/31/2023 | 2.75 | 130.00 | 357.50 |
| | Field work - System O&M | | | | |
| 560 | 0 - Cardiff, Dylan | 11/6/2023 | 1.00 | 130.00 | 130.00 |
| | Recordkeeping and documentation | | | | |
| 560 | 0 - Cardiff, Dylan | 11/10/2023 | 4.00 | 130.00 | 520.00 |
| | Field work - O&M | | | | |
| 560 | 0 - Cardiff, Dylan | 11/15/2023 | .50 | 130.00 | 65.00 |
| | Recordkeeping and documentation | | | | |
| 560 | 0 - Cardiff, Dylan | 11/27/2023 | .25 | 130.00 | 32.50 |
| | Field prep | | | | |
| 560 | 0 - Cardiff, Dylan | 11/28/2023 | 4.00 | 130.00 | 520.00 |
| | Field work - O&M | | | | |

003293

| Project | 1645.001 | Omo's Cleaners - Richmond | | | Invoice | 5236 |
|---|---|---|---|---|---|---|
| 560 | 0 - Cardiff, Dylan | 11/29/2023 | .50 | 130.00 | 65.00 | |
| | Recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 12/7/2023 | 6.75 | 130.00 | 877.50 | |
| | Field work - O&M plus system sampling, pick up and return anemometer | | | | | |
| 560 | 0 - Cardiff, Dylan | 12/8/2023 | .50 | 130.00 | 65.00 | |
| | Field demob - Prep and ship samples | | | | | |
| 560 | 0 - Cardiff, Dylan | 12/14/2023 | 1.00 | 130.00 | 130.00 | |
| | Recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 12/29/2023 | 4.50 | 130.00 | 585.00 | |
| | Field work - O&M plus storage and rental | | | | | |
| 020 | 0 - Lervaag, Erik | 10/18/2023 | 2.50 | 130.00 | 325.00 | |
| | Update tables | | | | | |
| 020 | 0 - Lervaag, Erik | 10/25/2023 | 1.50 | 130.00 | 195.00 | |
| | System rebalance | | | | | |
| Clerical | | | | | | |
| 585 | 0 - Corpus, Mari | 11/20/2023 | .50 | 75.00 | 37.50 | |
| | Project assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 11/7/2023 | .75 | 75.00 | 56.25 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 11/29/2023 | .50 | 75.00 | 37.50 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 12/4/2023 | .50 | 75.00 | 37.50 | |
| | Project Assistance | | | | | |
| | Totals | | 58.00 | | 8,271.25 | |
| | **Total Labor** | | | | | **8,271.25** |

**Reimbursable Expenses**

Contractor - Laboratory

| AP  13845 | 12/21/2023 | Pace Analytical National | | 1,785.00 | |
|---|---|---|---|---|---|

Reimbursable - Other

| AP  13841 | 12/11/2023 | Eco-Rental Solutions | | 71.83 | |
|---|---|---|---|---|---|
| | **Total Reimbursables** | | **1.15 times** | **1,856.83** | **2,135.35** |

**Unit Billing**

| 10/10/2023 | Mileage | 38.0 miles @ 0.75 | 28.50 | |
|---|---|---|---|---|
| 10/25/2023 | Mileage | 14.0 miles @ 0.75 | 10.50 | |
| 10/25/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 10/31/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 11/10/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 11/28/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 12/7/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 12/29/2023 | Mileage | 18.0 miles @ 0.75 | 13.50 | |
| 10/25/2023 | ppbRAE PID (half day) | 7.0 half day @ 100.00 | 700.00 | |
| 10/31/2023 | Miscellaneous Field Materials | 7.0 each @ 50.00 | 350.00 | |
| | **Total Units** | **1.0 times** | **1,170.00** | **1,170.00** |

| | **Total this Task** | **$11,576.60** |
|---|---|---|
| | **Total this Project** | **$17,107.85** |
| | **Total this Report** | **$17,107.85** |

003294

April 16, 2024

# Invoice No. 5297

003295

| **Invoice** | **Pangea Environmental Services, Inc.** |
|---|---|
| | **1250 Addison Street, Suite 213** |
| | **Berkeley, CA 94702** |
| | **(510) 836-3700** |

| | |
|---|---|
| ronaldpiziali@gmail.com | April 16, 2024 |
| mtc10860@aol.com | Project No:    1645.001 |
| Casa Nido c/o B&T Bookkeeping, Inc. | Invoice No:    5292 |
| 3060 El Cerrito Plaza, #507 | |
| El Cerrito, CA  94530 | |

Project        1645.001        Omo's Cleaners - Richmond

**Professional Services from January 1, 2024 to March 31, 2024**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Task          105          Client-Regulatory Interaction

Services Provided: This task covers client/agency interaction over a three-month billing period (Jan - March 2024). Work was authorized by Work Order #1 dated June 9, 2020 and subsequent client approvals.  Effort was conducted on a time and materials basis as needed and consisted of the following:
-Review of DTSC letter on Jan 1, 2024.
-Review of new DTSC documents on Envirostor on Jan 9.
-Preparation of liability certificates on Feb 20.
-Interaction with police and fencing company regarding homeless on site.
-Budget tracking and project management.
Line item detail showing work dates and comments are included with the attached billing backup.

**Professional Personnel**

| | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Senior Engineer/Geologist | | | | |
| Clark-Riddell, Bob | 1.50 | 175.00 | 262.50 | |
| Scheele, Ron | 8.50 | 175.00 | 1,487.50 | |
| Clerical | | | | |
| Rawlins, Zachary | 2.75 | 75.00 | 206.25 | |
| Totals | 12.75 | | 1,956.25 | |
| **Total Labor** | | | | **1,956.25** |

| **Billing Limits** | **Current** | **Prior** | **To-Date** | |
|---|---|---|---|---|
| Total Billings | 1,956.25 | 76,948.81 | 78,905.06 | |
| Limit | | | 80,000.00 | |
| Remaining | | | 1,094.94 | |
| | | **Total this Task** | | **$1,956.25** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Task          410          SVE-SSD System O&M

003296

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5292 |
|---------|----------|---------------------------|---------|------|

Services Provided: Effort during this three-month billing period (Jan-Mar 2024) consisted of SVE-SSD system operation, maintenance, and field related activities. Work is authorized by Work Order #19 dated August 16, 2020 and subsequent client approvals.  Effort was conducted on a time and materials basis as needed and consisted of the following:
-System operation from Jan 1 to 17, 2024, when system shutdown due to high water elevation.
-Site visit on Jan 23, 2024 found system shutdown due to high water. Calculate Jan 17 off date.
-Site visit March 1 to check water depth.  Repaired fence.
-Site visits to help vacate squatter on March 16 and 18 per client call March 16.
-Review of high water shutdown and rising water depths.
-Field work oversight, coordination and schedule.
-BAAQMD permit calculations.
-Data management.
-Costs for fence rental and BAAQMD permit, as well as mileage and supply costs for field work.

Line item detail showing work dates and comments are included with the attached billing backup.

**Professional Personnel**

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| Senior Engineer/Geologist | | | | | | |
| Scheele, Ron | | | 17.00 | 175.00 | 2,975.00 | |
| Staff Engineer/Geologist | | | | | | |
| Cardiff, Dylan | | | 8.50 | 130.00 | 1,105.00 | |
| Totals | | | 25.50 | | 4,080.00 | |
| **Total Labor** | | | | | | **4,080.00** |

**Reimbursable Expenses**

| | | | | | | |
|---|---|---|---|---|---|---|
| Reimbursable - Other | | | | | | |
| 1/2/2024 | Rentafence | Security Fence | | | 49.39 | |
| 1/30/2024 | Rentafence | Security Fence | | | 49.39 | |
| 2/27/2024 | RentAFence.com | Security Fence--6 Months | | | 296.33 | |
| Reimbursable - Permits & Bonds | | | | | | |
| 2/15/2024 | Bay Area Air Quality Management District | Renewal of Air Permit 3/1/24 to 3/1/25 | | | 4,673.00 | |
| **Total Reimbursables** | | | | **1.15 times** | **5,068.11** | **5,828.33** |

**Unit Billing**

| | | | | | |
|---|---|---|---|---|---|
| 1/23/2024 | Mileage | 18.0 miles @ 0.75 | | 13.50 | |
| 3/1/2024 | Mileage | 18.0 miles @ 0.75 | | 13.50 | |
| 3/16/2024 | Mileage | 18.0 miles @ 0.75 | | 13.50 | |
| 1/23/2024 | Miscellaneous Field Materials | 1.0 each @ 50.00 | | 50.00 | |
| 1/23/2024 | ppbRAE PID (half day) | 1.0 half day @ 100.00 | | 100.00 | |
| **Total Units** | | **1.0 times** | | **190.50** | **190.50** |

**Billing Limits**

| | Current | Prior | To-Date | |
|---|---|---|---|---|
| Total Billings | 10,098.83 | 144,967.38 | 155,066.21 | |
| Limit | | | 160,000.00 | |
| Remaining | | | 4,933.79 | |
| | | **Total this Task** | | **$10,098.83** |

--------------------------------------------------------------------------------

| Task | 445 | Air/SV Sampling - 2nd Event |
|------|-----|----------------------------|

**003297**

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5292 |
|---|---|---|---|---|

Services Provided: This task relates to implementation of the DTSC-approved Offsite Vapor Intrusion Investigation Workplan approved by the DTSC in a letter dated October 29, 2021.  Work is authorized by Work Order #20 dated December 20, 2021 and subsequent client approvals. Effort was performed on a time-and-materials basis and included the following:

-Data validation review for Offsite Vapor Intrusion Report.

-Resume limited reporting in anticipation of short schedule for report submittal.

Line item detail showing work dates and comments are included with the attached billing backup.

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Senior Engineer/Geologist |  |  |  |  |
| Clark-Riddell, Bob | 1.50 | 175.00 | 262.50 |  |
| Staff Engineer/Geologist |  |  |  |  |
| Jensen, Ka'ai | 11.00 | 130.00 | 1,430.00 |  |
| Totals | 12.50 |  | 1,692.50 |  |
| **Total Labor** |  |  |  | **1,692.50** |

**Billing Limits**

|  | Current | Prior | To-Date |  |
|---|---|---|---|---|
| Total Billings | 1,692.50 | 32,056.04 | 33,748.54 |  |
| Limit |  |  | 35,000.00 |  |
| Remaining |  |  | 1,251.46 |  |
|  |  | **Total this Task** |  | **$1,692.50** |
|  |  | **Total this Invoice** |  | **$13,747.58** |

003298

**RENTAFENCE.COM**

# 1-888-313-3623

# Bill to

# Invoice

Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA 94702

Invoice #12198-36350
Issued January 24, 2024
Net 30

## How to pay

This is your invoice from RentAFence.com. If you have any questions, please contact admin@rentafence.com.

To view your invoice and payment history online, go to https://app.resolvepay.com.

| PAY ONLINE | FASTEST & EASIEST | | PAY BY BANK TRANSFER | PAY BY CHECK |

**ACH or Credit Card**

Pay online at https://app.resolvepay.com.

\* A non-refundable fee of 2.9% will be added to the total to cover costs incurred with card processing

**ACH or Wire Transfer**

Bank name: First Republic Bank
Name: RentAFence.com
Routing #: 321081669
Account #: 80007951694

ACH payment details should be sent to invoice@resolvepay.com to properly record payment to your account

**USPS Regular Mail**

RentAFence.com
PO Box 7587
San Francisco, CA 94120-7587

**Overnight Express Mail**

Resolve fbo RentAFence.com
CheckAlt Attn: Batching Department
LB# 7587
711 Executive Blvd Suite H
Valley Cottage, NY 10989

Only FEDEX or UPS are accepted.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24/24 | New invoice #12198-36350 | $49.39 |
| | TOTAL | $49.39 |
| | PAID | $0.00 |

| BALANCE | $49.39 |
|---------|--------|
| DUE DATE | Feb 23, 2024 |

003299



(888) 313-3623
admin@rentafence.com
www.rentafence.com

**BILL TO**
Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA  94702

**SHIP TO**
12210 San Pablo Ave
Richmond, CA

## INVOICE 12198-36350

**DATE** 01/24/2024   **TERMS** Due on receipt

**DUE DATE** 02/01/2024

**SHIP DATE**
12/24/2020

**SITE CONTACT/CELL NUMBER ONLY**
Ron 510-459-6012

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **6X12 RENEWAL** | 6FT HIGH  CHAIN LINK  PANELS AND STANDS FENCE MONTH TO MONTH RENEWAL | 180 | 0.25 | 45.00T |

Upon Acceptance of this estimate: The customer (Company, Sole Proprietor, Individual, and or it's affiliates) approved to accept Rentafence.com services. Acknowledges the full service provided by Rentafence.com. Customer is responsible for all equipment and materials upon delivery to the job site. Customer shall defend, indemnify and hold rentafence.com harmless from any and all claims, causes of actions and liabilities of any kind arising out of or in connection with this agreement. This indemnification shall extend to claims occurring after this agreement is terminated, as well as while it is in force. The customer accepts the equipment as it is provided and will be responsible for any claims or liabilities related to said equipment. Rentafence.com will be in their legal right to collect their assets/ equipment as stated on this estimate for non payment after providing notice to customer.

| | |
|---|---|
| SUBTOTAL | 45.00 |
| TAX | 4.39 |
| TOTAL | 49.39 |

**TOTAL DUE**                          **$49.39**

ALL EQUIPMENT AND MATERIAL MUST BE PAID IN FULL PRIOR TO PICK-UP. ALL LATE PAYMENTS WILL BE SUBJECT TO A 1.5% FINANCE CHARGE.

FOR YOUR RECORDS ONLY

003300

**RENTAFENCE.COM**

# 1-888-313-3623

## Bill to

Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA 94702

# Invoice

Invoice #12198-35075
Issued December 24, 2023
Net 30

## How to pay

This is your invoice from RentAFence.com. If you have any questions, please contact admin@rentafence.com.

To view your invoice and payment history online, go to https://app.resolvepay.com.

**PAY ONLINE**  `FASTEST & EASIEST`

**ACH or Credit Card**

Pay online at https://app.resolvepay.com.

\* A non-refundable fee of 2.9% will be
added to the total to cover costs incurred
with card processing

**PAY BY BANK TRANSFER**

**ACH or Wire Transfer**

Bank name: First Republic Bank
Name: RentAFence.com
Routing #: 321081669
Account #: 80007951694

ACH payment details should be sent to
invoice@resolvepay.com to properly
record payment to your account

**PAY BY CHECK**

**USPS Regular Mail**

RentAFence.com
PO Box 7587
San Francisco, CA 94120-7587

**Overnight Express Mail**

Resolve fbo RentAFence.com
CheckAlt Attn: Batching Department
LB# 7587
711 Executive Blvd Suite H
Valley Cottage, NY 10989

Only FEDEX or UPS are accepted.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/24/23 | New invoice #12198-35075 | $49.39 |
| | **TOTAL** | $49.39 |
| | **PAID** | $0.00 |

| | |
|---|---|
| **BALANCE** | **$49.39** |
| **DUE DATE** | **Jan 27, 2024** |

003301



(888) 313-3623
admin@rentafence.com
www.rentafence.com

**BILL TO**
Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA  94702

**SHIP TO**
12210 San Pablo Ave
Richmond, CA

## INVOICE 12198-35075

**DATE** 12/24/2023   **TERMS** Due on receipt

**DUE DATE** 01/01/2024

**SHIP DATE**
12/24/2020

**SITE CONTACT/CELL NUMBER ONLY**
Ron 510-459-6012

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| **6X12 RENEWAL** | 6FT HIGH  CHAIN LINK  PANELS AND STANDS FENCE MONTH TO MONTH RENEWAL | 180 | 0.25 | 45.00T |

Upon Acceptance of this estimate: The customer (Company, Sole Proprietor, Individual, and or it's affiliates) approved to accept Rentafence.com services. Acknowledges the full service provided by Rentafence.com. Customer is responsible for all equipment and materials upon delivery to the job site. Customer shall defend, indemnify and hold rentafence.com harmless from any and all claims, causes of actions and liabilities of any kind arising out of or in connection with this agreement. This indemnification shall extend to claims occurring after this agreement is terminated, as well as while it is in force. The customer accepts the equipment as it is provided and will be responsible for any claims or liabilities related to said equipment. Rentafence.com will be in their legal right to collect their assets/ equipment as stated on this estimate for non payment after providing notice to customer.

| | |
|---|---|
| SUBTOTAL | 45.00 |
| TAX | 4.39 |
| TOTAL | 49.39 |

| TOTAL DUE | $49.39 |
|-----------|--------|

ALL EQUIPMENT AND MATERIAL MUST BE PAID IN FULL PRIOR TO PICK-UP. ALL LATE PAYMENTS WILL BE SUBJECT TO A 1.5% FINANCE CHARGE.

003302

# RENTAFENCE.COM
## 1-888-313-3623

Notice: Payment details for checks and bank transfers have changed. Please update your payment remittance records accordingly.

## Bill to

Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA 94702
Attn: Mari Corpus

## Invoice

Invoice #12198-37768
Issued February 24, 2024
Net 30

## How to pay

This is your invoice from RentAFence.com. If you have any questions, please contact admin@rentafence.com.

To view your invoice and payment history online, go to https://app.resolvepay.com.

### PAY ONLINE  `FASTEST & EASIEST`

#### ACH or Credit Card

Pay online at https://app.resolvepay.com.

\* A non-refundable fee of 2.9% will be added to the total to cover costs incurred with card processing

### PAY BY BANK TRANSFER

#### ACH or Wire Transfer

Bank name: JP Morgan Chase
Name: RentAFence.com
Routing #: 028000024
Account #: 20000045071161

ACH payment details should be sent to invoice@resolvepay.com to properly record payment to your account

### PAY BY CHECK

#### USPS Regular Mail

RentAFence.com
P.O. Box 103362
Pasadena, CA 91189-3362

#### Overnight Express Mail

JPMorgan Chase
Attn: Resolve 103362
2710 Media Center Dr.
Building # 6, Suite # 120
Los Angeles, CA 90065

Only FEDEX or UPS are accepted.

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/24/24 | New invoice #12198-37768 | $296.33 |

| | |
|---|---|
| TOTAL | $296.33 |
| PAID | $0.00 |

| | |
|---|---|
| BALANCE | $296.33 |
| DUE DATE | Mar 27, 2024 |



003303

 **RENTAFENCE.COM**

(888) 313-3623
admin@rentafence.com
www.rentafence.com

**BILL TO**
Pangea Environmental Services
1250 Addison Street Ste 213
Berkeley, CA  94702

**SHIP TO**
12210 San Pablo Ave
Richmond, CA

## INVOICE 12198-37768

**DATE** 02/24/2024   **TERMS** Net 30

**DUE DATE** 03/25/2024

**SHIP DATE**
12/24/2020

**SITE CONTACT/CELL NUMBER ONLY**
Ron 510-459-6012

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | **6X12 RENEWAL** | 6FT HIGH  CHAIN LINK  PANELS AND STANDS FENCE MONTH TO MONTH RENEWAL | 180 | 0.25 | 45.00T |
| | **MONTHLY SERVICE** | additional 5 months | 5 | 45.00 | 225.00T |

Contact Rent-A-Fence.com (CA) to pay.
Upon Acceptance of this estimate: The customer (Company, Sole Proprietor, Individual, and or it's affiliates) approved to accept RentaFence.com services. Acknowledges the full service provided by Rentafence.com. Customer is responsible for all equipment and materials upon delivery to the job site. Customer shall defend, indemnify and hold rentafence.com harmless from any and all claims, causes of actions and liabilities of any kind arising out of or in connection with this agreement. This indemnification shall extend to claims occurring after this agreement is terminated, as well as while it is in force. The customer accepts the equipment as it is provided and will be responsible for any claims or liabilities related to said equipment. Rentafence.com will be in their legal right to collect their assets/ equipment as stated on this estimate for non payment after providing notice to customer.

| | |
|---|---|
| SUBTOTAL | 270.00 |
| TAX | 26.33 |
| TOTAL | 296.33 |

**TOTAL DUE**            **$296.33**

- PROJECT: 1645.001
- TASK: 410
- DESCRIPTION: security fence-Mar to Sept 2024 rental
- BILLING MONTH: 02/2024
- INITIALS AND TODAY'S DATE: RS, 2/27/2024

ALL EQUIPMENT AND MATERIAL MUST BE PAID IN FULL PRIOR TO PICK-UP. ALL LATE PAYMENTS WILL BE SUBJECT TO A 1.5% FINANCE CHARGE.

FOR YOUR RECORDS ONLY



**003304**

## BAY AREA AIR QUALITY MANAGEMENT DISTRICT

375 Beale Street, Suite 600
San Francisco, CA 94105
(415) 771-6000
www.baaqmd.gov

# ANNUAL PERMIT RENEWAL INVOICE

Invoice for Renewal Term 3/1/2024 to 3/1/2025

Page 1 of 2

| | |
|---|---|
| Invoice Number: | T163711 |
| Invoice Date: | 01/01/2024 |
| Due Date: | 03/01/2024 |
| Renewal Number: | 691585 |
| Facility ID: | 24476 |
| Customer Number: | B152593F24476 |

**TO:** Pangea Environmental Services Inc
1250 Addison St, #213
Berkeley, CA 94702-4702

**ATTN:** Morgan Gillies

**Renewal No.:** 691585

**Equipment Location:**
Pangea Environmental Services Inc
12210 San Pablo Ave
Richmond, CA 94805-4805
**Owner:** Pangea Environmental Services Inc

**Operator:** Morgan Gillies, Pangea Environmental Services Inc

**For questions regarding check or online payments, please contact:**
(415) 749-4636 | customerpayments@baaqmd.gov

**For questions regarding fees and other permit info, please contact:**
Sadegh Sadeghipour | Air Quality Engineer | (415) 749-4672 |
ssadeghipour@baaqmd.gov

Sources requiring permit renewal are not authorized to operate after 03/01/2024 until payment is remitted. The District may not consider requests for refund due to data errors subsequent to the issuance of renewal documents which will be issued upon receipt of remittance.
The maximum amount that can be charged by credit card on a single invoice is $5000.00

| Date Applied | Fee Type | Amount |
|---|---|---|
| 1/1/2024 | Permit to Operate Fee | $3,790.00 |
| 1/1/2024 | Renewal Processing Fee | $124.00 |
| 1/1/2024 | Criteria Toxics Reporting Fee | $172.00 |
| 1/1/2024 | Overburdened Community Renewal Fee | $587.00 |

| | |
|---|---|
| **Total Fees:** | $4,673.00 |
| **Amount Paid:** | $0.00 |
| **Amount Due:** | $4,673.00 |

- PROJECT: 1645.001
- TASK: 410
- DESCRIPTION: Renewal of system air permit
- BILLING MONTH: Feb
- INITIALS AND TODAY'S DATE: RS, 2/15/2024

## Save Time, Pay Online: www.baaqmd.gov/Pay

Visa, Mastercard, Discover, and eCheck payments accepted online.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If paying by check or money order, remove this bottom portion and mail it using the envelope provided. The top portion is for your records.

Pangea Environmental Services Inc
1250 Addison St, #213
Berkeley, CA 94702-4702

**THIS INVOICE IS NOW DUE AND PAYABLE**

| | |
|---|---|
| Invoice Number: | T163711 |
| Invoice Date: | 01/01/2024 |
| Due Date: | 03/01/2024 |
| Renewal Number: | 691585 |
| Facility ID: | 24476 |
| Customer Number: | B152593F24476 |

The District only accepts checks or money orders by mail. Credit card information sent through the mail will be destroyed, and could delay or cancel your permit.

1. Make your check payable to BAAQMD
2. Write the invoice number T163711 on the face of the check.
3. If paying more than one invoice, write a separate check for each invoice.
4. Mail this portion with your check payment.

| **Amount Due:** | $4,673.00 |
|---|---|

**BAY AREA AIR QUALITY MGMT DIST.**
**375 Beale Street, Suite 600**
**San Francisco, CA 94105**

If postmarked on or after 3/2/2024, pay this amount:
$5140.00 (10% reinstatement fee included)

If postmarked on or after 4/1/2024, pay this amount:
$5841.00 (25% reinstatement fee included)

**003305**

BAY AREA AIR QUALITY
MANAGEMENT DISTRICT

**ANNUAL PERMIT RENEWAL INVOICE**

375 Beale Street, Suite 600
San Francisco, CA 94105
(415) 771-6000
www.baaqmd.gov

Invoice for Renewal Term 3/1/2024 to 3/1/2025

Page 2 of 2

| | |
|---|---|
| **Invoice Number:** | T163711 |
| **Invoice Date:** | 01/01/2024 |
| **Due Date:** | 03/01/2024 |
| **Renewal Number:** | 691585 |
| **Facility ID:** | 24476 |
| **Customer Number:** | B152593F24476 |

## Bay Area Air Quality Management District

Itemized Listing

### Detailed Fee Listing

| Description | Fee Rate | Coverage Period | Number of Days | Amount |
|---|---|---|---|---|
| Criteria Toxics Reporting Fee | - | | | $172.00 |
| Toxic Inventory Fee - Schedule N | $1.13 per Weighted Pound | 03/01/24 - 03/01/25 | 365 | $0.00 |
| Renewal Processing Fee - Schedule NotApplicable | | 03/01/24 - 03/01/25 | 365 | $124.00 |
| Overburdened Community Renewal Fee - Schedule NotApplicable | | - | | $587.00 |
| S1: Permit to Operate Fee - Schedule G1 | | 03/01/24 - 03/01/25 | 365 | $3,790.00 |
| | | | | **$4,673.00** |

### Adjusted Prioritization Score:  0

*Adjusted Prioritization scores are calculated based on the quantity of toxic air contaminant emissions, the toxicity of the toxic air contaminants, and the proximity of the facility to potential receptors such as residences, hospitals, schools, and workers.*

**Notes**:
The Bay Area Air Quality Management District is collecting AB2588 Air Toxics "Hot Spots" Information Act Fees at the same time as the annual permit renewal fees. The District is required to collect these fees under the California Health and Safety Code Section 44380-44384.

BAAQMD regulations are available at www.baaqmd.gov or by calling (415) 749-4900.

## Reported Source Emissions

For RenewalPeriod 3/1/2024 to 3/1/2025

| | | Annual Average lbs/day | | | | |
|---|---|---|---|---|---|---|
| Source | Facility Source Description | PM | Org | NOx | SO2 | CO |
| S1 | Soil Vapor Extraction (SVE) System, equipped with one blower | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTALS** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

003306

| Project | 1645.001 | Omo's Cleaners - Richmond | Invoice | 5292 |
|---------|----------|---------------------------|---------|------|

# Billing Backup

Tuesday, April 16, 2024

Pangea Environmental Services, Inc.      Invoice 5292 Dated 4/16/2024      6:32:55 PM

Project      1645.001      Omo's Cleaners - Richmond

-----------------------------------------------------------------------------

Task      105      Client-Regulatory Interaction

**Professional Personnel**

| | | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| Senior Engineer/Geologist | | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 3/15/2024 | .50 | 175.00 | 87.50 | |
| | Homeless on site.  Call police. | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 3/16/2024 | .50 | 175.00 | 87.50 | |
| | Client call about homeless removal and update | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 3/18/2024 | .50 | 175.00 | 87.50 | |
| | Follow up | | | | | |
| 510 | 0 - Scheele, Ron | 1/3/2024 | 2.00 | 175.00 | 350.00 | |
| | review DTSC leter dated 1/3/2024, project management | | | | | |
| 510 | 0 - Scheele, Ron | 1/9/2024 | 1.00 | 175.00 | 175.00 | |
| | review new DTSC documents on Envirostor | | | | | |
| 510 | 0 - Scheele, Ron | 1/16/2024 | 1.00 | 175.00 | 175.00 | |
| | project management | | | | | |
| 510 | 0 - Scheele, Ron | 2/9/2024 | 2.00 | 175.00 | 350.00 | |
| | project managment, budget tracking | | | | | |
| 510 | 0 - Scheele, Ron | 2/20/2024 | .50 | 175.00 | 87.50 | |
| | liability certs | | | | | |
| 510 | 0 - Scheele, Ron | 3/18/2024 | 2.00 | 175.00 | 350.00 | |
| | budget tracking, project mgnt | | | | | |
| Clerical | | | | | | |
| 004 | 0 - Rawlins, Zachary | 1/10/2024 | 1.00 | 75.00 | 75.00 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 2/15/2024 | 1.00 | 75.00 | 75.00 | |
| | Project Assistance | | | | | |
| 004 | 0 - Rawlins, Zachary | 3/18/2024 | .75 | 75.00 | 56.25 | |
| | Project Assistance | | | | | |
| | Totals | | 12.75 | | 1,956.25 | |
| | **Total Labor** | | | | | **1,956.25** |
| | | | | **Total this Task** | | **$1,956.25** |

-----------------------------------------------------------------------------

Task      410      SVE-SSD System O&M

**Professional Personnel**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Senior Engineer/Geologist | | | | | |
| 510 | 0 - Scheele, Ron | 1/3/2024 | 1.50 | 175.00 | 262.50 |
| | BAAQMD permit calculations | | | | |
| 510 | 0 - Scheele, Ron | 1/11/2024 | 2.00 | 175.00 | 350.00 |
| | schedule O&M, data management | | | | |
| 510 | 0 - Scheele, Ron | 1/17/2024 | 2.00 | 175.00 | 350.00 |
| | data management | | | | |

003307

| Project | 1645.001 | Omo's Cleaners - Richmond | | | Invoice | 5292 |
|---|---|---|---|---|---|---|
| 510 | 0 - Scheele, Ron | 1/23/2024 | 3.00 | 175.00 | 525.00 | |
| | oversee system O&M, high water shutdown, review water rising water depths | | | | | |
| 510 | 0 - Scheele, Ron | 1/24/2024 | 1.00 | 175.00 | 175.00 | |
| | review security fence invoices | | | | | |
| 510 | 0 - Scheele, Ron | 2/6/2024 | .50 | 175.00 | 87.50 | |
| | vendor review/approval | | | | | |
| 510 | 0 - Scheele, Ron | 2/15/2024 | 1.50 | 175.00 | 262.50 | |
| | air permit renewal | | | | | |
| 510 | 0 - Scheele, Ron | 2/28/2024 | 1.00 | 175.00 | 175.00 | |
| | schedule site visit, approve vendor invoice | | | | | |
| 510 | 0 - Scheele, Ron | 3/6/2024 | 1.50 | 175.00 | 262.50 | |
| | review data w tech, elevated dtw, system to remain off, reschedule system site visits | | | | | |
| 510 | 0 - Scheele, Ron | 3/20/2024 | 1.00 | 175.00 | 175.00 | |
| | support | | | | | |
| 510 | 0 - Scheele, Ron | 3/22/2024 | 2.00 | 175.00 | 350.00 | |
| | homeless/fence issue | | | | | |
| Staff Engineer/Geologist | | | | | | |
| 560 | 0 - Cardiff, Dylan | 1/4/2024 | .25 | 130.00 | 32.50 | |
| | Recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 1/10/2024 | .50 | 130.00 | 65.00 | |
| | Recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 1/23/2024 | 4.25 | 130.00 | 552.50 | |
| | Field work - O&M. Found system off, plus recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 1/24/2024 | .25 | 130.00 | 32.50 | |
| | Correspondence | | | | | |
| 560 | 0 - Cardiff, Dylan | 2/4/2024 | .25 | 130.00 | 32.50 | |
| | Recordkeeping and documentation | | | | | |
| 560 | 0 - Cardiff, Dylan | 3/1/2024 | 1.25 | 130.00 | 162.50 | |
| | Field work - DTW check and fence repair | | | | | |
| 560 | 0 - Cardiff, Dylan | 3/16/2024 | 1.50 | 130.00 | 195.00 | |
| | Site visit - Squatter on site, photos taken and note left to vacate | | | | | |
| 560 | 0 - Cardiff, Dylan | 3/18/2024 | .25 | 130.00 | 32.50 | |
| | Site visit - Squatter partially moved out, photos taken | | | | | |
| | Totals | | 25.50 | | 4,080.00 | |
| | **Total Labor** | | | | | **4,080.00** |

