Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
Richard A. Brody (CBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON, <br><br> Defendant. <br><br>_____<br><br> AND ALL RELATED COUNTER AND CROSS CLAIMS | Case No. 20-cv-07923-EMC <br><br><br> PLAINTIFF CASA NIDO PARTNERSHIP'S COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT – **VOLUME 6** <br><br> Date:          August 22, 2024 <br> Time:         1:30 p.m. <br> Judge:       Edward M. Chen <br> Courtroom.:  5 – 17th Floor |

1

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff hereby submits the following compendium of exhibits as evidence in support of Plaintiff's Second Motion for Partial Summary Judgment:

| Exhibit | Volume | Description |
|---|---|---|
| 1 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Catherine O'Hanks |
| 2 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Requests for Admission, Set One |
| 3 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Catherine O'Hanks |
| 4 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Special Interrogatories, Set Two |
| 5 | 1 | Photographs of the subject site produced by Defendant Catherine O'Hanks |
| 6 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 7 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set One |
| 8 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 9 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set One |
| 10 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 11 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Requests for Production and Copying of Documents, Set One |
| 12 | 1 | Plaintiff Casa Nido Partnership's Second Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 13 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set Two |
| 14 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 15 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set Two |
| 16 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Earl Ray Anderson |
| 17 | 1 | Defendant Earl Ray Anderson's Response to Request for Admissions, Set One |
| 18 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Earl Ray Anderson |
| 19 | 1 | Defendant Earl Ray Anderson's Response to Special Interrogatories, Set One |
| 20 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Earl Ray Anderson |
| 21 | 1 | Defendant Earl Ray Anderson's Response to Request for Production of Documents, Set One |

| Exhibit | Volume | Description |
|---|---|---|
| 22 | 1 | CV of Bob Clark-Riddell, P.E. |
| 23 | 1 and 2 | Additional Characterization Report (PANGEA Environmental Services, Inc., December 4, 2020) |
| 24 | 2 | Control of Volatile Organic Emissions from Perchloroethylene Dry Cleaning Systems (EPA, December 1978) |
| 25 | 2 | Profile of the Dry Cleaning Industry (EPA, September 1995) |
| 26 | 2 | Conducting Contamination Assessment Work at Drycleaning Sites (State Coalition for Remediation of Drycleaners, October 2010) |
| 27 | 2 | B. Wespestad, et al., "Dry Cleaner Releases and Forensic Considerations," Environmental Claims Journal (2020) |
| 28 | 2 | Study of Potential for Groundwater Contamination from Past Dry Cleaner Operations in Santa Clara County (Santa Clara Valley Water District, 2007) |
| 29 | 2 | L. Gold et al., "Systematic Literature Review of Uses and Levels of Occupational Exposure to Tetrachloroethylene," Journal of Occupational and Environmental Hygiene (January 2009) |
| 30 | 2 | 1/21/22 Letter from Catherine O'Hanks to Department of Toxic Substances Control |
| 31 | 2 | Hazardous Waste Generator Inspection and Compliance Form (Contra Costa County Health Services Department, Environmental Health Division, 12/31/84) |
| 32 | 2 | DTSC invoices from 3/30/17 through 1/10/24 |
| 33 | 2 - 5 | PANGEA Environmental Services, Inc. invoices from 2/27/15 through 12/20/23 |
| 34 | 5 | Utilities invoices from 6/6/16 through 12/24/23 |
| 35 | 6 | Invoice and payment for remedial excavation and SVE piping installation |
| 36 | 6 | DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide |
| 37 | 6 | Imminent and Substantial Endangerment Determination and Order and Remedial Action Order (Docket No. HSA-FY23/24-022, October 6, 2023) |
| 38 | 6 and 7 | Bank Statements and Cancelled Checks (redacted) |
| 39 | 7 | Vapor Intrusion Mitigation Advisory (DTSC, 2011) |
| 40 | 7 | Clark-Riddell Letter re: Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance |
| 41 | 7 | Voluntary Cleanup Agreement Between DTSC and Casa Nido Partnership |
| 42 | 7 | Commercial Lease and Assignment of Lease (1990) |

Respectfully submitted,


DATE: May 17, 2024                          _/s/ J. Rae Lovko_____
                                                    Jennifer Rae Lovko
                                                    *Attorney for Plaintiff*

# Plaintiff's Compendium of Exhibits

# Volume 6

# Exhibit  35

002651

# Innovative Construction Solutions
UC# 764815
A-HAZ-C21

md 11|8|18

# INVOICE

| | |
|---|---|
| **Invoice Date :** | 10/26/18 |
| **Invoice # :** | 01 |
| **ICS Job # :** | NC-18-1023 |

**Period:**   10/01/18   through   10/31/18

| | | | **CLIENT NAME / ADDRESS :** |
|---|---|---|---|
| **Project:** | Former Omo's Richmond | | Ronald Piziali |
| **Client:** | Casa Nido c/o B&T Bookkeeping, Inc. | | 3060 El Cerrito Plaza, Suite #507 |
| **Client Job #:** | | | El Cerrito, CA 94530 |
| **PO#** | NC-18-1023 | | |

## CONTRACT SUMMARY :

| | | |
|---|---|---|
| Original Contract Amount: | $ | 141,515.00 |
| Approved Change Orders: | $ | 13,000.00 |
| **Revised Contract Amount:** | **$** | **154,515.00** |

## INVOICE AMOUNTS :

| | CURRENT PERIOD CHARGES | TOTAL CHARGES TO DATE | REMAINING BALANCE |
|---|---|---|---|
| Base Contract: | $ 141,515.00 | $ 141,515.00 | $ - |
| Approved Change Orders: | $ 13,000.00 | $ 13,000.00 | $ - |
| **Total Invoice Amount:** | **$ 154,515.00** | **$ 154,515.00** | **$ -** |
| Less Retention: [ 0.00% ] | $ - | $ - | $ - |
| **TOTAL AMOUNT DUE:** | **$ 154,515.00** | **$ 154,515.00** | **$ -** |

**Submitted by:**

ICS Project Manager /    CEW

**DATE :**   10/26/18

## Please Remit To:

**Innovative Construction Solutions, Inc.**
**4011 West Chandler Avenue**
**Santa Ana, CA 92704**
**Phone (714) 893-6366 Fax (714) 893-5122**



# ORIGINAL CONTRACT BREAKDOWN

**Invoice # :** 01
**Invoice Date :** 10/26/18

**ORIGINAL CONTRACT**    **Period:**   10/01/18   through   10/31/18    **ICS Job # :** NC-18-1023

**Project:** Former Omo's Richmond
**Client:** Casa Nido c/o B&T Bookkeeping, Inc.
**Client PO #:** NC-18-1023

| Activity No. | Description | Quantity | Units | Unit Price | Contract Amount | Current % / Units Complete | Current Charges | Total % / Units Complete | Total Charges to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Preconstruction and Mobilization | 1 | LS | $ 12,050.00 | $ 12,050.00 | 100.0% | $ 12,050.00 | 100.0% | $ 12,050.00 |
| 2 | Hardscape Demolition and Disposal | 1 | LS | $ 10,635.00 | $ 10,635.00 | 100.0% | $ 10,635.00 | 100.0% | $ 10,635.00 |
| 3 | Soil Excavation, Slot Excavation/Backfill and Loading | 1 | LS | $ 64,925.00 | $ 64,925.00 | 100.0% | $ 64,925.00 | 100.0% | $ 64,925.00 |
| 4 | Backfill and Compaction | 1 | LS | $ 22,900.00 | $ 22,900.00 | 100.0% | $ 22,900.00 | 100.0% | $ 22,900.00 |
| 5 | Vapor Barrier Installation | 1 | LS | $ 15,595.00 | $ 15,595.00 | 100.0% | $ 15,595.00 | 100.0% | $ 15,595.00 |
| 6 | Passive Reactive Barrier Installation | 1 | LS | $ 13,010.00 | $ 13,010.00 | 100.0% | $ 13,010.00 | 100.0% | $ 13,010.00 |
| 7 | Site Cleanup and Demobilization | 1 | LS | $ 2,400.00 | $ 2,400.00 | 100.0% | $ 2,400.00 | 100.0% | $ 2,400.00 |
| 8 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 10 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 11 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 12 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 13 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 14 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 15 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 16 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 17 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 18 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 19 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 20 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| | **TOTALS** | | | | $ 141,515.00 | | $ 141,515.00 | | $ 141,515.00 |

 **i**nnovative **c**onstruction **s**olutions  LIC# 764815 A HAZ C21

# CHANGE ORDER BREAKDOWN

Invoice # :  01
Invoice Date :  10/26/18

## CHANGE ORDERS

Period:  10/01/18  through  10/31/18

ICS Job # :  NC-18-1023

**Project:** Former Omo's Richmond
**Client:** Casa Nido c/o B&T Bookkeeping, Inc.
**Client PO #:** NC-18-1023

| Activity No. | Description | Quantity | Units | Unit Price | Change Order Amount | Current % / Units Complete | Current Charges | Total % / Units Complete | Total Charges to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Concrete with rebar disposal | 1 | LS | $ 4,000.00 | $ 4,000.00 | 100.0% | $ 4,000.00 | 100.0% | $ 4,000.00 |
| 2 | SVE piping | 1 | LS | $ 9,000.00 | $ 9,000.00 | 100.0% | $ 9,000.00 | 100.0% | $ 9,000.00 |
| 3 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 4 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 5 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 6 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 7 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 8 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 9 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 10 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 11 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 12 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 13 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 14 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 15 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 16 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 17 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 18 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 19 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| 20 | | | | | $ - | 0.00 | $ - | 0.00 | $ - |
| | **TOTALS** | | | | $ 13,000.00 | | $ 13,000.00 | | $ 13,000.00 |

# CALIFORNIA PRELIMINARY NOTICE

## THIS IS NOT A LIEN

**THIS NOTICE IS GIVEN PURSUANT TO SECTIONS 8200 AND 8612. CALIFORNIA CIVIL CODE.**

**THIS IS NOT A REFLECTION ON THE INTEGRITY OF ANY CONTRACTOR OR SUBCONTRACTOR.**

You are hereby notified that the CLAIMANT named below has furnished or will furnish labor, professional services, materials, machinery, fixtures or tools of the following general description:

RENTAL EQUIPMENT

in the construction, alteration or repair of the building, structure or improvement located at

NV-18-1023 / REMEDIAL EXCAVATION & SLURRY WALL VAPOR

12210 SAN PABLO AVE

RICHMOND

in the construction, alteration or repair of the building, structure or improvement located at CONTRA COSTA COUNTY, CA, legally described as follows:

12210 SAN PABLO AVE

The Name and Address of the Owner or Reputed Owner is:

> CERTIFIED# 71966575029026351688
> CASA NIDO C/O B&T BOOKKEEPING INC
> 3060 EL CERRITO PLAZA STE# 507
> EL CERRITO, CA 94530

The Name and Address of the Original Contractor is:

CERTIFIED# 71966575029026351695
CASA NIDO C/O B&T BOOKKEEPING INC
3060 EL CERRITO PLAZA STE# 507
EL CERRITO, CA 94530

The Name and Address of the Reputed Lender and/or Bonding Company is:

OWNER FINANCED

An estimate of the total price of the labor, professional services, materials, machinery, fixtures or tools furnished or to be furnished is:$10,000.00 .

The Name and Address of the Person with whom the Claimant has Contracted is:

INNOVATIVE CONST SOLUT/DUBLIN
575 ANTON BLVD #850
COSTA MESA, CA 92626

This Preliminary Notice has been completed by:

SUNSTATE EQUIPMENT CO LLC
5552 E WASHINGTON
PHOENIX, AZ 85034

**REQUEST FOR INFORMATION**
In accordance with California Civil Code 8208 you are requested to provide the name and address of the property owner and the name and address of the construction lender, if any. If a payment bond has been provided, you are requested to provide the name, address and bond number for the payment bond.

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL, if the person or firm that has given you this notice is not paid in full for labor, service, equipment, or material provided or to be provided to your construction project, a lien may be placed on your property.
Foreclosure of the lien may lead to loss of all or part of your property. You may wish to protect yourself against this by (1) requiring your contractor to provide a signed release by the person or firm that has given you this notice before making payment to your contractor, or (2) any other method that is appropriate under the circumstances. This notice is required by law to be served by the undersigned as a statement of your legal rights. This notice is not intended to reflect upon the financial condition of the contractor or the person employed by you on the construction project. If you record a notice of cessation or completion of your construction project, you must within 10 days after recording, send a copy of the notice of completion to your contractor and the person or firm that has given you this notice. The notice must be sent by registered or certified mail. Failure to send the notice will extend the deadline to record a claim of lien. You are not required to send the notice if you are a residential homeowner of a dwelling containing four or fewer units.

**Date:** Monday, November 05, 2018

**By:** *Lindsay Cline*

Prelien #:    1312839

11058772

Bond Number:

Accurate Lien, 1853 South Home, Suite 2, Mesa, AZ 85204  (480) 941-0844

0A3655



**Accurate Lien**

1853 South Horne, Suite 2
Mesa, AZ 85204



7196 6575 0290 2635 1688

CA 1312839   958 - 11058772   1   CM   1   11
CERTIFIED# 71966575029026351688
CASA NIDO C/O B&T BOOKKEEPING INC
3060 EL CERRITO PLAZA STE# 507
EL CERRITO, CA 94530

## PROOF OF SERVICE DECLARATION

**On** Monday, November 05, 2018

**I served copies of the enclosed PRELIMINARY NOTICE by personally mailing them via fully prepaid certified mail (Owner, Direct Contractor, Lender, if applicable, and Additional Recipients) or fully prepaid Certificate of Mailing to the company that the claimant has contracted with.  They have been personally mailed at a United States Post Office, addressed to each of the parties listed at their respective addresses.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Executed at Mesa, Arizona,**                    Monday, November 05, 2018

**Lindsay Cline**

*Lindsay Cline*

**Agent for:**          Sunstate Equipment Co LLC

Accurate Lien, 1853 South Horne, Suite 2, Mesa, AZ 85204  (480) 941-0844

9080



003656

CASA NIDO
3060 EL CERRITO PLAZA, EL CERRITO, CA 94530
Innovative Construction Solutions, Inc.

11/8/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/26/2018 | Bill | 01 | 154,515.00 | 154,515.00 | | 154,515.00 |
| | | | | | Check Amount | 154,515.00 |

The Mechanics Bank -   Invoice #01

154,515.00

*Reconciled 12/6/18*

**003657**

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 11/30/2018**

Page 1 of 4

RETURN SERVICE REQUESTED

>000599 4020717 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 | |
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

# PREFERRED BUSINESS CHECKING-XXXXXXXX0253

## Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/05/2018 | DEPOSIT | Privacy |
| 11/15/2018 | DEPOSIT | *Deposited a B&T Check in Error* |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9079 | 11/06/2018 | $1,989.85 | 9082 | 11/20/2018 | $238.10 | 9086 | 11/20/2018 | $272.02 |
| 9080 | 11/14/2018 | $154,515.00 | 9084* | 11/20/2018 | $412.50 | 9087 | 11/21/2018 | $2,219.01 |
| 9081 | 11/20/2018 | $238.10 | 9085 | 11/20/2018 | $1,275.00 | 9088 | 11/30/2018 | $742.79 |

* Indicates skipped check number

*Reimbursed B&T for error in deposit*

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member FDIC
EQUAL HOUSING LENDER

003659 4020717 0013110 02230 9416 00000 70001 00000

Casa Nido002102

003658

## How to Contact Us

Client Services:  1-800-797-6324

Mailing Address:  P.O. Box 5610

Hercules, CA 94547-5610

Website:  www.mechanicsbank.com

Mobile Site:  mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

005921 1142648 0000000 013791 027582 01/02

Casa Nido002103

003659 **Mechanics Bank**

*Statement Ending 11/30/2018*

Page 3 of 4



| | | |
|---|---|---|
| #9079 | 11/06/18 | $1,989.85 |
| #9080 | 11/14/18 | $154,515.00 |

 

| | | |
|---|---|---|
| #9081 | 11/20/18 | $238.10 |
| #9082 | 11/20/18 | $238.10 |

 

| | | |
|---|---|---|
| #9084 | 11/20/18 | $412.50 |
| #9085 | 11/20/18 | $1,275.00 |

| | | |
|---|---|---|
| #9086 | 11/20/18 | $272.02 |
| #9087 | 11/21/18 | $2,219.01 |



| | | |
|---|---|---|
| #9088 | 11/30/18 | $742.79 |



003660 **Mechanics Bank**

THIS PAGE LEFT INTENTIONALLY BLANK

003661

# Exhibit  36

**OFFICE OF BROWNFIELDS**

Department of Toxic Substances Control · Cleanup In Vulnerable Communities Initiative

# DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide

## Agreement

- Standard Voluntary Agreement
- California Land Reuse and Revitalization Act Agreement
- Reimbursement Agreement
- Prospective Purchaser Agreement
- Local Agency Agreement (currently under development)

## Scoping Meetings

- During negotiation or shortly after agreement execution
- Establishes strong working relationship between DTSC, the Proponent, and the environmental consultant.

