Rachel S. Doughty (CBN 255904)
Jennifer Rae Lovko (CBN 208855)
Richard A. Brody (CBN 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rlovko@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant.<br><br>AND ALL RELATED COUNTER AND CROSS CLAIMS | Case No. 20-cv-07923-EMC<br><br>PLAINTIFF CASA NIDO PARTNERSHIP'S COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT – **VOLUME 7**<br><br>Date: August 22, 2024<br>Time: 1:30 p.m.<br>Judge: Edward M. Chen<br>Courtroom.: 5 – 17th Floor |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff hereby submits the following compendium of exhibits as evidence in support of Plaintiff's Second Motion for Partial Summary Judgment:

| Exhibit | Volume | Description |
|---|---|---|
| 1 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Catherine O'Hanks |
| 2 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Requests for Admission, Set One |
| 3 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Catherine O'Hanks |
| 4 | 1 | Defendant Catherine O'Hanks' Objections and Responses to Plaintiff's Special Interrogatories, Set Two |
| 5 | 1 | Photographs of the subject site produced by Defendant Catherine O'Hanks |
| 6 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 7 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set One |
| 8 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 9 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set One |
| 10 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 11 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Requests for Production and Copying of Documents, Set One |
| 12 | 1 | Plaintiff Casa Nido Partnership's Second Set of Requests for Admission to Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 13 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff Casa Nido Partnership's Request for Admission, Set Two |
| 14 | 1 | Plaintiff Casa Nido Partnership's Second Set of Special Interrogatories to Defendant Sandra Kate Vernell (F/K/A Sandra Kate Anderson) |
| 15 | 1 | Defendant Sandra Kate Vernell's Responses to Plaintiff's Special Interrogatories, Set Two |
| 16 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Admission to Defendant Earl Ray Anderson |
| 17 | 1 | Defendant Earl Ray Anderson's Response to Request for Admissions, Set One |
| 18 | 1 | Plaintiff Casa Nido Partnership's First Set of Special Interrogatories to Defendant Earl Ray Anderson |
| 19 | 1 | Defendant Earl Ray Anderson's Response to Special Interrogatories, Set One |
| 20 | 1 | Plaintiff Casa Nido Partnership's First Set of Requests for Production and Copying of Documents to Defendant Earl Ray Anderson |
| 21 | 1 | Defendant Earl Ray Anderson's Response to Request for Production of Documents, Set One |

| Exhibit | Volume | Description |
|---|---|---|
| 22 | 1 | CV of Bob Clark-Riddell, P.E. |
| 23 | 1 and 2 | Additional Characterization Report (PANGEA Environmental Services, Inc., December 4, 2020) |
| 24 | 2 | Control of Volatile Organic Emissions from Perchloroethylene Dry Cleaning Systems (EPA, December 1978) |
| 25 | 2 | Profile of the Dry Cleaning Industry (EPA, September 1995) |
| 26 | 2 | Conducting Contamination Assessment Work at Drycleaning Sites (State Coalition for Remediation of Drycleaners, October 2010) |
| 27 | 2 | B. Wespestad, et al., “Dry Cleaner Releases and Forensic Considerations,” Environmental Claims Journal (2020) |
| 28 | 2 | Study of Potential for Groundwater Contamination from Past Dry Cleaner Operations in Santa Clara County (Santa Clara Valley Water District, 2007) |
| 29 | 2 | L. Gold et al., “Systematic Literature Review of Uses and Levels of Occupational Exposure to Tetrachloroethylene,” Journal of Occupational and Environmental Hygiene (January 2009) |
| 30 | 2 | 1/21/22 Letter from Catherine O’Hanks to Department of Toxic Substances Control |
| 31 | 2 | Hazardous Waste Generator Inspection and Compliance Form (Contra Costa County Health Services Department, Environmental Health Division, 12/31/84) |
| 32 | 2 | DTSC invoices from 3/30/17 through 1/10/24 |
| 33 | 2 - 5 | PANGEA Environmental Services, Inc. invoices from 2/27/15 through 12/20/23 |
| 34 | 5 | Utilities invoices from 6/6/16 through 12/24/23 |
| 35 | 6 | Invoice and payment for remedial excavation and SVE piping installation |
| 36 | 6 | DTSC’s Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide |
| 37 | 6 | Imminent and Substantial Endangerment Determination and Order and Remedial Action Order (Docket No. HSA-FY23/24-022, October 6, 2023) |
| 38 | 6 and 7 | Bank Statements and Cancelled Checks (redacted) |
| 39 | 7 | Vapor Intrusion Mitigation Advisory (DTSC, 2011) |
| 40 | 7 | Clark-Riddell Letter re: Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance |
| 41 | 7 | Voluntary Cleanup Agreement Between DTSC and Casa Nido Partnership |
| 42 | 7 | Commercial Lease and Assignment of Lease (1990) |

Respectfully submitted,

DATE: May 17, 2024

/s/ *J. Rae Lovko*
Jennifer Rae Lovko
*Attorney for Plaintiff*

# Plaintiff's Compendium of Exhibits

# Volume 7

# Exhibit 38

# (Continued)

# Statement Ending

# March 29, 2019

003905 **Mechanics Bank**

Reconciled 9/18/19

**Statement Ending 03/29/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000683 4046117 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/05/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9106 | 03/05/2019 | $1,612.20 | 9110* | 03/19/2019 | $742.79 | 9112 | 03/19/2019 | $2,219.01 |
| 9108* | 03/22/2019 | $31,253.84 | 9111 | 03/19/2019 | $272.02 | | | |

* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00683 4046117 001344 002731 0001/0002

Member
FDIC
EQUAL HOUSING LENDER

003906

## How to Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610<br>Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

001748 1162459 0000000 002751 005502 01/02

003907

# Mechanics Bank

**Statement Ending 03/29/2019**

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank — 9106 — 3/1/2019
PAY TO THE ORDER OF B&T Bookkeeping $ **1,612.20
One Thousand Six Hundred Twelve and 20/100 DOLLARS
B&T Bookkeeping
Tracy Giles
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO invoice #8774
⑈009106⑈ ⑆121102036⑆ 003⑉030253⑈

#9106 03/05/19 $1,612.20

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank — 9108 — 3/13/2019
PAY TO THE ORDER OF Pangea, Inc $ **31,253.84
Thirty-One Thousand Two Hundred Fifty-Three and 84/100 DOLLARS
Pangea Environmental Services
1710 Franklin Street, Suite 200
Oakland, CA 94612
MEMO Project # 1645.001 Invoice # 3848 November 1, 201
⑈009108⑈ ⑆121102036⑆ 003⑉030253⑈

#9108 03/22/19 $31,253.84

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank — 9110 — 3/13/2019
PAY TO THE ORDER OF Contra Costa County Tax Collector $ **742.79
Seven Hundred Forty-Two and 79/100 DOLLARS
Contra Costa County Tax Collector
P.O. Box 631
Martinez, CA 94553-0063
MEMO Parcel #519-290-026-3 00 Bill# 180341269
⑈009110⑈ ⑆121102036⑆ 003⑉030253⑈

#9110 03/19/19 $742.79

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank — 9111 — 3/13/2019
PAY TO THE ORDER OF Contra Costa County Tax Collector $ **272.02
Two Hundred Seventy-Two and 02/100 DOLLARS
Contra Costa County Tax Collector
P.O. Box 631
Martinez, CA 94553-0063
MEMO Parcel #519-290-025-5 Bill# 18 341268
⑈009111⑈ ⑆121102036⑆ 003⑉030253⑈

#9111 03/19/19 $272.02

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank — 9112 — 3/13/2019
PAY TO THE ORDER OF Contra Costa County Tax Collector $ **2,219.01
Two Thousand Two Hundred Nineteen and 01/100 DOLLARS
Contra Costa County Tax Collector
P.O. Box 631
Martinez, CA 94553-0063
MEMO Parcel #519-290-027-1 00 Bill# 18 341270
⑈009112⑈ ⑆121102036⑆ 003⑉030253⑈

#9112 03/19/19 $2,219.01

00663 4046117 001367 002733 0002/0002

003908

Mechanics Bank

*Statement Ending 03/29/2019*

*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

001748 1162459 0000000 002752 005504 02/02

**Casa Nido002121**

# Statement Ending

# April 30, 2019

003910 **Mechanics Bank**

Reconciled 5/11/19

**Statement Ending 04/30/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000682 4053152 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/02/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9109 | 04/08/2019 | $487.73 | Privacy | | |
| 9113* | 04/08/2019 | $2,167.90 | 9115 | 04/29/2019 | $33,597.32 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00682 4053152 001364 002727 0001/0002

Member FDIC
EQUAL HOUSING LENDER

003911

## How to Contact Us

Client Services: 1-800-797-6324
Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610
Website: www.mechanicsbank.com
Mobile Site: mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932% by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

YOU MUST:

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING
LENDER

MEMBER FDIC

002755 1167353 000000 007333 014666 01/02

003912

Mechanics Bank®

**Statement Ending 04/30/2019**

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank
9109
3/13/2019
PAY TO THE ORDER OF Department of Toxic Substances Control $ **487.73
Four Hundred Eighty-Seven and 73/100 DOLLARS
Department of Toxic Substances Control
PO box 806
Sacramento, CA 95812-0806
MEMO Invoice # 18SM5006

#9109 04/08/19 $487.73

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank
9113
4/2/2019
PAY TO THE ORDER OF B&T Bookkeeping $ **2,167.90
Two Thousand One Hundred Sixty-Seven and 90/100 DOLLARS
B&T Bookkeeping
Tracy Giles
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO Invoice #8797

#9113 04/08/19 $2,167.90

Privacy

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank
9115
4/23/2019
PAY TO THE ORDER OF Pangea, Inc $ **33,597.32
Thirty-Three Thousand Five Hundred Ninety-Seven and 32/100 DOLLARS
Pangea Environmental Services
1710 Franklin Street, Suite 200
Oakland, CA 94612
MEMO Project # 1645.001 Invoice # 3862 January 1-March

#9115 04/29/19 $33,597.32

00482 4053152 001365 002729 0002/0002



003913

Mechanics Bank®

Statement Ending 04/30/2019

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

002755 1167353 0000000 007334 014668 02/02

Casa Nido002125

# Statement Ending

# May 31, 2019

Reconciled 6/11/19

003915 Mechanics Bank

**Statement Ending 05/31/2019**

Page 1 of 4

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000647 4059981 0001 092387 10Z 3

Privacy
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/06/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9116 | 05/06/2019 | $1,412.50 | 9117 | 05/16/2019 | $675.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00647 4059981 001294 002567 0001/0002

## How to Contact Us

Client Services: 1-800-797-6324
Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610
Website: www.mechanicsbank.com
Mobile Site: mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

013329 1171553 000000 037964 075928 01/02

003917

# Mechanics Bank®

## Statement Ending 05/31/2019

Mechanics Bank THE MECHANICS BANK 9116

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

90-203-1211

5/3/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,412.50

One Thousand Four Hundred Twelve and 50/100****** DOLLARS

B&T Bookkeeping
Tracy Giles
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #6516

⑈009116⑈ ⑆121102036⑆ 003⑉030253⑈

#9116 05/06/19 $1,412.50

00647 4059981 001295 002569 0002/0002



003918 Mechanics Bank® Statement Ending 05/31/2019

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

013329 1171553 0000000 037965 075930 02/02

Casa Nido002129

# Statement Ending

# June 28, 2019

003920

# Mechanics Bank

**Statement Ending 06/28/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000617 4066989 0001 092387 10Z 300

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/06/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9118 | Privacy | | 9121* | 06/17/2019 | $282.05 |
| 9119 | 06/06/2019 | $1,008.50 | 9122 | 06/17/2019 | $112.50 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00617 4066989 001234 002467 0001/0002

003921

## How to Contact Us

Client Services: 1-800-797-6324
Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610
Website: www.mechanicsbank.com
Mobile Site: mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER<br>Balance this statement | $ |
| ADD<br>Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT<br>Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING
LENDER
MEMBER FDIC

Privacy





#9119        06/06/2019              $1,008.50



#9121        06/17/2019              $282.05





003923 Mechanics Bank®
*Statement Ending 06/28/2019*
*Page 4 of 4*
1

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido002133

# Statement Ending

# July 30, 2019

003925 Mechanics Bank

Reconciled 8/31/19

**Statement Ending 07/31/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000589 4073865 0001 092387 10Z 300

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| | 24-Hour Tele Banking | 888.400.6324 |
| | Client Services | 800.797.6324 |
| | Online | www.mechanicsbank.com |
| | Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/09/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9123 | 07/02/2019 | $1,112.50 | 9124 | 07/10/2019 | $3,356.30 | Privacy | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00589 4073865 001178 002355 001/0002

003926

## How to Contact Us

Client Services: 1-800-797-6324
Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610
Website: www.mechanicsbank.com
Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

MEMBER FDIC

013538 1180297 0000000 028511 057022 01/02

003927

**Mechanics Bank®**

**Statement Ending 07/31/2019**

CASA NIDO
3080 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9123 — 7/2/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,112.50

One Thousand One Hundred Twelve and 50/100 DOLLARS

B&T Bookkeeping
Tracy Giles
3080 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO Invoice #6857

⑈009123⑈ ⑆121102036⑆ 003⑉030253⑈

#9123 07/02/2019 $1,112.50

CASA NIDO
3080 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9124 — 7/2/2019

PAY TO THE ORDER OF Pangea, Inc $ **3,356.30

Three Thousand Three Hundred Fifty-Six and 30/100 DOLLARS

Pangea Environmental Services
1710 Franklin Street, Suite 200
Oakland, CA 94612

MEMO Project # 1645.001 Invoice # 3917 April 1-April 30 20

⑈009124⑈ ⑆121102036⑆ 003⑉030253⑈

#9124 07/10/2019 $3,356.30

Privacy

00589 4073665 001179 002357 0002/0002

003928 Mechanics Bank®

**Statement Ending 07/31/2019**

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

013538 1180297 0000000 028512 057024 02/02

Casa Nido002137

# Statement Ending

# August 30, 2019

003930 **Mechanics Bank**

Received 9/10/19

**Statement Ending 08/30/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000613 4080751 0001 092387 10Z 300

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/05/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9126 | 08/05/2019 | $1,212.50 | 9127 | 08/13/2019 | $450.00 | 9128 | 08/13/2019 | $1,785.45 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| Privacy | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00613 4080751 0012387 00 0013 /0002

003931

## How to Contact Us

| | |
|---|---|
| Client Services: | 1-800-797-6324 |
| Mailing Address: | P.O. Box 5610<br>Hercules, CA 94547-5610 |
| Website: | www.mechanicsbank.com |
| Mobile Site: | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.

(2) **Dollar amount:** Dollar amount of the suspected error.

(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER<br>Balance this statement | $ |
| ADD<br>Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT<br>Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

MEMBER FDIC

015095 1104044 000000 047737 095474 01/02

003932

Mechanics Bank

**Statement Ending 08/30/2019**

CASA NIDO
Mechanics Bank
9126
8/3/2019
PAY TO THE ORDER OF B&T Bookkeeping $ **1,212.50
One Thousand Two Hundred Twelve and 50/100 DOLLARS
B&T Bookkeeping
Tracy Giles
3080 El Cerrito Plaza, #507
El Cerrito, CA 94530
MEMO Invoice #6882

#9126 08/05/2019 $1,212.50



THIS PAGE LEFT INTENTIONALLY BLANK

015095 1184844 0000000 047738 095476 02/02

# Statement Ending

# September 30, 2019

003935 **Mechanics Bank**

Paid 10/25/19

## Statement Ending 09/30/2019

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000619 4087840 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 09/03/2019 | DEPOSIT | Privacy |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9129 | 09/04/2019 | $8,579.50 | 9130 | 09/03/2019 | $1,008.50 | 9131 | 09/30/2019 | $1,112.20 |

* Indicates skipped check number

**Daily Balances**

Privacy

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00619 4087840 001238 002475 0001/0002

003936

## How to Contact Us

Client Services: 1-800-797-6324

Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610

Website: www.mechanicsbank.com

Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or.

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

MEMBER FDIC

003954 1189247 000000 011424 022848 01/02

003937

Mechanics Bank®

**Statement Ending 09/30/2019**

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
9129
90-203-1211
8/29/2019

PAY TO THE ORDER OF Pangea, Inc $ **8,579.50

Eight Thousand Five Hundred Seventy-Nine and 50/100****** DOLLARS

Pangea Environmental Services
1250 Addison Street, Suite 213
Berkeley, CA 94702

MEMO Omo's Cleaners Project # 1645 001 Invoice # 3965

⑈009129⑈ ⑆121102036⑆ 003⑉030253⑈

#9129 09/04/2019 $8,579.50

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
9130
90-203-1211
8/31/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,008.50

One Thousand Eight and 50/100****** DOLLARS

B&T Bookkeeping
Tracy Giles
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #6907

⑈009130⑈ ⑆121102036⑆ 003⑉030253⑈

#9130 09/03/2019 $1,008.50

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank THE MECHANICS BANK
9131
90-203-1211
9/30/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,112.20

One Thousand One Hundred Twelve and 20/100****** DOLLARS

B&T Bookkeeping
Tracy Giles
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO invoice #6920

⑈009131⑈ ⑆121102036⑆ 003⑉030253⑈

#9131 09/30/2019 $1,112.20

00619 4087840 001239 002477 0002/0002

003938 Mechanics Bank® Statement Ending 09/30/2019
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

003954 1189247 0000000 011425 022850 02/02
Casa Nido002145

# Statement Ending

# October 31, 2019

Reconciled 11/8/19

003940

# Mechanics Bank

## Statement Ending 10/31/2019

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000585 4094728 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

### Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/02/2019 | DEPOSIT | Privacy |
| 10/24/2019 | DEPOSIT | |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9132 | 10/22/2019 | $375.00 | Privacy | | |

* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00585 4094728 001170 002339 0001/0002

003941

## How to Contact Us

Client Services: 1-800-797-6324

Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610

Website: www.mechanicsbank.com

Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932% by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

019886 1193955 000000 035429 070858 01/02

EQUAL HOUSING
LENDER

MEMBER FDIC

003942

Mechanics Bank

**Statement Ending 10/31/2019**

[redacted]

Privacy [redacted]

00565 4094728 001171 002341 0002/0002



003943
Mechanics Bank

Statement Ending 10/31/2019
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

019886 1193955 0000000 035430 070860 02/02

Casa Nido002149

# Statement Ending

# December 31, 2019



003945 Mechanics Bank

Rec'd 1/14/2020

**Statement Ending 12/31/2019**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000603 4108197 0001 092387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
3060 EL CERRITO PLZ # 507
EL CERRITO CA 94530-4011

## Managing Your Accounts

| | | |
|---|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

Privacy

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/03/2019 | DEPOSIT | Privacy |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Privacy | | | Privacy | | | 9146 | 12/30/2019 | $6,553.47 |
| 9138 | 12/13/2019 | $729.37 | | | | 9147 | 12/30/2019 | $1,059.00 |
| 9139 | 12/03/2019 | $1,108.50 | 9144* | 12/11/2019 | $450.00 | | | |
| Privacy | | | Privacy | | | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Privacy | | | | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00603 4108197 001204 002411 0001/0002

EQUAL HOUSING LENDER
Member FDIC

003946

## How to Contact Us

**Client Services:** 1-800-797-6324

**Mailing Address:** P.O. Box 5610
Hercules, CA 94547-5610

**Website:** www.mechanicsbank.com

**Mobile Site:** mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING LENDER
MEMBER FDIC

007453 1205101 0000000 018372 036744 01/02

003947

**Mechanics Bank**

## Statement Ending 12/31/2019

Privacy

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9138 — 90-203-1211 — 11/29/2019

PAY TO THE ORDER OF Kraft Lake Insurance $ **729.37

Seven Hundred Twenty-Nine and 37/100 DOLLARS

Kraft Lake Insurance
PO Box 1426 Loc 1482
Grand Rapids, MI 49501

MEMO 87RLS18498
12210 San Pablo Avenue Liability Insurance

⑈009138⑈ ⑆121102036⑆ 003⑉030253⑈

#9138 12/13/2019 $729.37

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9139 — 90-203-1211 — 12/3/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,108.50

One Thousand One Hundred Eight and 50/100 DOLLARS

B&T Bookkeeping, Inc.
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO Invoice #6974

⑈009139⑈ ⑆121102036⑆ 003⑉030253⑈

#9139 12/03/2019 $1,108.50

Privacy

Privacy

Privacy

Privacy

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9146 — 90-203-1211 — 12/19/2019

PAY TO THE ORDER OF Pangea, Inc $ **6,553.47

Six Thousand Five Hundred Fifty-Three and 47/100 DOLLARS

Pangea Environmental Services
1250 Addison Street, Suite 213
Berkeley, CA 94702

MEMO Omo's Cleaners Project # 1645.001 Invoice # 4077 J

⑈009146⑈ ⑆121102036⑆ 003⑉030253⑈

#9146 12/30/2019 $6,553.47

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530

Mechanics Bank — 9147 — 90-203-1211 — 12/27/2019

PAY TO THE ORDER OF B&T Bookkeeping $ **1,059.00

One Thousand Fifty-Nine and 00/100 DOLLARS

B&T Bookkeeping, Inc.
3060 El Cerrito Plaza, #507
El Cerrito, CA 94530

MEMO Invoice #8992

⑈009147⑈ ⑆121102036⑆ 003⑉030253⑈

#9147 12/30/2019 $1,059.00

00L03 4108197 001207 002413 0002/0002

003948

Mechanics Bank®

Statement Ending 12/31/2019

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

007453 1205101 0000000 018373 036746 02/02

Casa Nido002157

# Statement Ending

# January 31, 2020

003950

# Mechanics Bank®

P.O. Box 5610
Hercules, CA 94547-5610

**Statement Ending 01/31/2020**

RETURN SERVICE REQUESTED

>000563 4114970 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $321,472.12 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2020 | **Beginning Balance** | **$322,958.63** |
| | 0 Credit(s) This Period | $0.00 |
| | 3 Debit(s) This Period | $1,486.51 |
| 01/31/2020 | **Ending Balance** | **$321,472.12** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9015 | 01/16/2020 | $985.91 | 9143* | 01/08/2020 | $238.10 | 9148* | 01/16/2020 | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/08/2020 | $322,720.53 | 01/16/2020 | $321,472.12 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

00563 4114970 001124 002251 0001/0002

EQUAL HOUSING LENDER
Member FDIC

003951

**How to Contact Us**

Client Services: 1-800-797-6324

Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610

Website: www.mechanicsbank.com

Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING LENDER MEMBER FDIC

012371 1210540 0000000 021218 042436 01/02

Casa Nido009254

003952

Mechanics Bank

**Statement Ending 01/31/2020**

Page 3 of 4

#9015 01/16/2020 $985.91

#9143 01/08/2020 $238.10

00563 4114970 001127 002253 0002/0002

Casa Nido009255

003953

Mechanics Bank®

**_Statement Ending 01/31/2020_**

_Page 4 of 4_

THIS PAGE LEFT INTENTIONALLY BLANK

012371 1210540 0000000 021219 042438 02/02

Casa Nido009256

# Statement Ending

# February 28, 2020

003955

# Mechanics Bank®

P.O. Box 5610
Hercules, CA 94547-5610

## Statement Ending 02/28/2020

RETURN SERVICE REQUESTED

>000606 4121114 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| 24-Hour Tele Banking | 888.400.6324 |
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $270,279.28 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **02/01/2020** | **Beginning Balance** | **$321,472.12** |
| | 1 Credit(s) This Period | $3,617.00 |
| | 4 Debit(s) This Period | $54,809.84 |
| **02/28/2020** | **Ending Balance** | **$270,279.28** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/10/2020 | DEPOSIT | $3,617.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9149 | 02/07/2020 | $238.10 | 9151 | 02/14/2020 | [redacted] |
| 9150 | 02/10/2020 | $2,424.00 | 9152 | 02/26/2020 | $51,322.74 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/07/2020 | $321,234.02 | 02/14/2020 | $321,602.02 |
| 02/10/2020 | $322,427.02 | 02/26/2020 | $270,279.28 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

00606 4121114 0012123 0001/0002

EQUAL HOUSING LENDER
Member
FDIC

003956

## How to Contact Us

Client Services: 1-800-797-6324

Mailing Address: P.O. Box 5610
Hercules, CA 94547-5610

Website: www.mechanicsbank.com

Mobile Site: mechanicsbank.com/m

### Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

### Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

### Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

### Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line

## CHECK RECONCILIATION WORKSHEET

CHECKS OUTSTANDING

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

CHECKBOOK RECONCILIATION

| | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

○ Accounted for bank charges?
○ Verified additions and subtractions in your checkbooks?
○ Compared cancelled checks to check stubs?
○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement

MEMBER FDIC

014078 1215543 000000 034722 069444 01/02

003957

Mechanics Bank®

**Statement Ending 02/28/2020**

#9149 02/07/2020 $238.10

#9150 02/10/2020 $2,424.00

#9152 02/26/2020 $51,322.74

00606 47111114 00121 3 0024525 0002/0002

003958

Mechanics Bank

Statement Ending 02/28/2020

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

014078 1215543 0000000 034723 069446 02/02

Casa Nido009280

# Statement Ending

# March 31, 2020

003960 **Mechanics Bank**

**Statement Ending 03/31/2020**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000555 4098431 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $271,420.76 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/29/2020 | **Beginning Balance** | **$270,279.28** |
| | 1 Credit(s) This Period | $7,234.00 |
| | 5 Debit(s) This Period | $6,092.52 |
| 03/31/2020 | **Ending Balance** | **$271,420.76** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/11/2020 | DEPOSIT | $7,234.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9153 | 03/06/2020 | $1,798.25 | 9155 | 03/30/2020 | [redacted] | 9158* | 03/30/2020 | $750.00 |
| 9154 | 03/09/2020 | $90.26 | 9156 | 03/30/2020 | $3,191.51 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/06/2020 | $268,481.03 | 03/11/2020 | $275,624.77 |
| 03/09/2020 | $268,390.77 | 03/30/2020 | $271,420.76 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00555 4098431 001110 002219 0001/0002

Member FDIC
EQUAL HOUSING LENDER

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 63 of 403

003961

## How to Contact Us

**Client Services:** 1-800-797-6324
**Mailing Address:** P.O. Box 5610 Hercules, CA 94547-5610
**Website:** www.mechanicsbank.com
**Mobile Site:** mechanicsbank.com/m

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true.

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

| CHECKS OUTSTANDING | | | |
|---|---|---|---|
| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

| CHECKBOOK RECONCILIATION | |
|---|---|
| ENTER Balance this statement | $ |
| ADD Recent deposits (not credited on this statement) | $ |
| SUBTOTAL | $ |
| SUBTRACT Total checks outstanding | $ |
| BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- ○ Accounted for bank charges?
- ○ Verified additions and subtractions in your checkbooks?
- ○ Compared cancelled checks to check stubs?
- ○ Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

EQUAL HOUSING LENDER
MEMBER FDIC

004242 1221068 0000000 012835 025670 01/02

003962 Mechanics Bank®

Statement Ending 03/31/2020

Page 3 of 4

#9153 03/06/2020 $1,798.25

#9154 03/09/2020 $90.26

#9156 03/30/2020 $3,191.51

#9158 03/30/2020 $750.00

00555 4098431 001111 002221 0002/0002

Casa Nido009259

003963 Mechanics Bank®

***Statement Ending 03/31/2020***

*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

004242 1221068 0000000 012836 025672 02/02

Casa Nido009260

# Statement Ending

# April 30, 2020

003965 **Mechanics Bank**

**Statement Ending 04/30/2020**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000497 4215046 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

***Managing Your Accounts***

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $273,505.52 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/01/2020** | **Beginning Balance** | **$271,420.76** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 3 Debit(s) This Period | $1,641.24 |
| **04/30/2020** | **Ending Balance** | **$273,505.52** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/29/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9157 | 04/09/2020 | [redacted] | 9159* | 04/02/2020 | $306.24 | 9160 | 04/23/2020 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04/02/2020 | $271,114.52 | 04/23/2020 | $269,779.52 |
| 04/09/2020 | $270,454.52 | 04/29/2020 | $273,505.52 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00497 4215046 000994 001987 0001/0002

Member FDIC

EQUAL HOUSING LENDER

## How to Contact Us

| | |
|---|---|
| **Client Services:** | 1-800-797-6324 |
| **Mailing Address:** | P.O. Box 5610<br>Hercules, CA 94547-5610 |
| **Website:** | www.mechanicsbank.com |
| **Mobile Site:** | mechanicsbank.com/m |

## Important Information About Your Instant Reserve Account (hereinafter referred to as "Account")

The Bank figured the interest charge for this period on your revolving line of credit by multiplying the daily periodic rate of 0.04932%, by the "daily balance" of your account each day. To get the daily balance, we take the beginning balance of your Account each day, add any new advances and subtract any payments or credits and any billed but unpaid interest. This gives us the "daily balance."

## Fair Credit Reporting Act

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Important Notice Regarding Repayment of Loan Obligations

Communications concerning a dispute in connection with your loan, including any instrument that may be tendered as full satisfaction of your debt must be directed to 1-800-797-6324 or:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

## Important Notice Regarding Automatic Loan Payments

When an automatic loan payment due date falls on a Saturday, Sunday or Holiday (except for New Year's Day, which is a processing day for Mechanics Bank) the payment will be taken the next business day. Loan interest accrues until posted. Questions: call 1-800-797-6324.

## Electronic Transfers Summary

*(The following notice applies if your account is maintained primarily for personal, family or household purposes)*

In case of errors or questions about your electronic transfers, call us at 1-800-797-6324 or write to the following address as soon as you can:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

Contact us if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent out the FIRST statement on which the error or problem appeared.

**YOU MUST:**

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts), we will credit your account for the amount you think is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

## Billing Rights Summary

*(The following information will apply to your loans maintained primarily for personal, family or household purposes)*

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:

**Mechanics Bank, Client Services**
**P.O. Box 5610, Hercules, CA 94547-5610**

In your letter, give us the following information:

(1) **Account information:** Your name and account number.
(2) **Dollar amount:** Dollar amount of the suspected error.
(3) **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing on a separate sheet of paper. You may call us, but if you do you will not preserve your rights, and we are not required to investigate any potential errors. You may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true.
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit line.

## CHECK RECONCILIATION WORKSHEET

**CHECKS OUTSTANDING**

| DATE OR NUMBER | AMOUNT | DATE OR NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS OF THE STATEMENT DATE. THE BANK WILL NOT BE LIABLE FOR CLAIMS MADE AFTERWARDS.

**CHECKBOOK RECONCILIATION**

| | |
|---|---|
| **ENTER** Balance this statement | $ |
| **ADD** Recent deposits (not credited on this statement) | $ |
| **SUBTOTAL** | $ |
| **SUBTRACT** Total checks outstanding | $ |
| **BALANCE** | $ |

Mark off the checks and deposits shown on this statement in your checkbook. If your checkbook and statement do not balance, have you:

- Accounted for bank charges?
- Verified additions and subtractions in your checkbooks?
- Compared cancelled checks to check stubs?
- Compared deposit amounts on statement to your checkbook?

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement.

027240 1226356 000000 057868 115736 01/02

003967

Mechanics Bank

Statement Ending 04/30/2020

Page 3 of 4

#9159 04/02/2020 $306.24

00497 4215046 000995 001989 0002/0002

Casa Nido009263

THIS PAGE LEFT INTENTIONALLY BLANK

027240 1226356 0000000 057869 115738 02/02

# Statement Ending

# May 29, 2020

003970 Mechanics Bank

**Statement Ending 05/29/2020**

P.O. Box 5610
Hercules, CA 94547-5610

RETURN SERVICE REQUESTED

>000524 4324850 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

Managing Your Accounts
Client Services 800.797.6324
Online www.mechanicsbank.com
Mobile Download Our Mobile Apps

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $267,142.62 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2020** | **Beginning Balance** | **$273,505.52** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 2 Debit(s) This Period | $10,088.90 |
| **05/29/2020** | **Ending Balance** | **$267,142.62** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/15/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9161 | 05/19/2020 | [redacted] | 9162 | 05/13/2020 | $1,916.90 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/13/2020 | $271,588.62 | 05/15/2020 | $275,314.62 | 05/19/2020 | $267,142.62 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00524 4324850 001046 002045 0001/0002

Member FDIC
EQUAL HOUSING LENDER

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 73 of 403

003971

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

010652 1231529 0000000 021762 043524 01/02

003972

Mechanics Bank

**Statement Ending 05/29/2020**

Page 3 of 4

Mechanics Bank
9161
CASA NIDO
5/6/20

Mechanics Bank
9162
CASA NIDO
PAY TO THE ORDER OF
$ 1916.90
DOLLARS
MEMO

#9162 05/13/2020 $1,916.90

00524 4324850 001049 002097 0002/0002

Casa Nido009267

003973 Mechanics Bank®
Statement Ending 05/29/2020
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

010652 1231529 0000000 021763 043526 02/02

Casa Nido009268

# Statement Ending

# June 30, 2020

003975 **Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 06/30/2020

RETURN SERVICE REQUESTED

>001239 4479962 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $266,766.19 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/30/2020** | **Beginning Balance** | **$267,142.62** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 4 Debit(s) This Period | $4,102.43 |
| **06/30/2020** | **Ending Balance** | **$266,766.19** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/19/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9163 | 06/03/2020 | $297.22 | 9165 | 06/15/2020 | $500.00 |
| 9164 | 06/04/2020 | $2,742.65 | 9167* | 06/19/2020 | $562.56 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/03/2020 | $266,845.40 | 06/15/2020 | $263,602.75 |
| 06/04/2020 | $264,102.75 | 06/19/2020 | $266,766.19 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

01239 4479962 002478 004955 0001/0002

Member
FDIC
EQUAL HOUSING
LENDER

003976

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

011586 1237186 0000000 027953 055906 01/02

003977

Mechanics Bank®

**Statement Ending 06/30/2020**

CASA NIDO
3080 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
9163
90-203-1211
5/30/20
PAY TO THE ORDER OF PG&E $ 297.22
Two hundred ninety - seven & 22/100 DOLLARS
MEMO Acct # 243 508 4048-4
Marsha G. Connell
⑈009163⑈ ⑆121102036⑆ 003⑉030253⑈

#9163 06/03/2020 $297.22

CASA NIDO
1117 ARLINGTON BL.
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
9164
90-203-1211
5/30/20
PAY TO THE ORDER OF Pangea Environmental Services Inc $ 2742.65
Twenty-seven hundred forty-two and 65/100 DOLLARS
MEMO Inv # 485- Project # 1645.001
Marsha G. Connell
⑈009164⑈ ⑆121102036⑆ 003⑉030253⑈

#9164 06/04/2020 $2,742.65

CASA NIDO
3080 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
9165
90-203-1211
6/6/20
PAY TO THE ORDER OF Luis Ruiz $ 500.00
Five hundred and no/100 DOLLARS
MEMO cleaning + gardening at parking strip at Fig Curr Terrace
Marsha G. Connell
⑈009165⑈ ⑆121102036⑆ 003⑉030253⑈

#9165 06/15/2020 $500.00

CASA NIDO
1117 ARLINGTON BLVD.
EL CERRITO, CA 94530
Mechanics Bank THE MECHANICS BANK
9167
90-203-1211
6/6/20
PAY TO THE ORDER OF Dept. of Toxic Substances Control $ 562.56
Five hundred sixty - two and 56/100 DOLLARS
MEMO Inv # 193M6092 Project Code: 202131 (SM)
Marsha G. Connell
⑈009167⑈ ⑆121102036⑆ 003⑉030253⑈

#9167 06/19/2020 $562.56

01239 4479962 002479 004957 0002/0002



003978
Mechanics Bank®
Statement Ending 06/30/2020
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

011586 1237186 0000000 027954 055908 02/02

Casa Nido009272

# Statement Ending

# July 31, 2020

003980 Mechanics Bank®

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 07/31/2020

RETURN SERVICE REQUESTED

>001043 4654942 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

A special offer from
PAYCHEX®
LIMITED TIME ONLY
Expires August 27, 2020
Get 3 FREE Months
Payroll Processing and State Unemployment Insurance Service
PLUS 2 Free Months Human Resource Support¹

Call or visit your local branch to get started today. Find a branch at MechanicsBank.com/Locations.

1. Purchase of a new payroll package required. Terms and conditions apply. See banker for important information.

Mechanics Bank is a Member of FDIC and an Equal Housing Lender. Mechanics Bank has partnered with Paychex to provide payroll services to Mechanics Bank customers. Referred customers are under no obligation to engage with Paychex. Mechanics Bank is compensated for new accounts resulting from referrals to Paychex. The payroll processing agreement is between customer and Paychex. MKT5813/0720

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $231,483.54 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | **Beginning Balance** | **$266,766.19** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 8 Debit(s) This Period | $39,008.65 |
| 07/31/2020 | **Ending Balance** | **$231,483.54** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/27/2020 | DEPOSIT | $3,726.00 |

01043 4654942 002086 004171 0001/0002

Member FDIC
EQUAL HOUSING LENDER

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

010276 1242677 0000000 027508 05016 01/02

003982

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9166 | 07/03/2020 | [redacted] | 9170 | 07/13/2020 | [redacted] | 9173 | 07/29/2020 | $24,067.44 |
| 9168* | 07/01/2020 | $363.15 | 9171 | 07/21/2020 | [redacted] | 9174 | 07/30/2020 | $500.00 |
| 9169 | 07/24/2020 | [redacted] | 9172 | 07/29/2020 | $501.06 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/01/2020 | $266,403.04 | 07/21/2020 | $258,451.04 | 07/29/2020 | $231,983.54 |
| 07/03/2020 | $263,530.54 | 07/24/2020 | $252,826.04 | 07/30/2020 | $231,483.54 |
| 07/13/2020 | $258,530.54 | 07/27/2020 | $256,552.04 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

01043 4545442 002087 004173 0002/0002

003983

Mechanics Bank

**Statement Ending 07/31/2020**

#9168 07/01/2020 $363.15

#9172 07/29/2020 $501.06

#9173 07/29/2020 $24,067.44

#9174 07/30/2020 $500.00

010276 1242677 0000000 027509 055018 02/02

# Statement Ending

# August 31, 2020

003985 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 08/31/2020

RETURN SERVICE REQUESTED

>000611 4868780 0001 092387 10Z 3

01041630 P308

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

**IMPORTANT ACCOUNT INFORMATION**

**Good news!** Effective July 13, 2020, we no longer charge a $2.00 paper statement fee for non-analyzed business accounts.

---

**Important Updates to the Business Account Agreement**

**August 27, 2020**
Mechanics Bank has made a correction to its **Business Account Agreement** (dated April 6, 2020) as noted below in bold italic. Please review this information carefully. If you have any questions about your Mechanics Bank account, please call our Customer Service Center at 800.797.6324.

**Business Account Agreement**
**Force Pay Transactions Policy (page 22, paragraph 1)**

**Force Pay Transactions** There may be instances where we will pay a transaction even if you do not have sufficient funds in your account to cover the transaction and no overdraft coverage. These transactions can occur, for example, when an ATM transaction or everyday debit card transaction is approved but later other transactions reduce the balance in your account before your ATM transaction or everyday debit card transaction is posted to your account. ***Under these circumstances, we will still pay (or "Force Pay") the transaction and you may be charged an overdraft fee (refer to Fee Schedule).***

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $206,700.13 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| **08/01/2020** | **Beginning Balance** | **$231,483.54** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 4 Debit(s) This Period | $28,509.41 |
| **08/31/2020** | **Ending Balance** | **$206,700.13** |

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 08/20/2020 | DEPOSIT | $3,726.00 |

CSTMTADV 1071 0001 127 07 20200901 PG 1 OF 2
01041630 37274929.5 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

Mechanics Bank

**Statement Ending 08/31/2020**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9175 | 08/12/2020 | $12,146.21 | 9177 | 08/20/2020 | $2,840.00 |
| 9176 | 08/13/2020 | [redacted] | 9178 | 08/25/2020 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08/12/2020 | $219,337.33 | 08/20/2020 | $216,360.83 |
| 08/13/2020 | $215,474.83 | 08/25/2020 | $206,700.13 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

003988

Mechanics Bank

**Statement Ending 08/31/2020**

CSTMTADV 1071 0001 127 07 20200901 PG 2 OF 2 01041630 37274929.5 0-0

#9175 08/12/2020 $12,146.21

#9177 08/20/2020 $2,840.00

# Statement Ending

# September 30, 2020

003990

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 09/30/2020

RETURN SERVICE REQUESTED

>000646 5056694 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | | |
|---|---|---|
| | Client Services | 800.797.6324 |
|  | Online | www.mechanicsbank.com |
|  | Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $207,855.49 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2020** | **Beginning Balance** | **$206,700.13** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 3 Debit(s) This Period | $2,570.64 |
| **09/30/2020** | **Ending Balance** | **$207,855.49** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/09/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9179 | 09/01/2020 | $563.14 | 9180 | 09/18/2020 | [redacted] | 9181 | 09/28/2020 | $170.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 09/01/2020 | $206,136.99 | 09/18/2020 | $208,025.49 |
| 09/09/2020 | $209,862.99 | 09/28/2020 | $207,855.49 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

00646 5056694 001292 002583 0001/0002

Member FDIC
EQUAL HOUSING LENDER

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

EQUAL HOUSING
LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

008494 1255207 0000000 022085 044170 01/02

003992

Mechanics Bank

**Statement Ending 09/30/2020**

Page 3 of 4

CASA NIDO
Mechanics Bank
9179
PAY TO THE ORDER OF PG+E
$ 563.14
DOLLARS
MEMO

#9179 09/01/2020 $563.14

CASA NIDO
Mechanics Bank
9180

CASA NIDO
Mechanics Bank
9181
PAY TO THE ORDER OF
DOLLARS
MEMO

#9181 09/28/2020 $170.00

00646 5056694 001293 002585 0002/0002

Casa Nido009287

003993

Mechanics Bank®

Statement Ending 09/30/2020
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

008494 1255207 0000000 022086 044172 02/02

Casa Nido009288

# Statement Ending

# October 30, 2020



003995

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 10/30/2020**

*Page 1 of 4*

RETURN SERVICE REQUESTED

>000444 5264304 0001 092387 10Z 3

01099900 MSP 482

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

Managing Your Accounts
Client Services 800.797.6324
Online www.mechanicsbank.com
Mobile Download Our Mobile Apps

Beginning November 4, 2020, surcharge-free access to ATMs on the Allpoint network will no longer be available. As a Mechanics Bank customer, you will continue to have surcharge-free access to an extended network of over 32,000 ATMs nationwide through MoneyPass. Please visit mechanicsbank.com/locations for the nearest ATM.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $205,723.41 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/01/2020** | **Beginning Balance** | **$207,855.49** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 4 Debit(s) This Period | $5,858.08 |
| **10/30/2020** | **Ending Balance** | **$205,723.41** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/15/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9182 | 10/08/2020 | $4,306.63 | 9184 | 10/23/2020 | $516.19 |
| 9183 | 10/15/2020 | [redacted] | 9186* | 10/28/2020 | $524.26 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 10/08/2020 | $203,548.86 | 10/23/2020 | $206,247.67 |
| 10/15/2020 | $206,763.86 | 10/28/2020 | $205,723.41 |

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 98 of 403

003996

CSTMTADV 1071 0001 127 07 20201031 PG 1 OF 2
01099900 37786404.10 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

Mechanics Bank

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



CSTMTADV 1071 0001 127 07 20201031 PG 2 OF 2 01099900 37786404.10 0-0

#9182 10/08/2020 $4,306.63

#9184 10/23/2020 $516.19

#9186 10/28/2020 $524.26

# Statement Ending

# November 30, 2020

004000

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

>000481 5468165 0001 092387 10Z 3

00855422 MSP 67

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

**Statement Ending 11/30/2020**

*Managing Your Accounts*

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $272,665.98 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/31/2020** | **Beginning Balance** | **$205,723.41** |
| | 2 Credit(s) This Period | $103,726.00 |
| | 4 Debit(s) This Period | $36,783.43 |
| **11/30/2020** | **Ending Balance** | **$272,665.98** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/02/2020 | DEPOSIT | $100,000.00 |
| 11/20/2020 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9185 | 11/02/2020 | [redacted] | 9188 | 11/17/2020 | [redacted] |
| 9187* | 11/12/2020 | $27,864.68 | 9189 | 11/18/2020 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/02/2020 | $302,723.41 | 11/17/2020 | $272,052.48 | 11/20/2020 | $272,665.98 |
| 11/12/2020 | $274,858.73 | 11/18/2020 | $268,939.98 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Member
FDIC
EQUAL HOUSING LENDER

CSTMTADV 1071 0001 127 07 20201202 PG 1 OF 2
00855422 38058893.4 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004002

Mechanics Bank

#9187 11/12/2020 $27,864.68







004003
Mechanics Bank

Statement Ending 11/30/2020

Page 4 of 4
CSTMTADV 1071 0001 127 07 20201202 PG 2 OF 2
00855422 38058893.4 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009296

# Statement Ending

# December 31, 2020

004005 **Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 12/31/2020

RETURN SERVICE REQUESTED

>000476 5707145 0001 092387 10Z 3

01923697 P312

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $257,868.89 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2020 | **Beginning Balance** | **$272,665.98** |
| | 2 Credit(s) This Period | $8,726.00 |
| | 6 Debit(s) This Period | $23,523.09 |
| 12/31/2020 | **Ending Balance** | **$257,868.89** |

CITY OF RICH: CK# 9193 < 476.20 >
PG&E CK# 9197 < 409.64 >
256,983.05

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/10/2020 | DEPOSIT | $3,726.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 12/30/2020 | CHK ADJ CHECK 9195 LA 8687.50 S/B 3687.50 NUMBER 0000009195 | $5,000.00 |

Bank error in posting

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9190 | 12/11/2020 | $759.99 | 9192 | 12/11/2020 | $6,104.38 | 9195 | 12/14/2020 | [redacted] |
| 9191 | 12/02/2020 | $499.47 | 9194* | 12/09/2020 | $2,809.00 | 9196 | 12/17/2020 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02/2020 | $272,166.51 | 12/11/2020 | $266,219.14 | 12/30/2020 | $257,868.89 |
| 12/09/2020 | $269,357.51 | 12/14/2020 | $257,531.64 | | |
| 12/10/2020 | $273,083.51 | 12/17/2020 | $252,868.89 | | |

**How to contact us**
800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

CSTMTADV 1071 0001 127 07 20210102 PG 1 OF 2
01923697 38328148.2 0-0

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004007

# Mechanics Bank

**Statement Ending 12/31/2020**

CSTMTADV 1071 0001 127 07 20210102 PG 2 OF 2
01923697 38328148.2 0-0

#9190 12/11/2020 $759.99

#9191 12/02/2020 $499.47

#9192 12/11/2020 $6,104.38

#9194 12/09/2020 $2,809.00





004008

Statement Ending 12/31/2020

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# Statement Ending

# January 29, 2021

004010 **Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 01/29/2021

RETURN SERVICE REQUESTED

>000462 5943607 0001 092387 10Z 3

00125745 MSP 82

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

Managing Your Accounts
Client Services 800.797.6324
Online www.mechanicsbank.com
Mobile Download Our Mobile Apps

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $256,759.43 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **01/01/2021** | **Beginning Balance** | **$257,868.89** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 4 Debit(s) This Period | $4,835.46 |
| **01/29/2021** | **Ending Balance** | **$256,759.43** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/11/2021 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9193 | 01/15/2021 | $476.20 | 9198 | 01/15/2021 | [redacted] |
| 9197* | 01/14/2021 | $409.64 | 9199 | 01/19/2021 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/11/2021 | $261,594.89 | 01/15/2021 | $258,796.55 |
| 01/14/2021 | $261,185.25 | 01/19/2021 | $256,759.43 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

EQUAL HOUSING LENDER
Member FDIC

004011

CSTMTADV 1071 0001 127 07 20210131 PG 1 OF 2
00125745 38581340.4 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004012

Mechanics Bank

**Statement Ending 01/29/2021**

#9193 01/15/2021 $476.20

#9197 01/14/2021 $409.64







004013
Mechanics Bank
Statement Ending 01/29/2021
Page 4 of 4

CSTMTADV 1071 0001 127 07 20210131 PG 2 OF 2
00125745 38581340.4 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009306

# Statement Ending

# February 26, 2021

004015

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 02/26/2021**

RETURN SERVICE REQUESTED

>000488 7149269 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $194,109.66 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **01/30/2021** | **Beginning Balance** | **$256,759.43** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 5 Debit(s) This Period | $66,375.77 |
| **02/26/2021** | **Ending Balance** | **$194,109.66** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/19/2021 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9200 | 02/01/2021 | $430.94 | 9202 | 02/23/2021 | [redacted] | 9204 | 02/22/2021 | $34,571.26 |
| 9201 | 02/03/2021 | $19,486.25 | 9203 | 02/16/2021 | [redacted] | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2021 | $256,328.49 | 02/16/2021 | $235,979.74 | 02/22/2021 | $205,134.48 |
| 02/03/2021 | $236,842.24 | 02/19/2021 | $239,705.74 | 02/23/2021 | $194,109.66 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

00488 7149269 000976 001951 0001/0002

Member
FDIC
EQUAL HOUSING
LENDER

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 118 of 403

004016

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

017762 1291687 0000000 045448 090896 01/02

004017 Mechanics Bank
Statement Ending 02/26/2021
Page 3 of 4

#9200 02/01/2021 $430.94

#9201 02/03/2021 $19,486.25

#9204 02/22/2021 $34,571.26

00488 7149269 000977 001953 0002/0002

Casa Nido009309

0040138 Mechanics Bank®

Statement Ending 02/26/2021

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

017762 1291687 0000000 045449 090898 02/02

Casa Nido009310

# Statement Ending

# March 31, 2021



004020

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

>000439 7371146 0001 092387 10Z 3

00886235 P303

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Statement Ending 03/31/2021

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $183,551.99 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **02/27/2021** | **Beginning Balance** | **$194,109.66** |
| | 1 Credit(s) This Period | $3,726.00 |
| | 6 Debit(s) This Period | $14,283.67 |
| **03/31/2021** | **Ending Balance** | **$183,551.99** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/19/2021 | DEPOSIT | $3,726.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9205 | 03/09/2021 | $500.00 | 9207 | 03/23/2021 | [redacted] | 9209 | 03/02/2021 | $444.85 |
| 9206 | 03/08/2021 | [redacted] | 9208 | 03/22/2021 | $598.00 | 9210 | 03/22/2021 | $350.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/02/2021 | $193,664.81 | 03/09/2021 | $188,777.31 | 03/22/2021 | $191,555.31 |
| 03/08/2021 | $189,277.31 | 03/19/2021 | $192,503.31 | 03/23/2021 | $183,551.99 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Member
FDIC
EQUAL HOUSING LENDER

004021

CSTMTADV 1071 0001 127 07 20210402 PG 1 OF 2
00886235 39126655.2 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004022

Mechanics Bank

**Statement Ending 03/31/2021**

#9205 03/09/2021 $500.00

#9208 03/22/2021 $598.00

#9209 03/02/2021 $444.85

#9210 03/22/2021 $350.00

004023

Mechanics Bank

Statement Ending 03/31/2021

Page 4 of 4

CSTMTADV 1071 0001 127 07 20210402 PG 2 OF 2
00886235 39126655.2 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009314

# Statement Ending

# April 30, 2021

004025

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 04/30/2021**

RETURN SERVICE REQUESTED

>000484 7712222 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $156,232.91 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/01/2021** | **Beginning Balance** | **$183,551.99** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 6 Debit(s) This Period | $31,140.08 |
| **04/30/2021** | **Ending Balance** | **$156,232.91** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/13/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9211 | 04/14/2021 | $3,550.00 | 9213 | 04/13/2021 | $229.15 | 9215 | 04/15/2021 | $20,766.31 |
| 9212 | 04/23/2021 | $3,027.30 | 9214 | 04/15/2021 | [redacted] | 9216 | 04/29/2021 | $492.32 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/13/2021 | $187,143.84 | 04/15/2021 | $159,752.53 | 04/29/2021 | $156,232.91 |
| 04/14/2021 | $183,593.84 | 04/23/2021 | $156,725.23 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00484 7712222 0009468 001935 0001/0002

EQUAL HOUSING LENDER
Member
FDIC

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

015833 1307801 0000000 035043 070086 01/02

004027

Mechanics Bank

**Statement Ending 04/30/2021**

#9211 04/14/2021 $3,550.00

#9212 04/23/2021 $3,027.30

#9213 04/13/2021 $229.15

#9215 04/15/2021 $20,766.31

#9216 04/29/2021 $492.32

00484 7712222 000967 001937 0002/0002

004028

Mechanics Bank®

Statement Ending 04/30/2021

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

015833 1307801 0000000 035044 070088 02/02

Casa Nido009318

# Statement Ending

# May 28, 2021

004030

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 05/28/2021

RETURN SERVICE REQUESTED

>000479 7928132 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $141,761.43 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/01/2021** | **Beginning Balance** | **$156,232.91** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 3 Debit(s) This Period | $18,292.48 |
| **05/28/2021** | **Ending Balance** | **$141,761.43** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/26/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9218 | 05/17/2021 | [redacted] | 9219 | 05/21/2021 | $16,456.26 | 9009220* | 05/28/2021 | $483.22 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/17/2021 | $154,879.91 | 05/26/2021 | $142,244.65 |
| 05/21/2021 | $138,423.65 | 05/28/2021 | $141,761.43 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00479 7928132 000958 001915 0001/0002

Member
FDIC
EQUAL HOUSING
LENDER

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

009587 1314627 0000000 016338 032676 01/02

004032

**Statement Ending 05/28/2021**

#9219 05/21/2021 $16,456.26

#9009220 05/28/2021 $483.22

00479 7928132 000959 001917 0002/0002



004033

Mechanics Bank®

Statement Ending 05/28/2021

Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

009587 1314627 0000000 016339 032678 02/02

Casa Nido009322

# Statement Ending

# June 30, 2021

004035 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 06/30/2021**

RETURN SERVICE REQUESTED

>000446 3176177 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

Managing Your Accounts
Client Services 800.797.6324
Online www.mechanicsbank.com
Mobile Download Our Mobile Apps

## Important Notice Regarding Your Account Alerts

Improved security features and dozens of new alert options are coming soon when we update the Business Online Banking alert system.

Your current online banking alerts will expire on Tuesday, July 6, 2021. **You must recreate your online banking alerts in the new system on Wednesday, July 7, 2021.**

Visit **www.MechanicsBank.com/SecureAlerts** to learn more.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $141,542.80 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 05/29/2021 | **Beginning Balance** | **$141,761.43** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 4 Debit(s) This Period | $4,039.63 |
| 06/30/2021 | **Ending Balance** | **$141,542.80** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/25/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9217 | 06/01/2021 | | 9222 | 06/14/2021 | |
| 9221* | 06/08/2021 | | 9223 | 06/29/2021 | $392.08 |

* Indicates skipped check number

00446 3176177 000892 001783 0001/0002

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 138 of 403

004036

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC  EQUAL HOUSING LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

011611 1323321 0000000 031957 063914 01/02

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01/2021 | $138,982.88 | 06/14/2021 | $138,113.88 | 06/29/2021 | $141,542.80 |
| 06/08/2021 | $138,482.88 | 06/25/2021 | $141,934.88 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00446 3176177 000893 001785 0002/0002

004038 Mechanics Bank

#9223 06/29/2021 $392.08

011611 1323321 0000000 031958 063916 02/02

# Statement Ending

# July 30, 2021

004040 **Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 07/30/2021

RETURN SERVICE REQUESTED

>000434 3424583 0001 092387 10Z 3

0066642 MSP 24

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $119,585.18 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2021** | **Beginning Balance** | **$141,542.80** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 5 Debit(s) This Period | $25,778.62 |
| **07/30/2021** | **Ending Balance** | **$119,585.18** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/21/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9224 | 07/06/2021 | [REDACTED] | 9226 | 07/06/2021 | $350.00 | 9228 | 07/20/2021 | [REDACTED] |
| 9225 | 07/09/2021 | $11,401.62 | 9227 | 07/23/2021 | [REDACTED] | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/06/2021 | $136,857.80 | 07/20/2021 | $118,101.18 | 07/23/2021 | $119,585.18 |
| 07/09/2021 | $125,456.18 | 07/21/2021 | $121,922.18 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Member
FDIC
EQUAL HOUSING LENDER

004041

CSTMTADV 1071 0001 127 07 20210801 PG 1 OF 2
00066642 40208035.3 0-0

| **How to contact us** | 800.797.6324<br>P.O. Box 6010<br>Santa Maria, CA 93456-6010<br>www.mechanicsbank.com |
|---|---|

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420



004042

Mechanics Bank

**Statement Ending 07/30/2021**

Page 3 of 4

Mechanics Bank
9224
CASA NIDO

Mechanics Bank
9225
CASA NIDO
EL CERRITO, CA
PAY TO THE ORDER OF
DOLLARS
MEMO

#9225 07/09/2021 $11,401.62

Mechanics Bank
9226
CASA NIDO
PAY TO THE ORDER OF
DOLLARS
MEMO

#9226 07/06/2021 $350.00

Mechanics Bank
9227
CASA NIDO

Mechanics Bank
9228
CASA NIDO

Casa Nido009329

004043

Mechanics Bank®

*Statement Ending 07/30/2021*

*Page 4 of 4*

CSTMTADV 1071 0001 127 07 20210801 PG 2 OF 2
00066642 40208035.3 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009330

# Statement Ending

# August 31, 2021

004045 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 08/31/2021**

RETURN SERVICE REQUESTED

>000435 3704631 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $113,458.34 |

# PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/31/2021 | **Beginning Balance** | **$119,585.18** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 4 Debit(s) This Period | $9,947.84 |
| 08/31/2021 | **Ending Balance** | **$113,458.34** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/30/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9229 | 08/02/2021 | [redacted] | 9231 | 08/25/2021 | $8,184.31 |
| 9230 | 08/04/2021 | $616.53 | 9232 | 08/23/2021 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/02/2021 | $119,135.18 | 08/23/2021 | $117,821.65 | 08/30/2021 | $113,458.34 |
| 08/04/2021 | $118,518.65 | 08/25/2021 | $109,637.34 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00435 3704631 000870 001739 0001/0002

Member FDIC

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

EQUAL HOUSING LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004047

Mechanics Bank

**Statement Ending 08/31/2021**

CASA NIDO — Mechanics Bank — 9230

Pay to the order of PG&E $ 616.53

Six hundred sixteen and 53/100 DOLLARS

Memo 243508 4048-4

#9230 08/04/2021 $616.53

CASA NIDO — Mechanics Bank — 9231

Pay to the order of Pangea Environmental Services Inc $ 8184.31

Eighty-one hundred eighty-four and 31/100 DOLLARS

Memo Inv# 4544

#9231 08/25/2021 $8,184.31

004048

Mechanics Bank®

Statement Ending 08/31/2021
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

021626 1341323 0000000 057876 115752 02/02

Casa Nido009334

# Statement Ending

# September 30, 2021

004050

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 09/30/2021**

RETURN SERVICE REQUESTED

>000460 3997017 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $107,343.33 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2021** | **Beginning Balance** | **$113,458.34** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 2 Debit(s) This Period | $9,936.01 |
| **09/30/2021** | **Ending Balance** | **$107,343.33** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/29/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9233 | 09/03/2021 | $540.29 | 9237* | 09/30/2021 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/03/2021 | $112,918.05 | 09/29/2021 | $116,739.05 | 09/30/2021 | $107,343.33 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00460 3997017 000920 001839 0001/0002

Member FDIC
EQUAL HOUSING LENDER

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**FDIC**
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

030180 1350994 0000000 043082 086164 01/02

Mechanics Bank®

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank
9233
8/27/21
PAY TO THE ORDER OF PG&E $ 540.29
Five hundred forty and 29/100 DOLLARS
MEMO
⑈009233⑈ ⑆121102036⑆ 003⑈030253⑈

#9233 09/03/2021 $540.29

CASA NIDO
3060 EL CERRITO PLAZA, #507
EL CERRITO, CA 94530
Mechanics Bank
9237
9/16/21

#9

00460 3997017 000921 001841 0002/0002

004053
Mechanics Bank®
Statement Ending 09/30/2021
Page 4 of 4

THIS PAGE LEFT INTENTIONALLY BLANK

030180 1350994 0000000 043083 086166 02/02

Casa Nido009338

# Statement Ending

# October 29, 2021

004055

Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 10/29/2021**

RETURN SERVICE REQUESTED

>000448 5237951 0001 092387 10Z 3

00513667 S310

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $99,139.59 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2021 | **Beginning Balance** | **$107,343.33** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 6 Debit(s) This Period | $12,024.74 |
| 10/29/2021 | **Ending Balance** | **$99,139.59** |
| | Less | (8675.00) |
| | | 90,464.59 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/25/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9234 | 10/01/2021 | $545.13 | 9236 | 10/04/2021 | $2,578.79 | 9241* | 10/18/2021 | [redacted] |
| 9235 | 10/01/2021 | [redacted] | 9238* | 10/19/2021 | $5,351.41 | 9243* | 10/28/2021 | $392.41 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2021 | $106,388.20 | 10/18/2021 | $101,062.41 | 10/25/2021 | $99,532.00 |
| 10/04/2021 | $103,809.41 | 10/19/2021 | $95,711.00 | 10/28/2021 | $99,139.59 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 158 of 403

004056

CSTMTADV 1071 0001 127 07 20211031 PG 1 OF 2
00513667 41076054.5 0-0

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004057 Mechanics Bank

#9234 10/01/2021 $545.13

#9236 10/04/2021 $2,578.79

#9238 10/19/2021 $5,351.41

#9243 10/28/2021 $392.41

004053 Mechanics Bank®

***Statement Ending 10/29/2021***

***Page 4 of 4***

CSTMTADV 1071 0001 127 07 20211031 PG 2 OF 2
00513667 41076054.5 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009342

# Statement Ending

# November 30, 2021

004060

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 11/30/2021**

RETURN SERVICE REQUESTED

>000454 6140843 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $83,911.60 |

LIMITED TIME OFFER[1]
2.99% APR[3]
Prime +1%, years 2-5[2]

EQUIPMENT FINANCING
Great rates for the equipment you need
Learn more at www.MechanicsBank.com/GetEquipment

1) Offer is effective as of 10/1/2021 and is subject to change or cancellation without notice. See banker for details. 2) First year interest rate will have a promo of 2.99%. Years 2 – 5 will have an interest rate at Prime + 1% fixed at signing. As of 10/8/21, the Prime Rate is 3.25%. Pricing subject to change. Prepayment penalty in the first 2 years. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." Offer is for new 5-year term loan up to $250,000 on new equipment only and does not apply to the refinance of existing loans.

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/30/2021** | **Beginning Balance** | **$99,139.59** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 6 Debit(s) This Period | $19,048.99 |
| **11/30/2021** | **Ending Balance** | **$83,911.60** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/26/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9242 | 11/23/2021 | [redacted] | 9245 | 11/16/2021 | [redacted] | 9249* | 11/15/2021 | $800.00 |
| 9244* | 11/19/2021 | $590.66 | 9246 | 11/23/2021 | $7,671.54 | 9250 | 11/29/2021 | $204.79 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/15/2021 | $98,339.59 | 11/16/2021 | $97,232.59 | 11/19/2021 | $96,641.93 |

004061

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

010061 1370209 0000000 018511 037022 01/02

004062

Mechanics Bank

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/23/2021 | $80,295.39 | 11/26/2021 | $84,116.39 | 11/29/2021 | $83,911.60 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00454 6140843 000909 001617 0002/0002







#9244 11/19/2021 $590.66

#9246 11/23/2021 $7,671.54

#9249 11/15/2021 $800.00

#9250 11/29/2021 $204.79

010061 1370209 0000000 018512 037024 02/02

# Statement Ending

# December 31, 2021



004065 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 12/31/2021

RETURN SERVICE REQUESTED

>000347 6523995 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

A special offer from
PAYCHEX
LIMITED TIME ONLY
Expires January 31, 2022

## $200 Off Setup Fee

Join Paychex between October 1, 2021 and January 31, 2022 and receive $200 off the setup fee.[1]

Call or visit your local branch to get started today. Find a branch at MechanicsBank.com/Locations.

1. Purchase of a new payroll package required. Terms and conditions apply. See banker for important information.

Mechanics Bank is a Member of FDIC and an Equal Housing Lender. Mechanics Bank has partnered with Paychex to provide payroll services to Mechanics Bank customers. Referred customers are under no obligation to engage with Paychex. Mechanics Bank is compensated for new accounts resulting from referrals to Paychex. The payroll processing agreement is between customer and Paychex.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $67,756.31 |

00347 6523995 001038 002075 0001/0003

Member FDIC
EQUAL HOUSING LENDER

Case 3:20-cv-07923-EMC Document 234-11 Filed 05/20/24 Page 168 of 403

004066

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

013144 1382265 0000000 032920 065840 01/03

004067 Mechanics Bank®

GET CASH. AVOID ATM FEES.

Download our app to quickly find 37,000 surcharge-free MoneyPass ATMs nationwide!

Download on the
App Store

GET IT ON
Google Play

MONEY
PASS

App Store® is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2021 | Beginning Balance | $83,911.60 |
| | 1 Credit(s) This Period | $3,821.00 |
| | 6 Debit(s) This Period | $19,976.29 |
| 12/31/2021 | Ending Balance | $67,756.31 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/16/2021 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9248 | 12/02/2021 | | 9252 | 12/03/2021 | $2,905.00 | 9254 | 12/13/2021 | |
| 9251* | 12/07/2021 | $526.25 | 9253 | 12/09/2021 | $6,285.54 | 9255 | 12/31/2021 | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/02/2021 | $77,101.60 | 12/09/2021 | $67,384.81 | 12/31/2021 | $67,756.31 |
| 12/03/2021 | $74,196.60 | 12/13/2021 | $66,892.81 | | |
| 12/07/2021 | $73,670.35 | 12/16/2021 | $70,713.81 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00347 6523995 001039 002077 0002/0003







004068 Mechanics Bank

#9251 12/07/2021 $526.25

#9252 12/03/2021 $2,905.00

#9253 12/09/2021 $6,285.54

013144 1382265 0000000 032921 065842 02/03





# Statement Ending

# January 31, 2022

004070 **Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 01/31/2022**

RETURN SERVICE REQUESTED

>000332 6897564 0001 092387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

A special offer from PAYCHEX
LIMITED TIME ONLY
Expires January 31, 2022

**$200 Off Setup Fee**

Join Paychex between October 1, 2021 and January 31, 2022 and receive $200 off the setup fee.[1]

Call or visit your local branch to get started today. Find a branch at MechanicsBank.com/Locations.

1. Purchase of a new payroll package required. Terms and conditions apply. See banker for important information.
Mechanics Bank is a Member of FDIC and an Equal Housing Lender. Mechanics Bank has partnered with Paychex to provide payroll services to Mechanics Bank customers. Referred customers are under no obligation to engage with Paychex. Mechanics Bank is compensated for new accounts resulting from referrals to Paychex. The payroll processing agreement is between customer and Paychex.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $61,249.09 |

00332 6897564 000995 001989 0001/0003

EQUAL HOUSING LENDER
Member FDIC

004071

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

013861 1393950 0000000 054206 108412 01/03

004072 Mechanics Bank

GET CASH. AVOID ATM FEES.

Download our app to quickly find 37,000 surcharge-free MoneyPass ATMs nationwide!

App Store® is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **01/01/2022** | **Beginning Balance** | **$67,756.31** |
| | 1 Credit(s) This Period | $3,821.00 |
| | 3 Debit(s) This Period | $10,328.22 |
| **01/31/2022** | **Ending Balance** | **$61,249.09** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/06/2022 | DEPOSIT | $3,821.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9256 | 01/04/2022 | $334.22 | 9257 | 01/12/2022 | [redacted] | 9258 | 01/14/2022 | [redacted] |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01/04/2022 | $67,422.09 | 01/12/2022 | $65,103.09 |
| 01/06/2022 | $71,243.09 | 01/14/2022 | $61,249.09 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

00332 L89754 000496 001491 0002/0003

004073

Mechanics Bank

**Statement Ending 01/31/2022**

Page 4 of 4

#9256 01/04/2022 $334.22

013861 1393950 0000000 054207 108414 02/03

Casa Nido009354

# Statement Ending

# February 28, 2022

004075

**Mechanics Bank**

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## *Statement Ending 02/28/2022*

RETURN SERVICE REQUESTED

>000420 7876444 0001 092387 10Z 3

Privacy

00039667 MSP 11

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### *Managing Your Accounts*

 Client Services 800.797.6324

 Online www.mechanicsbank.com

 Mobile Download Our Mobile Apps

LIMITED TIME OFFER[1]

**2.99%** APR[2]

Prime +1%, years 2-5[2]

**EQUIPMENT FINANCING**

**Great rates for the equipment you need**

Learn more at **www.MechanicsBank.com/GetEquipment**

1) Offer is effective as of 10/1/2021 and is subject to change or cancellation without notice. See banker for details. 2) First year interest rate will have a promo of 2.99%. Years 2 – 5 will have an interest rate at Prime + 1% fixed at signing. As of 10/8/21, the Prime Rate is 3.25%. Pricing subject to change. Prepayment penalty in the first 2 years. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." Offer is for new 5-year term loan up to $250,000 on new equipment only and does not apply to the refinance of existing loans.

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

Maximize your business possibilities

For a limited time, get up to **$1,000 in account credit*** when you open a merchant services account.

To learn more, talk to a banker or call **800.797.6324.**

Mechanics Bank Member FDIC. * Terms and conditions apply. Talk to a banker.

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

Privacy

CSTMTADV 1071 0001 127 07 20220302 PG 1 OF 2
00039667 42262327.2 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004077

Mechanics Bank

**Statement Ending 02/28/2022**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Deposits

| Date | Description | Amount |
|---|---|---|

Privacy

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9259 | 02/07/2022 | $428.08 | 9261 | 02/15/2022 | $6,068.00 |
| 9260 | 02/11/2022 | $592.00 | 9263* | 02/28/2022 | $61.23 |

* Indicates skipped check number

### Daily Balances

Privacy

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

004078

Mechanics Bank

CSTMTADV 1071 0001 127 07 20220302 PG 2 OF 2
00039667 42262327.2 0-0

#9259 02/07/2022 $428.08

#9260 02/11/2022 $592.00

#9263 02/28/2022 $61.23

# Statement Ending

# March 31, 2022

004080

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 03/31/2022

RETURN SERVICE REQUESTED

>000406 8391982 0001 92387 10Z 3

Privacy

CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

LIMITED TIME OFFER[1]

2.99% APR[2]

Prime +1%, years 2-5[2]

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

1) Offer is effective as of 10/1/2021 and is subject to change or cancellation without notice. See banker for details. 2) First year interest rate will have a promo of 2.99%. Years 2 – 5 will have an interest rate at Prime + 1% fixed at signing. As of 10/8/21, the Prime Rate is 3.25%. Pricing subject to change. Prepayment penalty in the first 2 years. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." Offer is for new 5-year term loan up to $250,000 on new equipment only and does not apply to the refinance of existing loans.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | Privacy |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

Privacy

**Deposits**

| Date | Description | Amount |
|---|---|---|
| Privacy | | |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9262 | 03/01/2022 | $400.00 | 9265 | 03/11/2022 | $9,963.00 | 9267 | 03/28/2022 | $10,809.92 |
| 9264* | 03/07/2022 | $5,231.50 | 9266 | Privacy | | 9268 | 03/28/2022 | $9,035.00 |

* Indicates skipped check number

00406 8391982 000812 001423 0001/0002

Member FDIC
EQUAL HOUSING LENDER

004081

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ . | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

016370 1415906 0000000 046200 092400 01/02

004082

Mechanics Bank

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank

9262

#9262 03/01/2022 $400.00

Privacy

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank

9267

#9267 03/28/2022 $10,809.92

016370 1415906 0000000 046201 092402 02/02



## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

Daily Balances

Privacy

Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00406 8391982 000813 001625 0002/0002

# Statement Ending

# April 29, 2022

004085 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 04/29/2022**

Page 1 of 4

RETURN SERVICE REQUESTED

>000419 8717679 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

**EQUIPMENT FINANCING**
**Great rates for the equipment you need**
Learn more at **www.MechanicsBank.com/GetEquipment**

**Strong Past. Stronger Future.**
Once again, Forbes has named Mechanics Bank one of America's best banks in 2022, based on growth, credit quality and profitability. In its 13th annual report, the global media outlet ranked the bank 32nd among the nation's 100 largest publicly traded banks and thrifts, which represent more than 80 percent of total U.S. bank assets.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $148,787.12 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/01/2022** | **Beginning Balance** | **$176,118.41** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 6 Debit(s) This Period | $31,343.34 |
| **04/29/2022** | **Ending Balance** | **$148,787.12** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/08/2022 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9269 | 04/04/2022 | $10,521.86 | 9271 | 04/19/2022 | | 9273 | 04/27/2022 | $2,474.00 |
| 9270 | 04/01/2022 | $221.78 | 9272 | 04/18/2022 | | 9274 | 04/29/2022 | |

* Indicates skipped check number

004086

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

CSTMTADV 1071 0001 127 07 20220430 PG 1 OF 2
01002601 42863990.5 0-0

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004087 Mechanics Bank®

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/01/2022 | $175,896.63 | 04/18/2022 | $159,628.82 | 04/29/2022 | $148,787.12 |
| 04/04/2022 | $165,374.77 | 04/19/2022 | $159,066.32 | | |
| 04/08/2022 | $169,386.82 | 04/27/2022 | $156,592.32 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004088

Mechanics Bank

CSTMTADV 1071 0001 127 07 20220430 PG 2 OF 2 0-0 42863990.5 01002601

#9269 04/04/2022 $10,521.86

#9270 04/01/2022 $221.78

#9273 04/27/2022 $2,474.00



# Statement Ending

# May 31, 2022



004090 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 05/31/2022**

RETURN SERVICE REQUESTED

>000399 2224557 0001 92387 10Z 3

00952509 MSP 206
LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

 Client Services 800.797.6324

 Online www.mechanicsbank.com

 Mobile Download Our Mobile Apps

LIMITED TIME OFFER[1]
2.99% APR[2]
Prime +1%, years 2-5[2]

EQUIPMENT FINANCING
Great rates for the equipment you need
Learn more at **www.MechanicsBank.com/GetEquipment**

1) Offer is effective as of 10/1/2021 and is subject to change or cancellation without notice. See banker for details. 2) First year interest rate will have a promo of 2.99%. Years 2 – 5 will have an interest rate at Prime + 1% fixed at signing. As of 10/8/21, the Prime Rate is 3.25%. Pricing subject to change. Prepayment penalty in the first 2 years. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." Offer is for new 5-year term loan up to $250,000 on new equipment only and does not apply to the refinance of existing loans.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $143,464.26 |

Mechanics Bank | clover

Maximize your business possibilities
For a limited time, get up to a **$400 ACCOUNT CREDIT*** on a Clover merchant services bundle.
To learn more, talk to a banker or call **800.797.6324**.
Mechanics Bank Member FDIC. * Terms and conditions apply. Talk to a banker.

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/30/2022 | **Beginning Balance** | **$148,787.12** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 3 Debit(s) This Period | $9,334.91 |
| 05/31/2022 | **Ending Balance** | **$143,464.26** |

Member FDIC
EQUAL HOUSING LENDER

004091

CSTMTADV 1071 0001 127 07 20220601 PG 1 OF 2
00952509 43183468.7 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

004092

Mechanics Bank

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/05/2022 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9275 | 05/05/2022 | $129.91 | 9276 | 05/23/2022 | [redacted] | 9277 | 05/24/2022 | $800.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/05/2022 | $152,669.26 | 05/23/2022 | $144,264.26 | 05/24/2022 | $143,464.26 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004093

Mechanics Bank

**Statement Ending 05/31/2022**

CSTMTADV 1071 0001 127 07 20220601 PG 2 OF 2
00952509 43183468.7 0-0

#9275 05/05/2022 $129.91

#9277 05/24/2022 $800.00



# Statement Ending

# June 30, 2022

004095

# Mechanics Bank®

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 06/30/2022**

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

RETURN SERVICE REQUESTED

>000409 2572054 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

Subject to program eligibility, collateral, underwriting approval and credit approval. Offer is effective as of 3/17/2022 and is for new lines of credit up to $100,000. Subject to change or cancellation without notice. See banker for details. As of 5/5/2022, the Prime Rate (as published daily in the Money Rates section of the Wall Street Journal) is 4.00% and is subject to change.

**WATCH OUT FOR CARD OR ACCOUNT LOCKED SCAMS**

Criminals contact you via phone, text or email pretending to be your bank or a credit card company, and tell you that your account is "locked" or "frozen" from fraudulent attempts to access it. They then ask for your card number, account number, password or PIN to "unlock" the account. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $107,734.18 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **06/01/2022** | **Beginning Balance** | **$143,464.26** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 6 Debit(s) This Period | $39,742.13 |
| **06/30/2022** | **Ending Balance** | **$107,734.18** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/06/2022 | DEPOSIT | $4,012.05 |

004096

CSTMTADV 1071 0001 127 07 20220701 PG 1 OF 2
01090076 43497653.5 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004097

Mechanics Bank

**Statement Ending 06/30/2022**

CSTMTADV 1071 0001 127 07 20220701 PG 2 OF 2
01090076 43497653.5 0-0

#9278 06/02/2022 $244.16

#9281 06/17/2022 $28,665.97

#9282 06/21/2022 $600.00





004098

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | [redacted] | | | 9281 | 06/17/2022 | $28,665.97 |
| 9278* | 06/02/2022 | $244.16 | | | | 9282 | 06/21/2022 | $600.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/02/2022 | $143,220.10 | 06/15/2022 | $137,820.15 | 06/21/2022 | $107,734.18 |
| 06/06/2022 | $147,232.15 | 06/16/2022 | $137,000.15 | | |
| 06/07/2022 | $139,892.15 | 06/17/2022 | $108,334.18 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# Statement Ending

# July 29, 2022

004100

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## *Statement Ending 07/29/2022*

RETURN SERVICE REQUESTED

>000395 2906397 0001 92387 10Z 3

01174348 MSP 17

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### *Managing Your Accounts*

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

Subject to program eligibility, collateral, underwriting approval and credit approval. Offer is effective as of 3/17/2022 and is for new lines of credit up to $100,000. Subject to change or cancellation without notice. See banker for details. As of 5/5/2022, the Prime Rate (as published daily in the Money Rates section of the Wall Street Journal) is 4.00% and is subject to change.

WATCH OUT FOR ROMANCE SCAMS
Scammers create elaborate fake online identities or social media profiles in order to gain the victim's affection and trust. They exploit an older person's loneliness. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

### *Summary of Accounts*

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $170,692.70 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2022** | **Beginning Balance** | **$107,734.18** |
| | 2 Credit(s) This Period | $84,846.05 |
| | 3 Debit(s) This Period | $21,887.53 |
| **07/29/2022** | **Ending Balance** | **$170,692.70** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/28/2022 | DEPOSIT | $4,012.05 |
| 07/28/2022 | DEPOSIT | $80,834.00 |



CSTMTADV 1071 0001 127 07 20220730 PG 1 OF 2 01174348 43809044.3 0-0

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004102

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9283 | 07/13/2022 | $248.86 | [redacted] | | | [redacted] | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07/13/2022 | $107,485.32 | 07/26/2022 | $85,846.65 |
| 07/25/2022 | $98,137.32 | 07/28/2022 | $170,692.70 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004103

Mechanics Bank

CSTMTADV 1071 0001 127 07 20220730 PG 2 OF 2
01174348 43809044.3 0-0

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9283
PAY TO THE ORDER OF PG+E $ 248.86
DOLLARS
MEMO

#9283 07/13/2022 $248.86

# Statement Ending

# August 31, 2022

004105 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 08/31/2022

RETURN SERVICE REQUESTED

>000333 4358883 0001 92387 10Z 3

01235605 MSP 54

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

Subject to program eligibility, collateral, underwriting approval and credit approval. Offer is effective as of 3/17/2022 and is for new lines of credit up to $100,000. Subject to change or cancellation without notice. See banker for details. As of 5/5/2022, the Prime Rate (as published daily in the Money Rates section of the Wall Street Journal) is 4.00% and is subject to change.

**WATCH OUT FOR SWEEPSTAKES/LOTTERY SCAMS**
Criminals claim that you've won a lottery or sweepstakes (sometimes from a foreign country), but you need to pay a fee to access the winnings. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $92,652.30 |

004106

CSTMTADV 1071 0001 127 07 20220901 PG 1 OF 2
01235605 44162938.4 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004107

Mechanics Bank

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/30/2022 | **Beginning Balance** | **$170,692.70** |
| | 3 Credit(s) This Period | $18,178.05 |
| | 5 Debit(s) This Period | $96,218.45 |
| 08/31/2022 | **Ending Balance** | **$92,652.30** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/10/2022 | DEPOSIT | $2,500.00 |
| 08/10/2022 | DEPOSIT | $4,012.05 |
| 08/10/2022 | DEPOSIT | $11,666.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9286 | 08/03/2022 | $580.72 | [redacted] | | | 9290 | 08/25/2022 | $620.02 |
| 9287 | 08/15/2022 | $79,944.96 | | | | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/03/2022 | $170,111.98 | 08/15/2022 | $105,926.07 | 08/30/2022 | $92,652.30 |
| 08/10/2022 | $188,290.03 | 08/25/2022 | $105,306.05 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004108

Mechanics Bank

**Statement Ending 08/31/2022**

CSTMTADV 1071 0001 127 07 20220901 PG 2 OF 2
01235605 44162938.4 0-0

#9286 08/03/2022 $580.72

#9287 08/15/2022 $79,944.96

#9290 08/25/2022 $620.02

00001571-B

# Statement Ending

# September 30, 2022

004110

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 09/30/2022

RETURN SERVICE REQUESTED

>000335 4788197 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR TECH SUPPORT SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $91,379.94 |

00335 4788197 001004 002007 0001/0003

004111

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

010102 1486004 0000000 038893 077786 01/03

004112

Mechanics Bank

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **09/01/2022** | **Beginning Balance** | **$92,652.30** |
| | 1 Credit(s) This Period | $9,012.05 |
| | 4 Debit(s) This Period | $10,284.41 |
| **09/30/2022** | **Ending Balance** | **$91,379.94** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/12/2022 | DEPOSIT | $9,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9291 | 09/14/2022 | $4,067.00 | 9293 | 09/20/2022 | [redacted] |
| 9292 | 09/22/2022 | [redacted] | 9295* | 09/27/2022 | $590.91 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/12/2022 | $101,664.35 | 09/20/2022 | $92,308.35 | 09/27/2022 | $91,379.94 |
| 09/14/2022 | $97,597.35 | 09/22/2022 | $91,970.85 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00335 4788197 001005 002009 0002/0003

004113

**Mechanics Bank**®

## Statement Ending 09/30/2022

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9291
90-203-1211
9/12/22

PAY TO THE ORDER OF Marcus Collins Construction $ 4067.00
Four thousand sixty-seven and 00/100 DOLLARS

MEMO

⑈009291⑈ ⑆121102036⑆ 003⑈030253⑈

#9291 09/14/2022 $4,067.00

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9292
90-203-1211
9/12/22

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9293
90-203-1211
9/12/22

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9295
90-203-1211
9/23/22

PAY TO THE ORDER OF PG&E $ 590.91
Five hundred ninety and 91/100 DOLLARS

MEMO

⑈009295⑈ ⑆121102036⑆ 003⑈030253⑈

#9295 09/27/2022 $590.91

010102 1486004 0000000 038894 077780 02/03

# Statement Ending

# October 31, 2022

004115 Mechanics Bank®

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 10/31/2022

RETURN SERVICE REQUESTED

>000338 5194000 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR GOVERNMENT IMPERSONATION SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $50,000.62 |

00338 5194000 000676 001351 0001/0002

Member FDIC
EQUAL HOUSING LENDER

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

009632 1498306 0000000 028277 056554 01/02

004117

Mechanics Bank

**Statement Ending 10/31/2022**

**EQUIPMENT FINANCING**

Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/01/2022** | **Beginning Balance** | **$91,379.94** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 6 Debit(s) This Period | $45,391.37 |
| **10/31/2022** | **Ending Balance** | **$50,000.62** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 10/21/2022 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9294 | 10/04/2022 | $8,439.55 | 9297 | 10/07/2022 | $22,000.00 | [redacted] | | |
| 9296* | 10/04/2022 | $400.00 | [redacted] | | | 9301* | 10/26/2022 | $507.22 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 10/04/2022 | $82,540.39 | 10/21/2022 | $50,507.84 |
| 10/07/2022 | $46,495.79 | 10/26/2022 | $50,000.62 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00338 5194000 000677 001353 0002/0002

004118

Mechanics Bank

#9294 10/04/2022 $8,439.55

#9296 10/04/2022 $400.00

#9297 10/07/2022 $22,000.00

#9301 10/26/2022 $507.22

009632 1498306 0000000 028278 056556 02/02

# Statement Ending

# November 30, 2022

004120

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

>000355 5669186 0001 92387 10Z 3

01177261 MSP 123

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Statement Ending 11/30/2022

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR GRANDPARENT SCAMS**
Criminals pose as a relative (usually a child or a grandchild) claiming to be in some kind of trouble that requires immediate financial support. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $38,742.20 |

CSTMTADV 1071 0001 127 07 20221201 PG 1 OF 3 01177261 45191203.6 0-0

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004122

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **11/01/2022** | **Beginning Balance** | **$50,000.62** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 3 Debit(s) This Period | $15,270.47 |
| **11/30/2022** | **Ending Balance** | **$38,742.20** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/21/2022 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 9303 | 11/25/2022 | $581.97 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/02/2022 | $43,881.12 | 11/25/2022 | $47,311.20 |
| 11/21/2022 | $47,893.17 | 11/28/2022 | $38,742.20 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004123

Mechanics Bank

CSTMTADV 1071 0001 127 07 20221201 PG 2 OF 3
01177261 45191203.6 0-0

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank

9303

11/20/22

PAY TO THE ORDER OF PG&E $ 581.97

Five hundred eighty-one and 97/100 DOLLARS

MEMO 243508 4048-4

⑈009303⑈ ⑆121102036⑆ 003⑉030253⑈

#9303 11/25/2022 $581.97

# Statement Ending

# December 30, 2022

004125

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

>000363 7161968 0001 92387 10Z 3

01004091 MSP 101

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Statement Ending 12/30/2022

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR CARD OR ACCOUNT LOCKED SCAMS**

Criminals contact you via phone, text or email pretending to be your bank or a credit card company, and tell you that your account is "locked" or "frozen" from fraudulent attempts to access it. They then ask for your card number, account number, password or PIN to "unlock" the account. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $34,834.63 |

CSTMTADV 1071 0001 127 07 20221231 PG 1 OF 2
01004091 45545672.4 0-0

**How to contact us**
800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

004127

Mechanics Bank

**Statement Ending 12/30/2022**

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2022 | Beginning Balance | $38,742.20 |
| | 1 Credit(s) This Period | $4,012.05 |
| | 3 Debit(s) This Period | $7,919.62 |
| 12/30/2022 | Ending Balance | $34,834.63 |

BAL. 34,834.63
DEPOSIT 1/6/23 93,750.00
OUTSTANDING CHECKS FROM DECEMBER <9666.39>
BAL. 12/31/22 118,918.24

### Deposits

| Date | Description | Amount |
|---|---|---|
| 12/15/2022 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | [redacted] | | | 9306 | 12/13/2022 | $3,230.12 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/13/2022 | $32,298.58 | 12/14/2022 | $30,822.58 | 12/15/2022 | $34,834.63 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004128

Mechanics Bank

CSTMTADV 1071 0001 127 07 20221231 PG 2 OF 2
01004091 45545672.4 0-0

#9306 12/13/2022 $3,230.12

# Statement Ending

# January 31, 2023

004130

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 01/31/2023

RETURN SERVICE REQUESTED

>000344 7729441 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $151,951.16 |

00344 7729441 000688 001375 0001/0002

004131

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC MEMBER FDIC 
LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

009087 1539075 0000000 000236 000472 01/02

004132 Mechanics Bank

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **12/31/2022** | **Beginning Balance** | **$34,834.63** |
| | 3 Credit(s) This Period | $131,512.05 |
| | 7 Debit(s) This Period | $14,395.52 |
| **01/31/2023** | **Ending Balance** | **$151,951.16** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/06/2023 | DEPOSIT | $4,012.05 |
| 01/06/2023 | DEPOSIT | $93,750.00 |
| 01/11/2023 | DEPOSIT | $33,750.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9307 | 01/06/2023 | $677.89 | 9310 | 01/11/2023 | [redacted] | 9313 | 01/24/2023 | $1,000.00 |
| 9308 | 01/10/2023 | $3,054.00 | 9311 | 01/13/2023 | [redacted] | | | |
| 9309 | 01/10/2023 | $667.00 | 9312 | 01/25/2023 | $736.13 | | | |

DEC CHECKS

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/06/2023 | $131,918.79 | 01/11/2023 | $158,954.79 | 01/24/2023 | $152,687.29 |
| 01/10/2023 | $128,197.79 | 01/13/2023 | $153,687.29 | 01/25/2023 | $151,951.16 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

00344 7729441 000689 001377 0002/0002



004133

Mechanics Bank

**Statement Ending 01/31/2023**

#9307 01/06/2023 $677.89

#9308 01/10/2023 $3,054.00

#9309 01/10/2023 $667.00

#9312 01/25/2023 $736.13

#9313 01/24/2023 $1,000.00

009087 1539075 0000000 000237 000474 02/02

# Statement Ending

# February 28, 2023

004135 Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 02/28/2023**

RETURN SERVICE REQUESTED

>000346 3114797 0001 92387 10Z 3

00091641 MSP 26

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR SWEEPSTAKES/LOTTERY SCAMS**
Criminals claim that you've won a lottery or sweepstakes (sometimes from a foreign country), but you need to pay a fee to access the winnings. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $108,946.22 |

Member FDIC
EQUAL HOUSING LENDER

004136

CSTMTADV 1071 0001 127 07 20230302 PG 1 OF 2
00091641 46261010.4 0-0

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

004137

Mechanics Bank®

**Statement Ending 02/28/2023**

**EQUIPMENT FINANCING**

Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **02/01/2023** | **Beginning Balance** | **$151,951.16** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 4 Debit(s) This Period | $47,016.99 |
| **02/28/2023** | **Ending Balance** | **$108,946.22** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/23/2023 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9314 | 02/02/2023 | $8,740.94 | | | |
| 9315 | 02/07/2023 | $3,900.00 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 02/02/2023 | $143,210.22 | 02/23/2023 | $110,791.22 |
| 02/07/2023 | $139,310.22 | 02/24/2023 | $108,946.22 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

004138

# Mechanics Bank

## Statement Ending 02/28/2023

CSTMTADV 1071 0001 127 07 20230302 PG 2 OF 2
00091641 46261010.4 0-0

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9314
1/25/23
PAY TO THE ORDER OF Dept of Toxic Substance Control $ 8740.94
Eighty-seven hundred forty and 94/100 DOLLARS
MEMO
⑈009314⑈ ⑆121102036⑆ 003⑈030253⑈

#9314 02/02/2023 $8,740.94

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530

Mechanics Bank 9315
2/7/23
PAY TO THE ORDER OF Mercer Engineering Inc. $ 3900.00
Thirty-nine hundred and no/100 DOLLARS
⑈009315⑈ ⑆121102036⑆ 003⑈030253⑈

#9315 02/07/2023 $3,900.00

# Statement Ending

# March 31, 2023

004140

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 03/31/2023

RETURN SERVICE REQUESTED

>000338 3526501 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR TECH SUPPORT SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $98,725.94 |

00338 3526501 000676 001351 0001/0002

004141

**How to contact us**
800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

010416 1564013 0000000 030417 060834 01/02

004142 Mechanics Bank

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **03/01/2023** | **Beginning Balance** | **$108,946.22** |
| | 1 Credit(s) This Period | $4,012.05 |
| | 3 Debit(s) This Period | $14,232.33 |
| **03/31/2023** | **Ending Balance** | **$98,725.94** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/13/2023 | DEPOSIT | $4,012.05 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9318 | 03/01/2023 | $55.65 | 9319 | 03/16/2023 | [redacted] | 9320 | 03/16/2023 | $5,812.68 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/01/2023 | $108,890.57 | 03/13/2023 | $112,902.62 | 03/16/2023 | $98,725.94 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

00338 3526501 000677 001353 0002/0002

00 Mechanics Bank

Statement Ending 03/31/2023

Page 4 of 4

#9318 03/01/2023 $55.65

#9320 03/16/2023 $5,812.68

010416 1564013 0000000 030418 060836 02/02

Casa Nido009421

# Statement Ending

# April 28, 2023

004145

Mechanics Bank
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 04/28/2023**

RETURN SERVICE REQUESTED

>000340 3883461 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0%
APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR GOVERNMENT IMPERSONATION SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $74,686.39 |

00340 3883461 000680 001359 0001/0002

**How to contact us**

800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

FDIC
MEMBER FDIC

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

009514 1576494 0000000 027261 054522 01/02

004147

Mechanics Bank®

**Statement Ending 04/28/2023**

**EQUIPMENT FINANCING**

**Great rates for the equipment you need**

Learn more at **www.MechanicsBank.com/GetEquipment**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/01/2023** | **Beginning Balance** | **$98,725.94** |
| | 1 Credit(s) This Period | $4,213.00 |
| | 6 Debit(s) This Period | $28,252.55 |
| **04/28/2023** | **Ending Balance** | **$74,686.39** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/27/2023 | DEPOSIT | $4,213.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9321 | 04/04/2023 | $74.05 | 9323 | 04/12/2023 | $3,230.12 | 9325 | 04/25/2023 | $75.02 |
| 9322 | 04/11/2023 | [redacted] | 9324 | 04/18/2023 | [redacted] | 9326 | 04/25/2023 | $3,742.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/04/2023 | $98,651.89 | 04/12/2023 | $77,939.41 | 04/25/2023 | $70,473.39 |
| 04/11/2023 | $81,169.53 | 04/18/2023 | $74,290.41 | 04/27/2023 | $74,686.39 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00340 D4600 3883461 0006481 0013141 0002/0002



004148

Mechanics Bank

**Statement Ending 04/28/2023**

#9321 04/04/2023 $74.05

#9323 04/12/2023 $3,230.12

#9325 04/25/2023 $75.02

#9326 04/25/2023 $3,742.00

009514 1576494 0000000 027262 054524 02/02

# Statement Ending

# May 31, 2023

004150

# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

## Statement Ending 05/31/2023

RETURN SERVICE REQUESTED

>000315 4817515 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR GRANDPARENT SCAMS**
Criminals pose as a relative (usually a child or a grandchild) claiming to be in some kind of trouble that requires immediate financial support. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $61,379.64 |

00315 4817515 000630 001259 0001/0002

**How to contact us** 800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

005325 1591770 0000000 015366 030732 01/02

004152

Mechanics Bank

**Statement Ending 05/31/2023**

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **04/29/2023** | **Beginning Balance** | **$74,686.39** |
| | 1 Credit(s) This Period | $4,213.00 |
| | 4 Debit(s) This Period | $17,519.75 |
| **05/31/2023** | **Ending Balance** | **$61,379.64** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 05/30/2023 | DEPOSIT | $4,213.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9327 | 05/02/2023 | $500.00 | 9329 | 05/08/2023 | [redacted] |
| 9328 | 05/08/2023 | [redacted] | 9330 | 05/22/2023 | $600.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/02/2023 | $74,186.39 | 05/22/2023 | $57,166.64 |
| 05/08/2023 | $57,766.64 | 05/30/2023 | $61,379.64 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00315 4817515 000631 001261 0002/0002

004153

Mechanics Bank

**Statement Ending 05/31/2023**

Page 4 of 4

#9327 05/02/2023 $500.00

#9330 05/22/2023 $600.00

005325 1591770 0000000 015367 030734 02/02

Casa Nido009429

# Statement Ending

# June 30, 2023

004155 Mechanics Bank

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**Statement Ending 06/30/2023**

RETURN SERVICE REQUESTED

>000303 6034817 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR CARD OR ACCOUNT LOCKED SCAMS**
Criminals contact you via phone, text or email pretending to be your bank or a credit card company, and tell you that your account is "locked" or "frozen" from fraudulent attempts to access it. They then ask for your card number, account number, password or PIN to "unlock" the account. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $55,068.98 |

00303 6034817 000908 001615 0001/0003

**HOW TO CONTACT US** 800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

EQUAL HOUSING
LENDER

Descriptions of ACH items are printed as supplied by originating company
MKT5584/0623 FM-Reference #3955 Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

002359 1605713 0000000 009177 018354 01/03

004157 Mechanics Bank®

EQUIPMENT FINANCING

Great rates for the equipment you need

Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2023 | **Beginning Balance** | **$61,379.64** |
| | 0 Credit(s) This Period | $0.00 |
| | 4 Debit(s) This Period | $6,310.66 |
| 06/30/2023 | **Ending Balance** | **$55,068.98** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9333 | 06/02/2023 | $76.60 | 9335 | 06/27/2023 | [redacted] |
| 9334 | 06/14/2023 | [redacted] | 9336 | 06/29/2023 | $79.99 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/02/2023 | $61,303.04 | 06/27/2023 | $55,148.97 |
| 06/14/2023 | $61,057.04 | 06/29/2023 | $55,068.98 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00003 MPA3467 00090 00187 0002/0003

Mechanics Bank

#9333 06/02/2023 $76.60

#9336 06/29/2023 $79.99

002359 1605713 0000000 009178 018356 02/03

# Statement Ending

# July 31, 2023

004160 Mechanics Bank

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**Statement Ending 07/31/2023**

RETURN SERVICE REQUESTED

>000325 6185082 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

## Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

BUSINESS LINE OF CREDIT
UP TO $100,000
Prime +0% APR
LIMITED TIME OFFER
www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR SWEEPSTAKES/LOTTERY SCAMS**
Criminals claim that you've won a lottery or sweepstakes (sometimes from a foreign country), but you need to pay a fee to access the winnings. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $104,607.73 |

00325 6185082 000974 001947 0001/0003

Member FDIC
EQUAL HOUSING LENDER

**HOW TO CONTACT US** 800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

EQUAL HOUSING
LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955 Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| TRANSFER AMOUNT FROM PAGE ONE | $ | |
|---|---|---|
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

007297 1618193 0000000 028176 056352 01/03

004162 Mechanics Bank

**EQUIPMENT FINANCING**

**Great rates for the equipment you need**

Learn more at **www.MechanicsBank.com/GetEquipment**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **07/01/2023** | **Beginning Balance** | **$55,068.98** |
| | 2 Credit(s) This Period | $77,592.00 |
| | 4 Debit(s) This Period | $28,053.25 |
| **07/31/2023** | **Ending Balance** | **$104,607.73** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/12/2023 | DEPOSIT | $8,426.00 |
| 07/12/2023 | DEPOSIT | $69,166.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 9338 | 07/24/2023 | | 9340 | 07/21/2023 | $20,000.00 |
| 9339 | 07/28/2023 | | 9341 | 07/25/2023 | $400.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/12/2023 | $132,660.98 | 07/24/2023 | $107,549.73 | 07/28/2023 | $104,607.73 |
| 07/21/2023 | $112,660.98 | 07/25/2023 | $107,149.73 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00325 6185082 000975 001949 0002/0003

Mechanics Bank

#9340 07/21/2023 $20,000.00

#9341 07/25/2023 $400.00

007297 1618193 0000000 028177 056354 02/03

# Statement Ending

# August 31, 2023

004165

Mechanics Bank
P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

## Statement Ending 08/31/2023

Page 1 of 4

RETURN SERVICE REQUESTED

>000285 6370453 0001 92387 10Z 3

00126678 MSP 35

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

1) Loans and credit products subject to credit approval. 2) Merchant Services and Payroll Services are offered by a third party service provider unaffiliated with Mechanics Bank. Programs, products and services are subject to change.

**WATCH OUT FOR TECH SUPPORT SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $131,863.52 |

004166

CSTMTADV 1071 0001 127 07 20230902 PG 1 OF 2 00126678 48395988.5 0-0

**HOW TO CONTACT US**

800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955 Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

Mechanics Bank

**EQUIPMENT FINANCING**
Great rates for the equipment you need
Learn more at www.MechanicsBank.com/GetEquipment

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Beginning Balance | $104,607.73 |
| | 2 Credit(s) This Period | $30,047.00 |
| | 5 Debit(s) This Period | $2,791.21 |
| 08/31/2023 | Ending Balance | $131,863.52 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/25/2023 | DEPOSIT | $4,213.00 |
| 08/25/2023 | DEPOSIT | $25,834.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9342 | 08/07/2023 | $94.30 | 9344 | 08/23/2023 | $875.00 | 69345* | 08/22/2023 | $600.00 |
| 9343 | 08/17/2023 | * [redacted] | 9346* | 08/28/2023 | $114.91 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/07/2023 | $104,513.43 | 08/22/2023 | $102,806.43 | 08/25/2023 | $131,978.43 |
| 08/17/2023 | $103,406.43 | 08/23/2023 | $101,931.43 | 08/28/2023 | $131,863.52 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004168

Mechanics Bank®

CSTMTADV 1071 0001 127 07 20230902 PG 2 OF 2
00126678 48395988.5 0-0

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9342
7/20/23
PAY TO THE ORDER OF PG&E $ 94.30
Ninety-four and 30/100 DOLLARS
MEMO # 2435084048-4
⑈009342⑈ ⑆121102036⑆ 003⑉030253⑈

#9342 08/07/2023 $94.30

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9343
8/7/23
Work Product

#

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9344
8/6/23
PAY TO THE ORDER OF Marin Cellar Construction $ 875.00
Eight Hundred seventy-five & no/100 DOLLARS
MEMO Acc # 1878-6
⑈009344⑈ ⑆121102036⑆ 003⑉030253⑈

#9344 08/23/2023 $875.00

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9346
8/21/23
PAY TO THE ORDER OF PG&E $ 114.91
One hundred fourteen and 91/100 DOLLARS
MEMO # 2435084048-4
⑈009346⑈ ⑆121102036⑆ 003⑉030253⑈

#9346 08/28/2023 $114.91

CASA NIDO
1117 ARLINGTON BOULEVARD
EL CERRITO, CA 94530
Mechanics Bank
9345
8/18/23
PAY TO THE ORDER OF Luis Reyes $ 600.00
Six hundred and no/100 DOLLARS
MEMO maintenance & gardening
⑈009345⑈ ⑆121102036⑆ 003⑉030253⑈

#69345 08/22/2023 $600.00

# Statement Ending

# September 29, 2023



Mechanics Bank

004170

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**Statement Ending 09/29/2023**

RETURN SERVICE REQUESTED

>000356 6798998 0001 92387 10Z 3

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

Managing Your Accounts
Client Services 800.797.6324
Online www.mechanicsbank.com
Mobile Download Our Mobile Apps

Think Growth
Big solutions to get your business to the next level.
Financing & Credit
Cash Management Solutions
Merchant & Payroll Services
Business Online & Mobile Banking
TO GET STARTED GO TO
www.MechanicsBank.com/ThinkGrowth
1) Loans and credit products subject to credit approval. 2) Merchant Services and Payroll Services are offered by a third party service provider unaffiliated with Mechanics Bank. Programs, products and services are subject to change.

**WATCH OUT FOR GRANDPARENT SCAMS**

Criminals pose as a relative (usually a child or a grandchild) claiming to be in some kind of trouble that requires immediate financial support. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $113,245.10 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | **Beginning Balance** | **$131,863.52** |
| | 1 Credit(s) This Period | $4,213.00 |
| | 6 Debit(s) This Period | $22,831.42 |
| 09/29/2023 | **Ending Balance** | **$113,245.10** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/26/2023 | DEPOSIT | $4,213.00 |

00356 6798998 000712 001423 0001/0002

**HOW TO CONTACT US** 800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

EQUAL HOUSING
LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955.Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

008835 1646450 0000000 024391 048782 01/02

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9347 | 09/11/2023 | [redacted] | 9349 | 09/19/2023 | $15,000.00 | 9351 | 09/28/2023 | [redacted] |
| 9348 | 09/15/2023 | [redacted] | 9350 | 09/19/2023 | $667.00 | 9352 | 09/29/2023 | $175.42 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/11/2023 | $129,906.52 | 09/19/2023 | $113,747.52 | 09/28/2023 | $113,420.52 |
| 09/15/2023 | $129,414.52 | 09/26/2023 | $117,960.52 | 09/29/2023 | $113,245.10 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00356 6798998 000713 001425 0002/0002









#9349 09/19/2023 $15,000.00

#9350 09/19/2023 $667.00

#9352 09/29/2023 $175.42

008835 1646450 0000000 024392 048784 02/02

# Statement Ending

# October 31, 2023



004175

P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

**Statement Ending 10/31/2023**

Page 1 of 4

RETURN SERVICE REQUESTED

>003078 6028145 0001 92387 10Z 3

00147549 MSP 113

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

clover

Mechanics Bank

Merchant Services that can be customized to do business your way.

To learn more, talk to a banker or call **800.797.6324.**

Mechanics Bank Member FDIC

**WATCH OUT FOR CARD OR ACCOUNT LOCKED SCAMS**

Criminals contact you via phone, text or email pretending to be your bank or a credit card company, and tell you that your account is "locked" or "frozen" from fraudulent attempts to access it. They then ask for your card number, account number, password or PIN to "unlock" the account. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $117,458.10 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 09/30/2023 | **Beginning Balance** | **$113,245.10** |
| | 1 Credit(s) This Period | $4,213.00 |
| | 0 Debit(s) This Period | $0.00 |
| 10/31/2023 | **Ending Balance** | **$117,458.10** |

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 10/31/2023 | DEPOSIT | $4,213.00 |

Member FDIC
EQUAL HOUSING LENDER

CSTMTADV 1071 0001 124 07 20231101 PG 1 OF 2
00147549 49069280.5 0-0

**HOW TO CONTACT US** 800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

FDIC
MEMBER FDIC

LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955.Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Daily Balances

| Date | Amount |
|---|---|
| 10/31/2023 | $117,458.10 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004178
Mechanics Bank®
Statement Ending 10/31/2023
Page 4 of 4
CSTMTADV 1071 0001 124 07 20231101 PG 2 OF 2
00147549 49069280.5 0-0

THIS PAGE LEFT INTENTIONALLY BLANK

Casa Nido009449

# Statement Ending

# November 30, 2023

004180

Mechanics Bank
P.O. Box 2200
Corona, CA 92878
800.797.6324
www.mechanicsbank.com

## Statement Ending 11/30/2023

### Managing Your Accounts

| | |
|---|---|
| Client Services | 800.797.6324 |
| Online | www.mechanicsbank.com |
| Mobile | Download Our Mobile Apps |

RETURN SERVICE REQUESTED

>000363 6214507 0001 92387 10Z 3

00124780 MSP 37

LOUIS PIZIALI &
JOHN OLIVERO ET AL
CASA NIDO APARTMENTS
C/O B&T BOOKKEEPING
1117 ARLINGTON BLVD
EL CERRITO CA 94530-2513

clover

Mechanics Bank

Merchant Services that can be customized to do business your way.

To learn more, talk to a banker or call **800.797.6324.**

Mechanics Bank Member FDIC

**WATCH OUT FOR GOVERNMENT IMPERSONATION SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| PREFERRED BUSINESS CHECKING | XXXXXXXX0253 | $67,720.03 |

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253

**Account Summary**

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | **Beginning Balance** | **$117,458.10** |
| | 1 Credit(s) This Period | $4,213.00 |
| | 7 Debit(s) This Period | $53,951.07 |
| 11/30/2023 | **Ending Balance** | **$67,720.03** |

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 11/29/2023 | DEPOSIT | $4,213.00 |

00124780 49429919.5 0-0

**HOW TO CONTACT US**

800.797.6324
P.O. Box 8070
Walnut Creek, CA 94596
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, P.O. Box 8070, Walnut Creek, CA 94596 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0623 FM-Reference #3955 Version 1-eCH

**How to balance your account**

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark ✓ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES".

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| ADD DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED → | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE: BALANCE | $ | |

**THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE**

004182

Mechanics Bank®

## PREFERRED BUSINESS CHECKING-XXXXXXXX0253 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9353 | 11/03/2023 | $141.83 | 9356 | 11/21/2023 | [redacted] | 9359 | 11/28/2023 | $3,293.15 |
| 9354 | 11/02/2023 | $1,936.00 | 9357 | 11/17/2023 | $22,653.50 | | | |
| 9355 | 11/20/2023 | [redacted] | 9358 | 11/29/2023 | $261.09 | | | |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/02/2023 | $115,522.10 | 11/20/2023 | $84,690.77 | 11/29/2023 | $67,720.03 |
| 11/03/2023 | $115,380.27 | 11/21/2023 | $67,061.27 | | |
| 11/17/2023 | $92,726.77 | 11/28/2023 | $63,768.12 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

004183

Mechanics Bank

CSTMTADV 1071 0001 127 07 20231202 PG 2 OF 2 00124780 49429919.5 0-0

#9353 11/03/2023 $141.83

#9354 11/02/2023 $1,936.00

#9357 11/17/2023 $22,653.50

#9358 11/29/2023 $261.09

#9359 11/28/2023 $3,293.15

# Exhibit 39

# VAPOR INTRUSION MITIGATION ADVISORY

## FINAL

## REVISION 1

**Department of Toxic Substances Control**
**California Environmental Protection Agency**

**October 2011**

# FOREWORD

The California Department of Toxic Substances Control (DTSC) is issuing this *Vapor Intrusion Mitigation Advisory* (VIMA or Advisory) for use on sites that may be impacted by soil vapor intrusion into indoor air. The mitigation alternatives described in the Advisory are response actions designed to interrupt or monitor the vapor intrusion pathway and to ensure public safety until the source of volatile chemical concentrations causing the vapor intrusion risk has been restored to concentrations at or below levels considered safe for human exposure.

DTSC developed the *Vapor Intrusion Mitigation Advisory* primarily as a guide for DTSC staff. Other agencies, environmental consultants, responsible parties, community groups, and property developers may find the Advisory useful.

Originally issued in April 2009, VIMA was available for public comment until November 30, 2009. DTSC reviewed the comments received and has incorporated appropriate changes into this revision. DTSC fully expects that users of the Advisory will continue to identify areas for improvement. Additionally, new and innovative technologies may result in developing mitigation approaches not anticipated at the time of publication. DTSC will update the Advisory as determined to be appropriate.

Please submit comments and suggestions for improvement of the *Vapor Intrusion Mitigation Advisory* to:

Ms. Dot Lofstrom, P.G., Senior Engineering Geologist
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826
dlofstro@dtsc.ca.gov

## ACKNOWLEDGMENTS

A document of this nature is never written in a vacuum. In preparing this document, the authors relied extensively on pre-existing documents for content and design. Rather than burden the reader with endless referrals within the text to other documents, the most often-used reference materials include the following:

Interstate Technology and Regulatory Council – Vapor Intrusion Team. 2007. *Vapor Intrusion – A Practical Guide*.

Massachusetts Department of Environmental Protection. 1995. *Guidelines for the Design, Installation and Operation of Sub-Slab Depressurization Systems*.

United States Environmental Protection Agency. 2008a. *Brownfields Technology Primer: Vapor Intrusion Considerations for Redevelopment*.

United States Environmental Protection Agency. 2008b. *Engineering Issue: Indoor Air Vapor Intrusion Mitigation Approaches*.

New York State Department of Health. 2006. *Final Guidance for Evaluating Soil Vapor Intrusion in the State of New York*.

Colorado Department of Public Health and Environment. 2004. *Draft Indoor Air Guidance*.

The following individuals had primary responsibility for preparing the Advisory:

Dr. William Bosan, Sr. Toxicologist
Dr. Kate Burger, PG, Sr. Engineering Geologist
Ms. Lorraine Larsen-Hallock, Sr. Hazardous Substances Engineer
Ms. Dot Lofstrom, PG, Sr. Engineering Geologist

This Advisory has benefited greatly from input provided by several sources, including:

- VIMA-at-large members, an internal technical advisory group focused on vapor intrusion mitigation
- DTSC's Proven Technologies and Remedies Team
- Director's Brownfields Revitalization Advisory Group
- Internal and external reviewers of draft versions of the Advisory

In particular, the authors wish to thank the following DTSC individuals for their contributions to the development of this Advisory: Mr. Stewart Black, Mr. Paul Carpenter, Mr. Dan Gallagher, Dr. Debbie Oudiz, Mr. Roger Paulson, Mr. Tim Patenaude, Mr. Chris Siembab, Mr. Jesus Sotelo, and Ms. Kathaleen Reed.

# TABLE OF CONTENTS

Page

Foreword ..... i
Acknowledgments ..... ii
Table of Contents ..... iii
Acronyms and Abbreviations ..... vi
Executive Summary ..... vii

1.0 INTRODUCTION ..... 1
1.1 Purpose and Objectives ..... 1
1.2 Scope and Applicability ..... 2
1.3 VIMA Relationship to Other Guidance Documents ..... 4
1.4 DTSC Regulatory Authority ..... 5
1.5 Preemptive Applications of Vapor Intrusion Mitigation Approaches ..... 5
1.6 Overview and Organization ..... 6

2.0 RISK-BASED DECISION MAKING FOR VAPOR INTRUSION SITES ..... 7
2.1 Evaluation of Vapor Intrusion Pathway ..... 7
2.2 Response Actions at Vapor Intrusion Sites ..... 7
2.3 Risk Management Considerations for Existing Buildings ..... 9
2.3.1 Off-site Sources of Volatile Chemical Contamination ..... 9
2.3.2 Ambient/Background Air Sources of Volatile Organic Compounds ..... 9
2.3.3 New Building Indoor Air Sources of Volatile Chemicals ..... 10
2.3.4 Residential Sources of Volatile Organic Compounds ..... 10
2.4 Risk Management Considerations for Future Buildings ..... 10
2.4.1 Re-evaluate Indoor Air Risk Using Site-Specific Soil Parameters ..... 10
2.4.2 Adjust Development Plans to Avoid Vapor Intrusion Issue ..... 10
2.4.3 Evaluate Whether Monitoring Alone Would Sufficient ..... 11
2.4.4 Off-site Sources of Volatile Chemical Contamination ..... 11

3.0 PUBLIC PARTICIPATION ..... 11

4.0 VAPOR INTRUSION MITIGATION METHODS ..... 11
4.1 Conceptual Model of Vapor Intrusion ..... 12
4.2 Overview of Mitigation Technologies ..... 12
4.3 Sub-Slab Venting and Sub-Slab Depressurization Systems ..... 13
4.3.1 Sub-Slab Venting Systems ..... 13
4.3.2 Sub-Slab Depressurization Systems ..... 15
4.4 Additions and Alternatives to Sub-Slab Venting and Sub-Slab Depressurization Systems ..... 16

5.0 EVALUATION OF VAPOR INTRUSION MITIGATION APPROACHES ..... 21
5.1 Screening of Vapor Intrusion Mitigation Alternatives ..... 21
5.2 Detailed Analysis of Mitigation Alternatives ..... 21
5.3 Documentation of Detailed Analysis Results ..... 23
5.4 California Environmental Quality Act ..... 24

TABLE OF CONTENTS (Continued)

**Page**

6.0 VAPOR INTRUSION MITIGATION SYSTEM DESIGN ..... 26
6.1 Design Considerations ..... 26
6.1.1 Overall Building Design ..... 26
6.1.2 Monitoring Devices and Alarms ..... 27
6.1.3 Back Drafting and Short Circuiting ..... 27
6.1.4 Integration of Mitigation and Subsurface Remediation Systems ... 28
6.1.5 Incidental Removal Effects of SSD Systems ..... 28
6.1.6 Safety and Environmental Hazards ..... 28
6.1.7 Existing Buildings ..... 29
6.1.8 Other Design Considerations ..... 30
6.2 Construction Quality Assurance / Quality Control Testing ..... 30
6.3 Design Documents ..... 31
6.3.1 Design Document Content ..... 31
6.3.2 Supporting Documents ..... 33
6.3.3 Response Action Implementation Report ..... 33
6.3.4 Licensure Requirements ..... 34

7.0 VAPOR INTRUSION MITIGATION IMPLEMENTATION CONSIDERATIONS... 34
7.1 Property Owner/Occupant Impacts, Concerns and Responsibilities ..... 34
7.2 Operation and Maintenance ..... 34
7.2.1 General Performance Goals ..... 34
7.2.2 Performance Measures ..... 34
7.2.3 General Guidelines for Monitoring ..... 35
7.2.4 General O&M Requirements ..... 38
7.2.5 Contingency Plan ..... 38
7.3 Implementation Considerations for Sub-Slab Venting Systems ..... 38
7.3.1 Operation and Maintenance ..... 38
7.3.2 Monitoring ..... 39
7.4 Implementation Considerations for Active Sub-Slab Depressurization Systems .... 39
7.4.1 Operation and Maintenance ..... 39
7.4.2 Monitoring ..... 39
7.5 Document Submittals ..... 39
7.5.1 Sampling and Analysis Plans ..... 40
7.5.2 Design Document ..... 40
7.5.3 Interim Measure Construction/Final Installation Reports ..... 40
7.5.4 Periodic Monitoring Reports ..... 40
7.6 Inspections ..... 41
7.7 Five-Year Reviews ..... 41
7.8 Enforceable Mechanisms ..... 42
7.9 Financial Assurance ..... 42
7.10 Access Agreements ..... 43
7.11 Land Use Covenants and Institutional Controls ..... 43

## TABLE OF CONTENTS (Continued)

Page

7.12 Emissions and Discharges ..... 44
7.13 Coordination with Other Agencies ..... 44
7.14 California Environmental Quality Act ..... 45
7.15 Commingled Contaminants/Plumes ..... 45
7.16 Multiple Responsible Parties ..... 46
7.17 Termination of Building Controls ..... 46

8.0 REFERENCES AND ADDITIONAL RESOURCES ..... 47

GLOSSARY ..... 49

Appendix A Example Design Basis/Criteria for Sub-Slab Depressurization Systems

Appendix B Example of Design and Installation Requirements for Sub-Slab Depressurization Systems

Appendix C Diagnostic Testing of Air Flow Characteristics Beneath Existing Buildings

Table 1 Risk Management Matrix for Vapor Intrusion ..... 7

Table 2 Overview of Selected Vapor Intrusion Mitigation Technologies ..... 19

Table 3 State and Federal Guidelines for Alternatives Evaluation ..... 22

Table 4 Qualitative Comparison of Selected Vapor Intrusion Mitigation Technologies ..... 25

Figure ES-1 VIMA Overview ..... viii

Figure 1 Steps in DTSC Vapor Intrusion Guidance Process ..... 3

Figure 2 Key DTSC Resources for Identifying and Mitigating Risk of Associated With Vapor Intrusion Into Indoor Air ..... 5

Figure 3 Vapor Intrusion Mitigation Technologies ..... 18

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AB 422 | California Assembly Bill 422 |
| APCD | Air Pollution Control District |
| AQMD | Air Quality Management District |
| ASTM | ASTM International (formerly known as American Society of Testing and Materials) |
| Cal/EPA | California Environmental Protection Agency |
| CEQA | California Environmental Quality Act |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CHHSL | California Human Health Screening Level |
| CMS | corrective measures study |
| CSM | conceptual site model |
| DTSC | California Department of Toxic Substances Control |
| EE/CA | engineering evaluation/cost analysis |
| EIR | environmental impact report |
| FS | feasibility study |
| HI | hazard index |
| HSAA | Hazardous Substance Account Act |
| HSC | California Health and Safety Code |
| HVAC | heating, ventilation, and air conditioning |
| HWCL | Hazardous Waste Control Law |
| IC | institutional control |
| IM | interim measure |
| ITRC | Interstate Technology and Regulatory Council |
| LARWQCB | Regional Water Quality Control Board, Los Angeles Region |
| LEL | lower explosive limit |
| LUC | land use covenant |
| NFPA | National Fire Prevention Association |
| O&M | operation and maintenance |
| PCE | tetrachloroethene |
| QA | quality assurance |
| QC | quality control |
| RAP | remedial action plan |
| RAW | removal action workplan |
| RCRA | Resource Conservation and Recovery Act |
| RWQCB | Regional Water Quality Control Board |
| SMD | submembrane depressurization |
| SSD | sub-slab depressurization |
| SSP | sub-slab pressurization |
| SSV | sub-slab venting |
| TCE | trichloroethene |
| USEPA | U.S. Environmental Protection Agency |
| VI | vapor intrusion |
| VIMA | *Vapor Intrusion Mitigation Advisory* |
| VOC | volatile organic compound |

## EXECUTIVE SUMMARY

The U.S. Environmental Protection Agency (USEPA) defines vapor intrusion (VI) as the migration of volatile chemicals from the subsurface into overlying buildings (USEPA, 2002). The California Department of Toxic Substances Control (DTSC) developed this *Vapor Intrusion Mitigation Advisory* (VIMA or Advisory) to assist with selecting, designing, and implementing appropriate response actions for sites where a potential VI risk has been identified for occupants of existing or future buildings. The VIMA draws on: DTSC's experience with response actions that involve mitigation of VI risk at sites with methane and other volatile chemicals in the subsurface; industry mitigation standards for radon; and the experiences of other agencies with VI.

This Advisory assumes that the steps in the *Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion into Indoor Air* (Vapor Intrusion Guidance; DTSC, 2011) have been followed, and mitigation measures have been recommended to protect human health. Thus, the project would currently be at Step 11 which is "*mitigate indoor air exposure, monitoring, and implementation of engineering controls*." Hence, DTSC staff, stakeholders, and responsible parties may use the VIMA when 1) risk accorded to VI has been estimated by modeling or indoor air sampling; and 2) mitigation has been proposed as part of a response action.

The goal of a VI mitigation system is to mitigate the intrusion of subsurface contaminant vapors to indoor air and prevent human exposure at unacceptable levels. A VI mitigation system is implemented to reduce contaminant entry into the building until the subsurface contamination is remediated or no longer poses a significant risk to human health. Remediation and mitigation are complementary components of a volatile chemical response action, addressing cleanup of subsurface contamination and impacts to the human receptor via the VI pathway, respectively. DTSC does not consider a VI mitigation system as a means of remediating the source of the subsurface contamination.

### Scope and Objectives

As illustrated in Figure ES-1, the VIMA provides a framework that guides the reader through the decision process for 1) determining if mitigation is appropriate for the project site, 2) selecting a mitigation system that is protective of human health, and 3) ensuring that implementation is sustainable for the duration of mitigation. The objectives of the VIMA are to:

- Summarize the risk management framework where VI mitigation decisions are made with technical soundness and consistency;
- Provide descriptions of various mitigation technologies to assist in response action selection;
- Describe the mitigation technologies most likely to be chosen (sub-slab depressurization [SSD] or sub-slab venting [SSV] systems);

- Provide guidance and design detail for installation of SSD and SSV systems and other mitigation technologies;
- Provide guidance for establishing operation and maintenance (O&M) requirements for VI mitigation technologies; and
- Provide guidance for implementation measures and other considerations.

**Figure ES-1**
**VIMA Overview**

**Risk-Based Decision Making**

The specific action(s) taken to address VI from a subsurface source will depend on the estimated risk and hazard levels. The VIMA identifies potential response actions, based on the risk and hazard levels, to address the VI pathway. The need for a specific response action should be made on a case-by-case basis using multiple lines of evidence, as established in the Vapor Intrusion Guidance.

**No Further Action (Risk < $1x10^{-6}$; HI $\leq$ 1).** If the estimated cancer risk is less than $1x10^{-6}$ and the noncancer hazard index (HI) is less 1, no further action is necessary under the DTSC cleanup process.

**Risk Management Decision ($1x10^{-6}$ < Risk < $1x10^{-4}$; HI > 1).** The point of departure for risk management decisions for cancer risk is $1x10^{-6}$ and for noncancer hazard is an HI greater than 1. Sites with risk or hazard from volatile chemicals in excess of these points of departure will require a response action and long-term environmental care. Potential response actions could include: continued monitoring (e.g., soil gas, sub-slab or crawl space vapor, indoor air quality), installation of a VI mitigation system (such as a SSV or SSD system), and source remediation.

**Mitigation/Source Remediation (Risk > $1x10^{-4}$).** If the measured or predicted volatile chemical concentrations in indoor air, as contributed by subsurface VI, are estimated to pose a potential risk to human health above $1x10^{-4}$, both source remediation and VI mitigation may be needed. The timing of this response action will depend on whether it is an existing building or if future development will proceed before remedial goals are met. The decision to implement a mitigation action should be based on multiple lines of evidence to evaluate potential human health risks from VI. DTSC must approve an appropriate response action decision document for any mitigation action (see Chapter 5).

The specific action(s) taken to address VI will also depend on site-specific considerations, such as:

- off-site sources of volatile chemical contamination
- ambient/background air[1] sources
- new building indoor air sources
- flexibility for proposed building placement or building use
- the results of a detailed evaluation of the VI pathway using site-specific parameters and multiple lines of evidence

[1] For the purposes of the VIMA, ambient air is used to refer to the outdoor air in the neighborhood or community. The glossary of terms provides a more detailed definition of ambient air.

## Public Participation Considerations

More extensive outreach typically is necessary for VI-impacted sites than may be needed for sites affected by other exposure pathways. The communication process should continue after a VI mitigation system is installed in a building and throughout its operation. DTSC's *Public Participation Policy and Procedures Manual* (DTSC, 2001; revision pending) should be followed. Additionally, DTSC's *Vapor Intrusion Public Participation Advisory* provides guidance specific to VI-impacted sites. Discussions of public participation considerations can be found in Chapter 3 (briefly) and in DTSC's *Vapor Intrusion Public Participation Advisory*.

## Vapor Intrusion Mitigation Methods

Although several mitigation methods are available (see Chapter 4), the most commonly accepted mitigation techniques are systems that dilute contamination by ventilation (SSV) and systems that reduce contamination by lowering pressure (SSD systems) (USEPA,2008b).

- A SSV system is typically designed to function by venting sub-slab soil gases or providing a pathway to allow soil gas to migrate to the exterior of the building rather than entering a building. SSV systems function by drawing in outside air to the sub-slab area, which dilutes and reduces volatile chemical concentrations.
- A SSD system is designed to function by continuously creating a lower pressure directly underneath a building floor relative to the pressure within a building. The resulting negative pressure beneath the slab prevents soil gases from flowing into the building, thus reducing entry of volatile chemicals into the building.

Although these two systems are the focus of this document, the VIMA encourages innovation and the implementation of new, more effective and more sustainable approaches to VI mitigation, as they become available.

## Evaluation of Vapor Intrusion Mitigation Approaches

A range of mitigation approaches should be evaluated to determine which is the most feasible. The screening, detailed analysis and selection of the VI mitigation technologies should be documented in an appropriate response action selection document (e.g., feasibility study, corrective measures study, remedial action plan, removal action workplan). DTSC prepares necessary documents to meet the requirements of the California Environmental Quality Act (CEQA) concurrently with the response action selection document.

## Vapor Intrusion Mitigation System Design

All VI mitigation systems should be designed in conformance with standard engineering principles and practices. The responsible party should submit design documents for the VI mitigation system to DTSC for review and approval. Several factors should be considered in the mitigation system design, including:

- Coordination with active site remediation efforts;

- Source concentrations and type of volatile contaminants;

- Subsurface physical conditions (e.g., depth to water, soil properties, presence of utilities corridors);

- Integration of the system into the overall building design;

- Incorporation of monitoring devices and alarms;

- Potential for back drafting and short circuiting with SSD systems;

- Potential safety and environmental hazards (such as physical hazards to occupants, concentrations above the lower explosive limit, presence of asbestos);

- Assumptions and criteria to be met by VI mitigation;

- Construction quality assurance/quality control testing;

- Long-term maintenance and management requirements;

- Installation of sampling ports for sub-slab and/or crawl space vapor monitoring;

- For existing buildings, inspection of the building foundation for points of entry and quantification of building air flow characteristics; and

- For future developments, provisions to prevent the migration of vadose zone soil gas through utility trenches and channels.

**Vapor Intrusion Mitigation Implementation**

Implementation of a VI mitigation system has multiple considerations.

**Operation and Maintenance.**  The VI mitigation system should have an effective O&M Plan.  Key elements of this plan include:  performance goals and measures; routine monitoring of volatile chemical concentrations and operational parameters; periodic indoor air monitoring; and a contingency plan.

**Reporting.**  The responsible party should submit VI mitigation documents to DTSC for review and approval.  Examples of these documents include design and construction/installation reports, sampling and analysis plans, a completion report, and periodic monitoring reports.

**Inspections.**  Routine inspections should be conducted to ensure that site conditions have not changed and that the mitigation system components have not degraded.  The inspection frequency is selected based on site-specific considerations.

**Enforceable Mechanism.**  For O&M, DTSC will enter into an enforceable mechanism to address DTSC oversight and cost recovery.  Examples of enforceable mechanisms include a corrective action consent agreement, consent order, consent agreement, voluntary cleanup agreement, and an O&M agreement.

**Financial Assurance.**  The responsible party or site owner/operator should establish and maintain a financial assurance mechanism for costs associated with implementation of the VI mitigation response action, O&M activities, land use covenant (LUC) compliance, five-year reviews, and DTSC oversight.

**Access Agreement.**  An access agreement is obtained prior to entering a building for testing and/or construction.  For future buildings, access issues should be addressed in the LUC.

**Institutional Controls.**  DTSC identifies institutional controls in the "Covenant to Restrict Use of Property, Environmental Restriction" (often referred to as a LUC).  The responsible party should utilize a LUC with prescribed notifications, prohibitions, and engineering controls to ensure O&M and disclosure to future buyers and occupants.

**Emissions and Discharges.**  The need for air permits and/or exhaust gas controls for the VI mitigation method should be determined on a site-specific basis.

**Coordination with Other Agencies.**  Coordination with one or more other state and local agencies that have jurisdiction will be needed for most sites requiring VI mitigation.

**Five-Year Reviews.**  Under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and state law, five-year reviews are required for a response action that results in hazardous substances remaining at the site above levels that would preclude unrestricted land use.  The purpose of the five-year review is to ensure that the response action 1) remains protective of human health and the environment, 2) is functioning as designed, and 3) is maintained with appropriate O&M activities.

**Termination of Building Controls.**  Subsurface remediation efforts will eventually reduce volatile chemical concentrations in soil, soil gas, and/or groundwater to levels that no longer require mitigation.  At this point, the VI mitigation system could be shutdown and/or removed and O&M requirements would cease.  The implementation plan for the VI mitigation system should include specific provisions for determining that subsurface remediation is complete and that the VI mitigation system is no longer needed.  A confirmation sampling and analysis plan for soil, soil gas, and/or groundwater should be a part of these provisions.

# 1.0 INTRODUCTION

The California Department of Toxic Substances Control (DTSC) developed this *Vapor Intrusion Mitigation Advisory* (VIMA or Advisory) to assist with selecting appropriate mitigation and implementation measures for sites with a vapor intrusion (VI) risk. The Advisory is to be used when mitigation for VI has been proposed to address regulatory requirements. The Advisory discusses the approach which is applicable at any site where there is a VI risk to occupants of existing or future buildings.

The United States Environmental Protection Agency (USEPA) defines VI as the migration of volatile chemicals from the subsurface into buildings (USEPA, 2002). Volatile chemicals may include gases, volatile organic compounds (VOCs), select semivolatile organic compounds, select polychlorinated biphenyls, and some inorganic analytes (such as elemental mercury and hydrogen sulfide). For the remainder of the VIMA, all of these compounds will be collectively referred to as volatile chemicals. If the primary constituent of concern is methane, the DTSC's *Advisory on Methane Assessment and Common Remedies at School Sites* (DTSC, 2005) should be consulted rather than the VIMA document.

Vapor intrusion should be evaluated initially by developing a conceptual site model (CSM) and investigating and characterizing a site. An essential part of all site investigations, the CSM provides a conceptual understanding of the potential for exposure to hazardous chemicals at a site based on the sources of contamination, release mechanisms, transport media, and exposure pathways. A well-developed CSM should include all potential exposure pathways at the site, and should not be specifically limited to VI. The *Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion into Indoor Air* (Vapor Intrusion Guidance; DTSC, 2011) provides the investigative steps for completing an initial VI analysis, including guidance on developing a CSM.

## 1.1 PURPOSE AND OBJECTIVES

The VIMA provides the decision-making guidance needed to effectively mitigate the intrusion of subsurface contaminant vapors to indoor air, and thus prevent human exposure at unacceptable levels. To that end, the VIMA draws on DTSC's experience with mitigating VI risk at sites with methane and volatile chemicals in the subsurface, as well as industry mitigation standards developed for radon in the 1980s. The VIMA also encourages innovation and the implementation of new, more effective and more sustainable approaches to VI mitigation, as they become available.

DTSC developed the VIMA primarily as a guide for DTSC staff, but other agencies, environmental consultants, responsible parties, community groups, and property developers may use the Advisory. The VIMA assists the project team with making informed, technically-sound decisions. The Advisory offers guidance in selecting appropriate technologies in consultation with engineering and risk management

professionals. VIMA provides generally applicable engineering details rather than detailed engineering protocols.

The objectives of the VIMA are to:

- Summarize the risk management framework where VI mitigation decisions are made with technical soundness and consistency;
- Provide descriptions of various mitigation technologies to assist in response action selection;
- Describe the mitigation technology most likely to be chosen (sub-slab depressurization [SSD] or sub-slab venting [SSV] systems);
- Provide guidance and design detail for installation of SSD and SSV systems and other mitigation technologies;
- Provide guidance for establishing operation and maintenance (O&M) requirements for VI mitigation technologies; and
- Provide guidance for implementation measures and other considerations.

## 1.2 SCOPE AND APPLICABILITY

This Advisory assumes that the steps in the Vapor Intrusion Guidance have been followed, and mitigation measures have been recommended to protect human health. Thus, the project would currently be at Step 11 (see Figure 1) of the Vapor Intrusion Guidance which is "*mitigate indoor air exposure, monitoring, and implementation of engineering controls*." The VIMA provides a framework that guides the reader through the decision process for 1) determining if mitigation is appropriate for the project site, 2) selecting a mitigation system that is protective of human health, and 3) ensuring implementation is sustainable for the duration of the exposure.

The reader should keep in mind the distinction between "mitigation" and "remediation" as used in this Advisory. The VIMA uses "remediation" to refer to those parts of a response action that address cleanup of the subsurface to response action-based goals, either by *in situ* or *ex situ* techniques. The purpose of remediation is to reduce the level of contamination in the environmental medium that is acting as a source of indoor air vapors. In contrast, "mitigation" as used in this Advisory, is applied to actions that reduce contaminant entry into building structures or remove contaminants after they have entered a building. See Chapter 4 for a discussion of current mitigation strategies. This Advisory also addresses a third approach, which is to impose a land use covenant (LUC) in order to restrict residential use of a site.

It is important to keep two other points in mind when using this Advisory. First, "response action", as used herein, means hazardous waste facility closure, corrective action, remedial or removal action, or other response action to be undertaken pursuant to division 20 of the California Health and Safety Code. Other agencies, such as the Regional Water Quality Control Board (RWQCB), will conduct response actions in accordance with their particular regulations, such as the Water Code. Second, the term



004200
VAPOR INTRUSION MITIGATION ADVISORY

Step 1
Spill / Release Identification
Step 2
Site Characterization
Step 3
Site Candidate for Vapor Intrusion?
No
Current Incomplete Exposure Pathway
Yes
Step 4
Imminent Hazard in Building?
Yes
Emergency Remedial Action
Note: Shaded steps do not apply to future building scenarios
No
Step 5
Does the Site Pass a Screening Evaluation?
Yes
(if appropriate, skip Steps 6 & 7)
No
Step 6
Are Additional Site Data Needed?
Yes
Collect Additional Site Data
No
Step 7
Does the Site Pass a Site-Specific Evaluation?
Yes
No Further Consideration For Indoor Air Risk
No
Step 8
Conduct Building Survey / Develop Work Plan
Step 9
Collect Indoor Air Samples / Evaluate Data
Step 10
Indoor Air Concentrations Acceptable?
Yes
No
Step 11
Mitigate Indoor Air Exposure
Remediate Subsurface Contamination
Conduct Long Term Monitoring
*From DTSC (2011)
www.dtsc.ca.gov/SiteCleanup/Vapor_Intrusion.cfm

**FIGURE 1**
**Steps in DTSC Vapor Intrusion Guidance Process***

October 2011 3 Revision 1

"buildings" includes any structure in which current or future occupants could potentially contact contaminated indoor air.

The VIMA provides technically defensible and consistent approaches for mitigating VI to indoor air, based upon current understanding of the exposure pathway. The VIMA is not regulation, nor does it impose any requirements or obligations on the regulated community. Rather, it provides a technical framework and reference for addressing VI mitigation. Other technically equivalent procedures exist, or may be developed, and this Advisory is not intended to exclude alternative approaches or the implementation of new, more effective approaches to VI mitigation. Hence, users of the VIMA are free to apply other technically sound approaches that may not be included in this document.

### 1.3 VIMA RELATIONSHIP TO OTHER GUIDANCE DOCUMENTS

Numerous guidance documents, both state and national, are available to assist in VI evaluation. The VIMA is one of several Cal/EPA documents pertaining to VI evaluation. The following documents are available as guidance for investigating soil gas, evaluating the potential for VI, and remediating sources of volatile chemicals:

- *Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion into Indoor Air* (Vapor Intrusion Guidance)
- *Advisory – Active Soil Gas Investigations*
- *Vapor Intrusion Mitigation Advisory*
- *Vapor Intrusion Public Participation Advisory*
- *Proven Technologies and Remedies Guidance -- Remediation of Chlorinated VOCs in Vadose Zone Soil*

Figure 2 illustrates where the Cal/EPA documents apply to the process identified in the Vapor Intrusion Guidance.

In addition, the California Environmental Protection Agency (Cal/EPA) developed California Human Health Screening Levels (CHHSLs) for volatile chemicals in soil gas that might migrate to indoor air. The CHHSLs are described in *Use of California Human Health Screening Levels (CHHSLs) in Evaluation of Contaminated Properties* (Cal/EPA, 2005) and are available on the Cal/EPA web-site. The CHHSLs were based on practical modeling for estimating indoor air concentrations from soil gas concentrations, standard exposure assumptions, and chemical toxicity values published by the USEPA and the Cal/EPA.

The documents described above will provide an overall conceptual understanding of the VI exposure pathway. Responsible parties involved in investigating or evaluating sites with VI concerns are encouraged to review these documents. Chapter 8 includes a list of other useful resources and website links.



**Figure 2**
**Key DTSC Resources for Identifying and Mitigating Risk Associated with Vapor Intrusion into Indoor Air**

## 1.4    DTSC REGULATORY AUTHORITY

The California legislature passed Assembly Bill 422 (AB 422) in October 2007, amending Section 25356.1.5 of the California Health and Safety Code, and adding Section 13304.2 to the Water Code.  AB 422 requires that the exposure assessment of any health or ecological risk assessment prepared in conjunction with a response action taken or approved pursuant to the California Superfund Act include the development of reasonable maximum estimates of exposure to volatile chemicals that may enter structures that are on the site, or that are proposed to be constructed on the site, and may cause exposure due to accumulation of volatile chemicals in the indoor air of these structures.

## 1.5    PREEMPTIVE APPLICATIONS OF VAPOR INTRUSION MITIGATION APPROACHES

The responsible party may propose VI mitigation as a preemptive solution for a perceived rather than actual threat, even in cases where DTSC is not requiring mitigation.  The following scenarios provide examples in which preemptive solutions might be applied:

- A site where no building yet exists and fate and transport modeling indicates an acceptable risk (determined to be at or less than a 1 x $10^{-6}$ risk level or a hazard index (HI) of 1) to future building occupants. However, as a prudent measure, a developer is interested in installing VI mitigation measures despite the apparent low risk.
- An existing building overlies, or is in close proximity to, subsurface contamination, but the calculated risk level is less than or equal to 1 x $10^{-6}$ or a HI less than or equal to 1, and DTSC does not require mitigation.
- A site that is currently not impacted by a groundwater plume, but that may be impacted in the future.

In these instances, the project proponent may choose to follow the DTSC remedial process discussed in Chapter 5, even though the project does not involve DTSC review. Additionally, much of the information provided in the Advisory is general in nature, and may be helpful in the design and implementation of preemptive VI mitigation measures. However, for such preemptive applications, DTSC will neither approve nor enforce the mitigation, and will not be involved in the O&M for the mitigation system.

## 1.6 OVERVIEW AND ORGANIZATION

The VIMA provides a framework for selecting an appropriate mitigation approach at sites with a VI risk. This document includes questions as well as recommendations that should lead to logical and informed decisions resulting in the protection of human health.

**Chapter 2** is a discussion of managing risk to current and future building occupants from VI.

**Chapter 3** provides a brief introduction to public participation considerations for VI-impacted sites and directs the reader to DTSC's *Vapor Intrusion Public Participation Advisory*.

**Chapter 4** discusses VI mitigation methods with a focus on SSV and SSD systems.

**Chapter 5** describes the process for evaluating and selecting an appropriate mitigation system.

**Chapter 6** describes design considerations for VI mitigation approaches.

**Chapter 7** is a discussion of various aspects to consider during implementation, such as institutional controls, O&M, inspections, five-year reviews, financial assurance, and termination of building controls.

**Chapter 8** includes a list of technical resources available for additional study and the references cited in the VIMA.

## 2.0 RISK-BASED DECISION MAKING FOR VAPOR INTRUSION SITES

If volatile chemical contamination is suspected at the site, the early stages of project scoping should address the potential for VI. This chapter discusses the risk management considerations associated with evaluating and responding to potential VI.

### 2.1 EVALUATION OF VAPOR INTRUSION PATHWAY

If volatile chemicals are present in the subsurface at a site, the VI pathway should be evaluated using the step-wise approach described in the Vapor Intrusion Guidance. As illustrated in Figure 1, different steps apply to existing and proposed buildings. Refer to the Vapor Intrusion Guidance for a detailed discussion of Steps 1 through 10. The VIMA provides detailed discussion of Step 11.

### 2.2 RESPONSE ACTIONS AT VAPOR INTRUSION SITES

Table 1 summarizes the basic decision logic used: 1) to evaluate subsurface contaminant data (e.g., soil gas and/or shallow groundwater) and/or indoor air sampling data at potential VI sites; and 2) to identify an appropriate response action. The need for a specific response should be made on a case-by-case basis using multiple lines of evidence, as established in the Vapor Intrusion Guidance.

**Table 1. Risk Management Matrix for Vapor Intrusion**

| VAPOR INTRUSION RISK / HAZARD[1] | RISK MANAGEMENT DECISION | ACTIVITIES |
|---|---|---|
| Risk < $1x10^{-6}$<br>Hazard Index ≤ 1.0 | No Further Action | • None |
| $1x10^{-6}$ < Risk < $1x10^{-4}$<br>Hazard Index > 1.0 | Evaluate Need for Action | Possible Actions:<br>• Additional Data Collection<br>• Monitoring<br>• Additional Risk Characterization<br>• Mitigation[2]<br>• Source Remediation[2] |
| Risk > $1x10^{-4}$ | Response Action Needed | • Vapor Intrusion Mitigation[3]<br>• Source Remediation[3] |

1 Estimated based on multiple lines of evidence, as established in the Vapor Intrusion Guidance.

2 Mitigation is intended to reduce the entry of volatile chemicals from a subsurface source into building air and, as feasible, should be conducted in conjunction with source remediation. DTSC does not consider a VI mitigation system as a means of remediating the source of the subsurface contamination. However, mitigation may be used as a long-term measure for lower risk sites.

3 Both VI mitigation and source remediation should be implemented for sites in this risk range. However, site-specific conditions (such as where the source of contamination is located off-site) may necessitate use of mitigation as the long-term measure.

**No Further Action (Risk < $1x10^{-6}$; HI ≤ 1).** The point of departure for risk management decisions for cancer risk is 1 x $10^{-6}$ and for noncancer health hazards is a HI of 1. If the estimated cancer risk and hazard are less than these points of departure, as indicated by multiple lines of evidence, no further action is necessary. See Section 1.5 for discussion of sites that choose to apply VI mitigation as a preemptive measure.

**Risk Management Decision ($1x10^{-6}$ < Risk < $1x10^{-4}$; HI > 1).** Sites with a risk or hazard from volatile chemicals in excess of the point of departure require a response action and long-term environmental care. Potential actions taken based on a risk management decision could include:

- continued soil vapor monitoring,
- continued indoor air quality monitoring,
- mitigation, and
- volatile chemical source remediation.

DTSC makes risk management decisions on a site-by-site basis with consideration of appropriate input from the project proponent. The decision takes into account both site-specific and chemical-specific data. Multiple lines of evidence, such as collection of additional site-specific data, are used to decrease the uncertainty in evaluating VI at a site. Experience has shown that much of this uncertainty may arise from spatial and temporal variability in the data set and that this uncertainty can be reduced by additional data collection. Chemical-specific information to be evaluated would include 1) toxicity endpoints and target-organs affected for noncarcinogenic chemicals; 2) whether a chemical is a known human carcinogen or a suspected carcinogen; and 3) the uncertainties associated with the derivation of the toxicity criteria. The above considerations will allow for a better-informed risk management decision process.

**Mitigation and Source Remediation (Risk > $1x10^{-4}$).** Mitigation and source remediation will be needed if the potential long-term risk to human health, as contributed by VI, is estimated to be above 1 x $10^{-4}$. The timing of this response action will depend on whether there is an existing building or if future development will proceed before remedial goals are met. Chapters 4, 5, 6 and 7 discuss various aspects of mitigation actions to address the VI pathway. For any mitigation action conducted as part of the cleanup process, the responsible party should submit an appropriate response action decision document to DTSC for review and approval (see Chapter 5). The decision to implement a mitigation action should be based on sufficient site characterization data to evaluate potential human health risks from VI.

Vapor intrusion mitigation is intended to minimize entry of volatile chemicals from the subsurface into the indoor air of overlying buildings. Vapor intrusion mitigation is not intended to be a sole remedial alternative for a volatile chemical contaminated site. For most sites in this risk range, remediation will be required to address the subsurface source of vapor contamination. However, based on site-specific considerations, mitigation may become the long-term measure, especially where removal of volatile

chemicals may not be technically feasible (such as where the volatile chemical source is located off-site).

## 2.3   RISK MANAGEMENT CONSIDERATIONS FOR EXISTING BUILDINGS

### 2.3.1   Off-Site Sources of Volatile Chemical Contamination

Soil gas plumes may be the result of off-site sources of volatile chemical contamination in soil gas or shallow groundwater.  The off-site source may be part of a larger, regional contamination.  The off-site source of contamination may or may not currently be under the oversight of a regulatory agency for investigation and management.  If the soil gas plume originates from off-site sources, incorporating VI mitigation into the existing building may be the only viable option, especially if the off-site source is regional in nature and remediation of off-site sources is impractical or not achievable in the near future.

Migration of the off-site plume onto the site may also be a concern.  While the off-site plume may not currently have adversely affected the site, the plume may pose a future VI risk.  In this case, incorporating VI mitigation into existing or future buildings may be prudent.  Additionally, the plume should be evaluated using appropriate plume modeling techniques and/or groundwater monitoring.

### 2.3.2   Ambient/Background Air Sources of Volatile Organic Compounds

For urban areas, many VOCs are ubiquitous in ambient, outdoor air.  Common VOCs in ambient air include benzene, trichloroethene (TCE), and tetrachloroethene (PCE).  While measured indoor air concentrations may pose a potential long-term health risk, these concentrations may also be identical to ambient levels.  Therefore, source removal or VI mitigation may not reduce the indoor air concentrations of such ubiquitous volatile chemicals.

Consistent with the Vapor Intrusion Guidance, ambient/background air samples should be collected to determine if ubiquitous volatile chemicals are contributing to the measured indoor air concentrations.  A sufficient number of outdoor air samples should be collected to provide a meaningful comparison between indoor air and outdoor air concentrations.  This comparison should also be considered in terms of the cumulative indoor air risk associated with the target volatile chemicals.  Specific risk considerations would include the exposure scenario being evaluated (e.g., residential, industrial/commercial, school-based) and the risk associated with target volatile chemicals measured in outdoor air for the appropriate exposure scenario.

In addition to collecting background air samples, evaluating the ratio between concentrations of volatile chemicals in the subsurface and concentrations of volatile chemicals in indoor air may help in distinguishing contributions from background air versus VI from the subsurface.  Air quality data collected from monitoring stations within a local air management district provides secondary evidence for distinguishing VI from other sources.

Because of the high cost associated with conducting indoor air studies, sufficient numbers of samples may not be available to conduct rigorous statistical evaluations. Given such data limitations, the comparison may often be qualitative in nature and will require a risk management decision regarding the need for further action or mitigation.

#### 2.3.3 New Building Indoor Air Sources of Volatile Chemicals

Volatile chemical concentrations measured in indoor air could originate from off-gassing of building materials rather than from VI. For example, DTSC conducted an indoor air quality investigation at a newly constructed school building overlying a TCE plume. Elevated levels of vinyl chloride (a potential degradation product of TCE) were detected in most of the classrooms and ultimately were determined to be from unidentified indoor sources.

#### 2.3.4 Residential Sources of Volatile Organic Compounds

In addition to ambient air and building materials, other sources of VOCs indoors include consumer products (such as household cleaning materials and dry cleaned clothing). To help put these background sources of VOCs into perspective, EPA recently published a technical report evaluating measured concentrations of VOCs in the indoor air of thousands of residences in the U.S. from sources other than VI (USEPA, 2011).

### 2.4 RISK MANAGEMENT CONSIDERATIONS FOR FUTURE BUILDINGS

#### 2.4.1 Re-evaluate Indoor Air Risk Using Site-Specific Soil Parameters

Additional data collection may be required 1) to better define the lateral and vertical extent of volatile chemical contamination and 2) to refine the predicted indoor air risk based on site-specific soil parameters. Site-specific soil parameters are particularly important because they can reduce the predicted indoor air risk compared to the risk estimated using screening-level default parameters. Refer to the Vapor Intrusion Guidance for further details.

#### 2.4.2 Adjust Development Plans to Avoid Vapor Intrusion Issue

If sufficient data exists, soil gas isoconcentration contours and geologic cross-sectional diagrams may be constructed for the planned building location. If the soil gas plume is well characterized spatially, the development plans may be adjusted so that buildings are not constructed immediately over the plume, and instead are constructed a sufficient distance away from the plume, thus eliminating the VI pathway. In some cases, risk isopleths constructed from concentration data may better illustrate areas where inhalation health risks should preclude building construction or sensitive land uses.

Building designs may also be adjusted, to include intrinsically safe designs (such as podium construction) in which the ground level of a building is maintained as a well-ventilated space not intended for human occupation.

### 2.4.3   Evaluate Whether Monitoring Alone Would Be Sufficient

If the volatile chemical plume does not impact or only impacts a fraction of the proposed building foundation, the estimated indoor air risks may not be significant and only continued soil gas monitoring may be required.  This circumstance is best evaluated by considering the site plans and layout of proposed structures together with the plume maps (for example, volatile chemical isoconcentration contours, geologic cross-sectional diagrams).  Additionally, a passive VI mitigation system that can be converted to an active system may be an appropriate cautionary approach in these cases where indoor air risks are minimal.

### 2.4.4   Off-Site Sources of Volatile Chemical Contamination

The same off-site plume issues pertaining to existing buildings (Section 2.3.1) also apply to future buildings.  If the soil gas plume is coming from off-site sources, incorporating VI mitigation as part of the building design is prudent, especially if the off-site source is regional in nature and source remediation is impractical or not achievable in the near future.

## 3.0   PUBLIC PARTICIPATION

Public concerns associated with VI will typically be greater than those associated with other media contamination because 1) simple avoidance techniques (such as elimination of exposure pathways) are not an option for impacts to the air people breathe and 2) involuntary exposure in one's home, workplace, or school is potentially unsettling.  Hence, more extensive outreach is generally necessary for VI-impacted sites than may be needed for sites affected by other exposure pathways.  Face-to-face meetings with those stakeholders who live, work, or otherwise occupy the buildings with known or potential VI issues are often necessary.  On-going regular communication with affected community members and building occupants is important during all phases of a VI project, including during the selection, design, installation and O&M of a VI mitigation system.

As with any contaminated site, DTSC's *Public Participation Policy and Procedures Manual* (DTSC, 2001; revision pending) should be followed.  Additionally, DTSC's *Vapor Intrusion Public Participation Advisory* provides guidance specific to VI-impacted sites.

## 4.0   VAPOR INTRUSION MITIGATION METHODS

DTSC recommends that VI mitigation be implemented as an interim response action until volatile chemical concentrations in soil, soil gas, or groundwater are confirmed to be at acceptable levels.  The goal of a VI mitigation system is to interrupt the pathway between the source of the vapors and building occupants until remedial goals in the

subsurface are met.  As discussed in Section 1.2, remediation of the subsurface is the primary means by which remedial goals are achieved at a site, rather than the VI mitigation system.  Nonetheless, there are instances where source removal is impracticable and the use of engineering controls would be the most feasible response action.  For most sites, remediation and mitigation are complementary components of a volatile chemical response action, addressing cleanup of subsurface contamination and impacts to the human receptor, respectively.  Where source removal is impracticable, the use of engineering controls may be the most feasible long-term response action (see Chapter 2).  The response action decision document should clearly describe the integration of the remediation and mitigation components (see Chapter 5).

## 4.1   CONCEPTUAL MODEL OF VAPOR INTRUSION

The air pressure within a building is typically somewhat less than the atmospheric pressure surrounding the building.  This difference in pressure is caused by thermal differences between indoor air and surrounding soils, wind and barometric changes, and stack effects of chimneys and flues.  Thus, the negative pressure differential present in most buildings may cause vapor-phase contaminants to migrate from the subsurface into the structure, and it is this pathway that needs to be interrupted. Volatile chemicals can enter a building through entry points such as cracks or perforations in slabs or basement floors and walls, openings around sump pumps, elevator shafts, or where pipes and electrical wires go through the foundation.

## 4.2   OVERVIEW OF MITIGATION TECHNOLOGIES

Well-established techniques, developed for mitigating exposures to radon and methane, are the basis for most VI mitigation technologies.  These techniques and associated guidance are appropriate for volatile chemicals because the vapors may enter a building in the same manner as radon and methane.  Table 2 identifies various mitigation technologies for addressing VI into buildings as well as the specific applications, advantages, and disadvantages of each technology.  Figure 3 illustrates the technologies that are suitable for existing and future buildings and appropriate for the building usage.

Because SSD and SSV systems are the most commonly used mitigation techniques (USEPA, 2008b), the VIMA emphasizes these systems over other technologies.  The purpose of this emphasis is to relieve the project proponent of providing an in-depth analysis of all types of mitigation systems, and to easily select either a SSD or SSV system when mitigation is needed.  However, the VIMA does not preclude other approaches (such as those described in Section 4.4) from being proposed.  Depending on site-specific characteristics, one of the alternate mitigation strategies may be a better fit at an individual site, rather than a SSD or SSV system.  Moreover, additional, new technologies may be developed in the future that are consistent with sustainable and modern building design and may prove to have results equal to or better than those garnered by SSD or SSV systems.

## 4.3    SUB-SLAB VENTING AND SUB-SLAB DEPRESSURIZATION SYSTEMS

The USEPA recommends that the model building standards and techniques for radon control in new residential buildings constructed on basement and slab-on-grade foundations include:  installing a layer of permeable sub-slab material; sealing the joints, cracks, and other penetrations of slabs and foundation walls; providing a soil-gas retarder (sub-slab liner) beneath floors; and installing either a SSV or SSD system.  As described further below, the distinction between the two systems is that a SSD system is designed to mitigate VI by achieving measurable, continuous sub-slab pressure reduction and a SSV system is designed to reduce or dilute sub-slab volatile chemical concentrations.

Sub-slab liners are used with both SSV and SSD systems.  The sub-slab liner is an integral component of a SSV system (as described further in Section 4.3.1).  DTSC considers a sub-slab liner to be a safety factor for a SSD system for instances in which the system is shutdown for repair (see Section 4.3.2).  Additional discussion of sub-slab liners is provided in Section 4.4.

### 4.3.1  Sub-Slab Venting Systems

A SSV system is designed to function by venting sub-slab soil gases or providing a pathway to allow soil gas to migrate to the exterior of the building rather than entering a building.  SSV systems function by drawing in outside air to the sub-slab area, which dilutes and reduces volatile chemical concentrations.  SSV systems typically consist of a layer of venting material (sand or pea gravel) emplaced below a floor slab to allow soil gas to move laterally under natural diffusion or pressure gradients to a collection piping system for discharge to the atmosphere.  SSV systems include a sub-slab liner that is installed on top of the venting layer.  To the extent that the liner is intact, the sub-slab liner aids venting of sub-slab soil gas via collection pipes rather than upward into the building.

In a SSV system, vapors are directed to the edge of the foundation by perforated collection pipes that are installed in the venting layer, beneath the slab, or at the periphery of the foundation.  Usually, the collection pipes are connected to a main header point that runs up through or along the inner or outer building wall and exhausts above the roofline.  Installation of a vertical inlet pipe system within or next to the building allows fresh air to enter into the gravel blanket or sub-slab zone, which results in diluted or reduced volatile chemical concentrations.

Because of the extensive foundation work involved in the installation, SSV systems are generally easier to install in new construction rather than existing buildings.  SSV systems may not be appropriate in areas with a high groundwater table or surface drainage problems because the venting system will not function properly if continuously saturated with water.

A SSV system may result in the air pressure below the slab being reduced somewhat compared with that of the building interior, particularly near the vent pipe intake in the venting layer and during atmospheric conditions favorable for SSV.  However, there is typically no design objective or requirement in a SSV system to maintain a lower pressure of any given magnitude below the floor.  Thus, if there are gaps or holes in the liner and floor, it is possible that soil gases could flow into the building whenever pressure conditions favor that flow direction.  However, an effective SSV system could remain protective under these circumstances and, in general, by diluting and reducing the volatile chemical concentrations in sub-slab soil gas to a level where minor or intermittent VI does not cause volatile chemical concentrations in indoor air to exceed the indoor air quality goal.

SSV systems are monitored by measuring volatile chemical concentrations in sub-slab soil gas, or by measuring concentrations of indoor air.  Thus, a sampling port within the vertical collection pipe or in the horizontal vent pipes below the floor should be included as part of the SSV design. The sampling point should be fitted with a non-restricting, screened rain guard to prevent precipitation and debris from entering the piping system. Measuring volatile chemical concentrations in sub-slab soil gas will verify that the SSV system is providing adequate dilution or removal of sub-slab volatile chemicals such that VI is not occurring at a significant level.  To demonstrate SSV effectiveness using sub-slab soil gas testing, a reasonable goal may be to reduce volatile chemical concentrations in sub-slab soil gas to less than 20 times the acceptable indoor air level, based on an attenuation coefficient of 0.05 (DTSC, 2011) between sub-slab soil gas and indoor air in the un-mitigated building.

A different attenuation factor, higher or lower, may be used providing it is justified by supporting data, such as the use of tracer gases or marker chemicals such as radon.

SSV systems may result in less depressurization and lower air flow rates than SSD systems. In most buildings, SSV systems are unlikely to perform as well as SSD systems, and therefore may not be an appropriate technology in areas with high concentrations of contaminant vapors.  However, in areas with lower concentrations of contaminant vapors, a SSV system will provide adequate protection and will often be the preferred technology.

SSV systems may be either passive or active (installed fan).  Passive SSV systems rely on natural thermal and wind effects to withdraw soil gases from the sub-slab venting layer to dilute and reduce volatile chemical concentrations to a protective level.  Active SSV systems use a fan to achieve the same purpose by:  1) withdrawing and venting soil gases; 2) actively blowing ambient air into the venting layer beneath a building (referred to as sub-slab pressurization); or 3) other engineering variations such as including wind-driven fans on riser pipes.  SSV systems are commonly used in new construction sites as a preemptive measure against VI (see Section 1.5).  All passive SSV systems should be built so that upgrade to an active SSV system is possible at a later date with minimum effort.  Prior to construction, criteria should be developed that clearly establish when SSV systems need to be upgraded.  These criteria typically are

based on volatile chemical concentrations measured in sub-slab soil gas or indoor air at concentrations above project goals.

### 4.3.2 Sub-Slab Depressurization Systems

SSD systems are applicable for slab-on-grade building construction. For buildings with crawl spaces, a sub-membrane depressurization (SMD) system is more appropriate than a SSD system, as described below in Section 4.4. A SSD system is designed to function by continuously creating a lower pressure directly underneath a building floor relative to the pressure within a building. The resulting sub-slab negative pressure inhibits soil gases from flowing into the building, thus reducing volatile chemical entry into the building. Volatile chemicals caught in this negative pressure field are collected and piped to an ambient air discharge point. The depressurization under the slab is typically accomplished with a motorized blower. The blower draws air from the soil beneath a building and discharges it to the atmosphere though a series of collection and discharge pipes. *Model Standards and Techniques for Control of Radon in New Residential Buildings* (USEPA, 1994a) defines SSD technology as “a system designed to achieve lower sub-slab air pressure relative to indoor air pressure by use of a fan-powered vent drawing air from beneath the slab.”

In most cases, a sub-slab liner is an appropriate, redundant feature for the conventional SSD system. To the extent that the liner is intact, it would provide some protection in the event that the blower fails. Additionally, the liner may increase the efficiency of the system so that a smaller fan is required. Some SSD systems may not require a liner (such as aerated floor systems). In this case, the project proponent should discuss the proposed design with DTSC, and a site-specific determination made on a case-by-case basis.

The sustained effectiveness of SSD systems can be adequately evaluated by monitoring the blower operation and the reduced pressure beneath the floor, as described in more detail in Chapter 7. Thus, regardless of the mechanism for creating the reduced pressure, a SSD system can be effectively monitored through routine pressure monitoring once an adequate demonstration of the mitigation system effectiveness has been established. The pressure monitoring requirements for a SSD system are generally easier to implement routinely compared to monitoring volatile chemical concentrations in a SSV system.

A SSD system has some of the attributes of a SSV system, in that it may also reduce volatile chemical concentrations in sub-slab soil gas through venting. However, the magnitude of volatile chemical concentration reductions in sub-slab soil gas are less critical than for SSV systems, because the SSD system is designed to mitigate VI by maintaining a lower pressure below the building floor.

In existing structures, active SSD systems entail drilling or cutting one or more holes in the existing slab, removing a quantity of soil from beneath the slab to create an open hole or suction pit, and placing vertical suction pipes into the holes. The suction pipes

are manifolded together and routed to the fan and discharged so that the soil gas can be drawn from just beneath the slab.  An operating SSD system will induce indoor air to flow down into the subsurface through entry points such as cracks and openings.  Soil gases from beneath the slab are collected and vented to the atmosphere at a height well above the outdoor breathing zone and away from windows and air supply intakes. More details about active SSD systems can be found in various USEPA guidance documents on radon, and in ASTM International (ASTM) guidance documents (ASTM, 2007ab).

## 4.4     ADDITIONS AND ALTERNATIVES TO SUB-SLAB VENTING AND SUB-SLAB DEPRESSURIZATION SYSTEMS

Other remedies in addition to, or as alternatives to, SSD and SSV systems are available to address site-specific conditions.  A project proponent may propose an alternative technology for evaluation by DTSC.  The selected alternative technology should achieve a balance between indoor air quality issues and compliance with energy efficiency regulations (Cal. Code Regs., tit. 24, part 6).  The project proponent may also propose technologies not specifically described in VIMA for DTSC's consideration.  VIMA encourages innovation and the implementation of new, more effective and more sustainable approaches to VI mitigation, as they become available.

**Sealing Cracks and Openings.**  Cracks and openings in the building foundation are the primary routes of vapor entry, rather than diffusion through the concrete slab itself. An exception would be very thin slabs or sites where soil gas concentrations are very high.  Thus, an important first step in preventing VI is to seal cracks in the floors and walls of a building, as well as gaps around utilities, floor drains, dry utilities, sumps, elevator shafts, and other piping systems.  Sealing cracks and openings should not be considered as a standalone action, but should be completed as a preliminary step in conjunction with other mitigation strategies.

**Sub-slab Liners (Passive Membranes or Vapor Barriers).**  Sub-slab liners are materials or structures installed below a building to block the entry of vapors.  These liners have traditionally been used to prevent moisture from accumulating behind drywall walls, thus giving rise to the name "vapor barrier."  Sub-slab liners ideally cause soil gas that would otherwise enter the building to migrate laterally beyond the building footprint.  However, in practice, sub-slab liners are not able to completely eliminate VI due to the likelihood of punctures, perforations, tears, and incomplete seals.  Thus, sub-slab liners by themselves are not an acceptable VI mitigation system to DTSC for indoor air risks greater than or equal to $1 \times 10^{-6}$ and a HI greater than or equal to 1 (see Chapter 2 for further discussion of the risk management framework).  Liners should be used in combination with a SSV, SSD, or SMD system.

**Submembrane Depressurization (SMD).**  For a SMD system, a membrane (liner) is used as a surrogate for a slab to allow depressurization.  A membrane covers the exposed dirt surface of a crawl space while the depressurization system withdraws soil gas from beneath the membrane and prevents its intrusion into the overlying space.

The edges of the foundation wall must be well sealed, and the membrane must be loose enough to prevent tearing under stress. Periodic inspection is required because membranes can be easily damaged or lose their seals at the edges. SMD is effective for retrofitting buildings with crawl spaces.

**Building Pressurization.** Building pressurization involves adjusting the building heating, venting, and air conditioning (HVAC) systems or installing a new system to maintain a positive pressure indoors relative to the sub-slab area. This approach is more commonly used for commercial buildings and can be cost effective if the existing HVAC system already maintains a positive pressure. Having to increase the pressure will result in larger energy costs, particularly if significant heating and cooling is required. Positive pressurization of buildings is practicable only when the building is relatively tight, with few doors or other openings. Therefore, warehouses with large bay doors are not candidates for positive pressurization. DTSC will consider HVAC alteration as a response action for commercial/industrial buildings on a case-by-case basis, particularly if the HVAC system for an existing building was not operating pursuant to current building codes and energy efficient codes and/or requirements (Cal. Code Regs., tit. 24, part 6). DTSC does not consider building pressurization to be an appropriate mitigation technology for residential structures.

**Indoor Air Treatment.** This method directs air within the structure to air pollution control equipment to remove toxic air contaminants from the building interior rather than preventing entry into a building. DTSC is critical of this method for several reasons. Indoor treatment is not a proven, developed technology available for widespread application to buildings. Other drawbacks to this method are that it encourages collection of contaminant vapors within the structure and is dependent on uninterrupted performance of the treatment system to protect building occupants. DTSC will consider this technology in some cases, but only if project goals cannot be achieved by engineering controls described elsewhere in this Advisory.

**Variations on SSD Systems.** The systems described below are all variations of SSD systems. DTSC will consider site-specific variations to the design in order to provide for the most effective system for the site.

- Aerated floor systems are typically constructed using plastic forms over which concrete is poured.

- Block-wall suction systems involve removing vapors that accumulate in basement walls constructed of hollow blocks.

- Drain-tile suction systems apply suction to existing water drainage systems that circle a building in order to remove vapors. This requires a separate dewatering system below the venting system to allow vapors or gases to escape and not be trapped and possibly pressurized due to water in the pipes or vents.

- Sub-slab pressurization (SSP) systems are a specific type of SSV system, except that fans are used to push air into the venting layer below the slab, instead of pulling the air out. This technology may be particularly effective in higher permeability soils. However, active injection of air under a building (to

enhance venting) is not recommended without having an engineering design. SSP systems may force vapors into a building by creating elevated subsurface pressures or force vapors into unprotected neighboring structures. Care should be taken to seal cracks and openings when utilizing a sub-slab pressurization system. Permitting requirements may apply to these systems in some jurisdictions.

**Podium-Style Buildings.** The risk from VI may be greatly reduced by a building design that utilizes an open air first floor, stilts, or an appropriately ventilated first floor space. An example of such a building design is a well ventilated ground level parking structure. However, all potential vapor conduits to upper floors of the building (particularly utility lines, elevator shafts, and ventilation systems) must be engineered and sealed in a manner that reduces the risk of VI. Such provisions may include construction of the elevator on an exterior wall of the building (rather than having an interior, central entrance), sealing the base of the elevator, possible venting, and increased ventilation of the elevator. If used as an enclosed parking area, additional consideration is needed to achieve ventilation flow rates required to ensure acceptable levels of carbon monoxide and volatile chemical concentration levels. In general, DTSC considers podium-style buildings inappropriate for use with single-family dwellings because of concern that individual home owners may alter or convert their garages to livable space.

**Figure 3**
**Vapor Intrusion Mitigation Technologies**

## Table 2. Overview of Selected Vapor Intrusion Mitigation Technologies
**(Modified from ITRC (2007))**

| TECHNOLOGY | PPLICATION | DVANTAGES | ISADVANTAGES |
|---|---|---|---|
| Sub-slab Depressurization (SSD)<br>A | • New and existing (without liner) slab-on-grade structures<br>• Sumps, drain tiles, and block wall foundations may also be depressurized if present<br>A | • Successful track record of performance<br>• Adaptable technology, applicable to a wide variety of site conditions and geology<br>• Simple gauges show whether the system is working<br>D<br>• Works well for conditioned crawl spaces with concrete slabs | • Requires periodic maintenance<br>• Building-specific conditions may limit options for suction pit, riser pipe, and blower locations<br>• Long-term energy and maintenance costs<br>• May not be feasible for large, commercial buildings<br>• More expensive to retrofit existing structures (hence it works best for new construction) |
| Sub-Slab Venting (SSV) | • New slab-on-grade construction<br>• Low soil gas flux sites<br>• Should be convertible to active system if necessary | • Successful track record of performance<br>• Passive systems avoid the long-term O&M costs of systems requiring electricity to operate a fan or blower | • Not as effective as SSD – should only be used when risk is moderately elevated<br>• Ambient temperatures and winds can adversely impact success<br>• Not suitable for existing structures unless very modest concentration reductions are required<br>• Upgrade of passive SSV systems to active SSV systems likely to be necessary for new structures when large reductions in concentrations are required |
| Submembrane Depressurization (SMD) | • New and existing buildings with crawl spaces | • Similar to SSD<br>• Ideal for enclosed crawl spaces without concrete slabs<br>• Appropriate to retrofit existing buildings with crawl spaces | • Similar to SSD<br>• Liners can be easily damaged and must be well-sealed at edges to prevent leaks<br>• System needs to be periodically inspected to confirm leaks are not present |

**Table 2 (Continued)**

| TECHNOLOGY | PPLICATION | DVANTAGES | ISADVANTAGES |
|---|---|---|---|
| Sub-Slab Pressurization (SSP) | • New and existing slab on grade structures | • May be more efficient in high permeability soils | • More energy intensive than routine SSV and SSD systems<br>• May not be appropriate for low permeability soils |
| Building A Pressurization | • Large commercial structures, new and existing<br>A | • Can be applied equally well to both new and existing structures<br>D | • Generally more costly than other techniques<br>• Regular maintenance and air balancing needed to maintain consistent, positive pressure<br>• Will require extensive reporting requirements to ensure appropriate building pressure is maintained<br>• Increased energy costs |
| Indoor Air Treatment | • Specialized cases only | • Results in physical removal and disposal of the air contaminant, not simple redirection | • Not appropriate for widespread application<br>• Less effective than other control methods (when applicable)<br>• Maintenance-intensive and costly to install and operate<br>• System leaks, should they occur, may result in higher exposures than without control<br>• Building owners and occupants may have heightened concern of indoor air contamination<br>• Temporary or permanent relocation may become necessary |
| Podium-style Building | • New construction, industrial & commercial, multifamily residences | • Low capital costs | • Needs to be monitored and enforced |
| Aerated Floor Systems | • New construction | • Low capital cost<br>• Can be tested and monitored<br>• Open void space works as a venting feature | • Newer technology unproven within the USA |
| Land Use Covenants | • New and existing construction | • Low capital cost | • Needs to be monitored and enforced |

## 5.0 EVALUATION OF VAPOR INTRUSION MITIGATION APPROACHES

This chapter describes the process for evaluating the feasibility of VI mitigation approaches and determining which approach (or combination of approaches) is best suited for a particular site. Because VI mitigation is part of a volatile chemical response action, its selection is based on a screening and detailed analysis of alternatives. Whenever possible, the evaluation of VI mitigation approaches should be integrated with the evaluation of remedies to address the subsurface vapor sources.

### 5.1 SCREENING VAPOR INTRUSION MITIGATION ALTERNATIVES

Development and screening of mitigation alternatives should begin during the investigation phase, or soon thereafter, when response actions have been determined to be necessary. Chapter 4 presents the technologies that are currently available for VI mitigation. The project proponent is encouraged to consider other new, more effective and more sustainable approaches to VI mitigation as they become available. The scope of the screening evaluation for VI mitigation alternatives should reflect site-specific circumstances. Some alternatives may not be screened because they are not appropriate for site conditions or are not feasible because of the planned or potential land use (see considerations for each technology described in Chapter 4). For example, only buildings with crawl space would screen an SMD system.

### 5.2 DETAILED ANALYSIS OF MITIGATION ALTERNATIVES

The detailed evaluation of VI mitigation approaches involves a comparison of each approach or combination of approaches to a set of evaluation criteria. The criteria[2] for evaluating VI mitigation approaches include:

<u>Threshold Criteria</u>
1) Overall protection of human health and the environment,
2) Compliance with federal/state/local requirements,

<u>Balancing Criteria</u>
3) Long-term effectiveness and permanence,
4) Reduction of toxicity, mobility or volume through treatment,
5) Short-term effectiveness,
6) Implementability based on technical and administrative feasibility,
7) Cost,

<u>Modifying Criteria</u>
8) State and local agency acceptance, and
9) Community acceptance.

The detailed analysis results provide a basis for identifying a preferred mitigation approach and documenting the rationale behind the decision. General or classical engineering evaluation criteria for the detailed evaluation of alternatives have been established for hazardous substance release sites in guidance and regulations (see

[2] Only the effectiveness, implementability, and cost criteria apply to the DTSC Removal Action Workplan process.

Table 3).  In addition, there are technology-based considerations which should be used to determine if approaches are feasible and can be carried through to an overall final response action decision that is protective and implementable.  Additional data which may be needed to fully evaluate VI include environmental justice issues, ambient air quality, building HVAC operation, and local land use zoning.

**Table 3.  State and Federal Guidelines for Alternatives Evaluation**

| LAW | PROCESS | DESCRIPTION | SUGGESTED REFERENCE(S) |
|---|---|---|---|
| HSAA | Remedial Action Plan (RAP) | Process for developing, screening, and detailed evaluation of alternative remedial actions for sites.  Response action selection document under HSC §25356.1. | DTSC, 1995 |
| | Removal Action Workplan (RAW) | Prepared when a proposed, non-emergency removal action or a remedial action is projected to cost less than $2,000,000.  Response action selection document under HSC §25356.1. | DTSC, 1993, 1998 |
| CERCLA | Feasibility Study (FS) | Process for the development, screening, and detailed evaluation of alternative remedial actions for sites.  A FS is not required for the RAW process; however, the RAW should evaluate effectiveness, implementability, and cost of various removal alternatives. | USEPA, 1988, 1999 |
| | Engineering Evaluation/ Cost Analysis (EE/CA) | Analogous to, but more streamlined than, the FS.  Identifies the objectives of the removal action and analyzes the effectiveness, implementability, and cost of various alternatives that may satisfy these objectives. | USEPA, 1993 |
| RCRA or HWCL | Corrective Measures Study (CMS) | Mechanism used by the corrective action process to identify, develop, and evaluate potential remedial alternatives. | USEPA, 1991, 1994b, 1997 |
| HSAA, HWCL, RCRA, CERCLA | Interim Measures (IM) or Interim Actions | Actions to control and/or eliminate releases of hazardous waste and/or hazardous constituents from a facility prior to the implementation of a final corrective measure or response action. | |

Notes:
CERCLA – Comprehensive Environmental Response, Compensation, and Liability Act
HSAA –  Hazardous Substance Account Act
HWCL – Hazardous Waste Control Law
RCRA –  Resource Conservation and Recovery Act

The project proponent should consider site-specific conditions (such as existing versus future building, building type, building use, receptor type, and volatile chemical concentrations) when selecting the most appropriate technology to mitigate the VI pathway.  Table 4 provides a qualitative assessment of factors that should be considered in the selection process.  As indicated by the table and described in Chapter 4, some technologies are not appropriate for mitigating a higher degree of risk or

hazard. For instance, use of institutional controls as the mitigation approach might only be considered for a low degree of risk or hazard. In addition, depending on the degree of risk or hazard posed by the VI pathway, some technologies are better suited to certain building uses. As an example, DTSC generally recommends use of podium-style buildings for multi-family residences rather than single-family residences. A given mitigation technology may have greater monitoring needs (because it is a less effective technology and/or because of the system design) which leads to higher long-term costs. For example, because SSV system performance is evaluated through chemical analyses (e.g., sub-slab vapor), the monitoring frequency and costs for this technology are relatively high when compared to technologies that have multiple performance metrics (such as SSD systems which are evaluated primarily through pressure measurements). The table also illustrates that some technologies have relatively higher capital costs but lower long-term costs than other technologies (and vice versa).

The following elements should be included with the detailed evaluation of the mitigation alternative.

- Establishment of site-specific performance objectives for the VI mitigation system;

- Recordation of land use covenants;

- Recognition of long-term responsibilities in maintaining financial assurance and compliance with the five-year review requirement;

- Identification of applicable federal/state/local requirements; and

- Evaluation of the mitigation alternatives and the no action alternative against the applicable criteria.

## 5.3    DOCUMENTATION OF DETAILED EVALUATION RESULTS

Once the evaluation is complete, the project proponent should present the detailed analysis of VI mitigation approaches in an appropriate report (e.g., Feasibility Study, Corrective Measures Study Report). If the report is approved by the appropriate agencies, selection of the mitigation approach should be presented in a decision document such as a Proposed Plan, Record of Decision, Removal Action Workplan, Remedial Action Plan or Statement of Basis. The decision document generally outlines the conceptual plan for remediating the vapor source and mitigating VI. Decision documents are typically released for public comment and, if needed, responses to community, stakeholder, property owner, and responsible party comments are prepared.

After the public comment period and regulatory agency approval of the decision document, the project proponent typically prepares a detailed design of the mitigation approach. The design outlines all specific elements of designing and implementing the mitigation approach. These specific elements include not only the mechanical, electrical and structural elements, but also O&M, monitoring and reporting, financial assurance, implementation schedule, five-year review schedule, and the identification of

who is responsible for conducting these activities. Chapters 6 and 7 provide further discussion of the design and implementation of the mitigation approach.

### 5.4 CALIFORNIA ENVIRONMENTAL QUALITY ACT

Cleanups for VI must meet all applicable local, state and federal requirements including the California Environmental Quality Act (CEQA). CEQA (Pub. Resources Code, sec. 21000 et seq.) requires public agencies carrying out or approving a project to conduct an environmental analysis to determine if project impacts could have a significant effect on the environment. Public agencies must eliminate or reduce the significant environmental impacts of their decisions whenever it is feasible to do so.

Proposed projects for which DTSC has discretionary decision-making authority are subject to CEQA if they potentially impact the environment. Examples of approval actions which require CEQA review and documentation include: remedial action plans, interim measures, removal action workplans, and corrective actions. As shown by these examples, certain steps described in the VIMA are subject to CEQA. For further information, DTSC's CEQA-related policies and procedures are available on the DTSC internet site.

## Table 4. Qualitative Comparison of Selected Vapor Intrusion Mitigation Technologies

| MITIGATION TECHNOLOGY[1] | TYPICAL APPLICATION | DEGREE OF RISK OR HAZARD BEING MITIGATED[2] | MONITORING DURING FIRST YEAR OF VI MITIGATION OPERATION | | MONITORING DURING LONG-TERM VI MITIGATION OPERATION | | RELATIVE COST | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | OPERATIONAL PARAMETERS[3] | CHEMICAL ANALYSES | OPERATIONAL PARAMETERS[3] | CHEMICAL ANALYSES | CAPITAL | O&M | MONITORING |
| Institutional Control | R, C/I | L | n/a | M | n/a | M | n/a | L | M |
| Membrane Only | P | VL | n/a | M | n/a | M | L | n/a | M |
| SSV System | C/I, R | L | n/a | M | n/a | L | L – M | L | L – M |
| | C/I, R | M | | | | M | | | M |
| SSD System | C/I, R | L | M – H | L | M | L | M – H | L – M | L |
| | C/I, R | M, H | | M | | | | | |
| SMD System | C/I, R | L | M – H | M | M | L | M – H | L – M | L |
| | C/I | M, H | | | | | | | |
| Building Pressurization | C/I | L | M | L – M | M | L | L | M – H | L |
| | C/I | M, H | M – H | M | | L – M | | | L – M |
| Indoor Air Treatment[4] | C/I | L | n/a | L – M | n/a | L – M | L – H | L – H | L – M |
| | C/I | M, H | | M – H | | M | | | M |
| Podium Building | R[5], C/I | L, M, H | n/a | L | n/a | L | n/a | L | L |

Notes:

1 See discussion of these technologies in Chapter 4.
2 Estimated based on multiple lines of evidence as established in the Vapor Intrusion Guidance.
3 e.g., pressure differential, flow rate
4 As discussed in Chapter 4, DTSC will consider for special cases, but only if project goals cannot be achieved by other engineering controls.
5 In general, DTSC recommends use of podium buildings for multi-family residences. See Chapter 4.

C/I commercial/industrial
H high
L low
M moderate
n/a not applicable
P preemptive applications (See Section 1.5)
R residential (single or multi-family dwelling)
SMD sub-membrane depressurization
SSD sub-slab depressurization
SSV sub-slab venting
VI mitigation VI mitigation
VL very low

# 6.0 VAPOR INTRUSION MITIGATION SYSTEM DESIGN

This chapter focuses on topics related to the general design of VI mitigation systems. It begins with a discussion of design considerations for VI mitigation systems and progresses to recommended design criteria for SSD and SSV systems followed by construction quality assurance/quality control (QA/QC) testing. The chapter closes with a section outlining the preferred content of design documents for a VI mitigation system.

## 6.1 DESIGN CONSIDERATIONS

This section identifies considerations which may impact, or should be included as part of, the VI mitigation system design. These considerations are appropriate for any proposed mitigation approach unless indicated as being specific to SSD and SSV systems. Appendix A identifies example design considerations for SSD and SSV systems. Appendix B provides additional information regarding other design considerations that DTSC or a local agency might require.

### 6.1.1 Overall Building Design

Whenever possible, the concerns and needs of current and future building occupants should be considered during the building design process. For existing buildings, building owners and occupants should be asked their opinion about where blowers and piping should be located, what level of blower noise is acceptable, how readable different system-operation gauges and meters are, and what quality of construction craftsmanship is satisfactory. Issues regarding piping routes, blower location or vibration, and noise concerns should also be discussed with building owners and occupants. For example, if the mitigation contractor is considering an attic location for a blower, owners and tenants should be questioned about the current and near-future use of that space. For existing buildings, when there are multiple mitigation options, the advantages and disadvantages associated with each option should be presented to the building owner and occupants, along with an explanation as to what alternative is preferred, and why.

**New Buildings.** VI mitigation components should be integrated into the overall building design process for new buildings. For example, varying the location of elevator shafts, basements, utility conduits, and even the footprint of the building itself might help reduce the risk of VI. Multiple subcontractors working independently during new building construction may not be aware of the requirements associated with installation of a VI mitigation system, and may unwittingly jeopardize the integrity of the system. The VI mitigation contractor is responsible for working with the prime contractor to ensure that subcontractors are aware of the VI mitigation system and that inadvertent damage to the system is avoided.

**Existing Buildings.** VI mitigation systems installed in residential buildings should be designed, installed, and operated in a manner that minimizes noise and vibration. This is a particular concern for regenerative blowers and/or units installed in an attic. Special insulation and/or mounting hardware may be necessary in such applications. Blower units should be located as far from sleeping areas as possible and should be readily

accessible for inspection.   For building modifications, the responsible party should contact the local municipal building department to determine if any permits are required. Aesthetic impacts (e.g., building appearance) should be considered in the design process.

### 6.1.2   Monitoring Devices and Alarms for Sub-Slab Depressurization Systems

A SSD system should have some sort of alarm or monitoring device so that building occupants are informed immediately if the system fails.  This can be accomplished by installing an in-line pressure gauge or manometer on the SSD system.  The gauge or manometer should have clearly marked line(s) showing minimum acceptable vacuum levels.  Where appropriate or feasible, in addition to a manometer or gauge, visible and audible alarms should be considered in order to indicate loss of system vacuum or power.  In all cases, clear instructions (with the name and phone number of a person to be contacted in such an event) should be placed in a visible location, such as near the gauge or manometer.

### 6.1.3   Back Drafting and Short Circuiting

The operation of a SSD system may, in some cases, increase the depressurization level of a building to the extent that "back drafting" could occur. Back drafting in association with oil/gas furnaces, wood stoves, and fireplaces means that the appliance is sending smoke or air back into a room, rather than venting the air to the outside.  Back drafting can theoretically occur if negative pressures within a building are stronger than the density differential which drives gases associated with combustion appliances up a chimney.  In such cases, potentially deadly combustion gases, such as carbon monoxide, could be re-circulated into the building.  The *Guide for Assessing Depressurization-Induced Backdrafting* and *Spillage from Vented Combustion Appliances* (ASTM, 1998) may be used as guidance for determining back drafting conditions.  If a back drafting potential is identified, the SSD system should not be installed or operated until a qualified HVAC contractor corrects drafting problems.  In addition to improvements in appliances and flues, make-up air can be ducted from the outside to provide for combustion and drafting.  A carbon monoxide detector should be considered for any home where a SSD system is installed where back drafting is a possibility.  Effective July 2, 2011, California law requires carbon monoxide detectors in most residential dwellings.

The presence of a sump in a basement or interior perimeter french drains may "short circuit" the establishment of a sub-slab negative pressure field.  In such cases, an air tight cover should be installed over the sump.  If a sump pump is present, the cover should be equipped with appropriate fittings or grommets to ensure an air tight seal around piping and wiring, and the cover itself should be fitted with a gasket to ensure an air-tight seal to the slab while facilitating easy access to the pump (Orange County Fire Authority, Planning, and Development Services, 2008).

### 6.1.4   Integration of Mitigation and Subsurface Remediation Systems

Consideration should be given to the coordination between site remediation efforts and design of the VI mitigation system, including potential conflicting needs, infrastructure needs, and project schedules for the mitigation and remediation systems.

For existing buildings, any nearby active groundwater, soil gas, or soil remediation system has the potential for soil vapor concentrations to negatively impact indoor air, especially during the startup phase.  Chemical oxidation, air sparging, bioremediation, hydrofracturing, bioventing, and other remedial technologies may initially mobilize or elevate concentrations of contaminants in the subsurface, or result in the generation of potentially volatile breakdown products previously not monitored in the building indoor air.  These effects should be identified and controlled to prevent potential impacts to indoor air.  The frequency of indoor air monitoring and soil gas monitoring may need to be increased during the startup phase of nearby active source remediation.

A perimeter soil gas monitoring system may be needed to evaluate the potential for volatile chemicals to migrate onto, or off of, the site in question and potentially impact additional structures.  The soil gas monitoring system should be consistent with the site remediation/characterization goals and the Vapor Intrusion Guidance.

### 6.1.5   Incidental Removal Effects of Sub-Slab Depressurization Systems

The design objective of a VI mitigation system is to reduce to acceptable levels the risks posed by soil vapors infiltrating the building.  Although SSD systems may have some incidental volatile chemical removal effects and benefits, these effects and benefits are minimal and will not have an appreciable impact on site contaminant levels.  Thus, installation of a SSD system should not be considered to be equivalent to installation of a soil vapor extraction system.  In most cases, remediation of soil, soil gas, and/or groundwater should occur independent of the VI mitigation system.

### 6.1.6   Safety and Environmental Hazards

Examples of safety and environmental hazards associated with a system design and that may need to be addressed include the following:

**Proximity of Building Occupants During System Installation.**  For existing occupied structures, mitigation system installation will likely be conducted in close proximity to building occupants.  Thus, safety concerns should be a priority.  Attempts should be made to minimize physical hazards, noise, dust, and other inconveniences to occupants.

**Concentrations Above Lower Explosive Limit.**  For sites where subsurface concentrations are above the lower explosive limit (LEL) of any chemical and a subsurface gas pressure of one pound per square inch or more is present, the site should be carefully evaluated.  A deep well pressure relief system or other improvements, which reduce concentrations and pressures to acceptable levels, should

be considered in addition to the building mitigation system. Mitigation of the elevated gas pressures at these sites may be required as a condition of site approval. Additional guidance may be provided in DTSC's *Advisory on Methane Assessment and Common Remedies at School Sites*.

**Environmental Hazards.** Other potential environmental hazards at the site or within existing structures should be identified and mitigated as part of the design considerations. The presence of other environmental hazards may delay construction activities until the hazard is adequately addressed or the appropriate safeguards are in place. Depending upon the age of the structure, lead or asbestos may be a concern. Generally construction prior to 1980 may have asbestos while construction prior to 1990 may have lead-based paint. Vermin and molds may also be a cause for concern due to potential health impacts from dust disturbance during construction.

### 6.1.7 Existing Buildings

Design of a VI mitigation system for existing buildings has the following additional considerations.

**Building Foundation.** An inspection of the building foundation should be conducted to identify all potential entry routes for volatile chemical-contaminated soil gases. Examples of potential entry points include cracks in concrete walls or slabs, gaps in fieldstone walls, construction joints between walls and slabs, annulus space around utility pipes, elevator shafts, and open sumps. Potential entry points should be surveyed with a portable photoionization detector or flame ionization detector. It is often possible to find elevated concentrations of select chemicals at particular points where VI is occurring.

**Possible Entry Points.** All possible entry routes should be sealed off, as feasible, to prevent volatile chemical entry. If a SSD system is installed, sealing entry routes will enhance the sub-slab negative pressure field. Sealing/caulking materials should not contain volatile chemicals.

**Sub-Slab Permeability and Flow Characteristics.** The air flow characteristics of the material(s) beneath the slab should be quantitatively determined by diagnostic testing. This is an important step in the SSD design process, and should always be performed prior to the design and installation of a SSD system. The objective of diagnostic testing is to investigate and evaluate the development of a negative pressure field via the induced movement of soil gases beneath the slab. Appendix C provides additional details regarding diagnostic testing.

**Residential Homes.** For existing residential homes, it may be appropriate to install a relatively standard mitigation system without building-specific designs or pre-mitigation diagnostic tests in order to expedite installation due to risk considerations. Using this 'standard design' approach allows systems to be installed more quickly, which may be important at larger sites with a number of homes requiring mitigation. However, post-mitigation testing will be required to verify that the standard design is adequate for a given home.

**Future Inspections**. Accommodation and provision for future building and mitigation system inspection needs should be included in the system design as well as management plans.

### 6.1.8 Other Design Considerations

Other design considerations include the following:

**Depth to Water.** The responsible party should have ascertained the depth to groundwater during site investigations. In general, the groundwater table should be at a sufficient distance below the building slab to ensure that the water table does not impede the effectiveness of a SSD or SSV system. Seasonal changes in groundwater elevation should be considered when evaluating the feasibility of a SSD or SSV system.

**Labeling.** The design should include specifications for prominent labeling of the system. Labels should include the purpose of the system, safety warnings, and instructions for keeping piping clear and unblocked. Labels should also include the name, address and telephone number of the entity to contact for questions and repairs. Labels should be printed in English as well as other languages as necessary. See Appendix B (item 6) for further suggestions regarding system labeling.

## 6.2 CONSTRUCTION QUALITY ASSURANCE / QUALITY CONTROL TESTING

Installation of a VI mitigation system should also include construction QA/QC testing of various components of the system. Typical QA/QC tests include the following:

**Liner System.** The responsible party should conduct a smoke test of the liner system, as recommended by the liner manufacturer, to ensure no leaks exist at the time of installation. Where leaks are identified, appropriate repairs should be undertaken and smoke testing should be repeated until no leaks are detected.

**Proper Function.** Testing should be conducted to verify that installed blowers, gauges, alarms, and other system components are functioning properly.

**Compliance with Performance Measures.** Air quality sampling[3] and/or pressure measurements should be collected to confirm compliance with the performance measures for the system (see Section 7.2.1). Generally this confirmatory sampling should occur about four weeks after system startup. Subsequent sampling should be conducted during the potentially “worst case” months of January/February and June/July (for most locations in California).

**Model Home.** For proposed future residential developments where the human health risks have been identified as greater than $1x10^{-4}$, a model home could be constructed at

[3] An alternative to indoor air sampling may be considered. One option is the use of slotted piping above the liner (but below the foundation) with sampling port(s) accessible on the outside of the building for baseline and compliance testing. However, this approach should be used cautiously (see further discussion in Section 7.2.3).

one or more locations of the highest potential VI concentration, within proposed development area(s), for the purpose of testing and verifying adequate VI mitigation. QA/QC testing should be conducted as described above. If possible, indoor air sampling should occur prior to the installation of carpeting or other construction features which may contribute to background volatile chemical concentrations.

## 6.3    DESIGN DOCUMENTS

The responsible party should submit a VI mitigation system design to DTSC for review and approval  The design document can be submitted as a single or multiple documents depending on project-specific considerations and process.

### 6.3.1   Design Document Content

The design document should include the following recommended components, not necessarily in the listed order.  The actual content of the design document is a project-specific decision.

**Introduction.**  Identify the project, the purpose of the document, and the regulatory-basis for the VI mitigation system.

**Project Background.**  Identify the rationale for VI mitigation, current and future property land use considerations, volatile chemicals of concern, and other general project considerations.  If appropriate, this section should also indicate how the VI mitigation system is integrated with soil, soil gas, and/or groundwater remediation efforts.

**Site Conditions Summary.**  Present the CSM and summarize:

- site geology
- site hydrogeology with emphasis on shallow groundwater in wet and dry seasons
- previous groundwater, soil, soil gas, and indoor air sampling efforts
- volatile chemicals of concern with maximum detected soil gas concentrations that would potentially impact indoor air quality
- remediation efforts and cleanup goals
- potential remediation treatment/degradation by-products
- ambient air quality considerations including predictive point source dispersion modeling or sampling
- estimation of the degree of indoor air impacts (such as Johnson and Ettinger modeling results)
- public participation efforts

This section may reference previous documents.  However, an overview of the pertinent information should be provided along with references to other documents.

**Existing Building Design Report.**  For existing buildings, an initial design report detailing the inspection of the building foundation and diagnostic tests should be prepared and submitted with the VI mitigation design document.  This report should contain the following elements:

- description and diagram of the building foundation
- methods used in diagnostic testing
- results of the diagnostic tests
- existing HVAC system design and operating parameters

See Section 6.1.7 for more testing recommendations for existing buildings.

**Operation and Maintenance Plan.**  The design document should include an O&M Plan identifying the mitigation goals and objectives, performance measures, and contingencies.  The plan should identify how the goals and objectives will be monitored and tested, and may identify general institutional control requirements and/or use restrictions (such as prohibited construction and restricted building modifications). Additional O&M requirements include implementation mechanisms, and responsibilities for tasks and final obligations.  See Section 7.2 for a detailed discussion of the O&M Plan content.

**Design Basis.**  Identify the design assumptions and criteria to be met by the VI mitigation system.

**Construction Methods.**  Identify the construction methods to be used once the design has been approved, including:

- construction specifications
- minimum material specifications
- installation procedures
- construction QC procedures
- post-installation testing procedures

**Design Calculations and Drawings.**  Provide the design calculations and drawings for the VI mitigation system.

**Conceptual Drawings.**  Provide conceptual drawings indicating building locations, prescribed building envelopes, streets, driveways, hardscape areas, utility easements, and other infrastructure considerations.

**Vapor Intrusion Mitigation Approach.**  Provide a detailed description of the proposed VI mitigation approach, including phasing (tier approach) concepts and the following information:

- technical basis for the system design
- construction and implementation requirements

- any additional vapor treatment system which may be required
- component specifications and verification of ability to meet performance measures (including long-term sustainability)
- detailed testing procedures including on-the-job instructions
- permit requirements from other agencies (such as a permit to construct and a permit to operate vapor treatment systems)
- reporting requirements
- applicable engineered drawings and system diagrams

**Implementation Mechanisms.** Identify the LUC requirements and soil management plans.

**Financial Assurance.** Identify the applicable financial assurance requirements.

**Additional Content.** Include title and signature pages (with appropriate licensure stamp and signature; see Section 6.3.4), table of contents (with a list of tables and figures), and any other system details or proposal addressing mitigation considerations identified in Chapters 4 or 7. Additional content may be required depending upon site-specific conditions and the subsurface cleanup objectives. A draft plan submittal and agency approval will likely be necessary prior to submittal and approval of the final system engineering plans. The review and approval of the system design may require a phased approach and may include the need for pilot studies, startup testing, and agency review prior to final approval.

### 6.3.2 Supporting Documents

The design document for the VI mitigation system should include a discussion of other documents that may be required for its proper implementation. These documents may include, but are not limited to, the following:

**Health and Safety Plan.** The design document may need to include a worker health and safety plan that addresses such topics as worker training requirements, protective gear, and monitoring procedures.

**Public Participation Plan.** The design document should include a public participation plan that identifies future notification requirements and mechanisms. Refer to Chapter 3 and DTSC's *Vapor Intrusion Public Participation Advisory* for further discussion.

### 6.3.3 Response Action Implementation Report

A response action implementation report (completion report) should be submitted to DTSC upon completion of construction of the mitigation system. The completion report should include final as-built design drawings, confirmation sampling results, and provisions for determining that the response action is complete, including shut-off criteria.

### 6.3.4  Licensure Requirements

All VI mitigation systems should be designed, built, installed, operated, and maintained in conformance with standard geologic, engineering, and construction principles and practices using appropriately licensed professionals.

## 7.0   VAPOR INTRUSION MITIGATION SYSTEM IMPLEMENTATION

This chapter discusses implementation considerations of VI mitigation systems.

## 7.1   PROPERTY OWNER AND OCCUPANT IMPACTS, CONCERNS AND RESPONSIBILITIES

Responsible parties and stakeholders involved with VI mitigation should always keep in mind that the buildings under discussion will be occupied, or are already occupied, by people living and working within that space.  For existing buildings, the owner and/or tenant preferences should be considered during the design phase.  Refer to Section 6.1.1 for further discussion.

## 7.2   OPERATION AND MAINTENANCE

Any proposed VI mitigation should include an O&M Plan.  The elements described in the following sections should be included in the O&M Plan.

### 7.2.1  General Performance Goals

The O&M Plan should identify specific performance goals for the VI mitigation system. Example performance goals include:

- elimination of the exposure pathway between contaminated media and indoor air receptors
- reduction of the indoor air concentrations to an acceptable level

### 7.2.2  Performance Measures

Performance measures should be established to ensure that the VI mitigation system is operating correctly and preventing unacceptable volatile chemical concentrations from migrating up and into the overlying structure.  Performance measures should be developed on a case-by-case basis to reflect site-specific needs and conditions, and should reflect the site-specific risk management considerations discussed in Chapter 2 and indicated in Table 4.  The O&M Plan should identify the performance measures for the VI mitigation system within the section that describes the goals and objectives.  The plan should state the methods by which the performance goals will be tested and verified.  Some examples of performance measures are provided below.

- Collecting vapor samples to demonstrate the effectiveness of the mitigation.[4] Vapor samples may be collected from within the building itself, between the foundation and the sub-slab liner system, below the sub-slab liner system within the sand/gravel blanket, or any combination thereof.

- For SSD systems, collecting pressure data to demonstrate the presence of a negative pressure field below the entire building foundation.[5]  (Note:  Pressure measurements are collected below a building foundation, usually below the sub-slab liner within the sand/gravel blanket of the SSD system.)  A pressure differential of approximately -4 to -10 Pascal or less beneath the sub-slab liner is generally adequate to mitigate VI (USEPA, 2008a).

- For HVAC systems, measuring differential pressures and air exchange rates as well as monitoring of system operations.

- Ensuring continuous operation of the mitigation system.

- Ensuring operation in accordance with the manufacturer's specifications.

### 7.2.3  General Guidelines for Monitoring

The O&M Plan should identify the monitoring requirements for the VI mitigation system. These requirements should be developed on a case-by-case basis to reflect site specific needs and conditions.  As indicated in Table 4, the monitoring program should consider the degree of risk or hazard being mitigated, the building use (such as residential, school, commercial/industrial), and the technology used to mitigate VI. General considerations for the monitoring program are described below and additional considerations for SSV and SSD systems are described in Sections 7.3.2 and 7.4.2, respectively.  Data quality objectives should be established as part of any monitoring or sampling and analysis plan.

Consideration should be given to the potential effects of HVAC system operation on sampling activities, particularly during the hot summer months.  For example, operation of an air conditioning system may create positive pressures and inhibit migration of volatile chemicals into the structure.  Indoor air samples collected while the air conditioning system is operating may underestimate concentrations of volatile chemical in indoor air.

**Establish Baseline Conditions.**  To establish a baseline for future comparison, the responsible party should conduct vapor sampling of the sub-slab or crawl space immediately after installation of the VI mitigation system for new construction, and immediately before installation, for existing construction.  If a depressurization system is installed, the responsible party should also collect baseline pressure measurements.  Seasonal variation should be considered when establishing the baseline conditions.

---

[4] The number and location of samples should be carefully selected to ensure adequate assessment of the mitigation performance goals for the entire building.

[5] The number and location of measurements should be carefully selected to ensure adequate assessment of the mitigation performance goals for the entire building.

**Routine Vapor and Pressure Monitoring.** Vapor samples should be collected from the sub-slab or crawl space and/or pressure measurements on a routine basis to verify the effectiveness of the mitigation system. These samples are typically collected on a semi-annual basis. Seasonal variation should be considered when establishing the sampling schedule. The considerations identified in Table 4 may assist with establishing the number and frequency of monitoring events necessary to meet the performance goals and measures.

**Routine Monitoring of System Operations.** The mitigation system should be monitored to ensure that it is operating effectively. For example, if building pressurization is being used to mitigate VI, routine monitoring would include assessment to determine that the HVAC system is operating so as to maintain the desired positive pressure. The O&M Plan should include equipment maintenance requirements to ensure continued operation of the system and integrity of engineering controls.

**Indoor Air Quality Monitoring.** As indicated in Table 4, the frequency of indoor air quality monitoring should be based on the potential risk posed by VI as well as the effectiveness of the VI mitigation system. Provisions for periodic indoor air sampling should be included in the O&M Plan to demonstrate continued effectiveness of the mitigation system. For example, high risk single family residential structures may warrant sampling every two years whereas for low risk single family residential structures it may be sufficient to sample every five years. For higher risk sites, initial indoor air sampling should be conducted seasonally. DTSC recommends two sampling events per year for the first three years or until consistent verification that the mitigation system is meeting established indoor air performance measures. The sampling frequency may be modified with technical justification and approval from DTSC.

For large or complex buildings (including schools), more frequent and/or systematic indoor air monitoring programs may be advisable depending upon level of risk and performance goals. Large or complex buildings may require a more complex network of vent piping under the building and may pose difficulty in determining pressure measurements or vapor concentrations at the interior locations farther from the outside perimeter. The network of vent piping and monitoring points should include methods to determine the effectiveness at the more interior locations. In some cases, indoor air monitoring may be more effective for determining the mitigation performance, especially in cases of existing buildings where mitigation is a retrofit to the structure.

In lieu of frequent indoor air sampling[6], volatile chemical sampling between the sub-slab liner system and the building slab could be used on a more frequent basis as a potential measure of the reduction of volatile chemical concentrations. This approach should include a CSM of potential leak mechanisms and pathways, and a discussion of how the planned monitoring above the liner would be capable of identifying such leaks.

[6] As discussed in the Vapor Intrusion Guidance, indoor air sampling is not straightforward because contaminants housed in the structure (such as paint, dry cleaning, or gun cleaner) may be contributing to volatile chemical concentrations measured in the indoor air sample.

Verification testing may require sampling from above the sub-slab liner system and within the sand/gravel blanket of the SSD system.

**Soil Vapor Monitoring.** In some cases, permanent vapor probes to monitor soil gas may need to be installed. Permanent vapor probes, also referred to as monitoring points or soil gas probes, can be used to evaluate the long-term behavior of soil gas adjacent to existing or future buildings. When a soil vapor monitoring program is proposed, a detailed outline of the program should be submitted to DTSC for review and approval. The outline should specify monitoring procedures, locations, frequencies, and equipment.

The design of the volatile chemical monitoring program should consider the following.

- Monitoring of subsurface vapor probes should include measurement of the concentrations of volatile chemicals, gas pressure within the probe, and the barometric pressure at the time of monitoring.

- Monitoring probes should be properly secured, capped and completed to prevent water infiltration, ambient air infiltration, accidental damage, or vandalism. Replacement or repair may be needed due to the conditions of the soil vapor probes or disturbance due to construction activities. For probe surface completions, the following components should be installed: surface seal; utility vault or box with ventilation holes and lock; and gas-tight valve or fitting for capping the sampling tube. The utility vault/box should be placed at a sufficient height to prevent water inundation or should be built to preclude water infiltration.

- Vapor probes should be periodically inspected to ensure degradation has not occurred and they are still functioning properly.

**Adjacent Buildings.** Buildings adjacent to properties with mitigation systems may also warrant periodic review or monitoring to verify that potential VI exceeding action levels is not occurring. The frequency of monitoring depends on the location of the building within the zone of contamination and its potential to be impacted. This monitoring may consist of soil gas monitoring, sub-slab vapor sampling, and/or indoor air sampling.

**Monitoring for Combustible Gases.** If the potential exists for combustible gases to be present, monitoring for these gases should be conducted at vapor monitoring points, soil gas monitoring points, along the ground surface in open areas, within crawl spaces beneath a structure, and/or in the interior of a building

### 7.2.4  General O&M Requirements

General activities that may be required by the O&M Plan include:

- ensuring that site conditions have not changed in a way that will impact the function or measurement of the mitigation system

- inspection of all visible components to ensure that the mitigation system is operating properly, that it has not been modified, and that components have not degraded
- surface sweeps to determine if significant changes in subsurface gas concentrations or pressure have occurred
- monitoring of changes in ownership, tenant, and/or building conditions and potential modification of the enforceable mechanism. DTSC should be notified of applicable changes within 60 days of identification of any changes.

### 7.2.5 Contingency Plan

The O&M Plan should reference or include a contingency plan to be implemented in the event of failure to meet the predetermined performance goals and specifications identified in the O&M Plan, or in response to monitoring data. The contingency plan should include action levels, a decision flowchart regarding specific actions and identification of the parties responsible for implementing these actions. The flowchart should also include notification requirements, response timeframes, and potential trouble-shooting actions.

## 7.3 IMPLEMENTATION CONSIDERATIONS FOR SUB-SLAB VENTING SYSTEMS

### 7.3.1 Operation and Maintenance

In addition to the general O&M activities described in Section 7.2.4, typical O&M activities for SSV systems may include:

- inspection of the area of concern, including all visible components of the venting systems and the multi-stage vapor probes
- monitoring of designated vapor probes, lowest accessible floor of the building, and enclosed areas of the building to ensure there are no potentially significant changes in subsurface gas concentrations or pressure
- for active systems, inspection of blower system to ensure all component parts are functioning
- monitoring of vent risers for flow rates and gas concentrations to confirm that the venting systems are functioning as intended
- other appropriate requirements such as routine maintenance, calibration and testing of functioning components of the venting systems in accordance with the manufacturers' schedule and recommendations, if appropriate

### 7.3.2 Monitoring

The monitoring program for SSV systems should address the general monitoring requirements described in Section 7.2.3. In addition, more frequent and/or systematic indoor air monitoring programs may be advisable for SSV systems depending upon level of risk and performance goals. Initially, indoor sampling should be conducted

seasonally (twice a year) for the first three years or until consistent verification that the mitigation system is meeting established indoor air performance measures.  Sampling frequency may be modified upon technical justification and approval from DTSC.

## 7.4   IMPLEMENTATION CONSIDERATIONS FOR ACTIVE SUB-SLAB DEPRESSURIZATION SYSTEMS

### 7.4.1  Operation and Maintenance

Typical O&M activities for SSD systems may include the items discussed in Sections 7.2.4 and 7.3.1.  In addition, the blower should be checked to ensure that all components are operating properly and that the blower is drawing a sufficient vacuum.

### 7.4.2  Monitoring

The monitoring program for SSD systems should address the general monitoring requirements described in Section 7.2.3 as well as the following additional considerations.

**Monitoring of Vent Risers.**  Routine monitoring of vent risers for flow rates and total volatile chemical concentrations should be conducted to confirm that the venting systems are functioning properly.  Volatile chemical sampling may need to be for individual chemicals rather than total volatile chemicals to allow for comparison to site remediation soil gas monitoring.  Examples where this might be advantageous include cases with unexplained changes in total volatile chemical concentrations or industrial/commercial buildings in which the occupants utilize volatile chemicals.

**Indoor Air Sampling.**  Indoor air quality should be measured periodically, but is unlikely to be directly measured as frequently as vapor samples and pressure measurements.  Indoor air quality should be acceptable as long as an adequate negative pressure is maintained below the building foundation and the mitigation system effectiveness has been demonstrated.  Thus, one advantage of a SSD system over a SSV system is less frequent sampling of indoor air.

## 7.5   DOCUMENT SUBMITTALS

Vapor intrusion mitigation plans, reports, and other documents should be submitted to DTSC for review and approval.  The level of reporting should be determined on a case-by-case basis.  As applicable, documents should be signed and stamped by a registered professional who is responsible for the technical content (see Section 6.3.4).

### 7.5.1  Sampling and Analysis Plans

Sampling and analysis plans detailing testing, sampling methods, sample analysis, data quality objectives, QA/QC protocols, and frequency of sampling should be submitted to DTSC for review and approval prior to implementation of mitigation measures.

### 7.5.2 Design Document

A document detailing the VI mitigation system design should be submitted to DTSC for review and approval prior to commencement of system installation. Ideally, this document should be prepared after inspection of the building foundation and diagnostic tests. Section 6.3 provides a detailed outline for a complete mitigation system design submittal.

### 7.5.3 Interim Measure Construction/Final Installation Report

A report detailing the VI mitigation system installation and operation should be submitted to DTSC for review and approval after system construction. This report should include:

- as-built drawings of all system components including vacuum or sampling monitoring points
- brief account of field activities associated with system installation and startup
- initial post-startup test data and flow readings from the extraction and monitoring points
- description of back draft evaluation
- documentation that back drafting is not occurring
- complete analysis and interpretation of data
- raw data

### 7.5.4 Periodic Monitoring Reports

Monitoring reports on the operation and testing of the VI mitigation system should include:

- inspection reporting
- pressure test data and flow rate readings
- laboratory and screening results of indoor air and/or discharged vapor samples
- any problems and/or malfunctions (including time frame and schedule of repair)
- repairs or modifications to the system
- any complaints received

## 7.6 INSPECTIONS

Routine inspections of the VI mitigation system should be conducted to ensure:

- that no significant changes in site conditions have occurred
- that system components have not degraded

- adherence to the engineering controls and/or institutional controls specified in the enforceable mechanism

The inspections should address all mitigation system components, including visible components of venting systems, multi-level gas probes, and blower (if present).  If an inspection determines that the building foundation or components of the mitigation system have been modified by the owner or tenant, appropriate testing should be conducted to ensure that performance measures are being met.

The frequency of inspections should be based on site-specific considerations.  Annual inspections may be appropriate for some sites whereas other sites may warrant more frequent inspections.  Higher inspection frequencies may be appropriate for the first year of system operation followed by a reduced frequency after one year of efficient operation.  Inspection reports should be submitted to DTSC for review pursuant to the enforceable mechanism and/or LUC requirements.

## 7.7   FIVE-YEAR REVIEWS

CERCLA and state law require five-year reviews for a response action that results in hazardous substances remaining at the site at concentrations that would preclude unrestricted land use.  The O&M Plan, as well as any regulatory oversight agreement, enforceable mechanism, or LUC, should include provisions for conducting five-year reviews.  The purpose of the five-year review is to ensure that the response action remains protective of human health and the environment, is functioning as designed, and is maintained appropriately.  The review generally addresses the following questions:

- Are the response action and mitigation system functioning as intended?

- Are the cleanup and/or mitigation objectives, goals, and criteria used at the time of response action determination still valid?

- Have there been significant changes in the distribution or concentrations of volatile chemicals at the site?

- Are modifications needed to make the O&M Plan more effective?

The scope of the five-year review may be outlined in the O&M Plan or in a separate workplan developed for a specific review.  The review of the response action and/or mitigation would typically consist of:

- notifying the community that the review is being conducted

- site inspection and review of the response action and mitigation to answer the above questions

- preparing a report that details the findings of the review for regulatory agency approval

The *Comprehensive Five-Year Review Guidance* (USEPA, 2001) may be a useful resource when conducting these reviews.

Depending on site-specific considerations, DTSC and/or the responsible party may conduct the site inspection and/or technical assessment. If the responsible party conducts the inspection or assessment, DTSC staff will review the report and make recommendations to ensure that the response action and mitigation remain effective, to identify milestones toward achieving or improving effectiveness. and to provide a schedule to accomplish necessary tasks.

## 7.8   ENFORCEABLE MECHANISMS

To address DTSC oversight and cost recovery, mitigation system O&M must occur through a DTSC legal counsel approved enforceable mechanism, such as a corrective action consent agreement, LUC, consent order, O&M agreement, post-closure permit, or other legally binding agreement. Any enforceable mechanism should include the following:

- O&M Plan
- financial assurance requirements (if not part of the O&M Plan)
- closure specifications
- contingency plan (if not part of the O&M Plan)
- applicable contacts
- allowance for DTSC access as necessary
- provisions for enforcement
- DTSC cost estimation with provision for annual updates
- project schedule

## 7.9   FINANCIAL ASSURANCE

O&M costs should be the responsibility of the responsible party/site owner and identified as such in the enforceable mechanism (Section 7.8). The responsible party/site owner should establish and maintain a sufficient and enforceable financial assurance mechanism for costs associated with implementation of the VI mitigation response action, O&M activities, LUC compliance, five-year reviews, DTSC's oversight, and any other applicable costs associated with the implementation and use of a VI mitigation system.

## 7.10   ACCESS AGREEMENTS

To address the concerns of affected parties, an access agreement should be executed prior to entering the property for testing and/or construction. Example situations to be addressed in access agreements include:

- property owners and tenants granting access for testing and/or construction
- future liability for landlords

- employees concerned that VI is occurring at their place of business
- disrupting business operations of tenants
- privacy issues for homeowners

Access for O&M purposes should be authorized by the applicable LUC. Typically, such a covenant would require access for DTSC oversight and other activities necessary to protect the public health and safety or the environment. The LUC would also address access for the person or entity responsible for implementing O&M. These access rights are binding on future owners and occupiers of the property. The owner who signs the covenant and all future owners are required to incorporate the covenant by reference into each and every deed, lease, rental agreement, and any other document that creates a right to use or occupy any portion of the property subject to the covenant.

## 7.11   LAND USE COVENANTS AND INSTITUTIONAL CONTROLS

When VI mitigation at a structure is necessary, whether as an interim response action or in conjunction with a final response action, the mitigation requirement should be included in a LUC (Covenant to Restrict Use of Property, Environmental Restriction). The LUC may include other ICs with prescribed notifications, prohibitions, restrictions and requirements that must be utilized to ensure O&M and disclosure of the risks, restrictions, and requirements to future buyers and occupants.

The following provisions should be included in the LUC:

- notice of the existing conditions known to the environmental agency that may cause potential unacceptable risk from VI
- prohibition against specific uses of the property
- prohibition against interference with the VI mitigation system
- prohibition against activities that will disturb impacted soil without DTSC approval
- right of access to the property for DTSC to inspect, monitor, and perform other activities relative to the VI mitigation system
- right of access to the property for the person responsible for implementing the O&M activities relative to the VI mitigation system
- inspection and reporting requirements for the owner of the property

If existing conditions without mitigation may cause unacceptable future risk to receptors, effective legal notification will be required to be provided to future buyers of the property, and occupants of future developments, or re-developments on the property.

LUCs must be compliant with California Code of Regulations, title 22, Division 4.5, Chapter 39, Section 67391.1, approved by DTSC legal counsel, and publicly

recorded in the county recorder's office.  DTSC has an approved model Covenant to Restrict Use of Property, Environmental Restriction that should be utilized when developing a site-specific LUC.

## 7.12   EMISSIONS AND DISCHARGES

The need for air permits should be determined for all sites in order to comply with applicable state or local air quality control regulations.  In certain cases, particularly those that involve large numbers of structures requiring mitigation within a certain area or those where the mitigation creates high vapor flux rates, it is possible that redirection of soil gases from beneath the building to the ambient air may result in unacceptably high cumulative air quality impacts at receptor points within the community.  In such cases, it may be necessary to apply emission controls on mitigation systems to reduce the concentrations of volatile chemicals being discharged to the atmosphere.  Generally, where unacceptable ambient air impacts exist, a dispersion modeling analysis of the emissions point(s) may be used to estimate whether resulting ambient air quality impacts exceed applicable state toxic thresholds or other health-based standards.  Finally, in some instances, a community ambient air monitoring network may be established to demonstrate that the local population is not being exposed to unacceptable levels of air contaminants resulting from the VI mitigation processes.

## 7.13   COORDINATION WITH OTHER AGENCIES

The responsible party should coordinate with state and local agencies that have jurisdiction for sites requiring VI mitigation.  Examples of local agencies that may require coordination efforts are discussed below.  Local agency involvement should start early in the mitigation process to alleviate potential construction delays.  Where overlapping regulatory authority or requirements are identified, DTSC should come to an agreement with the other applicable agencies to ensure that the project strategies are compatible and requirements can be met.  In cases where oversight authority may be overlapping or redundant, an agreement (such as a Memorandum of Understanding) should be made between the applicable entities for designation of a single oversight agency.

**Air Discharge Permits.**  Permits or authorizations from the local air pollution control district (APCD) or air quality management district (AQMD) may be required for venting systems that exhaust to atmosphere.  DTSC recommends that the local APCD or AQMD be consulted to confirm their requirements, prior to the submittal of initial designs to DTSC.

**Building Codes.**  The mitigation design criteria need to be compatible with applicable local and state building, electrical, and energy codes. Some building HVAC requirements may impact the mitigation design considerations and, thus, must be considered at the time of building design.  The responsible party should coordinate with the applicable local planning and building departments for mitigation system design review concurrent with DTSC's engineering review and approval.

**Land Use.**  Local county and city land use decisions and requirements may impact or influence future use of the project site.  Discussions and coordination with local land use

authorities, including redevelopment agencies, should begin as soon as possible once it is determined that vapor phase contaminants are a concern and/or there is a potential for VI.

**Fire Departments.**  The mitigation design criteria need to be compatible with applicable local and state building fire codes.  The responsible party should coordinate with the applicable local fire agency on mitigation system design review concurrent with DTSC's engineering review and approval.  Coordination with the local fire agency is especially important when methane is present as a volatile chemical of concern to ensure both compatibility and consistency with local agency requirements for methane.

## 7.14   CALIFORNIA ENVIRONMENTAL QUALITY ACT

CEQA requires DTSC to analyze potential environmental impacts for discretionary project decisions, such as DTSC's approval of interim response actions or the proposed final response action.  The approval of a VI mitigation system is a discretionary project decision for which a CEQA evaluation would be required.  Cumulative impacts of all media, including single and/or multiple points of discharge from system vents, are considered as part of the CEQA evaluation.  Project proponents are required to submit all necessary environmental information for DTSC to complete a CEQA evaluation.  The DTSC project manager, in conjunction with DTSC CEQA support staff, completes and processes necessary CEQA documents.

As interim responses, most VI mitigation projects are not likely to require a full Environmental Impact Report (EIR) level of analysis or procedure.  Generally, it would be expected that a VI mitigation project would qualify under a notice of exemption, negative declaration, or a mitigated negative declaration.  Some large scale projects, such as new residential developments, could warrant an EIR.

Generally, a new development proposal (commercial, industrial, or residential) will require an EIR for which the local land use agency would be considered the lead agency.  In such cases the VI mitigation proposal can be included as part of the analysis and a separate CEQA evaluation would not be required.  In such cases, DTSC would be a responsible agency and would coordinate with and provide input to the lead agency.  It is best not to separate the development analysis from the VI mitigation to ensure compatibility and consistency with identified CEQA related mitigation measures.

## 7.15   COMMINGLED CONTAMINANTS/PLUMES

It is not uncommon to have situations where there are commingled contaminants or plumes.  Care should be taken to address all aspects of the commingled contaminants relative to mitigation needs, while coordinating with other agencies as discussed in Section 7.13.

Methane and/or radon are common contaminants which may be commingled with VOC contamination.  To ensure compatibly and consistency of mitigation strategies applied to school buildings, DTSC's *Advisory on Methane Assessment and Common Remedies at School Sites* (DTSC, 2005) should be consulted.  In addition, local jurisdictions often

have guidance specific to methane and/or radon which should be consulted when developing a mitigation strategy.

### 7.16 MULTIPLE RESPONSIBLE PARTIES

In cases where multiple responsible parties share in the obligations for the response action, mitigation, and long-term care of a site, the enforceable mechanism (see Section 7.8) should include all designated responsible parties and clearly identify each responsible party's obligations and responsibilities. Coordination with all responsible parties should begin early and continue throughout the process of mitigating the VI risk. This coordination will ensure that applicable considerations are addressed.

### 7.17 TERMINATION OF BUILDING CONTROLS

Subsurface remediation efforts will eventually reduce volatile chemical concentrations in soil, soil gas, and/or groundwater to levels that no longer require remediation. At this point, VI mitigation systems could be shutdown and/or removed, depending on the preferences of the building owners and obligations of responsible parties. Upon shutdown or removal, O&M requirements would cease.

Early in the decision-making process, stakeholders should consider how to determine when VI mitigation is no longer required. This decision will affect the type of data that will need to be collected during the operating period of the mitigation system (see Section 7.2.3) and should be part of the data quality objective process.

The response action implementation report should include specific provisions for determining that the response action is complete, including the termination of the VI mitigation system(s). A confirmation sampling and analysis plan should be a part of these provisions. The responsible party should conduct subsequent sampling rounds to ensure the absence of contaminant rebounds and to verify the appropriateness of system termination.

The response action completion report should contain the confirmation sampling results and justification for termination of the VI mitigation system. Vapor mitigation should only be terminated when soil, soil gas, and/or groundwater concentrations have achieved and maintained heath-based remediation goals. Responsible parties should not use indoor air sample results alone to justify mitigation termination. Provisions for termination of mitigation systems should include: 1) specific procedures for the notification of owners/tenants, 2) removal of associated LUCs or other ICs, 3) notification of other applicable stakeholders, and 4) instructions regarding the removal of physical system components, if desired by the owner/tenant.

# 8.0   REFERENCES AND ADDITIONAL RESOURCES

## 8.1   REFERENCES

American Society of Testing and Materials (ASTM).  1998.  Guide for Assessing Depressurization-Induced Backdrafting and Spillage from Vented Combustion Appliances (Annual Book of ASTM Standards, Vol. 04.12).

ASTM.  2007a.  ASTM E 2121-03:  Standard Practice for Installing Radon Mitigation Systems in Existing Low-Rise Residential Buildings.  May.

ASTM.  2007b.  ASTM E 1465-07a:  Standard Practice for Radon Control Options for the Design and Construction of New Low-Rise Residential Buildings.  August.

Colorado Department of Public Health and Environment.  2004.  Draft Indoor Air Guidance.  September.  www.cdphe.state.co.us/HM/indoorair.pdf

California Department of Toxic Substances Control (DTSC).  1993.  Memorandum, Removal Action Workplans (RAWs).  September.  www.dtsc.ca.gov/SiteCleanup/upload/SMP_POL_RAWGuidance.pdf

DTSC.  1995.  Official Policy / Procedure, Remedial Action Plan (RAP) Policy, EO-95-007-PP.  November.  www.dtsc.ca.gov/LawsRegsPolicies/Policies/SiteCleanup/upload/eo-95-007-pp.pdf

DTSC.  1998.  Guidance Memorandum, Removal Action Workplans – Senate Bill 1706.  September 23.  www.dtsc.ca.gov/SiteCleanup/upload/SMP_POL_RAWGuidance.pdf

DTSC.  2001 (revision pending).  Updated Public Participation Policy and Procedures Manual.  April.  www.dtsc.ca.gov/LawsRegsPolicies/Policies/PPP/PublicParticipationManual.cfm

DTSC/LARWQCB.  2003 (revision pending).  Advisory – Active Soil Gas Investigations.  January.  www.dtsc.ca.gov/lawsregspolicies/policies/SiteCleanup/upload/SMBR_ADV_activesoilgasinvst.pdf

DTSC.  2005.  Advisory on Methane Assessment and Common Remedies at School Sites.  June.  www.dtsc.ca.gov/Schools/upload/SMBRP_SCHOOLS_Methane.pdf

DTSC.  2010.  Proven Technologies and Remedies Guidance – Remediation of Chlorinated VOCs in Vadose Zone Soil.  April.  www.dtsc.ca.gov/SiteCleanup/PTandR.cfm

DTSC.  2011.  Guidance for the Evaluation and Mitigation of Subsurface Vapor Intrusion to Indoor Air.  Final.  October.  www.dtsc.ca.gov/SiteCleanup/Vapor_Intrusion.cfm

DTSC.  pending.  Vapor Intrusion Public Participation Advisory.  Expected Fall 2011.  www.dtsc.ca.gov/SiteCleanup/Vapor_Intrusion.cfm

California Environmental Protection Agency (Cal/EPA). 2005. Use of California Human Health Screening Levels (CHHSLs) in Evaluating Contaminated Properties.  January.  www.calepa.ca.gov/Brownfields/documents/2005/CHHSLsGuide.pdf

Interstate Technology and Regulatory Council (ITRC).  2007.  Vapor Intrusion Pathway:  A Practical Guide.  January.  www.itrcweb.org/Documents/VI-1.pdf

Massachusetts Department of Environmental Protection.  1995.  Guidelines for the Design, Installation, and Operation of Sub-Slab Depressurization Systems.  Northeast Regional Office.  December.  www.mass.gov/dep/cleanup/laws/ssd1e.pdf

New York Department of Health.  2006.  Final Guidance for Evaluating Soil Vapor Intrusion in the State of New York.  October.  www.health.state.ny.us/environmental/investigations/soil_gas/svi_guidance/

Orange County Fire Authority, Planning and Development Services. 2008. Combustible Soil Gas Hazard Mitigation. January. www.ocfa.org/_uploads/pdf/guidec03.pdf

U.S. Environmental Protection Agency (USEPA). 1988. Interim Final Guidance for Conducting Remedial Investigations and Feasibility Studies Under CERCLA. EPA/540/G-89/004. OSWER Directive 9355.3-01. October. www.epa.gov/superfund/resources/remedy/pdf/540g-89004-s.pdf

USEPA. 1991. Guidance for RCRA Corrective Action Decision Documents: The Statement of Basis, Final Decision, and Response to Comments. OSWER Directive 9902.6. February.

USEPA. 1993. Guidance for Conducting Non-Time Critical Removal Actions Under CERCLA. EPA 540-R-93-057. August.

USEPA. 1994a. Model Standards and Techniques for Control of Radon in New Residential Buildings. March. www.epa.gov/iaq/radon/pubs/newconst.html

USEPA. 1994b. RCRA Corrective Action Plan. OSWER Directive 9902.3-2A. May. www.epa.gov/epaoswer/hazwaste/ca/resource/guidance/gen_ca/rcracap.pdf

USEPA. 1997. Rules of Thumb for Superfund Remedy Selection. August. www.epa.gov/superfund/resources/rules/rulesthm.pdf

USEPA. 1999. A Guide to Preparing Superfund Proposed Plans, Record of Decisions, and Other Remedy Selection Decision Documents. EPA 540-R-98-031. July. www.epa.gov/superfund/resources/remedy/rods/pdf/sectiona.pdf

USEPA. 2001. Comprehensive Five-Year Review Guidance. EPA 540-R-01-007. June. www.epa.gov/superfund/accomp/5year/guidance.pdf

USEPA. 2002. Draft Guidance for Evaluating the Vapor Intrusion to Indoor Air Pathway from Groundwater and Soils (Subsurface Vapor Intrusion Guidance). Office of Solid Waste and Emergency Response. November. www.epa.gov/epawaste/hazard/correctiveaction/eis/vapor.htm

USEPA. 2008a. Brownfields Technology Primer: Vapor Intrusion Considerations for Redevelopment. EPA 542-R-08-001. March. www./brownfieldstsc.org

USEPA. 2008b. Engineering Issue: Indoor Air Vapor Intrusion Mitigation Approaches. EPA/600/R-08/115. October. www.epa.gov/nrmrl/pubs/600r08115/600r08115.htm

USEPA. 2011. Background Indoor Air Concentrations of Volatile Organic Compounds in North American Residences (1990-2005): A Compilation of Statistics for Assessing Vapor Intrusion. EPA 530-R-10-001. June. www.epa.gov/oswer/vaporintrusion/documents/oswer-vapor-intrusion-background-Report-062411.pdf

## 8.2 ADDITIONAL RESOURCES

New Hampshire Department of Environmental Services. 2006. Vapor Intrusion Guidance. July. des.nh.gov/organization/divisions/waste/hwrb/documents/vapor_intrusion.pdf

New Jersey Department of Environmental Protection. 2005. Vapor Intrusion Guidance. October. www.state.nj.us/dep/srp/guidance/vaporintrusion/

USEPA. 1993. Radon Reduction Techniques for Existing Detached Houses, Technical Guidance for Active Soil Depressurizations Systems. EPA/625/R-93/011.

Wisconsin Division of Public Health. 2003. Guidance for Professionals, Chemical Vapor Intrusion and Residential Indoor Air. February 13. dnr.wi.gov/org/aw/rr/technical/index.htm#vi

## GLOSSARY

**Ambient air.**  Refers to outdoor air at a VI site and reflects background air concentrations of volatile chemicals from numerous anthropogenic sources, such as vehicle exhaust, industrial stack emissions, etc.

**Background air.**  See Ambient Air.

**Brownfields.**  Brownfields are properties that are contaminated, or thought to be contaminated, and are underutilized due to perceived remediation costs and liability concerns.

**Buildings.**  Buildings include any structure in which current or future occupants could potentially contact contaminated indoor air.

**CERCLA.**  The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), commonly known as Superfund, was enacted by Congress on December 11, 1980, and amended in 1986, by the Superfund Amendments and Reauthorization Act (SARA).  This law provided broad federal authority to respond directly to releases or threatened releases of hazardous substances that may endanger public health or the environment.  CERCLA established prohibitions and requirements concerning closed and abandoned hazardous waste sites, provided for liability of persons responsible for releases of hazardous waste at these sites; and established a trust fund to provide for cleanup when no responsible party could be identified.

**CEQA.**  The California Environmental Quality Act (Public Resources Code, §21000 et seq) requires public agencies to consider and disclose the environmental implications of their decisions, and to eliminate or reduce the significant environmental impacts of their decisions whenever it is feasible to do so.

**CHHSLs.**  Developed by the Office of Environmental Health Hazard Assessment (OEHHA) as a tool to assist in the evaluation of contaminated sites and to estimate the degree of effort that may be necessary to remediate a contaminated property.  CHHSLs are concentrations of contaminants in soil gas or indoor air that the Cal/EPA considers to be below thresholds of concern for risks to human health.

**Cleanup goal.**  Contaminant concentration against which the success or completeness of a cleanup effort is evaluated.

**Corrective Measures Study.**  The CMS is the mechanism for the development, screening, and detailed evaluation of alternative corrective actions under the RCRA corrective action process.

**Degradation product.**  Refers to the natural degradation of volatile chemicals in soil, soil gas, or groundwater due to microbial degradation or an abiotic process. As an example, TCE will biodegrade under anaerobic conditions to cis-1,2-DCE and vinyl chloride.

**Exposure pathway.**  The way a chemical comes into contact with a receptor. For VI, volatile chemicals in groundwater will migrate into the air-filled spaces in soil (soil gas); volatile chemicals in soil gas will migrate through the soil column and

through cracks in the building foundation into the indoor air where they can ultimately be inhaled by the building occupants.

**Feasibility Study.** Under the National Contingency Plan process (used by DTSC under California HSC chapter 6.8), the feasibility study is the mechanism for the development, screening, and detailed evaluation of alternative remedial actions.

**Hazard Index.** Refers to the cumulative, noncarcinogenic health hazard estimate for a site. The cumulative hazard index is the sum of the hazard quotients for individual chemicals and is defined as:

$$\text{Hazard Index} = \sum_{i=1}^{n} \frac{\text{inhalation dose of chemical } i}{\text{reference dose of chemical } i}$$

**HSAA.** Hazardous Substances Account Act, Health and Safety Code, division 20, chapter 6.8.

**HWCL.** Hazardous Waste Control Law, Health and Safety Code, division 20, chapter 6.5.

**Institutional Control.** Institutional controls are actions, such as legal controls, that help minimize the potential for human exposure to contamination by ensuring appropriate land or resource use.

**Interim actions.** Interim actions are short-term response actions performed pursuant to CERCLA or HSAA to control on-going risks while site characterization is underway or before a final response action is selected.

**Interim measures.** Interim measures are short-term response actions performed pursuant to RCRA or HWCA to control on-going risks while site characterization is underway or before a final response action is selected.

**Land Use Covenant.** Written instruments used to require compliance with certain obligations and restrict use of property. Land use covenants are recorded at the county recorder's office so that they will be found during a title search of the property deed.

**Mitigation.** Engineering controls taken to reduce the entry of vapors into the building until cleanup goals in the subsurface are met.

**Non-time-critical removal action.** Non-time-critical removal actions, as defined by CERCLA, are removal actions that the lead agency determines, based on the site evaluation are appropriate, and a planning period of at least six months is available before on-site activities must begin.

**RCRA.** The Resource Conservation and Recovery Act, an amendment to the Solid Waste Disposal Act to address the huge volumes of municipal and industrial solid waste generated nationwide. Under RCRA, USEPA has the authority to control hazardous waste from the "cradle-to-grave." This includes the generation, transportation, treatment, storage, and disposal of hazardous waste. RCRA also sets forth a framework for the management of non-hazardous wastes. [Title 40 of the Code of Federal Regulations, Parts 239 through 282]

**Receptor.** Refers to the hypothetical (future buildings) or actual person being exposed to volatile chemicals from VI. The amount of exposure will be defined by the land use such as residential, commercial/industrial, school, etc. and how much time a person spends on-site.

**Remedial Action Plan.** Under the HSAA, the Remedial Action Plan is the response action selection document for a remedial action for which the capital costs of implementation are projected to cost $2 million or more.

**Remediation.** An action that reduces the level of contamination in environmental media (such as soil, soil gas, and/or groundwater) that are acting as the source of the indoor air vapors.

**Removal Action Workplan.** Under the HSAA, the Removal Action Workplan is the response action selection document for a nonemergency removal action that is projected to cost less than $2 million at a hazardous substance release site. Typically, these are short-term actions designed to stabilize or cleanup a site posing a threat to human health or the environment, either as an interim action or the final remedy.

**Response action.** Facility closure, corrective action, remedial action, or other response action to be undertaken pursuant to division 20 of the Health and Safety Code.

**Risk assessment.** The scientific process used to estimate the likelihood that a chemical detected at a site may be harmful to people and the environment.

**Risk management.** The process of evaluating alternative regulatory and non-regulatory responses to risk and selecting among them. The selection process necessarily requires the consideration of scientific, legal, economic, political, and social factors.

**Source remediation.** See Remediation.

# APPENDIX A
# EXAMPLE DESIGN BASIS/CRITERIA FOR SUB-SLAB DEPRESSURIZATION SYSTEMS

This section identifies example design considerations for SSD systems installed in existing buildings and installed in conjunction with new construction.

## A.1 Existing Building Design Requirements (No Sub-Slab Liner)

This section provides more specific design considerations for installation of a SSD system in an existing building with a slab foundation. These retrofit systems will lack sub-slab liners because of the difficulty of installing liners under slabs on existing buildings. This section could also be applied to existing buildings with crawl space foundations. The following recommendations should be considered in the design of a SSD system in an existing building.

**Collection Pipe Spacing and Diameter.** Soil properties (such as soil gas permeability and diffusion coefficients) should be considered in the design and spacing of the sub-slab collection piping system. When using horizontal pipes, the pipes should be placed such that all points immediately beneath the slab are located within 20 to 25 feet of a manifold pipe. The subsurface gas collection pipes should be perforated and at least two inches in diameter. A low profile collection and venting system may be used as an alternative to round collection pipes. In smaller, single family residences, a single suction point may suffice.

**Collection Pipe Layout.** Collection piping for existing buildings may be either vertically or horizontally installed. Pipe orientation should be dictated by site-specific conditions. Typically, small buildings (such as single family homes) can be mitigated with vertical collection points where the groundwater table is sufficiently deep, in similar fashion to radon mitigation. For larger buildings, horizontal piping may be warranted. Such piping could be installed through the foundation by trenching or installed beneath the building via horizontal drilling. The horizontal collection piping should extend the full width of the building and be located no more than five feet beneath the slab. The collection/vent piping system should be thread connected, not solvent-welded, unless it can be shown that the solvent does not contain any volatile chemicals of concern. The need for drainage or de-watering improvements to prevent flooding of any portion of the collection/vent piping should be evaluated and suitable improvements should be installed to insure the proper operation of the collection pipe system.

**Vent Riser Design.** The underground gas collection pipes should be connected to solid vent risers that extend above the building. The vent risers should be equipped with a sampling port and fitted with a non-restricting rain guard to prevent precipitation and debris from entering the piping system. Installation of a turbine as a vent cap may also be applicable. Vent risers should be properly secured (such as enclosed within wall cavities or pipe chases) to prevent damage. A minimum of two vertical vent risers [equivalent two 2-inch diameter] for the first 10,000 square feet of building footprint area and one additional vertical vent riser for each additional 10,000 square feet of building footprint should be provided. Whenever practicable, vent riser pipes should terminate

above the highest roof of the building and above the highest ridge. Vent riser pipes attached to, or penetrating the sides of, buildings should be located at least 10 feet above ground level, at least one foot above the edge of the roof, and at least 10 feet away from any window, door, or other opening (ASTM 2007b).  However, the riser pipe position should be selected on a case-by-case basis and should consider the building roof design.

**Vent Riser Diameter.**  At a minimum, each vent riser piping should consist of 2-inch diameter pipes.  Where necessary for structural reasons, the size of the vent risers may be reduced to 1.5-inch diameter provided additional vent risers are installed to provide a flow capacity equivalent to the appropriate number of 2-inch diameter vent risers.

**Utility Trench.**  Utility trenches are generally used in large buildings (such as offices, schools, and commercial/industrial) for utility runs and may become conduits for soil vapors to enter the building.  Utility trench dams should be installed as a precautionary measure to reduce the potential for soil vapor to migrate beneath a structure through the relatively permeable trench backfill.  An impermeable dam or plug constructed of bentonite-soil mixture, or sand-cement slurry (or equivalent) should be installed in all utility trenches that are backfilled with sand or other permeable material for new or replacement utility lines (such as water, sewer, phone, electrical, and cable).  These dams should extend for a distance of at least three feet from the perimeter of the structure and from at least six inches above the bottom of the perimeter footing to the base of the trench.

**Conduit Seals.**  Conduit seals should be provided at the termination of all utility conduits to reduce the potential for combustible gas migration along the conduit to the interior of the building.  These seals should be constructed of closed cell polyurethane foam, or other inert gas-impermeable material, extending a minimum of six conduit diameters or six inches, whichever is greater, into the conduit.  Wye seals should not be used for main electrical feed lines.

Electrical conduits should be provided with seals as required by the appropriate sections of the National Electrical Code (NFPA 70) as presented in Article 500 Hazardous (Classified) Locations Class I, II, and III, Divisions 1 and 2.  All NFPA 70 requirements should be met for all work in any classified area, given the specified classifications of the project.

The local APCD or AQMD may require permits or authorizations for a passive volatile chemicals collection and venting system that exhausts to atmosphere.  The local APCD or AQMD should be contacted to confirm their requirements.

**Volatile Chemical Monitoring Program.**  All recommendations for a volatile chemical monitoring program (see Chapter 7) are generally applicable.

## A.2 New Construction Design Requirements for Sub-Slab Depressurization Systems

This section recommends design requirements for installation of a SSD system and sub-slab liner system concurrent with new construction of buildings or structures. All considerations for the existing structure retrofit mitigation system (see Section A.1) are also generally applicable in a new structure, except as described below.

**Pipe Spacing Design.** If an appropriate permeable subgrade material is provided for the collection piping (e.g., sand or gravel), evaluation of native soil permeability characteristics may not be necessary for the pipe spacing design.

**Sub-slab Liner System.** A sub-slab liner system should meet the following requirements:

- Sub-slab liners should be installed by qualified personnel, preferably with manufacturer certification.

- Sub-slab liners should be constructed with approved materials and thicknesses (e.g., 60-mil or 0.060 inch of high-density polyethylene, rubberized asphalt, or equivalent).

- Sub-slab liners should be placed a maximum of one foot below the floor slab and a maximum of six inches above the gas collection piping.

- Sub-slab liners should be anchored to footings.

- Protective layers consisting of sand (at a minimum, two inches or thicker) and/or geotextile (at a minimum, six ounces per square yard) should be laid below and above the sub-slab liner.

- Because of seismic concerns, the sub-slab liner should not pass below footings and/or stiffener beams of the structure without a careful evaluation and confirmation data to support the beneath footing passage.

- Gas tight seals (e.g., boots) should be provided at all pipe or conduit penetrations through the sub-slab liner. Gas tight seals should be provided where the sub-slab liner attaches to interior and perimeter footings.

## A.3 New Construction Design Requirements for Active Sub-Slab Venting Systems

Some volatile chemicals may not be adequately vented via passive venting, because of high concentrations, being heavier than air, or other site-specific conditions. In these instances, active venting may be necessary. All considerations for the existing structure retrofit and new construction mitigation systems described in Sections A.1 and A.2 are also generally applicable for an active SSV system with sub-slab liner in a new structure. However, an active SSV system would also include a properly sized blower. An air permit from the local APCD or AQMD may be required for an active SSV system. The APCD or AQMD should be contacted regarding the permit requirements.

# APPENDIX B
# EXAMPLE OF DESIGN AND INSTALLATION REQUIREMENTS FOR SUB-SLAB DEPRESSURIZATION SYSTEMS

Note: The requirements listed below are extracted from the Orange County Fire Authority Guidance for Combustible Soil Gas Hazard Mitigation (2008), as modified by DTSC. These are reprinted as a design example and are not requirements from DTSC.

SSD systems should be designed and installed in conformance with standard engineering and construction principles and practices (see Section 6.3.4). Installation should be in accordance with applicable Uniform Building, Mechanical, and Plumbing Codes.

1) Ventilation trenches should be placed such that no portion of the foundation is more than 25 feet from a ventilation trench. Trench cross section dimensions should not be less than 12 inches by 12 inches. Ventilation trenches should be back filled with pea gravel approximately 3/8 inch in diameter, or other material of similar size and porosity. A preferred alternative to vent trenches is a continuous gravel blanket with a collection piping arrangement in the same configuration used with the trench design.

2) Ventilation trenches should be provided with perforated pipe of not less than four inches in diameter. The total pipe perforation area should be at least equal to five percent of the total surface area of the pipe. Perforated pipe should be located a minimum of four inches below the foundation.

3) Where piping transitions through building footings, the penetration should be accomplished in compliance with the Uniform Building Code and with the approval of the Building official.

4) Perforated pipe should be connected to vertical ventilation pipe. Vertical ventilation pipe should be not less than 3 inches in diameter and should be constructed of materials specified by the Uniform Plumbing and Mechanical Codes. All joints should be tightly sealed with approved materials. Ventilation pipe may be located within walls/chases or should be similarly protected from physical damage. Ventilation pipes should terminate at a height determined acceptable by the design engineer, but not less than 18 inches above the adjacent level. Ventilation pipes should be located at least three feet from a parapet wall. Ventilation pipes should terminate at a distance of at least ten feet from any building opening or air intake and at least four feet from any property line. Any ventilation pipe located within an open yard should terminate at a height of not less than ten feet above adjacent grade.

5) The vertical collection pipe should be equipped with a sampling port. The discharge point of a ventilation pipe should be provided with a non-restricting screened rain guard to prevent precipitation and debris from entering the piping system. The electrical classification of the area surrounding the discharge point should be taken into account in the overall building design. Termination of all ventilation pipes should

be provided with a "T" connection or other approved rain cap to prevent the intrusion of rainwater.

6) Ventilation pipes should be clearly marked to indicate that the pipe may contain volatile chemicals.  This may be accomplished through stencils, labels, or other methods.  Pipes should be marked near their termination point and at five-foot intervals along the remainder of the ventilation pipe.  This includes sections encased within walls or other enclosures.  An example of an acceptable identifier would be the words "Potentially Hazardous Volatile Compounds" printed in two-inch letters.

7) All underground electrical conduits penetrating the slab or foundation of the building should be provided with a seal-off device as normally found on classified electrical installations.  For purposes of design, sub-slab areas should be considered a Class 1 Division 2 hazardous area classification (NFPA 70 Article 500).

# APPENDIX C
# DIAGNOSTIC TESTING OF AIR FLOW CHARACTERISTICS BENEATH EXISTING BUILDINGS

Note: The content of this appendix is modified from the Massachusetts Department of Environmental Protection guidance entitled *Guidelines for the Design, Installation, and Operation of Sub-Slab Depressurization Systems* (1995).

The air flow characteristics and capacity of the material(s) beneath the slab should be quantitatively determined by diagnostic testing, a procedure analogous to conducting a soil vapor extraction pilot test. This is an important step in the SSD design process, and should always be performed prior to the design and installation of a SSD system. The objective of diagnostic testing is to investigate and evaluate the development of a negative pressure field, via the induced air flow beneath the existing building slab. This information is used to determine whether a low pressure/high flow or high pressure/low flow system is necessary, and to determine the number and location of necessary system extraction points.

The scope (or complexity) of the diagnostic testing is a function of the building size and the presence of structures that may interfere with air flow. For larger buildings, such as commercial buildings and school buildings, more extensive and involved sub-slab diagnostics are essential. Structures such as utility tunnel floors and walls, crawl spaces, internal continuous footings, and/or frost walls should be considered in the diagnostic evaluations, as they can impede air flow.

Diagnostic testing is conducted by drilling small diameter holes through a building slab, applying a vacuum to one hole (an extraction hole), and measuring pressure drops at surrounding test holes (observation holes). Extraction and observation holes should be placed in the most unobtrusive locations possible; utility rooms and closets are good choices. Care must be taken to avoid damaging sub-slab utilities or conduits. Generally, the extraction hole should be at least 3/4 inches in diameter and the test holes should be 3/8 to 5/8 inches in diameter. Test holes should be placed at representative locations, such that the size of the effective pressure field under the slab may be evaluated.

Typically, a "shop vacuum" unit is used to evacuate sub-slab air from the extraction hole. During the test, the extraction vacuum and flow rate should not exceed the capacity of potential SSD system fans. The pressure drop and flow rate at this extraction point should be monitored and recorded. Pressure drops at the test holes should be measured quantitatively with a pressure gauge (e.g., a magnehelic gauge).

The vacuum and flow rate of the “shop vacuum” used for testing should be recorded to provide an assessment of the testing parameters in conjunction with the test results. Literature regarding specifications for typical shop vacuums indicates a potential noise level of approximately 75 to 85 decibels. Therefore, the potential noise levels during testing procedures should be considered relative to impacts on building occupants and the need for worker hearing protection. An additional precaution during testing procedures is the consideration of the shop vacuum exhaust emissions. For health and

safety considerations, the shop vacuum exhaust should be directed to and vented outside of the building.

Atmospheric pressure may be of importance at sites where diagnostic testing indicates marginal negative pressure readings.  In such cases, barometric pressure data should be obtained and reviewed for the day of testing, and previous several days.  A trend of rising barometric pressure tends to promote advection of air into the ground, which may be falsely interpreted as a negative pressure field created during diagnostic tests.  Where this concern exists, the testing should be repeated during a time of falling barometric pressures.

Two approaches may be used to monitor and document the development of a negative pressure field:  pressure testing and smoke testing.  Pressure testing provides a direct and quantitative means to measure a negative pressure field.  However, in cases where very permeable fills/subsoils are present, large volumes of air can be moved with relatively little pressure drop, undetectable by even the most sensitive gauge.  In these cases, the creation of a negative pressure field can be verified by smoke tests, which demonstrate the advection of smoke (air) into the ground (i.e., through the slab).

Following the test, the diagnostic extraction and test holes (and any leaked areas) should be sealed with a Portland cement grout, although at least one or two holes should be temporarily sealed with a removable sealant, such as caulk, until after installation of the final SSD system, in order to provide points to demonstrate establishment of a negative pressure field.

The diagnostic testing should also address the potential for back drafting both during the testing procedures and in consideration of the mitigation design. See Section 6.1.3 for additional discussion of back drafting considerations.

# Exhibit 40

September 20, 2022

Rachel Doughty
Greenfire Law PC
*rdoughty@greenfirelaw.com*

Re: **Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance**
Former Omo's Cleaners
12210 San Pablo Avenue
Richmond, California 94805

Dear Ms. Doughty:

At the request of Greenfire Law PC (counsel for Casa Nido Partnership), Pangea Environmental Services, Inc (Pangea) has prepared this analysis of remedial work undertaken at the Omo's Cleaners Site and compliance of the remedial work with respect to the National Contingency Plan (NCP).

## INTRODUCTION

From our analysis of the completed remedial work, Pangea has reached the following two primary conclusions for completed remedial work:

- **Conclusion #1:** There was full NCP Compliance by Casa Nido during initial remedial work and after the lead agency (DTSC) became actively engaged in providing agency oversight; and

- **Conclusion #2:** There was "substantial" NCP compliance by Casa Nido (in terms of testing, characterization, and remedy selection) during the entire period remedial work was performed. To the extent Casa Nido was unable to proceed according to certain standard NCP procedural steps during certain periods of remedial work this was due to a combination of urgent public health issues requiring immediate remedial action and the failure of DTSC to respond and provide requested agency oversight. The alternative under these circumstances was for Casa Nido to do nothing remediation-wise which Pangea believes (under the circumstances) would have presented unacceptable public health and safety risks to an adjacent property owner.

By NCP compliance, Pangea refers to the references to the NCP in the federal Comprehensive Environmental Response Compensation and Liability Act (CERCLA) and California's Hazardous Substance Account Act (HSAA) how NCP Compliance is understood by environmental agencies such as California's Department of Toxic Substances Control (DTSC). It is Pangea's understanding that the DTSC's approach to and process for remedial work performed pursuant to voluntary cleanup agreement was developed in a manner DTSC believed was consistent the NCP.

Before providing these two primary conclusions, it is important to (1) establish the urgent public health concerns at the site' and to (2) document the failure of DTSC to respond and provide requested agency oversight. It is also important to provide some relevant project background information regarding the former dry-cleaning operations that released hazardous materials into the Site subsurface. Therefore, this analysis letter is organized into the following *five sections*:

1. The first section includes a brief description of the Site and former dry cleaner operation history, a summary of the project investigation chronology and DTSC oversight periods, and urgent mitigation/remediation measures completed at the Site.

2. The second section describes the *urgent public health issues* that required immediate remedial action.

3. The third section describes DTSC's procedural steps for voluntary cleanups and Casa Nido's consistent efforts to maintain NCP Compliance.

4. The fourth section presents Conclusion #1 regarding full NCP Compliance during initial remedial work and after the DTSC became actively engaged in providing agency oversight; and

5. The fifth section presents Conclusion #2 regarding "substantial compliance" with NCP procedural provisions and why strict compliance with NCP's procedural steps was not possible due to a combination of urgent public health risks requiring immediate remedial action and the failure of DTSC to respond and provide requested agency oversight.

## SITE DESCRIPTION, DRY CLEANER HISTORY AND PROJECT CHRONOLOGY SUMMARY

### Site Description

The subject Site is approximately 5,200 square feet (assessor parcel number 519-290-026-3) and is located at 12210 San Pablo Avenue, Richmond, California. The property is owned by the Casa Nido partnership. The Site is currently vacant with a partial concrete slab in the former building area, gravel surface within the area of urgent response action, and a small shed with remediation equipment. A small landscape area is located behind the eastern retaining wall. The Site is relatively flat and lies at an elevation of 73 ft above mean sea level.

### Dry Cleaner Operational History and Building Status

The property was occupied by a commercial dry-cleaning facility (Omo's Cleaners) from approximately 1966 through June 2015. The dry cleaner facility generated halogenated solvent wastes including tetrachloroethene (PCE) from the 1960s to the early 2000s, when the dry-cleaning facility transitioned to a hydrocarbon-based solvent in 2002. Dry-cleaning operations at the facility ceased and the facility was permanently closed in 2015 after the discovery of a PCE releases that merited agency oversight and urgent response action. The Site building was demolished in July 2017 and the Site has remained undeveloped to the present.

### Investigation Chronology and DTSC Oversight/Compliance History

In April 2011, Department of Toxics Substance Control (DTSC) performed a Site Screening Assessment for the Site with the following finding and recommendation: "Recommend DTSC pursue further action to determine if a past release of hazardous substances has occurred at the site." DTSC apparently made no efforts to contact Casa Nido regarding the results of this Site Screening Assessment.

In late 2014, property owner Casa Nido commenced efforts to try to sell the Site property and became aware of DTSC's site screening assessment from 2011. In October 2014, Casa Nido retained Pangea to perform an initial site investigation to determine if a past release of hazardous substances has occurred at the Site. Pangea's initial investigation discovered volatile organic compounds (VOCs) in shallow soil gas under the Site building floor slab.

In early 2015, consistent with the first procedural step of NCP compliance involving an 'initial scoping meeting', Casa Nido retained Pangea to gather information to prepare for the initial scoping meeting. This first NCP compliance step for voluntary agreements is described on *DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide"* (Attachment B). According to this DTSC guidance, after DTSC enters into a Voluntary Cleanup Agreement (VCA) with a Proponent, the first step

is to conduct an initial scoping meeting that includes discussion of: "Property History: Ownership, historic operations and land use; chemical use; regulatory status; permits; prior assessments; investigations; cleanup or mitigation; etc." In this guidance, DTSC acknowledges that a Proponent can perform assessments, cleanup or mitigation prior to the start of the VCA.

Therefore, in 2015 and early 2016, the expedited additional testing provided further characterization of the extent of VOCs to help evaluate the potential exposure to sensitive receptors (e.g., human health and the environment) and help facilitate engagement with local regulatory agencies and an 'initial scoping meeting'. The investigation documented the presence of elevated concentrations of hazardous substances related to prior dry-cleaning operations: tetrachloroethene (PCE) and its breakdown product trichloroethene (TCE). The PCE and TCE presence was documented in soil, groundwater, and subslab gas. Groundwater assessment was also conducted to help determine if agency oversight was appropriate by the San Francisco Bay Regional Water Quality Control Board (Regional Water Board). A well survey, sanitary sewer video inspection, and an underground utility study were conducted to identify potential sensitive receptors and potential preferential pathways for contaminant migration to assist with the initial scoping meeting. The PCE and TCE presence was found beneath the Site building and immediately adjacent to the Thai restaurant south of the property. The gathered information demonstrated the need for *urgent* response to hazardous substances at the site, as described in the next section.

In August 2016, Casa Nido submitted an application for agency oversight from the Regional Water Board, who referred agency oversight for this Site to DTSC. On September 23, 2016, Tom Lanphar of DTSC sent an email indicating determination of DTSC selection as the oversight agency. On October 5, 2016, Mr. Lanphar sent an email stating '**DTSC currently does not have staff to manage the project**.' (bold and underline added.) In June 2017, after DTSC found staff to manage the project and after additional agency interaction, Casa Nido entered a Voluntary Cleanup Agreement (VCA) with DTSC in June 2017.

On December 7, 2017, DTSC caseworker Megan Inderhill issued its first agency request for an investigation workplan. This is approximately 14 months after DTSC selection and five months after entering the VCA. With this workplan request, DTSC initiated the second procedural step of NCP Compliance of "Evaluation/Characterization" identified in the DTSC guidance for voluntary cleanups. Note that the December 7, 2017 DTSC letter did not request a *Preliminary Endangerment Assessment* or *Supplemental Site Investigation* at that time, which are other site characterization documents listed in DTSC quick reference guide for voluntary cleanups.

On April 3, 2018, DTSC sent an email introducing *new caseworker* Parag Shah and approving an extension request for workplan submittal due to delay obtaining access from adjacent offsite owner. On July 17, 2018, Casa Nido submitted the *Offsite Vapor Intrusion Assessment Workplan* for compliance with the DTSC workplan request.

On September 7, 2018, DTSC issued a letter with comments and recommendations but no clear directive for report submittal. The letter commented that a revised workplan should be prepared, and the letter included the following statement from the Human and Ecological Risk Office (HERO): "HERO recommends interim hazard mitigation measures (e.g., ventilation) for the restaurant until subslab vapor samples are collected and vapor intrusion risk is assessed." The letter also stated a workplan should be submitted to address data gaps in soil and groundwater.

On May 5, 2020, nearly *two years* after the July 2018 DTSC comment letter, DTSC issued a letter introducing the third DTSC caseworker (Ian Utz) working under the supervision of Whitney Smith, P.E.

In October 2021, DTSC finally approved the first workplan for site investigation at the Site. This is over three years after initial workplan submittal in July 2018 and **five years** after DTSC selection as the oversight agency.

To date, three caseworkers and two supervisors have been assigned to the case, with an approximate two-year period without any caseworker correspondence or apparent oversight (October 2018 to August 2020).

### DTSC Oversight Summary

From the above project chronology, DTSC's oversight for the Site is summarized as follows:

- DTSC performed a Site Screening Assessment in April 2011 recommending that DTSC pursue further action to determine if a past release of hazardous substances has occurred at the Site, and DTSC made no efforts to contact the property owner at the Site.
- In October 2016, approximately two weeks after agency determination that DTSC would provide case oversight and not the Regional Water Board, DTSC sent an email stating 'DTSC currently does *not* have staff to manage the project.'
- In December 2017, approximately 14 months after DTSC selection, DTSC issued its first request for an investigation workplan. In April 2018, about five months later, DTSC introduced a new caseworker.
- In July 2018, Casa Nido submitted a workplan for vapor intrusion assessment. Two months later, on September 7, 2018, Mr. Shah issued a letter without a specific workplan requirements and including a DTSC HERO recommendation for interim hazard mitigation measures for the restaurant.
- The next DTSC directive letter was received in August 2020, nearly 2 years later, from a new caseworker requiring an updated workplan. In October 2021, over three years after initial workplan submittal, DTSC finally approved the workplan. Therefore, the first and only workplan approval for this case was provided **five years** after DTSC selection as the oversight agency.
- To date, three caseworkers and two supervisors have been assigned to the case, with an approximate two-year period (October 2018 to August 2020) without any caseworker correspondence or apparent oversight.
- During the initial DTSC oversight period, it became clear that DTSC had insufficient resources or ability to ensure an accelerated or urgent response to the imminent hazard to human health or the environment from hazardous substances at the site. Therefore, Casa Nido took steps to provide urgent response action using approaches approved by DTSC guidance.
- During a recent meeting on August 4, 2022, DTSC Supervisor Whitney Smith thanked Casa Nido for their initial response actions at the Site. Supervisor Smith confirmed that the Casa Nido would get credit for the significant source removal, remediation and mitigation measures, and that DTSC will eventually review response action documentation to determine if any additional removal or remediation is merited at the Site. DTSC confirmed the future remedy for the site could only involve 'monitored natural attenuation' or continued operation of the existing remediation/mitigation system, without the need for additional soil or groundwater remediation. DTSC concurred that the recent assessment data performed with DTSC oversight did not find

significant human health risk, which is likely the result of successful early actions conducted by Casa Nido.

### Urgent Interim Mitigation/Remediation Measures Completed at the Site

In October 2018, Casa Nido implemented interim remedial action to remove VOC source material and help safeguard human health and improve conditions in soil, soil vapor, and groundwater. Approximately 454 cubic yards of VOC-impacted soil was removed using excavation. During soil excavation, Casa Nido performed additional measures for limited additional cost. These additional measures included installation of remedial agents into the groundwater-bearing soil to enhance groundwater remediation and installation of a vapor barrier to mitigation vapor migration toward the adjacent restaurant. Approximately 3,300 pounds of Daramend™ was placed in the bottom of the 15-foot deep excavation and within three 14.5-foot deep permeable reactive barrier (PRB) trenches totaling approximately 108 feet in length and backfilled with 3-inch minus base rock from approximately 10 to 14.5 ft depth. Daramend™ is a dry mixture of zero-valent iron (ZVI), and organic amendments that promotes the in situ chemical reduction of chlorinated VOCs in groundwater via both abiotic and biotic dechlorination pathways. Within the PRB trenches a vapor barrier (DragoWrap) was placed vertically from approximately 14 ft depth to the ground surface.

Also in 2018, Casa Nido commenced installation of a combined soil vapor extraction and subslab depressurization (SVE/SSD) system to provide interim mitigation of vapor intrusion concerns for the restaurant and to provide source removal/mitigation between the Site VOC source area and adjacent occupied structures on offsite properties. Installation of the SVE/SSD system installation continued until Aprili 2020 to await electrical service from City of Richmond. The air permit from the Bay Area Air Quality Management District was received in September 2019. The SVE/SSD system extracts vapor from onsite SVE wells and three SSD points located inside the adjacent, offsite restaurant. SVE/SSD system commenced operation on April 14, 2020.

## NEED FOR URGENT RESPONSE FOR PUBLIC HEALTH PROTECTION

Casa Nido retained Pangea to commence *urgent response* action in late 2018 to help safeguard human health. The justification for the urgent response action was based on three primary factors: (1) DTSC recommendations, (2) Hazardous compound (TCE) concentrations up to 43 times the urgent response trigger levels established by DTSC HERO Note 5 guidance, and (3) Hazardous compound (PCE) concentrations up to 3,500 times the remediation/mitigation response trigger levels established by DTSC's Vapor Intrusion Mitigation Advisory (VIMA). These three factors are described below. Other agency and Superfund guidance is also described below.

### DTSC HERO Recommendation of September 7, 2018

Within its September 7, 2018 letter, DTSC's Human and Ecological Risk Office (HERO) provided the following recommendation: "HERO recommends interim hazard mitigation measures (e.g., ventilation) for the restaurant until subslab vapor samples are collected and vapor intrusion risk is assessed." Note that for interim hazard mitigation at the adjacent restaurant, Casa Nido implemented one of the two 'most commonly accepted mitigation techniques', a subslab depressurization (SSD) system, according to DTSC's Vapor Intrusion Mitigation Advisory (DTSC, 2011) and USEPA (USEPA,2008b).

### Urgent Response in Accordance with DTSC HERO Note 5 Guidance

In August 2014, DTSC Human and Ecological Risk Office (HERO) established response action levels for accelerated and urgent response action due to TCE contamination (DTSC, 2014). HERO Note 5 is

applicable to sites with vapor intrusion concerns and evaluation of mitigation measures and response actions. As shown below on Table A, TCE concentrations in Site soil vapor exceeded DTSC's *urgent* response action levels for 8-hr commercial site use by up to 43 times in soil gas five feet below grade (at well SG-5A) and up to 14 times in subslab gas immediately below the building slab (probe SS-2). More specifically, the highest TCE concentration during initial sampling of 34,600 µg/m³ was 43 times the urgent action response level of 800 µg/m³. Table A below presents a comparison of key initial TCE characterization data to DTSC HERO Note 5. This TCE characterization data indicates that urgent action is/was merited to comply with DTSC guidance.

**Table A – Urgent Response Evaluation for TCE**

| Location ID | TCE Concentration in Subslab or Soil Gas (µg/m³) | DTSC Derived Screening Level, Subslab/Soil Gas (Commercial, 8 hr) (µg/m³) | DTSC **Urgent** Response Action Level, Soil Gas*,** (Commercial, 8 hr) (µg/m³) | Comparison to Screening Levels | **Urgent** Response Required per HERO Note 5? (Yes/No) |
|---|---|---|---|---|---|
| **TCE** | | | | | |
| SS-2 | 11,400*** | 24 | 800 | **14x Urgent Response Level** | **Yes** |
| SS-5 | 2,200 | 24 | 800 | **2.8 x Urgent Response Level** | **Yes** |
| SG-5A | **34,600** | **24** | **800** | **43x Urgent Response Level** | **Yes** |

* = Soil gas response level derived from DTSC HERO Note 5 indoor air urgent response level using default slab attenuation factor of 0.03.
** = Urgent response action level specified in DTSC HERO Note 5 from October 2014.
*** = Estimated as 0.6% of PCE concentration per PCE/TCE ratio in soil gas well SG-5A. Lab reported TCE as <100,000 ug/m³.

## Urgent Response in Accordance with DTSC VIMA 2011

The DTSC VIMA identifies potential response actions, based on the risk and hazard levels, to address the vapor intrusion (VI) pathway. The VIMA states the need for a specific response action should be made on a case-by-case basis using multiple lines of evidence. The specific action(s) taken to address VI from a subsurface source will depend on the estimated risk and hazard levels. Other VIMA information is discussed below.

The point of departure for risk management decisions for cancer risk is $1x10^{-6}$ (one-in-a-million). Sites with risk or hazard from volatile chemicals in excess of these points of departure will require a response action and long-term environmental care. Potential response actions could include: continued monitoring of conditions, installation of a VI mitigation system (such as SSD system), and source remediation.

For sites with an estimated risk of $>1x10^{-4}$ from VI to indoor air concerns, both mitigation and source remediation may be needed. The timing of response action depends on building use, Site plans, multiple lines of evidence to evaluate potential human health risks from VI.

To evaluate site-specific risk from PCE concentrations at the Site, key initial PCE characterization data is compared to DTSC screening levels (SL) and possible remediation/mitigation for risk $>1x10^{-4}$ within Table B. These DTSC SL are derived from indoor air screening levels, use of default slab attenuation rate of 0.03, are representative of an incremental lifetime cancer risk (LTCR) of 1-in-a-million ($1 \times 10^{-6}$). As shown in Table B, the highest PCE concentration in soil gas exceeds the DTSC SL by 350,000 times. Because the DTSC SL, the 350,000 times data represents an estimated LTCR of $3.5 \times 10^{-1}$, equivalent to 350,000-in-a-million (or 1 in 3 cancer risk). This value exceeds the $>1x10^{-4}$ screening level by 3,500

times. Casa Nido and Pangea concluded that this extremely elevated level (1 in 3 cancer risk) of risk merited both remediation and mitigation on an accelerated or *urgent* basis.

**Table B – Remediation/Mitigation Response Evaluation for PCE**

| Location ID | PCE Concentration in Subslab or Soil Gas (µg/m³) | DTSC Derived Screening Level, Subslab/Soil Gas (Commercial, 8 hr) (µg/m³) | DTSC Response Action Level (>1x10⁻⁴ Risk), Soil Gas* (Commercial, 8 hr) (µg/m³) | Comparison to DTSC Action Level for >1x10⁻⁴ Risk | Remediation/ Mitigation Response Required per DTSC VIMA? (Yes/No) |
|---|---|---|---|---|---|
| **PCE** | | | | | |
| SS-2 | 1,900,000 | 67 | 6,700 | **280x** screening level | **Yes** |
| SS-5 | 28,000 | 67 | 6,700 | **4x** screening level | **Yes** |
| SG-3B | 23,900,000 | 67 | 6,700 | **3,500x** screening level | **Yes** |
| SG-5A | 5,850,000 | 67 | 6,700 | **870x** screening level | **Yes** |

* = Soil gas response level corresponding to 1 x $10^{-4}$ risk is derived from 100 times the DTSC SL that is based on 1 x $10^{-6}$ risk.

## Other Agency Guidance

Regulatory guidance allows for early/interim action and phased approaches to accelerate risk reduction and expedite site cleanup. Examples of such guidance includes:

- DTSC's *Imminent and Substantial Endangerment Determination and Consent Order* example, where DTSC can require additional response action at a later time if deemed necessary to protect human health and the environment. Caseworker Utz stated DTSC policy is not issue orders when oversight provided with VCA.

- Timing: A "phased approach" to site investigation and cleanup generally will accelerate risk reduction and provide additional technical site information on which to base long-term risk management decisions. Phased cleanup approaches should be employed wherever practicable (40 CFR 300.430(a)(1)(ii)(A)). For more information about the use of early actions to expedite site cleanup, see SACM Guidance and the Ground-Water Presumptive Strategy. (USEPA, 1997, page 9).

- Early actions are expected to achieve significant risk reduction, to address immediate risks to human health and the environment [NCP §300.415(b)(5)(i)], or to control migration of contamination and are, by definition, selected before the RI/FS for the site or OU is completed. Early actions can also support reuse of a portion of the site. An early action using remedial authority may be interim or final. A non-time critical removal action (NTCRA) would generally be considered an early action under removal authority. (EPA, 2019a, page 2).

- NCP §300.415(b)(5)(i) reads: CERCLA fund-financed removal actions, other than those authorized under section 104(b) of CERCLA, shall be terminated after $2 million has been obligated for the action or 12 months have elapsed from the date that removal activities begin on-site, unless the lead agency determines that: (i) There is an immediate risk to public health or welfare of the United States or the environment; continued response actions are immediately

required to prevent, limit, or mitigate an emergency; and such assistance will not otherwise be provided on a timely basis.

- A sitewide cleanup strategy is a dynamic plan that guides overall prioritization for taking actions at a site. Actions are to be implemented as soon as site data and information make it possible to do so. (EPA, 2019a, page 3).

- Imminent Hazard Guidelines: Guidelines for Using the Imminent Hazard, Enforcement and Emergency Response Authorities of Superfund and Other Statutes [OLCE-FRL-2117-2]. This document stresses benefit of RP/Proponent performing work to reduce burden on the Fund.

## CASA NIDO NCP COMPLIANCE EFFORTS PER DTSC GUIDANCE FOR VOLUNTARY CLEANUP AGREEMENTS

Key DTSC guidance includes 'DTSC's *Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide"* (DTSC's Quick Reference Guide for Voluntary Cleanup). Per discussions with caseworkers and DTSC's Quick Reference Guide for Voluntary Cleanup projects, these VCA projects includes the following five steps/phases:

- Initial Scoping Meetings,
- Evaluation (Characterization),
- Remedy selection (RI/FS),
- Implementation (remediation and mitigation), and
- Certification & stewardship (Closure, controls, long-term O&M and management).

DTSC's Quick Reference Guide for Voluntary Cleanup is provided in Attachment B. Casa Nido's project approach and agency compliance efforts are generally in 'compliance' or 'substantial compliance' with DTSC requirements and therefore the NCP as detailed below.

- **Initial Scoping Meeting:** Initial scoping meetings after entering a VRA are the *first* step of the DTSC Quick Reference Guide. Per DTSC guidance, Casa Nido attended scoping meetings and presented prior investigation information for agency review after entering a VRA. Data collected by Casa Nido to facilitate the initial scoping meeting was provided in the August 2016 *Site Assessment Report*.

- **Evaluation/PEA:** This is the *second* step of the DTSC Quick Reference Guide. Per caseworker Utz and DTSC guidance, Site evaluation commences with the *Preliminary Endangerment Assessment* (PEA) following guidance of the DTSC's *Preliminary Endangerment Assessment Manual* (CalEPA/DTSC, 2015a). During initial oversight by caseworker Utz, DTSC acknowledged that investigation prior to the VRA addressed many elements required by the PEA. Mr. Utz acknowledged that DTSC did not request a *Preliminary Endangerment Assessment* or *Supplemental Site Investigation* at the commencement of oversight. On October 15, 2020 and November 23, 2020, Mr. Utz directed Casa Nido to include background research into a *Draft Additional Characterization Report,* which was submitted to DTSC on December 4, 2020. The background research included in this report contained requested information on the property history, property ownership, historic operations and land use, chemical use, regulatory status, and permitting. Caseworker Utz indicated that he considers the PEA phase as completed.

- **Offsite Vapor Intrusion Evaluation:** On August 14, 2020, DTSC letter from caseworker Ian Utz required expanding the workplan scope to expedite human health risk assessment via subslab gas

and indoor sampling at three additional adjacent properties: the adjacent residence at 403 McLaughlin Street, the adjacent commercial Fix Our Ferals building at 12226 San Pablo Avenue, and the Wendy's Restaurant at 12201 San Pablo Avenue. Pangea provided a revised workplan that was approved by DTSC in a letter dated October 29, 2021. The offsite vapor intrusion work scope was conducted in March 2022. DTSC concurred that the recent assessment data performed with DTSC oversight did not find significant human health risk, which is likely the result of successful interim and urgent action conducted by Casa Nido. The approved second round of vapor intrusion assessment is scheduled for September 2022, consistent with the approved workplan and ongoing correspondence and coordination with DTSC caseworker Utz.

- **Public Participation:** Casa Nido engaged DTSC upon completing initial endangerment assessments and notified closest adjacent property users regarding conditions and agency involvement. Subsequent public participation was performed in 2021 and beyond in concert with DTSC. The DTSC Quick Reference Guide indicates that public participation activities are performed 'as needed'.

- **Additional Evaluation/Characterization:** During the August 4, 2022 meeting at DTSC's office, DTSC caseworker Utz and Supervisor Smith confirmed the case is currently considered in this second 'characterization' phase of oversight. Following review of the upcoming report for the offsite vapor intrusion evaluation, DTSC plans to focus efforts on further characterization of offsite conditions within soil gas and groundwater.

- **Risk Evaluation and Remedy Selection:** During the August 4, 2022 meeting, DTSC indicated that risk to human health and the environment will be considered after completion of site characterization, to assist with remedy selection. DTSC considers this project is still in the characterization phase, with the goal to delineate VOC impact to DTSC-modified screening levels and maximum contamination levels (MCLs) in groundwater. DTSC stated that the characterization phase provides data to facilitate further evaluation of risk followed by remedy selection; while available site data for soil gas and groundwater indicates a decreasing trend for VOCs. DTSC stated they will eventually DTSC will review documentation of completed urgent response action and will request preparation of a monitoring plan. Monitoring and characterization data will help determine if additional source removal, remediation, or mitigation is required. The future remedy for the Site could only involve 'monitored natural attenuation' or continued operation of the existing remediation/mitigation system, since recent assessment data did not indicate a significant human health risk (likely the result of successful urgent action at the Site).

## CONCLUSION #1: FULL NCP COMPLIANCE BY CASA NIDO DURING INITIAL REMEDIAL WORK AND AFTER DTSC BECAME ACTIVELY INVOLVED IN OVERSIGHT

Based on the information presented above, Pangea concludes that there was full NCP Compliance during initial remedial work and after the lead agency (DTSC) became actively engaged in providing agency oversight. To help facilitate review of this letter by involved stakeholders, this conclusion repeats key information presented above and provides additional contextual evaluation. This conclusion is substantiated by the following specific information:

- Initial site characterization in 2014 through May 2016 was conducted to assist with Initial Scoping Meetings in accordance with DTSC's Quick Reference Guide for Voluntary Cleanups.

- In October 2016, during initial engagement with the selected oversight agency, DTSC stated 'DTSC currently does *not* have staff to manage the project' which delayed agency oversight.

- After entering the VCA in June 2017, Casa Nido responded to DTSC agency requests. The first agency request was in December 2017, approximately 14 months after DTSC selection, when DTSC requested an investigation workplan. Workplan submittal was delayed due to difficulty locating the adjacent property owner and obtaining access to the adjacent restaurant of special concern. In April 2018, DTSC sent an email introducing *new caseworker* Parag Shah and approving an extension request for workplan submittal.

- In July 2018, Casa Nido submitted the *Offsite Vapor Intrusion Assessment Workplan* for compliance with the DTSC workplan request. Two months later, on September 7, 2018, Mr. Shah issued a letter without a specific workplan requirements and including a DTSC HERO recommendation for interim hazard mitigation measures for the restaurant.

- In August 2020, after an approximate 2-year period of DTSC inactivity or non-responsiveness, DTSC issued a letter by new caseworker Ian Utz requiring an updated workplan. With the establishment of Mr. Utz, DTSC commenced providing regular and ongoing agency oversight. Mr. Utz emphasized the need for urgent action due to vapor intrusion concerns for the adjacent restaurants, as well as nearby residencies and other occupied structures. Eventually, in October 2021, over three years after initial workplan submittal, DTSC finally approved the requested workplan. Therefore, the first and only workplan approval for this case was provided **five years** after DTSC selection as the oversight agency.

- In early 2021, *public participation* was initiated and conducted by Mr. Utz and DTSC personnel, with assistance from Pangea on behalf of Casa Nido.

- In March 2022, the first round of offsite vapor intrusion assessment was conducted at four offsite properties in accordance with the DTSC-approved workplan. DTSC concurred that the recent assessment data performed with DTSC oversight did not find significant human health risk, which is likely the result of successful interim and urgent action conducted by Casa Nido. The approved second round of vapor intrusion assessment is scheduled for September 2022, consistent with the approved workplan and ongoing correspondence and coordination with DTSC caseworker Utz.

In conclusion, Pangea's analysis considers Casa Nido's remedial work as in NCP Compliance for the initial investigation for the Initial Scoping Meeting (from project start until October 2018) and for supplemental investigation workplan preparation and implementation. Casa Nido is interacting with DTSC regarding completion of any additional characterization required by the agency to facilitate pursuit of final remedy selection, establishment of an acceptable monitoring program, and eventual case closure.

**CONCLUSION #2: SUBSTANTIAL COMPLIANCE BY CASA NIDO WITH NCP PROCEDURAL PROCESS DURING ENTIRE REMEDIAL PROCESS AND THAT STRICT COMPLIANCE WITH ALL NCP PROCEDURAL REQUIREMENTS WAS IMPOSSIBLE UNDER THE CIRCUMSTANCES DUE TO URGENT PUBLIC HEALTH RISKS AND PERIODS WHEN DTSC WAS NON-RESPONSIVE AND UNWILLING TO PROVIDE REQUESTED AGENCY OVERSIGHT**

Based on the information presented above, Pangea concludes that there was "substantial" NCP compliance (in terms of testing, characterization, and remedy selection) during the entire period remedial work was performed. To the extent Casa Nido was unable to proceed according to certain standard NCP procedural steps during certain periods of remedial work this was due to a combination of urgent public health issues requiring immediate remedial action and the failure of DTSC to respond and provide requested agency oversight. To help facilitate review of this letter by involved stakeholders, this conclusion repeats key information presented above and provides additional contextual evaluation. This conclusion is substantiated by the following specific information:

- Our analysis concludes that Casa Nido was in NCP compliance for the project duration, *except* for the approximate 2-year period of DTSC inactivity and non-responsiveness from October 2018 to August 2020. This is the period when urgent actions were completed and initiated by Casa Nido.

- Due to the urgent human health concerns, Casa Nido conducted early/interim action consistent with DTSC and USEPA documents referenced above.

- The implemented *mitigation* measure involving installation and operation of a subslab depressurization (SSD) system was consistent with the following DTSC guidance and recommendations: (1) DTSC HERO's September 2018 recommendation for interim hazard mitigation measures for the restaurant; (2) consistent with appropriate interim measures listed in DTSC HERO Note 5 (which lists SSD systems), and (3) DTSC VIMA and USEPA (USEPA,2008b) that identifies SSD systems as one of the two 'most commonly accepted mitigation measures.' (The other commonly accepted mitigation measure is subslab entilation [SSV] which was deemed infeasible for the restaurant barring extensive renovation to the operating restaurant).

- The implemented *remediation/source removal measures* included the following two proven and acceptable interim action and remedies by DTSC for unsaturated soil (soil present above the water table): soil excavation and soil vapor extraction (SVE). DTSC's *Proven Technologies & Remedies (PT&R) Approach* (DTSC, April 2010) states that 'most reviewed DTSC cases implemented one or both of the remedies [excavation and SVE] and often as an interim remedy'. DTSC's PT&R describes proven technologies and remedies for immediate use on cleanups at hazardous waste facilities or Brownfield sites. The DTSC PT&R (1) selects excavation/disposal and soil vapor extraction as PT&R alternatives for sites with chlorinated VOCs (e.g., PCE) in vadose zone soil (such as the Site), (2) references gathering initial data gathering before entering the PT&R process (as completed at this Site), (3) stated risk assessment can be completed prior to PT&R approach to support subsequent steps for the cleanup process and evaluate the necessity for interim or early action (risk assessment for urgent action described above), (4) cited that most sites selected one remedy for excavation or SVE to address soil impacts, and the 'soil cleanup was often implemented as an interim removal action to quickly address VOC mass posing an ongoing threat to groundwater' [or vapor intrusion risk], and (5) stated another remedy is

typically selected to address groundwater impacts, and often implemented after the interim soil remediation.

- The implemented *remediation/source removal measures* are also consistent with USEPA. USEPA that identifies excavation and SVE as presumptive remedies that generally do not require feasibility to confirm effectiveness at a given site. Implementation of these interim measures have removed extensive source material,and have contributed to the lack of significant vapor intrusion risk identified during recent implementation of the DTSC-approved workplan. Note that operation of the combined SVE-SSD system commenced in April 2020 after an approximate 18-month delay by PG&E for electrical service.

- DTSC VIMA guidance states that 'DTSC must approve an appropriate response action decision document for any mitigation action (see Chapter 5)". Strict compliance with this procedural step was not possible during certain portions of the remedial effort; however, because: (1) DTSC was inactive and not providing oversight for nearly 2 years (late 2018 to late 2020) when the urgent interim actions were completed, and (2) Pangea understands that strict compliance with standard DTSC procedures is not required (is excused) when there are urgent public health risks that require more immediate action.

- During a recent meeting on August 4, 2022, DTSC Supervisor Whitney Smith thanked Casa Nido for their initial response actions at the Site. Supervisor Smith confirmed that the Casa Nido would get credit for the significant source removal, remediation and mitigation measures, and that DTSC will eventually review response action documentation to determine if any additional removal or remediation is merited at the Site. DTSC confirmed the future remedy for the site could only involve 'monitored natural attenuation' or continued operation of the existing remediation/mitigation system, without the need for additional soil or groundwater remediation. DTSC concurred that the recent assessment data performed with DTSC oversight did not find significant human health risk, which is likely the result of successful early action conducted by Casa Nido.

## CLOSING

Pangea is pleased to provide this analysis of on remedial work and NCP compliance. If you have any questions, please feel free to contact me at (510) 435-8664 or briddell@pangeaenv.com.

Sincerely,
**Pangea Environmental Services, Inc.**

Bob Clark-Riddell, P.E.
Principal Engineer

## ATTACHMENTS

Attachment A – References

Attachment B – DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference

004269
Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance
12210 San Pablo Avenue
Richmond, California
September 20, 2022

# ATTACHMENT A

References

40 CFR §300.415(b)(5)(i)  https://www.law.cornell.edu/cfr/text/40/300.415

DTSC, 2010. Proven Technologies & Remedies (PT&R) Guidance, Remediation of Chlorinated VOCs in Vadose Zone Soil. April.

DTSC, 2011a. Vapor Intrusion Guidance, October.

DTSC, 2011b. Vapor Intrusion Mitigation Advisory (VIMA), October.

DTSC, 2011c, Site Screening Assessment. April.

DTSC, 2012. Vapor Intrusion Public Participation Advisory, February.

DTSC, 2014. DTSC Human and Ecological Risk Office (HERO) Human Health Risk Assessment Note 5. Health-based Indoor Air Screening Criteria for Trichloroethene (TCE). August.

DTSC, 2015a, Preliminary Endangerment Assessment, Guidance Manual, Revised October 2015

DTSC, 2015b. Advisory-Active Soil Gas Investigation, California Environmental Protection Agency, Department of Toxic Substances Control, Los Angeles Regional Water Quality Control Board, San Francisco Regional Water Quality Control Board. July.

DTSC, 2018. DTSC Human and Ecological Risk Office (HERO) comment letter. September 7, 2018 letter.

DTSC, 2020. DTSC Human and Ecological Risk Office (HERO) Human Health Risk Assessment Note Number: 3, DTSC-modified Screening Levels, June.

DTSC/RWQCB, 2020, Draft Supplemental Guidance: Screening & Evaluating Vapor Intrusion, February

PANGEA, 2016, Site Assessment Report Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond California, August 16.

PANGEA, 2020a, Draft SVE/SSD System Startup Report Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond California, June 20.

PANGEA, 2020b, Additional Characterization Report Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond California, December 4.

USEPA. 1997. Rules of Thumb for Superfund Remedy Selection. August.

USEPA, 2000. Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, EPA Publication SW-846, Third Edition, November 1986, as amended.

USEPA, 2008. USEPA. Engineering Issue:  Indoor Air Vapor Intrusion Mitigation Approaches. EPA/600/R-08/115.  October.  www.epa.gov/nrmrl/pubs/600r08115/600r08115.htm

USEPA. 2013. Timing and Procedures for Review of Certain Time-Critical Removal Actions by EPA Headquarters Offices. February 26.

USEPA. 2017. Superfund Task Force Recommendations. July 25.

004271

Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance
12210 San Pablo Avenue
Richmond, California
September 20, 2022

USEPA. 2019a. Use of Early Actions at Superfund National Priorities List Sites and Sites with Superfund Alternative Approach Agreements. August 23.

USEPA. 2019b. SUPERFUND TASK FORCE FINAL REPORT. September.

004272

Analysis of Remedial Work at Omo's Cleaners Site and NCP Compliance
12210 San Pablo Avenue
Richmond, California
September 20, 2022

**ATTACHMENT B**

DTSC Quick Reference Guide for Voluntary Cleanup Agreements

# DTSC's Voluntary Agreements – Assessment and Cleanup Process Quick Reference Guide

## Agreement

- Standard Voluntary Agreement
- California Land Reuse and Revitalization Act Agreement
- Reimbursement Agreement
- Prospective Purchaser Agreement
- Local Agency Agreement (currently under development)

## Scoping Meetings

- During negotiation or shortly after agreement execution
- Establishes strong working relationship between DTSC, the Proponent, and the environmental consultant.

## Evaluation

- Preliminary Endangerment Assessment (PEA)
- Supplemental Site Investigation
- Remedial Investigation
- Report of Findings
- All Appropriate Inquiries, Phase 1 Environmental Site Assessments and other background information

POSSIBLE
END
POINT

Current Stage (3/2022) for Omos Cleaners. Very Early in Process.

## Remedy Selection

- Feasibility Study
- Removal Action Work Plan
- Remedial Action Plan
- Response Plan

## Implementation

- Removal Action Implementation
- Remedial Design
- Remedial Action Implementation
- Response Plan Implementation

## Certification & Stewardship

- No Further Action
- Certificate of Completion
- Land Use Restriction
- Operation and Maintenance
- Five-Year Review

END
POINT

- Public Comment Period
- California Environmental Quality Act

Public Participation Activities (as needed)

Tribal Consultation (as needed)

## Possible End Points:

1. Based on site evaluation, projects may conclude without need for any further action;
2. Based on site evaluation, projects may conclude with the need for a Land Use Covenant, in which case a public notice process will be implemented through a Preliminary Endangerment Assessment , Report of Findings, or equivalent documents; and,
3. Cleanups may either be conducted to unrestricted land use levels, or may require long term stewardship.

# Exhibit 41

# Department of Toxic Substances Control

***Matthew Rodriquez***
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

***Edmund G. Brown Jr.***
Governor

May 10, 2017

Karl Morthole
Attorney for Casa Nido
Law Office of Karl R. Morthole
1914 17th Avenue
San Francisco, California 94116
Email: karl@mortholelaw.com

Dear Mr. Morthole:

The California Department of Toxic Substances Control (DTSC) has received and executed the duplicate original copies of the Voluntary Cleanup Agreement between DTSC and your client, Casa Nido, concerning Docket No. HAS-FY16/17-096 for the Property located at 12210 San Pablo Avenue, Richmond, California. DTSC has retained one executed copy of the Agreement for our records, and has enclosed the additional executed copy for you client's records. As requested, DTSC, emailed Mr. Morthole on May 8th, 2017 informing him the VCA had been executed.

Thank you for your cooperation and we look forward to working with your client. If you have any questions or concerns, contact me at (510) 540-3972 or megan.indermill@dtsc.ca.gov.

Sincerely,

Megan Indermill
Environmental Scientist, Project Manager
Brownfields and Environmental Restoration Program
California Department of Toxic Substances Control, Berkeley Office

Enclosure

DUPLICATE ORIGINAL
Casa Nido Counterpart

# STATE OF CALIFORNIA
# ENVIRONMENTAL PROTECTION AGENCY
# DEPARTMENT OF TOXIC SUBSTANCES CONTROL

| In the Matter of: | Docket No. HSA-FY16/17-096 |
|---|---|
| Former Omo Dry Cleaners | Voluntary Cleanup Agreement |
| Proponent: | Health and Safety Code Section 25355.5(a)(1)(C) |
| Casa Nido<br>c/o B&T Bookeeping, Inc.<br>3060 El Cerrito Plaza, #507<br>El Cerrito, CA 94530 | |

The California Department of Toxic Substances Control (DTSC) and Casa Nido (Proponent) enter into this Voluntary Cleanup Agreement (Agreement) and agree as follows:

1. Site. This Agreement applies to the property located at 12210 San Pablo Avenue, Richmond, in Contra Costa County, California 94805 (Site), identified by Contra Costa Assessor's Parcel Number 519-290-026-3, and any off-site area to which hazardous substances have or may have migrated from the Site. The Site is approximately 0.118 acres in size and is bordered by Nevin Avenue to the South and San Pablo Avenue to the West. The site is currently occupied by a vacant, single story building with a paved parking lot on the north side of the building and a narrow unpaved area to the east. The surrounding land use is mixed commercial and residential. The site is adjacent to commercial properties to the north and south, and a resident to the east. A Site diagram and a Site location map are attached as Exhibits A and B.

2. Jurisdiction. This Agreement is entered into by DTSC and Proponent pursuant to Health and Safety Code section 25355.5(a)(1)(C) which authorizes DTSC to enter into an enforceable agreement to oversee the investigation and/or remediation of a release or threatened release of any hazardous substance at or from the Site.

3. Purpose. The purpose of this Agreement is for Proponent to investigate and/or remediate a release or threatened release of any hazardous substance at or from the Site under the oversight of DTSC. The purpose of this Agreement is also for DTSC to obtain reimbursement from Proponent for DTSC's oversight costs incurred pursuant to this Agreement.

4. Ownership. The Site is owned by Casa Nido.

5. Substances Found at the Site. Based on the information available to DTSC and Proponent, the Site is or may be contaminated with hazardous substances,

including PCE as the primary contaminant of concern and potential toxic degradation products of PCE as secondary contaminants of concern.

6. Scope of Work and DTSC Oversight. DTSC shall review and provide Proponent with written comments on all Proponent's deliverables as described in Exhibit C (Scope of Work) and other documents applicable to the scope of the project. DTSC shall provide oversight of field activities, including sampling and remedial activities, as appropriate. Proponent agrees to perform all the work required by this Agreement. Proponent shall perform the work in accordance with applicable local, state and federal statutes, regulations, ordinances, rules and guidance documents, in particular, Health and Safety Code section 25300 et seq., as amended.

7. Additional Activities. DTSC and Proponent may amend this Agreement to include additional activities in accordance with Paragraph 17 of this Agreement. If DTSC expects to incur additional oversight costs for these additional activities, it will provide an estimate of the additional oversight costs to Proponent.

8. Endangerment During Implementation.

8.1. Proponent shall notify DTSC's Project Manager immediately upon learning of any condition that may pose an immediate threat to public health or safety or the environment. Within seven days of the onset of such a condition, Proponent shall furnish a report to DTSC, signed by Proponent's Project Manager, setting forth the conditions and events that occurred and the measures taken in response thereto.

8.2. In the event DTSC determines that any activity (whether or not pursued in compliance with this Agreement) may pose an imminent or substantial endangerment to the health or safety of people on the Site or in the surrounding area or to the environment, DTSC may order Proponent to conduct additional activities in accordance with Paragraph 7 of this Agreement or to stop further implementation of this Agreement for such period of time as may be needed to abate the endangerment. DTSC may request that Proponent implement interim measures to address any immediate threat or imminent or substantial endangerment.

9. Access. Proponent shall provide, and/or obtain access to the Site and take all reasonable efforts to obtain access to offsite areas to which access is necessary to implement the Agreement. Such access shall be provided to DTSC's employees, contractors, and consultants at all reasonable times. Nothing in this paragraph is intended or shall be construed to limit in any way the right of entry or inspection that DTSC or any other agency may otherwise have by operation of law.

10. Sampling, Data and Document Availability. When requested by DTSC, Proponent shall make available for DTSC's inspection, and shall provide copies of, all data and information concerning contamination at or from the Site, including technical records and contractual documents, sampling and monitoring information and photographs and maps, whether or not such data and information was developed

pursuant to this Agreement. For all final reports, Proponent shall submit one hard (paper) copy and one electronic copy with all applicable signatures and certification stamps as a text-readable Portable Document Formatted (pdf) file compatible with Adobe Acrobat or a formatted file compatible with Microsoft Word.

11. Record Preservation. Proponent shall retain, during the implementation of this Agreement and for a minimum of six years after its termination, all data, reports, and other documents that relate to the performance of this Agreement. If DTSC requests that some or all of these documents be preserved for a longer period of time, Proponent shall either comply with the request, deliver the documents to DTSC, or permit DTSC to copy the documents at Proponent's expense prior to destruction.

12. Notification of Field Activities. Proponent shall inform DTSC at least seven days in advance of all field activities pursuant to this Agreement and shall allow DTSC and its authorized representatives to take duplicates of any samples collected by Proponent pursuant to this Agreement.

13. Project Managers. Within 14 days of the effective date of this Agreement, DTSC and Proponent shall each designate a Project Manager and shall notify each other in writing of the Project Manager selected. The Proponent's Project Manager shall have the technical expertise in project management, regulatory compliance, and hazardous substance site cleanup sufficient to fulfill his or her responsibilities. Each Project Manager shall be responsible for overseeing the implementation of this Agreement and for designating a person to act in his/her absence. All communications between DTSC and Proponent, and all notices, documents and correspondence concerning the activities performed pursuant to this Agreement shall be directed through the Project Managers. Each party may change its Project Manager with at least seven days prior written notice.

14. Proponent's Consultant and Contractor. All engineering work performed pursuant to this Agreement shall be under the direction and supervision of a registered professional engineer licensed in California, with expertise in hazardous substance site cleanup. All geological work performed pursuant to this Agreement shall be under the direction and supervision of a registered professional geologist licensed in California, with expertise in hazardous substance site cleanup. Proponent's contractors and consultants shall have the technical expertise sufficient to fulfill his or her responsibilities. Within 14 days of the effective date of this Agreement, Proponent shall notify DTSC's Project Manager in writing of the name, title, and qualifications of the registered professional engineer and/or professional geologist and of any contractors or consultants and their personnel to be used in carrying out the work under this Agreement in conformance with applicable state law, including but not limited to, Business and Professions Code sections 6735 and 7835.

15. DTSC Review and Approval. All work performed pursuant to this Agreement is subject to DTSC's review and approval. If DTSC determines that any report, plan, schedule or other document submitted for approval pursuant to this Agreement fails to

comply with this Agreement or fails to protect public health or safety or the environment, DTSC may (a) return comments to Proponent with recommended changes and a date by which the Proponent must submit to DTSC a revised document incorporating or addressing the recommended changes; or (b) modify the document in consultation with Proponent and approve the document as modified. All DTSC approvals and decisions made regarding submittals and notifications will be communicated to Proponent in writing by DTSC's Branch Chief or his/her designee. No informal advice, guidance, suggestions or comments by DTSC regarding reports, plans, specifications, schedules or any other writings by the Proponent shall be construed to relieve Proponent of the obligation to obtain such written approvals.

16. Payment.

16.1. Proponent agrees to pay 1) all costs incurred by DTSC in association with preparation of this Agreement, and for oversight activities, including review of documents, conducted prior to the effective date of this Agreement, and (2) all costs incurred by DTSC in providing oversight pursuant to this Agreement, including review of the documents described in Exhibit C and associated documents, and oversight of field activities. Costs incurred include interest on unpaid amounts that are billed and outstanding more than 60 days from the date of the invoice. An estimate of DTSC's oversight costs is attached as Exhibit D. It is understood by the parties that Exhibit D is an estimate and cannot be relied upon as the final cost figure. DTSC may provide an updated or revised cost estimate as the work progresses. DTSC will bill Proponent quarterly. Proponent agrees to make payment within 30 days of receipt of DTSC's billing. Such billings will reflect any amounts that have been advanced to DTSC by Proponent.

16.2. In anticipation of oversight activities to be conducted, Proponent shall make an advance payment of $18,738 to DTSC no later than 10 days after this Agreement is fully executed. It is expressly understood and agreed that DTSC's receipt of the entire advance payment as provided in this paragraph is a condition precedent to DTSC's obligation to provide oversight, review of or comment on documents. If the advance payment exceeds DTSC's final costs, DTSC will refund the difference within 120 days after the performance of this Agreement is completed or after this Agreement is terminated pursuant to Paragraph 18 of this Agreement.

16.3. All payments made by Proponent pursuant to this Agreement shall be by check payable to the "Department of Toxic Substances Control", and bearing on its face the project code for the Site (Site# 202121) and the docket number of this Agreement. Upon request by Proponent, DTSC may accept payments made by credit cards or electronic funds transfer. Payments by check shall be sent to:

Accounting Office
Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

A photocopy of the check shall be sent concurrently to DTSC's Project Manager.

16.4. DTSC shall retain all cost records associated with the work performed under this Agreement as may be required by state law. DTSC will make all documents that support DTSC's cost determination available for inspection upon request in accordance with the Public Records Act, Government Code section 6250 et seq.

17. Amendments. This Agreement may be amended in writing by mutual agreement of DTSC and Proponent. Such amendment shall be effective the third business day following the day the last party signing the amendment sends its notification of signing to the other party. The parties may agree to a different effective date.

18. Termination for Convenience.

18.1. Except as otherwise provided in this paragraph, each party to this Agreement reserves the right to unilaterally terminate this Agreement for any reason. Termination may be accomplished by giving a 30-day advance written notice of the election to terminate this Agreement to the other party. In the event that this Agreement is terminated under Paragraph 18.1, Proponent shall be responsible for DTSC costs through the effective date of termination.

18.2. If operation and maintenance activities are required for the final remedy, Proponent may not terminate the Agreement under Paragraph 18.1 upon DTSC's approval of an Operation and Maintenance Plan as proposed by Proponent, unless an Operation and Maintenance Agreement is entered into between DTSC and Proponent or between DTSC and a party responsible for the required operation and maintenance activities.

19. Incorporation of Exhibits, Plans and Reports. All exhibits are incorporated into this Agreement by reference. All plans, schedules and reports that require DTSC's approval and are submitted by Proponent pursuant to this Agreement are incorporated in this Agreement upon DTSC's approval.

20. Reservation of Rights. DTSC reserves all of its statutory and regulatory powers, authorities, rights, and remedies under applicable laws to protect public health or the environment, including, but not limited to, the right to recover its costs incurred therefor. Proponent reserves all of its statutory and regulatory rights, defenses and remedies available to Proponent under applicable laws including, but not limited to, review of DTSC costs incurred and of DTSC determinations under Paragraph 15 of this Agreement.

21. Non-Admission of Liability. By entering into this Agreement, Proponent does not admit to any finding of fact or conclusion of law set forth in this Agreement or any fault or liability under applicable laws.

22. Proponent Liabilities. Nothing in this Agreement shall constitute or be considered a covenant not to sue, release or satisfaction from liability by DTSC for any condition or claim arising as a result of Proponent's past, current, or future operations or ownership of the Site.

23. Government Liabilities. The State of California or DTSC shall not be liable for any injuries or damages to persons or property resulting from acts or omissions by Proponent or by related parties in carrying out activities pursuant to this Agreement, nor shall the State of California or DTSC be held as a party to any contract entered into by Proponent or its agents in carrying out the activities pursuant to this Agreement.

24. Third Party Actions. In the event that Proponent is a party to any suit or claim for damages or contribution relating to the Site to which DTSC is not a party, Proponent shall notify DTSC in writing within 10 days after service of the complaint in the third-party action. Proponent shall pay all costs incurred by DTSC relating to such third-party actions, including but not limited to responding to subpoenas.

25. California Law. This Agreement shall be governed, performed and interpreted under the laws of the State of California.

26. Severability. If any portion of this Agreement is ultimately determined not to be enforceable, that portion will be severed from the Agreement and the severability shall not affect the enforceability of the remaining provisions of the Agreement.

27. Parties Bound. This Agreement applies to and is binding, jointly and severally, upon Proponent and its agents, receivers, trustees, successors and assignees, and upon DTSC and any successor agency that may have responsibility for and jurisdiction over the subject matter of this Agreement. Proponent shall ensure that its contractors, subcontractors and agents receive a copy of this Agreement and comply with this Agreement.

28. Effective Date. The effective date of this Agreement is the date of signature by DTSC's authorized representative after this Agreement is first signed by Proponent's authorized representative. Except as otherwise specified, “days” means calendar days.

29. Representative Authority. Each undersigned representative of the party to his Agreement certifies that she or he is fully authorized to enter into the terms and conditions of this Agreement and to execute and legally bind the party to this Agreement.

30. Counterparts. This Agreement may be executed and delivered in any number of counterparts, each of which when executed and delivered shall be deemed to be an original, but such counterparts shall together constitute one and the same document.

004282

Date: 5/8/17

Daniel Murphy, PE, Unit Cheif
Cleanup Program
Department of Toxic Substances Control

Date: 4-13-17

RONALD PIZIALI

**[Print Name and Title of Representative]**

PARTNER

Representing Casa Nido

# EXHIBITS

A - SITE LOCATION MAP

B - SITE DIAGRAM

C - SCOPE OF WORK

D - COST ESTIMATE



004284

**Omo's Cleaners** 12210 San Pablo Avenue Richmond, California

**EXHIBIT A**

**Site Location Map**



004285

**Omo's Cleaners** 12210 San Pablo Avenue Richmond, California

Site Diagram

**EXHIBIT B**

EXHIBIT C
SCOPE OF WORK

The following Tasks will be completed as part of this Agreement, if deemed necessary:

TASK 1.
Submittal of Existing Data and Scoping Meeting.

The Proponent will submit to DTSC all background information, sample analysis results, environmental assessment reports, and any other information pertinent to the hazardous substance management and/or release, characterization and cleanup of the Site. DTSC will review the information to identify areas and media of concern, and to determine the additional work, if any, required to complete the investigation/remediation of the Site. Following DTSC's initial review, a scoping meeting will be held to discuss whether further site characterization is necessary, and, if so, how the characterization will be conducted for the Site and how they will be implemented.

TASK 2.
Preliminary Endangerment Assessment (PEA). If necessary, Proponent shall conduct a PEA to determine whether a release or threatened release of hazardous substances exists at the Site which poses a threat to human health or the environment. The PEA shall be conducted in accordance with the DTSC guidance manual for evaluating hazardous substance release sites, titled: "Preliminary Endangerment Assessment Guidance Manual," State of California, Environmental Protection Agency, Department of Toxic Substances Control (Second Printing June 1999). Documents which may be required as part of the PEA are:

(a) PEA Workplan. This workplan shall include a sampling plan designed to determine the type and general extent of contamination at the Site; a health and safety plan addressing health and safety issues and safe work practices; and a quality assurance/quality control plan to produce data of known quality.
(b) PEA Report. This report will document whether a release has occurred or threatened release exists, the threat the Site poses to human health and the environment, and whether further action is necessary.
(c) If existing data and reports are complete and consistent with information required in the PEA guidance, DTSC may at its discretion choose to consider existing data and reports as equivalent to a PEA.

TASK 3.
Additional Site Characterization.

3.1 Sampling and Analysis Workplan. If necessary, the Proponent will submit a workplan that describes the activities proposed to further characterize soil, soil gas, surface water and/or groundwater. The workplan should also include a Site health and safety plan, quality assurance/quality control plan, sampling plan, and implementation schedule.

3.2 The Proponent will begin implementation of the approved workplan in

accordance with the approved implementation schedule. DTSC may provide oversight of workplan implementation.

3.3 Site Characterization Report.

The Proponent will submit a Site Characterization Report that, at a minimum, presents the data, summarizes the findings of the investigation, validates the data, and includes recommendations and conclusions.

TASK 4.

Risk Evaluation and Cleanup Level Determination. A scoping meeting may be held to discussion how the risk evaluation and cleanup level determination will be conducted for the Site if necessary. The Proponent will conduct a risk evaluation consistent with U. S. EPA Risk Assessment Guidance for Superfund (EPA/540/1-89/002) and DTSC Supplemental Guidance for Human Health Multimedia Risk Assessments of Hazardous Waste Sites and Permitted Facilities. This evaluation should identify chemicals of concern and potential routes of exposure; characterize the potential risk; evaluate potential risks to environmental receptors; consider existing and contemplated uses of the site; and identify site cleanup goals. If DTSC determines that an abbreviated risk evalution is appropriate, the scope of such evaluation will be discussed. This information may be submitted as part of the Remedy Selection Document.

TASK 5.

Feasibility Study. The objective of this task is to evaluate feasible remediation and response alternatives. Reasonable potential alternatives for the remediation of the Site should be evaluated, including the "no action" alternative. Such an evaluation may be incorporated in the Remedy Selection Document, or may, if the analysis is complex, be addressed in a separate study or report. The evaluation should (a) identify the goals for the cleanup based upon current and projected future land uses; (b) evaluate feasible alternatives to meet these goals, including their effectiveness, implementability and cost; and (c) recommend a preferred alternative.

TASK 6. Remedy Selection Document.

6.1 Removal Action Workplan. If DTSC determines a removal action is appropriate, the Proponent will prepare a Removal Action Workplan (RAW) in accordance with Health and Safety Code sections 25323.1 and 25356.1. The Removal Action Workplan will include:

(a) a description of the onsite contamination;
(b) the goals to be achieved by the removal action;
(c) an analysis of the alternative options considered and rejected and the basis for that rejection. This should include a discussion for each alternative which covers its effectiveness, implementability and cost;
(d) a description of the recommended alternative (including any required land use covenants, financial assurance, and operation and maintenance plan and agreement requirements).
(e) administrative record list;

(f) Sampling and Analysis Plan with corresponding Quality Assurance Plan to confirm the effectiveness of the RAW, if applicable; and

(g) a brief overall description of methods that will be employed during the removal action to ensure the health and safety of workers and the public during the removal action. A detailed community air monitoring plan shall be included if requested by DTSC.

If the proposed removal action does not meet the requirements of Health and Safety Code section 25356.1(h), the Proponent will prepare a Remedial Action Plan (RAP) in accordance with Health and Safety Code section 25356.1(c) for DTSC review and approval.

6.2 Remedial Action Plan. If DTSC determines the final remedy cannot be implemented under a Removal Action Workplan, Proponent will prepare a Remedial Action Plan (RAP) in accordance with the standards and requirements set forth in Health and Safety Code section 25356.1. The RAP summarizes the results of the site characterization, risk evaluation and feasibility study and sets forth in detail appropriate steps to remedy soil, surface water and groundwater contamination at the Site and adjacent areas. In addition, the RAP shall contain a schedule for implementation of all proposed removal and remedial actions.

TASK 7.

California Environmental Quality Act (CEQA). In order to meet its CEQA obligation, DTSC will prepare the necessary CEQA documents. If required, the Proponent shall submit the information necessary for DTSC to prepare these documents.

TASK 8.

Remedial Design and Implementation Plan. Proponent will either (a) prepare and submit a Remedial Design and Implementation Plan (RDIP) in accordance with the agreed upon schedule contained in the approved Remedy Selection Document; or (2) depending on the complexity of the proposed removal or remedial action, incorporate the factors typically addressed in a RDIP into the Remedy Selection Document. The factors typically addressed in a RDIP are:

(a) technical and operational plans and engineering designs for implementation of the approved remedial or removal action alternative(s);
(b) a schedule for implementing the construction phase;
(c) a description of the construction equipment to be employed;
(d) a site specific hazardous waste transportation plan (if necessary);
(e) any required registration requirements for contractors, transporters and other persons conducting the removal and remedial activities for the Site;
(f) post-remedial sampling and monitoring procedures for air, soil, surface water and groundwater;
(g) operation and maintenance procedures and schedules;
(h) a health and safety plan; and
(i) a community air monitoring plan, if required by DTSC.

TASK 9.

Implementation of Final Removal Action Workplan. Upon DTSC approval of the final Removal Action Workplan (RAW), the Proponent shall implement the removal action, as approved.

TASK 10.

Implementation of Final RAP. Upon DTSC approval of the RDIP and schedule, the Proponent shall implement the final RAP as approved in accordance with the approved RDIP and schedule.

TASK 11.

Implementation Report. Within thirty (30) days of completion of field activities, the Proponent shall submit an Implementation Report documenting the implementation of the final RAW or RAP and RDIP and noting any deviations from the approved plan.

TASK 12.

Changes During Implementation of the Final RAP/RAW. During implementation of the final RAW or RAP and RDIP, DTSC may specify such additions, modifications and revisions to the RAW or RDIP as deemed necessary to protect human health and safety or the environment or to implement the RAW or RAP.

TASK 13.

Public Participation.

13.1 The Proponent shall conduct appropriate public participation activities given the nature of the community surrounding the Site and the level of community interest. The Proponent shall work cooperatively with DTSC to ensure that the affected and interested public and community are involved in DTSC's decision-making process. Any such public participation activities shall be conducted in accordance with Health and Safety Code sections 25358.7, and 25356.1(e) if conducting a RAP, the DTSC Public Participation Policy and Procedures Manual, and with DTSC's review and approval.

13.2 A scoping meeting may be held to determine the appropriate activities that will be conducted to address public participation.

13.3 The Proponent shall prepare a community profile to examine the level of the community's knowledge of the Site; the types of community concerns; the proximity of the Site to homes and/or schools, day care facilities, churches, etc.; the current and proposed use of the Site; media interest; and involvement of community groups and elected officials. The community profile also includes a mailing list for the Site.

13.4 The Proponent shall develop and submit fact sheets to DTSC for review and approval when specifically requested by DTSC. The Proponent shall be responsible for printing and distribution of fact sheets upon DTSC approval using the approved community mailing list.

Sections 13.5-13.8 apply if RAP or RAW are required:

13.5 The Proponent shall publish, in a major local newspaper(s), a public notice announcing the availability of the RAW/RAP for public review and comment. The public comment period shall last a minimum of thirty (30) days.

13.6 DTSC may require that the Proponent hold at least one public meeting to inform the public of the proposed activities and to receive public comments on the RAW/RAP.

13.7 Within four (4) weeks of the close of the public comment period, DTSC will prepare a response to the public comments received. If required, the Proponent shall submit the information necessary for DTSC to prepare this document.

13.8 If appropriate, the Proponent will revise the RAW/RAP on the basis of comments received from the public, and submit the revised RAW/RAP to DTSC for review and approval. If significant or fundamental changes are required, additional public participation activities, including an additional review and comment period, may be required. The Proponent will also notify the public of any significant changes from the action proposed in the RAW/RAP.

TASK 14.

Land Use Covenant. The parties agree that a land use covenant (LUC) pursuant to California Code of Regulations, title 22, section 67391.1 may be necessary to ensure full protection of the environment and human health. DTSC may require such LUC in the Final RAW/RAP. The Proponent agrees to sign and record the LUC approved by DTSC within ten (10) days of receipt of a fully executed original.

TASK 15.

Operation and Maintenance (O&M). The Proponent shall comply with any and all operation and maintenance requirements in accordance with the final RAW, final RAP, or a DTSC-approved RDIP or O&M Plan. If deemed necessary, DTSC may require Proponent to enter into an O&M Agreement with DTSC.

TASK 16.

Financial Assurance. Proponent shall establish and maintain a financial assurance mechanism pursuant to California Health and Safety Code section 25355.2 for implementing any required O&M activities, LUC-related activities, five-year review activities, and DTSC's costs incurred in overseeing these activities.

TASK 17.

Discontinuation of Remedial Technology. Any remedial technology employed in implementation of the final RAP/RAW shall be left in place and operated by the Proponent until and except to the extent that DTSC authorized the Proponent in writing to discontinue, move or modify some or all of the remedial technology because the Proponent has met the criteria specified in the final RAW/RAP for its discontinuance, or because the modifications would better achieve the goals of the final RAW/RAP.

TASK 18.

Quality Assurance/Quality Control (QA/QC) Plan. All sampling and analysis conducted by the Proponent under this Agreement shall be performed in accordance

with a QA/QC Plan submitted by the Proponent and approved by DTSC. The QA/QC Plan will describe:

(a) the procedures for the collection, identification, preservation and transport of samples;
(b) the calibration and maintenance of instruments;
(c) the processing, verification, storage and reporting of data, including chain of custody procedures and identification of qualified person(s) conducting the sampling and of a laboratory certified or approved by DTSC pursuant to Health and Safety Code section 25198; and
(d) how the data obtained pursuant to this Agreement will be managed and preserved in accordance with the Preservation of Documentation section of this Agreement.

TASK 19.

Health and Safety Plan. The Proponent will submit a Site Health and Safety Plan in accordance with California Code of Regulations, Title 8, section 5192. This plan should include, at a minimum the following elements:

(a) Site Background/History/Workplan;
(b) Key Personnel and Responsibilities
(c) Job Hazard Analysis/Summary;
(d) Employee Training;
(e) Personal Protection;
(f) Medical Surveillance;
(g) Air Surveillance;
6(h) Site Control;
(i) Decontamination;
(j) Contingency Planning;
(k) Confined Space Operations;
(l) Spill Containment;
(m) Sanitation;
(n) Illumination; and
(o) Other applicable requirements based on the work to be performed.

DTSC's *Interim Draft Site Specific Health and Safety Plan Guidance Document for Site Assessment/Investigation, Site Mitigation Projects, Hazardous Waste Site Work Closure, Post Closure, and Operation and Maintenance Activities* (DTSC, December 2000) can be used as a reference tool, The Health and Safety Plan should cover all measures, including contingency plans, which will be taken during field activities to protect the health and safety of the workers at the Site and the general public from exposure to hazardous waste, substances or materials. The Health and Safety Plan should describe the specific personnel, procedures and equipment to be utilized.

All contractors and all subcontractors shall be given a copy of the Health and Safety Plan prior to entering the Site. Any supplemental health and safety plans prepared by any subcontractor shall also be prepared in accordance with the regulations and guidance identified above. The prime contractor responsible for this subcontractor will

be responsible for ensuring that all subcontractor supplemental health and safety plans follow these regulations and guidelines.

.004293

**EXHIBIT D**
**COST ESTIMATE WORKSHEET**
**VCA**
**Date: November 4, 2016**
**Site: Former Omo Dry Cleaners**
**Site Code: 202121**

| Title | VCP Coord. | Project Manager | Supervisor | Toxicologist | Geology | Industrial Hygienist | HQ Engineering | Public Participation | HQ CEQA | Legal | Clerical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Classification (personnel) | | | | | | | | | | | |
| **TASK:** | | | | | | | | | | | |
| Agreement Prep./Negotiation | | 5 | 1 | | | | | | | 3 | 1 |
| Project Management | | 8 | 1 | | | | | | | | 1 |
| Review and comment on existing data | | 5 | 2 | 3 | 5 | | | | | | 1 |
| Supplemental Site Characterization | | | | | | | | | | | |
| - Workplan | | 5 | 1 | | 5 | | | | | | 1 |
| - Implementation | | 5 | 1 | | 3 | | | | | | 1 |
| - Report | | 5 | 1 | | 3 | | | | | | 1 |
| Risk Analysis | | 8 | 2 | 15 | | | | | | | 1 |
| Public Participation | | 5 | 1 | | | | | 10 | | | 1 |
| CEQA | | 8 | 1 | | | | | | 10 | | 1 |
| Removal Action Plan | | 18 | 2 | 5 | 10 | | | 10 | | | 1 |
| Implement Remedial Action | | 8 | 1 | | | | | | | | 1 |
| Design | | 3 | 1 | | | | | | | | 1 |
| Certification | | 5 | 1 | | | | | | | | 1 |
| Deed Restriction | | 5 | 1 | | | | | | | 5 | 1 |
| Operation & Maint | | 5 | 1 | | | | | | | | 1 |
| Total No. Hours/Class | | | | | | | | | | | |
| Hourly Rate/Class | $0 | $138 | $251 | $187 | $204 | $159 | $203 | $125 | $131 | $184 | $76 |
| Cost/Class | $0 | $13,524 | $4,518 | $4,301 | $5,304 | $0 | $0 | $2,500 | $1,310 | $1,472 | $1,140 |
| Contingency (10%) | $3,407 | | | | | | | | | | |
| **Grand Total Cost** | **$37,476** | | | | | | | | | | |
| **Advance Payment** | **$18,738** | | | | | | | | | | |

# Exhibit 42

**ASSIGNMENT OF LEASE**

For good and valuable consideration, the receipt of which is hereby acknowledged, the undersigned, Cathie O'Hanks and Roy O'Hanks does hereby assign, transfer and convey to Jae Shik Kwon all their right, title and interest in and to the following lease:

That certain lease, dated June 22, 1990, between Casa Nido, a partnership as lessor, and Cathie and Roy O'Hanks as lessees, covering all that certain real property commonly known and designated as 12210 San Pablo Avenue, Richmond, California.

DATED: August 21, 1990 — Cathie O'Hanks
CATHIE O'HANKS

DATED: August 21, 1990 — Roy O'Hanks
ROY O'HANKS

**THE ACCEPTANCE OF ASSIGNMENT AND ASSUMPTION OF LEASE BY ASSIGNEE**

For and in consideration of the following assignment of lease, Jae Shik Kwon does hereby accept said assignment subject to all the terms, provisions and conditions and covenants contained in the lease and does hereby assume all of the obligations of the lease specified in the lease and agrees to conform to all terms, provisions and conditions and covenants contained therein and to pay the rent set forth in said lease.

DATED: August 23, 1990 — Jae Shik Kwon
JAE SHIK KWON

**CONSENT OF LESSOR TO ASSIGNMENT**

The undersigned, Casa Nido, does hereby consent to the foregoing assignment of interest of Cathie O'Hanks and Roy O'Hanks in and unto the lease described above in consideration of Jae Shik Kwon's agreeing to comply with all the terms, provisions, conditions and covenants as provided in said lease on lessee's part to be kept and performed. Casa Nido represents and warrants no default exists under the terms of said lease as of August 1, 1990 and that no past due sums or obligations of the lessee are due and owing. Lessor also acknowledges that lessee has previously exercised its option to extend said lease and that the lease expires on June 30, 1996.

DATED: August 23, 1990

CASA NIDO, a partnership

by: K. W. Fretland
K. W. Fretland, Manager

COPY

copy. [handwritten, partly illegible]

COMMERCIAL LEASE

1. Parties: The parties to this Agreement are Casa Nido % James Realty, herein called Owner, and Cathie O'Hanks and Roy O'Hanks, herein called Tenant.

2. Premises: Owner hereby rents to Tenant and Tenant hereby hires from Owner the premises situated in the City of Richmond, County of Contra Costa, State of California, commonly known as: 12210 San Pablo Avenue, Richmond, California 94805; legal description: Lot 28 & 29 and part of Lot 24 Block 5, Richmond Traffic Center; assigned parking: 6 spaces north of premises & 1/2 of those spaces located on Lot 24; Tax Assessor's Parcel #519-029-026 and #519-029-025; subject to the terms, conditions and covenants set out herein, which are a material part of the consideration for this Agreement.

3. Term: This Agreement shall commence on July 1, 1990 and expire on June 30, 1996. Thereafter this Agreement will continue on a month-to-month basis until either party shall terminate the tenancy by the giving of written notice to the other of intention to terminate at least 60 days prior to the date of termination.

4. Rent: The total rent for the premises shall be One Hundred Fifteen Thousand Two Hundred and No/100 Dollars ($115,200.00), payable as follows:
   - (a) $1,500.00 per month, due and payable, in advance, on the first day of each month, commencing July 1, 1990 and ending on June 30, 1992;
   - (b) $1,600.00 per month, due and payable, in advance, on the first day of each month, commencing July 1, 1992 and ending on June 30, 1994;
   - (c) $1,700.00 per month, due and payable, in advance, on the first day of each month, commencing July 1, 1994 and ending on June 30, 1996;
   - (d) The rent shall be paid to: Casa Nido, % James Realty<br>10470 San Pablo Avenue<br>El Cerrito, CA 94530

5. USE: The premises are to be used for the operation of a dry cleaning plant and its related laundry & tailoring services and for the operation of a real estate office, and for no other purpose, without prior written consent of Owner.

6. USES PROHIBITED: Tenant shall not use any portion of the premises for purposes other than those specified herein above, and no use shall be made or permitted to be made upon the premises, nor acts done, which will increase the existing rate of insurance upon the property, or cause cancellation of insurance policies covering said property. Tenant shall not conduct or permit any sale by auction on the premises.

7. ASSIGNMENT AND SUBLETTING: Tenant shall not assign this agreement without the prior written consent of the Owner, which shall not be unreasonably withheld. Tenant shall have the right to sublet a portion of the premises, upon written approval by the Owner of the use for the sublet space.

8. ORDINANCES AND STATUTES: Tenant shall comply with all statutes, ordinances and requirements of all municipal, state and federal authorities now in force, or which may hereafter be in force, pertaining to the premises, occasioned by or affecting the use thereof by Tenant. The commencement or pendency of any state or federal court abatement proceeding affecting the use of the premises shall, at the option of the Owner, be deemed a breach hereof.

9. MAINTENANCE, REPAIRS, ALTERATIONS: Tenant acknowledges that the premises are in good order and repair, unless otherwise indicated herein. Tenant shall, at his own expense and at all times, maintain the premises in good and safe condition, including plate glass, electrical wiring, plumbing and heating installations and any other system or equipment upon the premises and shall surrender the same, at termination hereof, in as good condition as received, normal wear and tear excepted. Tenant shall be responsible for all repairs required, excepting the roof, exterior walls, structural foundations, and sump pumps, which shall be maintained by Owner. Tenant shall also maintain in good condition such portions adjacent to the premises, such as sidewalks, driveways and shrubbery, which would otherwise be required to be maintained by Owner.

No improvement or alteration of the premises shall be made without the prior written consent of the Owner. Prior to the commencement of any substantial repair, improvement, or alteration, Tenant shall give Owner at least two (2) days written notice in order that Owner may post appropriate notices to avoid any liability for liens.

10. ENTRY AND INSPECTION: Tenant shall permit Owner or Owner's agents to enter upon the premises at reasonable times (regular business hours shall be deemed reasonable times) and upon reasonable notice (24 hours shall be deemed reasonable advance notice), for the purpose of inspecting the same, and will permit Owner at any time within sixty (60) days prior to the expiration of this agreement, to place upon the premises any usual "To Let" or "For Lease" signs, and permit persons desiring to agreement the same to inspect the premises thereafter.

11. INDEMNIFICATION OF OWNER: Owner shall not be liable for any damage or injury to Tenant, or any other person, or to any property, occurring on the premises or any part thereof, and Tenant agrees to indemnify and hold Owner harmless from any claims for damages and in no way accountable no matter how caused.

12. POSSESSION: Tenant presently has possession and has been in possession of the premises since March 1960.

13. INSURANCE: Tenant, at his expense, shall maintain plate glass and public liability insurance including bodily injury and property damage insuring Tenant and Owner and with minimum coverage as follows:

| | |
|---|---|
| Liability and Medical Expenses | $ 500,000.00; |
| Medical Expenses per Person | $ 5,000.00; |
| Fire Legal Liability per Fire or Explosion | $ 100,000.00. |

To the maximum extent permitted by insurance policies which may be owned by Owner or Tenant, Tenant and Owner, for the benefit of each other, waive any and all rights of subrogation which might otherwise exist.

14. UTILITIES: Tenant agrees that he shall be responsible for the payment of all utilities, including gas, electricity, water, heat, garbage and any other services delivered to the premises.

Property Address: 12210 San Pablo Avenue, Richmond, California 94805

15. SIGNS: Owner reserves the exclusive right to the roof, side and rear walls of the premises. Tenant shall not construct any projecting sign or awning without the prior written consent of Owner which consent shall not be unreasonably withheld.

16. ABANDONMENT: Tenant shall not vacate or abandon the premises prior to the expiration or termination of this Agreement. If Tenant does abandon or vacate the premises, or be dispossessed by process of law, or otherwise, any personal property belonging to Tenant left upon the premises shall be deemed to be abandoned, at the option of the Owner and Owner shall have the right of reentry pursuant to the laws of the State of California.

17. CONDEMNATION: If any part of the premises shall be taken or condemned for public use, and a part thereof remains which is susceptible of occupation hereunder, this Agreement shall, as to the part taken, terminate as of the date the condemnor acquires possession, and thereafter Tenant shall be required to pay such portion of the rent for the remaining term as the value of the premises remaining bears to the total value of the premises at the date of condemnation; provided however, that Lessor may at his option, terminate this agreement as of the date the condemnor acquires possession. In the event that the demised premises are condemned in whole, or that such portion is condemned that the remainder is not susceptible for use hereunder, this agreement shall terminate upon the date upon which the condemnor acquires possession. All sums which may be payable on account of any condemnation shall belong to the Owner, and Tenant shall not be entitled to any part thereof, provided however, that Tenant shall be entitled to retain any amount awarded to him for his trade fixtures or moving expenses.

18. TRADE FIXTURES: Any and all improvements made to the premises during the term hereof shall belong to the Owner, except trade fixtures of the Tenant. Tenant may, upon termination hereof, remove all his trade fixtures, but shall repair or pay for all repairs necessary for damages to the premises occasioned by removal.

19. DESTRUCTION OF PREMISES: In the event of a partial destruction of the premises during the term hereof, from any cause, Owner shall forthwith repair the same, provided that such repairs can be made within sixty (60) days under existing governmental laws and regulations, but such partial destruction shall not terminate this Agreement, except that Tenant shall be entitled to a proportionate reduction of rent while such repairs are being made, based upon the extent to which the making of such repairs shall interfere with the business of Tenant on the premises. If such repairs cannot be made within said sixty (60) days, Owner, at his option, may make the same within a reasonable time, this Agreement continuing in effect with the rent proportionately abated as aforesaid, and in the event that Owner shall not elect to make such repairs which cannot be made within sixty (60) days, this Agreement may be terminated at the option of either party.

In the event that the building in which the demised premises may be situated is destroyed to an extent of not less than one-third of the replacement costs thereof, Owner may elect to terminate this Agreement whether the demised premises be injured or not. A total destruction of the building in which the premises may be situated shall terminate this Agreement.

Property Address: 12210 San Pablo Avenue, Richmond, California 94805

In the event of any dispute between Owner and Tenant with respect to the provisions hereof, the matter shall be settled by arbitration in such a manner as the parties may agree upon, or if they cannot agree, in accordance with the rules of the American Arbitration Association.

20. REMEDIES OF OWNER ON DEFAULT: In the event of any breach of this Agreement by Tenant, Owner may, at his option, terminate the agreement and recover from Tenant:
(a) The worth at the time of award of the unpaid rent which was earned at the time of termination;
(b) The worth at the time of award of the amount by which the unpaid rent which would have been earned after termination until the time of the award exceeds the amount of such rental loss that the Tenant proves could have been reasonably avoided;
(c) The worth at the time of award of the amount by which the unpaid rent for the balance of the term after the time of award exceeds that amount of such rental loss that Tenant proves could be reasonable avoided; and
(d) Any other amount necessary to compensate Owner for all detriment proximately caused by Tenant's failure to perform his obligations under the agreement or which in the ordinary course of things would be likely to result therefrom.

Owner may, in the alternative, continue this agreement in effect, as long as Owner does not terminate Tenant's right to possession, and Owner may enforce all his rights and remedies under the agreement, including the right to recover the rent as it becomes due under the agreement. If said breach of agreement continues, Owner may, at any time thereafter, elect to terminate the agreement.

Nothing contained herein shall be deemed to limit any other rights or remedies which Owner may have.

21. OWNER'S LIABILITY: The term "Owner", as used in this paragraph, shall mean only the owner of the real property or a Tenant's interest in a ground lease of the premises. In the event of any transfer of such title or interest, the Owner names herein (or the grantor in case of subsequent transfers) shall be relieved of all liability related to Owner's obligations to be performed after such transfer. Provided, however, that any funds in the hands of Owner or Grantor at the time of such transfer shall be delivered to Grantee. Owner's aforesaid obligations shall be binding upon Owner's successors and assigns only during their respective periods of ownership.

22. HOLDOVER: If Tenant holds over at the expiration of the termination date of the tenancy herein, and Owner accepts rent thereafter, then this Agreement shall remain in full force and effect except that the term of the tenancy shall become month to month, and the monthly rental shall be negotiated between the Owner and Tenant, unless otherwise agreed by the parties in writing.

23. OPTION TO RENEW: Tenant must notify Owner in writing at least sixty (60) days prior to the expiration of this agreement of Tenant's desire to renew lease for an additional six (6) years. All of the terms and conditions of the lease shall apply during the renewal term except that the monthly rent shall be negotiated between the Owner and Tenant.

Property Address: 12210 San Pablo Avenue, Richmond, California 94805

The option shall be exercised by written notice give to Owner not less than 60 days prior to the expiration of this lease agreement. If notice is not given in the manner provided herein with the time specified, this option shall expire.

24. TAX INCREASE: In the event there is any increase during any year of the term of this agreement in the City, County or State real estate taxes over and above the amount of such taxes assessed for the tax during which the term of this agreement commences, whether because of increased rate or valuation, Tenant shall pay to Owner upon presentation of paid tax bills for:
   (a) Parcel #519-290-026 an amount equal to 100% of the tax increase over the Base Year 1990-91.
   (b) Parcel #519-290-025 an amount equal to 50% of the tax increase over the Base Year 1990-91.

   In the event that such taxes are assessed for a tax year extending beyond the term of the agreement, the obligation of Tenant shall be proportionate to the portion of the agreement term included in such year.

25. ESTOPPEL CERTIFICATE:
   (a) Tenant shall at any time upon not less than ten (10) days' prior written notice from Owner execute, acknowledge and deliver to Owner a statement in writing:
      (1) Certifying that is Agreement is unmodified and in full force and effect (or, if modified, stating the nature of such modification and certifying that this Agreement, as so modified, is in full force and effect), the amount of any security deposit, and the date to which the rent and other charges are paid in advance, if any and;
      (2) Acknowledging that there are not, to Tenant's knowledge, any uncured defaults on the part of Owner hereunder, or specifying such defaults if any are claimed.

      Any such statement may be conclusively relied upon by any prospective purchaser or encumbrancer to the Premises.
   (b) At Owner's option, Tenant's failure to deliver such statement within such time shall be a material breach of this agreement or shall be conclusive upon Tenant:
      (1) That this Agreement is in full force and effect, without modification except as may be represented by Owner;
      (2) That there are no uncured defaults in Owner's performance, and;
      (3) That not more than one month's rent has been paid in advance or such failure may be considered by Owner as a default by Tenant under this Agreement.
   (c) If Owner desires to finance, refinance, or sell the Premises, or any part thereof, Tenant agrees to deliver to any lender or purchaser designated by Owner such financial statements of Tenant as may be reasonably required by such lender or purchaser. Such statements shall include the past three years' financial statements of Tenant. All such financial statements shall be received by Owner and such lender or purchaser in confidence and shall be used only for the purposes herein set forth.

26. TIME: Time is of the essence in each provision of this Agreement.

Property Address: 12210 San Pablo Avenue, Richmond, California 94805

27. ATTORNEY'S FEES In the event of any legal action by the parties arising out of this Agreement, the losing party shall pay the prevailing party reasonable attorney's fees and costs in addition to all other relief.

28. WAIVER: Failure of Owner to enforce any term hereof shall not be deemed a waiver nor shall it constitute a waiver of subsequent breaches of this Agreement. The receipt by Owner of rent with the knowledge of any breach of a provision of this Agreement shall not constitute a waiver of such breach.

29. NOTICES: All notices required by this Agreement shall be in writing and delivered to the parties as follows: To Tenant at the leased premises. To Owner by service to: Casa Nido % James Realty, 10470 San Pablo Avenue, El Cerrito, California 94530 Phone: 524-3702 .

30. HEIRS, ASSIGNS, SUCCESSORS: This agreement is binding upon and inures to the benefit of the heirs, assigns and successors in interest to the parties.

31. MISCELLANEOUS: The heading or titles to paragraphs herein are not part of this Agreement and shall have no effect upon construction or interpretation. For purposes of interpretation of this Agreement, the masculine shall include the feminine and the singular shall include the plural.

32. ADDITIONAL TERMS, CONDITIONS AND COVENANTS: The following are additional terms, conditions and covenants to which the Parties agree:

(a) HAZARDOUS WASTE DISPOSAL: Tenant agrees to remove all hazardous waste on a monthly basis as required by law. Tenant currently uses the hazardous waste disposal services of Safety-Kleen Corporation.

33. Entire Agreement: The foregoing constitutes the entire agreement between the parties and may be modified only by a writing signed by both parties.

WHEREFORE, we the undersigned, do hereby execute and agree to this Agreement.

Dated: 6/21/90 Cathie O'Hanks
Tenant: Cathie O'Hanks

Dated: 6/21/90 Roy O'Hanks
Tenant: Roy O'Hanks

Dated: 6/22/90 K W Fretland
K. W. Fretland, Manager for Owner: Casa Nido Apts

Property Address: 12210 San Pablo Avenue, Richmond, California 94805