Rachel S. Doughty (SBN 255904)
Richard A. Brody (SBN 100379)
J. Rae Lovko (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY, SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendant. | Case No. 20-cv-07923-EMC-TSH<br><br>**REVISED JOINT STATUS REPORT**<br><br>**Status Conference:** May 28, 2024<br>**Hon. Edward M. Chen**<br><br>Complaint Filed: November 10, 2020 |
| CATHERINE O'HANKS,<br><br>Counter-Claimant,<br><br>v.<br><br>LYNNE MARIE GARIBOTTI BLOWER aka LYNNE GARIBOTTI BLOWER, aka LYNNE G. BLOWER as Trustee the Claudio Garibotti Trust dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Counter-Defendant. | |

Casa Nido Partnership, Catherine O'Hanks, Lynne Marie Garibotti Blower, Sandra Kate Vernell, Sentry Insurance Company, and Earl Ray Anderson ("Parties") submit this JOINT STATUS REPORT as ordered by Judge Chen (ECF 225) on March 21, 2024.

Parties report the following:

1. The Parties are scheduled for a Settlement Conference before Judge Spero on July 11, 2024.

2. Casa Nido filed its second Motion for Partial Summary Judgment on May 20, 2024 (ECF 234). A hearing on the motion has been scheduled for August 22, 2024, at 1:30 p.m. The hearing date has been deliberately set to allow for the settlement conference to proceed several weeks prior to the due date for any opposition.

3. Currently, the oppositions to Casa Nido's second Motion for Partial Summary Judgment are due by June 3, 2024 (ECF 234).  In the event the Court does not reset the opposition due date to a time after the Parties' July 11, 2024 Settlement Conference, Casa Nido has agreed to stipulate to extend the due date of any opposition until after the Settlement Conference.

Respectfully submitted by:

Dated: 5/21/24            */s/Rachel S. Doughty*
                          RACHEL S. DOUGHTY, ESQ. (SBN 255904)
                          rdoughty@greenfirelaw.com
                          RICHARD BRODY (SBN 100379)
                          rbrody@greenfirelaw.com
                          GREENFIRE LAW, PC
                          P.O. Box 8055
                          Berkeley, CA 96707
                          Telephone:  (510) 900-9502
                          Facsimile:   (510) 900-9502

                          *Counsel for Plaintiff and Counter-Defendant,*
                          *Casa Nido Partnership*

Dated: 5/22/24            */s/ Daniel P. Costa*
                          **DANIEL P. COSTA (SBN 110919)
                          dcosta@gurneelaw.com
                          GURNEE MASON RUSHFORD BONOTTO &
                          FORESTIRE, LLP

|   |   |
|---|---|
|   | 2240 Douglas Blvd., Suite 150<br>Roseville, CA 95661<br>Telephone:   (916) 797-3100<br>Facsimile:    (916) 797-3131<br><br>*Counsel for Defendant Earl Ray Anderson* |
| Dated: 5/21/24 | /s/*Christopher J. Dow*<br>**WILLIAM NOEL EDLIN, ESQ. (SBN 107796)<br>nedlin@eghblaw.com<br>CHRISTOPHER J. DOW, ESQ. (SBN 250032)<br>cdow@eghblaw.com<br>EDLIN GALLAGHER HUIE + BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone:   (415) 397-9006<br>Facsimile:    (415) 397-1339<br><br>*Counsel for Defendant, Counter-Claimant and Cross-Complainant Catherine O'Hanks* |
| Dated: 5/21/24 | /s/*Rohit A. Sabnis*<br>**ROHIT A. SABNIS, ESQ. (SBN 221465)<br>KELLER AND HECKMAN LLP<br>Three Embarcadero Center, Suite 1420<br>San Francisco, CA  94111<br>Telephone:   (415) 948-2807<br>Facsimile:    (415) 948-2808<br><br>*Counsel for Defendant, Counter-Claimant and Cross-Complainant Catherine O'Hanks* |
| Dated: | **LINDA WENDELL HSU (SBN 162971)<br>lhsu@selmanlaw.com<br>JOHN E. BAUMAN, ESQ. (SBN 315667)<br>bauman@selmanlaw.com<br>SELMAN LEICHENGER, EDSON, HSU, NEWMAN & MOORE, LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537<br>Telephone:   (415) 979-0400<br>Facsimile:    (415) 979-2099<br><br>*Counsel for Defendant / Counter-Defendant Sentry Insurance Company* |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: 5/22/24 | /s/ *Shannon B. Jones* |
| | | SHANNON B. JONES (SBN 149222) |
| 4 | | sbj@sbj-law.com |
| | | JONES LAW GROUP, INC. |
| 5 | | 208 W. El Pintado Road |
| | | Danville, California 94526 |
| 6 | | Telephone: (925) 837-2317 |
| | | Facsimile: (925) 837-4831 |
| 7 | | |
| | | *Counsel for Defendant, Lynne Garibotti* |

Dated: _____

SAGE R. KNAUFT
JAMES L. MINK
WFBM, LLP
255 California Street, Suite 525
San Francisco, CA 94111
sknauft@wfbm.com
jmink@wfbm.com

*Counsel for Defendant, Sandra Kate Vernell*


\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory