WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
ANDREW D. PEREZ, ESQ. (SBN 348645)
aperez@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
CATHERINE O'HANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER, individually and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendants. | Case No. 3:20-cv-7923<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL, BRENDAN H. BROWNE FOR DEFENDANT CATHERINE O'HANKS** |

5563614

1

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2      Defendant <u>CATHERINE O'HANKS</u> ("Defendant") requests that Brendan H.
3  Browne, currently listed as an attorney of record for Catherine O'Hanks, be
4  withdrawn as counsel and an attorney of record in this case. Catherine O'Hanks
5  will continue to be represented by counsel listed in the above caption. Therefore,
6  Catherine O'Hanks respectfully requests that Mr. Browne be removed from the
7  Court's electronic mail for this case.

10  Date: May 23, 2024        EDLIN GALLAGHER HUIE + BLUM

12                                By: _____
13                                CHRISTOPHER DOW, ESQ.
14                                ANDREW D. PEREZ, ESQ.
                                Attorneys for Defendant
15                                CATHERINE O'HANKS

Re:   <u>Casa Nido Partnership v. Catherine O'Hanks, et al.</u>
      United States District Court, Northern District Case No. 3:20-cv-7923

### CERTIFICATE OF SERVICE – L.R. 5-3.2

I am a citizen of the United States and an employee in the state of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is EDLIN GALLAGHER HUIE + BLUM, 515 S. Flower St. Ste. 1020. Los Angeles, California 90071.

I hereby certify that on May 23, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL, BRENDAN H. BROWNE FOR DEFENDANT CATHERINE O'HANKS**

__X__ **BY ELECTRONIC SERVICE**: I caused such document to be electronically served the United States District Court Case Filing website on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on May 23, 2024, at Los Angeles, California.

_/s/ Xiomara Millan_
XIOMARA MILLAN

5531004