# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** May 28, 2024  **Time:** 3:16-3:19  **Judge:** Edward M. Chen
3 minutes

**Case No.:** 3:20-cv-07923-EMC   **Case Name:** Casa Nido Partnership v. Kwon, et al

**Attorney for Plaintiff:** Rachel Doughty
**Attorneys for Defendants:** Christopher Dow, Rohit Sabnis, Shannon Jones, James Mink, John Bauman

**Deputy Clerk:** Vicky Ayala                             **Court Reporter:** Marla Knox

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference – held

### SUMMARY

Parties stated appearances.

Settlement Conference set for 7/11/2024.  The Court modified the due dates for impending motion as follows to allow for the settlement conference to take place prior to further briefing: opposition brief due by 7/26/2024.   Reply brief due by 8/5/2024. Motion for Summary Judgment hearing set for 8/22/2024 at 1:30 pm.