UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC (JCS)

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** July 11, 2024　　　　　　　　　**Time:** 6.5 Hours

**Deputy Clerk:** Brenda Lopez　　　　　**Court Reporter:** Not Reported

**Attorneys for Plaintiff:** Rachel Doughty, Jennifer Rae Lovko, Richard Brody, Paul Kibel
**Attorney for Defendant Lynn Garibotti:** Shannon B. Jones
**Attorneys for Defendant Sandra Kate Vernell**: Sage Knauft, James Mink
**Attorney for Defendant Earl Ray Anderson**: Daniel P. Costa
**Attorney for Defendant Sentry Insurance Co.:** Linda Wendell Hsu
**Attorneys for Defendant Catherine O'Hanks:** Christopher Dow, Andrew Perez, Rohit Sabnis

## ZOOM PROCEEDINGS

(X)　　Zoom Settlement Conference - Held

　　　　( ) Case Settled　　　( ) Case Did Not Settle　　　( ) Partial Settlement

( )　　Further Zoom Settlement Conference

　　　　( ) Case Settled　　　( ) Case Did Not Settle　　　( ) Partial Settlement

( )　　Zoom Scheduling Conference to set Settlement Conference

**Notes:** Defendant Garibotti and plaintiff reached agreement in principle to settle and will draft agreement.

Further settlement conference set for October 22, 2024 at 10:00 AM by Zoom Meeting after pending summary judgment motion is decided. Updated settlement conference statement due by October 15, 2024. If any party desires an earlier settlement conference, they should contact the Court.