WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
ANDREW D. PEREZ, ESQ. (SBN 348645)
aperez@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
CATHERINE O'HANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CASA NIDO PARTNERSHIP, a California Partnership,

Plaintiff,

vs.

CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER, individually and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,

Defendants.

Case No. 3:20-cv-7923

**[*PROPOSED*] ORDER GRANTING DEFENDANT CATHERINE O'HANKS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF CASA NIDO PARTNERSHIP**

Date: August 22, 2024
Time: 1:30 p.m.
Judge: Edward M. Chen
Courtroom.: 5 – 17th Floor

Third Amended Complaint Filed: December 16, 2022

5583566

PLEASE TAKE NOTICE that on August 22, 2024, at 1:30 PM in Courtroom 5 of the United States District Court in and for the Northern District of California before the Honorable Edward M. Chen, the Court came on for hearing on Defendant CATHERINE O'HANKS ("Defendant" or "Ms. O'Hanks") Cross-Motion for Partial Summary Judgment against Plaintiff CASA NIDO PARTNERSHIP's ("Plaintiff" or "Casa Nido") First, Second, Fourth, Seventh, and Eighth Claims for Relief ("Cross-Motion"). After full consideration of the evidence, moving and opposition papers, and oral arguments presented at the hearing, the Court grants Ms. O'Hanks' Cross-Motion for Partial Summary Judgment in its entirety and finds there is no genuine dispute as to any material facts of those claims for the following reasons:

1. Casa Nido's First Claim for Relief under the federal Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") fails as a matter of law, because Plaintiff failed to substantially comply with the National Contingency Plan, an essential element of CERCLA cost recovery.

2. Casa Nido's Second Claim for Relief under the California Hazardous Substance Account Act fails for the same reasons Plaintiff's CERCLA claim fails, as these statutes are interpreted the same.

3. Casa Nido's Fourth Claim for Relief under Water Code sections 13304 and 13350 fail as a matter of law, because these statutes do not create a private party cause of action but rather create enforcement authority exclusively for the state regional water quality control boards or the State Water Resources Board.

4. Casa Nido's Seventh Claim for Relief for negligence is time barred and falls outside the applicable three-year statute of limitations, because Plaintiff became aware of the PCE contamination at its property at least six years before it filed the instant lawsuit.

5. Casa Nido's Eighth Claim for Relief for negligence per se is time barred and falls outside the applicable three-year statute of limitations, because Plaintiff became aware of the PCE contamination at its property at least six years before it filed the instant lawsuit.

///

///

///

///

///

5583566

THEREFORE, IT IS HEREBY ORDERED THAT:

Defendant Catherine O'Hanks' Cross-Motion for Partial Summary Judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated:_______________

_______________________________

HON. EDWARD M. CHEN
United States District Judge

5583566

3

[*PROPOSED*] ORDER GRANTING DEFENDANT CATHERINE O'HANKS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF CASA NIDO PARTNERSHIP

**Re**: **<u>Casa Nido Partnership v. Catherine O'Hanks, et al.</u>**
**United States District Court, Northern District Case No. 3:20-cv-7923**

**CERTIFICATE OF SERVICE – L.R. 5-3.2**

I am a citizen of the United States and an employee in the state of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is EDLIN GALLAGHER HUIE + BLUM, 515 S. Flower St. Ste. 1020. Los Angeles, California 90071.

I hereby certify that on July 26, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING DEFENDANT CATHERINE O'HANKS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF CASA NIDO PARTNERSHIP**

__X__ **BY ELECTRONIC SERVICE**: I caused such document to be electronically served the United States District Court Case Filing website on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on July 26, 2024, at Los Angeles, California.

Anahit A.
ANAHIT AVETISYAN

5561867