**Reimbursable Expenses**

Reimbursable - Other

| CD | 010224C | 1/2/2024 | Rentafence / Security Fence | | | 49.39 | |
|---|---|---|---|---|---|---|---|
| CD | 013024B | 1/30/2024 | Rentafence / Security Fence | | | 49.39 | |
| AP | 13945 | 2/27/2024 | RentAFence.com | | | 296.33 | |

Reimbursable - Permits & Bonds

| AP | 13925 | 2/15/2024 | Bay Area Air Quality Management District | | | 4,673.00 | |
|---|---|---|---|---|---|---|---|
| | **Total Reimbursables** | | | **1.15 times** | | **5,068.11** | **5,828.33** |

**Unit Billing**

| 1/23/2024 | Mileage | | 18.0 miles @ 0.75 | | 13.50 | |
|---|---|---|---|---|---|---|
| 3/1/2024 | Mileage | | 18.0 miles @ 0.75 | | 13.50 | |
| 3/16/2024 | Mileage | | 18.0 miles @ 0.75 | | 13.50 | |

003308

| Project | 1645.001 | Omo's Cleaners - Richmond | | Invoice | 5292 |
|---------|----------|---------------------------|--|---------|------|

| 1/23/2024 | Miscellaneous Field Materials | 1.0 each @ 50.00 | 50.00 | |
| 1/23/2024 | ppbRAE PID (half day) | 1.0 half day @ 100.00 | 100.00 | |
| | **Total Units** | **1.0 times** | **190.50** | **190.50** |
| | | **Total this Task** | | **$10,098.83** |

--------------------------------------------------------------------------------

Task        445         Air/SV Sampling - 2nd Event

**Professional Personnel**

| | | | Hours | Rate | Amount | |
|--|--|--|-------|------|--------|--|
| Senior Engineer/Geologist | | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 2/15/2024 | 1.00 | 175.00 | 175.00 | |
| Report resumption and data validation start | | | | | | |
| 003 | 0 - Clark-Riddell, Bob | 2/20/2024 | .50 | 175.00 | 87.50 | |
| Reporting | | | | | | |
| Staff Engineer/Geologist | | | | | | |
| 590 | 0 - Jensen, Ka'ai | 2/15/2024 | 3.00 | 130.00 | 390.00 | |
| Data validation review for Offsite vapor intrusion report. | | | | | | |
| 590 | 0 - Jensen, Ka'ai | 2/16/2024 | 4.00 | 130.00 | 520.00 | |
| Data validation for offsite vapor intrusion investigation. | | | | | | |
| 590 | 0 - Jensen, Ka'ai | 2/22/2024 | 4.00 | 130.00 | 520.00 | |
| Data validation for offsite vapor intrusion investigation. | | | | | | |
| | Totals | | 12.50 | | 1,692.50 | |
| | **Total Labor** | | | | | **1,692.50** |
| | | **Total this Task** | | | | **$1,692.50** |
| | | **Total this Project** | | | | **$13,747.58** |
| | | **Total this Report** | | | | **$13,747.58** |

003309

# Exhibit 34

# Statement Date

# June 6, 2016

1/30/20

P. G. + E                                          ✗ 985.91

CONTRACT # 50018092  VI
E.-PM. # 35105100

003312

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SACRAMENTO CA 95899

OFFICIAL USE

| | | | 0220 |
|---|---|---|---|
| Certified Mail Fee | $3.50 | | |
| | $ | $2.80 | 08 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $0.55

Total Postage and Fees
$ $6.85

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 3090 0000 5760 6172

EL CERRITO CA
Postmark
JAN 10 2020
USPS 94530
01/10/2020

---

EL CERRITO
11135 SAN PABLO AVE
EL CERRITO, CA 94530-9998
052390-0220
(800)275-8777
01/10/2020 03:44 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |

  (Domestic)
  (SACRAMENTO, CA 95899)
  (Weight:0 Lb 0.90 Oz)
  (Estimated Delivery Date)
  (Monday 01/13/2020)

| Certified | | | $3.50 |
|---|---|---|---|

  (USPS Certified Mail #)
  (70183090000057606172)

Return Receipt                          $2.80
  (USPS Return Receipt #)
  (9590940247918344990484)

Total:                                  $6.85

---

Credit Card Remitd                      $6.85
  (Card Name:VISA)
  (Account #:XXXXXXXXXXXX7812)
  (Approval #:010433)
  (Transaction #:874)
  (AID:A0000000031010           Chip)
  (AL:VISA CREDIT)
  (PIN:Not Required)

---

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
  https://postalexperience.com/Pos

  840-5945-0027-002-00046-38256-02

    or scan this code with
      your mobile device:

. 003313

**CASA NIDO**
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank®
Where Relationships Matter

THE MECHANICS BANK

9015

90-203-1211

1/10/20

PAY TO THE
ORDER OF _____ PG & E _____ $ 985.91

Nine hundred eighty - five and 91/00 _____ **DOLLARS**

CONTRACT # 50018092 VI
MEMO E-PM # 25105100

Marsha G. Conwell

⑈009015⑈ ⑆121102036⑆ 003⑈030253⑈

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

9015

1/10/20

P.G. + E

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

9015

SF5001-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 510-232-7800

C6DX8S0010000   V07SF005794

18  D552EF  SLXRX7  03/28/2016 00:18

003314



# Customer Payment Coupon

| For Internal Use | |
|---|---|
| Notification # | 115424003 |
| Contract # | 50018092 V1 |
| E- PM # | 35105100 |
| G- PM # | |
| Prior MLX/PM# | |
| Customer # | 2240645 |

Casa Nido,CA,GENERAL PARTNERSHIP

3060 El Cerrito Plaza, #507

EL CERRITO  CA  94530

12210 SAN PABLO AVE.,RICHMOND,CA,94805

Total Due                          $985.91

## Important Payment Information

### To complete your contract ONLINE

Follow the instructions provided with your electronic contract

Submit payment at **pge.com/contractpayments**

### To complete your contract BY MAIL

Please make check payable to: **PG&E** or **Pacific Gas and Electric**

Complete, sign and return the enclosed agreement(s), the SACAC form and the customer payment coupon with your payment

**Remit payment and SACAC form to:**
PG&E CFM/PPC Department
PO BOX 997340
Sacramento, CA 95899-7340

## IMPORTANT MESSAGE

Please review the enclosed information and total due. This document needs to be returned with the enclosed agreements.

If you complete your contract ONLINE, a copy will be saved to your Customer Connections Online (CCO) account at **pge.com/cco.**

To learn more about PG&E's gas and electric safety initiatives and resources please visit **pge.com/safety.**

## Have Questions?
## Please Call

. 003315

 **Pacific Gas And Electric Company**
**APPLICATION AND AGREEMENT FOR**
**ELECTRIC AND/OR NATURAL GAS FACILITIES**
**WHERE FULL ADVANCE PAYMENT IS REQUIRED**
**Rule 13 - Temporary Service**

**REFERENCES:**
Notification #        115424003
Contract #            50018092 V1
E-PM #                35105100
G-PM #

To Pacific Gas and Electric Company:

The undersigned Applicant hereby requests you to deliver [X] electric energy and/or [ ] natural gas to and for
the equipment hereinafter described, at the location shown on Exhibit A, in accordance with the applicable rates and rules of PG&E.
In consideration of PG&E's acceptance of this application and the installation of facilities to supply temporary electric and/or
natural gas service, Applicant hereby agrees to the following:

1. PG&E has made available for inspection its applicable rates and rules. Applicant agrees to comply therewith, and with any
   changes or modifications thereof which may be authorized from time to time by the Public Utilities Commission of the
   State of California.

2. Applicant's attention has been directed to the rate schedules applicable to the service herein described, and Applicant has
   elected to take and pay for service under schedule A-1 for a maximum period of 24 months.
   As specified in this schedule, Applicant elects the following optional provisions:

3. Applicant agrees to pay, in advance to PG&E, prior to the installation thereof, the estimated cost installed plus the estimated
   cost of removal, less the estimated salvage of the facilities installed to provide the service herein applied for, which cost is agreed
   to be the sum of  NINE HUNDRED EIGHTY-FIVE DOLLARS AND NINETY-ONE CENTS . ( $985.91 )

4. The amount of refund upon reclassification of Applicant's facilities from temporary to permanent will be made on the basis of
   the extension and/or service rule in effect at the time temporary service is reclassified to permanent. No interest shall be paid
   on any amount advanced.

5. Applicant hereby grants to PG&E a right-of-way for any electric and/or natural gas lines which it may be necessary to build in,
   on, under or over Applicant's premise for the purpose of making delivery hereunder. Where Applicant requests facilities which
   are in addition to, or in substitution for, the standard facilities which PG&E normally would install, the extra cost thereof shall
   be paid by Applicant under the provisions of PG&E's Gas or Electric Rule 2.

6. In the event Applicant, prior to reclassification, materially increases or decreases his electric service and/or natural gas
   requirements from those installed hereunder and a change is made in PG&E's facilities, settlement shall be made for the
   installation and removal cost of the facilities removed. A new temporary service agreement shall be entered into providing
   for the modified service required by Applicant.

7. This contract shall at all times be subject to such changes or modifications by the Public Utilities Commission of the
   State of California as said Commission may, from time to time, direct in the exercise of its jurisdiction.

**Electric Equipment to be Served**

|                | PHASE | KVA | KW | HP  |
|----------------|-------|-----|----|-----|
| Lighting       |       | 0   | 0  | N/A |
| Power          | 3     | 4   | 0  | 0   |
| Other xxx      | 0     | 0   | 0  | 0   |

Electric Service Voltage  0    Volts    Electric Load  4    kW    Est. Max. Demand  4    kW
Electric Main Service Rating  100   Amperes
Natural Gas Load:

Gas Load  0.00    Btu/hr.    Gas Delivery Pressure 0    psi

Business or Individual's Name ~~Tracy Sites~~ CASA NIDO PARTNERSHIP
Dated  1-9-2020                      D.B.A   D CASA NIDO
                                     By:  Ronald Piziali  Title GENERAL PARTNER
Witness                              Office of Origin
Approved and accepted for Pacific Gas and Electric Company

. **003316**

**EXHIBIT A1**

## RULE 13 - TEMPORARY SERVICE

| | |
|---|---|
| Applicant: Ernesto Montener | MLX #: |
| Mailing Address: 1800 Orion St Ste | E-PM #:            35105100 |
| City, Zip: ALAMEDA,94501 | Premise #: |
| Service Location 12210 SAN PABLO | Date of Application: |
| City, Zip: RICHMOND,94805 | Date Service Needed: |

| | | | Electric | Gas |
|---|---|---|---|---|
| 1. Installation: | | | | |
| a. By PG&E | | | $1,298.78 | $0.00 |
| b. By Applicant | | | $0.00 | $0.00 |
| 2. Removal | | | $70.40 | $0.00 |
| 3. Inspection Fee | | | $1,038.81 | $0.00 |
| 4. Less Salvage | | | $0.00 | $0.00 |
| Subtotal Rule 13 Costs (1+2+3-4) (Install + Removal - Salvage) | | | $2,407.99 | $0.00 |
| ITCC (Tax Rate)          24% | | 0% | $577.92 | $0.00 |
| **Total Rule 13 Costs** | | | $2,985.91 | $0.00 |
| 6. Reduction to Charges (Credits) | | | | |
| a. Value of Applicant Installed Facilities | | | $0.00 | $0.00 |
| b. Engineering Advance | | | $2,000.00 | $0.00 |
| c. Other | | | $0.00 | $0.00 |
| **Total Rule 13 Costs DUE** | | | $985.91 | $0.00 |

**B. COSTS SUBJECT TO REFUND IF RECLASSIFIED TO PERMANENT SERVICE:**
Payment required for permanent service based upon PG&E's distribution and service extension rules in effect at the time temporary service is reclassified to permanent service.

| | Electric | Gas |
|---|---|---|
| 7. Installation cost plus salvage | $1,298.78 | $0.00 |
| 8. ITCC on Installation plus salvage only | $311.71 | $0.00 |
| **Total to be used for Distribution and Service Extension Agreement:** | $1,610.49 | $0.00 |
| 9. Removal costs | $70.40 | $0.00 |
| 10. ITCC on removal costs only | $16.90 | $0.00 |
| **Total Removal Credit that may be applied to the balance of the Distribution and Service Extension Agreement:** | $87.30 | $0.00 |

# Statement Date

# July 14, 2016

003318

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No.: 5627405890-0
Statement Date: 07/14/2016
**Due Date: 08/01/2016**

## Service For:

CASA NIDO APTS

## Your Account Summary

Deposit (07/13/2016)          $339.00

**Total Amount Due** by 08/01/2016     **$339.00**

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-800-743-5000
www.pge.com/MyEnergy

Casa Nido001229

www.pge.com/MyEnergy

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

**PG&E**
**003320**

ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 07/14/2016
Due Date: **08/01/2016**

Case 3:20-cv-07023-EMC   Document 234-9   Filed 05/20/24   Page 42 of 370

### Deposit Request

Dear Customer:

We are requesting that you pay a deposit or increase an existing deposit to PG&E for one or more of the following reasons:

- You are a new customer and credit has not been established.
- We show slow payment of your monthly bills.
- Service was recently shut off for nonpayment.
- The conditions of service or the basis on which credit was originally established has materially or financially changed.

So that we may continue to serve you, we must receive your payment on or before the billing due date.

Please see important payment information on Page 2 of this bill.



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

♻ Printed on recycled paper.     Form 610622  8.13

Casa Nido001231

003321

Printed on recycled paper.    Form 610622_8.13



Casa Nido001232

003322

8978

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

PG&E                                                8/4/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/14/2016 | Bill | | 339.00 | 339.00 | | 339.00 |
| | | | | | Check Amount | 339.00 |

The Mechanics Bank -  5627405890-0                              339.00

Casa Nido001233

003323

**Statement Date**

**August 11, 2016**

# ENERGY STATEMENT

003524

www.pge.com/MyEnergy

**Account No.** 5627405890-0
**Statement Date:** 08/11/2016
**Due Date:** 08/29/2016

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $540.73 |
| Payment(s) Received Since Last Statement | -339.00 |
| Previous Unpaid Balance | $201.73 |
| Current PG&E Electric Delivery Charges | $38.10 |
| MCE Electric Generation Charges | 78.57 |

| | |
|---|---:|
| **Total Amount Due** by 08/29/2016 | **$318.40** |



**Electric Monthly Billing History** — Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

**003325 ENERGY STATEMENT**

www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 08/11/2016
**Due Date: 08/29/2016**

---

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $1.94 |
| Distribution | 28.37 |
| Electric Public Purpose Programs | 1.56 |
| Nuclear Decommissioning | 0.01 |
| DWR Bond Charge | 0.56 |
| Competition Transition Charges (CTC) | 0.27 |
| PCIA | 1.86 |
| Taxes and Other | 3.53 |
| **Total Electric Charges** | **$38.10** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

003826 **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 08/11/2016
**Due Date:** **08/29/2016**

## Details of PG&E Electric Delivery Charges

### 07/06/2016 - 08/04/2016 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  5627405636
Rate Schedule:  A1X  Small General Time-of-Use Service

### 07/06/2016 – 07/31/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 26 | days | @ $0.65708 | $17.08 |
| Energy Charges | | | | |
| Peak | 15.805000 | kWh | @ $0.25806 | 4.08 |
| Part Peak | 18.460000 | kWh | @ $0.23440 | 4.33 |
| Off Peak | 57.677000 | kWh | @ $0.20705 | 11.94 |
| California Climate Credit | | | | -0.26 |
| Generation Credit | | | | -8.52 |
| Power Charge Indifference Adjustment | | | | 1.65 |
| Franchise Fee Surcharge | | | | 0.06 |
| Richmond Utility Users' Tax (10.000%) | | | | 3.03 |

### 08/01/2016 – 08/04/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 4 | days | @ $0.65708 | $2.63 |
| Energy Charges | | | | |
| Peak | 2.891000 | kWh | @ $0.25797 | 0.75 |
| Part Peak | 3.346000 | kWh | @ $0.23431 | 0.78 |
| Off Peak | 5.270000 | kWh | @ $0.20696 | 1.09 |
| California Climate Credit | | | | -0.03 |
| Generation Credit | | | | -1.16 |
| Power Charge Indifference Adjustment | | | | 0.21 |
| Franchise Fee Surcharge | | | | 0.01 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.43 |

## Total PG&E Electric Delivery Charges          **$38.10**

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 103.449000 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

### Additional Messages

You received a **California Climate Credit** on your electric bill. Households receive the electric credit twice a year, and small businesses receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.



### Electric Usage This Period: 103.449000 kWh, 30 billing days

----- = Average Daily Usage 3.45

| | Usage | Energy Charges |
|---|---|---|
| **Peak**[1] | 18.07% | $4.83 |
| **Part Peak**[2] | 21.09% | $5.11 |
| **Off Peak**[3] | 60.84% | $13.03 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F (except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays); Sat-Sun; Holidays

ENERGY STATEMENT
00332?
www.pge.com/MyEnergy

Case 2:24-...  Document 234-9  Filed 05/20/24  Page 49 of 370

Account No: 5627405890-0
Statement Date:     08/11/2016
**Due Date:        08/29/2016**

## Details of MCE Electric Generation Charges

### 03/07/2016 - 04/05/2016 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  5627405721  ESP Customer Number: 5627405636

**03/07/2016 – 04/05/2016**

**Rate Schedule:   COM-1 TO**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Winter | 123.704000 | kWh  @ $0.05800 | $7.17 |
| Generation - Part Peak - Winter | 77.560000 | kWh  @ $0.07400 | 5.74 |
| | | Net Charges    12.91 | |
| Utility Users Tax | | | 1.29 |
| Energy Surcharge | | | 0.06 |

## Total MCE Electric Generation Charges

**$14.26**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

Page 4 of 9

Printed on recycled paper.     Form 610622  8.13

ENERGY STATEMENT

www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC  Document 234-9  Filed 05/20/24  Page 50 of 370

Account No: 5627405890-0
Statement Date: 08/11/2016
**Due Date: 08/29/2016**

## Details of MCE Electric Generation Charges

### 04/05/2016 - 05/01/2016 (27 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  5627405721  ESP Customer Number: 5627405636

#### 04/05/2016 – 05/01/2016

**Rate Schedule:  COM-1 TO**

| | | |
|---|---|---:|
| Generation - Off Peak - Winter | 111.737000  kWh  @ $0.05800 | $6.48 |
| Generation - Part Peak - Winter | 71.985500  kWh  @ $0.07400 | 5.33 |
| | Net Charges     11.81 | |
| Utility Users Tax | | 1.18 |
| Energy Surcharge | | 0.05 |

## Total MCE Electric Generation Charges

**$13.04**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Printed on recycled paper.     Form 610622  8.13

Page 5 of 9

## Details of MCE Electric Generation Charges

### 05/01/2016 - 05/05/2016 (5 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

**05/01/2016 – 05/05/2016**

**Rate Schedule: COM-1 TO**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 17.230000 | kWh | @ $0.08500 | $1.46 |
| Generation - Part Peak - Summer | 6.275000 | kWh | @ $0.10900 | 0.68 |
| Generation - On Peak - Summer | 5.325000 | kWh | @ $0.11500 | 0.61 |
| | | | Net Charges   2.75 | |
| Utility Users Tax | | | | 0.28 |
| Energy Surcharge | | | | 0.01 |

## Total MCE Electric Generation Charges

**$3.04**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org** or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

Page 6 of 9

♻ Printed on recycled paper.          Form 610622 8.13

ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC  Document 234-9  Filed 05/20/24  Account No: 5627405890-0
Page 52 of 370

Statement Date: 08/11/2016
**Due Date:** **08/29/2016**

## Details of MCE Electric Generation Charges

### 05/05/2016 - 06/06/2016 (33 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721  ESP Customer Number: 5627405636

#### 05/05/2016 – 06/06/2016

**Rate Schedule: COM-1 TO**

| | | | | |
|---|---|---|---|---:|
| Generation - Off Peak - Summer | 149.864500 | kWh | @ $0.08500 | $12.74 |
| Generation - Part Peak - Summer | 44.286000 | kWh | @ $0.10900 | 4.83 |
| Generation - On Peak - Summer | 37.777000 | kWh | @ $0.11500 | 4.34 |
| | | | Net Charges   21.91 | |
| Utility Users Tax | | | | 2.19 |
| Energy Surcharge | | | | 0.07 |

## Total MCE Electric Generation
## Charges

**$24.17**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Printed on recycled paper.       Form 610622  8.13

Page 7 of 9

**00533** ENERGY STATEMENT
www.pge.com/MyEnergy

Case: 19-30088 Doc# 234-9   Filed 05/20/24   Page 53 of 370

Account No: 5627405890-0
Statement Date: 08/11/2016
**Due Date:** **08/29/2016**

## **Details of MCE Electric Generation Charges**

### 06/06/2016 - 07/06/2016 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

#### **06/06/2016 – 07/06/2016**

**Rate Schedule: COM-1 TO**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Summer | 76.449500 kWh | @ $0.08500 | $6.50 |
| Generation - Part Peak - Summer | 26.463000 kWh | @ $0.10900 | 2.88 |
| Generation - On Peak - Summer | 22.142000 kWh | @ $0.11500 | 2.55 |
| | | Net Charges 11.93 | |
| Utility Users Tax | | | 1.19 |
| Energy Surcharge | | | 0.04 |

## **Total MCE Electric Generation Charges**

## **$13.16**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### **Additional Messages**

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

Page 8 of 9

Printed on recycled paper.   Form 610622 8.13

ENERGY STATEMENT
003332
www.pge.com/MyEnergy

Case 8:20-cv-02323-FMO Document 234-9 Filed 05/20/24 Page 54 of 370

Account No: 5627405890-0
Statement Date: 08/11/2016
**Due Date:** **08/29/2016**

## Details of MCE Electric Generation Charges

### 07/06/2016 - 08/05/2016 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

**07/06/2016 – 08/05/2016**

**Rate Schedule: COM-1 TO**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Summer | 62.947000 kWh @ $0.08500 | | $5.35 |
| Generation - Part Peak - Summer | 21.806000 kWh @ $0.10900 | | 2.38 |
| Generation - On Peak - Summer | 18.696000 kWh @ $0.11500 | | 2.15 |
| | | Net Charges 9.88 | |
| Utility Users Tax | | | 0.99 |
| Energy Surcharge | | | 0.03 |

## Total MCE Electric Generation Charges

**$10.90**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

♻ Printed on recycled paper.    Form 610622 8.13

Page 9 of 9

003333

Form 610622 8.13  Printed on recycled paper.



8981

003334

CASA NIDO

3060 EL CERRITO PLAZA, EL CERRITO, CA

9/9/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 9/9/2016 | Bill | | 318.40 | 318.40 | | 318.40 |
| | | | | | Check Amount | 318.40 |

The Mechanics Bank -   7113917788-6

318.40

003335

# Statement Date

# September 12, 2016

003336 **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 09/12/2016
**Due Date: 09/29/2016**

## Details of PG&E Electric Delivery Charges

### 08/05/2016 - 09/05/2016 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405636
Rate Schedule: A1X Small General Time-of-Use Service

#### 08/05/2016 – 09/05/2016

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 32 | days | @ $0.65708 | $21.03 |
| Energy Charges | | | | |
| Peak | 10.991000 | kWh | @ $0.25797 | 2.84 |
| Part Peak | 12.792000 | kWh | @ $0.23431 | 3.00 |
| Off Peak | 43.815500 | kWh | @ $0.20696 | 9.07 |
| California Climate Credit | | | | -0.19 |
| Generation Credit | | | | -6.22 |
| Power Charge Indifference Adjustment | | | | 1.21 |
| Franchise Fee Surcharge | | | | 0.05 |
| Richmond Utility Users' Tax (10.000%) | | | | 3.07 |

## Total PG&E Electric Delivery Charges        $33.86

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---:|
| Meter # | 1005733594 |
| Total Usage | 67.598500 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

### Additional Messages

You received a **California Climate Credit** on your electric bill. Households receive the electric credit twice a year, and small businesses receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.



### Electric Usage This Period: 67.598500 kWh, 32 billing days

----- = Average Daily Usage 2.11

| | Usage | Energy Charges |
|---|---:|---:|
| ■ Peak[1] | 16.25% | $2.84 |
| Part Peak[2] | 18.94% | $3.00 |
| Off Peak[3] | 64.81% | $9.07 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F (except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays); Sat-Sun; Holidays

*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

♻ Printed on recycled paper.    Form 610622 8.13

**Casa Nido001245**

**003397**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 09/12/2016
**Due Date:** **09/29/2016**

## Details of MCE Electric Generation Charges

### 08/05/2016 - 09/06/2016 (33 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721  ESP Customer Number: 5627405636

#### 08/05/2016 – 09/06/2016

**Rate Schedule:  COM-1 TO**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 6.815500 | kWh | @ $0.08100 | $0.55 |
| Generation - Off Peak - Summer | 37.000000 | kWh | @ $0.08500 | 3.15 |
| Generation - Part Peak - Summer | 1.792000 | kWh | @ $0.10300 | 0.18 |
| Generation - Part Peak - Summer | 11.000000 | kWh | @ $0.10900 | 1.20 |
| Generation - On Peak - Summer | 1.991000 | kWh | @ $0.10900 | 0.22 |
| Generation - On Peak - Summer | 9.000000 | kWh | @ $0.11500 | 1.04 |
| | | | Net Charges    6.34 | |
| Utility Users Tax | | | | 0.63 |
| Energy Surcharge | | | | 0.02 |

## Total MCE Electric Generation Charges                    **$6.99**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org** or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

Printed on recycled paper.    Form 610622  8.13

**Casa Nido001246**

**003338**
**PG&E**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 09/12/2016
**Due Date: 09/29/2016**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $318.40 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $318.40 |
| Current PG&E Electric Delivery Charges | $33.86 |
| MCE Electric Generation Charges | 6.99 |

| **Total Amount Due** by 09/29/2016 | **$359.25** |
|---|---:|



**Electric Monthly Billing History**                      Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001247

003339

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the disputed charge. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy    efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks**  are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric**  prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $1.26 |
| Distribution | 26.70 |
| Electric Public Purpose Programs | 1.02 |
| Nuclear Decommissioning | 0.01 |
| DWR Bond Charge | 0.36 |
| Competition Transition Charges (CTC) | 0.18 |
| PCIA | 1.21 |
| Taxes and Other | 3.12 |
| **Total Electric Charges** | **$33.86** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

Casa Nido001248

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

PG&E                                                                10/4/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/4/2016 | Bill | | 359.25 | 359.25 | | 359.25 |

Check Amount                                                      359.25

The Mechanics Bank -  5627405890-0                                                  359.25

Casa Nido001249

003341

# Statement Date

# September 13, 2016

**EBMUD**   **1-866-40-EBMUD**

### EAST BAY MUNICIPAL UTILITY DISTRICT

**YOUR ACCOUNT NO. IS:**   15119000026

Next Read Date is 11/04/2016
Your Payment is Due by 09/28/2016

Thanks East Bay for making conservation a way of life! Want to do more? Fall is a perfect time to plant a beautiful low water use garden. Indoors, install a high-efficiency toilet or clotheswasher before these rebates end on Dec 31, 2016. Visit ebmud.com/watersmart.

Casa Nido
3060 EL CERRITO PLZ
EL CERRITO, CA 94530-4011

| Bill Date: | 09/13/16 | |
|---|---|---|
| **Billing Period** | | |
| From | To | |
| 8/9/16 | 9/6/16 | |

For:   12210 San Pablo Ave
Cleaning And Dyeing Fabrics

| | AMOUNT | TOTAL |
|---|---|---|
| DEPOSIT REQUIRED | 630.00 | 630.00 |
| **PREVIOUS CHARGES AND CREDITS** | | |
| PREVIOUS AMOUNT DUE | 0.00 | 0.00 |
| **WATER CHARGES - EBMUD** | | |
| WATER SERVICE CHARGE | 19.31 | |
| ACCOUNT ESTABLISHMENT FEE | 52.00 | |
| SEISMIC IMPROVEMENT PROGRAM SURCHARGE | 0.00 | 71.31 |

PLEASE SEE REVERSE SIDE
FOR BILLING EXPLANATION

Please Pay This Amount Now Due ▶   701.31

| METER SIZE | ELEV. Band | METER READINGS | | UNITS | CONSUMPTION INFORMATION | | |
|---|---|---|---|---|---|---|---|
| | | Current | Previous | | Gallons | Days | Gal/Day |
| 5/8 inch | 1 | 3,895 | 3,895 | 0 | 0 | 28 | 0 |
| | | BASE | YEAR | NOT | AVAILABLE | | |

Casa Nido001250

 **Report Emergency • Customer Service  1-866-40-EBMUD**

## Understanding Your Bill

### Payment is Due Upon Receipt of Bill
Unpaid balances greater than $10 by the next billing date may be assessed a 1.5% late charge penalty (minimum $1).

### Excessive Use Penalty
A penalty charged per one hundred cubic feet of potable water or portion thereof for excessive water use in violation of EBMUD's ordinance and rules and regulations when the District has declared a Stage 3 or a Stage 4 water shortage for single-family residential customers.

### Drought Surcharge
A surcharge corresponding with the stage of the drought declaration that is imposed on all potable water flow charges when the District declares a water shortage.

### Release of Personal Information
EBMUD takes customer privacy seriously. Customers should be aware that if requested under the Public Records Act, EBMUD is required to release the name, address and water use data of customers who have violated EBMUD's regulations and ordinances.

**For more information, visit *www.ebmud.com* or call 1-866-40-EBMUD (1-866-403-2683)**

## Payment Methods

### Direct Payment or E-Bill
Sign up for direct payment or internet billing at *www.ebmud.com*

### Credit card, debit card and electronic check
Make payments online at *www.ebmud.com* or by phone at 1-888-963-0909.

### Financial Assistance
Financial assistance is available to qualifying low income customers or those experiencing financial hardship. For more information visit *www.ebmud.com/customers*

### By Mail
To:   EBMUD Payment Center
      PO Box 1000
      Oakland, CA 94649-0001

### In Person
For pay station locations, visit *www.ebmud.com* or call 1-866-403-2683

## Indoor Water Use

- Efficient daily indoor household water use is 35–45 gallons or less per person for showers, toilet flushing, clothes washing and faucets.
- Establish an indoor water budget by multiplying the number of people in your household by 35–45 gallons, and compare to your winter December–January or January–February water bill when there is little to no outdoor water use.

## Outdoor Water Use

- Determine the area of your irrigated landscape by measuring or approximating the amount of lawn and shrubs (e.g. 10 ft x 10 ft = 100 ft²).
- Use the table below to calculate your target daily outdoor water budget by multiplying your estimated landscaped areas by the GPD factors provided for your location and plant type.
- Estimate your outdoor budget by subtracting your indoor use from your June–July or July–August water bill. Compare this to your actual outdoor use.