## Evaluation

- Preliminary Endangerment Assessment (PEA)
- Supplemental Site Investigation
- Remedial Investigation
- Report of Findings
- All Appropriate Inquiries, Phase 1 Environmental Site Assessments and other background information



## Remedy Selection

- Feasibility Study
- Removal Action Work Plan
- Remedial Action Plan
- Response Plan

## Implementation

- Removal Action Implementation
- Remedial Design
- Remedial Action Implementation
- Response Plan Implementation

## Certification & Stewardship

- No Further Action
- Certificate of Completion
- Land Use Restriction
- Operation and Maintenance
- Five-Year Review



- Public Comment Period
- California Environmental Quality Act

Public Participation Activities (as needed)

Tribal Consultation (as needed)

## Possible End Points:

1. Based on site evaluation, projects may conclude without need for any further action;

2. Based on site evaluation, projects may conclude with the need for a Land Use Covenant, in which case a public notice process will be implemented through a Preliminary Endangerment Assessment, Report of Findings, or equivalent documents; and,

3. Cleanups may either be conducted to unrestricted land use levels, or may require long term stewardship.

003663

| FUTURE COST - JANUARY 2022 UNTIL CLOSURE/LONG-TERM CONTROLS | | | 12210 San Pablo Avenue, Richmond, CA |
|---|---|---|---|
| Phase | Task | Total | Comments |
| **1. Evaluation / Characterization [1]** | | | |
| | Offsite Vapor Intrusion Assessment_Spring 2022 | 80,000 | Assessment in progress. Sampled most properties March 2022; Wendy's expected in April 2022. |
| | Offsite Vapor Intrusion Assessment_Fall 2022 | 35,000 | DTSC requested fall 2022 event for subslab gas and indoor air. |
| | Offsite Vapor Intrusion Assessment_(3 Future Events) | 105,000 | Assume 3 future events required at $35,000/event, with subslab and indoor air sampling. |
| | Offsite Soil Gas Delineation (2023?) | 60,000 | Soil gas plume delineation requested by DTSC. Includes workplanning, field work, and reporting. |
| | Offsite Groundwater Delineation (2023?) | 100,000 | Requested by DTSC. Anticipate workplan, CPT logging, discrete depth water sampling, reporting. |
| | Offsite Groundwater Delineation II (2023?) | 75,000 | Anticipate 2nd event for further delineation, near former Mira Vista Creek along San Pable Ave. |
| | Groundwater Well Installation (2023?) | 75,000 | DTSC requested wells to assess/monitor lateral and vertical VOC extent in onsite and offsite water. |
| | Offsite Vapor Intrusion Delineation (2024?) | 75,000 | Anticipate offsite VI assessment following soil gas and groundwater delineation. |
| | Remedial Investigation (2024?) | 90,000 | Assumes soil and groundwater sampling to evaluate conditions after 2018 excavation, 2018 groundwater amendment, and SVE lengthy operation. Includes Conceptual Site Model, cross sections, development of risk assessment parameters, ARARs, data quality objectives, community relations plan, Sampling Analysis Plan, Field Sampling Plan, Quality Assurance Project Plan (QAPP), Health and Safety Plan (HASP). |
| | Human Health Risk Assessment (HHRA) | 40,000 | HHRA involves 4 steps: hazard identification, exposure assessment, toxicity assessment and risk characterization. HHRA helps with selection of remedy. |
| | DTSC Oversight/Public Participation | 150,000 | For site characterization tasks. |
| | Subtotal | **885,000** | |
| **2. Remedy Selection** | | | |
| | Feasibility Study (2025?) | 30,000 | Development and screening of remedial alternatives. |
| | Remedial Action Workplan (RAW) | 30,000 | Evaluates conditions, establishes cleanup goals, evaluates alternatives, and identifes recommendec alternatives. Assumes RAW will recommend additional soil excavation and groundwater remediation, engineering controls for vapor intrusion mitigation, and institutional controls. |
| | Remedial Action Plan (RAP) | NA | Currently not applcable. At case creation DTSC required a RAW rather than RAP, which is based on assumption of cleanup costs below $2MM. DTSC could reevaluation need for RAP which involves more cleanup scrunity and processes. |
| | DTSC Oversight/Public Participation | 30,000 | For site characterization tasks. |
| | Subtotal | **90,000** | |
| **3A. Implementation - Capital Cost (Remediation/Mitigation)** | | | |
| | Offsite Vapor Barrier Installation (2022) | 50,000 | Chemical vapor barrier membrane initall installation in March 2022 crawl space of nearest residence (403 McLaughlin). Complete installation and smoke test/QA in 2022 per DTSC requirements. Retro-Coat floor coating planned for April 2022 during restaurant remodeling at 12200 with DTSC oversight. Includes budget for installation documentation reporting. |
| | SVE-SSD Installation at 12226 San Pablo (2022) | 60,000 | Assume SVE-SSD system installation required. Includes design, installation, and construction oversight Assume expansion for connection to existing SVE-SSD equipment shed/piping. |
| | Source Soil Excavation | 100,000 | Assume excavation of shallow soil to target soil above DTSC SL for direct contact (e.g., 2.7 mg/kg PCE), located along the perimeter of the former excavation at the property lines and the parking lot. |
| | Groundwater Remedial Injections | 80,000 | Assume required to target residual VOC impact in onsite groundwater. |
| | Mitigation System for Future Onsite Building | 60,000 | Includes design, subslab vapor barrier-SSD system installation. Or asphalt cap/parking lot. |
| | DTSC Oversight/Public Participation | 75,000 | For remediation/mitiqation tasks. |
| | Subtotal | **425,000** | |
| **3B. Implementation - Annual Cost (O&M and Monitoring)** | | | |
| | Client-Agency Interaction, Management (20 yrs) | 75,000 | Assume $5,000/year for 10 years, then $2,500 for 10 years. |
| | SVE-SSD O&M (2022) | 25,000 | Start up April 2020. Operated 19 months thru 2021. Cost includes labor for maintenance and sampling, lab analyses, electricity, carbon changeout, management. |
| | SVE-SSD O&M (2023) | 25,000 | Annual O&M. Labor, lab analyses, electricity, carbon changeout, management. |
| | SVE-SSD O&M (2024) | 25,000 | Annual O&M. Labor, lab analyses, electricity, carbon changeout, management. |
| | SSD O&M (2025: First Year) | 10,000 | Assumes conversion to SSD system for 12200 San Pablo restaurant in 2025. |
| | SSD O&M (15 years: end about 2042) | 50,000 | Assumes $5,000/yr for 10 years. |
| | Post-Remediation Monitoring Event (2026?) | 50,000 | Extensive monitoring event for soil gas & groundwater. |
| | Soil Gas & Groundwater Monitoring (8 Events) | 240,000 | Assumes 8 monitoring events at $30,000 event. |
| | DTSC Oversight/Public Participation | 100,000 | Assume $5,000/year for 10 years, then $2,500 for 10 years. |
| | Subtotal | **600,000** | |
| **4. Certification and Stewardship (Closure/Controls/Long-Term Management)** | | | |
| | Well Destruction and System Removal at Closure | 40,000 | Permitted destruction of all soil gas & groundwater monitoring well, and SVE-SSD system removal. |
| | No Further Action / Certificate of Completion | Included | Issued by DTSC. |
| | Deed Restriction/Land Use Covenant | 5,000 | If required. |
| | O&M: Annual Inspection and Maintenance | 40,000 | Assumes $2,000/yr for 20 years (if required). |
| | DTSC Oversight/Public Participation | 25,000 | Estimate. |
| | | 110,000 | |
| | **TOTAL** | 2,020,000 | Excludes net present cost evaluation[2]. |
| | **+ Contingency  (20%)** | 404,000 | |
| | **TOTAL WITH CONTINGENCY** | 2,424,000 | Excludes net present cost evaluation[2]. |

[1] = First of four steps/phases of assessment and cleanup process per DTSC's Voluntary Agreement - Assessment and Cleanup Guidance. Other steps: remedy selection, implementation, and certifcation & stewardship.

[2] = Excludes net present analysis. Actual future cost higher for interest and inflation.

SVE = Soil Vapor Extraction System
SSD = Subslab Depressurization System

003664

# Exhibit 37

003665





## Department of Toxic Substances Control



**Yana Garcia**
Secretary for
Environmental Protection

Meredith Williams, Ph.D., Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Gavin Newsom**
Governor

October 6, 2023

**CERTIFIED MAIL #9589 0710 5270 0618 7306 24**
Catherine O'Hanks
4407 Cutting Boulevard
Richmond, California 94804

**CERTIFIED MAIL #9589 0710 5270 0618 7306 48**
Earl Anderson
2025 Cloud Crest Court
Vacaville, California 95687

**CERTIFIED MAIL #9589 0710 5270 0618 7306 55**
Sandra Vernell
2739 Barnard Street
San Pablo, California 94806

**CERTIFIED MAIL #9589 0710 5270 0618 7306 62**
Casa Nido c/o Ronald Piziali
13123 Regan Lane
Saratoga, California 95070

ISSUANCE OF IMMINENT AND SUBSTANTIAL ENDANGERMENT DETERINATION
AND ORDER AND REMEDIAL ACTION ORDER, DOCKET NO. HSA-FY23/24-022,
OMO FABRICARE DRY CLEANER, 12210 SAN PABLO AVENUE, RICHMOND,
CONTRA COSTA COUNTY, CALIFORNIA (SITE CODE 202453)

Dear Ms. O'Hanks, Mr. Anderson, Ms. Vernell, and Mr. Piziali:

The California Department of Toxic Substances Control (DTSC) has issued the
enclosed Imminent and Substantial Endangerment Determination and Order and
Remedial Action Order (Order) to you as a person responsible for cleaning up a release
of hazardous substances at the above-named site.  Please note that you may be liable

003666

Ms. Catherine O'Hanks, Mr. Earl Anderson, Ms. Sandra Vernell, and Mr. Ronald Piziali
October 6, 2023
Page 2 of 2

for substantial penalties and punitive damages if you do not comply with the Order.  If
you have any questions, please contact me at marikka.hughes@dtsc.ca.gov or contact
Mr. Ian Utz, Project Manager, at 510-540-3845 or ian.utz@dtsc.ca.gov.

Sincerely,

Marikka Hughes, PG, Branch Chief
Site Mitigation and Restoration Program – Berkeley Office
Department of Toxic Substances Control

Enclosure (1):

1. *Imminent and Substantial Endangerment Determination and Order and Remedial
   Action Order, Docket No. HSA-FY23/24-022*

cc:    Via electronic mail only.

       Mr. Christopher Dow, Esq., Counsel to O'Hanks
       Edlin Gallagher Huie + Blum, LLP
       cdow@eghblaw.com

       Mr. Rohit Sabnis, Esq., Counsel to O'Hanks
       Keller and Heckman, LLP
       sabnis@khlaw.com

       Mr. Joseph Lepera, Esq., Counsel to Anderson
       Lepera + Associates, PC
       joseph@leperalaw.com

       Mr. Sage Knauft, Esq., Counsel to Vernell
       WFBM, LLP
       sknauft@wfbm.com

       Mr. Paul Kibel, Esq., Counsel to Casa Nido
       Water and Power Law Group, PC
       pskibel@waterpowerlaw.com

       Ms. Rachel Doughty, Esq., Counsel to Casa Nido
       Greenfire Law, PC
       rdoughty@greenfirelaw.com

003667

**STATE OF CALIFORNIA**
**CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY**
**DEPARTMENT OF TOXIC SUBSTANCES CONTROL**

| | | |
|---|---|---|
| In the Matter of: | ) | Docket No. HSA-FY23/24-022 |
| | ) | |
| OMO FABRICARE DRY CLEANERS | ) | |
| 12210 San Pablo Avenue | ) | IMMINENT AND SUBSTANTIAL |
| Richmond, California 94804 | ) | ENDANGERMENT |
| APN: 519-290-026 | ) | DETERMINATION AND ORDER |
| | ) | AND REMEDIAL ACTION ORDER |
| | ) | |
| | ) | Health and Safety Code |
| | ) | Sections 25355.5(a)(1)(B), |
| | ) | 25358.3(a), 58009 and 58010 |
| Respondents: | ) | |
| | ) | |
| Catherine O'Hanks, an individual | ) | |
| | ) | |
| Earl Anderson, an individual | ) | |
| | ) | |
| Sandra Vernell, an individual | ) | |
| | ) | |
| Casa Nido, a General Partnership | ) | |
| _____ | ) | |

## I. <u>INTRODUCTION</u>

    1.1  <u>Parties</u>.  The California Environmental Protection Agency, Department of Toxic Substances Control (DTSC) issues this Imminent and Substantial Endangerment Determination and Order and Remedial Action Order (Order) to: Catherine O'Hanks, an individual; Earl Anderson, an individual; Sandra Vernell, an individual; and Casa Nido, a General Partnership (Respondents).

    1.2  <u>Property/Site</u>.  This Order applies to the property located at 12210 San Pablo Avenue, Richmond, Contra Costa County, California 94804 (Site) and the greater areal extent of contamination that resulted from activities on the Site.  The Site consists of approximately 0.1 acres and is identified as Contra Costa County Assessor's Parcel Number (APN) 519-290-026, described as Lots 28 and 29, Block 3, Map of Richmond Traffic Center, recorded April 18, 1914 in Map Book 11, Page 256, Contra Costa County Records.  Maps showing the Site are attached as Exhibit A, Exhibit B, and Exhibit C.

    1.3  <u>Jurisdiction</u>.  This Order is issued by DTSC to Respondents pursuant to its

Unilateral ISE Order
October 6, 2023

003668

authority under Health and Safety Code sections 25358.3(a), 25355.5(a)(1)(B), 58009 and 58010.

Health and Safety Code section 25358.3(a) authorizes DTSC to take various actions, including issuance of an Imminent or Substantial Endangerment Determination and Order, when DTSC determines that there may be an imminent or substantial endangerment to the public health or welfare or to the environment, because of a release or a threatened release of a hazardous substance.

Health and Safety Code section 25355.5(a)(1)(B) authorizes DTSC to issue an order establishing a schedule for removing or remedying a release of a hazardous substance at a site, or for correcting the conditions that threaten the release of a hazardous substance.  The order may include, but is not limited to requiring specific dates by which the nature and extent of a release shall be determined and the site adequately characterized, a remedial action plan prepared and submitted to DTSC for approval, and a removal or remedial action completed.

Health and Safety Code section 58009 authorizes DTSC to commence and maintain all proper and necessary actions and proceedings to enforce its rules and regulations; to enjoin and abate nuisances related to matters within its jurisdiction which are dangerous to health; to compel the performance of any act specifically enjoined upon any person, officer, or board, by any law of this state relating to matters within its jurisdiction; and/or on matters within its jurisdiction, to protect and preserve the public health.

Health and Safety Code section 58010 authorizes DTSC to abate public nuisances related to matters within its jurisdiction.

## II.   FINDINGS OF FACT

DTSC hereby finds:

2.1   Liability of Respondents.  Respondents are responsible parties or liable persons as defined in Health and Safety Code section 25323.5.

Catherine O'Hanks operated a dry cleaner at the Site from approximately 1960 to 1990.

Earl Anderson operated a dry cleaner at the Site from approximately 1978 to 1980.

Sandra Vernell operated a dry cleaner at the Site from approximately 1978 to 1980.

Casa Nido has owned the Site since approximately 1995.

Unilateral ISE Order
October 6, 2023

2.2  Site History.  In 1945, the Site was developed with a commercial building, which was subsequently operated as a restaurant, residence, and bank until the 1950s, and a dry cleaner from approximately 1959 to 2015.

The Site was the location of registered hazardous waste generation from at least 1987 to 2017, under currently inactive EPA ID #s CAD981617681, CAC002872978, CAC002906367, and CAC002926055.

Between at least 1960 and 2000, the dry cleaner used tetrachloroethylene (PCE) and/or generated hazardous wastes containing PCE.  In the early 2000s, the dry cleaner transitioned to using non-chlorinated petroleum hydrocarbon-based solvents.

The dry cleaner building was closed in 2015, decommissioned in 2016, and demolished in 2017.  Since 2017, the Site has been fenced and unoccupied.

In the 2000s, DTSC discovered downgradient groundwater contamination with PCE, at the Miraflores Housing Development, located approximately 1,000 feet to the southwest of the Site, and subsequently began investigating potential upgradient regional sources of PCE.

In 2011, DTSC determined that investigation of the Site was warranted, based on historical operations as a dry cleaner and use of PCE.

From 2014 to 2016, Casa Nido tested soil, soil gas, and groundwater at the Site and confirmed a release of PCE at the Site, which had migrated to adjoining properties to the north, south, east, and west.  PCE release(s) was/were identified beneath dry cleaning equipment and near damaged sewer pipes.

In 2017, Casa Nido entered into an enforceable agreement with DTSC to investigate and cleanup the release of hazardous substances including PCE.

From 2018 to 2020, Casa Nido conducted interim actions without DTSC review or approval, including treatment and/or removal of soil, soil gas, and groundwater. These interim actions require review by DTSC, and some are ongoing.

In 2018, interim actions included removal of soil on Site to depths of between 3 and 15 feet below ground surface (bgs), and treatment of groundwater with chemical amendments including zero-valent iron at 14.5 to 15 feet bgs.

Since 2020, interim actions have also included soil vapor extraction (SVE) on Site at 4.5 to 10 feet bgs, and sub-slab depressurization (SSD) at the off-Site south-adjoining restaurant property at 0.5 to 1.5 feet bgs.  Since 2020, DTSC has required the interim SVE/SSD system to remain indefinitely operational.

On March 27, 2023, Casa Nido terminated its enforceable agreement with DTSC.

Unilateral ISE Order
October 6, 2023

Elevated PCE concentrations remain at the Site and/or off-Site properties in connection with the Site.

2.3   <u>Hazardous Substances Found at the Site</u>.  PCE and trichloroethylene (TCE) are the primary hazardous substances found at elevated concentrations in soil, soil gas, and groundwater on Site.  Their release has been documented during various sampling events from 2014 to 2022 (Exhibit D).

Both PCE and TCE are listed hazardous substances designated pursuant to 42 U.S.C. Sec. 9602.  TCE is an impurity in PCE, as well as a product of biological and/or abiotic degradation of PCE in the environment.

Maximum reported concentrations of PCE at the Site and adjoining properties include 350 milligrams per kilogram (mg/kg) in soil, 14,000 micrograms per liter (µg/L) in groundwater, 23,900,000 micrograms per cubic meter (µg/m$^3$) in soil gas, 0.55 µg/m$^3$ in crawl space air as a surrogate for indoor air, and 0.41 µg/m$^3$ in indoor air.  The groundwater, soil gas, and crawl space air concentrations of PCE pose a threat to indoor air.  Except for the direct indoor air concentration, these PCE concentrations exceed certain residential screening levels, including the DTSC-Modified Screening Level dated May 2022 for soil (0.59 mg/kg), the federal Maximum Contaminant Level dated January 1991 for drinking water (5 µg/L), the Tier 1 San Francisco Bay Regional Water Quality Control Board Environmental Screening Level (ESL) dated July 2019  for groundwater (0.64 µg/L), the ESL dated July 2019 for soil gas (15 µg/m$^3$), and the DTSC-Modified Screening Level dated May 2022 for ambient air (0.46 µg/m$^3$).

Maximum reported concentrations of TCE at the Site and adjoining properties include 0.0638 mg/kg in soil, 99 µg/L in groundwater, 34,600 µg/m$^3$ in soil gas, 0.38 µg/m$^3$ in crawl space air as a surrogate for indoor air, and 0.036 µg/m$^3$ (estimated) in indoor air.  The groundwater, soil gas, and crawl space air concentrations of TCE pose a threat to indoor air.  The TCE concentrations in groundwater and soil gas exceed certain residential screening levels, including the federal Maximum Contaminant Level dated June 1987 for drinking water (5 µg/L), the ESL dated July 2019 for groundwater (1.2 µg/L), and the ESL dated July 2019 for soil gas (16 µg/m$^3$).

The lateral and vertical extent of PCE contamination in soil, soil gas, groundwater, crawl space air, and indoor air have not been defined.

PCE contamination extends vertically down to at least 25.5 feet bgs in soil and at least 56 feet bgs in groundwater in the vicinity of the Site (through Zones A, B1, and B2 of groundwater).  PCE contamination has also been detected in regional groundwater to least 75 feet bgs (through Zones A, B1, B2, C1, and C2 of groundwater).

PCE contamination extends laterally in groundwater to at least 250 feet southwest of the Site. PCE contamination has also been detected in groundwater more than 1,000 feet southwest of the Site.

Unilateral ISE Order
October 6, 2023

PCE and TCE have been detected in crawlspace and/or indoor air at occupied neighboring buildings, to the north, south, and east of the Site.  No indoor air has been sampled to the west.

2.4    <u>Health Effects</u>.  PCE is a volatile, colorless liquid. Short-term exposure to PCE through ingestion of the liquid or inhalation of the vapors may cause nausea, vomiting, headache, dizziness, drowsiness, and tremors. Skin contact with the liquid induces irritation and blistering.  Both liquid and vapor forms of PCE are irritating to the eyes. Liver and kidney toxicity are potential chronic effects of exposure to PCE.  PCE is listed as a known carcinogen under Proposition 65.