For water saving tips and rebate offers, visit *www.ebmud.com/watersmart* or call 1-866-40-EBMUD

**water SMART**

| East-of-Hills Locations | | |
|---|---|---|
| Area (100 sq. ft.) | GPD (per 100 sq. ft.) | GPD |
| **Lawn** x 13 = | | |
| **Shrubs** x 8 = | | |
| **Total outdoor water budget =** | | |

| West-of-Hills Locations | | |
|---|---|---|
| Area (100 sq. ft.) | GPD (per 100 sq. ft.) | GPD |
| **Lawn** x 12 = | | |
| **Shrubs** x 7 = | | |
| **Total outdoor water budget =** | | |

Casa Nido001251

8985

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

EBMUD                                              10/4/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/4/2016 | Bill | | 701.31 | 701.31 | | 701.31 |
| | | | | Check Amount | | 701.31 |

The Mechanics Bank -  Acct#: 61511900026  8/9/16-9/6-16                            701.31

Casa Nido001252

003345

# Statement Date
# October 11, 2016



# ENERGY STATEMENT
**PG&E** 003346
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 10/11/2016
**Due Date: 10/28/2016**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

## Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

## Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $359.25 |
| Payment(s) Received Since Last Statement | -677.65 |
| Outstanding Credit Balance | -$318.40 |
| Current PG&E Electric Delivery Charges | $34.07 |
| MCE Electric Generation Charges | 8.28 |

| **CREDIT BALANCE - NO PAYMENT DUE** | **-$276.05** |
|---|---|



Electric Monthly Billing History — Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

No payment is due. Please retain for your records. Thank you.

99905627405890000000004235000000000000



| Account Number: | Total Amount Due: |
|---|---|
| **5627405890-0** | **No Payment Due** |

845120063397 01 AV    0.373  375 6733 6
CASA NIDO APTS
IN; C/O TRACY GILES
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 4
♻ Printed on recycled paper.   Form 610622  8.13

**Casa Nido001253**

# ENERGY STATEMENT

003347

www.pge.com/MyEnergy

Account No: 5627405890-0

Statement Date: 10/11/2016

Due Date: **10/28/2016**

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Saving Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $1.56 |
| Distribution | 25.96 |
| Electric Public Purpose Programs | 1.24 |
| Nuclear Decommissioning | 0.01 |
| DWR Bond Charge | 0.44 |
| Competition Transition Charges (CTC) | 0.22 |
| PCIA | 1.48 |
| Taxes and Other | 3.16 |
| **Total Electric Charges** | **$34.07** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

#### Account Number: 5627405890-0

Change my mailing address to: _____

_____

| City | _____ | State _____ | ZIP code _____ |
|---|---|---|---|
| Primary Phone | | Primary Email | |

### Ways To Pay

- **Online at www.pge.com/waystopay**
- **PG&E's Mobile Bill Pay**
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

♻ Printed on recycled paper. Form 610622 8,13

Casa Nido001254

**PG&E**
**003348**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 10/11/2016
**Due Date:** **10/28/2016**

## Details of PG&E Electric Delivery Charges

### 09/06/2016 - 10/04/2016 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405636
Rate Schedule: A1X Small General Time-of-Use Service

#### 09/06/2016 – 09/30/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 25 | days | @ $0.65708 | $16.43 |
| Energy Charges | | | | |
| Peak | 15.283500 | kWh | @ $0.25797 | 3.94 |
| Part Peak | 15.362000 | kWh | @ $0.23431 | 3.60 |
| Off Peak | 40.591000 | kWh | @ $0.20696 | 8.40 |
| California Climate Credit | | | | -0.20 |
| Generation Credit | | | | -6.79 |
| Power Charge Indifference Adjustment | | | | 1.28 |
| Franchise Fee Surcharge | | | | 0.05 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.67 |

#### 10/01/2016 – 10/04/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 4 | days | @ $0.65708 | $2.63 |
| Energy Charges | | | | |
| Peak | 1.526000 | kWh | @ $0.25998 | 0.40 |
| Part Peak | 1.739000 | kWh | @ $0.23632 | 0.41 |
| Off Peak | 7.839000 | kWh | @ $0.20897 | 1.64 |
| California Climate Credit | | | | -0.03 |
| Generation Credit | | | | -1.00 |
| Power Charge Indifference Adjustment | | | | 0.20 |
| Franchise Fee Surcharge | | | | 0.01 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.43 |

## Total PG&E Electric Delivery Charges     $34.07

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 82.340500 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

### Additional Messages

You received a **California Climate Credit** on your electric bill. Households receive the electric credit twice a year, and small businesses receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.

**Time-Of-Use Customers:** In 2016, Daylight Saving Time ends on 11/6/2016. To adjust for this, from 10/23/16 – 11/5/16 your time-of-use periods will begin and end one hour later.



**Electric Usage This Period: 82.340500 kWh, 29 billing days**

----- = Average Daily Usage 2.84

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 20.41% | $4.34 |
| □ Part Peak[2] | 20.78% | $4.01 |
| Off Peak[3] | 58.81% | $10.04 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F (except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays); Sat-Sun; Holidays



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

♻ Printed on recycled paper.    Form 610622  8.13

Page 3 of 4

**Casa Nido001255**

**ENERGY STATEMENT**
005349
PG&E www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 10/11/2016
**Due Date:** **10/28/2016**

## Details of MCE Electric Generation Charges

### 09/06/2016 - 10/05/2016 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

#### 09/06/2016 – 10/05/2016

**Rate Schedule: COM-1 TO**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 48.430000 | kWh | @ $0.08100 | $3.92 |
| Generation - Part Peak - Summer | 17.101000 | kWh | @ $0.10300 | 1.76 |
| Generation - On Peak - Summer | 16.809500 | kWh | @ $0.10900 | 1.83 |
| | | | Net Charges  7.51 | |
| Utility Users Tax | | | | 0.75 |
| Energy Surcharge | | | | 0.02 |

## Total MCE Electric Generation Charges
**$8.28**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 4 of 4

♻ Printed on recycled paper.   Form 610622  8.13

**Casa Nido001256**

# Statement Date
# November 9, 2016



# ENERGY STATEMENT
003351 www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 11/09/2016
**Due Date:** **11/28/2016**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---:|
| Credit Balance on Previous Statement | -$276.05 |
| Payment(s) Received Since Last Statement | -318.40 |
| Cancelled Payment(s) | 318.40 |
| Outstanding Credit Balance | -$276.05 |
| Current PG&E Electric Delivery Charges | $25.03 |
| MCE Electric Generation Charges | 2.61 |

| **CREDIT BALANCE - NO PAYMENT DUE** | **-$248.41** |
|---|---:|



Electric Monthly Billing History — Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**No payment is due. Please retain for your records. Thank you.**

99905627405890000000002764000000000000



| Account Number: | Total Amount Due: |
|---|---|
| **5627405890-0** | **No Payment Due** |

870180069342 01 AV    0.373  367 599 8
ıldıldılıllıldılllıllıllılıllıllılıldılllıllıldılıldılıllllılıldıllıı
CASA NIDO APTS
IN; C/O TRACY GILES
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 5
Printed on recycled paper.   Form 610622  8.13

Casa Nido001257

**ENERGY STATEMENT**

**PG&E** 003352
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 11/09/2016
Due Date: **11/28/2016**

---

## Important Phone Numbers - 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $0.52 |
| Distribution | 21.18 |
| Electric Public Purpose Programs | 0.38 |
| DWR Bond Charge | 0.14 |
| Competition Transition Charges (CTC) | 0.07 |
| PCIA | 0.45 |
| Taxes and Other | 2.29 |
| **Total Electric Charges** | **$25.03** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number: 5627405890-0**

Change my mailing address to: _____

_____

| | | | |
|---|---|---|---|
| City | _____ | State _____ | ZIP code _____ |
| Primary Phone | _____ | Primary Email | _____ |

### Ways To Pay

- **Online at www.pge.com/waystopay**
- **PG&E's Mobile Bill Pay**
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Printed on recycled paper. Form 610622 B.13

Casa Nido001258

**003350**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 11/09/2016
**Due Date:** **11/28/2016**

## Details of PG&E Electric Delivery Charges

### 10/05/2016 - 11/02/2016 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405636
Rate Schedule: A1X Small General Time-of-Use Service

#### 10/05/2016 – 10/31/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 27 | days | @ $0.65708 | $17.74 |
| Energy Charges | | | | |
| Peak | 6.128500 | kWh | @ $0.25998 | 1.59 |
| Part Peak | 5.833500 | kWh | @ $0.23632 | 1.38 |
| Off Peak | 13.404000 | kWh | @ $0.20897 | 2.80 |
| California Climate Credit | | | | -0.07 |
| Generation Credit | | | | -2.46 |
| Power Charge Indifference Adjustment | | | | 0.45 |
| Franchise Fee Surcharge | | | | 0.02 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.14 |

#### 11/01/2016 – 11/02/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 2 | days | @ $0.65708 | $1.31 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.13 |

## Total PG&E Electric Delivery Charges  $25.03

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 25.366000 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

### Additional Messages

You received a **California Climate Credit** on your electric bill. Households receive the electric credit twice a year, and small businesses receive it monthly. Learn how you can use these savings to further reduce your energy costs and help fight climate change at EnergyUpgradeCA.org/credit.



**Electric Usage This Period: 25.366000 kWh, 29 billing days**

kWh
----- = Average Daily Usage 0.87

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 24.16% | $1.59 |
| ■ Part Peak[2] | 23.00% | $1.38 |
| ■ Off Peak[3] | 52.84% | $2.80 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F (except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays); Sat-Sun; Holidays

10/05  10/08  10/11  10/14  10/17  10/20  10/23  10/26  10/29  11/01

Account No: 5627405890-0
Statement Date: 11/09/2016
**Due Date:** **11/28/2016**

## Details of MCE Electric Generation Charges

### 10/05/2016 - 11/01/2016 (28 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721  ESP Customer Number: 5627405636

### 10/05/2016 – 11/01/2016

**Rate Schedule**: **A-1-B**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 13.404000 | kWh | @ $0.08100 | $1.09 |
| Generation - Part Peak - Summer | 5.833500 | kWh | @ $0.10300 | 0.60 |
| Generation - On Peak - Summer | 6.128500 | kWh | @ $0.10900 | 0.67 |
| | | | Net Charges   2.36 | |
| Utility Users Tax | | | | 0.24 |
| Energy Surcharge | | | | 0.01 |

## Total MCE Electric Generation Charges

**$2.61**

For questions regarding charges on this page, please contact:

MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

Printed on recycled paper.   Form 610622  8.13

Casa Nido001260

**003355 ENERGY STATEMENT**

www.pge.com/MyEnergy

## Details of MCE Electric Generation Charges

### 11/01/2016 - 11/03/2016 (3 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

**11/01/2016 – 11/03/2016**

**Rate Schedule: A-1-B**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Winter | 0.000000 kWh @ $0.05500 | | $0.00 |
| Generation - Part Peak - Winter | 0.000000 kWh @ $0.07000 | | 0.00 |
| | | Net Charges 0.00 | |

## Total MCE Electric Generation Charges

**$0.00**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

Page 5 of 5

Printed on recycled paper. Form 610622 8.13

Casa Nido001261

Casa Nido001262

003356

PG&E

# Statement Date

# December 9, 2016



# ENERGY STATEMENT

003358

www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 12/09/2016
**Due Date:** **12/27/2016**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

24 hours, 7 days/wk 1-800-468-4743
Business Specialist available:
Mon-Sat: 7am to 9pm
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---:|
| Credit Balance on Previous Statement | -$248.41 |
| Payment(s) Received Since Last Statement | 0.00 |
| Outstanding Credit Balance | -$248.41 |
| Current PG&E Electric Delivery Charges | $23.36 |

| **CREDIT BALANCE - NO PAYMENT DUE** | **-$225.05** |
|---|---:|



**Electric Monthly Billing History**          Daily Usage Comparison

$260
$195
$130
$65
$0
**2016**          8/04 8/11 9/12 10/11 11/09 12/09 **2016**

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

1 Year  Last  Current
Ago  Period  Period

0.87

N / A          0.05

Electric kWh / Day

## Important Messages

No charges were received from your third party energy service provider for this time period.  These charges may appear in subsequent bills.

Ramon Fresno (10:00 / 3 mins)

**No payment is due. Please retain for your records. Thank you.**

9990562740589000000002336000000000000



| Account Number: | Total Amount Due: |
|---|---|
| **5627405890-0** | **No Payment Due** |

892660072788 01 AT   0.396  372 3018 7

CASA NIDO APTS
IN; C/O TRACY GILES
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



♻ Printed on recycled paper.   Form 610622  8.13

**Casa Nido001263**

# ENERGY STATEMENT
PG&E
www.pge.com/MyEnergy

**Account No:** 5627405890-0
**Statement Date:** 12/09/2016
**Due Date:** 12/27/2016

---

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

---

**Rules and rates**

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

**Important definitions**

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $0.04 |
| Distribution | 21.14 |
| Electric Public Purpose Programs | 0.02 |
| DWR Bond Charge | 0.01 |
| PCIA | 0.03 |
| Taxes and Other | 2.12 |
| **Total Electric Charges** | **$23.36** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please do not mark in box. For system use only.

---

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number: 5627405890-0**

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____
Primary                    Primary
Phone _____            Email _____

### Ways To Pay

- Online at www.pge.com/waystopay
- PG&E's Mobile Bill Pay
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Printed on recycled paper.    Form 610622  8.13

Casa Nido001264

# ENERGY STATEMENT
003860
www.pge.com/MyEnergy

Account No:   5627405890-0
Statement Date:   12/09/2016
**Due Date:**   **12/27/2016**

## Details of PG&E Electric Delivery Charges

### 11/03/2016 - 12/04/2016 (32 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  5627405636
Rate Schedule:  A1X  Small General Time-of-Use Service

**11/03/2016 – 12/04/2016**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $0.65708 | $21.03 |
| Energy Charges | | | | |
| Part Peak | 1.562500 | kWh | @ $0.21672 | 0.34 |
| Off Peak | 0.124000 | kWh | @ $0.19581 | 0.02 |
| Generation Credit | | | | -0.18 |
| Power Charge Indifference Adjustment | | | | 0.03 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.12 |

## Total PG&E Electric Delivery Charges          $23.36

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 1.686500 kWh |
| Serial | L |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1.686500 kWh, 32 billing days**

----- = Average Daily Usage 0.05

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 0.00% | $0.00 |
| Part Peak[2] | 92.65% | $0.34 |
| Off Peak[3] | 7.35% | $0.02 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F
(except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays);
Sat-Sun; Holidays



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

♻ Printed on recycled paper.     Form 610622  8.13

Page 3 of 3

**Casa Nido001265**

Casa Nido0012566

003361

# Statement Date

# January 11, 2017

# ENERGY STATEMENT

**005565**

www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/11/2017
**Due Date: 01/30/2017**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---:|
| Credit Balance on Previous Statement | -$225.05 |
| Payment(s) Received Since Last Statement | 0.00 |
| Outstanding Credit Balance | -$225.05 |
| Current PG&E Electric Delivery Charges | $22.40 |
| MCE Electric Generation Charges | 0.13 |

| **CREDIT BALANCE - NO PAYMENT DUE** | **-$202.52** |
|---|---:|



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

---

**No payment is due. Please retain for your records. Thank you.**

9990562740589000000002253000000000000




| Account Number: | Total Amount Due: |
|---|---|
| **5627405890-0** | **No Payment Due** |

5240069521 01 AV   0.373  343 10382 6

A NIDO APTS
O TRACY GILES
L CERRITO PLZ # 507
RITO CA 94530-4011

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Page 1 of 5

♻ Printed on recycled paper.   Form 610622  8.13

**Casa Nido001316**

Account No: 5627405890-0
Case 3:07-cv-04···MENT Document 234-9 Filed 05/20/24 Page 86 of 370
**ENERGY STATEMENT**
093864
www.pge.com/MyEnergy
Statement Date: 01/11/2017
Due Date: **01/30/2017**

## Important Phone Numbers - 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges. In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Distribution | $20.37 |
| Taxes and Other | 2.03 |
| **Total Electric Charges** | **$22.40** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2017 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

#### Account Number: 5627405890-0

Change my mailing address to: _____

_____

| | | | |
|---|---|---|---|
| City | State | ZIP code | |
| Primary Phone | Primary Email | | |

### Ways To Pay

- Online at **www.pge.com/waystopay**
- **PG&E's Mobile Bill Pay**
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 a time. (Our independent service provider charges a fee for each transact
- **At a PG&E payment center or local office:** To find a payment cen local office near you, please visit www.pge.com or call 1-800-743-50C Please bring a copy of your bill with you.

Casa Nido001317

**ENERGY STATEMENT**
009965
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/11/2017
Due Date: **01/30/2017**

## Details of PG&E Electric Delivery Charges

### 12/05/2016 - 01/04/2017 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405636
Rate Schedule: A1X Small General Time-of-Use Service

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 0.004000 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

#### 12/05/2016 – 12/31/2016

| | | | | |
|---|---|---|---|---|
| Customer Charge | 27 | days | @ $0.65708 | $17.74 |
| Richmond Utility Users' Tax (10.000%) | | | | 1.77 |

#### 01/01/2017 – 01/04/2017

| | | | | |
|---|---|---|---|---|
| Customer Charge | 4 | days | @ $0.65708 | $2.63 |
| Richmond Utility Users' Tax (10.000%) | | | | 0.26 |

## Total PG&E Electric Delivery Charges          $22.40

2013 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 0.004000 kWh, 31 billing days**

kWh
----- = Average Daily Usage 0.00

5
4
3
2
1
0
12/05   12/08   12/11   12/14   12/17   12/20   12/23   12/26   12/29   1/1   1/4

| Energy Charges | |
|---|---|
| ■ Peak[1] | $0.00 |
| Part Peak[2] | $0.00 |
| Off Peak[3] | $0.00 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F
(except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays);
Sat-Sun; Holidays

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Printed on recycled paper.   Form 610622  8.13

Page 3 of 5

**Casa Nido001318**

Casa N!do001319

**P&E**

## ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0

Statement Date: 01/11/2017
**Due Date: 01/30/2017**

## Details of MCE Electric Generation Charges

### 11/03/2016 - 12/05/2016 (33 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  5627405721  ESP Customer Number: 5627405636

### 11/03/2016 – 12/05/2016

**Rate Schedule:   A-1-B**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Winter | 0.124000 | kWh  @ $0.05500 | $0.01 |
| Generation - Part Peak - Winter | 1.562500 | kWh  @ $0.07000 | 0.11 |
| | | Net Charges    0.12 | |
| Utility Users Tax | | | 0.01 |
| Energy Surcharge | | | 0.00 |

## Total MCE Electric Generation Charges

**$0.13**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

**PG&E**
**ENERGY STATEMENT**
003367
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/11/2017
**Due Date: 01/30/2017**

## Details of MCE Electric Generation Charges

### 12/05/2016 - 01/05/2017 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636

**12/05/2016 – 01/05/2017**

**Rate Schedule: A-1-B**

| | | | |
|---|---|---|---:|
| Generation - Off Peak - Winter | 0.000000 kWh | @ $0.05500 | $0.00 |
| Generation - Part Peak - Winter | 0.004000 kWh | @ $0.07000 | 0.00 |
| | | Net Charges 0.00 | |
| Utility Users Tax | | | 0.00 |
| Energy Surcharge | | | 0.00 |

## Total MCE Electric Generation Charges $0.00

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org**, or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*
Printed on recycled paper. Form 610622 8.13
Page 5 of 5

Casa Nido001320

Casa Nido001321

**PG&E**

**003368**

003369

# Statement Date

# January 24, 2017

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/24/2017
**Due Date:** **02/10/2017**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

24 hours per day, 7 days per week
Phone: 1-866-743-0335
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---|
| Credit Balance on Previous Statement | -$202.52 |
| Payment(s) Received Since Last Statement | 0.00 |
| Outstanding Credit Balance | -$202.52 |
| Current PG&E Electric Delivery Charges | $9.39 |
| MCE Electric Generation Charges | 0.00 |
| Other Adjustments | -339.91 |

| **CREDIT BALANCE - NO PAYMENT DUE** | **-$193.13** |
|---|---|



**Electric Monthly Billing History**

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**No payment is due. Please retain for your records. Thank you.**

99905627405890000000000009390000000000



| Account Number: | Total Amount Due: |
|---|---|
| **5627405890-0** | **No Payment Due** |

924450107716 01 AB    0.40  500 11188 9

CASA NIDO APTS
IN; C/O TRACY GILES
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Page 1 of 5
Printed on recycled paper.   Form 610622  8.13

**Casa Nido001322**

**ENERGY STATEMENT**

www.pge.com/MyEnergy

Account No: 5627405890-0

Statement Date: 01/24/2017

**Due Date:** **02/10/2017**

## Important Phone Numbers - 24 hours per day, 7 days per week

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy   efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges.  In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Distribution | $8.54 |
| Taxes and Other | 0.85 |
| **Total Electric Charges** | **$9.39** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2017 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

#### Account Number: 5627405890-0

Change my mailing address to: _____

_____

| City _____ | State _____ | ZIP code _____ |
|---|---|---|
| Primary | Primary | |
| Phone _____ | Email _____ | |

### Ways To Pay

* **Online at www.pge.com/waystopay**
* **PG&E's Mobile Bill Pay**
* **By mail:** Send your payment along with this payment stub in the envelope provided.
* **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
* **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Printed on recycled paper.    Form 610622  8.13

Casa Nido001323

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/24/2017
**Due Date:** **02/10/2017**

## Details of PG&E Electric Delivery Charges

### 01/05/2017 - 01/17/2017 (13 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405636 CLOSED
Rate Schedule: A1X Small General Time-of-Use Service

#### 01/05/2017 – 01/17/2017

| | | | |
|---|---|---|---|
| Customer Charge | 13 days @ $0.65708 | | $8.54 |
| Richmond Utility Users' Tax (10.000%) | | | 0.85 |

## Total PG&E Electric Delivery Charges  $9.39

2013 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1005733594 |
| Total Usage | 0.000000 kWh |
| Serial | L |
| Rotating Outage Block | 50 |

### Additional Messages

**Time-Of-Use Customers:** In 2017, Daylight Saving Time begins on 3/12/2017. To adjust for this, from 3/12/17 through 4/2/17 your time-of-use periods will begin and end one hour later.



### Electric Usage This Period: 0.000000 kWh, 13 billing days

----- = Average Daily Usage 0.00

**Energy Charges**

| | |
|---|---|
| ■ Peak[1] | $0.00 |
| Part Peak[2] | $0.00 |
| Off Peak[3] | $0.00 |

[1]**Peak:** 5/1-10/31 12:00pm-6:00pm, M-F (except Holidays);
[2]**Part Peak:** 5/1-10/31 8:30am-12:00pm, 6:00pm-9:30pm, M-F (except Holidays); 11/1-4/30 8:30am-9:30pm, M-F (except Holidays);
[3]**Off Peak:** Year Round 9:30pm - 8:30am, M-F (except Holidays); Sat-Sun; Holidays



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Printed on recycled paper.

Page 3 of 5
Form 610622  8.13

**Casa Nido001324**

**PG&E** **003676**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 01/24/2017
**Due Date:** **02/10/2017**

## Details of MCE Electric Generation Charges

### 01/05/2017 - 01/18/2017 (14 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 5627405721 ESP Customer Number: 5627405636 CLOSED

### 01/05/2017 – 01/18/2017

**Rate Schedule: A-1-B**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Winter | 0.000000 | kWh | @ $0.05500 | $0.00 |
| Generation - Part Peak - Winter | 0.000000 | kWh | @ $0.07000 | 0.00 |
| | | | Net Charges 0.00 | |

## Total MCE Electric Generation Charges

**$0.00**

For questions regarding charges on this page, please contact:
MCE
1125 Tamalpais Avenue
SAN RAFAEL CA 94901
1-888-632-3674
www.mceCleanEnergy.org

### Additional Messages

**Time-Of-Use Customers:** In 2017, Daylight Saving Time begins on 3/12/2017. To adjust for this, from 3/12/17 through 4/2/17 your time-of-use periods will begin and end one hour later.

MCE is a not-for-profit, public agency that sources 50-100% renewable energy for your power needs, called electric generation.

PG&E continues to provide and bill for electric delivery services. MCE replaces PG&E's charge for electric generation. This is reflected in the 'Generation Credit' line item shown on the 'Details of PG&E Electric Delivery Charges' page of your bill.

Gas services are not provided by MCE.

If you have any questions about MCE, please call us at **1 (888) 632-3674**, email us at **info@mceCleanEnergy.org** or visit us online at **www.mceCleanEnergy.org**. We're happy to help!

♻ Printed on recycled paper.     Form 610622  8.13

**Casa Nido001325**

# ENERGY STATEMENT

**003674**

www.pge.com/MyEnergy

Account No: 3627405890-0

Statement Date: 01/24/2017

**Due Date: 02/10/2017**

## Deposit Information

## Adjustments

| | |
|---|---|
| Refund Draft | -$339.91 |

## Total Adjustments       -$339.91

---



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

♻ Printed on recycled paper.   Form 610622  8.13

Page 5 of 5

**Casa Nido001326**

003375

Printed on recycled paper. Form 610622 8.13

Casa Nido001327

003376

# Statement Date
# February 16, 2017

# ENERGY STATEMENT

003377

PG&E

www.pge.com/MyEnergy

Account No: 5627405890-0

Statement Date: 02/16/2017

**Due Date: 03/06/2017**

## Service For:

CASA NIDO APTS
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

24 hours, 7 days/wk 1-800-468-4743
Business Specialist available:
Mon-Sat: 7am to 9pm
www.pge.com/MyEnergy

### Local Office Address

1100 S 27TH ST
RICHMOND, CA 94804

## Your Account Summary

| | |
|---|---|
| Credit Balance on Previous Statement | -$193.13 |
| Payment(s) Received Since Last Statement | 0.00 |
| Outstanding Credit Balance | -$193.13 |
| Electric Adjustments | $193.13 |
| **Total Amount Due** | **$0.00** |

### Electric Monthly Billing History

| | |
|---|---|
| $260 | |
| $195 | |
| $130 | |
| $65 | |
| $0 | |
| **2016** | 8/04 8/11 9/12 10/11 11/09 12/09 1/11 1/24 2/16 **2017** |

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

No payment is due. Please retain for your records. Thank you.

99905627405890000000000000000000000000



Account Number:
**5627405890-0**

Total Amount Due:
**No Payment Due**

942460084852 01 AB    0.40  509 2773 11

CASA NIDO APTS
IN; C/O TRACY GILES
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 3
Printed on recycled paper.    Form 610622  8.13

**Casa Nido001328**

Account No: 5627405890-0
**ENERGY STATEMENT** ~~Case 3:17-cv-7234-MMC~~ Document 234-9  Filed 05/20/24  Page 100 of 370
003378
Statement Date: 02/16/2017
www.pge.com/MyEnergy

**Due Date:** **03/06/2017**

## Important Phone Numbers - 24 hours per day, 7 days per week

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TDD/TTY (Speech/Hearing Impaired) 1-800-652-4712

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill** , please call 1-800-743-5000 to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch, 505 Van Ness Avenue, San Francisco, CA 94102, 1-800-649-7570 or 415-703-2032 (TDD/TTY).

To avoid having service turned off while you wait for a CPUC decision, enclose a deposit check (payable to the CPUC) for the disputed amount and a description of the dispute. The CPUC will only accept deposits for matters that relate directly to billing accuracy. If it is not possible for you to pay your deposit, you must advise the CPUC. PG&E can not turn off your service for nonpayment while it is under review by the CPUC, however, you must continue to pay your current charges to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy   efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher on weekday afternoons and lower at other times of the day. The price you pay also changes by season. Prices are higher in the summer and lower in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**DWR power charge:** Included in generation charges.  In 2016, DWR will return $38,141,051 to bundled service customers which offsets other generation charges in this bill.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2017 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number: 5627405890-0**

Change my mailing address to: _____

_____

City _____ State _____ ZIP code _____

Primary Phone _____

Primary Email _____

### Ways To Pay

- **Online at www.pge.com/waystopay**
- **PG&E's Mobile Bill Pay**
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, Mastercard or Discover:** Call 1-877-704-8470 at any time. (Our independent service provider charges a fee for each transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 1-800-743-5000. Please bring a copy of your bill with you.

Printed on recycled paper.   Form 610622  8.13

Casa Nido001329

**003379**

**ENERGY STATEMENT**

www.pge.com/MyEnergy

Account No: 5627405890-0
Statement Date: 02/16/2017
**Due Date: 03/06/2017**

## Details of Electric Charges

Service For: 3060 EL CERRITO PLAZA # 507
Service Agreement ID: 5627405636

### Adjustments

| | |
|---|---:|
| Refund Draft | $193.13 |
| **Total Adjustments** | **$193.13** |



*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

Printed on recycled paper.  Form 610622 8.13

**Casa Nido001330**

Case N° 0001331

**PG&E**

003380

003381

# Statement Date

# February 15, 2019

003382

 **Pacific Gas and Electric Company**®

Pacific Gas and Electric Company
P.O. Box 8329
Stockton, CA 95208

Date: February 05, 2019
Customer Number: 2240645
Invoice No: 0007804965-3
Page 1 of 2

Casa Nido (Tax ID 94-2243858)c/o B&
T Bookkeeping, INC.
3060 El Cerrito Plaza, #507
EL CERRITO CA  94530

## REMINDER NOTICE - ENGINEERING ADVANCE

Dear Casa Nido (Tax ID 94-2243858)c/o B&,

According to our records and information to date, the **Engineering Advance** in conjunction with the project(s) listed below in the amount of $1,000.00 has not been paid.

If you wish to continue with the project, payment is due before 03/24/2019. Please remit your payment directly to PG&E by sending a check to the address below.

**Pacific Gas and Electric Company**
**P.O. Box 997300**
**Sacramento, CA 95899-7300**

Please remit your payment with the coupon below. Payments remitted with the coupon will be applied to the amount set forth in this letter. PG&E will apply any payment received without a payment coupon as it reasonably determines. Please specify invoice number on remittance check. If payment in full has already been made, thank you, and please disregard this notice.

Work on the project will not begin until the **Engineering Advance** has been paid in full. Additionally, if payment is not received by 03/24/2019 then PG&E reserves the right to cancel the requested project.

If you would like to cancel the Application for Service or have any questions please contact your Service Planning representative or Project Manager directly at (510) 231-2852.

If you have any questions, please call **1-800-945-5251**, Monday through Friday 8 a.m. to 5:15 p.m.

Sincerely,
Non-Energy Collection Representative

| Invoice Number | Invoice Date | Ofc | Type | Description | Amount | Days in Arrears |
|---|---|---|---|---|---|---|
| **0007804965-3** | 12/24/2018 | JT | ZDP | EP 12210 SAN PABLO AVE. RICHMOND | $1,000.00 | 43 |
| **Total Balance Due** | | | | | **$1,000.00** | |

Casa Nido001562

**003383**

 **Pacific Gas and Electric Company®**

Pacific Gas and Electric Company
P.O. Box 8329
Stockton, CA 95208

Date: February 05, 2019
Customer Number: 2240645
Invoice No: 0007804965-3
Page 2 of 2

Casa Nido (Tax ID 94-2243858)c/o B&
T Bookkeeping, INC.
3060 El Cerrito Plaza, #507
EL CERRITO CA  94530

## REMINDER NOTICE - ENGINEERING ADVANCE

and return bottom portion of this invoice with your payments

Casa Nido001563

9103

**CASA NIDO**

3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

Pacific Gas and Electric                                        2/15/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 2/15/2019 | Bill | | 1,000.00 | 1,000.00 | | 1,000.00 |
| | | | | | Check Amount | 1,000.00 |

The Mechanics Bank -                                                1,000.00

Casa Nido001564

003385

# Statement Date

# January 9, 2020

003386

® **Pacific Gas And Company**
**APPLICATION AND AGREEMENT FOR**
**ELECTRIC AND/OR NATURAL GAS FACILITIES**
**WHERE FULL ADVANCE PAYMENT IS REQUIRED**
**Rule 13 - Temporary Service**

**REFERENCES:**
Notification #    115424003
Contract #    50018092 V1
E-PM #    35105100
G-PM #

To Pacific Gas and Electric Company:

The undersigned Applicant hereby requests you to deliver [X] electric energy and/or [ ] natural gas to and for the equipment hereinafter described, at the location shown on Exhibit A, in accordance with the applicable rates and rules of PG&E. In consideration of PG&E's acceptance of this application and the installation of facilities to supply temporary electric and/or natural gas service, Applicant hereby agrees to the following:

1. PG&E has made available for inspection its applicable rates and rules. Applicant agrees to comply therewith, and with any changes or modifications thereof which may be authorized from time to time by the Public Utilities Commission of the State of California.