TCE is a volatile, colorless liquid. Acute exposure to sufficient concentrations of TCE may depress the central nervous system, causing headaches, dizziness, vertigo, tremors, irregular heartbeat, fatigue, nausea, vomiting and blurred vision. TCE vapors and liquid may cause irritation of the skin, eyes, nose, and throat. Long-term effects may include liver and kidney injury. TCE is listed as a known carcinogen under Proposition 65.

2.5    <u>Routes of Exposure</u>.  Inhalation can be a route of exposure for PCE and TCE, creating a potential human health risk on Site and off Site. PCE and TCE in soil gas may enter construction trenches and/or indoor air of properties where soil or groundwater are impacted.  PCE and TCE in soil gas may spread through preferential pathways such as underground pipes and ventilation systems.

Direct contact and ingestion can be routes of exposure to PCE and TCE, creating a potential human health risk for areas in and around the Site.  Because PCE and TCE impact both soil and groundwater, there is a potential for PCE and TCE to be touched or consumed during soil disturbance or groundwater extraction.  Regional groundwater has designated beneficial uses, including for drinking water.

2.6    <u>Public Health and/or Environmental Risk</u>. The Site is a paved parking lot (north) and fenced lot (south).  The parking lot is publicly accessible.  The fenced lot is improved with the SVE/SSD system enclosure.

The Site and neighboring properties are zoned for residential use.  Certain of these properties are additionally zoned for commercial use.

All adjoining properties are occupied by humans who may be exposed to Site contaminants.  In addition, construction workers working at or near the Site may be exposed to Site contaminants.

2.7    <u>Immediate Action May Reduce Migration</u>.  PCE and TCE have been known to migrate in the shallow geology and groundwater typical of this region. Immediate response action could significantly reduce continued migration of PCE and

TCE in groundwater and/or subsurface soil gas.

## III.  CONCLUSIONS OF LAW

3.1    Respondents are responsible parties as defined by Health and Safety Code section 25323.5.

3.2   Each of the substances listed in Section 2.4 is a "hazardous substance" as defined in Health and Safety Code section 25316.

3.3    There has been a "release" and/or there is a "threatened release" of hazardous substances listed in Section 2.4 at the Site, as defined in Health and Safety Code section 25320.

3.4    The actual and threatened release of hazardous substances at the Site may present an imminent and substantial endangerment to the public health or welfare or to the environment.

3.5    Response action is necessary to abate a public nuisance and/or to protect and preserve the public health.

## IV.  DETERMINATION

4.1    Based on the foregoing findings of fact and conclusions of law, DTSC hereby determines that response action is necessary at the Site because there has been a release and/or there is a threatened release of a hazardous substance.

4.2    Based on the foregoing findings of fact and conclusions of law, DTSC hereby determines that there may be an imminent and/or substantial endangerment to the public health or welfare or to the environment because of the release and/or the threatened release of the hazardous substances at the Site.

## V.  ORDER

Based on the foregoing FINDINGS, CONCLUSIONS, AND DETERMINATION, IT IS HEREBY ORDERED THAT Respondents conduct the following response actions in the manner specified herein, and in accordance with a schedule specified by DTSC as follows:

5.1    All response actions taken pursuant to this Order shall be consistent with the requirements of Chapter 6.8 (commencing with section 25300), Division 20 of the Health and Safety Code and any other applicable state or federal statutes and regulations.

5.1.1 Site Remediation Strategy. The purpose of this Order is to require for the

Unilateral ISE Order
October 6, 2023

003673

Site: implementation of any appropriate removal actions, completion of a Remedial Investigation/Feasibility Study (RI/FS), preparation of a Remedial Action Plan (RAP) or Removal Action Workplan (RAW), preparation of California Environmental Quality Act (CEQA) documents, and Design and Implementation of the removal or remedial actions approved in the RAW or RAP.  An overall Site investigation and remediation strategy shall be developed by Respondents in conjunction with DTSC which reflects program goals, objectives, and requirements.  Current knowledge of the Site contamination sources, exposure pathways, and receptors shall be used in developing this strategy.

An objective of the Site investigations shall be to identify immediate or potential risks to public health and the environment and prioritize and implement response actions using removal actions and operable units, if appropriate, based on the relative risks at the Site.   Respondents and DTSC shall develop and possibly modify Site priorities throughout the course of the investigations.  If necessary for the protection of public health and the environment, DTSC will require additional response actions not specified in this Order to be performed as removal actions or separate operable units. Removal actions shall be implemented in accordance with a workplan and implementation schedule submitted by Respondents and approved by DTSC.

5.1.2   <u>Site Remediation Strategy Meeting</u>.  Within 20 days from the effective date of this Order, and concurrent with the development of the RI/FS workplan*, Respondents, including the Project Coordinator (Section 6.1) and Project Engineer/Geologist (Section 6.2), shall meet with DTSC to discuss the Site remediation strategy.  These discussions will include Site risks and priorities; project planning, phasing and scheduling, remedial action objectives, remedial technologies, data quality objectives, and the RI/FS workplan.  Results of the discussions will be included in the Scoping Document, Section 5.2.2(b) of this Order.

5.1.3   <u>Removal Actions.</u>    Respondents shall undertake removal actions if, during the course of the RI or FS, DTSC determines that they are necessary to mitigate the release of hazardous substances at or emanating from the Site.   DTSC may require Respondents to submit a removal action workplan that includes a schedule for implementing the workplan for DTSC's approval.  Either DTSC or Respondents may identify the need for removal actions.   Respondents shall implement the following removal actions.

(a)  <u>Fence and Post.</u>

1)  Within 60 days of the effective date of this Order, Respondents shall install a permanent/in-ground fence in accordance with the specifications attached as Exhibit E.  The fence shall secure, at a minimum, Lot 28 of the Site assessor's parcel.

2)  Within 60 days of the effective date of this Order, Respondents shall install signs which are visible from the area surrounding the contaminated Site

Unilateral ISE Order
October 6, 2023

and posted at each route of entry into the Site, including those routes likely to be used by unauthorized persons. Such routes of entry include: access roads leading to the Site, and facing rivers, creeks, lakes or other waterways which may provide a route of access to the Site. The signs shall be in accordance with the specifications attached as Exhibit F.

3) The fence and signs shall be constructed of materials able to withstand the elements and shall be continuously maintained for as long as DTSC determines it to be necessary in order to protect public health and safety and the environment.

(b) <u>SVE/SSD Continued Operation</u>. Immediately, as of the effective date of this Order, the currently-installed SVE/SSD system shall continue to be operated until DTSC approves system shutdown.

5.1.4 <u>Groundwater and Soil Gas Monitoring</u>. Several groundwater and soil gas monitoring wells are located at the Site and neighboring properties. To evaluate potential off-Site migration of contaminated groundwater and soil gas, as well as potential indoor air vapor intrusion from soil and groundwater, Respondents shall perform regular soil gas and groundwater monitoring and reporting in a manner to be determined as part of the RI/FS. Respondents shall perform such monitoring until DTSC determines it is appropriate to reduce frequency or terminate monitoring.

5.2 <u>Remedial Investigation/Feasibility Study (RI/FS)</u>. A RI/FS shall be conducted for the Site. The RI/FS may be performed as a series of focused RI/FSs, if appropriate, based on Site priorities and any operable units. The RI/FS shall be prepared consistent with the U.S. Environmental Protection Agency's "Guidance for Conducting Remedial Investigations and Feasibility Studies under CERCLA," October 1988. The purpose of the RI/FS is to assess Site conditions and to evaluate alternatives to the extent necessary to select a remedy appropriate for the Site. RI and FS activities shall be conducted concurrently and iteratively so that the investigations can be completed expeditiously. Because of the unknown nature of the Site and iterative nature of the RI/FS, additional data requirements and analyses may be identified throughout the process. Respondents shall fulfill additional data and analysis needs identified by DTSC; these additional data and analysis requests will be consistent with the general scope and objectives of this Order.

The following elements of the RI/FS process shall be preliminarily defined in the initial Site scoping and refined and modified as additional information is gathered throughout the RI/FS process.

(a) Conceptual Site Model identifying contamination sources, exposure pathways, and receptors;

(b) Federal, State and local remedial action objectives including applicable legal

requirements or relevant and appropriate standards;

(c)  Project phasing including the identification of removal actions and operable units;

(d)  General response actions and associated remedial technology types; and

(e)  The need for treatability studies.

5.2.1   RI/FS Objectives.  The objectives of the RI/FS are to:

(a)  Determine the nature and full extent of hazardous substance contamination of air, soil, surface water and groundwater at the Site.

(b)  Identify all actual and potential exposure pathways and routes through environmental media;

(c)  Determine the magnitude and probability of actual or potential harm to public health, safety or welfare or to the environment posed by the threatened or actual release of hazardous substances at or from the Site;

(d)  Identify and evaluate appropriate response actions to prevent or minimize future releases and mitigate any releases which have already occurred; and

(e)  Collect and evaluate the information necessary to prepare a RAP.

5.2.2   RI/FS Workplan.  Within 90 days from the effective date of this Order, Respondents shall prepare and submit to DTSC for review and approval a detailed RI/FS Workplan and implementation schedule which covers all the activities necessary to conduct a complete RI/FS of the Site.

The RI/FS Workplan shall include a detailed description of the tasks to be performed, information or data needed for each task, and the deliverables which will be submitted to DTSC.  Either Respondents or DTSC may identify the need for additional work.

These RI/FS Workplan deliverables are discussed in the remainder of this section, with a schedule for implementation, and monthly reports.  The RI/FS Workplan shall include all the sections and address each component listed below.

(a)  Project Management Plan.  The Project Management Plan shall define relationships and responsibilities for major tasks and project management items by Respondents, their contractors, subcontractors, and consultants.  The plan shall include an organization chart with the names and titles of key personnel and

a description of their individual responsibilities.

(b)  Scoping Document.  The Scoping Document shall incorporate program goals, program management principles, and expectations contained in the National Contingency Plan (NCP) (40 Code of Federal Regulations (CFR) Part 300), as amended.  It shall include:

(1) An analysis and summary of the Site background and the physical setting.  At a minimum, the following information is required:

(A) A map of the Site, and if they exist, aerial photographs and blueprints showing buildings and structures;

(B) A description of past disposal practices;

(C) A list of all hazardous substances which were disposed, discharged, spilled, treated, stored, transferred, transported, handled or used at the Site, and a description of their estimated volumes, concentrations, and characteristics;

(D) A description of the characteristics of the hazardous substances at the Site; and

(E) If applicable, a description of all current and past manufacturing processes which are or were related to each hazardous substance.

(2) An analysis and summary of previous response actions including a summary of all existing data including air, soil, surface water, and groundwater data and the Quality Assurance/Quality Control (QA/QC) procedures which were followed;

(3) Presentation of the Conceptual Site Model;

(4) The scope and objectives of RI/FS activities;

(5) Preliminary identification of possible response actions and the data needed for the evaluation of alternatives.  Removal actions shall be proposed, if needed, based on the initial evaluation of threats to public health and the environment.  If remedial actions involving treatment can be identified, treatability studies shall be conducted during the characterization phase, unless Respondents and DTSC agree that such studies are unnecessary as set forth in Section 5.4; and

(6) If applicable, initial presentation of the Site Remediation Strategy.

(c)  <u>Field Sampling Plan</u>.  The Field Sampling Plan shall include:

(1)  Sampling objectives, including a brief description of data gaps and how the field sampling plan will address these gaps;

(2)  Sample locations, including a map showing these locations, and proposed frequency;

(3)  Sample designation or numbering system;

(4)  Detailed specification of sampling equipment and procedures;

(5)  Sample handling and analysis including preservation methods, shipping requirements and holding times; and

(6)  Management plan for wastes generated.

(d)  <u>Quality Assurance Project Plan</u>.  The plan shall include:

(1)  Project organization and responsibilities with respect to sampling and analysis;

(2)  Quality assurance objectives for measurement including accuracy, precision, and method detection limits.  In selecting analytical methods, Respondents shall consider obtaining detection limits at or below potentially applicable legal requirements or relevant and appropriate standards, such as Maximum Contaminant Levels (MCLs) or Maximum Contaminant Level Goals (MCLGs);

(3)  Sampling procedures;

(4)  Sample custody procedures and documentation;

(5)  Field and laboratory calibration procedures;

(6)  Analytical procedures;

(7)  Laboratory to be used certified pursuant to Health and Safety Code section 25198;

(8)  Specific routine procedures used to assess data (e.g., precision, accuracy and completeness) and response actions;

(9)  Reporting procedure for measurement of system performance and data quality;

Unilateral ISE Order
October 6, 2023

(10) Data management, data reduction, validation and reporting. Information shall be accessible to downloading into DTSC's system; and

(11) Internal quality control.

(e)  Health and Safety Plan.  A site-specific Health and Safety Plan shall be prepared in accordance with federal (29 CFR 1910.120) and state (Title 8 CCR Section 5192) regulations.  This plan should include, at a minimum, the following elements:

    (1)  Site Background/History/Workplan;

    (2)  Key Personnel and Responsibilities

    (3)  Job Hazard Analysis/Summary;

    (4)  Employee Training;

    (5)  Personal Protection;

    (6)  Medical Surveillance;

    (7)  Air Surveillance;

    (8)  Site Control;

    (9)  Decontamination;

    (10) Contingency Planning;

    (11) Confined Space Operations;

    (12) Spill Containment;

    (13) Sanitation;

    (14) Illumination; and

    (15) Other applicable requirements based on the work to be performed.

All contractors and all subcontractors shall be given a copy of the Health and Safety Plan prior to entering the Site.  Any supplemental health and safety plans prepared by any subcontractor shall also be prepared in accordance with the regulations and guidance identified above.  The prime contractor will be

responsible for ensuring that all subcontractor supplemental health and safety plans will follow these regulations and guidelines.

(f)  Other Activities.  A description of any other significant activities which are appropriate to complete the RI/FS shall be included.

(g)  Schedule.  A schedule which provides specific time frames and dates for completion of each activity and report conducted or submitted under the RI/FS Workplan including the schedules for removal actions and operable unit activities.

5.2.3  RI/FS Workplan Implementation.  Respondents shall implement the approved RI/FS Workplan.

5.2.4  RI/FS Workplan Revisions.  If Respondents propose to modify any methods or initiates new activities for which no Field Sampling Plan, Health and Safety Plan, Quality Assurance Project Plan or other necessary procedures/plans have been established, Respondents shall prepare an addendum to the approved plan(s) for DTSC review and approval prior to modifying the method or initiating new activities.

5.3  Interim Screening and Evaluation of Remedial Technologies.  At the request of DTSC, Respondents shall submit an interim document which identifies and evaluates potentially suitable remedial technologies and recommendations for treatability studies.

5.4  Treatability Studies.  Treatability testing may be performed by Respondents to develop data for the detailed remedial alternatives.  Treatability testing will be required to demonstrate the implementability and effectiveness of technologies unless Respondents can show DTSC that similar data or documentation or information exists. The required deliverables are:  a workplan, a sampling and analysis plan, and a treatability evaluation report.  To the extent practicable, treatability studies will be proposed and implemented during the latter part of Site characterization.

5.5  Remedial Investigation (RI) Report.  The RI Report shall be prepared and submitted by Respondents to DTSC for review and approval in accordance with the approved RI/FS workplan schedule.  The purpose of the RI is to collect data necessary to adequately characterize the Site for the purposes of defining risks to public health and the environment and developing and evaluating effective remedial alternatives. Site characterization may be conducted in one or more phases to focus sampling efforts and increase the efficiency of the investigation.   Respondents shall identify the sources of contamination and define the nature, extent, and volume of the contamination.  Using this information, the contaminant fate and transport shall be evaluated.  The RI Report shall contain:

(a)  Site Physical Characteristics.  Data on the physical characteristics of the Site and surrounding area shall be collected to the extent necessary to define

Unilateral ISE Order
October 6, 2023

potential transport pathways and receptor populations and to provide sufficient engineering data for development and screening of remedial action alternatives.

(b)  <u>Sources of Contamination</u>.  Contamination sources (including heavily contaminated media) shall be defined.  The data shall include the source locations, type of contaminant, waste characteristics, and Site features related to contaminant migration and human exposure.

(c)  <u>Nature and Extent of Contamination</u>.  Contaminants shall be identified and the horizontal and vertical extent of contamination shall be defined in soil, groundwater, surface water, sediment, air, and biota.  Spatial and temporal trends and the fate and transport of contamination shall be evaluated.

5.6  <u>Baseline Health and Ecological Risk Assessment</u>.  Within 30 days from the approval of the RI Report, or as otherwise required by DTSC, Respondents shall perform health and ecological risk assessments for the Site that meet the requirements of Health and Safety Code §25356.1.5(b).  Respondents shall submit a Baseline Health and Ecological Risk Assessment Report.  The report shall be prepared consistent with U.S. EPA and California Environmental Protection Agency guidance and regulations, including as a minimum:  Risk Assessment Guidance for Superfund, Volume 1; Human Health Evaluation Manual, December 1989; Superfund Exposure Assessment Manual, April 1988;  Risk Assessment Guidance for Superfund, Volume 2, Environmental Evaluation Manual, March 1989; Supplemental Guidance for Human Health Multimedia Risk Assessments of Hazardous Waste Sites and Permitted Facilities (DTSC, September 1993); and all other related or relevant policies, practices and guidelines of the California Environmental Protection Agency and policies, practices and guidelines developed by U.S.EPA pursuant to 40 CFR 300.400 et seq.  The Baseline Health and Ecological Risk Assessment Report shall include the following components:

(a)  <u>Contaminant Identification</u>.  Characterization data shall identify contaminants of concern for the risk assessment process.

(b)  <u>Environmental Evaluation</u>.  An ecological assessment consisting of:

(1)  Identification of sensitive environments and rare, threatened, or endangered species and their habitats; and

(2)  As appropriate, ecological investigations to assess the actual or potential effects on the environment and/or develop remediation criteria.

(c)  <u>Exposure Assessment</u>.  The objectives of an exposure assessment are to identify actual or potential exposure pathways, to characterize the potentially exposed populations, and to determine the extent of the exposure.  Exposed populations may include industrial workers, residents, and subgroups that comprise a meaningful portion of the general population, including, but not limited

to, infants, children, pregnant women, the elderly, individuals with a history of serious illness, or other subpopulations, that are identifiable as being at greater risk of adverse health effects due to exposure to hazardous substances than the general population.

(d)  Toxicity Assessment.  Respondents shall evaluate the types of adverse health or environmental effects associated with individual and multiple chemical exposures; the relationship between magnitude of exposures and adverse effects; and related uncertainties such as the weight of evidence for a chemical's potential carcinogenicity in humans.

(e)  Risk Characterization.  Risk characterization shall include the potential risks of adverse health or environmental effects for each of the exposure scenarios derived in the exposure assessment.