2 Applicant's attention has been directed to the rate schedules applicable to the service herein described, and Applicant has elected to take and pay for service under schedule A-1 for a maximum period of 24 months.
As specified in this schedule, Applicant elects the following optional provisions:

3. Applicant agrees to pay, in advance to PG&E, prior to the installation thereof, the estimated cost installed plus the estimated cost of removal, less the estimated salvage of the facilities installed to provide the service herein applied for, which cost is agreed to be the sum of  NINE HUNDRED EIGHTY-FIVE DOLLARS AND NINETY-ONE CENTS , ( $985,91  )

4. The amount of refund upon reclassification of Applicant's facilities from temporary to permanent will be made on the basis of the extension and/or service rule in effect at the time temporary service is reclassified to permanent. No interest shall be paid on any amount advanced.

5. Applicant hereby grants to PG&E a right-of-way for any electric and/or natural gas lines which it may be necessary to build in, on, under or over Applicant's premise for the purpose of making delivery hereunder. Where Applicant requests facilities which are in addition to, or in substitution for, the standard facilities which PG&E normally would install, the extra cost thereof shall be paid by Applicant under the provisions of PG&E's Gas or Electric Rule 2.

6. In the event Applicant, prior to reclassification, materially increases or decreases his electric service and/or natural gas requirements from those installed hereunder and a change is made in PG&E's facilities, settlement shall be made for the installation and removal cost of the facilities removed. A new temporary service agreement shall be entered into providing for the modified service required by Applicant.

7. This contract shall at all times be subject to such changes or modifications by the Public Utilities Commission of the State of California as said Commission may, from time to time, direct in the exercise of its jurisdiction.

| Electric Equipment to be Served | PHASE | KVA | KW | HP |
|---|---|---|---|---|
| Lighting | | 0 | 0 | N/A |
| Power | 3 | 4 | 0 | 0 |
| Other xxx | 0 | 0 | 0 | 0 |

Electric Service Voltage  0    Volts    Electric Load  4    kW    Est. Max. Demand  4    kW

Electric Main Service Rating  100    Amperes
Natural Gas Load:

Gas Load  0.00    Btu/hr.    Gas Delivery Pressure 0    psi

Business or Individual's Name ~~Tracy Giles~~  CASA NIDO PARTNERSHIP
Dated  1-9-2020    D.B.A  CASA NIDO
By:  _Powell Prijal_    Title  GENERAL PARTNER

Witness _____    Office of Origin _____

Approved and accepted for Pacific Gas and Electric Company

_____

Form 79-875
Rates & Tariffs
December 15, 2004
Advice 2597-G/2599-E

* Automated document, Preliminary Statement, Part A

Casa Nido001669

6036687 A1

**RULE 13 - TEMPORARY SERVICE**

| | | |
|---|---|---|
| Applicant: | Ernesto Montener | MLX #: |
| Mailing Address: | 1800 Orion St Ste | E-PM #: 35105100 |
| City, Zip: | ALAMEDA,94501 | Premise #: |
| Service Location | 12210 SAN PABLO | Date of Application: |
| City, Zip: | RICHMOND,94805 | Date Service Needed: |

| | **Electric** | **Gas** |
|---|---|---|
| 1. Installation: | | |
| a. By PG&E | $1,298.78 | $0.00 |
| b. By Applicant | $0.00 | $0.00 |
| 2. Removal | $70.40 | $0.00 |
| 3. Inspection Fee | $1,038.81 | $0.00 |
| 4. Less Salvage | $0.00 | $0.00 |
| **Subtotal Rule 13 Costs (1+2+3-4)** (Install + Removal - Salvage) | $2,407.99 | $0.00 |
| ITCC (Tax Rate)   24%   0% | $577.92 | $0.00 |
| **Total Rule 13 Costs** | $2,985.91 | $0.00 |
| 6. Reduction to Charges (Credits) | | |
| a. Value of Applicant Installed Facilities | $0.00 | $0.00 |
| b. Engineering Advance | $2,000.00 | $0.00 |
| c. Other | $0.00 | $0.00 |
| **Total Rule 13 Costs DUE** | $985.91 | $0.00 |

**B. COSTS SUBJECT TO REFUND IF RECLASSIFIED TO PERMANENT SERVICE:**
   Payment required for permanent service based upon PG&E's distribution and service extension rules in effect at the time temporary service is reclassified to permanent service.

| | | |
|---|---|---|
| 7. Installation cost plus salvage | $1,298.78 | $0.00 |
| 8. ITCC on Installation plus salvage only | $311.71 | $0.00 |
| **Total to be used for Distribution and Service Extension Agreement:** | $1,610.49 | $0.00 |
| 9. Removal costs | $70.40 | $0.00 |
| 10. ITCC on removal costs only | $16.90 | $0.00 |
| **Total Removal Credit that may be applied to the balance of the Distribution and Service Extension Agreement:** | $87.30 | $0.00 |

Form 79-873
Rates & Tariffs
December 15, 2004
Advice 2597-G/2599-E

Page 2 of 2

* Automated document, Preliminary Statement. Part A

Casa Nido001670

003388

# Statement Date

# May 20, 2020

003389

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

P.G. & E.

5/30/22

$ 297.22

003390

# PG&E ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/20/2020
Due Date: **06/08/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

## Questions about your bill?

Monday-Friday 7 a.m.-9 p.m.
Saturday 8 a.m.-6 p.m.
Phone: 1-800-743-5000
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $215.58 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $215.58 |
| MCE Electric Generation Charges | 81.64 |
| **Total Amount Due** by 06/08/2020 | **$297.22** |

## Electric Monthly Billing History



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

To learn more about how we are working to reduce the impact of PSPS outages, please visit **pge.com/wildfiresafety**.

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   05/20/2020
Due Date:   **06/08/2020**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000

TTY 7-1-1

| | |
|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 |
| Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca gov/complaints/

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**
003392
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 114 of 370

Account No: 2435084048-4
Statement Date:   05/15/2020
**Due Date:      06/01/2020**

## Details of MCE Electric Generation Charges

### 03/20/2020 - 04/10/2020 (22 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

| 03/20/2020 – 04/10/2020 | | | |
|---|---|---|---|

**Rate Schedule:    A-1-A**

| | | | |
|---|---|---|---|
| Generation - Total - Winter | 0.000000  kWh  @ $0.06300 | | $0.00 |
| | Net Charges    0.00 | | |

## Total MCE Electric Generation Charges

**$0.00**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**



# ENERGY STATEMENT
**003393**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/15/2020
**Due Date:** **06/01/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $0.00 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $215.58 |
| MCE Electric Generation Charges | 0.00 |
| **Total Amount Due** by 06/01/2020 | **$215.58** |



**Electric Monthly Billing History**

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

To learn more about how we are working to reduce the impact of PSPS outages, please visit **pge.com/wildfiresafety**.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

999024350840484000002155800000021558



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| **2435084048-4** | **06/01/2020** | **$215.58** | $ |

354500032193 01 AB    0.41  192 1356 5

JOSEPH CONWILL
1117 ARLINGTON BLVD
EL CERRITO, CA 94530-2513

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Page 1 of 5

Printed with Water Based inks on SFI certified paper

**ENERGY STATEMENT**
www.pge.com/MyEnergy

003394

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $29.02 |
| Distribution | 120.08 |
| Electric Public Purpose Programs | 12.56 |
| Nuclear Decommissioning | 0.88 |
| DWR Bond Charge | 5.55 |
| Competition Transition Charges (CTC) | 0.97 |
| Energy Cost Recovery Amount | -0.33 |
| PCIA | 26.68 |
| Taxes and Other | 20.17 |
| **Total Electric Charges** | **$215.58** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

Please do not mark in box. For system use only.

### Update My Information (English Only)

Please allow 1-2 billing cycles for changes to take effect

**Account Number: 2435084048-4**

Change my mailing address to: _____

_____

| | | |
|---|---|---|
| City _____ | State _____ | ZIP code _____ |
| Primary | Primary | |
| Phone | Email _____ | |

### Ways To Pay

- **Online via web or mobile at www.pge.com/waystopay**
- **By mail:** Send your payment along with this payment stub in the envelope provided.
- **By debit card, Visa, MasterCard, American Express, or Discover:** Call 877-704-8470 at any time. (Our independent service provider charges a fee per transaction.)
- **At a PG&E payment center or local office:** To find a payment center or local office near you, please visit www.pge.com or call 800-743-5000. Please bring a copy of your bill with you.

**003395**
# ENERGY STATEMENT
Case 3:20-cv-70492-EMC  Document 234-9  Filed 05/20/24  Page 117 of 370

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/20/2020
**Due Date: 06/08/2020**

## Details of MCE Electric Generation Charges

### 04/11/2020 - 05/11/2020 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

**04/11/2020 – 05/11/2020**

| Rate Schedule: A-1-A | | | | |
|---|---|---|---|---|
| Generation - Total - Winter | 618.064500 | kWh | @ $0.06300 | $38.94 |
| Generation - Total - Summer | 339.935500 | kWh | @ $0.10300 | 35.01 |
| | | | Net Charges  73.95 | |
| Utility Users Tax | | | | 7.40 |
| Energy Surcharge | | | | 0.29 |

## Total MCE Electric Generation Charges

**$81.64**

For questions regarding charges on this page,
please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that
sources 60-100% renewable energy for your
electricity supply.

MCE's generation charges replace what PG&E
would otherwise charge you for electric
generation. These charges are refunded to you
in the 'Generation Credit' line on the 'Details of
PG&E Electric Delivery Charges' page of your
statement. PG&E continues to provide electric
delivery and billing services. Gas services are
not provided by MCE.

If you have any questions about MCE, please
visit us online at **www.mceCleanEnergy.org**, or
visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer
privacy. Learn more about our privacy policy at
**mceCleanEnergy.org/privacy**.



003396

ENERGY STATEMENT
003397
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/15/2020
**Due Date:** **06/01/2020**

Case 3:20-cv-0722-EMC   Document 234-9   Filed 05/20/24   Page 119 of 370

## Details of PG&E Electric Delivery Charges

### 03/20/2020 - 04/10/2020 (22 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

| 03/20/2020 – 04/10/2020 | | | |
|---|---|---|---|
| Customer Charge | 22 days @ $0.82136 | | $18.07 |
| Richmond Utility Users' Tax (10.000%) | | | 1.81 |

## Total PG&E Electric Delivery Charges $19.88

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 0 |
| Prior Meter Reading | 0 |
| Total Usage | 0.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

003398

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/15/2020
**Due Date:** **06/01/2020**

## Details of PG&E Electric Delivery Charges

### 04/11/2020 - 05/11/2020 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1  Small General Service

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 958 |
| Prior Meter Reading | 0 |
| Total Usage | 958.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 04/11/2020 – 04/30/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $0.82136 | $16.43 |
| Energy Charges | 618.064240 | kWh | @ $0.21471 | 132.70 |
| Generation Credit | | | | -57.62 |
| Power Charge Indifference Adjustment | | | | 16.55 |
| Franchise Fee Surcharge | | | | 0.41 |
| Richmond Utility Users' Tax (10.000%) | | | | 10.81 |

#### 05/01/2020 – 05/11/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 11 | days | @ $0.82136 | $9.03 |
| Energy Charges | 339.935760 | kWh | @ $0.28091 | 95.49 |
| Generation Credit | | | | -45.37 |
| Power Charge Indifference Adjustment | | | | 10.13 |
| Franchise Fee Surcharge | | | | 0.21 |
| Richmond Utility Users' Tax (10.000%) | | | | 6.93 |

## Total PG&E Electric Delivery Charges        $195.70

2012 Vintaged Power Charge Indifference Adjustment

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 4 of 5

003399

# Statement Date

# June 17, 2020

003400

9168

**CASA NIDO**
**3060 EL CERRITO PLAZA, EL CERRITO, CA 94530**

6/27/20

Pe. o E.

363.15

Casa Nido001727

**ENERGY STATEMENT**
**003401**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 06/17/2020
**Due Date: 07/06/2020**

## Details of MCE Electric Generation Charges

### 05/12/2020 - 06/10/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

#### 05/12/2020 – 06/10/2020

**Rate Schedule:  A-1-A**
Generation - Total - Summer       1,087.000000  kWh  @ $0.10300         $111.96
                                                   Net Charges     111.96

Utility Users Tax                                                          11.20
Energy Surcharge                                                            0.33

## Total MCE Electric Generation
## Charges                                                           $123.49

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**

**ENERGY STATEMENT**
**003402**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 06/17/2020
**Due Date:** **07/06/2020**

## Details of PG&E Electric Delivery Charges

### 05/12/2020 - 06/10/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1  Small General Service

**05/12/2020 – 06/10/2020**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 30 | days | @ $0.82136 | $24.64 |
| Energy Charges | 1,087.000000 | kWh | @ $0.28091 | 305.35 |
| Generation Credit | | | | -145.12 |
| Power Charge Indifference Adjustment | | | | 32.38 |
| Franchise Fee Surcharge | | | | 0.68 |
| Richmond Utility Users' Tax (10.000%) | | | | 21.73 |

## Total PG&E Electric Delivery Charges        **$239.66**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 2,045 |
| Prior Meter Reading | 958 |
| Total Usage | 1,087.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1,087.000000 kWh, 30 billing days**

----- = Average Daily Usage 36.23

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

003403



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No:  2435084048-4
Statement Date:  06/17/2020
Due Date:  **07/06/2020**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000

TTY 7-1-1

| | |
|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 |

| | |
|---|---|
| Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

If you believe there is an error on your bill, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

If you are not able to pay your bill, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view your most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $32.93 |
| Distribution | 129.37 |
| Electric Public Purpose Programs | 14.12 |
| Nuclear Decommissioning | 1.10 |
| DWR Bond Charge | 6.30 |
| Competition Transition Charges (CTC) | 1.00 |
| Energy Cost Recovery Amount | 0.05 |
| PCIA | 32.38 |
| Taxes and Other | 22.41 |
| **Total Electric Charges** | **$239.66** |

Casa Nido001730

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

# PG&E ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 06/17/2020
Due Date: 07/06/2020

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

## Questions about your bill?

Business Specialist available:
Mon–Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $297.22 |
| Payment(s) Received Since Last Statement | -297.22 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $239.66 |
| MCE Electric Generation Charges | 123.49 |

**Total Amount Due by 07/06/2020**          **$363.15**



### Electric Monthly Billing History

$400
$300
$200
$100
$0
2020

5/15  5/20  6/17  2020

Visit www.pge.com/MyEnergy for a detailed bill comparison

### Daily Usage Comparison

1 Year Ago   Last Period   Current Period
30.90   35.23
N/A

Electric kWh / Day

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001731

# Statement Date

# July 16, 2020

003406

9172

Casa Nido001732

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

7/24/20

Pás a E

50106

# ENERGY STATEMENT
www.pge.com/MyEnergy

**003407**

Account No: 2435084048-4
Statement Date:   07/16/2020
**Due Date:   08/03/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $363.15 |
| Payment(s) Received Since Last Statement | -363.15 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $326.57 |
| MCE Electric Generation Charges | 174.49 |

| **Total Amount Due** by 08/03/2020 | **$501.06** |
|---|---|



**Electric Monthly Billing History**   Daily Usage Comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001733

# ENERGY STATEMENT
www.pge.com/MyEnergy

**003408**

| | |
|---|---|
| Account No: | 2435084048-4 |
| Statement Date: | 07/16/2020 |
| Due Date: | **08/03/2020** |

---

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $46.53 |
| Distribution | 171.81 |
| Electric Public Purpose Programs | 19.95 |
| Nuclear Decommissioning | 1.55 |
| DWR Bond Charge | 8.91 |
| Competition Transition Charges (CTC) | 1.41 |
| Energy Cost Recovery Amount | 0.08 |
| PCIA | 45.76 |
| Taxes and Other | 30.57 |
| **Total Electric Charges** | **$326.57** |

Casa Nido001734

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

Case 3:20-cv-07923-EMC Document 234-9 Filed 05/20/24 Page 131 of 370

003409

## Details of PG&E Electric Delivery Charges

### 06/11/2020 - 07/09/2020 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 3,581 |
| Prior Meter Reading | 2,045 |
| Total Usage | 1,536.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 06/11/2020 – 07/09/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 29 | days | @ $0.82136 | $23.82 |
| Energy Charges | 1,536.000000 | kWh | @ $0.28091 | 431.48 |
| Generation Credit | | | | -205.06 |
| Power Charge Indifference Adjustment | | | | 45.76 |
| Franchise Fee Surcharge | | | | 0.97 |
| Richmond Utility Users' Tax (10.000%) | | | | 29.60 |

**$326.57**

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 1,536.000000 kWh, 29 billing days**

----- = Average Daily Usage 52.97





*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

003410
ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 07/16/2020
Due Date: 08/03/2020

## Details of MCE Electric Generation Charges

### 06/11/2020 - 07/09/2020 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

### 06/11/2020 – 07/09/2020

Rate Schedule: A-1-A

| | | | | |
|---|---|---|---|---|
| Generation - Total - Summer | 1,536.000000 kWh @ $0.10300 | | | $158.21 |
| | | Net Charges | 158.21 | |
| Utility Users Tax | | | | 15.82 |
| Energy Surcharge | | | | 0.46 |

**$174.49**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Casa Nido 001736
Page 4 of 4

003411

# Statement Date

# August 17, 2020

003412

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

PG&E

8/28/20

.563.14

Casa Nido002769

**003413**

ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 135 of 370

Account No: 2435084048-4
Statement Date: 08/17/2020
Due Date: **09/03/2020**

## Details of MCE Electric Generation Charges

### 07/10/2020 - 08/10/2020 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

**07/10/2020 – 08/10/2020**

Rate Schedule:    A-1-A

| | | | |
|---|---|---|---|
| Generation - Total - Summer | 1,728.000000 kWh @ $0.10300 | | $177.98 |
| | Net Charges  177.98 | | |
| Utility Users Tax | | | 17.80 |
| Energy Surcharge | | | 0.52 |

**$196.30**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

ENERGY STATEMENT
003414
www.pge.com/MyEnergy
Case 3:20-cv-03426-EMC Document 234-9 Filed 05/20/24 Page 136 of 370
Account No: 2435084048-4
Statement Date: 08/17/2020
Due Date: 09/03/2020

## Details of PG&E Electric Delivery Charges

### 07/10/2020 - 08/10/2020 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### 07/10/2020 — 08/10/2020

| | | | | |
|---|---|---|---|---:|
| Customer Charge | | 32 days | @ $0.82136 | $26.28 |
| Energy Charges | 1,728.000000 | kWh | @ $0.28091 | 485.41 |
| Generation Credit | | | | -230.67 |
| Power Charge Indifference Adjustment | | | | 51.48 |
| Franchise Fee Surcharge | | | | 1.09 |
| Richmond Utility Users' Tax (10.000%) | | | | 33.25 |
| | | | | **$366.84** |

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---:|
| Meter # | 1010406947 |
| Current Meter Reading | 5,309 |
| Prior Meter Reading | 3,581 |
| Total Usage | 1,728.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1,728.000000 kWh, 32 billing days**

kWh
----- = Average Daily Usage 54.00

70
56
42
28
14
0

7/10  7/13  7/16  7/19  7/22  7/25  7/28  7/31  8/3  8/6  8/9



# ENERGY STATEMENT

**003415**

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   08/17/2020
**Due Date:   09/03/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $501.06 |
| Payment(s) Received Since Last Statement | -501.06 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $366.84 |
| MCE Electric Generation Charges | 196.30 |

### Total Amount Due by 09/03/2020   $563.14



**Electric Monthly Billing History**

Daily Usage Comparison

|  | 1 Year Ago | Last Period | Current Period |
|---|---|---|---|
| | 52.96 | 54.00 | |
| | N/A | | |

Electric kWh / Day

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

Casa Nido002772

# ENERGY STATEMENT
www.pge.com/MyEnergy

008216

PG&E

Account No:   2435084048-4
Statement Date:   08/17/2020
**Due Date:**   **09/03/2020**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $52.35 |
| Distribution | 192.77 |
| Electric Public Purpose Programs | 22.45 |
| Nuclear Decommissioning | 1.75 |
| DWR Bond Charge | 10.02 |
| Competition Transition Charges (CTC) | 1.59 |
| Energy Cost Recovery Amount | 0.09 |
| PCIA | 51.48 |
| Taxes and Other | 34.34 |
| **Total Electric Charges** | **$366.84** |

Casa Nido002773

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2025 Pacific Gas and Electric Company

003417

# Statement Date

# September 16, 2020

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003418

10/13/20

PG & E

516.19

Casa Nido001748

# ENERGY STATEMENT

**003419**

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   09/16/2020

**Due Date:**   **10/05/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $563.14 |
| Payment(s) Received Since Last Statement | -563.14 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $336.48 |
| MCE Electric Generation Charges | 179.71 |

**Total Amount Due** by 10/05/2020    **$516.19**

*PL. 9/14/20*



**Electric Monthly Billing History**    Daily Usage Comparison

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider
other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001749

003420

# ENERGY STATEMENT

www.pge.com/MyEnergy

| | |
|---|---|
| Statement Date: | 09/16/2020 |
| Due Date: | **10/05/2020** |

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**DWR bond charge:** Recovers the cost of bonds issued by the Department of Water Resources (DWR) to purchase power to serve electric customers during the California energy crisis. DWR bond charges are collected on behalf of DWR and do not belong to PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $47.92 |
| Distribution | 177.06 |
| Electric Public Purpose Programs | 20.55 |
| Nuclear Decommissioning | 1.60 |
| DWR Bond Charge | 9.18 |
| Competition Transition Charges (CTC) | 1.46 |
| Energy Cost Recovery Amount | 0.08 |
| PCIA | 47.13 |
| Taxes and Other | 31.50 |
| **Total Electric Charges** | **$336.48** |

Casa Nido001750

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

**003421**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 09/16/2020
**Due Date:** **10/05/2020**

## Details of PG&E Electric Delivery Charges

### 08/11/2020 - 09/09/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### 08/11/2020 – 09/09/2020

| | | | | |
|---|---|---|---|---:|
| Customer Charge | | 30 days | @ $0.82136 | $24.64 |
| Energy Charges | 1,582.000000 | kWh | @ $0.28091 | 444.40 |
| Generation Credit | | | | -211.19 |
| Power Charge Indifference Adjustment | | | | 47.13 |
| Franchise Fee Surcharge | | | | 1.00 |
| Richmond Utility Users' Tax (10.000%) | | | | 30.50 |

**$336.48**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---:|
| Meter # | 1010406947 |
| Current Meter Reading | 6,891 |
| Prior Meter Reading | 5,309 |
| Total Usage | 1,582.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1,582.000000 kWh, 30 billing days**

----- = Average Daily Usage 52.73



ENERGY STATEMENT
003422
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC  Document 234-9  Filed 05/20/24  Page 144 of 326

Statement Date:     09/16/2020
Due Date:     **10/05/2020**

## **Details of MCE Electric Generation Charges**

### 08/11/2020 - 09/09/2020 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2431596505  ESP Customer Number: 2431033623

#### 08/11/2020 – 09/09/2020

| | | | |
|---|---|---|---|
| **Rate Schedule:**    A-1-A | | | |
| Generation - Total - Summer | 1,582.000000  kWh  @ $0.10300 | | $162.95 |
| | | Net Charges     162.95 | |
| Utility Users Tax | | | 16.29 |
| Energy Surcharge | | | 0.47 |

**$179.71**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

# Statement Date

# October 15, 2020

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003424

10/22/20

PG & E

524.26

Casa Nido001753

# ENERGY STATEMENT
**003425**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2020
**Due Date: 11/02/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $516.19 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $516.19 |
| Current PG&E Electric Delivery Charges | $341.71 |
| MCE Electric Generation Charges | 182.55 |
| **Total Amount Due** by 11/02/2020 | **$1,040.45** |



Electric Monthly Billing History

Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001754

# ENERGY STATEMENT

003426

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2020
**Due Date:** **11/02/2020**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $48.66 |
| Distribution | 179.82 |
| Electric Public Purpose Programs | 20.87 |
| Nuclear Decommissioning | 1.63 |
| Wildfire Fund Charge | 9.32 |
| Competition Transition Charges (CTC) | 1.47 |
| Energy Cost Recovery Amount | 0.08 |
| PCIA | 47.87 |
| Taxes and Other | 31.99 |
| **Total Electric Charges** | **$341.71** |

Casa Nido001755

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**
**003427**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2020
**Due Date:** **11/02/2020**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 149 of 370

## Details of PG&E Electric Delivery Charges

### 09/10/2020 - 10/09/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 8,498 |
| Prior Meter Reading | 6,891 |
| Total Usage | 1,607.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 09/10/2020 – 09/30/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.82136 | $17.25 |
| Energy Charges | 1,124.900000 | kWh | @ $0.28091 | 316.00 |
| Generation Credit | | | | -150.19 |
| Power Charge Indifference Adjustment | | | | 33.51 |
| Franchise Fee Surcharge | | | | 0.71 |
| Richmond Utility Users' Tax (10.000%) | | | | 21.66 |

### 10/01/2020 – 10/09/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | 482.100000 | kWh | @ $0.28150 | 135.71 |
| Generation Credit | | | | -64.31 |
| Power Charge Indifference Adjustment | | | | 14.36 |
| Franchise Fee Surcharge | | | | 0.30 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.32 |

**$341.71**

2012 Vintaged Power Charge Indifference Adjustment



Electric Usage This Period: 1,607.000000 kWh, 30 billing days
----- = Average Daily Usage 53.57

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Casa Nido 000756    Page 3 of 4



**ENERGY STATEMENT**
**003428**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2020
**Due Date:** **11/02/2020**

## Details of MCE Electric Generation Charges

### 09/10/2020 - 10/09/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

**09/10/2020 – 10/09/2020**

**Rate Schedule:    A-1-A**

| | | | | |
|---|---|---|---|---|
| Generation - Total - Summer | 1,607.000000 | kWh | @ $0.10300 | $165.52 |
| | | Net Charges | 165.52 | |
| Utility Users Tax | | | | 16.55 |
| Energy Surcharge | | | | 0.48 |

**$182.55**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003429

# Statement Date
# November 17, 2020

003430

11/23/20

PG&E

499.47

Casa Nido001758

003431

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No:  2435084048-4
Statement Date:  11/17/2020
**Due Date:**  **12/04/2020**

## Details of PG&E Electric Delivery Charges

### 10/10/2020 - 11/09/2020 (31 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2431033623
Rate Schedule:  A1  Small General Service

| Service Information | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 10,120 |
| Prior Meter Reading | 8,498 |
| Total Usage | 1,622.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 10/10/2020 – 10/31/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 | days | @ $0.82136 | $18.07 |
| Energy Charges | 1,151.096090 | kWh | @ $0.28150 | 324.03 |
| Generation Credit | | | | -153.52 |
| Power Charge Indifference Adjustment | | | | 34.29 |
| Franchise Fee Surcharge | | | | 0.73 |
| Richmond Utility Users' Tax (10.000%) | | | | 22.29 |

#### 11/01/2020 – 11/09/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | 470.903910 | kWh | @ $0.22096 | 104.05 |
| Generation Credit | | | | -43.89 |
| Power Charge Indifference Adjustment | | | | 14.03 |
| Franchise Fee Surcharge | | | | 0.30 |
| Richmond Utility Users' Tax (10.000%) | | | | 8.16 |

**$335.93**

2012 Vintaged Power Charge Indifference Adjustment



### Electric Usage This Period: 1,622.000000 kWh, 31 billing days

kWh
----- = Average Daily Usage 52.32

70
56
42
28
14
0

10/10  10/13  10/16  10/19  10/22  10/25  10/28  10/31  11/03  11/06  11/09



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| | 35084048-4 |
| Statement Date: | 11/17/2020 |
| **Due Date:** | **12/04/2020** |

## Details of MCE Electric Generation Charges

## 10/10/2020 - 11/09/2020 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

### 10/10/2020 – 11/09/2020

| Rate Schedule: A-1-A | | | | |
|---|---|---|---|---|
| Generation - Total - Winter | 470.903200 | kWh | @ $0.06300 | $29.67 |
| Generation - Total - Summer | 1,151.096800 | kWh | @ $0.10300 | 118.56 |
| | | | Net Charges 148.23 | |
| Utility Users Tax | | | | 14.82 |
| Energy Surcharge | | | | 0.49 |

**$163.54**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT

Casa B20-CV-07923-EMC Document 234-9 Filed 05/20/24 Page 155 of 370

003433

www.pge.com/MyEnergy

Statement Date: 11/17/2020
Due Date: **12/04/2020**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $1,040.45 |
| Payment(s) Received Since Last Statement | -1,040.45 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $335.93 |
| MCE Electric Generation Charges | 163.54 |

| **Total Amount Due** by 12/04/2020 | **$499.47** |
|---|---:|



**Electric Monthly Billing History**

Daily Usage Comparison

1 Year Ago: N/A
Last Period: 53.56
Current Period: 52.32

Electric kWh / Day

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido001761

**003434**

**ENERGY STATEMENT**
www.pge.com/MyEnergy

PG&E

Account No. 2435084648-4

| | |
|---|---|
| Statement Date: | 11/17/2020 |
| Due Date: | **12/04/2020** |

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1



| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.**  Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $49.13 |
| Distribution | 173.31 |
| Electric Public Purpose Programs | 21.07 |
| Nuclear Decommissioning | 1.64 |
| Wildfire Fund Charge | 9.41 |
| Competition Transition Charges (CTC) | 1.49 |
| Energy Cost Recovery Amount | 0.08 |
| PCIA | 48.32 |
| Taxes and Other | 31.48 |
| **Total Electric Charges** | **$335.93** |

Casa Nido001762

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

003435

# Statement Date

# December 16, 2020

003436

9197

CASA NIDO
3080 EL CERRITO PLAZA, EL CERRITO, CA 94530

12/31/20

Pg. 4. E

469.64

Casa Nido001763

# ENERGY STATEMENT
**003437**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   12/16/2020
**Due Date:   01/04/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $499.47 |
| Payment(s) Received Since Last Statement | -499.47 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $300.30 |
| MCE Electric Generation Charges | 109.34 |
| **Total Amount Due** by 01/04/2021 | **$409.64** |



**Electric Monthly Billing History** — Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Your commercial electricity rate** Your electricity usage is currently billed on a non-residential (commercial or industrial) rate. If this is incorrect, please call us at **1-800-468-4743**.

Casa Nido001764

**ENERGY STATEMENT**
003438
PG&E
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 12/16/2020
Due Date: **01/04/2021**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | |
|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 |

| | |
|---|---|
| Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $47.59 |
| Distribution | 145.09 |
| Electric Public Purpose Programs | 20.41 |
| Nuclear Decommissioning | 1.59 |
| Wildfire Fund Charge | 9.11 |
| Competition Transition Charges (CTC) | 1.44 |
| Energy Cost Recovery Amount | 0.07 |
| PCIA | 46.80 |
| Taxes and Other | 28.20 |
| **Total Electric Charges** | **$300.30** |

Casa Nido001765

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2020 Pacific Gas and Electric Company. All rights reserved.