5.7   Feasibility Study (FS) Report.  Within 60 days from submittal of the RI Report, or as otherwise required by DTSC, the FS Report shall be prepared and submitted by Respondents to DTSC for review and approval.  The FS Report shall summarize the results of the FS including the following:

(a)  Documentation of all treatability studies conducted.

(b)  Development of medium specific or operable unit specific remedial action objectives, including legal requirements and other promulgated standards that are relevant.

(c)  Identification and screening of general response actions, remedial technologies, and process options on a medium and/or operable unit specific basis.

(d)  Evaluation of alternatives based on the criteria contained in the NCP including:

Threshold Criteria:

(1)  Overall protection of human health and the environment.

(2)  Compliance with legal requirements and other promulgated standards that are relevant.

Primary Balancing Criteria:

(1)  Long-term effectiveness and permanence.

(2)  Reduction of toxicity, mobility, or volume through treatment.

Unilateral ISE Order
October 6, 2023

(3)  Short-term effectiveness.

(4)  Implementability based on technical and administrative feasibility.

(5)  Cost.

Modifying Criteria:

(1)  State and local agency acceptance.

(2)  Community acceptance.

(e)  Proposed remedial actions*.*

5.8  Public Participation Plan (Community Relations).  Respondents shall work cooperatively with DTSC in providing an opportunity for meaningful public participation in response actions. Any such public participation activities shall be conducted in accordance with H&SC §§ 25356.1 and 25358.7 and DTSC's most current Public Participation Policy and Guidance Manual, and shall be subject to DTSC's review and approval.

Respondents, in coordination with DTSC, shall conduct public participation activities consistent with a Public Participation Plan (PPP) that DTSC is in the process of finalizing.  The PPP describes how, under this Order, the public and adjoining community will be kept informed of activities conducted at the Site and how Respondents will be responding to inquiries from concerned citizens.  The PPP shall be revised by Respondents when deemed necessary by DTSC.  Major steps in developing a PPP are as follows:

(a)  Develop proposed list of interviewees;

(b)  Schedule and conduct community interviews; and

(c)  Analyze interview notes, and develop objectives.

Respondents shall conduct future updated baseline community surveys and submit the PPP for DTSC's review within 40 days of DTSC request.

Respondents shall implement any of the public participation support activities identified in the PPP, at the request of DTSC.  DTSC retains the right to implement any of these activities independently.  These activities include, but are not limited to, development and distribution of fact sheets; public meeting preparations; and development and placement of public notices.  Fact sheets will be completed for projected or completed key milestones, as specified in Public Participation Plan, or when requested by DTSC.

5.9 <u>California Environmental Quality Act (CEQA)</u>.   DTSC will comply with CEQA for all activities required by this Order that are projects subject to CEQA.  Upon DTSC request, Respondents shall provide DTSC with any information that DTSC deems necessary to facilitate compliance with CEQA.  The costs incurred by DTSC in complying with CEQA are response costs and Respondents shall reimburse DTSC for such costs pursuant to Section 6.19.

5.10  <u>Removal Action Workplan</u>  If DTSC determines a removal action is appropriate, Respondents will prepare and submit no later than 90 days after DTSC's approval of the FS a draft Removal Action Workplan (RAW) in accordance with Health and Safety Code sections 25323.1 and 25356.1.  The Removal Action Workplan will include:

(a) a description of the on-Site contamination;

(b) the goals to be achieved by the removal action;

(c) an analysis of the alternative options considered and rejected and the basis for that rejection.  This should include a discussion for each alternative which covers its effectiveness, implementability and cost;

(d) administrative record list;

(e) a description of the techniques and methods to be used in the removal action, including any excavating, storing, handling, transporting, treating, and disposing of material on or off the site;

(f)  Sampling and Analysis Plan with corresponding Quality Assurance Plan to confirm the effectiveness of the RAW, if applicable;

(g) a brief overall description of methods that will be employed during the removal action to ensure the health and safety of workers and the public during the removal action.  A detailed community air monitoring plan shall be included if requested by DTSC.

In conjunction with DTSC, Respondents shall implement the public review process specified in DTSC's Public Participation Policy and Guidance Manual.  DTSC will prepare a response to the public comments received. If required, the Respondents shall submit within 10 days of the request the information necessary for DTSC to prepare this document.

Following DTSC's finalization of the Responsiveness Summary, DTSC will specify any changes to be made in the RAW.  Respondents shall modify the document in accordance with DTSC's specifications and submit a final RAW within 15 days of receipt of DTSC's comments.

Unilateral ISE Order
October 6, 2023

If the proposed removal action does not meet the requirements of Health and Safety Code section 25356.1(h), the Respondents will prepare a Remedial Action Plan (RAP) in accordance with Health and Safety Code section 25356.1(c) for DTSC review and approval.

5.11   <u>Remedial Action Plan (RAP)</u>. Except as specified in section 5.10 (RAW), no later than 90 days after DTSC approval of the FS Report, Respondents shall prepare and submit to DTSC a draft RAP. The draft RAP shall be consistent with the NCP and Health and Safety Code section 25356.1. The draft RAP public review process may be combined with that of any other documents required by CEQA. The draft RAP shall be based on and summarize the approved RI/FS Reports, and shall clearly set forth:

(a) Health and safety risks posed by the conditions at the Site.

(b) The effect of contamination or pollution levels upon present, future, and probable beneficial uses of contaminated, polluted, or threatened resources.

(c) The effect of alternative remedial action measures on the reasonable availability of groundwater resources for present, future, and probable beneficial reuses.

(d) Site-specific characteristics, including the potential for off-Site migration of hazardous substances, the surface or subsurface soil, and the hydrogeologic conditions, as well as pre-existing background contamination levels.

(e) Cost-effectiveness of alternative remedial action measures. Land disposal shall not be deemed the most cost-effective measure merely on the basis of lower short-term cost.

(f) The potential environmental impacts of alternative remedial action measures, including, but not limited to, land disposal of the untreated hazardous substances as opposed to treatment of the hazardous substances to remove or reduce their volume, toxicity, or mobility prior to disposal.

(g) A statement of reasons setting forth the basis for the removal and remedial actions selected. The statement shall include an evaluation of each proposed alternative submitted and evaluate the consistency of the removal and remedial actions proposed by the plan with the NCP.

(h) A schedule for implementation of all proposed removal and remedial actions.

In conjunction with DTSC, Respondents shall implement the public review process specified in DTSC's Public Participation Policy and Guidance Manual. DTSC will prepare a response to the public comments received. If required, the Respondents shall submit within 10 days of the request the information necessary for DTSC to prepare this document.

003685

Following DTSC's finalization of the Responsiveness Summary, DTSC will specify any changes to be made in the RAP. Respondents shall modify the document in accordance with DTSC's specifications and submit a final RAP within 15 days of receipt of DTSC's comments.

5.12   Remedial Design (RD).   Within 60 days after DTSC approval of the final RAP, Respondents shall submit to DTSC for review and approval a RD describing in detail the technical and operational plans for implementation of the final RAP which includes the following elements, as applicable:

(a) Design criteria, process unit and pipe sizing calculations, process diagrams, and final plans and specifications for facilities to be constructed.

(b) Description of equipment used to excavate, handle, and transport contaminated material.

(c) A field sampling and laboratory analysis plan addressing sampling during implementation and to confirm achievement of the performance objectives of the RAP.

(d) A transportation plan identifying routes of travel and final destination of wastes generated and disposed.

(e) For groundwater extraction systems:  aquifer test results, capture zone calculations, specifications for extraction and performance monitoring wells, and a plan to demonstrate that capture is achieved.

(f) An updated health and safety plan addressing the implementation activities.

(g) Identification of any necessary permits and agreements.

(h) An operation and maintenance plan including any required monitoring.

(i) A detailed schedule for implementation of the remedial action consistent with the schedule contained in the approved RAP including procurement, mobilization, construction phasing, sampling, facility startup, and testing.

(j) A Community Air Monitoring Plan.

5.13   Land Use Covenant.   If the approved remedy in the final RAP or final RAW includes deed restrictions or land use restrictions, pursuant to California Code of Regulations, title 22, section 67391.1, the current owner(s) of the Site shall sign and record deed restrictions approved by DTSC within 90 days of DTSC's approval of the final RAP or final RAW.

5.14  Implementation of Final RAP or Final RAW.  Upon DTSC approval of the RD or final RAW, Respondents shall implement the final RAP or final RAW in accordance with the approved schedule in the RD or final RAW.  Within 30 days of completion of field activities, Respondents shall submit an Implementation Report documenting the implementation of the Final RAP and RD or final RAW.

5.15  Operation and Maintenance (O&M).  Respondents shall comply with all O&M requirements in accordance with the final RAP and approved RD or final RAW. Within 30 days of the date of DTSC's request, Respondents shall prepare and submit to DTSC for approval an O&M plan that includes an implementation schedule. Respondents shall implement the plan in accordance with the approved schedule.

5.16  Five-Year Review.  Respondents shall review and reevaluate the remedial action after a period of no more than five years from the completion of construction and startup, or as otherwise directed by DTSC, and every five years thereafter.  The review and reevaluation shall be conducted to determine if human health and the environment are being protected by the remedial action.  Within 30 days before the end of the time period approved by DTSC to review and reevaluate the remedial action, Respondents shall submit a remedial action review workplan to DTSC for review and approval. Within 60 days of DTSC's approval of the workplan, Respondents shall implement the workplan and shall submit a comprehensive report of the results of the remedial action review.  The report shall describe the results of all sample analyses, tests and other data generated or received by Respondents and evaluate the adequacy of the implemented remedy in protecting public health, safety and the environment.  As a result of any review performed under this Section, Respondents may be required to perform additional work or to modify work previously performed.

5.17  Changes During Implementation of the Final RAP or Final RAW.  During the implementation of the final RAP and RD or final RAW, DTSC may specify such additions, modifications, and revisions to the RD or final RAW as DTSC deems necessary to protect public health and safety or the environment or to implement the final RAP or final RAW.

5.18  Stop Work Order.  In the event that DTSC determines that any activity (whether or not pursued in compliance with this Order) may pose an imminent or substantial endangerment to the health or safety of people on the Site or in the surrounding area or to the environment, DTSC may order Respondents to stop further implementation of this Order for such period of time needed to abate the endangerment. In the event that DTSC determines that any site activities (whether or not pursued in compliance with this Order) are proceeding without DTSC authorization,  DTSC may order Respondents to stop further implementation of this Order or activity for such period of time needed to obtain DTSC authorization, if such authorization is appropriate. Any deadline in this Order directly affected by a Stop Work Order, under this Section, shall be extended for the term of the Stop Work Order.

5.19  Emergency Response Action/Notification.  In the event of any action or occurrence (such as a fire, earthquake, explosion, or human exposure to hazardous substances caused by the release or threatened release of a hazardous substance) during the course of this Order, Respondents shall immediately take all appropriate action to prevent, abate, or minimize such emergency, release, or immediate threat of release and shall immediately notify the Project Manager.  Respondents shall take such action in consultation with the Project Manager and in accordance with all applicable provisions of this Order.  Within seven days of the onset of such an event, Respondents shall furnish a report to DTSC, signed by Respondents' Project Coordinator, setting forth the events which occurred and the measures taken in the response thereto.  In the event that Respondents fail to take appropriate response and DTSC takes the action instead, Respondents shall be liable to DTSC for all costs of the response action. Nothing in this Section shall be deemed to limit any other notification requirement to which Respondents may be subject.

5.20  Discontinuation of Remedial Technology.  Any remedial technology employed in implementation of the final RAP or final RAW shall be left in place and operated by Respondents until and except to the extent that DTSC authorizes Respondents in writing to discontinue, move or modify some or all of the remedial technology because Respondents have met the criteria specified in the final RAP or final RAW for its discontinuance, or because the modifications would better achieve the goals of the final RAP or final RAW.

5.21  Financial Assurance. Respondents shall demonstrate to DTSC and maintain financial assurance for operation and maintenance and monitoring.  Respondents shall demonstrate financial assurance prior to the time that operation and maintenance activities are initiated and shall maintain it throughout the period of time necessary to complete all required operation and maintenance activities.  The financial assurance mechanisms shall meet the requirements of Health and Safety Code Section 25355.2. All financial assurance mechanisms are subject to the review and approval of DTSC.

## VI.  GENERAL PROVISIONS

6.1  Project Coordinator.  Within 15 days from the effective date of this Order, Respondents shall submit to DTSC in writing the name, address, and telephone number of a Project Coordinator whose responsibilities will be to receive all notices, comments, approvals, and other communications from DTSC.  Respondents shall promptly notify DTSC of any change in the identity of the Project Coordinator.  Respondents shall obtain approval from DTSC before the new Project Coordinator performs any work under this Order.

6.2  Project Engineer/Geologist.  The work performed pursuant to this Order shall be under the direction and supervision of a qualified professional engineer or a registered geologist in the State of California, with expertise in hazardous substance site cleanup.  Within 15 days from the effective date of this Order, Respondents must

submit:  a) The name and address of the project engineer or geologist chosen by Respondents; and b) in order to demonstrate expertise in hazardous substance cleanup, the resumé of the engineer or geologist, and the statement of qualifications of the consulting firm responsible for the work.  Respondents shall promptly notify DTSC of any change in the identity of the Project Engineer/Geologist.  Respondents shall obtain approval from DTSC before the new Project Engineer/Geologist performs any work under this Order.

6.3  Monthly Summary Reports.  Within 30 days from the effective date of this Order, and on a monthly basis thereafter, Respondents shall submit a Monthly Summary Report of their activities under the provisions of this Order.  The reports shall be received by DTSC by the 15th day of each month and shall describe:

(a) Specific actions taken by or on behalf of Respondents during the previous calendar month;

(b) Actions expected to be undertaken during the current calendar month;

(c) All planned activities for the next month;

(d) Any requirements under this Order that were not completed;

(e) Any problems or anticipated problems in complying with this Order; and

(f) All results of sample analyses, tests, and other data generated under this Order during the previous calendar month, and any significant findings from these data.

6.4  Quality Assurance/Quality Control (QA/QC).  All sampling and analysis conducted by Respondents under this Order shall be performed in accordance with QA/QC procedures submitted by Respondents and approved by DTSC pursuant to this Order.

6.5  Submittals.  All submittals and notifications from Respondents required by this Order shall be sent to the DTSC Project Manager, which as of the date of this Order is:

Ian Utz, Project Manager
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200C
Berkeley, California 94710
ian.utz@dtsc.ca.gov

All reports shall be submitted in two hard (paper) copies and one electronic copy in searchable portable document format (PDF).

Unilateral ISE Order
October 6, 2023

003689

6.6  <u>Communications</u>.  All approvals and decisions of DTSC made regarding submittals and notifications will be communicated to Respondents in writing by the Site Mitigation Branch Chief, or his/her designee.  No informal advice, guidance, suggestions or comments by DTSC regarding reports, plans, specifications, schedules or any other writings by Respondents shall be construed to relieve Respondents of the obligation to obtain such formal approvals as may be required.

6.7  <u>DTSC Review and Approval</u>.

(a) All response actions taken pursuant to this Order shall be subject to the approval of DTSC.  Respondents shall submit all deliverables required by this Order to DTSC.  Once the deliverables are approved by DTSC, they shall be deemed incorporated into, and where applicable, enforceable under this Order.

(b) If DTSC determines that any report, plan, schedule or other document submitted for approval pursuant to this Order fails to comply with this Order or fails to protect public health or safety or the environment, DTSC may:

(1) Modify the document as deemed necessary and approve the document as modified; or

(2) Return comments to Respondents with recommended changes and a date by which Respondents must submit to DTSC a revised document incorporating the recommended changes.

(c) Any modifications, comments or other directives issued pursuant to (a) above, are incorporated into this Order.  Any noncompliance with these modifications or directives shall be deemed a failure or refusal to comply with this Order.

6.8  <u>Compliance with Applicable Laws</u>.  Nothing in this Order shall relieve Respondents from complying with all other applicable laws and regulations, including but not limited to compliance with all applicable waste discharge requirements issued by the State Water Resources Control Board or a California Regional Water Quality Control Board.   Respondents shall conform all actions required by this Order with all applicable federal, state and local laws and regulations.

6.9  <u>Respondent Liabilities</u>.  Nothing in this Order shall constitute or be construed as a satisfaction or release from liability for any conditions or claims arising as a result of past, current or future operations of Respondents.  Nothing in this Order is intended or shall be construed to limit the rights of any of the parties with respect to claims arising out of or relating to the deposit or disposal at any other location of substances removed from the Site.  Nothing in this Order is intended or shall be construed to limit or preclude DTSC from taking any action authorized by law to protect public health or safety or the environment and recovering the cost thereof.  Notwithstanding compliance with the terms of this Order, Respondents may be required to take further actions as are

Unilateral ISE Order
October 6, 2023

necessary to protect public health and the environment.

6.10  <u>Site Access</u>.  Access to the Site and laboratories used for analyses of samples under this Order shall be provided at all reasonable times to employees, contractors, and consultants of DTSC.  Nothing in this Section is intended or shall be construed to limit in any way the right of entry or inspection that DTSC or any other agency may otherwise have by operation of any law.   DTSC and its authorized representatives shall have the authority to enter and move freely about all property at the Site at all reasonable times for purposes including, but not limited to:  inspecting records, operating logs, sampling and analytic data, and contracts relating to this Site; reviewing the progress of Respondents in carrying out the terms of this Order; conducting such tests as DTSC may deem necessary; and verifying the data submitted to DTSC by Respondents.

To the extent the Site or any other property to which access is required for the implementation of this Order is owned or controlled by persons other than Respondents, Respondents shall use best efforts to secure from such persons access for Respondents, as well as DTSC, its representatives, and contractors, as necessary to effectuate this Order.  To the extent that any portion of the Site is controlled by tenants of Respondents, Respondents shall use best efforts to secure from such tenants, access for Respondents, as well as for DTSC, its representatives, and contractors, as necessary to effectuate this Order.  For purposes of this Section, "best efforts" includes the payment of reasonable sums of money in consideration of access.  If any access required to complete the Work is not obtained within forty-five (45) days of the effective date of this Order, or within forty-five (45) days of the date DTSC notifies Respondents in writing that additional access beyond that previously secured is necessary, Respondents shall promptly notify DTSC, and shall include in that notification a summary of the steps Respondents have taken to attempt to obtain access.  DTSC may, as it deems appropriate, assist Respondents in obtaining access.  Respondents shall reimburse DTSC in obtaining access, including, but not limited to, attorneys fees and the amount of just compensation.

6.11  <u>Site Access for Respondents</u>.  The Site owner Respondents shall grant access to other Respondents who are in compliance with this Order for the purpose of conducting activities pursuant to this Order or for activities deemed necessary by DTSC to meet the objectives of this Order.

6.12  <u>Sampling, Data and Document Availability</u>.  Respondents shall permit DTSC and its authorized representatives to inspect and copy all sampling, testing, monitoring or other data generated by Respondents or on Respondents' behalf in any way pertaining to work undertaken pursuant to this Order.  Respondents shall submit all such data upon the request of DTSC.  Copies shall be provided within 7 days of receipt of DTSC's written request.  Respondents shall inform DTSC at least 7 days in advance of all field sampling under this Order, and shall allow DTSC and its authorized representatives to take duplicates of any samples collected by Respondents pursuant to

Unilateral ISE Order
October 6, 2023

this Order.  Respondents shall maintain a central depository of the data, reports, and other documents prepared pursuant to this Order.