003439

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 12/16/2020
**Due Date:** **01/04/2021**

## Details of PG&E Electric Delivery Charges

### 11/10/2020 - 12/09/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 11,691 |
| Prior Meter Reading | 10,120 |
| Total Usage | 1,571.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 11/10/2020 – 11/30/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.82136 | $17.25 |
| Energy Charges | 1,099.700000 | kWh | @ $0.22096 | 242.99 |
| Generation Credit | | | | -102.53 |
| Power Charge Indifference Adjustment | | | | 32.76 |
| Franchise Fee Surcharge | | | | 0.69 |
| Richmond Utility Users' Tax (10.000%) | | | | 19.05 |

#### 12/01/2020 – 12/09/2020

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | 471.300000 | kWh | @ $0.22096 | 104.14 |
| Generation Credit | | | | -43.94 |
| Power Charge Indifference Adjustment | | | | 14.04 |
| Franchise Fee Surcharge | | | | 0.30 |
| Richmond Utility Users' Tax (10.000%) | | | | 8.16 |

**$300.30**

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 1,571.000000 kWh, 30 billing days**

kWh
70
----- = Average Daily Usage 52.37
56
42
28
14
0
11/10  11/13  11/16  11/19  11/22  11/25  11/28  12/01  12/04  12/07

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

008440

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Statement Date:     12/16/2020
**Due Date:**       **01/04/2021**

## Details of MCE Electric Generation Charges

### 11/10/2020 - 12/09/2020 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

#### 11/10/2020 – 12/09/2020

| Rate Schedule: A-1-A | | | | | |
|---|---|---|---|---|---|
| Generation - Total - Winter | 1,571.000000 | kWh | @ $0.06300 | | $98.97 |
| | | Net Charges | 98.97 | | |
| Utility Users Tax | | | | | 9.90 |
| Energy Surcharge | | | | | 0.47 |

**$109.34**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003441

# Statement Date
# January 14, 2021

1/24/21

P6&E

430.94

Casa Nido002774



# ENERGY STATEMENT

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 165 of 370

Account No: 2435084048-4
Statement Date  01/14/2021
02/01/2021



## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

## Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $409.64 |
| Payment(s) Received Since Last Statement | –409.64 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $317.91 |
| MCE Electric Generation Charges | 113.03 |

| **Total Amount Due** by 02/01/2021 | **$430.94** |
|---|---|



Electric Monthly Billing History

$600
$450
$300
$150
$0
2020    5/15  5/20  6/17  7/16  8/17  9/16 10/15 11/17 12/16  1/14    2021

Visit www.pge.com/MyEnergy for a detailed bill comparison

Daily Usage Comparison

1 Year   Last    Current
Ago     Period  Period
N/A      52.38   52.39

Electric kWh / Day

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido002775

003444

**ENERGY STATEMENT**
www.pge.com

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 166 of 370

Account No:  2435084048-4
Statement Date 01/14/2021
Due Date 02/01/2021

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric prices** are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $49.49 |
| Distribution | 150.46 |
| Electric Public Purpose Programs | 21.79 |
| Nuclear Decommissioning | 1.60 |
| Wildfire Fund Charge | 9.41 |
| Competition Transition Charges (CTC) | 1.07 |
| Energy Cost Recovery Amount | 0.21 |
| PCIA | 54.10 |
| Taxes and Other | 29.78 |
| **Total Electric Charges** | **$317.91** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

Casa Nido002776



ENERGY STATEMENT

| | | Account No: 2435084048-4 |
| Statement Date: | 01/14/2021 |
| Statement Date: | 02/01/2021 |

003445

## Details of MCE Electric Generation Charges

**12/10/2020 – 01/09/2021 (31 billing days)**
Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

### 12/10/2020 — 01/09/2021

| Rate Schedule: | A-1-A | | | |
| Generation – Total – Winter | 1,624.000000 | kWh @ $0.06300 | | $102.31 |
| | | Net Charges | 102.31 | |
| Utility Users Tax | | | | 10.23 |
| Energy Surcharge | | | | 0.49 |

**$113.03**

For questions regarding charges on this page, please contact
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at www.mceCleanEnergy.org, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at mceCleanEnergy.org/privacy.

Casa Nido002777

## ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 01/14/2021
Due Date: 02/01/2021

**003446**

### Details of PG&E Electric Delivery Charges

12/10/2020 – 01/09/2021 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033923
Rate Schedule: A1 Small General Service

**Service Information**

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 13,315 |
| Prior Meter Reading | 11,691 |
| Total Usage | 1,624.000000 kWh |
| Serial | |
| Rotating Outage Block | 50 |



**12/10/2020 — 12/31/2020**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 | days | | $18.07 |
| Energy Charges | 1,152.516130 | kWh | @ $0.82136 | 264.66 |
| Generation Credit | | | @ $0.22086 | -107.45 |
| Power Charge Indifference Adjustment | | | | 34.33 |
| Franchise Fee Surcharge | | | | 0.73 |
| Richmond Utility Users' Tax (10.000%) | | | | 15.96 |

**01/01/2021 — 01/09/2021**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | | $7.39 |
| Energy Charges | 471.483870 | kWh | @ $0.82136 | 102.21 |
| Generation Credit | | | @ $0.21679 | -40.85 |
| Power Charge Indifference Adjustment | | | | 19.77 |
| Franchise Fee Surcharge | | | | 0.24 |
| Richmond Utility Users' Tax (10.000%) | | | | 8.85 |

**$317.91**

2012 Vintaged Power Charge Indifference Adjustment

---

**Electric Usage This Period: 1,624.000000 kWh, 31 billing days**



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Casa Nido002778

003447

# Statement Date

# March 18, 2021

003448

9/3/21

P G & E

2.29-15

# ENERGY STATEMENT

**PG&E** 003449
www.pge.com/MyEnergy

Account No:  2435084048-4
Statement Date:  09/16/2021
**Due Date:** **04/05/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $444.85 |
| Payment(s) Received Since Last Statement | -444.85 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $175.98 |
| MCE Electric Generation Charges | 53.17 |

| **Total Amount Due** by 04/05/2021 | **$229.15** |
|---|---:|



**Electric Monthly Billing History**   Daily Usage Comparison

1 Year Ago / Last Period / Current Period
N/A / 51.83 / 25.47
Electric kWh / Day

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**ENERGY STATEMENT**
003450
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   03/18/2021
**Due Date:      04/05/2021**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

**Rules and rates**

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

**Important definitions**

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge:** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

| Your Electric Charges Breakdown | |
|---|---|
| Transmission | $22.10 |
| Distribution | 87.64 |
| Electric Public Purpose Programs | 11.50 |
| Nuclear Decommissioning | 0.71 |
| Wildfire Fund Charge | 4.43 |
| Competition Transition Charges (CTC) | 0.02 |
| Energy Cost Recovery Amount | 0.24 |
| PCIA | 33.00 |
| Taxes and Other | 16.34 |
| **Total Electric Charges** | **$175.98** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**
PG&E 003451
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 173 of 370

Account No: 2435084048-4
Statement Date:   03/18/2021
**Due Date:   04/05/2021**

## Details of PG&E Electric Delivery Charges

### 02/10/2021 - 03/11/2021 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

| **02/10/2021 – 02/28/2021** | | | | |
|---|---|---|---|---|
| Customer Charge | 19 | days | @ $0.82136 | $15.61 |
| Energy Charges | 483.866670 | kWh | @ $0.21679 | 104.90 |
| Generation Credit | | | | -41.93 |
| Power Charge Indifference Adjustment | | | | 20.29 |
| Franchise Fee Surcharge | | | | 0.24 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.89 |

| **03/01/2021 – 03/11/2021** | | | | |
|---|---|---|---|---|
| Customer Charge | 11 | days | @ $0.82136 | $9.03 |
| Energy Charges | 280.133330 | kWh | @ $0.22766 | 63.78 |
| Generation Credit | | | | -24.75 |
| Power Charge Indifference Adjustment | | | | 12.71 |
| Franchise Fee Surcharge | | | | 0.13 |
| Richmond Utility Users' Tax (10.000%) | | | | 6.08 |

**$175.98**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 15,686 |
| Prior Meter Reading | 14,922 |
| Total Usage | 764.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 764.000000 kWh, 30 billing days**

----- = Average Daily Usage 25.47












**ENERGY STATEMENT**
www.pge.com/MyEnergy

**003452**













Account No: 2435084048-4
Statement Date: 03/18/2021
**Due Date: 04/05/2021**

## Details of MCE Electric Generation Charges

### 02/10/2021 - 03/11/2021 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

### 02/10/2021 – 03/11/2021

| | | | | |
|---|---|---|---|---|
| **Rate Schedule:   A-1-A** | | | | |
| Generation - Total - Winter | 483.866700 | kWh | @ $0.06300 | $30.48 |
| Generation - Total - Winter | 280.133300 | kWh | @ $0.06300 | 17.65 |
| | | | Net Charges   48.13 | |
| Utility Users Tax | | | | 4.81 |
| Energy Surcharge | | | | 0.23 |

**$53.17**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003453

# Statement Date

# April 19, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003454   4/24/21

PG & E

492-32



# ENERGY STATEMENT

**003455**
www.pge.com/MyEnergy

Account No:  2435084048-4
Statement Date:   04/19/2021
**Due Date:**   **05/06/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $229.15 |
| Payment(s) Received Since Last Statement | -229.15 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $374.28 |
| MCE Electric Generation Charges | 118.04 |

| **Total Amount Due** by 05/06/2021 | **$492.32** |
|---|---|



**Electric Monthly Billing History**

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Thank you for your timely payments**  You have an excellent payment record with us, and we thank you for your prompt payments.

# ENERGY STATEMENT

www.pge.com/MyEnergy

| | |
|---|---|
| Account No: | 2435084048-4 |
| Statement Date: | 04/19/2021 |
| **Due Date:** | **05/06/2021** |

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $43.23 |
| Distribution | 180.09 |
| Electric Public Purpose Programs | 27.25 |
| Nuclear Decommissioning | 1.58 |
| Wildfire Fund Charge | 9.84 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | 0.54 |
| PCIA | 76.95 |
| Taxes and Other | 34.75 |
| **Total Electric Charges** | **$374.28** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

# ENERGY STATEMENT
www.pge.com/MyEnergy



Account No: 2435084048-4
Statement Date: 04/19/2021
**Due Date:** **05/06/2021**

## Details of PG&E Electric Delivery Charges

### 03/12/2021 - 04/12/2021 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

### 03/12/2021 – 04/12/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | | 32 days | @ $0.82136 | $26.28 |
| Energy Charges | 1,696.000000 | kWh | @ $0.22766 | 386.11 |
| Generation Credit | | | | -149.81 |
| Power Charge Indifference Adjustment | | | | 76.95 |
| Franchise Fee Surcharge | | | | 0.80 |
| Richmond Utility Users' Tax (10.000%) | | | | 33.95 |

**$374.28**

2012 Vintaged Power Charge Indifference Adjustment

## Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 17,382 |
| Prior Meter Reading | 15,686 |
| Total Usage | 1,696.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Electric Usage This Period: 1,696.000000 kWh, 32 billing days

----- = Average Daily Usage 53.00

[Bar chart showing daily kWh usage from 3/12 to 4/11, with values around 56 kWh for most days, dropping to about 42 around 4/5 and 38 around 4/8]





**ENERGY STATEMENT**
003458
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 04/19/2021
Due Date: **05/06/2021**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 180 of 370

## Details of MCE Electric Generation Charges

### 03/12/2021 - 04/12/2021 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505  ESP Customer Number: 2431033623

| 03/12/2021 – 04/12/2021 | | | | |
|---|---|---|---|---|

| **Rate Schedule:** | **A-1-A** | | | |
|---|---|---|---|---|
| Generation - Total - Winter | 1,696.000000 | kWh | @ $0.06300 | $106.85 |
| | | Net Charges | 106.85 | |
| Utility Users Tax | | | | 10.68 |
| Energy Surcharge | | | | 0.51 |

**$118.04**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

# Statement Date

# May 18, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003460

5/24/21

483.22

PG+E

**003461**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/18/2021
**Due Date: 06/04/2021**

## Details of MCE Electric Generation Charges

### 04/13/2021 - 05/11/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

### 04/13/2021 – 05/11/2021

**Rate Schedule:  A-1-A**

| | | | | |
|---|---|---|---|---|
| Generation - Total - Winter | 955.241400 | kWh | @ $0.06300 | $60.18 |
| Generation - Total - Summer | 583.758600 | kWh | @ $0.10300 | 60.13 |
| | | Net Charges | 120.31 | |
| Utility Users Tax | | | | 12.03 |
| Energy Surcharge | | | | 0.46 |

**$132.80**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

**003462**
www.pge.com/MyEnergy

PG&E

Account No: 2435084048-4
Statement Date: 05/18/2021
**Due Date: 06/04/2021**

Case 3:20-cv-03626-EMC  Document 234-9  Filed 05/20/24  Page 184 of 370

## Details of PG&E Electric Delivery Charges

### 04/13/2021 - 05/11/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1  Small General Service

#### 04/13/2021 — 04/30/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | | 18 | days @ $0.82136 | $14.78 |
| Energy Charges | 955.241910 | kWh | @ $0.22766 | 217.47 |
| Generation Credit | | | | -84.38 |
| Power Charge Indifference Adjustment | | | | 43.34 |
| Franchise Fee Surcharge | | | | 0.45 |
| Richmond Utility Users' Tax (10.000%) | | | | 19.12 |

#### 05/01/2021 — 05/11/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | | 11 | days @ $0.82136 | $9.03 |
| Energy Charges | 583.758090 | kWh | @ $0.28465 | 166.17 |
| Generation Credit | | | | -74.99 |
| Power Charge Indifference Adjustment | | | | 26.49 |
| Franchise Fee Surcharge | | | | 0.27 |
| Richmond Utility Users' Tax (10.000%) | | | | 12.67 |

**$350.42**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 18,921 |
| Prior Meter Reading | 17,382 |
| Total Usage | 1,539.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1,539.000000 kWh, 29 billing days**

kWh
----- = Average Daily Usage 53.07

70
56
42
28
14
0
4/13  4/16  4/19  4/22  4/25  4/28  5/1  5/4  5/7  5/10

# ENERGY STATEMENT
www.pge.com/MyEnergy

003463

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-up over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $39.22 |
| Distribution | 173.22 |
| Electric Public Purpose Programs | 24.73 |
| Nuclear Decommissioning | 1.43 |
| Wildfire Fund Charge | 8.93 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | 0.50 |
| PCIA | 69.83 |
| Taxes and Other | 32.51 |
| **Total Electric Charges** | **$350.42** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

# ENERGY STATEMENT
www.pge.com/MyEnergy

003464

PG&E

Account No: 2435084048-4
Statement Date:    05/18/2021
Due Date:    06/04/2021

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $492.32 |
| Payment(s) Received Since Last Statement | -492.32 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $350.42 |
| MCE Electric Generation Charges | 132.80 |
| **Total Amount Due** by 06/04/2021 | **$483.22** |



**Electric Monthly Billing History**

Daily Usage Comparison

1 Year Ago: 30.90
Last Period: 53.00
Current Period: 53.07

Electric kWh / Day

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

003465

# Statement Date

# June 17, 2021

003466

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

6/22/21

PG&E

392.08

**PG&E** 003467

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   06/17/2021
**Due Date:**   **07/06/2021**

## Details of MCE Electric Generation Charges

## 05/12/2021 - 06/10/2021 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2431596505  ESP Customer Number: 2431033623

### 05/12/2021 — 06/10/2021

| | | | | |
|---|---|---|---|---|
| Rate Schedule:   A-1-A | | | | |
| Generation - Total - Summer | 1,087.000000 | kWh | @ $0.10300 | $111.96 |
| | | Net Charges | 111.96 | |
| Utility Users Tax | | | | 11.20 |
| Energy Surcharge | | | | 0.33 |

**$123.49**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**
003468
www.pge.com/MyEnergy
PG&E

Account No: 2435084048-4
Statement Date: 06/17/2021
Due Date: **07/06/2021**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 190 of 370

## Details of PG&E Electric Delivery Charges

### 05/12/2021 - 06/10/2021 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule:  A1  Small General Service

| Service Information | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 20,008 |
| Prior Meter Reading | 18,921 |
| Total Usage | 1,087.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 05/12/2021 – 05/31/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 20 | days | @ $0.82136 | $16.43 |
| Energy Charges | 724.666670 | kWh | @ $0.28465 | 206.28 |
| Generation Credit | | | | -93.12 |
| Power Charge Indifference Adjustment | | | | 32.88 |
| Franchise Fee Surcharge | | | | 0.34 |
| Richmond Utility Users' Tax (10.000%) | | | | 16.25 |

### 06/01/2021 – 06/10/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 10 | days | @ $0.82136 | $8.21 |
| Energy Charges | 362.333330 | kWh | @ $0.28465 | 103.14 |
| Generation Credit | | | | -46.55 |
| Power Charge Indifference Adjustment | | | | 16.44 |
| Franchise Fee Surcharge | | | | 0.17 |
| Richmond Utility Users' Tax (10.000%) | | | | 8.12 |

**$268.59**

2012 Vintaged Power Charge Indifference Adjustment



Electric Usage This Period: 1,087.000000 kWh, 30 billing days

----- = Average Daily Usage 36.23

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 4

003469

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   06/17/2021
Due Date:   **07/06/2021**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-ups. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $27.70 |
| Distribution | 141.53 |
| Electric Public Purpose Programs | 17.47 |
| Nuclear Decommissioning | 1.01 |
| Wildfire Fund Charge | 6.30 |
| Competition Transition Charges (CTC) | 0.03 |
| Energy Cost Recovery Amount | 0.35 |
| PCIA | 49.32 |
| Taxes and Other | 24.88 |
| **Total Electric Charges** | **$268.59** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.



**ENERGY STATEMENT**
003470
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 06/17/2021
Due Date: **07/06/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $483.22 |
| Payment(s) Received Since Last Statement | -483.22 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $268.59 |
| MCE Electric Generation Charges | 123.49 |
| **Total Amount Due** by 07/06/2021 | **$392.08** |



**Electric Monthly Billing History**                    Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Discover available resources, update your preferred notification language and learn about our efforts to minimize power shutoffs for our customers, visit **www.pge.com/psps**.

We know losing power disrupts lives. To support our customers, we are listening to feedback and finding ways to reduce the impact of Public Safety Power Shutoff (PSPS) in 2021, without compromising safety.

003471

# Statement Date

# July 19, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003472

7/29/21

PG&E

616.53

Casa Nido002779



**003473**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:    07/19/2021
**Due Date:        08/05/2021**

### Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $392.08 |
| Payment(s) Received Since Last Statement | -392.08 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $417.72 |
| MCE Electric Generation Charges | 198.81 |

| | |
|---|---:|
| **Total Amount Due** by 08/05/2021 | **$616.53** |



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido002780

# ENERGY STATEMENT
www.pge.com/MyEnergy

**003474**  PG&E

Account No: 2435084048-4
Statement Date:   07/19/2021
Due Date:   08/05/2021

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.**  Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $44.61 |
| Distribution | 214.48 |
| Electric Public Purpose Programs | 28.12 |
| Nuclear Decommissioning | 1.63 |
| Wildfire Fund Charge | 10.15 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | 0.56 |
| PCIA | 79.40 |
| Taxes and Other | 38.72 |
| **Total Electric Charges** | **$417.72** |

Casa Nido002781

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**
**PG&E** **003475**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 07/19/2021
**Due Date:** **08/05/2021**

Case 3:20-cv-04423-JMC Document 234-9 Filed 05/20/24 Page 197 of 370

## Details of PG&E Electric Delivery Charges

### 06/11/2021 - 07/12/2021 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431033623
Rate Schedule: A1 Small General Service

**06/11/2021 – 07/12/2021**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $0.82136 | $26.28 |
| Energy Charges | 1,750.000000 | kWh | @ $0.28465 | 498.14 |
| Generation Credit | | | | -224.82 |
| Power Charge Indifference Adjustment | | | | 79.40 |
| Franchise Fee Surcharge | | | | 0.82 |
| Richmond Utility Users' Tax (10.000%) | | | | 37.90 |
| | | | | **$417.72** |

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Current Meter Reading | 21,758 |
| Prior Meter Reading | 20,008 |
| Total Usage | 1,750.000000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 1,750.000000 kWh, 32 billing days**

----- = Average Daily Usage 54.69

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

**PG&E** **003476**
# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 07/19/2021

**Due Date:** **08/05/2021**

## Details of MCE Electric Generation Charges

### 06/11/2021 - 07/12/2021 (32 billing days)
Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2431596505 ESP Customer Number: 2431033623

#### 06/11/2021 – 07/12/2021

**Rate Schedule:** A-1-A

| | | | | |
|---|---|---|---|---|
| Generation - Total - Summer | 1,750.000000 | kWh @ $0.10300 | | $180.25 |
| | | Net Charges | 180.25 | |
| Utility Users Tax | | | | 18.03 |
| Energy Surcharge | | | | 0.53 |

**$198.81**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003477

# Statement Date

# August 17, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

8/27/21

PG+E

540.29

**ENERGY STATEMENT**
**003479**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 08/17/2021
Due Date: **09/03/2021**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 201 of 370

## Details of MCE Electric Generation Charges

### 07/13/2021 - 08/10/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

### 07/13/2021 – 08/10/2021

**Rate Schedule:** A-1-A

| | | | | |
|---|---|---|---|---|
| Generation - Total - Summer | 1,528.620000 | kWh | @ $0.10300 | $157.45 |
| | | Net Charges | 157.45 | |
| Utility Users Tax | | | | 15.74 |
| Energy Surcharge | | | | 0.46 |

**$173.65**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

**PG&E** 003480
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 08/17/2021
**Due Date:** **09/03/2021**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 202 of 370

## Details of PG&E Electric Delivery Charges

### 07/13/2021 - 08/10/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: A1 Small General Service

**Service Information**

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,528.620000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 07/13/2021 – 07/31/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 19 | days | @ $0.82136 | $15.61 |
| Energy Charges | 1,011.473000 | kWh | @ $0.28465 | 287.92 |
| Generation Credit | | | | -129.95 |
| Power Charge Indifference Adjustment | | | | 45.89 |
| Franchise Fee Surcharge | | | | 0.48 |
| Richmond Utility Users' Tax (10.000%) | | | | 21.95 |

### 08/01/2021 – 08/10/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 10 | days | @ $0.82136 | $8.21 |
| Energy Charges | 517.147000 | kWh | @ $0.28607 | 147.94 |
| Generation Credit | | | | -66.43 |
| Power Charge Indifference Adjustment | | | | 23.46 |
| Franchise Fee Surcharge | | | | 0.24 |
| Richmond Utility Users' Tax (10.000%) | | | | 11.32 |

**$366.64**

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 1,528.620000 kWh, 29 billing days**

----- = Average Daily Usage 52.71



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

# ENERGY STATEMENT
### www.pge.com/MyEnergy

003481

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $39.07 |
| Distribution | 188.84 |
| Electric Public Purpose Programs | 24.56 |
| Nuclear Decommissioning | 1.42 |
| Wildfire Fund Charge | 8.87 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | 0.49 |
| PCIA | 69.35 |
| Taxes and Other | 33.99 |
| **Total Electric Charges** | **$366.64** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation © 2021 Pacific Gas and Electric Company. All rights reserved.



# ENERGY STATEMENT
**003482**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   08/17/2021
**Due Date:**   **09/03/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $616.53 |
| Payment(s) Received Since Last Statement | -616.53 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $366.64 |
| MCE Electric Generation Charges | 173.65 |

| **Total Amount Due** by 09/03/2021 | **$540.29** |
|---|---|



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

003483

# Statement Date

# September 16, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

003484

9/25/21

PG~E

545.13



# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E** 003485

Account No: 2435084048-4
Statement Date:  09/16/2021
**Due Date:**  **10/04/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $540.29 |
| Payment(s) Received Since Last Statement | -540.29 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $370.68 |
| MCE Electric Generation Charges | 174.45 |

| **Total Amount Due** by 10/04/2021 | **$545.13** |
|---|---:|



Electric Monthly Billing History — Daily Usage Comparison

1 Year Ago: 52.73  Last Period: 52.71  Current Period: 51.19
Electric kWh / Day

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

# ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 208 of 370

Account No: 2435084048-4
Statement Date:   09/16/2021
Due Date:   **10/04/2021**

---

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

---

## Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

## Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-ups. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

| Your Electric Charges Breakdown | |
|---|---|
| Transmission | $39.45 |
| Distribution | 191.65 |
| Electric Public Purpose Programs | 24.68 |
| Nuclear Decommissioning | 1.43 |
| Wildfire Fund Charge | 8.91 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | 0.49 |
| PCIA | 69.67 |
| Taxes and Other | 34.35 |
| **Total Electric Charges** | **$370.68** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**

PG&E **003487**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 09/16/2021
**Due Date:** **10/04/2021**

Case 3:20-cv-07923-EMC Document 234-9 Filed 05/20/24 Page 209 of 370

## Details of PG&E Electric Delivery Charges

### 08/11/2021 - 09/09/2021 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: A1  Small General Service

**08/11/2021 – 09/09/2021**

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 30 | days | @ $0.82136 | $24.64 |
| Energy Charges | 1,535.589000 | kWh | @ $0.28607 | 439.29 |
| Generation Credit | | | | -197.27 |
| Power Charge Indifference Adjustment | | | | 69.67 |
| Franchise Fee Surcharge | | | | 0.72 |
| Richmond Utility Users' Tax (10.000%) | | | | 33.63 |
| | | | | **$370.68** |

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,535.589000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



### Electric Usage This Period: 1,535.589000 kWh, 30 billing days

----- = Average Daily Usage 51.19


Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 4

**ENERGY STATEMENT**

PG&E 003488
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 09/16/2021
**Due Date:** **10/04/2021**

## Details of MCE Electric Generation Charges

### 08/11/2021 - 09/09/2021 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**08/11/2021 – 09/09/2021**

| Rate Schedule: | A-1-A | | | | |
|---|---|---|---|---|---|
| Generation - Total - Summer | 1,535.589000 | kWh | @ $0.10300 | | $158.17 |
| | | | Net Charges | 158.17 | |
| Utility Users Tax | | | | | 15.82 |
| Energy Surcharge | | | | | 0.46 |

**$174.45**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003489

# Statement Date

# October 15, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530
003490

10/22/21

PG&E

392.41

**ENERGY STATEMENT**
www.pge.com/MyEnergy
PG&E 003491

Case 3:20-cv-04929-EMC   Document 234-9   Filed 05/20/24   Page 213 of 370

Account No: 2435084048-4
Statement Date: 10/15/2021
**Due Date:** **11/01/2021**

## Details of MCE Electric Generation Charges

### 09/10/2021 - 10/10/2021 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

### 09/10/2021 – 10/10/2021

| | | | | |
|---|---|---|---|---|
| **Rate Schedule:** A-1-A | | | | |
| Generation - Total - Summer | 1,080.192500 | kWh | @ $0.10300 | $111.26 |
| | | Net Charges | 111.26 | |
| Utility Users Tax | | | | 11.13 |
| Energy Surcharge | | | | 0.32 |

**$122.71**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

ENERGY STATEMENT

003492
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2021
**Due Date:** **11/01/2021**

## Details of PG&E Electric Delivery Charges

### 09/10/2021 - 10/10/2021 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: A1 Small General Service

### 09/10/2021 – 10/10/2021

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 31 | days | @ $0.82136 | $25.46 |
| Energy Charges | 1,080.192500 | kWh | @ $0.28607 | 309.01 |
| Generation Credit | | | | -138.76 |
| Power Charge Indifference Adjustment | | | | 49.01 |
| Franchise Fee Surcharge | | | | 0.51 |
| Richmond Utility Users' Tax (10.000%) | | | | 24.47 |

**$269.70**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---:|
| Meter # | 1010406947 |
| Total Usage | 1,080.192500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



Electric Usage This Period: 1,080.192500 kWh, 31 billing days

----- = Average Daily Usage 34.84

kWh: 70, 56, 42, 28, 14, 0

9/10  9/13  9/16  9/19  9/22  9/25  9/28  10/01  10/04  10/07  10/10



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

**003493**

**PG&E**

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 10/15/2021
Due Date: 11/01/2021

---

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** Ensures that non-exempt customers under PG&E's GT and ECR rate schedules or who purchase electricity (generation) from non-PG&E suppliers pay their share of generation costs.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

### Your Electric Charges Breakdown

| | |
|---|---|
| Transmission | $27.75 |
| Distribution | 142.95 |
| Electric Public Purpose Programs | 17.36 |
| Nuclear Decommissioning | 1.00 |
| Wildfire Fund Charge | 6.27 |
| Competition Transition Charges (CTC) | 0.03 |
| Energy Cost Recovery Amount | 0.35 |
| PCIA | 49.01 |
| Taxes and Other | 24.98 |
| **Total Electric Charges** | **$269.70** |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

# ENERGY STATEMENT

003494

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   10/15/2021
**Due Date:**   **11/01/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $545.13 |
| Payment(s) Received Since Last Statement | -545.13 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $269.70 |
| MCE Electric Generation Charges | 122.71 |

| | |
|---|---:|
| **Total Amount Due** by 11/01/2021 | **$392.41** |



**Electric Monthly Billing History**

Daily Usage Comparison

1 Year Ago 53.56 | Last Period 51.18 | Current Period 34.84

Electric kWh / Day

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

003495

# Statement Date

# November 16, 2021

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530
003496

11/28/21

PG & E

5 26 - 25

# ENERGY STATEMENT

003497
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/16/2021
**Due Date: 12/03/2021**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $392.41 |
| Payment(s) Received Since Last Statement | -392.41 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $368.15 |
| MCE Electric Generation Charges | 158.10 |

| **Total Amount Due** by 12/03/2021 | **$526.25** |
|---|---|



**Electric Monthly Billing History**

Daily Usage Comparison

$800
$600
$400
$200
$0
2020 11/17 12/16 1/14 2/17 3/18 4/19 5/18 6/17 7/19 8/17 9/16 10/15 11/16 2021

Visit www.pge.com/MyEnergy for a detailed bill comparison

1 Year Last Current
Ago Period Period
52.32   34.84   53.98

Electric kWh / Day

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

PG&E 003498

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/16/2021
**Due Date: 12/03/2021**

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit **www.pge.com/cca** .

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2021 Pacific Gas and Electric Company. All rights reserved.

**003499**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/16/2021
**Due Date: 12/03/2021**

## Details of PG&E Electric Delivery Charges

### 10/11/2021 - 11/08/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: A1 Small General Service

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,565.465500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

Rate change complete. You have changed to a new time-of-use rate plan. Peak hours have shifted from afternoons to evenings, year-round. For more information, visit **pge.com/tou**.

#### 10/11/2021 – 10/31/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.82136 | $17.25 |
| Energy Charges | 1,116.924000 | kWh | @ $0.28607 | 319.52 |
| Generation Credit | | | | -143.49 |
| Power Charge Indifference Adjustment | | | | 50.67 |
| Franchise Fee Surcharge | | | | 0.52 |
| Richmond Utility Users' Tax (10.000%) | | | | 24.40 |

#### 11/01/2021 – 11/08/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 8 | days | @ $0.82136 | $6.57 |
| Energy Charges | 448.541500 | kWh | @ $0.22909 | 102.76 |
| Generation Credit | | | | -39.62 |
| Power Charge Indifference Adjustment | | | | 20.35 |
| Franchise Fee Surcharge | | | | 0.21 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.01 |

**$368.15**

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 1,565.465500 kWh, 29 billing days**

kWh
----- = Average Daily Usage 53.98

70
56
42
28
14
0

10/11  10/14  10/17  10/20  10/23  10/26  10/29  11/01  11/04  11/07

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

**ENERGY STATEMENT**
**003500**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/16/2021
**Due Date:** **12/03/2021**

Case 3:20-cv-07923-EMC Document 234-9 Filed 05/20/24 Page 222 of 370



## Details of MCE Electric Generation Charges

### 10/11/2021 - 11/08/2021 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

### 10/11/2021 – 11/08/2021

**Rate Schedule:   A-1-A**

| | | | | |
|---|---|---|---|---|
| Generation - Total - Winter | 448.541500 | kWh | @ $0.06300 | $28.26 |
| Generation - Total - Summer | 1,116.924000 | kWh | @ $0.10300 | 115.04 |
| | | Net Charges | 143.30 | |
| Utility Users Tax | | | | 14.33 |
| Energy Surcharge | | | | 0.47 |

MCE is considering rate changes in January 2022.
For more information, please visit mcecleanenergy.org/rates

**$158.10**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

**003501**

www.pge.com/MyEnergy

Case 3:20-cv-04926-EMC  Document 234-9   Filed 05/20/24   Page 223 of 370

Account No: 2435084048-4

Statement Date:  11/16/2021

**Due Date:    12/03/2021**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---|
| Transmission | $40.23 |
| Distribution | 186.52 |
| Electric Public Purpose Programs | 25.16 |
| Nuclear Decommissioning | 1.46 |
| Wildfire Fund Charge | 9.08 |
| Competition Transition Charges (CTC) | 0.04 |
| Energy Cost Recovery Amount | 0.50 |
| PCIA | 71.02 |
| Taxes and Other | 34.14 |
| **Total Electric Charges** | **$368.15** |





# Statement Date

# December 15, 2021

CASA NIDO
EL CERRITO, CALIFORNIA
003503

12/24/21

PG & E

334.22

**003504**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

| | |
|---|---|
| Statement Date: | 12/15/2021 |
| **Due Date:** | **01/03/2022** |

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $526.25 |
| Payment(s) Received Since Last Statement | -526.25 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $243.69 |
| MCE Electric Generation Charges | 90.53 |

| | |
|---|---|
| **Total Amount Due** by 01/03/2022 | **$334.22** |



**Electric Monthly Billing History**

**Daily Usage Comparison**

1 Year Ago: 52.36  Last Period: 53.98  Current Period: 34.76

Electric kWh / Day

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Your commercial electricity rate** Your electricity usage is currently billed on a non-residential (commercial or industrial) rate. If this is incorrect, please call us at **1-800-468-4743**.