6.13  <u>Record Retention</u>.  All such data, reports and other documents shall be preserved by Respondents for a minimum of ten years after the conclusion of all activities under this Order.  If DTSC requests that some or all of these documents be preserved for a longer period of time, Respondents shall either comply with that request or deliver the documents to DTSC, or permit  DTSC to copy the documents prior to destruction.  Respondents shall notify DTSC in writing at least six months prior to destroying any documents prepared pursuant to this Order.

6.14  <u>Government Liabilities</u>.  The State of California shall not be liable for any injuries or damages to persons or property resulting from acts or omissions by Respondents, or related parties specified in Section 6.26, Parties Bound, in carrying out activities pursuant to this Order, nor shall the State of California be held as party to any contract entered into by Respondents or their agents in carrying out activities pursuant to this Order.

6.15  <u>Additional Actions</u>.  By issuance of this Order, DTSC does not waive the right to take any further actions authorized by law.

6.16  <u>Extension Requests</u>.  If Respondents are unable to perform any activity or submit any document within the time required under this Order, Respondents may, prior to expiration of the time, request an extension of the time in writing.  The extension request shall include a justification for the delay.  All such requests shall be in advance of the date on which the activity or document is due.

6.17  <u>Extension Approvals</u>.  If DTSC determines that good cause exists for an extension, it will grant the request and specify a new schedule in writing.  Respondents shall comply with the new schedule incorporated in this Order.

6.18  <u>Liability for Costs</u> .   Respondents are liable for all of DTSC's costs that have been incurred in taking response actions at the Site (including costs of overseeing response actions performed by Respondents) and costs to be incurred in the future.

6.19  <u>Payment of Costs</u>.  DTSC may bill Respondents for costs incurred in taking response actions at the Site prior to the effective date of this Order.  DTSC will bill Respondents quarterly for its response costs incurred after the effective date of this Order.  Respondents shall pay DTSC within 60 days of receipt of any DTSC billing.  Any billing not paid in 60 days is subject to interest calculated from the date of the billing pursuant to Health and Safety Code section 25360.1.  All payments made by Respondents pursuant to this Order shall be by cashier's or certified check made payable to this "Department of Toxic Substances Control," and shall bear on the face the project code of the Site (Site Code 202453) and the Docket number of this Order.  Payments shall be sent to:

Unilateral ISE Order
October 6, 2023

Department of Toxic Substances Control
Accounting/Cashier
1001 I Street, 21st Floor
P.O. Box 806
Sacramento, California 95812-0806

A photocopy of all payment checks shall also be sent to the person designated by DTSC to receive submittals under this Order.

6.20   Severability.  The requirements of this Order are severable, and Respondents shall comply with each and every provision hereof, notwithstanding the effectiveness of any other provision.

6.21   Incorporation of Plans, Schedules and Reports.  All plans, schedules, reports, specifications and other documents that are submitted by Respondents pursuant to this Order are incorporated in this Order upon DTSC's approval or as modified pursuant to Section 6.7, DTSC Review and Approval, and shall be implemented by Respondents. Any noncompliance with the documents incorporated in this Order shall be deemed a failure or refusal to comply with this Order.

6.22   Modifications.   DTSC reserves the right to unilaterally modify this Order. Any modification to this Order shall be effective upon the date the modification is signed by DTSC and shall be deemed incorporated in this Order.

6.23   Time Periods.  Unless otherwise specified, time periods begin from the effective date of this Order and "days" means calendar days.

6.24   Termination and Satisfaction.   Except for Respondents' obligations under Section 5.15 (Operation and Maintenance), Section 5.16 (Five-Year Review), Section 5.21 (Financial Assurance), Section 6.13 (Record Retention), Section 6.18 (Liability for Costs), and Section 6.19 (Payment of Costs), Respondents' obligations under this Order shall terminate and be deemed satisfied upon Respondents' receipt of written notice from DTSC that Respondents have complied with all the terms of this Order.

6.25   Calendar of Tasks and Schedules.  This Section is merely for the convenience of listing in one location the submittals required by this Order.  If there is a conflict between the date for a scheduled submittal within this Section and the date within the Section describing the specific requirement, the latter shall govern.

## Calendar of Tasks and Schedules

| TASK | SCHEDULE |
|---|---|
| 1. Notice of Intent to Comply (Section 7). | Within 15 days of the effective date of this Order. |
| 2. Identify Project Coordinator (Section 6.1). | Within 15 days of the effective date of this Order. |
| 3. Identify Project Engineer/Geologist (Section 6.2). | Within 15 days of the effective date of this Order. |
| 4. Provide a copy of this Order to all contractors, subcontractors, laboratories, and consultants which are retained to conduct any work performed under this Order (section 6.26). | Within 15 days of the effective date of this Order or the date of retaining their services, whichever is later. |
| 5. Attend Site Remediation Strategy Meeting (Section 5.1.2). | Within 20 days of the effective date of this Order. |
| 6. Submit overdue vapor intrusion investigation report, as required by the Final Draft Revised Off-Site Vapor Intrusion Investigation Workplan, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond, dated May 19, 2021. | Within 30 days of the effective date of this Order. |
| 7. Submit Monthly Summary Reports (Section 6.3). | Within 30 days from the effective date of this Order, and on a monthly basis thereafter, the 15th day of each month. |
| 8. Groundwater and Soil Gas Monitoring (Section 5.1.4). | As determined as part of RI/FS. |
| 9. Removal Actions: Fence and Post (Section 5.1.3(a)) and SVE/SSD Continued Operation (Section 5.1.3(b)). | Within 60 days of the effective date of this Order, install fencing and signage. Beginning the effective date of this Order, and until DTSC approves otherwise, continue to operate the SVE/SSD system. |

| TASK | SCHEDULE |
|---|---|
| 10. Submit RI/FS Workplan (Section 5.2.2). | Within 90 days of the effective date of this Order. |
| 11. Submit interim screening and evaluation document (Section 5.3). | As requested by DTSC. |
| 12. Complete Treatability Studies (Section 5.4). | As required during Site characterization or as requested by DTSC. |
| 13. Submit RI Report (Section 5.5). | Per approved RI/FS Workplan schedule. |
| 14. Submit Health and Baseline Risk Assessment (Section 5.6). | Within 30 days from approval of RI Report, or as otherwise required by DTSC. |
| 15. Submit FS Report (Section 5.7). | Within 60 days from submittal of RI Report, or as otherwise required by DTSC. |
| 16. Submit PPP (Section 5.8). | Within 40 days from DTSC request. |
| 17. Conduct public participation activities (Section 5.8). | As requested by DTSC. |
| 18. Submit and distribute Fact Sheets (Section 5.8). | For projected or completed key milestones, as specified in PPP, or when requested by DTSC. |
| 19. Submit CEQA Documentation (Section 5.9). | Upon DTSC request. |
| 20. Submit Draft RAP or Draft RAW (Section 5.10 or 5.11). | Within 90 days after approval of FS Report. |
| 21. Submit information needed to prepare the Responsiveness Summary (Section 5.10 or 5.11). | Within 10 days of DTSC request. |
| 22. Submit Final RAP or Final RAW (Section 5.10 or 5.11). | Within 15 days of receipt of DTSC's comments. |
| 23. Submit Remedial Design (Section 5.12). | Within 60 days after DTSC's approval of the Final RAP. |
| 24. Land Use Covenant (Section 5.13). | Within 90 days of approval of Final RAP or Final RAW. |

Unilateral ISE Order
October 6, 2023

| TASK | SCHEDULE |
|---|---|
| 25. Implementation of Final RAW or Final RAP and RD (Section 5.14). | Per approved RAW/RD schedule. |
| 26. Submit Implementation Report (Section 5.14). | Within 30 days of completion of field activities for RAW/RD implementation. |
| 27. Submit O&M Plan (Section 5.15). | Within 30 days of DTSC's request. |
| 28. Submit Remedial Action Review Workplan (Section 5.16). | Within 30 days before the end of the time period approved by DTSC to review and reevaluate the remedial action. |
| 29. Submit Five-Year Review Report (Section 5.16). | Within 60 days of DTSC's approval of Remedial Action Review Workplan. |
| 30. Submit Emergency Response Action Report (Section 5.19). | Within 7 days of the onset of an emergency event. |
| 31. Demonstrate financial assurance for operation, maintenance, and monitoring (Section 5.21). | Prior to the time such activities are initiated, and throughout the period of time necessary to complete such activities. |
| 32. Provide copies of sampling data and documentation (Section 6.12). | Within 7 days of receipt of DTSC's request. |
| 33. Provide prior notice before conducting field sampling (Section 6.12). | At least 7 days in advance of field sampling. |
| 34. Maintain central depository of data, reports, and documentation (Section 6.13). | For minimum of 10 years after conclusion of all activities conducted pursuant to this Order. |
| 35. Provide prior written notice prior to destroying documents (Section 6.13). | At least 6 months prior to destroying any documentation prepared pursuant to this Order. |

Unilateral ISE Order
October 6, 2023

6.26  <u>Parties Bound</u>.  This Order applies to and is binding upon Respondents, and their officers, directors, agents, employees, contractors, consultants, receivers, trustees, successors and assignees, including but not limited to, individuals, partners, and subsidiary and parent corporations.  Respondents shall provide a copy of this Order to all contractors, subcontractors, laboratories, and consultants which are retained to conduct any work performed under this Order, within 15 days after the effective date of this Order or the date of retaining their services, whichever is later.  Respondents shall condition any such contracts upon satisfactory compliance with this Order. Notwithstanding the terms of any contract, Respondents are responsible for compliance with this Order and for ensuring that their subsidiaries, employees, contractors, consultants, subcontractors, agents and attorneys comply with this Order.

6.27  <u>Change in Ownership</u>.  No change in ownership or corporate or partnership status relating to the Site shall in any way alter Respondents' responsibility under this Order.  No conveyance of title, easement, or other interest in the Site, or a portion of the Site, shall affect Respondents' obligations under this Order.  Unless DTSC agrees that such obligations may be transferred to a third party, Respondents shall be responsible for and liable for any failure to carry out all activities required of Respondents by the terms and conditions of this Order, regardless of Respondents' use of employees, agents, contractors, or consultants to perform any such tasks.  Respondents shall provide a copy of this Order to any subsequent owners or successors before ownership rights or stock or assets in a corporate acquisition are transferred.

## VII.  NOTICE OF INTENT TO COMPLY

7.  Not later than 15 days after the effective date of this Order, Respondents shall provide written notice, in accordance with Section 6.5 (Submittals) of this Order, stating whether or not Respondents will comply with the terms of this Order.  If Respondents, or any one of them, do not unequivocally commit to perform all of the requirements of this Order, they, or each so refusing, shall be deemed to have violated this Order and to have failed or refused to comply with this Order.  Respondents' written notice shall describe, using facts that exist on or prior to the effective date of this Order, any "sufficient cause" defenses asserted by Respondents under Health and Safety Code sections 25358.3(a) and 25355.5(a)(1)(B) or CERCLA section 107(c)(3), 42 U.S.C. section 9607(c)(3).

## VIII.  <u>EFFECTIVE DATE</u>

8.  This Order is final and effective five days from the date of mailing, which is the date of the cover letter transmitting the Order to you.

Unilateral ISE Order
October 6, 2023

003697

## IX.  PENALTIES FOR NONCOMPLIANCE

9.  Each Respondent may be liable for penalties of up to $25,000 for each day out of compliance with any term or condition set forth in this Order and for punitive damages up to three times the amount of any costs incurred by DTSC as a result of Respondents' failure to comply, pursuant to Health and Safety Code sections 25359, 25359.2, 25359.4, and 25367(c).  Health and Safety Code section 25359.4.5 provides that a responsible party who complies with this Order, or with another order or agreement concerning the same response actions required by this Order, may seek treble damages from Respondents who fail or refuse to comply with this Order without sufficient cause.

DATE OF ISSUANCE:  October 6, 2023

Marikka Hughes, PG
Branch Chief
Site Mitigation and Restoration Program – Berkeley Office
Department of Toxic Substances Control

cc:  Site Mitigation and Restoration Program
Headquarters
Office of Legal Counsel

Unilateral ISE Order
October 6, 2023

EXHIBIT A

Unilateral ISE Order
October 6, 2023

003699



Contra Costa County Assessor's Office Map

Legend

Streets

Assessment Parcels

World Imagery
Low Resolution 15m Imagery
High Resolution 60cm Imagery
High Resolution 30cm Imagery
Citations

Notes

Contra Costa County -DOIT GIS

SITE

Key Blvd

Nevin Ave

Prather Ave

McLaughlin St

State Hwy 123

State Hwy 123

Wilson Ave

I 80

1: 2,204

This map is a user generated static output from an Internet mapping site and is for reference only. Data layers that appear on this map may or may not be accurate, current, or otherwise reliable.
THIS MAP IS NOT TO BE USED FOR NAVIGATION

0    0.03    0.1    Miles

0.1

WGS_1984_Web_Mercator_Auxiliary_Sphere

EXHIBIT B

Unilateral ISE Order
October 6, 2023

003701



EXHIBIT C

Unilateral ISE Order
October 6, 2023



**Site Map**

SITE

**PANGEA**

**Former Omo's Cleaners**
12210 San Pablo Avenue
Richmond, California

Fig 2 Site Map 2020-05-27 (T435)

EXHIBIT D

Unilateral ISE Order
October 6, 2023

EXHIBIT D

Technical Reports

---

California Department of Toxic Substances Control (DTSC).  2011.  Site Screening Assessment, Omo Fabricare Cleaners, Richmond.  April 1.

**\*\*Exponent, Inc. (Exponent).  2020.  Health and Safety Plan (HASP), Former Omo's Cleaners, Pangea Environmental Services, Inc., for Subslab Depressurization/Soil Vapor Extraction System Operation & Maintenance. December 7.**

Exponent.  2021.  Health and Safety Plan (HASP), Former Omo's Cleaners, Pangea Environmental Services, Inc., for Site Characterization.  March 18.

Pangea Environmental Services, Inc. (Pangea).  2016.  Site Assessment Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  August 16.

**\*\*Pangea.  2017.  Groundwater Monitoring Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  June 19.**

**\*\*Pangea.  2020.  Groundwater Monitoring Report 2019, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  April 30.**

**\*\*Pangea.  2020.  SVE/SSD System Startup Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  June 30.**

**\*\*Pangea.  2020.  Additional Characterization Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  December 4.**

Pangea.  2021.  Final Draft Revised Off-Site Vapor Intrusion Investigation Workplan, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  March 19.

**\*\*Pangea.  2022.  Data Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  March 21.**

Pangea.  2022.  Preliminary Sampling Data Summary, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  May 23.

Pangea.  2023.  Preliminary Sampling Data Summary, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  January 25.

**\*\*Pangea.  2023.  Groundwater Monitoring Report 2022, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond.  January 26.**

Weiss Associates.  2008.  Ground Water Investigation Report for Macdonald-San Pablo-Wall-45[th] Plume Study Area, Richmond and El Cerrito, California.  May 16.

***(\*\* Unapproved/unreviewed by DTSC at the time of this order.)***

EXHIBIT E

Unilateral ISE Order
October 6, 2023

003707

EXHIBIT E

Standard Chain Link Fence Specifications

---

1. The fence shall be a six foot high chain link fence topped with three (3) strands of barbed wire.  The barbed wire shall be placed outward from the fence at an angle of between 30 and 45 degrees.

2. The fence wire shall be at least eleven (11) gauge and woven into approximately two inch mesh.

3. The fencing should have a knuckled finish on the top and bottom edges.

4. The posts are to be made of galvanized metal and placed no more than ten (10) feet apart and set deeply enough to support the fencing.  Corner posts shall be set in concrete.

5. Any access gates are to be of the same material as the fence and shall be secured with an appropriate padlock.

6. The fence location shall be the same as the existing temporary fences located on the perimeter of Lot 28 of the Site but shall replace the existing temporary fences which are not set into the ground.


Reference:  DTSC OPP#89-1, Draft #2, Fence and Post Orders

EXHIBIT F

Unilateral ISE Order
October 6, 2023

EXHIBIT F

Sign Specifications

---

1. The signs shall be in English and Spanish, and may include international symbols as may be required by Department.

2. The signs shall read:  "Caution:  Hazardous Substance Area, Unauthorized Persons Keep Out", and shall have the name and telephone number of the Department.  The Department also recommends that the Respondents attach "do not enter" international symbol signs at appropriate intervals to the fence to prevent injury to individuals who cannot read the sign.

3. The lettering on the signs shall be legible from a distance of twenty-five (25) feet.

4. The signs shall be visible from the surrounding area and be posted at each route of entry into the Site.  Signs shall be posted on the fence, facing outwards, at intervals of not more than 100 feet or less than 75 feet.