# ENERGY STATEMENT

**003505**

www.pge.com/MyEnergy

| | |
|---|---|
| Statement Date: | 12/15/2021 |
| **Due Date:** | **01/03/2022** |

---

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit **www.pge.com/cca**.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidi

**ENERGY STATEMENT**
003506
www.pge.com/MyEnergy

Account No: 3435084048-4
Statement Date: 12/15/2021
Due Date: **01/03/2022**

## Details of PG&E Electric Delivery Charges

### 11/09/2021 - 12/08/2021 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,042.799000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 11/09/2021 – 11/30/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 | days | @ $0.82136 | $18.07 |
| Energy Charges | | | | |
| Peak | 129.183000 | kWh | @ $0.25937 | 33.51 |
| Off Peak | 459.788000 | kWh | @ $0.24325 | 111.84 |
| Generation Credit | | | | -61.48 |
| Power Charge Indifference Adjustment | | | | 26.72 |
| Franchise Fee Surcharge | | | | 0.28 |
| Richmond Utility Users' Tax (10.000%) | | | | 12.87 |

#### 12/01/2021 – 12/08/2021

| | | | | |
|---|---|---|---|---|
| Customer Charge | 8 | days | @ $0.82136 | $6.57 |
| Energy Charges | | | | |
| Peak | 94.747000 | kWh | @ $0.26082 | 24.71 |
| Off Peak | 359.081000 | kWh | @ $0.24470 | 87.87 |
| Generation Credit | | | | -47.31 |
| Power Charge Indifference Adjustment | | | | 20.59 |
| Franchise Fee Surcharge | | | | 0.21 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.24 |

**$243.69**

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 1,042.799000 kWh, 30 billing days**

kWh
----- = Average Daily Usage 34.76
70
56
42
28
14
0
11/09  11/12  11/15  11/18  11/21  11/24  11/27  11/30  12/03  12/06

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 21.47% | $58.22 |
| □ Part Peak[2] | 0.00% | $0.00 |
| □ Off Peak[3] | 78.53% | $199.71 |
| □ Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

**ENERGY STATEMENT**
003607
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:  12/15/2021
**Due Date:**  **01/03/2022**



## Details of MCE Electric Generation Charges

### 11/09/2021 - 12/08/2021 (30 billing days)
Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

### 11/09/2021 – 12/08/2021

| | | | | |
|---|---|---|---|---|
| **Rate Schedule:** **B-1** | | | | |
| Generation - Off Peak - Winter | 818.869000 | kWh | @ $0.07500 | $61.42 |
| Generation - On Peak - Winter | 223.930000 | kWh | @ $0.09200 | 20.60 |
| | | | Net Charges | 82.02 |
| Utility Users Tax | | | | 8.20 |
| Energy Surcharge | | | | 0.31 |

MCE is considering rate changes in January 2022.
For more information, please visit mcecleanenergy.org/rates

**$90.53**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 230 of 370

Account No: 3435084048-4
Statement Date:      12/15/2021
Due Date:        01/03/2022

| Your Electric Charges Breakdown  (from page 2) | |
| --- | --- |
| Transmission | $26.79 |
| Distribution | 122.18 |
| Electric Public Purpose Programs | 16.76 |
| Nuclear Decommissioning | 0.97 |
| Wildfire Fund Charge | 6.05 |
| Wildfire Hardening Charge | 0.66 |
| Competition Transition Charges (CTC) | 0.03 |
| Energy Cost Recovery Amount | 0.34 |
| PCIA | 47.31 |
| Taxes and Other | 22.60 |
| **Total Electric Charges** | **$243.69** |



003509

# Statement Date

# January 13, 2022

**003510**

1/28/22
PG&E
428.08

**ENERGY STATEMENT**

00351n

PG&E   www.pge.com/MyEnergy

Statement Date: 01/13/2022
**Due Date:** **01/31/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $334.22 |
| Payment(s) Received Since Last Statement | -334.22 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $310.04 |
| MCE Electric Generation Charges | 118.04 |

| **Total Amount Due** by 01/31/2022 | **$428.08** |
|---|---:|



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**003512**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

| | |
|---|---|
| Statement Date: | 01/13/2022 |
| **Due Date:** | **01/31/2022** |

## Important Phone Numbers - Monday-Friday 7 a.m.-9 p.m., Saturday 8 a.m.-6 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit **www.pge.com/cca**.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

ENERGY STATEMENT
003513
www.pge.com/MyEnergy

Case: 20-30242 Document 234-9 Filed 05/20/24 Page 235 of 370

Account No: 3435084048-4
Statement Date: 01/13/2022
Due Date: 01/31/2022

## Details of PG&E Electric Delivery Charges

### 12/09/2021 - 01/06/2022 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,352.052000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 12/09/2021 – 12/31/2021

| Customer Charge | 23 | days | @ $0.82136 | $18.89 |
|---|---|---|---|---|
| Energy Charges | | | | |
| Peak | 260.487000 | kWh | @ $0.26082 | 67.94 |
| Off Peak | 1,006.605000 | kWh | @ $0.24470 | 246.32 |
| Generation Credit | | | | -131.99 |
| Power Charge Indifference Adjustment | | | | 57.49 |
| Franchise Fee Surcharge | | | | 0.60 |
| Richmond Utility Users' Tax (10.000%) | | | | 25.87 |

#### 01/01/2022 – 01/06/2022

| Customer Charge | 6 | days | @ $0.82136 | $4.93 |
|---|---|---|---|---|
| Energy Charges | | | | |
| Peak | 15.803000 | kWh | @ $0.28008 | 4.43 |
| Off Peak | 69.157000 | kWh | @ $0.26396 | 18.25 |
| Generation Credit | | | | -8.84 |
| Power Charge Indifference Adjustment | | | | 3.85 |
| Franchise Fee Surcharge | | | | 0.04 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.26 |

**$310.04**

2012 Vintaged Power Charge Indifference Adjustment



### Electric Usage This Period: 1,352.052000 kWh, 29 billing days

kWh

----- = Average Daily Usage 46.62

90
72
54
36
18
0

12/09  12/12  12/15  12/18  12/21  12/24  12/27  12/30  1/2  1/5

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.43% | $72.37 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 79.57% | $264.57 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
 Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
 Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

**003514**

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 01/13/2022
**Due Date: 01/31/2022**

## Details of MCE Electric Generation Charges

### 12/09/2021 - 01/06/2022 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**12/09/2021 – 01/06/2022**

| Rate Schedule: | B-1 | | | | |
|---|---|---|---|---|---|
| Generation - Off Peak - Winter | 853.190600 | kWh | @ $0.07500 | | $63.99 |
| Generation - Off Peak - Winter | 222.571400 | kWh | @ $0.07800 | | 17.36 |
| Generation - On Peak - Winter | 219.126600 | kWh | @ $0.09200 | | 20.16 |
| Generation - On Peak - Winter | 57.163400 | kWh | @ $0.09500 | | 5.43 |
| | | | Net Charges | 106.94 | |
| Utility Users Tax | | | | | 10.69 |
| Energy Surcharge | | | | | 0.41 |

**$118.04**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

Account No: 3435084048-4

www.pge.com/MyEnergy

Statement Date: 01/13/2022

**Due Date: 01/31/2022**

003515

| Your Electric Charges Breakdown  (from page 2) | |
|---|---|
| Transmission | $35.34 |
| Distribution | 150.95 |
| Electric Public Purpose Programs | 22.15 |
| Nuclear Decommissioning | 1.17 |
| Wildfire Fund Charge | 7.90 |
| Wildfire Hardening Charge | 1.96 |
| Competition Transition Charges (CTC) | 0.04 |
| Energy Cost Recovery Amount | 0.42 |
| PCIA | 61.34 |
| Taxes and Other | 28.77 |
| **Total Electric Charges** | **$310.04** |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

003516

# Statement Date

# February 14, 2022

2/22/22

PG&E

6123



**ENERGY STATEMENT**
www.pge.com/MyEnergy

003518

Account No: 2435084048-4

| | |
|---|---|
| Statement Date: | 02/14/2022 |
| **Due Date:** | **03/03/2022** |

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $428.08 |
| Payment(s) Received Since Last Statement | -428.08 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $52.11 |
| MCE Electric Generation Charges | 9.12 |

| | |
|---|---|
| **Total Amount Due** by 03/03/2022 | **$61.23** |



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   02/14/2022
**Due Date:      03/03/2022**

---

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit **www.pge.com/cca** .

**Wildfire Hardening Charge**:  PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E.  PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

**003520**

# ENERGY STATEMENT
PG&E
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:  02/14/2022
**Due Date:  03/03/2022**

## Details of PG&E Electric Delivery Charges

### 01/07/2022 - 02/07/2022 (32 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2430129388
Rate Schedule:  B1  Bus Low Use

| 01/07/2022 – 02/07/2022 | | | | |
|---|---|---|---|---|
| Customer Charge | 32 | days | @ $0.82136 | $26.28 |
| Energy Charges | | | | |
| Peak | 23.079000 | kWh | @ $0.28008 | 6.46 |
| Off Peak | 77.837000 | kWh | @ $0.26396 | 20.55 |
| Generation Credit | | | | -10.54 |
| Power Charge Indifference Adjustment | | | | 4.58 |
| Franchise Fee Surcharge | | | | 0.05 |
| Richmond Utility Users' Tax (10.000%) | | | | 4.73 |
| | | | | **$52.11** |

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 100.916000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |



**Electric Usage This Period: 100.916000 kWh, 32 billing days**

----- = Average Daily Usage 3.15

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 22.86% | $6.46 |
| ■ Part Peak[2] | 0.00% | $0.00 |
| □ Off Peak[3] | 77.14% | $20.55 |
| ■ Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
   Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
   Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5



**ENERGY STATEMENT**
003521
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 02/14/2022
**Due Date:** **03/03/2022**

## Details of MCE Electric Generation Charges

### 01/07/2022 - 02/07/2022 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

#### 01/07/2022 – 02/07/2022

**Rate Schedule:** **B-1**

| | | | |
|---|---|---|---|
| Generation - Off Peak - Winter | 77.837000 kWh | @ $0.07800 | $6.07 |
| Generation - On Peak - Winter | 23.079000 kWh | @ $0.09500 | 2.19 |
| | | Net Charges 8.26 | |
| Utility Users Tax | | | 0.83 |
| Energy Surcharge | | | 0.03 |

**$9.12**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**
003522
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 244 of 370   Account No: 2435084048-4

Statement Date: 02/14/2022
**Due Date:** **03/03/2022**

| Your Electric Charges Breakdown (from page 2) | |
|---|---|
| Transmission | $3.31 |
| Distribution | 36.50 |
| Electric Public Purpose Programs | 2.13 |
| Nuclear Decommissioning | -0.01 |
| Wildfire Fund Charge | 0.66 |
| Wildfire Hardening Charge | 0.15 |
| Energy Cost Recovery Amount | 0.01 |
| PCIA | 4.58 |
| Taxes and Other | 4.78 |
| **Total Electric Charges** | **$52.11** |



003523

# Statement Date

# March 16, 2022

3/26/22

P G e E

2 21.78

Casa Nido002848

# ENERGY STATEMENT
003525
www.pge.com/MyEnergy

Account No.: 2450084048-4
Statement Date: 03/16/2022
**Due Date:** **04/04/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $61.23 |
| Payment(s) Received Since Last Statement | -61.23 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $162.19 |
| MCE Electric Generation Charges | 59.59 |

| | |
|---|---|
| **Total Amount Due** by 04/04/2022 | **$221.78** |



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Casa Nido002849**

# ENERGY STATEMENT
www.pge.com/MyEnergy

008526

**Statement Date:** 03/16/2022
**Due Date:** 04/04/2022

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

**Casa Nido002850**
*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

# ENERGY STATEMENT

003527

PG&E

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 03/16/2022

**Due Date:** **04/04/2022**

## Details of PG&E Electric Delivery Charges

### 02/08/2022 - 03/09/2022 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

#### 02/08/2022 – 02/28/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.82136 | $17.25 |
| Energy Charges | | | | |
| Peak | 81.788000 | kWh | @ $0.28008 | 22.91 |
| Off Peak | 301.790000 | kWh | @ $0.26396 | 79.66 |
| Generation Credit | | | | -40.02 |
| Power Charge Indifference Adjustment | | | | 17.40 |
| Franchise Fee Surcharge | | | | 0.18 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.72 |

#### 03/01/2022 – 03/09/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | | | | |
| Peak | 50.258000 | kWh | @ $0.31009 | 15.58 |
| Off Peak | 138.099000 | kWh | @ $0.29397 | 40.60 |
| Super Off Peak | 51.048000 | kWh | @ $0.27755 | 14.17 |
| Generation Credit | | | | -32.64 |
| Power Charge Indifference Adjustment | | | | 4.78 |
| Franchise Fee Surcharge | | | | 0.22 |
| Richmond Utility Users' Tax (10.000%) | | | | 4.99 |

**$162.19**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 622.983000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.



**Electric Usage This Period: 622.983000 kWh, 30 billing days**

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 21.19% | $38.49 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 70.61% | $120.26 |
| Super Off Peak[4] | 8.20% | $14.17 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

# ENERGY STATEMENT
www.pge.com/MyEnergy

## Details of MCE Electric Generation Charges

## 02/08/2022 - 03/09/2022 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

### 02/08/2022 – 03/09/2022

| Rate Schedule:     B-1 | | | | |
|---|---|---|---|---|
| Generation - Super Off Peak - Winter | 0.000000 | kWh | @ $0.06200 | $0.00 |
| Generation - Off Peak - Winter | 307.922300 | kWh | @ $0.07800 | 24.02 |
| Generation - Super Off Peak - Winter | 51.048000 | kWh | @ $0.08100 | 4.13 |
| Generation - On Peak - Winter | 92.432200 | kWh | @ $0.09500 | 8.78 |
| Generation - Off Peak - Winter | 131.966700 | kWh | @ $0.09600 | 12.67 |
| Generation - On Peak - Winter | 39.613800 | kWh | @ $0.11100 | 4.40 |
| | | | Net Charges     54.00 | |
| Utility Users Tax | | | | 5.40 |
| Energy Surcharge | | | | 0.19 |

**$59.59**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003529

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 3435084048-4
**Statement Date:** 03/16/2022
**Due Date:** **04/04/2022**

| Your Electric Charges Breakdown  (from page 2) | |
| --- | --- |
| Transmission | $21.23 |
| Distribution | 87.45 |
| Electric Public Purpose Programs | 12.74 |
| Nuclear Decommissioning | -0.09 |
| Wildfire Fund Charge | 3.60 |
| Wildfire Hardening Charge | 0.91 |
| Competition Transition Charges (CTC) | 0.06 |
| Energy Cost Recovery Amount | -1.00 |
| PCIA | 22.18 |
| Taxes and Other | 15.11 |
| **Total Electric Charges** | **$162.19** |



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

**Casa Nido** 002853

Page 3 of 5

003530

Casa Nido002854

**Statement Date**

**May 16, 2022**

**ENERGY STATEMENT**
003532 www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/18/2022
Due Date: **06/02/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $129.91 |
| Payment(s) Received Since Last Statement | -129.91 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $167.73 |
| MCE Electric Generation Charges | 76.43 |

## Total Amount Due by 06/02/2022 **$244.16**

### Electric Monthly Billing History



Daily Usage Comparison

1 Year Ago 53.06, Last Period 10.44, Current Period 24.88

Electric kWh / Day

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.



### Electric Usage This Period: 721.421500 kWh, 29 billing days



----- = Average Daily Usage 24.88

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 21.45% | $48.00 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 57.31% | $121.55 |
| Super Off Peak[4] | 21.24% | $42.51 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 9:00pm-4:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit www.pge.com/MyEnergy for a detailed bill compa—

**Casa Nido007124**

# Statement Date

# June 15, 2022

**STATEMENT**
www.pge.com/MyEnergy
**003534**

Account No: 2435084048-4

Due Date: **07/05/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $244.16 |
| Payment(s) Received Since Last Statement | -$244.16 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $170.54 |
| MCE Electric Generation Charges | 78.32 |

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

**Total Amount Due** by 07/05/2022  **$248.86**

### Ways To Pay

www.pge.com/waystopay



## Electric Monthly Billing History

Daily Usage Comparison

1 Year Ago Period  36.23
Last Period  24.87
Current Period  23.54

Electric kWh / Day

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Please ret.



Electric Usage This Period: 706.157500 kWh, 30 billing days

----- = Average Daily Usage 23.54

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.86% | $48.73 |
| Part Peak[2] | 4.44% | $10.59 |
| Off Peak[3] | 59.27% | $125.90 |
| Super Off Peak[4] | 15.43% | $30.25 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm


Visit www.pge.com/MyEnergy for a detailed bill comparison.

003535

# Statement Date

# July 15, 2022

**Account No:** 2435084048-4

003536

**ENERGY STATEMENT**
www.pge.com/MyEnergy

**Due Date:** 08/01/2022

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

**Ways To Pay**

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $248.86 |
| Payment(s) Received Since Last Statement | -248.86 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $382.25 |
| MCE Electric Generation Charges | 198.47 |
| **Total Amount Due by 08/01/2022** | **$580.72** |



**Electric Monthly Billing History**

**Daily Usage Comparison**

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

9990243508404840000058072000058072



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| 2435084048-4 | 08/01/2022 | $580.72 | $ |

875270057427 01 AB   0.49  385 1725 9

JOSEPH CONWILL
1117 ARLINGTON BLVD
EL CERRITO, CA 94530-2513

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

Page 1 of 5

Printed with Water Based inks on SFI certified paper

Casa Nido007125

003537

# Statement Date

# August 16, 2022

003538

8/22/22
PG&E
620.02

# ENERGY STATEMENT
**003539**

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 08/16/2022
**Due Date:** **09/02/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $580.72 |
| Payment(s) Received Since Last Statement | -580.72 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $406.80 |
| MCE Electric Generation Charges | 213.22 |

| **Total Amount Due** by 09/02/2022 | **$620.02** |
|---|---|



## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

**003540**

**ENERGY STATEMENT**

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 08/16/2022

**Due Date: 09/02/2022**

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000 TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge** . Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 08/16/2022
**Due Date:** **09/02/2022**

## Details of PG&E Electric Delivery Charges

## 07/11/2022 - 08/09/2022 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### 07/11/2022 – 08/09/2022

| | | | | |
|---|---|---|---|---:|
| Customer Charge | 30 | days | @ $0.82136 | $24.64 |
| Energy Charges | | | | |
| Peak | 354.793000 | kWh | @ $0.38827 | 137.76 |
| Part Peak | 284.072500 | kWh | @ $0.33904 | 96.31 |
| Off Peak | 1,068.586500 | kWh | @ $0.31824 | 340.07 |
| Generation Credit | | | | −264.32 |
| Power Charge Indifference Adjustment | | | | 33.96 |
| Franchise Fee Surcharge | | | | 1.54 |
| Richmond Utility Users' Tax (10.000%) | | | | 36.84 |

**$406.80**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---:|
| Meter # | 1010406947 |
| Total Usage | 1,707.452000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.



### Electric Usage This Period: 1,707.452000 kWh, 30 billing days

----- = Average Daily Usage 56.92

| | Usage | Energy Charges |
|---|---|---:|
| ■ Peak[1] | 20.77% | $137.76 |
| ■ Part Peak[2] | 16.65% | $96.31 |
| ☐ Off Peak[3] | 62.58% | $340.07 |
| ☐ Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

**00₃₅4₂** **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 08/16/2022
**Due Date:** **09/02/2022**

## Details of MCE Electric Generation Charges

### 07/11/2022 - 08/09/2022 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**07/11/2022 – 08/09/2022**

**Rate Schedule:    B-1**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 1,068.586500 | kWh | @ $0.09700 | $103.65 |
| Generation - Part Peak - Summer | 284.072500 | kWh | @ $0.11600 | 32.95 |
| Generation - On Peak - Summer | 354.793000 | kWh | @ $0.16000 | 56.77 |
| | | | Net Charges    193.37 | |
| Utility Users Tax | | | | 19.34 |
| Energy Surcharge | | | | 0.51 |

**$213.22**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

Account No: 2435084048-4
Statement Date:     08/16/2022
**Due Date:     09/02/2022**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---:|
| Transmission | $61.71 |
| Distribution | 235.57 |
| Electric Public Purpose Programs | 34.03 |
| Nuclear Decommissioning | -0.23 |
| Wildfire Fund Charge | 7.84 |
| Recovery Bond Charge | 9.36 |
| Recovery Bond Credit | -9.36 |
| Wildfire Hardening Charge | 2.48 |
| Competition Transition Charges (CTC) | 0.38 |
| Energy Cost Recovery Amount | -7.32 |
| PCIA | 33.96 |
| Taxes and Other | 38.38 |
| **Total Electric Charges** | **$406.80** |



003544

# Statement Date

# September 15, 2022

CASA NIDO
EL CERRITO, CALIFORNIA
003545

9/23/22

PG&E

590.91

003546

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

**Statement Date:** 09/15/2022
**Due Date:** 10/03/2022

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $620.02 |
| Payment(s) Received Since Last Statement | -620.02 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $388.00 |
| MCE Electric Generation Charges | 202.91 |

**Total Amount Due** by 10/03/2022        **$590.91**



**Electric Monthly Billing History**

Daily Usage Comparison

1 Year Ago 51.18   Last Period 56.91   Current Period 54.10

Electric kWh / Day

$800 $600 $400 $200 $0

**2021** 9/16 10/15 11/16 12/15 1/13 2/14 3/16 4/15 5/16 6/15 7/15 8/16 9/15 **2022**

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**0035A7** **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 37035084048-4

Statement Date: 09/15/2022
**Due Date:** **10/03/2022**

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

003548

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 09/15/2022
**Due Date: 10/03/2022**

## Details of PG&E Electric Delivery Charges

### 08/10/2022 - 09/08/2022 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

#### 08/10/2022 – 08/31/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | | 22 days | @ $0.82136 | $18.07 |
| Energy Charges | | | | |
| Peak | 250.213000 | kWh | @ $0.38827 | 97.15 |
| Part Peak | 199.946000 | kWh | @ $0.33904 | 67.79 |
| Off Peak | 740.271000 | kWh | @ $0.31824 | 235.58 |
| Generation Credit | | | | -184.54 |
| Power Charge Indifference Adjustment | | | | 23.68 |
| Franchise Fee Surcharge | | | | 1.07 |
| Richmond Utility Users' Tax (10.000%) | | | | 25.77 |

#### 09/01/2022 – 08/08/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | | 8 days | @ $0.82136 | $6.57 |
| Energy Charges | | | | |
| Peak | 89.804000 | kWh | @ $0.38827 | 34.87 |
| Part Peak | 71.775000 | kWh | @ $0.33904 | 24.33 |
| Off Peak | 271.018000 | kWh | @ $0.31824 | 86.25 |
| Generation Credit | | | | -66.95 |
| Power Charge Indifference Adjustment | | | | 8.60 |
| Franchise Fee Surcharge | | | | 0.39 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.37 |

**$388.00**

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,623.027000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.



### Electric Usage This Period: 1,623.027000 kWh, 30 billing days

----- = Average Daily Usage 54.10

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.94% | $132.02 |
| Part Peak[2] | 16.76% | $92.12 |
| Off Peak[3] | 62.30% | $321.83 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

**003549**

# ENERGY STATEMENT
www.pge.com/MyEnergy

5084048-4

**Statement Date:** 09/15/2022
**Due Date:** **10/03/2022**

## Details of MCE Electric Generation Charges

### 08/10/2022 - 09/08/2022 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

### 08/10/2022 – 09/08/2022

**Rate Schedule:**     **B-1**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Summer | 1,011.289000 | kWh | @ $0.09700 | $98.10 |
| Generation - Part Peak - Summer | 271.721000 | kWh | @ $0.11600 | 31.52 |
| Generation - On Peak - Summer | 340.017000 | kWh | @ $0.16000 | 54.40 |
| | | Net Charges | 184.02 | |
| Utility Users Tax | | | | 18.40 |
| Energy Surcharge | | | | 0.49 |

**$202.91**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

003650

www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 272 of 370

Account No: 2435084048-4

Statement Date:   09/15/2022

**Due Date:   10/03/2022**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---:|
| Transmission | $58.67 |
| Distribution | 225.13 |
| Electric Public Purpose Programs | 32.34 |
| Nuclear Decommissioning | -0.22 |
| Wildfire Fund Charge | 7.45 |
| Recovery Bond Charge | 11.33 |
| Recovery Bond Credit | -11.33 |
| Wildfire Hardening Charge | 2.36 |
| Competition Transition Charges (CTC) | 0.36 |
| Energy Cost Recovery Amount | -6.97 |
| PCIA | 32.28 |
| Taxes and Other | 36.60 |
| **Total Electric Charges** | **$388.00** |



003551

**Statement Date**

**October 14, 2022**

CASA NIDO
EL CERRITO, CALIFORNIA

003552

10/19/22

PG & E

507.22

# ENERGY STATEMENT

**003553**

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 10/14/2022

**Due Date:** **10/31/2022**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $590.91 |
| Payment(s) Received Since Last Statement | −590.91 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $386.12 |
| Electric Adjustments | −78.60 |
| MCE Electric Generation Charges | 199.70 |

| **Total Amount Due** by 10/31/2022 | **$507.22** |
|---|---:|



**Electric Monthly Billing History**

Daily Usage Comparison

1 Year Ago 34.84  Last Period 54.10  Current Period 53.51

Electric kWh / Day

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**ENERGY STATEMENT**

003554

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 10/14/2022

Due Date: 10/31/2022

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

003555 **ENERGY STATEMENT**
www.pge.com/MyEnergy

Statement Date: 10/14/2022
**Due Date:** **10/31/2022**

## Details of PG&E Electric Delivery Charges

### 09/09/2022 - 10/09/2022 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### 09/09/2022 – 09/30/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 days | @ $0.82136 | | $18.07 |
| Energy Charges | | | | |
| Peak | 245.079500 | kWh | @ $0.38827 | 95.16 |
| Part Peak | 195.468000 | kWh | @ $0.33904 | 66.27 |
| Off Peak | 732.612500 | kWh | @ $0.31824 | 233.15 |
| Generation Credit | | | | -181.73 |
| Power Charge Indifference Adjustment | | | | 23.33 |
| Franchise Fee Surcharge | | | | 1.06 |
| Richmond Utility Users' Tax (10.000%) | | | | 25.43 |

### 10/01/2022 – 10/09/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 days | @ $0.82136 | | $7.39 |
| Energy Charges | | | | |
| Peak | 102.024000 | kWh | @ $0.31285 | 31.92 |
| Off Peak | 383.695000 | kWh | @ $0.29674 | 113.86 |
| Generation Credit | | | | -67.43 |
| Power Charge Indifference Adjustment | | | | 9.66 |
| Franchise Fee Surcharge | | | | 0.44 |
| Richmond Utility Users' Tax (10.000%) | | | | 9.54 |

**$386.12**

2012 Vintaged Power Charge Indifference Adjustment

## Adjustments

| | |
|---|---|
| CA Climate Credit | -$39.30 |
| CA Climate Credit | -39.30 |
| **Total Adjustments** | **-$78.60** |

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,658.879000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

**CA Climate Credit -**
You received a Climate Credit on this month's electric bill. For more information about this California Climate Credit, visit www.cpuc.ca.gov/smallbusinessclimatecredit

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.

---

### Electric Usage This Period: 1,658.879000 kWh, 31 billing days





----- = Average Daily Usage 53.51

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.92% | $127.08 |
| Part Peak[2] | 11.79% | $66.27 |
| Off Peak[3] | 67.29% | $347.01 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

003556

# ENERGY STATEMENT
www.pge.com/MyEnergy

35084048-4

Statement Date: 10/14/2022
**Due Date:** **10/31/2022**



## Details of MCE Electric Generation Charges

### 09/09/2022 - 10/09/2022 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861 ESP Customer Number: 2431033623

**09/09/2022 – 10/09/2022**

**Rate Schedule: B-1**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Winter | 383.695000 | kWh | @ $0.09600 | $36.83 |
| Generation - Off Peak - Summer | 732.612500 | kWh | @ $0.09700 | 71.06 |
| Generation - On Peak - Winter | 102.024000 | kWh | @ $0.11100 | 11.32 |
| Generation - Part Peak - Summer | 195.468000 | kWh | @ $0.11600 | 22.67 |
| Generation - On Peak - Summer | 245.079500 | kWh | @ $0.16000 | 39.21 |
| | | | Net Charges   181.09 | |
| Utility Users Tax | | | | 18.11 |
| Energy Surcharge | | | | 0.50 |

**$199.70**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**

003557 www.pge.com/MyEnergy

Case 3:20-cv-07928-EMC   Document 234-9   Filed 05/20/24   Page 279 of 370

Account No: 3435084048-4

Statement Date:     10/14/2022
**Due Date:         10/31/2022**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---:|
| Transmission | $59.96 |
| Distribution | 220.59 |
| Electric Public Purpose Programs | 33.06 |
| Nuclear Decommissioning | -0.22 |
| Wildfire Fund Charge | 7.61 |
| Recovery Bond Charge | 18.45 |
| Recovery Bond Credit | -18.45 |
| Wildfire Hardening Charge | 2.40 |
| Competition Transition Charges (CTC) | 0.37 |
| Energy Cost Recovery Amount | -7.11 |
| PCIA | 32.99 |
| Taxes and Other | 36.47 |
| **Total Electric Charges** | **$386.12** |



003558

# Statement Date

# December 15, 2022

CASA NIDO
EL CERRITO, CALIFORNIA

**003559**

12/30/22

PG&E

677.89

003560

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

Account No: 2435084048-4
Statement Date: 12/15/2022
**Due Date: 01/03/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $581.97 |
| Payment(s) Received Since Last Statement | -581.97 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $448.31 |
| MCE Electric Generation Charges | 229.58 |

| | |
|---|---:|
| **Total Amount Due** by 01/03/2023 | **$677.89** |



**Electric Monthly Billing History** — Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

1 Year Ago: 34.75 | Last Period: 61.92 | Current Period: 67.73 — Electric kWh / Day

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Your commercial electricity rate** Your electricity usage is currently billed on a non-residential (commercial or industrial) rate. If this is incorrect, please call us at **1-800-468-4743**.