5. The signs shall be made of a material able to withstand the elements.


Reference:  DTSC OPP#89-1, Draft #2, Fence and Post Orders

003710

# Exhibit 38

003711

# Statement Ending

# January 29, 2016

**003712**

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

### January 2016

*Reconciled 2/10/16*

*Reporting Activity 01/01 - 01/29*                    *Page 1 of 4*

RETURN SERVICE REQUESTED

‹ >003102 1022956 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
|  | 24-Hour Tele Banking | 888.400.6324 |
|  | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
|  | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

**Account Summary**

Privacy

**Account Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/01/2016** | Privacy | | | |
| 01/04/2016 | | | | |
| 01/08/2016 | | | | |
| 01/14/2016 | | | | |
| 01/14/2016 | | | | |
| 01/26/2016 | | | | |
| **01/29/2016** | | | | |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 8950 | 01/14/2016 | $235.10 | 8952 | 01/08/2016 | $1,005.98 |
| 8951 | 01/14/2016 | $2,007.00 | 8953 | 01/26/2016 | $380.00 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |


Member
**FDIC**
EQUAL HOUSING LENDER

**Casa Nido001874**

## 00718 To Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932% by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| ENTER Balance this statement | $ |
|---|---|
| ADD |  |
|  |  |
| Recent deposits (not credited on this statement) |  |
|  | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001875

**003714** **Mechanics Bank**

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**



|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

**Casa Nido001876**

**Mechanics Bank®**

**January 2016**

*Reporting Activity 01/01 - 01/29*

CASA NIDO
3050 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
4001-0516
Mechanics Bank THE MECHANICS BANK
90-203-1211
8950
12/17/2015
PAY TO THE ORDER OF City of Richmond $ **235.10
Two Hundred Thirty-Five and 10/100********** DOLLARS
City of Richmond
Finance Department
1401 Marina Way, South
Richmond, CA 94804
MEMO AC#1041195 12226 San Pablo Avenue
⑈008950⑈ ⑆121102036⑆ 003⑈030253⑈

Chk No. 8950 Amt $235.10 Paid 01/14/16

CASA NIDO
3050 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
8951
1/5/2016
PAY TO THE ORDER OF Farmers's Insurance $ **2,007.00
Two Thousand Seven and 00/100********** DOLLARS
Farmers's Insurance
PO Box 894731
Los Angeles, CA 90189
F00433 8817 001 00001
MEMO Jan 28, 2016- Jan 28, 2017 Policy # 60507-14-20
⑈008951⑈ ⑆121102036⑆ 003⑈030253⑈

Chk No. 8951 Amt $2,007.00 Paid 01/14/16

CASA NIDO
3050 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
8952
1/7/2016
PAY TO THE ORDER OF B&T Bookkeeping $ **1,005.98
One Thousand Five and 98/100********** DOLLARS
B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO Invoice #5889
⑈008952⑈ ⑆121102036⑆ 003⑈030253⑈

Chk No. 8952 Amt $1,005.98 Paid 01/08/16

CASA NIDO
3050 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
8953
1/19/2016
PAY TO THE ORDER OF Precision Roofing Co. $ **380.00
Three Hundred Eighty and 00/100********** DOLLARS
Precision Roofing Co.
PO Box 7367
Oakland, CA 94601
MEMO Invoice #3317 FOF Roof Job
⑈008953⑈ ⑆121102036⑆ 003⑈030253⑈

Chk No. 8953 Amt $380.00 Paid 01/26/16

# Statement Ending

# February 29, 2016

003717



# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

*February 2016*

Reporting Activity 01/30 - 02/29                    Page 1 of 4

Reconciled
3/11/16

RETURN SERVICE REQUESTED

>004050 1025264 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

**Account Summary**

Privacy

**Account Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **01/30/2016** | **Beginning Balance** | Privacy | | |
| 02/02/2016 | DEPOSIT | | | |
| 02/05/2016 | CHECK # 8954 | | | |
| 02/05/2016 | CHECK # 8962 | | | |
| 02/24/2016 | CHECK # 8963 | | | |
| **02/29/2016** | **Ending Balance** | | | |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 8954 | 02/05/2016 | $1,600.97 | 8962* | 02/05/2016 | $400.00 | 8963 | 02/24/2016 | $2,067.00 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

 Member FDIC
EQUAL HOUSING LENDER

**Casa Nido001878**

## 003718 Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?  ◯ Verified additions and subtractions in your checkbooks?  ◯ Compared cancelled checks to check stubs?  ◯ Compared deposit amounts on statement to your checkbook?



MEMBER FDIC

Casa Nido001879

**003719**

## Mechanics Bank

**February 2016**

Reporting Activity 01/30 - 02/29                    *Page 3 of 4*

# PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**



| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

**Casa Nido001880**

003720 Mechanics Bank®

**February 2016**

*Reporting Activity 01/30 - 02/29*

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
90-203-1211

8954

2/3/2016

PAY TO THE ORDER OF B&T Bookkeeping $ **1,600.97

One Thousand Six Hundred and 97/100**** DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #5750

008954 121102036 003 030253

Chk No. 8954 Amt $1,600.97 Paid 02/05/16

[redacted]

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
90-203-1211

8962

2/2/2016

PAY TO THE ORDER OF B&T Bookkeeping $ **400.00

Four Hundred and 00/100**** DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #5723

008962 121102036 003 030253

Chk No. 8962 Amt $400.00 Paid 02/05/16

003721

# Statement Ending

# March 31, 2016

003722

# Mechanics Bank

**March 2016**

P.O. Box 5610
Hercules, CA 94547-5610

*Received 5/2/16*

Reporting Activity 03/01 - 03/31          Page 1 of 4

RETURN SERVICE REQUESTED

>002490 1028040 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011





### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

**Account Summary**

Privacy

**Account Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **03/01/2016** | **Beginning Balance** | Privacy | | |
| 03/03/2016 | DEPOSIT | | | |
| 03/07/2016 | CHECK # 8964 | | | |
| 03/24/2016 | CHECK # 8955 | | | |
| 03/28/2016 | DEPOSIT | | | |
| **03/31/2016** | **Ending Balance** | | | |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | 8964* | 03/07/2016 | $750.00 |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | | Amount |
|---|---|---|---|---|
| Privacy | | | | |


Member
FDIC
EQUAL HOUSING LENDER

Casa Nido001882

**003723** Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

Casa Nido001883

**003724**  **Mechanics Bank**°

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**

|                          | Total for this period | Total year-to-date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |

Casa Nido001884

003725 **Mechanics Bank®**



*March 2016*

**Reporting Activity 03/01 - 03/31**                    **Page 4 of 4**

Privacy



Chk No. 8964   Amt   $750.00   Paid   03/07/16

Casa Nido001885

# Statement Ending

# April 29, 2016

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

*Received 5/5/16*

## April 2016

Reporting Activity 04/01 - 04/29

*Page 1 of 4*

RETURN SERVICE REQUESTED

>005632 1030864 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | **Privacy** | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

**Privacy**

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/01/2016** | **Beginning Balance** | **Privacy** | | |
| 04/05/2016 | DEPOSIT | | | |
| 04/06/2016 | CHECK # 8959 | | | |
| 04/21/2016 | CHECK # 8966 | | | |
| **04/29/2016** | **Ending Balance** | | | |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 8959 | 04/06/2016 | $877.99 | 8966* | 04/21/2016 | $29,435.98 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|

**Privacy**


Member FDIC
EQUAL HOUSING LENDER

Casa Nido001886

**003788**

## Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER   Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | |
| | $ |
| SUBTOTAL | $ |
| SUBTRACT   Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING **LENDER**   MEMBER FDIC

Casa Nido001887

**003729** **Mechanics Bank**°

**April 2016**

*Reporting Activity 04/01 - 04/29*

*Page 3 of 4*

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)



**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Casa Nido001888

# Mechanics Bank®

## April 2016

*Reporting Activity 04/01 - 04/29*

8959
Mechanics Bank THE MECHANICS BANK
CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
90-203-1211
4/5/2016
PAY TO THE ORDER OF B&T Bookkeeping $ **877.99
Eight Hundred Seventy-Seven and 99/100********************************************** DOLLARS
B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO invoice #5821
⑈008959⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 8959 Amt $877.99 Paid 04/06/16

8966
Mechanics Bank THE MECHANICS BANK
CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
90-203-1211
4/18/2016
PAY TO THE ORDER OF Pangea, Inc $ **29,435.98
Twenty-Nine Thousand Four Hundred Thirty-Five and 98/100********************************************** DOLLARS
Pangea Environmental Services
1710 Franklin Street, Suite 200
Oakland, CA 94612
MEMO Project # 1645 001 Invoice # 3079
⑈008966⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 8966 Amt $29,435.98 Paid 04/21/16

003731

# Statement Ending

# May 31, 2016

**003732**



# Mechanics Bank®

**P.O. Box 5610**
**Hercules, CA 94547-5610**

6/7/16

RETURN SERVICE REQUESTED

>003875 1033651 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

**May 2016**

Reporting Activity 04/30 - 05/31          Page 1 of 4

## Managing Your Accounts

| | 24-Hour Tele Banking | 888.400.6324 |
| --- | --- | --- |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
| --- | --- | --- | --- |
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

# PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
| --- | --- | --- | --- | --- |
| Privacy | | | | |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 8960 | 05/12/2016 | $18,871.28 | 8967* | 05/09/2016 | $920.49 |
| 8965* | 05/31/2016 | $1,560.00 | Privacy | | |

* Indicates skipped check number

### Daily Balances

Privacy


Member
**FDIC**
EQUAL HOUSING LENDER

A03733

## How to Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account Information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
· We cannot try to collect the amount in question, or report you as delinquent on that amount.
· The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
· While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
· We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?



EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001891

**003734**  Mechanics Bank®

**May 2016**

*Reporting Activity 04/30 - 05/31*          *Page 3 of 4*

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**



|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Casa Nido001892

**003735** Mechanics Bank®



Privacy

Chk No. 8960  Amt  $18,871.28 Paid  05/12/16

Chk No. 8967  Amt  $920.49 Paid  05/09/16

Casa Nido001893

# Statement Ending

# June 30, 2016

003737



# Mechanics Bank

**June 2016**

P.O. Box 5610
Hercules, CA 94547-5610

*Reporting Activity 06/01 - 06/30*                    *Page 1 of 4*

Recovers
7/13/16

RETURN SERVICE REQUESTED

>004024 2001046 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



## Managing Your Accounts

| | | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| 👤 | Client Services | 800.797.6324 |
| 💻 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 8969 | 06/07/2016 | $1,390.90 | Privacy | | |

\* Indicates skipped check number

### Deposits

| Date | Description | | Amount |
|---|---|---|---|
| 06/02/2016 | DEPOSIT | | Privacy |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member
**FDIC**

EQUAL HOUSING LENDER

Casa Nido001894

**0067380** To Contact Us

Client Services:   1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules, CA 94547-5610

Website:   www.mechanicsbank.com

Mobile Site:   mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

# CHECK RECONCILIATION WORKSHEET

## CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

## CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

Casa Nido001895

303025

**003739**

# Mechanics Bank®

## June 2016

*Reporting Activity 06/01 - 06/30*          Page 3 of 4





Chk No. 8969   Amt   $1,390.90 Paid   06/07/16



Privacy

Casa Nido001896

003740 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

**Casa Nido001897**

003741

# Statement Ending

# August 31, 2016

**003742**

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

## *August 2016*

Reporting Activity 07/30 - 08/31          Page 1 of 4

RETURN SERVICE REQUESTED

>003998 2006511 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

 24-Hour Tele Banking      888.400.6324

 Client Services      800.797.6324

Online      www.mechanicsbank.com

 Mobile      Download Our Mobile Apps

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Privacy | | | 8978 | 08/11/2016 | $339.00 | Privacy | | |

\* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/01/2016 | DEPOSIT | Privacy |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 Member
**FDIC**
EQUAL HOUSING LENDER

003743

## How to Contact Us

Client Services:  1-800-797-6324

Mailing Address:  P.O. Box 5610
Hercules, CA 94547-5610

Website:  www.mechanicsbank.com

Mobile Site:  mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives you the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER    MEMBER FDIC

Casa Nido001905

**003744** **Mechanics Bank®**

## *August 2016*

*Reporting Activity 07/30 - 08/31*          *Page 3 of 4*

Privacy 



Chk No. 8978   Amt   $339.00   Paid   08/11/16

**Casa Nido001906**

**003745** **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

003746

# Statement Ending

# September 30, 2016

**003747**

# Mechanics Bank

**September 2016**

P.O. Box 5610
Hercules, CA 94547-5610

*Reporting Activity 09/01 - 09/30*                *Page 1 of 4*

RETURN SERVICE REQUESTED

>004076 2013014 0001 092387 10Z 003

 Privacy

*Reconcild*
*10/26/16*

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| ◉ | Client Services | 800.797.6324 |
| ▭ | Online | www.mechanicsbank.com |
| ▯ | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 8975 | 09/08/2016 | $380.00 | 8981 | 09/16/2016 | $318.40 | 8983 | 09/21/2016 | $160.00 |

Privacy

\* Indicates skipped check number

### Deposits

| Date | Description | |
|---|---|---|
| 09/13/2016 | DEPOSIT | Privacy |
| 09/16/2016 | DEPOSIT | |

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 Member FDIC

Casa Nido001910

003748

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610
Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account Information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?
◯ Verified additions and subtractions in your checkbooks?
◯ Compared cancelled checks to check stubs?
◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001911

**003749**

# Mechanics Bank°





Chk No. 8975   Amt  $380.00 Paid   09/08/16





Chk No. 8981   Amt  $318.40 Paid   09/16/16



Chk No. 8983   Amt  $160.00 Paid   09/21/16

**Casa Nido001912**

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001913

003751

# Statement Ending

# October 31, 2016

**003752**



# Mechanics Bank

**October 2016**

P.O. Box 5610
Hercules, CA 94547-5610

*Reporting Activity 10/01 - 10/31*          *Page 1 of 4*

RETURN SERVICE REQUESTED

>004035 2016936 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



## Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

# PREFERRED BUSINESS CHECKING - XXXXXXXX0253

## Account Summary

Privacy

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 8984 | 10/06/2016 | $878.42 | 8986 | 10/06/2016 | $359.25 |
| 8985 | 10/07/2016 | $701.31 | 8987 | 10/14/2016 | $35,370.49 |

\* Indicates skipped check number

## Deposits

| Date | Description | Amount |
|---|---|---|
| 10/05/2016 | DEPOSIT | Privacy |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member
**FDIC**
EQUAL HOUSING LENDER

**Casa Nido001914**

**003753**

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610
Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

009137 1026571 0000000 017256 034512 01/02

Casa Nido001915

3030253  1

003754

# Mechanics Bank®

## October 2016

**Reporting Activity 10/01 - 10/31**    **Page 3 of 4**



Chk No. 8984   Amt   $878.42 Paid   10/06/16



Chk No. 8985   Amt   $701.31 Paid   10/07/16



Chk No. 8986   Amt   $359.25 Paid   10/06/16



Chk No. 8987   Amt   $35,370.49 Paid   10/14/16

Casa Nido001916



THIS PAGE LEFT INTENTIONALLY BLANK

0093137 1036571 0000000 017257 034514 02/02

003756

# Statement Ending

# November 30, 2016

003757

# Mechanics Bank®

**November 2016**

P.O. Box 5610
Hercules, CA 94547-5610

*Reconciled 12/13/16 JY*

Reporting Activity 11/01 - 11/30          Page 1 of 4

RETURN SERVICE REQUESTED

>004025 2020925 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 8988 | 11/02/2016 | $375.00 | Privacy | | | 8997* | 11/30/2016 | $1,510.49 |
| Privacy | | | 8991 | 11/29/2016 | $41.38 | | | |

* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/03/2016 | DEPOSIT | Privacy |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |


Member
FDIC
EQUAL HOUSING LENDER

0001/0002

04025 2020925 00456k 092171 092171

003758

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules, CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:    mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

# CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING |||| | CHECKBOOK RECONCILIATION ||
|---|---|---|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT | | | |
| | | | | | **ENTER** Balance this statement | $ |
| | | | | | **ADD** Recent deposits (not credited on this statement) | $ |
| | | | | | **SUBTOTAL** | $ |
| | | | | | **SUBTRACT** Total checks outstanding | $ |
| | | **TOTAL** | $ | | **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in this checkbook but included on this statement.



MEMBER FDIC

Casa Nido001919

**003759**

# Mechanics Bank®

## November 2016

**Reporting Activity 11/01 - 11/30**          **Page 3 of 4**



Chk No. 8988  Amt  $375.00 Paid  11/02/16



**Privacy**

**Privacy**



Chk No. 8991  Amt  $41.38 Paid  11/29/16

Chk No. 8997  Amt  $1,510.49 Paid  11/30/16

**Casa Nido001920**

THIS PAGE LEFT INTENTIONALLY BLANK

022114 1040530 0000000 041972 083944 02/02

**Casa Nido001921**

003761

# Statement Ending

# December 30, 2016

**003762**

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

## December 2016

Reporting Activity 12/01 - 12/30          Page 1 of 4

RETURN SERVICE REQUESTED

>003911 2025521 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Privacy | | | 8996 | 12/01/2016 | $524.58 | 9001* | 12/14/2016 | $1,346.84 |
| 8994 | 12/01/2016 | $4,687.82 | 8998* | 12/08/2016 | $2,073.00 | 9002 | 12/20/2016 | $100.00 |
| 8995 | 12/01/2016 | $2,675.72 | 8999 | 12/28/2016 | $235.10 | | | |

* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/05/2016 | DEPOSIT | Privacy |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member
FDIC
EQUAL HOUSING LENDER

**003763**

## How to Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

 MEMBER FDIC

EQUAL HOUSING LENDER

Casa Nido001923

**003764**

# Mechanics Bank®

## December 2016

Reporting Activity 12/01 - 12/30          Page 3 of 4

Privacy



Chk No. 8994   Amt   $4,687.82   Paid   12/01/16



Chk No. 8995   Amt   $2,675.72   Paid   12/01/16

Chk No. 8996   Amt   $524.58   Paid   12/01/16



Chk No. 8998   Amt   $2,073.00   Paid   12/08/16

Chk No. 8999   Amt   $235.10   Paid   12/28/16



Chk No. 9001   Amt   $1,346.84   Paid   12/14/16

Chk No. 9002   Amt   $100.00   Paid   12/20/16





Casa Nido001924

**003765** **Mechanics Bank**®

**December 2016**

*Reporting Activity 12/01 - 12/30*          *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

019434 1045906 0000000 028811 057622 02/02

Casa Nido001925

003766

# Statement Ending

# January 31, 2017

**003767**

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

RETURN SERVICE REQUESTED

⊁003971 2030258 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

**JANUARY 2017**

*Reporting Activity 12/31 - 01/31*          *Page 1 of 4*

## Managing Your Accounts

| | | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| 👤 | Client Services | 800.797.6324 |
| 🖥 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 9003 | 01/18/2017 | $825.93 |

\* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/06/2017 | DEPOSIT | Privacy |

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |


Member **FDIC**
EQUAL HOUSING LENDER

Casa Nido001926

**003768 Contact Us**

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?   ○ Verified additions and subtractions in your checkbooks?   ○ Compared cancelled checks to check stubs?   ○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

00 7694 00 50500 10505037 000000 020500 0101250 020500 01/02



EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001927

3030253

003769 **Mechanics Bank**®

**January 2017**

*Reporting Activity 12/31 - 01/31*          *Page 3 of 4*



Chk No. 9003  Amt  $825.93 Paid  01/18/17

**Casa Nido001928**

003770 **Mechanics Bank**®

*January 2017*

*Reporting Activity 12/31 - 01/31*          *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001929

003771

# Statement Ending

# February 28, 2017



**003772** **Mechanics Bank**

**February 2017**

P.O. Box 5610
Hercules, CA 94547-5610

*Reporting Activity 02/01 - 02/28*          *Page 1 of 4*

RETURN SERVICE REQUESTED

>004473 2033957 0001 092387 10Z 003



Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

**Managing Your Accounts**

| | | |
|---|---|---|
|  | 24-Hour Tele Banking | 888.400.6324 |
|  | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9004 | 02/10/2017 | $235.10 | 9006 | 02/15/2017 | $41.38 |
| 9005 | 02/10/2017 | $1,115.93 | 9007 | 02/24/2017 | $235.52 |

* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/02/2017 | DEPOSIT | Privacy |
| 02/13/2017 | DEPOSIT | |
| 02/28/2017 | DEPOSIT | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

 Member **FDIC**

**003770 Contact Us**

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?   ◯ Verified additions and subtractions in your checkbooks?   ◯ Compared cancelled checks to check stubs?   ◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

021825 1054218 0000000 028654 057308 01/02

Casa Nido001931

**003774**
# Mechanics Bank®

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



Casa Nido001932

003775 Mechanics Bank

CASA NIDO
3020 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
4001-1451
Mechanics Bank THE MECHANICS BANK
90-203-1211
9004
1/30/2017
PAY TO THE ORDER OF City of Richmond $ **235.10
Two Hundred Thirty-Five and 10/100**** DOLLARS
City of Richmond
Finance Department
1401 Marina Way, South
Richmond, CA 94804
MEMO AC#1041195 12210 San Pablo Avenue
⑈009004⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9004 Amt $235.10 Paid 02/10/17