003561

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: 27485084048-4

Statement Date: 12/15/2022

**Due Date: 01/03/2023**

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2022 Pacific Gas and Electric Company. All rights reserved.

**003562** **ENERGY STATEMENT**
www.pge.com/MyEnergy

| | |
|---|---|
| Statement Date: | 12/15/2022 |
| **Due Date:** | **01/03/2023** |

35084048-4

## Details of PG&E Electric Delivery Charges

### 11/08/2022 - 12/08/2022 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### 11/08/2022 – 12/08/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 31 days | @ $0.82136 | | $25.46 |
| Energy Charges | | | | |
| Peak | 437.526000 kWh | @ $0.31285 | | 136.88 |
| Off Peak | 1,662.213000 kWh | @ $0.29674 | | 493.25 |
| Generation Credit | | | | -291.51 |
| Power Charge Indifference Adjustment | | | | 41.76 |
| Franchise Fee Surcharge | | | | 1.89 |
| Richmond Utility Users' Tax (10.000%) | | | | 40.58 |
| | | | | **$448.31** |

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 2,099.739000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.





**Electric Usage This Period: 2,099.739000 kWh, 31 billing days**

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.83% | $136.88 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 79.17% | $493.25 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

- - - - - = Average Daily Usage 67.73



**003563**

## ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 12/15/2022
**Due Date:** **01/03/2023**

---

## Details of MCE Electric Generation Charges

### 11/08/2022 - 12/08/2022 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861   ESP Customer Number: 2431033623

### 11/08/2022 – 12/08/2022

**Rate Schedule:** **B-1**

| | | | | |
|---|---|---|---|---|
| Generation - Off Peak - Winter | 1,662.213000 | kWh | @ $0.09600 | $159.57 |
| Generation - On Peak - Winter | 437.526000 | kWh | @ $0.11100 | 48.57 |
| | | Net Charges | 208.14 | |
| Utility Users Tax | | | | 20.81 |
| Energy Surcharge | | | | 0.63 |

MCE is considering rate changes in January 2023.
For more information, please visit mcecleanenergy.org/rates

**$229.58**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org



### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

003564

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: 3435084048-4

**Statement Date:** 12/15/2022

**Due Date:** 01/03/2023

| Your Electric Charges Breakdown (from page 2) | |
|---|---|
| Transmission | $75.89 |
| Distribution | 242.49 |
| Electric Public Purpose Programs | 41.85 |
| Nuclear Decommissioning | -0.28 |
| Wildfire Fund Charge | 9.64 |
| Recovery Bond Charge | 23.35 |
| Recovery Bond Credit | -23.35 |
| Wildfire Hardening Charge | 3.04 |
| Competition Transition Charges (CTC) | 0.46 |
| Energy Cost Recovery Amount | -9.01 |
| PCIA | 41.76 |
| Taxes and Other | 42.47 |
| **Total Electric Charges** | **$448.31** |



003565

# Statement Date

# January 13, 2023

CASA NIDO
EL CERRITO, CALIFORNIA

**003566**

1/19/23

PG&E

736.13



**003567**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 3724435084048-4
Statement Date: 01/13/2023
**Due Date: 01/30/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $677.89 |
| Payment(s) Received Since Last Statement | −677.89 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $466.89 |
| MCE Electric Generation Charges | 269.24 |

| **Total Amount Due** by 01/30/2023 | **$736.13** |
|---|---|



**Electric Monthly Billing History**

Daily Usage Comparison

$800
$600
$400
$200
$0

2022 1/13 2/14 3/16 4/15 5/16 6/15 7/15 8/16 9/15 10/14 11/15 12/15 1/13 2023

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

1 Year Last Current
Ago Period Period

46.62  67.73  72.25

Electric kWh / Day

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

003568

**PG&E**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2485084048-4

Statement Date:     01/13/2023

**Due Date:       01/30/2023**

---

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

**ENERGY STATEMENT**

**PG&E** www.pge.com/MyEnergy

Account No: 3243 5084048-4
Statement Date: 01/13/2023
**Due Date:** **01/30/2023**

## Details of PG&E Electric Delivery Charges

### 12/09/2022 - 01/08/2023 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 2,239.862000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 12/09/2022 – 12/31/2022

| | | | | |
|---|---|---|---|---|
| Customer Charge | 23 | days | @ $0.82136 | $18.89 |
| Energy Charges | | | | |
| Peak | 316.376500 | kWh | @ $0.31285 | 98.98 |
| Off Peak | 1,193.102500 | kWh | @ $0.29674 | 354.04 |
| Generation Credit | | | | -209.59 |
| Power Charge Indifference Adjustment | | | | 30.02 |
| Franchise Fee Surcharge | | | | 1.36 |
| Richmond Utility Users' Tax (10.000%) | | | | 29.23 |

### 01/01/2023 – 01/08/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 8 | days | @ $0.82136 | $6.57 |
| Energy Charges | | | | |
| Peak | 152.962000 | kWh | @ $0.32329 | 49.45 |
| Off Peak | 577.421000 | kWh | @ $0.30718 | 177.37 |
| Generation Credit | | | | -104.81 |
| Power Charge Indifference Adjustment | | | | 1.59 |
| Franchise Fee Surcharge | | | | 0.77 |
| Richmond Utility Users' Tax (10.000%) | | | | 13.02 |

**$466.89**

2012 Vintaged Power Charge Indifference Adjustment

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.

---

### Electric Usage This Period: 2,239.862000 kWh, 31 billing days



----- = Average Daily Usage 72.25

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 20.95% | $148.43 |
| ■ Part Peak[2] | 0.00% | $0.00 |
| □ Off Peak[3] | 79.05% | $531.41 |
| ■ Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
    Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
    Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



**ENERGY STATEMENT**
00**85**70
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 292 of 370

5084048-4

**Statement Date:** 01/13/2023
**Due Date:** 01/30/2023

## Details of MCE Electric Generation Charges

### 12/09/2022 - 01/08/2023 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**12/09/2022 – 01/08/2023**

| Rate Schedule: | B1 | | | | |
|---|---|---|---|---|---|
| Off Peak Winter | 456.901300 | kWh | @ $0.13400 | | $61.22 |
| Off Peak Winter | 1,313.622200 | kWh | @ $0.09600 | | 126.11 |
| Peak Winter | 348.221000 | kWh | @ $0.11100 | | 38.65 |
| Peak Winter | 121.117500 | kWh | @ $0.15000 | | 18.17 |
| | | | Net Charges | 244.15 | |
| Local Utility Users Tax (10.000%) | | | | | 24.42 |
| Energy Commission Tax | | | | | 0.67 |

**$269.24**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

**ENERGY STATEMENT**
003571
www.pge.com/MyEnergy

Account No: 32435084048-4

Statement Date: 01/13/2023
**Due Date:** **01/30/2023**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---|
| Transmission | $80.61 |
| Distribution | 254.08 |
| Electric Public Purpose Programs | 47.62 |
| Nuclear Decommissioning | 0.79 |
| Wildfire Fund Charge | 9.41 |
| Recovery Bond Charge | 24.91 |
| Recovery Bond Credit | -24.91 |
| Wildfire Hardening Charge | 4.85 |
| Competition Transition Charges (CTC) | 0.54 |
| Energy Cost Recovery Amount | -7.00 |
| PCIA | 31.61 |
| Taxes and Other | 44.38 |
| **Total Electric Charges** | **$466.89** |



003572

# Statement Date

# February 14, 2023

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

| | |
|---|---|
| Statement Date: | 02/14/2023 |
| **Due Date:** | **03/03/2023** |

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $736.13 |
| Payment(s) Received Since Last Statement | -736.13 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $43.02 |
| MCE Electric Generation Charges | 12.63 |

| | |
|---|---|
| **Total Amount Due** by 03/03/2023 | **$55.65** |



### Electric Monthly Billing History

Daily Usage Comparison

|  | 1 Year Ago | Last Period | Current Period |
|---|---|---|---|
| | | 72.25 | |
| Electric kWh / Day | 3.15 | | 2.84 |

Visit www.pge.com/MyEnergy for a detailed bill comparison

### Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

# ENERGY STATEMENT
www.pge.com/MyEnergy

35084048-4

| | |
|---|---|
| **Statement Date:** | 02/14/2023 |
| **Due Date:** | **03/03/2023** |

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**:  PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay these bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E.  PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.  For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires.  Separately, a PG&E trust provides a customer credit equal to the charge for customers. Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido009248

**PG&E** **003575**
www.pge.com/MyEnergy

# ENERGY STATEMENT

Account Number: 35084048-4
Statement Date: 02/14/2023
Due Date: **03/03/2023**

## Details of PG&E Electric Delivery Charges

### 01/09/2023 - 02/07/2023 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### 01/09/2023 — 02/07/2023

| | | | |
|---|---|---|---|
| Customer Charge | 30 days @ $0.82136 | | $24.64 |
| Energy Charges | | | |
| Peak | 3.423000 kWh @ $0.32329 | | 1.11 |
| Off Peak | 81.637500 kWh @ $0.30718 | | 25.08 |
| Generation Credit | | | -11.99 |
| Power Charge Indifference Adjustment | | | 0.19 |
| Franchise Fee Surcharge | | | 0.09 |
| Richmond Utility Users' Tax (10.000%) | | | 3.90 |

### Total PG&E Electric Delivery Charges   $43.02

2012 Vintaged Power Charge Indifference Adjustment

### Service Information

Meter #: 1010406947
Total Usage: 85.060500 kWh
Serial: P
Rotating Outage Block: 50

### Additional Messages

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.



**Electric Usage This Period: 85.060500 kWh, 30 billing days**

----- = Average Daily Usage 2.84

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 4.02% | $1.11 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 95.98% | $25.08 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

Casa Nido009249

ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 298 of 370

Account No: 2435084048-4
Statement Date:    02/14/2023
Due Date:          03/03/2023

PG&E
003576

## Details of MCE Electric Generation Charges

**01/09/2023 - 02/07/2023 (30 billing days)**

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

**01/09/2023 — 02/07/2023**

| Rate Schedule:    B1 | | | | |
|---|---|---|---|---|
| Off Peak Winter | 81.637500 | kWh | @ $0.13400 | $10.94 |
| Peak Winter | 3.423000 | kWh | @ $0.15000 | 0.51 |
| | | | Net Charges   11.45 | |
| Local Utility Users Tax (10.000%) | | | | 1.15 |
| Energy Commission Tax | | | | 0.03 |

**Total MCE Electric Generation Charges**                    **$12.63**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

Casa Nido009250

**PG&E** **003577**
ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 299 of 370

Account No: 2435084048-4
Statement Date:    02/14/2023
Due Date:          **03/03/2023**

### Your Electric Charges Breakdown  (from page 2)

| | |
|---|---:|
| Transmission | $3.04 |
| Distribution | 33.09 |
| Electric Public Purpose Programs | 2.04 |
| Nuclear Decommissioning | 0.11 |
| Wildfire Fund Charge | 0.29 |
| Recovery Bond Charge | 0.95 |
| Recovery Bond Credit | -0.95 |
| Wildfire Hardening Charge | 0.31 |
| Competition Transition Charges (CTC) | 0.02 |
| Energy Cost Recovery Amount | -0.06 |
| PCIA | 0.19 |
| Taxes and Other | 3.99 |
| **Total Electric Charges** | **$43.02** |





*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Casa Nido009251

**003578**

9318

CASA NIDO
EL CERRITO, CALIFORNIA

2/22/23

PG*E

55.65

Casa Nido009252

003579

# Statement Date

# March 16, 2023

# ENERGY STATEMENT
www.pge.com/MyEnergy

**PG&E**

Account No: 2435084048-4
Statement Date: 03/16/2023
**Due Date:** **04/03/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $55.65 |
| Payment(s) Received Since Last Statement | -55.65 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $74.62 |
| Electric Adjustments | -38.39 |
| MCE Electric Generation Charges | 37.82 |

| **Total Amount Due** by 04/03/2023 | **$74.05** |
|---|---:|



**Electric Monthly Billing History**       Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido009217

003581

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 32435084048-4

| | |
|---|---|
| Statement Date: | 03/16/2023 |
| Due Date: | **04/03/2023** |

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting  www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified  residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**:  PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E.  PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity.  For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires.  Separately, a PG&E trust provides a customer credit equal to the charge for customers.  Visit www.pge.com/billexplanation for additional details on charge item.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido009218

# ENERGY STATEMENT

PG&E 003582

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 03/16/2023
Due Date: 04/03/2023

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 304 of 370

## Details of PG&E Electric Delivery Charges

### 02/08/2023 - 03/09/2023 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2430129388
Rate Schedule:  B1  Bus Low Use

### 02/08/2023 — 02/28/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 21 | days | @ $0.82136 | $17.25 |
| Energy Charges | | | | |
| Peak | 44.498000 | kWh | @ $0.32329 | 14.39 |
| Off Peak | 167.584000 | kWh | @ $0.30718 | 51.48 |
| Generation Credit | | | | -30.44 |
| Power Charge Indifference Adjustment | | | | 0.46 |
| Franchise Fee Surcharge | | | | 0.22 |
| Richmond Utility Users' Tax (10.000%) | | | | 5.31 |

### 03/01/2023 — 03/09/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | | | | |
| Peak | 7.972000 | kWh | @ $0.33840 | 2.70 |
| Off Peak | 22.626000 | kWh | @ $0.32229 | 7.29 |
| Super Off Peak | 7.966000 | kWh | @ $0.30587 | 2.44 |
| Generation Credit | | | | -5.44 |
| Power Charge Indifference Adjustment | | | | 0.08 |
| Franchise Fee Surcharge | | | | 0.04 |
| Richmond Utility Users' Tax (10.000%) | | | | 1.45 |

## Total PG&E Electric Delivery Charges         $74.62

2012 Vintaged Power Charge Indifference Adjustment

## Adjustments

| | |
|---|---|
| CA Climate Credit | -$38.39 |

## Total Adjustments         -$38.39

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 250.646000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### Additional Messages

**CA Climate Credit –**
You received a Climate Credit on this month's electric bill. For more information about this California Climate Credit, visit www.cpuc.ca.gov/smallbusinessclimatecredit

From March 1, 2022 to February 28, 2023, the Wildfire Fund Charge is offset by $0.00109/kWh to reflect excess funds from the Department of Water Resources (DWR) Bond charge. The Wildfire Fund Charge is also offset by an additional $0.00084/kWh during this same period for excess funds from the DWR Power charge. These charges were included in your electric charges prior to 2021 and were related to bonds issued and energy provided to customers by DWR during the 2000-2001 California energy crisis.

---

### Electric Usage This Period: 250.646000 kWh, 30 billing days



----- = Average Daily Usage 8.35

| | | Usage | Energy Charges |
|---|---|---|---|
| ■ | Peak[1] | 20.93% | $17.09 |
| ■ | Part Peak[2] | 0.00% | $0.00 |
| □ | Off Peak[3] | 75.88% | $58.77 |
| ■ | Super Off Peak[4] | 3.19% | $2.44 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 5

**Casa Nido009219**

Case 3:20-cv-07923-EMC Document 234-9 Filed 05/20/24 Page 305 of 370

## Details of MCE Electric Generation Charges

### 02/08/2023 - 03/09/2023 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861 ESP Customer Number: 2431033623

### 02/08/2023 — 03/09/2023

Rate Schedule:     B1

| | | | | |
|---|---|---|---|---|
| Off Peak Winter | 190.210000 | kWh | @ $0.13400 | $25.49 |
| Peak Winter | 52.470000 | kWh | @ $0.15000 | 7.87 |
| Super Off Peak Winter | 7.966000 | kWh | @ $0.11900 | 0.95 |
| | | | Net Charges | 34.31 |
| Local Utility Users Tax (10.000%) | | | | 3.43 |
| Energy Commission Tax | | | | 0.08 |

### Total MCE Electric Generation Charges          $37.82

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mceenergy.org

**Additional Messages**
MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Casa Nido009220

**ENERGY STATEMENT**
www.pge.com/MyEnergy

PG&E **003584**

Case 3:20-cv-07923-EMC    Document 234-9    Filed 05/20/24    Page 306 of 370

Account No: 2435084048-4
Statement Date: 03/16/2023
Due Date: 04/03/2023

| Your Electric Charges Breakdown  (from page 2) | |
| --- | --- |
| Transmission | $9.00 |
| Distribution | 50.03 |
| Electric Public Purpose Programs | 6.01 |
| Nuclear Decommissioning | 0.34 |
| Wildfire Fund Charge | 0.92 |
| Recovery Bond Charge | 2.67 |
| Recovery Bond Credit | -2.67 |
| Wildfire Hardening Charge | 0.87 |
| Competition Transition Charges (CTC) | 0.07 |
| Energy Cost Recovery Amount | -0.18 |
| PCIA | 0.54 |
| Taxes and Other | 7.02 |
| **Total Electric Charges** | **$74.62** |

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

52282007004715030031

Casa Nido009221

003585

CASA NIDO
EL CERRITO, CALIFORNIA

9321

3/28/23

PG&E

74.05

Casa Nido009222

003586

# Statement Date

# April 14, 2023



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 04/14/2023
**Due Date: 05/01/2023**

### Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

### Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $74.05 |
| Payment(s) Received Since Last Statement | -74.05 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $55.25 |
| MCE Electric Generation Charges | 19.77 |

**Total Amount Due** by 05/01/2023 **$75.02**



**Electric Monthly Billing History**

Daily Usage Comparison

Visit www.pge.com/MyEnergy *for a detailed bill comparison*

### Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

**Thank you for your timely payments** You have an excellent payment record with us, and we thank you for your prompt payments.



**ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   04/14/2023
**Due Date:      05/01/2023**

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

If you believe there is an error on your bill, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570

or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

If you are not able to pay your bill, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido0009230


**003589**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 04/14/2023
**Due Date: 05/01/2023**

## Details of PG&E Electric Delivery Charges

### 03/10/2023 - 04/09/2023 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 133.576500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

#### 03/10/2023 – 04/09/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 31 | days | @ $0.82136 | $25.46 |
| Energy Charges | | | | |
| Peak | 28.201000 | kWh | @ $0.33840 | 9.54 |
| Off Peak | 77.853000 | kWh | @ $0.32229 | 25.09 |
| Super Off Peak | 27.522500 | kWh | @ $0.30587 | 8.42 |
| Generation Credit | | | | -18.70 |
| Power Charge Indifference Adjustment | | | | 0.29 |
| Franchise Fee Surcharge | | | | 0.14 |
| Richmond Utility Users' Tax (10.000%) | | | | 5.01 |

## Total PG&E Electric Delivery Charges            $55.25

2012 Vintaged Power Charge Indifference Adjustment



### Electric Usage This Period: 133.576500 kWh, 31 billing days

----- = Average Daily Usage 4.31

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 21.11% | $9.54 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 58.28% | $25.09 |
| Super Off Peak[4] | 20.61% | $8.42 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 5

5372100600598800300291

**Casa Nido009231**

**003590** **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 04/14/2023
**Due Date:** **05/01/2023**

## Details of MCE Electric Generation Charges

### 03/10/2023 - 04/09/2023 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861 ESP Customer Number: 2431033623

### 03/10/2023 – 04/09/2023

| Rate Schedule: B1 | | | | |
|---|---|---|---|---|
| Off Peak Winter | 77.853000 | kWh | @ $0.13400 | $10.43 |
| Peak Winter | 28.201000 | kWh | @ $0.15000 | 4.23 |
| Super Off Peak Winter | 27.522500 | kWh | @ $0.11900 | 3.28 |
| | | Net Charges | 17.94 | |
| Local Utility Users Tax (10.000%) | | | | 1.79 |
| Energy Commission Tax | | | | 0.04 |

## Total MCE Electric Generation Charges

**$19.77**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

### Additional Messages

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy**.

Casa Nido009232

003591 **ENERGY STATEMENT**
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 04/14/2023
Due Date: **05/01/2023**

## Important Messages (continued from page 1)

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

### Your Electric Charges Breakdown (from page 2)

| | |
|---|---|
| Transmission | $5.04 |
| Distribution | 40.36 |
| Electric Public Purpose Programs | 3.21 |
| Nuclear Decommissioning | 0.19 |
| Wildfire Fund Charge | 0.71 |
| Recovery Bond Charge | 1.07 |
| Recovery Bond Credit | -1.07 |
| Wildfire Hardening Charge | 0.35 |
| Competition Transition Charges (CTC) | 0.04 |
| Energy Cost Recovery Amount | -0.09 |
| PCIA | 0.29 |
| Taxes and Other | 5.15 |
| **Total Electric Charges** | **$55.25** |

5372100600598800300391



Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 5 of 5



**Casa Nido009233**

003592



Casa Nido009234

003593

# Statement Date

# May 16, 2023

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 316 of 370

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Account No:** 2435084048-4
**Statement Date:** 05/16/2023
**Due Date:** **06/02/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $75.02 |
| Payment(s) Received Since Last Statement | -75.02 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $55.78 |
| MCE Electric Generation Charges | 20.82 |

### Total Amount Due by 06/02/2023        $76.60



**Electric Monthly Billing History**        Daily Usage Comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

Casa Nido009223

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/16/2023
Due Date: 06/02/2023

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570

or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay these bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido009224

PG&E
003596
ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 05/16/2023
Due Date: 06/02/2023

## Details of PG&E Electric Delivery Charges

**04/10/2023 - 05/09/2023 (30 billing days)**

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

**Service Information**
Meter #                    1010406947
Total Usage        140.606000 kWh
Serial                                P
Rotating Outage Block          50

### 04/10/2023 — 05/09/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 30 | days | @ $0.82136 | $24.64 |
| Energy Charges | | | | |
| Peak | 31.945000 | kWh | @ $0.33840 | 10.81 |
| Off Peak | 77.976000 | kWh | @ $0.32229 | 25.13 |
| Super Off Peak | 30.685000 | kWh | @ $0.30587 | 9.39 |
| Generation Credit | | | | -19.71 |
| Power Charge Indifference Adjustment | | | | 0.31 |
| Franchise Fee Surcharge | | | | 0.15 |
| Richmond Utility Users' Tax (10.000%) | | | | 5.06 |

**Total PG&E Electric Delivery Charges          $55.78**

2012 Vintaged Power Charge Indifference Adjustment



Electric Usage This Period: 140.606000 kWh, 30 billing days

----- = Average Daily Usage 4.69

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 22.71% | $10.81 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 55.45% | $25.13 |
| Super Off Peak[4] | 21.84% | $9.39 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

Casa Nido009225



Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 319 of 370

Account No: 2435084048-4
Statement Date: 05/16/2023
Due Date: 06/02/2023

## Details of MCE Electric Generation Charges

### 04/10/2023 - 05/09/2023 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**04/10/2023 – 05/09/2023**

Rate Schedule:    B1

| | | | | |
|---|---|---|---|---|
| Off Peak Winter | 77.976000 | kWh | @ $0.13400 | $10.45 |
| Peak Winter | 31.945000 | kWh | @ $0.15000 | 4.79 |
| Super Off Peak Winter | 30.685000 | kWh | @ $0.11900 | 3.65 |
| | | | Net Charges    18.89 | |
| Local Utility Users Tax (10.000%) | | | | 1.89 |
| Energy Commission Tax | | | | 0.04 |

**Total MCE Electric Generation Charges**                **$20.82**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy.**

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 4 of 5

Casa Nido009226

**ENERGY STATEMENT**

www.pge.com/MyEnergy

**PGE** 003598

Account No: 2435084048-4

Statement Date: 05/16/2023

Due Date: **06/02/2023**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 320 of 370

| Your Electric Charges Breakdown (from page 2) | |
|---|---:|
| Transmission | $5.31 |
| Distribution | 40.33 |
| Electric Public Purpose Programs | 3.38 |
| Nuclear Decommissioning | 0.19 |
| Wildfire Fund Charge | 0.75 |
| Recovery Bond Charge | 1.12 |
| Recovery Bond Credit | -1.12 |
| Wildfire Hardening Charge | 0.36 |
| Competition Transition Charges (CTC) | 0.04 |
| Energy Cost Recovery Amount | -0.10 |
| PCIA | 0.31 |
| Taxes and Other | 5.21 |
| **Total Electric Charges** | **$55.78** |

*Visit **www.pge.com/MyEnergy** for a detailed bill comparison.*

Page 5 of 5

Casa Nido009227

003599

CASA NIDO
EL CERRITO, CALIFORNIA

9333

5/29/23

P6. & B

26.60

Casa Nido009228

003600

# Statement Date

# June 15, 2023

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No.: 2435084048-4
**Statement Date:** 06/15/2023
**Due Date:** **07/03/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $76.60 |
| Payment(s) Received Since Last Statement | -76.60 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $57.47 |
| MCE Electric Generation Charges | 22.52 |

| **Total Amount Due** by 07/03/2023 | **$79.99** |
|---|---|



**Electric Monthly Billing History**   Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

Casa Nido009193

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 06/15/2023
**Due Date:** 07/03/2023

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

If you believe there is an error on your bill, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570
or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

If you are not able to pay your bill, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 _____ d Electric Company. All rights reserved.

**ENERGY STATEMENT**

PG&E 003603  w.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 325 of 370

Account No: 2435084048-4
Statement Date: 06/15/2023
Due Date: 07/03/2023

## Details of PG&E Electric Delivery Charges

05/10/2023 - 06/08/2023 (30 billing days)
Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

**Service Information**
Meter # 1010406947
Total Usage 146.263000 kWh
Serial P
Rotating Outage Block 50

### 05/10/2023 — 05/31/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 | days | @ $0.82136 | $18.07 |
| Energy Charges | | | | |
| Peak | 24.361000 | kWh | @ $0.33840 | 8.24 |
| Off Peak | 58.827000 | kWh | @ $0.32229 | 18.96 |
| Super Off Peak | 23.504000 | kWh | @ $0.30587 | 7.19 |
| Generation Credit | | | | -14.97 |
| Power Charge Indifference Adjustment | | | | 0.23 |
| Franchise Fee Surcharge | | | | 0.11 |
| Richmond Utility Users' Tax (10.000%) | | | | 3.77 |

### 06/01/2023 — 06/08/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 8 | days | @ $0.82136 | $6.57 |
| Energy Charges | | | | |
| Peak | 9.055000 | kWh | @ $0.40734 | 3.69 |
| Part Peak | 6.794000 | kWh | @ $0.35811 | 2.43 |
| Off Peak | 23.722000 | kWh | @ $0.33731 | 8.00 |
| Generation Credit | | | | -6.39 |
| Power Charge Indifference Adjustment | | | | 0.09 |
| Franchise Fee Surcharge | | | | 0.04 |
| Richmond Utility Users' Tax (10.000%) | | | | 1.44 |

## Total PG&E Electric Delivery Charges  $57.47

2012 Vintaged Power Charge Indifference Adjustment



| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 22.84% | $11.93 |
| Part Peak[2] | 4.67% | $2.43 |
| Off Peak[3] | 56.43% | $26.98 |
| Super Off Peak[4] | 16.06% | $7.19 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm



Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 3 of 5

**Casa Nido009195**

**ENERGY STATEMENT**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 326 of 370

**PG&E** 003604   .pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 06/15/2023
**Due Date:** 07/03/2023

## Details of MCE Electric Generation Charges

### 05/10/2023 - 06/08/2023 (30 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**05/10/2023 — 06/08/2023**

**Rate Schedule:    B1**

| | | | | |
|---|---|---|---|---|
| Off Peak Winter | 58.827000 | kWh | @ $0.13400 | $7.88 |
| Peak Winter | 24.361000 | kWh | @ $0.15000 | 3.65 |
| Super Off Peak Winter | 23.504000 | kWh | @ $0.11900 | 2.80 |
| Off Peak Summer | 23.722000 | kWh | @ $0.13600 | 3.23 |
| Peak Summer | 9.055000 | kWh | @ $0.20200 | 1.83 |
| Part Peak Summer | 6.794000 | kWh | @ $0.15500 | 1.05 |
| | | | Net Charges | 20.44 |
| Local Utility Users Tax (10.000%) | | | | 2.04 |
| Energy Commission Tax | | | | 0.04 |

## Total MCE Electric Generation Charges                          **$22.52**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**
MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would otherwise charge you for electric generation. These charges are refunded to you in the 'Generation Credit' line on the 'Details of PG&E Electric Delivery Charges' page of your statement. PG&E continues to provide electric delivery and billing services. Gas services are not provided by MCE.

If you have any questions about MCE, please visit us online at **www.mceCleanEnergy.org**, or visit our local offices at:

MCE
1125 Tamalpais Avenue
San Rafael, CA 94901
or
MCE
2300 Clayton Road, Suite 1150
Concord, CA 94520

We're happy to help!