CASA NIDO
3020 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
9005
2/10/2017
PAY TO THE ORDER OF B&T Bookkeeping $ **1,115.93
One Thousand One Hundred Fifteen and 93/100**** DOLLARS
B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO
⑈009005⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9005 Amt $1,115.93 Paid 02/10/17

CASA NIDO
3020 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
9006
2/10/2017
PAY TO THE ORDER OF EBMUD $ **41.38
Forty-One and 38/100**** DOLLARS
EBMUD Payment Center
PO Box 1000
Oakland CA 94649-0001
MEMO Acct#: 1511900026 11/3/16-1/10/17
⑈009006⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9006 Amt $41.38 Paid 02/15/17

CASA NIDO
3020 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
90-203-1211
9007
2/15/2017
PAY TO THE ORDER OF Kirk Baughman $ **235.52
Two Hundred Thirty-Five and 52/100**** DOLLARS
Kirk Baughman
1239 Liberty Street Apt. 101
El Cerrito, CA 94530-2344
MEMO Maintenance of Omo's Cleaners (Cleanup)
⑈009007⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9007 Amt $235.52 Paid 02/24/17

021825 1054218 0000000 028655 057310 02/02

003776

# Statement Ending

# March 31, 2017

003777



# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

## March 2017

*Reporting Activity 03/01 - 03/31*          *Page 1 of 4*

RETURN SERVICE REQUESTED

>003883 2038537 0001 092387 102 003

Privacy

*Reconcile*
*4/8/17*

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253



Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9008 | 03/07/2017 | $1,165.93 | 9009 | 03/23/2017 | $1,920.00 |

* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/06/2017 | DEPOSIT | Privacy |
| 03/29/2017 | DEPOSIT | |

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 Member **FDIC**

EQUAL HOUSING LENDER

Casa Nido001934



## 003778 Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | |
| | |
| | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?   ◯ Verified additions and subtractions in your checkbooks?   ◯ Compared cancelled checks to check stubs?   ◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

017247 1058259 0000000 022338 044676 01/02



MEMBER FDIC

Casa Nido001935

**003779** # Mechanics Bank®

## *March 2017*

*Reporting Activity 03/01 - 03/31*          Page 3 of 4



Chk No. 9008   Amt   $1,165.93 Paid   03/07/17



Chk No. 9009   Amt   $1,920.00 Paid   03/23/17



**Casa Nido001936**

**Mechanics Bank**®

**MARCH 2017**

THIS PAGE LEFT INTENTIONALLY BLANK

017247 1058259 0000000 022339 044678 02/02

Casa Nido001937

003781

# Statement Ending

# April 28, 2017

**003782** **Mechanics Bank**

**P.O. Box 5610**
**Hercules, CA 94547-5610**

**April 2017**

*Reporting Activity 04/01 - 04/28*                Page 1 of 4

RETURN SERVICE REQUESTED

>001915 2043144 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011





*Remailed 5/8/17*

### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Privacy Notice

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.mechanicsbank.com/privacypolicy or we will mail you a free copy upon request if you call us at 800.797.6324 Thank you!

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9010 | 04/05/2017 | $483.30 | 9011 | 04/04/2017 | $1,165.93 | 9012 | 04/14/2017 | $2,500.00 |

* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/04/2017 | DEPOSIT | Privacy |

### Daily Balances

Privacy

 Member
FDIC
EQUAL HOUSING LENDER

Casa Nido001938

008782

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions? call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?    ○ Verified additions and subtractions in your checkbooks?    ○ Compared cancelled checks to check stubs?    ○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

Casa Nido001939

**003784** **Mechanics Bank**®

*April 2017*

*Reporting Activity 04/01 - 04/28*          *Page 3 of 4*

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Casa Nido001940

3030253 1

**Mechanics Bank**

**April 2017**

*Reporting Activity 04/01 - 04/28*                    Page 4 of 4

Chk No. 9010   Amt  $483.30  Paid  04/05/17

Chk No. 9011   Amt  $1,165.93  Paid  04/04/17

Chk No. 9012   Amt  $2,500.00  Paid  04/14/17

Casa Nido001941

003786

# Statement Ending

# May 31, 2017

**003787**

# Mechanics Bank

### P.O. Box 5610
### Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>003870 2048316 0001 092387 10Z 003



*Received Back*

## May 2017    6/5/17

Reporting Activity 04/29 - 05/31                    Page 1 of 4

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | Privacy |

## PREFERRED BUSINESS CHECKING - XXXXXXXX0253

**Privacy**

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9013 | 05/10/2017 | $1,050.93 | 9014 | 05/22/2017 | $18,738.00 |

\* Indicates skipped check number

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/01/2017 | DEPOSIT | Privacy |

### Daily Balances

**Privacy**

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

03670 2048316 092388 0141400 01001/0002



**006768**

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:    P.O. Box 5610

                                   Hercules, CA 94547-5610

Website:                 www.mechanicsbank.com

Mobile Site:          mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

**Casa Nido001943**

Mechanics Bank®

**May 2017**

9013
Mechanics Bank THE MECHANICS BANK
CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
90-233-1211
6/8/2017
PAY TO THE ORDER OF B&T Bookkeeping $ **1,050.93
One Thousand Fifty and 93/100****** DOLLARS
B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO Invoice #8197
⑈009013⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9013 Amt $1,050.93 Paid 05/10/17

9014
Mechanics Bank THE MECHANICS BANK
CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
90-233-1211
5/14/2017
PAY TO THE ORDER OF Department of Toxic Substances Control $ **18,738.00
Eighteen Thousand Seven Hundred Thirty-Eight and 00/100****** DOLLARS
Megan Indermill
Department of Toxic Substances Control
700 Heinz Avenue Suite 200
Berkeley, CA 94710-2721
MEMO Site # 202121, Docket No. HSA-FY16/17-098
⑈009014⑈ ⑆121102036⑆ 003⑉030253⑈

Chk No. 9014 Amt $18,738.00 Paid 05/22/17

03870 2049316 00441 3 000825 0002/0002

003790 **Mechanics Bank**°

THIS PAGE LEFT INTENTIONALLY BLANK

**Casa Nido001945**

003791

# Statement Ending

# June 30, 2017

**003792**

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

## June 2017

*Reporting Activity 06/01 - 06/30*          Page 1 of 4

RETURN SERVICE REQUESTED

>015055 2054645 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Beginning Balance | Ending Balance |
|---|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy | Privacy |

# PREFERRED BUSINESS CHECKING - XXXXXXXX0253

## Account Summary

Privacy

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Privacy | | | 9019 | 06/09/2017 | $160.00 | 9020 | 06/08/2017 | $32,244.87 |

\* Indicates skipped check number

## Deposits

| Date | Description | Amount |
|---|---|---|
| 06/06/2017 | DEPOSIT | Privacy |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 
Member FDIC

Casa Nido001946

**003793 Contact Us**

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary
*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary
*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

Mark all the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.


EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001947

3030253  1

003794 **Mechanics Bank**®

**June 2017**

*Reporting Activity 06/01 - 06/30*          Page 3 of 4

Privacy



Chk No.  9019   Amt   $160.00  Paid   06/09/17



Chk No.  9020   Amt   $32,244.87 Paid   06/08/17

Casa Nido001948

**003795** Mechanics Bank®

*June 2017*

*Reporting Activity 06/01 - 06/30*                    *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001949

003796

# Statement Ending

# July 31, 2017

**003797**

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

*Statement Ending 07/31/2017*

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000333 2059658 0001 092387 10Z 010

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011





## Managing Your Accounts

| | | |
|---|---|---|
| ⊞ | 24-Hour Tele Banking | 888.400.6324 |
| 👤 | Client Services | 800.797.6324 |
| 🖥 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

Privacy

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 07/11/2017 | DEPOSIT | Privacy |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9021 | 07/06/2017 | $895.97 | 9022 | 07/17/2017 | $913.22 |

\* Indicates skipped check number

**Daily Balances**

Privacy

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




Member
FDIC
EQUAL HOUSING LENDER

Casa Nido001950

## 003798 How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:    P.O. Box 5610

Hercules, CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:    mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?    ◯ Verified additions and subtractions in your checkbooks?    ◯ Compared cancelled checks to check stubs?    ◯ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| ENTER Balance this statement | $ |
|---|---|
| ADD |  |
| Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

Casa Nido001951

003799

Mechanics Bank®

**Statement Ending 07/31/2017**

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
90-203-1211

9021

6/28/2017

PAY TO THE ORDER OF Department of Toxic Substances Control $ **895.97

Eight Hundred Ninety-Five and 97/100****** DOLLARS

Department of Toxic Substances Control
PO box 806
Sacramento, CA 95812-0806

MEMO Invoice # 16SM4512

⑈009021⑈ ⑆121102036⑆ 003⑉030253⑈

#9021 07/06/17 $895.97

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
90-203-1211

9022

7/16/2017

PAY TO THE ORDER OF B&T Bookkeeping $ **913.22

Nine Hundred Thirteen and 22/100****** DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #6238

⑈009022⑈ ⑆121102036⑆ 003⑉030253⑈

#9022 07/17/17 $913.22

00333 2059458 000467 001333 0002/0002

003800 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001953

# Statement Ending

# August 31, 2017

Resurrected 9/15/17

003802

# Mechanics Bank 

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 08/31/2017**

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000309 2065062 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/01/2017 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Privacy | | | 9024 | 08/28/2017 | $160.00 | 9025 | 08/16/2017 | $4,367.50 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




Member
**FDIC**
EQUAL HOUSING LENDER

Casa Nido001954

## 009903 Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives you the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

~~WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT~~

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER   MEMBER FDIC

Casa Nido001955

**003804** **Mechanics Bank**®

Privacy



#9024        08/28/17        $160.00



#9025        08/16/17        $4,367.50

**Casa Nido001956**

003805 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

**Casa Nido001957**

003806

# Statement Ending

# September 29, 2017

003807

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

*Statement Ending 09/29/2017*

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000321 2069286 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
|  | 24-Hour Tele Banking | 888.400.6324 |
|  | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

Privacy

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 09/07/2017 | DEPOSIT | |
| 09/29/2017 | DEPOSIT | Privacy |

**Checks Cleared**

| Check Nbr | Date | Amount |
|---|---|---|
| 9026 | 09/12/2017 | $825.93 |

\* Indicates skipped check number

**Daily Balances**

Privacy

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




Member
FDIC

Casa Nido001958

**003809 Contact Us**

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?
◯ Verified additions and subtractions in your checkbooks?
◯ Compared cancelled checks to check stubs?
◯ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | |
| | |
| | |
| SUBTOTAL | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER    MEMBER FDIC

01801013 01799642 000000 0316698 063336 01/02

Casa Nido001959

**003809** ## Mechanics Bank®



CASA NIDO
3080 EL CERRITO PLAZA, #807
EL CERRITO, CA 94530

Mechanics Bank  THE MECHANICS BANK

90-309-1211

9026

9/11/2017

PAY TO THE
ORDER OF   B&T Bookkeeping

$ **825.93

Eight Hundred Twenty-Five and 93/100************************************   DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #307
El Cerrito, CA 94530

MEMO   Invoice #6288

Tracy L Giles

⑈009026⑈ ⑈121102038⑈ 005=030253⑈

#9026          09/12/17          $825.93



003810

# Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001961

010881 1079940 0000000 031669 063338 02/02

003811

# Statement Ending

# October 31, 2017

003812

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

*Statement Ending 10/31/2017*

Page 1 of 4

RETURN SERVICE REQUESTED

>000302 2074038 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

|||ı|ı||ı|ıı|ı••|ı||ıı||ı•||ı||ıı|ı•|ı||ıı•||ıı||ıı|ı|ıı|

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 | |
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

# PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/02/2017 | Deposit Correction | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9027 | 10/19/2017 | $995.93 | 9028 | 10/23/2017 | $1,050.00 | 9032* | 10/30/2017 | $69,244.57 |

* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |




Member **FDIC**
EQUAL HOUSING LENDER

Casa Nido001962

Case 3:20-cv-07923-EMC   Document 234-10   Filed 05/20/24   Page 168 of 256

## 003813 Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives you the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary**

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | |
| | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER    MEMBER FDIC

Casa Nido001963

003814

# Mechanics Bank®



**#9027**          **10/19/17**          **$995.93**



**#9032**          **10/30/17**          **$69,244.57**



THIS PAGE LEFT INTENTIONALLY BLANK

**Casa Nido001965**

003816

# Statement Ending

# November 30, 2017

**003817**

**Mechanics Bank**

P.O. Box 5610
Hercules, CA 94547-5610

*Reconciled 12/08/17*

*Statement Ending 11/30/2017*

Page 1 of 4

RETURN SERVICE REQUESTED

>000304 2079067 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011





**Managing Your Accounts**

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

Privacy

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 11/02/2017 | DEPOSIT | Privacy |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9033 | 11/02/2017 | $5,471.83 | 9036* | 11/29/2017 | $238.10 |
| 9034 | 11/08/2017 | $993.43 | 9037 | 11/28/2017 | $14,480.83 |

\* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount |
|---|---|---|---|

Privacy

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member **FDIC**

EQUAL HOUSING LENDER

## 003818 Contact Us

| | |
|---|---|
| **Client Services:** | 1-800-797-6324 |
| **Mailing Address:** | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| **Website:** | www.mechanicsbank.com |
| **Mobile Site:** | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%. by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account Information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?   ○ Verified additions and subtractions in your checkbooks?   ○ Compared cancelled checks to check stubs?   ○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

016741 1088083 0000000 028660 057320 01/02

Casa Nido001967

**003819** ![logo] **Mechanics Bank**®



#9033          11/02/17          $5,471.83



#9034          11/08/17          $993.43

#9036          11/29/17          $238.10



#9037          11/28/17          $14,480.83



**003820** **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido001969

003821

# Statement Ending

# December 29, 2017

**003822**

# Mechanics Bank

**Statement Ending 12/29/2017**

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000315 2083806 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| 👤 | Client Services | 800.797.6324 |
| 🖥 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/06/2017 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9029 | 12/01/2017 | $4,210.66 | 9035* | 12/01/2017 | $238.10 | 9041* | 12/28/2017 | $4,363.20 |
| 9030 | 12/01/2017 | $537.98 | Privacy | | | | | |
| 9031 | 12/01/2017 | $1,821.66 | 9039 | 12/08/2017 | $993.90 | | | |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |





Member
**FDIC**

Casa Nido001970

**003629 Contact Us**

Client Services:    1-800-797-6324

Mailing Address:   P.O. Box 5610

               Hercules, CA 94547-5610

Website:          www.mechanicsbank.com

Mobile Site:     mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | |
| | |
| | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

( ) Accounted for bank charges?

( ) Verified additions and subtractions in your checkbooks?

( ) Compared cancelled checks to check stubs?

( ) Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

006824 1093177 0000000 013414 026928 01/02

Casa Nido001971

# Mechanics Bank®

## Statement Ending 12/29/2017

Page 3 of 4



**#9029**  12/01/17  $4,210.66

| | |
|---|---|
| **#9030** | 12/01/17  $537.98 |



**#9031**  12/01/17  $1,821.66

**#9035**  12/01/17  $238.10

Privacy





**#9039**  12/08/17  $993.90

**#9041**  12/28/17  $4,363.20



# Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

006824 1093177 0000000 013415 026830 02/02

Casa Nido001973

003826

# Statement Ending

# January 31, 2018

**003827**



# Mechanics Bank

*Statement Ending 01/31/2018*

*Page 1 of 4*

**P.O. Box 5610**
**Hercules, CA 94547-5610**

RETURN SERVICE REQUESTED

>000305 2088932 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



## Managing Your Accounts

| | | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| ☻ | Client Services | 800.797.6324 |
| ▭ | Online | www.mechanicsbank.com |
| ▯ | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Account Summary

**Privacy**

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/04/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9040 | 01/12/2018 | $2,236.00 | 9042* | 01/08/2018 | $1,079.36 |

\* Indicates skipped check number

### Daily Balances

**Privacy**

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |





Member
**FDIC**

EQUAL HOUSING LENDER

**Casa Nido002061**

**003828**

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:  P.O. Box 5610

Hercules, CA 94547-5610

Website:           www.mechanicsbank.com

Mobile Site:       mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or any other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your loan amount.
• We can apply any unpaid amount against your credit line.

---

# CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

( ) Accounted for bank charges?

( ) Verified additions and subtractions in your checkbooks?

( ) Compared cancelled checks to check stubs?

( ) Compared deposit amounts on statement to your checkbook?