MCE is committed to protecting our customer privacy. Learn more about our privacy policy at **mceCleanEnergy.org/privacy.**



Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 4 of 5

Casa Nido009196

**ENERGY STATEMENT**
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC  Document 234-9  Filed 05/20/24  Page 327 of 370

Account No: 2435084048-4
Statement Date: 06/15/2023
**Due Date:** 07/03/2023

PG&**003605**

| Your Electric Charges Breakdown  (from page 2) | |
|---|---|
| Transmission | $5.50 |
| Distribution | 41.50 |
| Electric Public Purpose Programs | 3.51 |
| Nuclear Decommissioning | 0.19 |
| Wildfire Fund Charge | 0.78 |
| Recovery Bond Charge | 1.17 |
| Recovery Bond Credit | -1.17 |
| Wildfire Hardening Charge | 0.38 |
| Competition Transition Charges (CTC) | 0.04 |
| Energy Cost Recovery Amount | -0.11 |
| PCIA | 0.32 |
| Taxes and Other | 5.36 |
| **Total Electric Charges** | **$57.47** |

56865090071110030330



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Casa Nido009197

CASA NIDO
EL CERRITO, CALIFORNIA

6/23/23

PG&E

79.99

Casa Nido009198

003607

# Statement Date

# July 17, 2023

**003608**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 3435084048-4
Statement Date: 07/17/2023
**Due Date:** **08/03/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---:|
| Amount Due on Previous Statement | $79.99 |
| Payment(s) Received Since Last Statement | -79.99 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $66.18 |
| MCE Electric Generation Charges | 28.12 |

| **Total Amount Due** by 08/03/2023 | **$94.30** |
|---|---:|



**Electric Monthly Billing History**

Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

Casa Nido009205

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 07/17/2023
**Due Date:** 08/03/2023

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

### Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
### TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570
or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit:
www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

**PG&E** 003610

ENERGY STATEMENT
www.pge.com/MyEnergy

Case 3:20-cv-04928-WHO  Document 234-9  Filed 05/20/24  Page 332 of 370

Account No: 2435084048-4
Statement Date: 07/17/2023
Due Date: 08/03/2023

## Details of PG&E Electric Delivery Charges

### 06/09/2023 - 07/10/2023 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

**Service Information**

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 164.841500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 06/09/2023 — 06/30/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 22 | days | @ $0.82136 | $18.07 |
| Energy Charges | | | | |
| Peak | 25.294000 | kWh | @ $0.40734 | 10.30 |
| Part Peak | 18.715000 | kWh | @ $0.35811 | 6.70 |
| Off Peak | 63.926000 | kWh | @ $0.33731 | 21.56 |
| Generation Credit | | | | -17.43 |
| Power Charge Indifference Adjustment | | | | 0.24 |
| Franchise Fee Surcharge | | | | 0.11 |
| Richmond Utility Users' Tax (10.000%) | | | | 3.94 |

### 07/01/2023 — 07/10/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 10 | days | @ $0.82136 | $8.21 |
| Energy Charges | | | | |
| Peak | 13.379000 | kWh | @ $0.42628 | 5.70 |
| Part Peak | 9.981000 | kWh | @ $0.37705 | 3.76 |
| Off Peak | 33.546500 | kWh | @ $0.35625 | 11.95 |
| Generation Credit | | | | -9.17 |
| Power Charge Indifference Adjustment | | | | 0.12 |
| Franchise Fee Surcharge | | | | 0.06 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.06 |

## Total PG&E Electric Delivery Charges          $66.18

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 164.841500 kWh, 32 billing days**

----- = Average Daily Usage 5.15

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 23.46% | $16.00 |
| Part Peak[2] | 17.41% | $10.46 |
| Off Peak[3] | 59.13% | $33.51 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
  Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
  Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

Page 3 of 5

**Casa Nido009207**

**ENERGY STATEMENT**

PG&E 003611

www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 333 of 370

Account No: 2435084048-4
Statement Date:   07/17/2023
Due Date:   08/03/2023



## Details of MCE Electric Generation Charges

### 06/09/2023 - 07/10/2023 (32 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**06/09/2023 – 07/10/2023**

| Rate Schedule: | B1 | | | | |
|---|---|---|---|---|---|
| Off Peak Summer | | 97.472500 | kWh | @ $0.13600 | $13.26 |
| Peak Summer | | 38.673000 | kWh | @ $0.20200 | 7.81 |
| Part Peak Summer | | 28.696000 | kWh | @ $0.15500 | 4.45 |
| | | | | Net Charges   25.52 | |
| Local Utility Users Tax (10.000%) | | | | | 2.55 |
| Energy Commission Tax | | | | | 0.05 |

## Total MCE Electric Generation Charges

**$28.12**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply. Since 2023, new customers are automatically enrolled in 100% renewable energy with MCE Deep Green.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Casa Nido009208

**ENERGY STATEMENT**

PG&E 003612

www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 334 of 370

Account No: 2435084048-4
Statement Date: 07/17/2023
Due Date: 08/03/2023

| Your Electric Charges Breakdown  (from page 2) | |
| --- | --- |
| Transmission | $6.23 |
| Distribution | 47.95 |
| Electric Public Purpose Programs | 4.01 |
| Nuclear Decommissioning | 0.23 |
| Wildfire Fund Charge | 0.87 |
| Recovery Bond Charge | 1.31 |
| Recovery Bond Credit | -1.31 |
| Wildfire Hardening Charge | 0.43 |
| Competition Transition Charges (CTC) | 0.05 |
| Energy Cost Recovery Amount | -0.12 |
| PCIA | 0.36 |
| Taxes and Other | 6.17 |
| **Total Electric Charges** | **$66.18** |





*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

5830400800055900300302

Casa Nido009209

003613

9342

CASA NIDO
EL CERRITO, CALIFORNIA

7/30/23

P G & E

94.30

Casa Nido009210

# Statement Date

# August 15, 2023

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 08/15/2023
**Due Date:** **09/01/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $94.30 |
| Payment(s) Received Since Last Statement | -94.30 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $78.10 |
| MCE Electric Generation Charges | 36.81 |

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

**Total Amount Due** by 09/01/2023 | **$114.91**

### Ways To Pay

www.pge.com/waystopay



**Electric Monthly Billing History**   Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

Casa Nido009199

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 338 of 370

# ENERGY STATEMENT
www.pge.com/MyEnergy

| | |
|---|---|
| Account Number: | 2935084048-4 |
| Statement Date: | 08/15/2023 |
| **Due Date:** | **09/01/2023** |

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570
or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido009200

003617

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:    08/15/2023
Due Date:    **09/01/2023**

## Details of PG&E Electric Delivery Charges

### 07/11/2023 - 08/08/2023 (29 billing days)
Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2430129388
Rate Schedule:  B1  Bus Low Use

### Service Information
| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 216.466000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 07/11/2023 – 08/08/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 29 | days | @ $0.82136 | $23.82 |
| Energy Charges | | | | |
| Peak | 49.334000 | kWh | @ $0.42628 | 21.03 |
| Part Peak | 37.168000 | kWh | @ $0.37705 | 14.01 |
| Off Peak | 129.964000 | kWh | @ $0.35625 | 46.30 |
| Generation Credit | | | | -34.84 |
| Power Charge Indifference Adjustment | | | | 0.47 |
| Franchise Fee Surcharge | | | | 0.23 |
| Richmond Utility Users' Tax (10.000%) | | | | 7.08 |

## Total PG&E Electric Delivery Charges          $78.10

2012 Vintaged Power Charge Indifference Adjustment



### Electric Usage This Period: 216.466000 kWh, 29 billing days

----- = Average Daily Usage 7.46

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 22.79% | $21.03 |
| Part Peak[2] | 17.18% | $14.01 |
| Off Peak[3] | 60.03% | $46.30 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

5987300600553003002d1

Casa Nido009201

**PG&E 003618**

Case 3:20-cv-07923-EMC  Document 234-9  Filed 05/20/24  Page 340 of 370

www.pge.com/MyEnergy

## Details of MCE Electric Generation Charges

### 07/11/2023 - 08/08/2023 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

#### 07/11/2023 - 08/08/2023

Rate Schedule:   B1

| | | | | |
|---|---|---|---|---|
| Off Peak Summer | 129.964000 | kWh | @ $0.13600 | $17.68 |
| Peak Summer | 49.334000 | kWh | @ $0.20200 | 9.97 |
| Part Peak Summer | 37.168000 | kWh | @ $0.15500 | 5.76 |
| | | Net Charges | 33.41 | |
| Local Utility Users Tax (10.000%) | | | | 3.34 |
| Energy Commission Tax | | | | 0.06 |

**Total MCE Electric Generation Charges**                     **$36.81**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**
MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply. Since 2023, new customers are automatically enrolled in 100% renewable energy with MCE Deep Green.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Casa Nido009202

**PG&E** 003619

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   08/15/2023
**Due Date:   09/01/2023**

## Important Messages (continued from page 1)

**Call 811 before you dig.** A common cause of pipeline accidents is damage from digging. If you plan on doing any digging, such as planting a tree or installing a fence, please call **811** at least two working days before you dig. One free call will notify underground utilities to mark the location of underground lines, helping you to plan a safe project.

### Your Electric Charges Breakdown (from page 2)

| | |
|---|---:|
| Transmission | $8.17 |
| Distribution | 54.92 |
| Electric Public Purpose Programs | 5.31 |
| Nuclear Decommissioning | 0.30 |
| Wildfire Fund Charge | 1.15 |
| Recovery Bond Charge | 1.73 |
| Recovery Bond Credit | -1.73 |
| Wildfire Hardening Charge | 0.56 |
| Competition Transition Charges (CTC) | 0.06 |
| Energy Cost Recovery Amount | -0.15 |
| PCIA | 0.47 |
| Taxes and Other | 7.31 |
| **Total Electric Charges** | **$78.10** |



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 5 of 5

598730060005530030321

Casa Nido009203

003620

CASA NIDO
EL CERRITO, CALIFORNIA

9346

8/21/23

PG & E

114.91

Casa Nido009204

003621

**Statement Date**

**September 14, 2023**

003622

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No. 3435084048-4

| | |
|---|---|
| Statement Date: | 09/14/2023 |
| **Due Date:** | **10/02/2023** |

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $114.91 |
| Payment(s) Received Since Last Statement | -114.91 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $114.37 |
| MCE Electric Generation Charges | 61.05 |

| | |
|---|---|
| **Total Amount Due** by 10/02/2023 | **$175.42** |



**Electric Monthly Billing History**

Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido009211

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 09/14/2023
**Due Date:** **10/02/2023**

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electri~ last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric C~

Casa Nido009212

# ENERGY STATEMENT

PG&E  003624  www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:    09/14/2023
**Due Date:        10/02/2023**

## Details of PG&E Electric Delivery Charges

**08/09/2023 - 09/07/2023 (30 billing days)**
Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information
| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 362.129500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

### 08/09/2023 - 08/31/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 23 | days | @ $0.82136 | $18.89 |
| Energy Charges | | | | |
| Peak | 59.202000 | kWh | @ $0.42628 | 25.24 |
| Part Peak | 47.250000 | kWh | @ $0.37705 | 17.82 |
| Off Peak | 176.535000 | kWh | @ $0.35625 | 62.89 |
| Generation Credit | | | | -45.19 |
| Power Charge Indifference Adjustment | | | | 0.62 |
| Franchise Fee Surcharge | | | | 0.30 |
| Richmond Utility Users' Tax (10.000%) | | | | 8.03 |

### 09/01/2023 - 09/07/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 7 | days | @ $0.82136 | $5.75 |
| Energy Charges | | | | |
| Peak | 16.467500 | kWh | @ $0.43197 | 7.11 |
| Part Peak | 13.187000 | kWh | @ $0.38274 | 5.05 |
| Off Peak | 49.488000 | kWh | @ $0.36194 | 17.91 |
| Generation Credit | | | | -12.64 |
| Power Charge Indifference Adjustment | | | | 0.17 |
| Franchise Fee Surcharge | | | | 0.08 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.34 |

## Total PG&E Electric Delivery Charges          $114.37

2012 Vintaged Power Charge Indifference Adjustment



**Electric Usage This Period: 362.129500 kWh, 30 billing days**

----- = Average Daily Usage 12.07

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 20.89% | $32.35 |
| Part Peak[2] | 16.70% | $22.87 |
| Off Peak[3] | 62.41% | $80.80 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

619110600468003000200

Casa Nido009213

**ENERGY STATEMENT**
003625
www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 347 of 370

Account No: 2435084048-4
Statement Date:    09/14/2023
Due Date:    **10/02/2023**

## Details of MCE Electric Generation Charges

### 08/09/2023 - 09/07/2023 (30 billing days)

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

**08/09/2023 – 09/07/2023**

| Rate Schedule: | B1 | | | | |
|---|---|---|---|---|---|
| Off Peak Summer | 226.023000 | kWh | @ $0.13600 | | $30.74 |
| Peak Summer | 75.669500 | kWh | @ $0.20200 | | 15.29 |
| Part Peak Summer | 60.437000 | kWh | @ $0.15500 | | 9.37 |
| | | | Net Charges | 55.40 | |
| Local Utility Users Tax (10.000%) | | | | | 5.54 |
| Energy Commission Tax | | | | | 0.11 |

**Total MCE Electric Generation Charges**                **$61.05**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**
MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply. Since 2023, new customers are automatically enrolled in 100% renewable energy with MCE Deep Green.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Casa Nido009214

ENERGY STATEMENT

Case 3:20-cv-0792B-EMC Document 234-9 Filed 05/20/24 Page 348 of 370

PG&E 003626

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 09/14/2023
Due Date: 10/02/2023

| Your Electric Charges Breakdown  (from page 2) | |
| --- | --- |
| Transmission | $13.67 |
| Distribution | 77.11 |
| Electric Public Purpose Programs | 8.87 |
| Nuclear Decommissioning | 0.49 |
| Wildfire Fund Charge | 1.92 |
| Recovery Bond Charge | 2.68 |
| Recovery Bond Credit | -2.68 |
| Wildfire Hardening Charge | 0.93 |
| Competition Transition Charges (CTC) | 0.10 |
| Energy Cost Recovery Amount | -0.26 |
| PCIA | 0.79 |
| Taxes and Other | 10.75 |
| **Total Electric Charges** | **$114.37** |



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Casa Nido009215

003627

CASA NIDO
EL CERRITO, CALIFORNIA

9352

9/26/23

PG&E

175.42

Casa Nido009216

# Statement Date

# October 16, 2023

003629

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
**Statement Date:** 10/16/2023
**Due Date:** **11/02/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $175.42 |
| Payment(s) Received Since Last Statement | −175.42 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $118.73 |
| Electric Adjustments | −38.39 |
| MCE Electric Generation Charges | 61.49 |

**Total Amount Due** by 11/02/2023   **$141.83**



**Electric Monthly Billing History**

Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido009187

**003630**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

**Statement Date:** 10/16/2023

**Due Date:** 11/02/2023

---

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill,** please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill,** call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA):** The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge:** PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit:** Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge.** Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

**Casa Nido009188**

ENERGY STATEMENT

PG&E 003631 www.pge.com/MyEnergy

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 353 of 370

Account No: 2435084048-4
Statement Date: 10/16/2023
Due Date: 11/02/2023

## Details of PG&E Electric Delivery Charges

**09/08/2023 - 10/09/2023 (32 billing days)**
Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2430129388
Rate Schedule:  B1  Bus Low Use

### Service Information
Meter #                 1010406947
Total Usage        374.691500 kWh
Serial                          P
Rotating Outage Block           50

### Additional Messages
**CA Climate Credit** –
You received a Climate Credit on this month's electric bill. For more information about this California Climate Credit, visit www.cpuc.ca.gov/smallbusinessclimatecredit

### 09/08/2023 – 09/30/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 23 | days | @ $0.82136 | $18.89 |
| Energy Charges | | | | |
| Peak | 58.037000 | kWh | @ $0.43197 | 25.07 |
| Part Peak | 45.958000 | kWh | @ $0.38274 | 17.59 |
| Off Peak | 164.471500 | kWh | @ $0.36194 | 59.53 |
| Generation Credit | | | | -42.99 |
| Power Charge Indifference Adjustment | | | | 0.59 |
| Franchise Fee Surcharge | | | | 0.28 |
| Richmond Utility Users' Tax (10.000%) | | | | 7.87 |

### 10/01/2023 – 10/09/2023

| | | | | |
|---|---|---|---|---|
| Customer Charge | 9 | days | @ $0.82136 | $7.39 |
| Energy Charges | | | | |
| Peak | 22.686000 | kWh | @ $0.35654 | 8.09 |
| Off Peak | 83.539000 | kWh | @ $0.34043 | 28.44 |
| Generation Credit | | | | -15.25 |
| Power Charge Indifference Adjustment | | | | 0.23 |
| Franchise Fee Surcharge | | | | 0.11 |
| Richmond Utility Users' Tax (10.000%) | | | | 2.89 |

**Total PG&E Electric Delivery Charges          $118.73**

2012 Vintaged Power Charge Indifference Adjustment

## Adjustments
| | |
|---|---|
| CA Climate Credit | -$38.39 |

**Total Adjustments                    -$38.39**





### Electric Usage This Period: 374.691500 kWh, 32 billing days

----- = Average Daily Usage 11.71

| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 21.54% | $33.16 |
| ■ Part Peak[2] | 12.27% | $17.59 |
| □ Off Peak[3] | 66.19% | $87.97 |
| ■ Super Off Peak[4] | 0.00% | $0.00 |

[1]Peak: Year-round, Daily, 4:00pm-9:00pm
[2]Part Peak: Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]Off Peak: Summer, 6/1-9/30, Daily, 11:00pm-2:00pm Winter, 10/1-2/28, Daily, 9:00pm-4:00pm Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]Super Off Peak: Winter, Daily, 3/1-5/31, 9:00am-2:00pm

*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

Page 3 of 5

Casa Nido009189

ENERGY STATEMENT

**PG&E** 003632

w.pge.com/MyEnergy

Account No: 2435084048-4

11/02/2023

Due Date:

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 354 of 370   10/16/2023

## Details of MCE Electric Generation Charges

**09/08/2023 - 10/09/2023 (32 billing days)**

Service For:  12210 SAN PABLO AVE
Service Agreement ID:  2435357861  ESP Customer Number: 2431033623

**09/08/2023 – 10/09/2023**

**Rate Schedule:    B1**

| | | | |
|---|---|---|---|
| Off Peak Winter | 83.539000 | kWh  @ $0.13400 | $11.19 |
| Peak Winter | 22.686000 | kWh  @ $0.15000 | 3.40 |
| Off Peak Summer | 164.471500 | kWh  @ $0.13600 | 22.37 |
| Peak Summer | 58.037000 | kWh  @ $0.20200 | 11.72 |
| Part Peak Summer | 45.958000 | kWh  @ $0.15500 | 7.12 |
| | | Net Charges   55.80 | |

| | | |
|---|---|---|
| Local Utility Users Tax (10.000%) | | 5.58 |
| Energy Commission Tax | | 0.11 |

## Total MCE Electric Generation Charges

**$61.49**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply. Since 2023, new customers are automatically enrolled in 100% renewable energy with MCE Deep Green.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Casa Nido009190

**ENERGY STATEMENT**

PG&E 003633

www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 10/16/2023

Due Date: **11/02/2023**

## Your Electric Charges Breakdown (from page 2)

| | |
|---|---|
| Transmission | $14.15 |
| Distribution | 80.11 |
| Electric Public Purpose Programs | 9.20 |
| Nuclear Decommissioning | 0.50 |
| Wildfire Fund Charge | 1.98 |
| Recovery Bond Charge | 1.98 |
| Recovery Bond Credit | -1.98 |
| Wildfire Hardening Charge | 0.98 |
| Competition Transition Charges (CTC) | 0.11 |
| Energy Cost Recovery Amount | -0.27 |
| PCIA | 0.82 |
| Taxes and Other | 11.15 |
| **Total Electric Charges** | **$118.73** |

6300400600467800300372

*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 5 of 5

**Casa Nido009191**



CASA NIDO
EL CERRITO, CALIFORNIA

10/30/23

P G + E

141.83

Casa Nido009192

**Statement Date**

**November 14, 2023**

003636

# ENERGY STATEMENT
www.pge.com/MyEnergy

2435084048-4

Statement Date: 11/14/2023
**Due Date:** **12/01/2023**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA 94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $141.83 |
| Payment(s) Received Since Last Statement | -141.83 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $166.27 |
| MCE Electric Generation Charges | 94.82 |

| | |
|---|---|
| **Total Amount Due** by 12/01/2023 | **$261.09** |

*CK# 9358*
*11/25/23*



**Electric Monthly Billing History**     Daily Usage Comparison

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

Casa Nido009241

003637

## ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4

Statement Date: 11/14/2023

**Due Date: 12/01/2023**

---

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge**: Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Casa Nido009242

003638

**PG&E** ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/14/2023
Due Date: **12/01/2023**

## Details of PG&E Electric Delivery Charges

### 10/10/2023 - 11/07/2023 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

**Service Information**

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 625.848500 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

**10/10/2023 — 11/07/2023**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 29 days | @ $0.82136 | | $23.82 |
| Energy Charges | | | | |
| Peak | 135.054500 | kWh | @ $0.35654 | 48.15 |
| Off Peak | 490.794000 | kWh | @ $0.34043 | 167.08 |
| Generation Credit | | | | -89.86 |
| Power Charge Indifference Adjustment | | | | 1.36 |
| Franchise Fee Surcharge | | | | 0.66 |
| Richmond Utility Users' Tax (10.000%) | | | | 15.06 |

## Total PG&E Electric Delivery Charges    $166.27

2012 Vintaged Power Charge Indifference Adjustment

Electric Usage This Period: 625.848500 kWh, 29 billing days



| | Usage | Energy Charges |
|---|---|---|
| ■ Peak[1] | 21.57% | $48.15 |
| ■ Part Peak[2] | 0.00% | $0.00 |
| □ Off Peak[3] | 78.43% | $167.08 |
| ■ Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and 9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

64498060025640030092

Casa Nido009243

**PG&E** **003639**
ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/14/2023
Due Date: **12/01/2023**

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 361 of 370



## Details of MCE Electric Generation Charges

10/10/2023 - 11/07/2023 (29 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861  ESP Customer Number: 2431033623

**10/10/2023 — 11/07/2023**

| Rate Schedule: | B1 | | | |
|---|---|---|---|---|
| Off Peak Winter | 490.794000 | kWh | @ $0.13400 | $65.77 |
| Peak Winter | 135.054500 | kWh | @ $0.15000 | 20.26 |
| | | Net Charges | 86.03 | |
| Local Utility Users Tax (10.000%) | | | | 8.60 |
| Energy Commission Tax | | | | 0.19 |

**Total MCE Electric Generation Charges**  **$94.82**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**
MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 4 of 5

Casa Nido009244

ENERGY STATEMENT

PG&E
003640
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 11/14/2023
Due Date: 12/01/2023

Case 3:20-cv-07923-EMC   Document 234-9   Filed 05/20/24   Page 362 of 370

| Your Electric Charges Breakdown (from page 2) | |
|---|---|
| Transmission | $23.64 |
| Distribution | 104.66 |
| Electric Public Purpose Programs | 15.37 |
| Nuclear Decommissioning | 0.84 |
| Wildfire Fund Charge | 3.32 |
| Recovery Bond Charge | 3.30 |
| Recovery Bond Credit | -3.30 |
| Wildfire Hardening Charge | 1.62 |
| Competition Transition Charges (CTC) | 0.18 |
| Energy Cost Recovery Amount | -0.44 |
| PCIA | 1.36 |
| Taxes and Other | 15.72 |
| **Total Electric Charges** | **$166.27** |

*Visit www.pge.com/MyEnergy for a detailed bill comparison.*

Casa Nido009245

CASA NIDO
EL CERRITO, CALIFORNIA

11/25/23

PG&E

261.09

Casa Nido009246

**Statement Date**

**December 14, 2023**

**003643**

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date:   12/14/2023
**Due Date:   01/02/2024**

## Service For:

JOSEPH CONWILL
12210 SAN PABLO AVE
RICHMOND, CA  94805

### Questions about your bill?

Business Specialist available:
Mon-Fri: 7am to 6pm
1-800-468-4743
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $261.09 |
| Payment(s) Received Since Last Statement | -261.09 |
| Previous Unpaid Balance | $0.00 |
| Current PG&E Electric Delivery Charges | $431.10 |
| MCE Electric Generation Charges | 272.71 |

| **Total Amount Due** by 01/02/2024 | **$703.81** |
|---|---|



Electric Monthly Billing History

Daily Usage Comparison

Visit www.pge.com/MyEnergy for a detailed bill comparison

### Important Messages

Your charges on this page are separated into delivery charges from PG&E and generation or procurement charges from an energy provider other than PG&E. These two charges are for different services and are not duplicate charges.

PG&E has moved its headquarters to: Pacific Gas and Electric Company, 300 Lakeside Drive, Suite 210, Oakland, CA  94612.
For customers with solar or other generation interconnection agreements, please send any future agreement-related documents to the address above, with: **Attn: Electric Grid Interconnection – Contract Management**. This notice is for information only.

Casa Nido009235

# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 12/14/2023
**Due Date:** 01/02/2024

## Important Phone Numbers - Monday-Friday 7 a.m.-7 p.m., Saturday 8 a.m.-5 p.m.

## Customer Service (All Languages; Relay Calls Accepted) 1-800-743-5000
## TTY 7-1-1

| | | | |
|---|---|---|---|
| Servicio al Cliente en Español (Spanish) | 1-800-660-6789 | Dịch vụ khách tiếng Việt (Vietnamese) | 1-800-298-8438 |
| 華語客戶服務 (Chinese) | 1-800-893-9555 | Business Customer Service | 1-800-468-4743 |

### Rules and rates

You may be eligible for a lower rate. Find out about optional rates or view a complete list of rules and rates, visit www.pge.com or call 1-800-743-5000.

**If you believe there is an error on your bill**, please call **1-800-743-5000** to speak with a representative. If you are not satisfied with our response, contact the California Public Utilities Commission (CPUC), Consumer Affairs Branch (CAB), 505 Van Ness Avenue, Room 2003, San Francisco, CA 94102, 1-800-649-7570 or 7-1-1 (8:30 AM to 4:30 PM, Monday through Friday) or by visiting www.cpuc.ca.gov/complaints/.

To avoid having service turned off while you wait for the outcome of a complaint to the CPUC specifically regarding the accuracy of your bill, please contact CAB for assistance. If your case meets the eligibility criteria, CAB will provide you with instructions on how to mail a check or money order to be impounded pending resolution of your case. You must continue to pay your current charges while your complaint is under review to keep your service turned on.

**If you are not able to pay your bill**, call PG&E to discuss how we can help. You may qualify for reduced rates under PG&E's CARE program or other special programs and agencies may be available to assist you. You may qualify for PG&E's Energy Savings Assistance Program which is an energy efficiency program for income-qualified residential customers.

### Important definitions

**Rotating outage blocks** are subject to change without advance notice due to operational conditions.

**Demand charge:** Many non-residential rates include a demand charge. Demand is a measurement of the highest usage of electricity in any single fifteen (or sometimes five) minute period during a monthly billing cycle. Demand is measured in kilowatts (or kW). High demand is usually associated with equipment start-up. By spreading equipment start-ups over a longer period of time, you may be able to lower demand and reduce your demand charges.

**Time-of-use electric** prices are higher every day during afternoons and evenings, and lower at other times of the day. Prices also change by season, with higher prices in the summer and lower prices in the winter.

**Wildfire Fund Charge:** Charge on behalf of the State of California Department of Water Resources (DWR) to fund the California Wildfire Fund. For usage prior to October 1, 2020, this charge included costs related to the 2001 California energy crisis, also collected on behalf of the DWR. These charges belong to DWR, not PG&E.

**Power Charge Indifference Adjustment (PCIA)**: The PCIA is a charge to ensure that both PG&E customers and those who have left PG&E service to purchase electricity from other providers pay for the above market costs for electric generation resources that were procured by PG&E on their behalf. 'Above market' refers to the difference between what the utility pays for electric generation and current market prices for the sale of those resources. Visit www.pge.com/cca.

**Wildfire Hardening Charge**: PG&E has been permitted to issue bonds that enable it to recover more quickly certain costs related to preventing and mitigating catastrophic wildfires, while reducing the total cost to its customers. Your bill for electric service includes a fixed recovery charge called the Wildfire Hardening Charge that has been approved by the CPUC to repay those bonds. The right to recover the Wildfire Hardening Charge has been transferred to a separate entity (called the Special Purpose Entity) that issued the bonds and does not belong to PG&E. PG&E is collecting the Wildfire Hardening Charge on behalf of the Special Purpose Entity. For details visit: www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_PRELIM_JF.pdf.

**Recovery Bond Charge/Credit**: Your bill for electric service includes a charge that has been approved by the CPUC to repay bonds issued for certain costs related to catastrophic wildfires. The Recovery Bond Charge (RBC) rate is currently $0.00798 per kWh. PG&E has also contributed certain amounts to a trust fund which is used to provide a customer credit equal to $0.00798 per kWh (Recovery Bond Credit). The right to recover the RBC has been transferred to one or more Special Purpose Entities that issued the bonds and does not belong to PG&E. PG&E is collecting that portion of the RBC on behalf of the Special Purpose Entities.

**Gas Public Purpose Program (PPP) Surcharge**. Used to fund state-mandated gas assistance programs for low-income customers, energy efficiency programs, and public-interest research and development.

Visit www.pge.com/billexplanation for more definitions. To view most recent bill inserts including legal or mandated notices, visit www.pge.com/billinserts.

*See the table reflecting "Your Electric Charges Breakdown" on the last page*

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2023 Pacific Gas and Electric Company. All rights reserved.

Account No: 2435084048-4
Statement Date: 12/14/2023
**Due Date:** **01/02/2024**

## Details of PG&E Electric Delivery Charges

**11/08/2023 - 12/08/2023 (31 billing days)**

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2430129388
Rate Schedule: B1 Bus Low Use

### Service Information

| | |
|---|---|
| Meter # | 1010406947 |
| Total Usage | 1,801.222000 kWh |
| Serial | P |
| Rotating Outage Block | 50 |

**11/08/2023 – 12/08/2023**

| | | | | |
|---|---|---|---|---|
| Customer Charge | 31 | days | @ $0.82136 | $25.46 |
| Energy Charges | | | | |
| Peak | 379.157000 | kWh | @ $0.35654 | 135.18 |
| Off Peak | 1,422.065000 | kWh | @ $0.34043 | 484.11 |
| Generation Credit | | | | -258.51 |
| Power Charge Indifference Adjustment | | | | 3.93 |
| Franchise Fee Surcharge | | | | 1.91 |
| Richmond Utility Users' Tax (10.000%) | | | | 39.02 |

## Total PG&E Electric Delivery Charges    $431.10

2012 Vintaged Power Charge Indifference Adjustment

---

### Electric Usage This Period: 1,801.222000 kWh, 31 billing days

----- = Average Daily Usage 58.10

| | Usage | Energy Charges |
|---|---|---|
| Peak[1] | 21.04% | $135.18 |
| Part Peak[2] | 0.00% | $0.00 |
| Off Peak[3] | 78.96% | $484.11 |
| Super Off Peak[4] | 0.00% | $0.00 |

[1]**Peak:** Year-round, Daily, 4:00pm-9:00pm
[2]**Part Peak:** Summer, 6/1-9/30, Daily, 2:00pm-4:00pm and
9:00pm-11:00pm
[3]**Off Peak:** Summer, 6/1-9/30, Daily, 11:00pm-2:00pm
Winter, 10/1-2/28, Daily, 9:00pm-4:00pm
Winter, 3/1-5/31, Daily, 9:00pm-9:00am and 2:00pm-4:00pm
[4]**Super Off Peak:** Winter, Daily, 3/1-5/31, 9:00am-2:00pm



*Visit* **www.pge.com/MyEnergy** *for a detailed bill comparison.*

Page 3 of 5

Casa Nido009237

ENERGY STATEMENT

PG&E 003646

www.pge.com/MyEnergy

Account No: 2435084048-4
Statement Date: 12/14/2023
Due Date: 01/02/2024

Case 3:20-cv-07923-EMC Document 234-9 Filed 05/20/24 Page 368 of 370

## Details of MCE Electric Generation Charges

### 11/08/2023 - 12/08/2023 (31 billing days)

Service For: 12210 SAN PABLO AVE
Service Agreement ID: 2435357861 ESP Customer Number: 2431033623

### 11/08/2023 — 12/08/2023

Rate Schedule: B1

| | | | | |
|---|---|---|---|---|
| Off Peak Winter | 1,422.065000 | kWh | @ $0.13400 | $190.56 |
| Peak Winter | 379.157000 | kWh | @ $0.15000 | 56.87 |
| | | Net Charges | 247.43 | |
| Local Utility Users Tax (10.000%) | | | | 24.74 |
| Energy Commission Tax | | | | 0.54 |

## Total MCE Electric Generation Charges

**$272.71**

For questions regarding charges on this page, please contact:
MCE
1-888-632-3674
info@mcecleanenergy.org

**Additional Messages**

MCE is a not-for-profit, public agency that sources 60-100% renewable energy for your electricity supply.

MCE's generation charges replace what PG&E would have charged you for electric generation. See the 'Generation Credit' on the 'Details of PG&E Electric Delivery Charges' page to see what PG&E would have charged. PG&E continues to provide electric delivery, gas, and billing.

You may be able to reduce your bill by signing up for discounts with CARE, FERA, and the Arrearage Management Program.

Learn more at **www.mceCleanEnergy.org**.

MCE is committed to protecting your privacy. Learn more at **mceCleanEnergy.org/privacy**.

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

Page 4 of 5

Casa Nido009238

ENERGY STATEMENT

www.pge.com/MyEnergy

**PG&E** 003647

Account No: 2435084048-4
Statement Date: 12/14/2023
Due Date: **01/02/2024**

Case 3:20-cv-07023-EMC   Document 234-9   Filed 05/20/24   Page 369 of 370

## Important Messages (continued from page 1)

**Your commercial electricity rate** Your electricity usage is
currently billed on a non-residential (commercial or industrial) rate.
If this is incorrect, please call us at **1-800-468-4743**.

| Your Electric Charges Breakdown (from page 2) | |
|---|---:|
| Transmission | $68.01 |
| Distribution | 258.12 |
| Electric Public Purpose Programs | 44.22 |
| Nuclear Decommissioning | 2.43 |
| Wildfire Fund Charge | 9.55 |
| Recovery Bond Charge | 9.51 |
| Recovery Bond Credit | -9.51 |
| Wildfire Hardening Charge | 4.67 |
| Competition Transition Charges (CTC) | 0.52 |
| Energy Cost Recovery Amount | -1.28 |
| PCIA | 3.93 |
| Taxes and Other | 40.93 |
| **Total Electric Charges** | **$431.10** |

Visit **www.pge.com/MyEnergy** for a detailed bill comparison.

6601300809647003031L2

Casa Nido009239

003648

CASA NIDO
EL CERRITO, CALIFORNIA

9361

12/31/23

PG&E

703.81

Casa Nido009240