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER    MEMBER FDIC

000305 1097716 000000 000610 001220 01/02

Casa Nido002062

# Mechanics Bank®



#9040          01/12/18          $2,236.00

#9042          01/08/18          $1,079.36

**Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

000305 1097716 0000000 000611 001222 02/02

Casa Nido002064

003831

# Statement Ending

# February 28, 2018

003832

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

*Statement Ending 02/28/2018*

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000304 2093601 0001 092387 102 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 | |
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/09/2018 | DEPOSIT | Privacy |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 02/07/2018 | MISCELLANEOUS DEBIT   FoR Pangea | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9043 | 02/06/2018 | $337.50 | | Privacy | |
| 9044 | 02/09/2018 | $1,114.36 | 9046 | 02/13/2018 | $1,612.50 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |



Member
FDIC
EQUAL HOUSING LENDER

003833

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610

Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives you the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING |||| 
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

| CHECKBOOK RECONCILIATION ||
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** |  |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

Casa Nido002066

003834 **Mechanics Bank**®

## Statement Ending 02/28/2018

Page 3 of 4



#9043          02/06/18          $337.50



#9044          02/09/18          $1,114.36

Privacy



#0          02/07/18          $15,896.98

Casa Nido002067

003835 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002068

003836

# Statement Ending

# March 30, 2018

Rewviewed 4/11/18

# Mechanics Bank

**Statement Ending 03/30/2018**

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000301 2099123 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

**Privacy**

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/06/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9047 | 03/12/2018 | $8,256.29 | Privacy | | |
| 9048 | 03/06/2018 | $1,268.44 | 9051 | 03/16/2018 | $197.85 |

\* Indicates skipped check number

### Daily Balances

**Privacy**

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member **FDIC**

Casa Nido002069

**003838** Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes.)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER | $ |
| Balance this statement | |
| ADD | |
| Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT | |
| Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

017675 1105198 000000 062588 125176 01/02

Casa Nido002070

# 00 Mechanics Bank®



| #9047 | 03/12/18 | $8,256.29 |



| #9048 | 03/06/18 | $1,268.44 |

## Privacy



| #9051 | 03/16/18 | $197.85 |



THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002072

003841

# Statement Ending

# April 30, 2018

003842

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 04/30/2018**

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000306 2104943 0001 092387 10Z 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011




## Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | | 888.400.6324 |
| Client Services | | 800.797.6324 |
| Online | | www.mechanicsbank.com |
| Mobile | | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | **Privacy** |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

**Privacy**

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/04/2018 | DEPOSIT | **Privacy** |
| 04/09/2018 | DEPOSIT | |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 04/10/2018 | LISTING ERROR | **Privacy** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9052 | 04/02/2018 | $13,561.79 | 9055 | 04/10/2018 | $909.36 | 9057 | 04/25/2018 | $145.00 |
| 9054* | 04/09/2018 | $909.36 | 9056 | 04/24/2018 | $112.50 | 9058 | 04/25/2018 | $145.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| **Privacy** | | | | | |



Member **FDIC**

Casa Nido002073

## 003843 Contact Us

Client Services:   1-800-797-6324

Mailing Address:   P.O. Box 5610

                Hercules, CA 94547-5610

Website:   www.mechanicsbank.com

Mobile Site:   mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number

(2) **Dollar amount:** Dollar amount of the suspected error

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

Casa Nido002074

00

# Mechanics Bank®

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Casa Nido002075

**Mechanics Bank**®

| | | |
|---|---|---|
| #9052 | 04/02/18 | $13,561.79 |
| #9054 | 04/09/18 | $909.36 |
| #9055 | 04/10/18 | $909.36 |
| | | |
| #9057 | 04/25/18 | $145.00 |
| #9058 | 04/25/18 | $145.00 |

003846

# Statement Ending

# May 31, 2018

003847

# Mechanics Bank

**P.O. Box 5610**
**Hercules, CA 94547-5610**

### *Statement Ending 05/31/2018*
*Page 1 of 4*

RETURN SERVICE REQUESTED

>000299 2110909 0001 092387 102 003

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

| | *Managing Your Accounts* | |
|---|---|---|
| ▦ | 24-Hour Tele Banking | 888.400.6324 |
| ☻ | Client Services | 800.797.6324 |
| ▭ | Online | www.mechanicsbank.com |
| ▯ | Mobile | Download Our Mobile Apps |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/01/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9059 | 05/04/2018 | $9,587.10 | 9060 | 05/02/2018 | $909.38 | 9061 | 05/11/2018 | $150.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member
FDIC

Casa Nido002077

003848

## How to Contact Us

Client Services:      1-800-797-6324

Mailing Address:   P.O. Box 5610
                   Hercules, CA 94547-5610

Website:           www.mechanicsbank.com

Mobile Site:       mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account Information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check slubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER          MEMBER FDIC

Casa Nido002078



003849

Mechanics Bank®

**Statement Ending 05/31/2018**

Mechanics Bank THE MECHANICS BANK 9059

CASA NIDO
3060 EL CERRITO PLAZA, #607
EL CERRITO, CA 94530

90-203-1211

4/27/2018

PAY TO THE ORDER OF Pangea, Inc $ **9,587.10

Nine Thousand Five Hundred Eighty-Seven and 10/100****************************** DOLLARS

Pangea Environmental Services
1710 Franklin Street, Suite 200
Oakland, CA 94612

MEMO Project # 1645.001 Invoice # 3608

⑈009059⑈ ⑆121102036⑆ 003⑈030253⑈

#9059 05/04/18 $9,587.10

Mechanics Bank THE MECHANICS BANK 9060

CASA NIDO
3020 EL CERRITO PLAZA, #607
EL CERRITO, CA 94530

90-203-1211

5/2/2018

PAY TO THE ORDER OF B&T Bookkeeping $ **909.38

Nine Hundred Nine and 38/100****************************** DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #607
El Cerrito, CA 94530

MEMO invoice #6487

⑈009060⑈ ⑆121102036⑆ 003⑈030253⑈

#9060 05/02/18 $909.38

[redacted]

00299 2120909 00059 001147 0002/0002

0119R 02/02

003850 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002080

003851

# Statement Ending

# June 29, 2018

**003852**

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

*Reconciled*
*7/26/18*

*Statement Ending 06/29/2018*

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000318 2117333 0001 092387 102 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 📅 | 24-Hour Tele Banking | 888.400.6324 |
| 👤 | Client Services | 800.797.6324 |
| 🖥 | Online | www.mechanicsbank.com |
| 📱 | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/04/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9062 | 06/05/2018 | $2,522.67 | 9063 | 06/18/2018 | $2,325.00 | 9064 | 06/18/2018 | $1,500.00 |

* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





Member **FDIC**
EQUAL HOUSING LENDER

Casa Nido002081

003853

## How To Contact Us

Client Services:   1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules, CA 94547-5610

Website:   www.mechanicsbank.com

Mobile Site:   mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any unpaid but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324

## Electronic Transfers Summary

(The following notice applies if your account is maintained primarily for personal, family or household purposes)

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1)  Tell us your name and account number (if any).

(2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

(The following information will apply to your loans maintained primarily for personal, family or household purposes)

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1)  **Account information:** Your name and account number.

(2)  **Dollar amount:** Dollar amount of the suspected error.

(3)  **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?    ○ Verified additions and subtractions in your checkbooks?    ○ Compared cancelled checks to check stubs?    ○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

022579  1183651 0000000 068900 1378000 01/02

**Casa Nido002082**

003854 **Mechanics Bank**®

*Statement Ending 06/29/2018*

*Page 3 of 4*



#9062          06/05/18          $2,522.67



**Casa Nido002083**

**003855** Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

022579 1118365 0000000 089901 137802 02/02

003856

# Statement Ending

# July 31, 2018

003857

# Mechanics Bank

*Reconciled 5/18/18*

**Statement Ending 07/31/2018**

Page 1 of 4

**P.O. Box 5610**
**Hercules, CA 94547-5610**

RETURN SERVICE REQUESTED

>000793 2123241 0001 092387 10Z 003

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/09/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 9065 | 07/09/2018 | $1,912.20 |

\* Indicates skipped check number

### Daily Balances

Privacy                              Amount

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




Member
**FDIC**
EQUAL HOUSING LENDER

00793 2123241 00156k 003171 0001/0002

Casa Nido002085

003858

## How to Contact Us

Client Services:   1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules, CA 94547-5610

Website:   www.mechanicsbank.com

Mobile Site:   m.echanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932% by the "daily balance" of your Account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes.)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes.)*

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true.

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement



MEMBER FDIC

010864 1123564 0000000 014146 020292 01/02

Casa Nido002086

**003859** **Mechanics Bank**

CASA NIDO
3550 EL CERRITO PLAZA, #307
EL CERRITO, CA 94530

Mechanics Bank   THE MECHANICS BANK

9065

13-209 1211

7/9/2018

PAY TO THE ORDER OF   B&T Bookkeeping   $ **1,912.20

One Thousand Nine Hundred Twelve and 20/100************************************** DOLLARS

B&T Bookkeeping
Tracy Giles
3600 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO   Invoice #6532

⑆009065⑆ ⑆121102036⑆ 003⑈030 253⑆

#9065            07/09/18            $1,912.20



Casa Nido002087

003860 **Mechanics Bank**®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002088

003861

# Statement Ending

# August 31, 2018

003862

# Mechanics Bank

## Statement Ending 08/31/2018

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000738 4002336 0001 092387 10Z 3

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts



| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | **Privacy** |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

**Privacy**

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/06/2018 | DEPOSIT | **Privacy** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **Privacy** | | | 9069 | 08/20/2018 | $260.00 | 9071 | 08/23/2018 | $2,687.50 |
| 9068 | 08/06/2018 | $2,408.91 | **Privacy** | | | 9073* | 08/29/2018 | $3,587.91 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| **Privacy** | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member
**FDIC**
EQUAL HOUSING LENDER

Casa Nido002089

003868

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:    P.O. Box 5610

Hercules, CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:    mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance".

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions? call 1-800-797-6324

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can.

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** if you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?    ◯ Verified additions and subtractions in your checkbooks?    ◯ Compared cancelled checks to check stubs?    ◯ Compared deposit amounts on statement to your checkbook?

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 MEMBER FDIC

Casa Nido002090

**003864** **Mechanics Bank**®

Privacy



#9068      08/06/18      $2,408.91



#9069      08/20/18      $260.00

Privacy



#9073      08/29/18      $3,587.91



Casa Nido002091

003865

# Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

008924 1128165 0000000 027347 054694 02/02

**Casa Nido002092**

003866

# Statement Ending

# September 28, 2018

**003867**

## Mechanics Bank

*Statement Ending 09/28/2018*

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000743 4008066 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

 24-Hour Tele Banking — 888.400.6324

 Client Services — 800.797.6324

 Online — www.mechanicsbank.com

Mobile — Download Our Mobile Apps

---

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/10/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9072 | 09/04/2018 | $160.00 | 9074* | 09/07/2018 | $1,609.85 | 9075 | 09/14/2018 | $3,146.05 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 Member FDIC
EQUAL HOUSING LENDER

Casa Nido002093

003868

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:  P.O. Box 5610

                       Hercules, CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:  mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1)  Tell us your name and account number (if any).

(2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1)  **Account information:** Your name and account number.

(2)  **Dollar amount:** Dollar amount of the suspected error.

(3)  **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

( )  Accounted for bank charges?

( )  Verified additions and subtractions in your checkbooks?

( )  Compared cancelled checks to check stubs?

( )  Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



MEMBER FDIC

022062 1132546 0000000 051994 103988 01/02

Casa Nido002094

003869

Mechanics Bank

**Statement Ending 09/28/2018**

Mechanics Bank THE MECHANICS BANK 9072

CASA NIDO
2060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

90-203-1211

8/25/2018

PAY TO THE ORDER OF Kirk Baughman $ **160.00

One Hundred Sixty and 00/100********************************************** DOLLARS

Kirk Baughman
1239 Liberty Street Apt. 101
El Cerrito, CA 94530-2344

MEMO Maintenance of Omo's Cleaners (Cleanup) August 2

⑈009072⑈ ⑆121102036⑆ 003⑉030253⑈

#9072 09/04/18 $160.00

Mechanics Bank THE MECHANICS BANK 9074

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

90-203-1211

9/6/2018

PAY TO THE ORDER OF B&T Bookkeeping $ **1,609.85

One Thousand Six Hundred Nine and 85/100********************************************** DOLLARS

B&T Bookkeeping
Tracy Giles
3020 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO Invoice #6593

⑈009074⑈ ⑆121102036⑆ 003⑉030253⑈

#9074 09/07/18 $1,609.85

[redacted]

00743 4000066 001467 002473 0002/0002



**003870** **Mechanics Bank**°

THIS PAGE LEFT INTENTIONALLY BLANK

022062 1132646 0000000 051995 103990 02/02

Casa Nido002096

003871

# Statement Ending

# October 31, 2018

*Received 11/17/18*

003872

# Mechanics Bank

**Statement Ending 10/31/2018**

*Page 1 of 4*

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000702 4014623 0001 092387 10Z 3

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

# PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/03/2018 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9076 | 10/05/2018 | $1,213.38 | 9077 | 10/09/2018 | $5,812.50 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member **FDIC**
EQUAL HOUSING LENDER

**003873**

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules  CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:    mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your account or your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| ENTER | |
|---|---|
| Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** | |
| Total checks outstanding | $ |
| **BALANCE** | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



 MEMBER FDIC

014715 1137908 0000000 037238 074676 01/02

**Casa Nido002098**

003874

# Mechanics Bank®





#9076          10/05/18          $1,213.38



Casa Nido002099

**003875** Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002100

9083

**003876**

CASA NIDO

3060 EL CERRITO PLAZA, EL CERRITO, CA 94530

Tracy Giles

11/16/2018

| Date | Type | Reference | | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---|---|---------------|-------------|----------|---------|
| 11/16/2018 | Bill | | | | 238.00 | 238.00 | | 238.00 |
| | | | | | | | Check Amount | 238.00 |



Deposit Error

The Mechanics Bank -  Reimbursed Expenses

238.00

Casa Nido002101

# Statement Ending

# November 30, 2018

Reconciled 12/6/18

**003878**

# Mechanics Bank

*Statement Ending 11/30/2018*

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000599 4020717 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
|  | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
|  | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/05/2018 | DEPOSIT | Privacy |
| 11/15/2018 | DEPOSIT | |

Deposited a B&T Check in Error

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9079 | 11/06/2018 | $1,989.85 | 9082 | 11/20/2018 | $238.10 | 9086 | 11/20/2018 | $272.02 |
| 9080 | 11/14/2018 | $154,515.00 | 9084* | 11/20/2018 | $412.50 | 9087 | 11/21/2018 | $2,219.01 |
| 9081 | 11/20/2018 | $238.10 | 9085 | 11/20/2018 | $1,275.00 | 9088 | 11/30/2018 | $742.79 |

* Indicates skipped check number

Reimbursed B&T for error in deposit

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member FDIC
EQUAL HOUSING LENDER

003878

**How To Contact Us**

Client Services:   1-800-797-6324

Mailing Address:  P.O. Box 5610
                                Hercules, CA 94547-5610

Website:             www.mechanicsbank.com

Mobile Site:        mechanicsbank.com/m

**Important Information About
Your Instant Reserve Account
(hereinafter referred to as "Account")**
The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

**Fair Credit Reporting Act**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Important Notice Regarding
Repayment of Loan Obligations**
Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

**Important Notice Regarding Automatic
Loan Payments**
When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

**Electronic Transfers Summary**
*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610**
Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

**Billing Rights Summary**
*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**
If you think there is an error on your statement, write to us at:
**Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610**
In your letter, give us the following information:
(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.
Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.



EQUAL HOUSING LENDER    MEMBER FDIC

005021 1142646 0000000 037591 027582 01/02

Casa Nido002103

003880 **Mechanics Bank®**

*Statement Ending 11/30/2018*

Page 3 of 4



#9079      11/06/18      $1,989.85

#9080      11/14/18      $154,515.00

#9081      11/20/18      $238.10

#9082      11/20/18      $238.10



#9086      11/20/18      $272.02

#9087      11/21/18      $2,219.01



#9088      11/30/18      $742.79

003881 Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

005021 1142646 0000000 013792 027584 02/02

# Statement Ending

# December 31, 2018

Reconciled 1/14/19

003883

## Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 12/31/2018**

Page 1 of 4

RETURN SERVICE REQUESTED

>000613 4026960 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
|  | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
|  | Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| | | Privacy |
| 12/04/2018 | DEPOSIT | |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9083 | 12/04/2018 | $238.00 | 9091 | 12/10/2018 | $62,634.00 | 9094 | 12/24/2018 | $34,144.15 |
| 9089* | 12/03/2018 | $1,912.20 | 9092 | 12/31/2018 | $559.34 | | Privacy | |
| 9090 | 12/10/2018 | $15,271.03 | 9093 | 12/10/2018 | $637.50 | 9096 | 12/19/2018 | $3,165.34 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Member
**FDIC**
EQUAL HOUSING LENDER

Casa Nido002106

**003886**

## How to Contact Us

Client Services:   1-800-797-6324

Mailing Address:   P.O. Box 5610

          Hercules, CA 94547-5610

Website:      www.mechanicsbank.com

Mobile Site:    mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives you the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

◯ Accounted for bank charges?

◯ Verified additions and subtractions in your checkbooks?

◯ Compared cancelled checks to check stubs?

◯ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 **MEMBER FDIC**

Casa Nido002107

**003885**

# Mechanics Bank®



#9083     12/04/18     $238.00



#9089     12/03/18     $1,912.20



#9090     12/10/18     $15,271.03



#9091     12/10/18     $62,634.00



#9092     12/31/18     $559.34

Privacy



#9094     12/24/18     $34,144.15



#9096     12/19/18     $3,165.34

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002109

003887

# Statement Ending

# November 29, 2019

003888 **Mechanics Bank®**

*Recorded 12/11/19*

**Statement Ending 11/29/2019**

*Page 1 of 4*

P.O. Box 5610
**Hercules, CA 94547-5610**

RETURN SERVICE REQUESTED

>000577 4101412 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011



### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 | |
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9134 | 11/13/2019 | $1,208.50 | Privacy | | | 9136 | 11/15/2019 | $187.50 |

\* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




Member
**FDIC**
EQUAL HOUSING LENDER

**Casa Nido002150**

003889

## How to Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610 |
| | Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until deposit. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

### YOU MUST:

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

### CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

### CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD | |
| Recent deposits (not credited on this statement) | |
| | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

015304  1398260  0000000  043014  086028  01/02



MEMBER FDIC

Casa Nido002151

003890

# Mechanics Bank®

Privacy



| #9134 | 11/13/2019 | $1,208.50 |





003891

Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

015304 1198260 0000000 0430015 086030 02/02

Casa Nido002153

003892

# Statement Ending

# January 31, 2019

003893

# Mechanics Bank

**Statement Ending 01/31/2019**

*Page 1 of 4*

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000649 4033341 0001 092387 10Z 3

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | **Privacy** |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

**Privacy**

### Deposits

| Date | Description | |
|---|---|---|
| 01/08/2019 | DEPOSIT | **Privacy** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **Privacy** | | | 9098 | 01/08/2019 | $2,712.20 | 9101* | **Privacy** | |

\* Indicates skipped check number

### Daily Balances

**Privacy**

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |





Member
FDIC

EQUAL HOUSING LENDER

003894

## How to Contact Us

Client Services:    1-800-797-6324

Mailing Address:   P.O. Box 5610

Hercules, CA 94547-5610

Website:    www.mechanicsbank.com

Mobile Site:   mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

## YOU MUST:

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

Mechanics Bank, Client Services
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** | |
| Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?

○ Verified additions and subtractions in your checkbooks?

○ Compared cancelled checks to check stubs?

Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

007193 1154255 0000000 015422 030064 01/02



MEMBER FDIC

Casa Nido002111

**003895**

# Mechanics Bank®





#9098                01/08/19                $2,712.20

**003896** Mechanics Bank®

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002113

003897

# Statement Ending

# February 28, 2019

·003898

# Mechanics Bank

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 02/28/2019**

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000659 4039505 0001 092387 10Z 3

**Privacy**

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/04/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9102 | 02/04/2019 | $2,294.50 | 9104 | 02/25/2019 | $412.50 |
| 9103 | 02/21/2019 | $1,000.00 | 9105 | 02/22/2019 | $487.50 |

\* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |


Member
**FDIC**
EQUAL HOUSING LENDER

**Casa Nido002114**

**003899**

## How To Contact Us

Client Services:    1-800-797-6324

Mailing Address:   P.O. Box 5610
                   Hercules, CA 94547-5610

Website:           www.mechanicsbank.com

Mobile Site:       mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1)  Tell us your name and account number (if any)

(2)  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3)  Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
P.O. Box 5610, Hercules, CA 94547-5610

In your letter, give us the following information:

(1)  **Account Information:** Your name and account number

(2)  **Dollar amount:** Dollar amount of the suspected error

(3)  **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true.
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

---

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL | $ |  |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:



| CHECKBOOK RECONCILIATION | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

○ Accounted for bank charges?   ○ Verified additions and subtractions in your checkbooks?   ○ Compared cancelled checks to check stubs?   ○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

 

EQUAL HOUSING LENDER     MEMBER FDIC

Casa Nido002115

**003900** ## Mechanics Bank®



| #9102 | 02/04/19 | $2,294.50 |
|-------|----------|-----------|



| #9103 | 02/21/19 | $1,000.00 |
|-------|----------|-----------|

Privacy



THIS PAGE LEFT INTENTIONALLY BLANK

**Casa Nido002117**