# <u>EXHIBIT A</u>



# ALBORZ A. WOZNIAK, P.E., BCEE
## *Principal Engineer*

## EXPERIENCE SUMMARY

Alborz Wozniak is the CEO and co-founder of Veritas Environmental Consulting, Inc. Mr. Wozniak has over 30 years of consulting experience specializing in environmental engineering, hazardous waste site cleanup, regulatory compliance, litigation support, and 3rd party facilitation. He is a licensed civil engineer in California and Washington and is a Board-Certified Environmental Engineer (BCEE) by the American Academy of Environmental Engineers and Scientists. Mr. Wozniak has been involved with the investigation and cleanup of hundreds of contaminated sites across the United States. His diverse expertise includes providing expert testimony on environmental pollution matters, evaluation of environmental insurance claims, optimization of remediation programs and closure strategies, assessment of wastewater and storm water quality, technical facilitation at multi-party contaminated sites, and oversight of remediation trusts.

With respect to environmental pollution matters, Mr. Wozniak works closely with clients and their counsel to understand the technical and regulatory issues that affect the scope of their environmental liability and to develop strategies that will minimize and resolve those liabilities. Mr. Wozniak's expertise encompasses an array of sites from active and abandoned mine lands to industrial facilities such as lumber mills, former manufactured gas plants (MGPs), petroleum refining and distribution facilities, metal plating and chemical plants; drycleaning facilities; landfills; and confined animal feeding operations. Mr. Wozniak has been involved in some of the nation's most complex Superfund sites such as the Lower Duwamish Waterway, Portland Harbor, Diamond Alkali Chemical Site, Bunker Hill Mine Complex, Sheboygan River and Harbor, MEW Site, and the Pearl Harbor Naval Complex.

Mr. Wozniak has designed and implemented numerous soil, sediment, soil vapor, and groundwater investigations; prepared CERCLA documents such as RI/FS reports, EECAs, remedial design reports, and monitoring plans; and managed the construction and operation of remediation systems. He has extensive experience with environmental federal laws and regulations as well as state cleanup regulations in states such as California, Washington, Oregon, Indiana, New Jersey, and Florida. He has participated in numerous agency meetings to negotiate the technical terms of administrative orders, present rationale for modifications to agency requirements as well as obtain site closure. Mr. Wozniak has evaluated the hydrogeologic conditions of various regions of the US and been involved in analysis of the fate and transport of contaminants such as chlorinated solvents, metals, and inorganic compounds in soil and groundwater.

Mr. Wozniak provides expert testimony on topics related to nature and timing of contamination, consistency with the National Contingency Plan (NCP), reasonableness of damages, and allocation of liability among multiple responsible parties. He has provided expert testimony in areas related to the fate and transport of contaminants, adequacy of site characterization and remediation, and likely future cleanup costs based on industry standard of care and regulatory requirements.

**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

# EDUCATION

M.S. Environmental Engineering, George Washington University, Washington DC
B.S. Chemical Engineering, University of Massachusetts, Amherst, MA

# REGISTRATIONS AND CERTIFICATIONS

Registered Professional Engineer (Civil) in the State of California – C 55226
Registered Professional Engineer (Civil) in the State of Washington – 50254
Board Certified Environmental Engineer (BCEE) with American Academy of Environmental
Engineers and Scientists (AAEES)

# OTHER PROFESSIONAL TRAINING

Drinking Water Source Assessment and Protection Program Training, April 2002
Facilities Remediation Engineering Course, University of California Berkeley, 2000
Process Hazard Analysis for Team Leaders, AcuTech Training Institute, 2000
Radiological Worker II Training - 1998
40-hr HAZWOPER and 8-hr Supervisory Training
Open Trench and Excavation Competent Person, Plank Company, 1998

# PROFESSIONAL ORGANIZATIONS

American Chemical Society (ACS)
National Groundwater Association & Groundwater Resource Association (GRA)

# PRIOR TESTIMONY

2022 – L.A. Terminals, Inc. vs. City of Los Angeles et al., United States District Court, Central
District of California Case No. 2:18-cv-06754-MWF-RAO (deposition on behalf of defendant)

2021 – George Torres et al. v Harold Igdaloff et al., United States District Court, Central District
of California Case No. 2:17-cv-4059-SJO (deposition testimony on behalf of defendant)

2018 – Givaudan Fragrances Corporation v. Aetna Casualty & Surety Company et al., Superior
Court of New Jersey, Morris Co. Docket No. MRS-L-592-09 (deposition testimony on behalf of
defendants)

2018 – Great American Insurance Company v. The Continental Insurance Company, et al., Case
No. CIVSS814308 (deposition testimony on behalf of defendant)

2018 – Velsicol Chemical Company v. Westchester Fire Insurance Company, Case No. 15-cv-
02534 (deposition testimony on behalf of defendant)

2017 – Gardiner Family LLC et al. v. Crimson Resource Management Corp. et al., Case No. 1:15-
CV-00751-DAD-JLT (deposition testimony on behalf of defendant)

2017 – Exxon Mobil Corporation v. United States of America, United States District Court for the
Southern District of Texas Houston Division, Case Nos. H-10-2386 and H-11-1814 (deposition
testimony on behalf of defendant)



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

2016 – County of Stanislaus v. Travelers Indemnity Company, Superior Court of the State of California, Stanislaus County, Case No. 2006893 (deposition testimony on behalf of defendant)

2016 – Daniel Harshbarger v. Klamath County, Circuit Court of the State of Oregon, County of Klamath – Case No. 1202799cv (trial testimony on behalf of defendant)

2016 – Encino Holdings LLC v AE Inc. et al., Case No. BC513286 (deposition testimony on behalf of defendant)

2016/2015 – Seattle Times Company v. National Surety Corporation et al., Case No.2:13-cv-01463-RSL (deposition testimony on behalf of defendants)

2015 – Gull Industries v. Allianz Underwriters Insurance Company et al., Case No. 11-92-44427-9 (trial and deposition testimony on behalf of defendant)

2014 – County of San Bernardino v. Pacific Indemnity Company, et al., Case No. 5:13-cv-01137-PSG-SS (deposition testimony on behalf of defendant)

2014 – CITGO Petroleum v. Certain Underwriters at Lloyd's London and London Market Companies, Case No. 2005-1523, Div E (deposition testimony on behalf of defendant)

2014 – Santa Fe Pacific Gold Corp. v. United Nuclear Corp. v. Traveler Indemnity et al., Case No. CV-97 139 II (deposition testimony on behalf of defendant)

2012 – OCWD v. Sabic et al., Case No. 03CC 00078246, Superior Court of CA, Orange County (deposition testimony on behalf of defendant)

2012 – Searles Valley Minerals Ops., Inc. v. Adv. Steel Recovery, Inc., et al. - United States District Court Central District, Case No. 5:10-cv-01403 (deposition testimony on behalf of defendant)

# REPRESENTATIVE PROJECTS

Mr. Wozniak has been involved in over 500 site investigation and remediation projects across the United States and over 50 litigation matters. The following projects are representative of the variety of expertise and technical services provided by Mr. Wozniak.

## Expert Testimony & Litigation Support

**Litigation Support, Bayou Corne Sinkhole, Louisiana –** Mr. Wozniak is retained as a consulting expert in a matter involving response actions taken following the creation of a massive sinkhole as a result of salt mining in the Napoleonville Salt Dome region of Southern Louisiana. Mr. Wozniak is evaluating and categorizing the response costs based on the nature of activities, regulatory requirements and specific insurance policy conditions.

**Expert Witness, multiple drycleaning sites, CA and WA –** Mr. Wozniak has been retained as a testifying expert in multiple matters involving contamination from historic drycleaning operations. In Washington, Mr. Wozniak is currently providing expert testimony on specific drycleaning operations, chemical and waste handling practices and nature of chemical releases from various operational areas. In California, Mr. Wozniak is currently retained as an expert on several cases involving former drycleaner sites where he is providing expert testimony on reasonableness of past response costs and projections of future cleanup costs.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

**Expert Witness, Coal Mining Refuse Piles, Fayette County, West Virginia** – Mr. Wozniak is retained as an expert witness in a matter involving allegations of water contamination emanating from abandoned refuse piles (gob piles) in Fayette County West Virginia. The case involves both underlying and insurance coverage actions related to presence and nature of contamination and waste disposal practices.

**Expert Witness, Clean Water Act and CAFO Compliance, Southern California** – Mr. Wozniak was retained as an expert witness in a matter involving cost recovery in an insurance matter involving storm and non-stormwater permitting and compliance and creek bank restoration. Mr. Wozniak provided guidance for settlement on the regulatory requirements for stormwater permitting at an equestrian facility and the nature of creek restoration and bank stabilization activities relative to certain insurance policy conditions.

**Expert Witness, Port of Los Angeles, California** – Mr. Wozniak was retained as an expert witness in a matter involving contribution analysis and cost recovery for chlorinated and petroleum hydrocarbon contamination at the Port of Los Angeles. Mr. Wozniak has provided opinions regarding various parties' role in contribution to the contamination and the reasonableness of future cleanup approaches.

**Expert Witness, PCB Contaminated Site, California** – Mr. Wozniak was retained as an expert witness in a matter involving cost recovery for remediation of soil contaminated with polychlorinated biphenyls (PCBs) in Riverside County, California. Mr. Wozniak provided opinions regarding whether response actions taken by the plaintiff were performed in compliance with the NCP and resulted in a CERCLA-quality cleanup.

**Expert Witness, Former Industrial Facility, California** – Mr. Wozniak was retained as an expert witness in a matter involving a former industrial facility in Los Angeles, California, where over 100 years of operations resulted in soil contamination by chlorinated solvents. Mr. Wozniak provided opinions regarding the likely sources of contamination and whether response actions by the plaintiff were consistent with the NCP.

**Expert Witness, Lower Passaic River Allocation Proceedings, New Jersey** – Mr. Wozniak was involved as an expert in a matter involving allocation of liability for the Operable Unit #2 (OU2) of the Diamond Alkali Superfund Site and the Lower Passaic River Study Area in New Jersey. Mr. Wozniak is providing expert opinions regarding the fate and transport of contaminants of concern from an upland property to the LPR.

**Expert Witness, Chemical Manufacturing Plant, New Jersey** – Mr. Wozniak was retained as a testifying expert in a matter involving investigation and remediation of a chemical manufacturing plant near the Passaic River in New Jersey. Mr. Wozniak provided testimony regarding the nature of the activities for which past costs were being claimed and the adequacy of the cost documentation relative to the standard of care.

**Expert Witness, Multiple Sites in Tennessee** – Mr. Wozniak was retained as a testifying expert in a matter involving multiple Superfund sites in Tennessee that involve pesticide and other chemical contamination of soil, groundwater and sediment. Mr. Wozniak was retained to evaluate the history of site operations; evidence of past releases; source, nature and mechanism of chemical spills; and the adequacy of past costs claimed for investigation and cleanup of the contaminants at the sites.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

**Expert Witness, Refineries in Texas and Louisiana** – Mr. Wozniak was retained as a testifying expert in a matter involving CERCLA cost recovery between a private company and the United States Government. Mr. Wozniak provided opinions regarding whether response actions taken at two refinery and chemical plants were consistent with the NCP.

**Expert Witness, Landfill Site in Modesto, CA** – Mr. Wozniak was retained as a testifying expert in a matter involving categorization of costs associated with the post-closure operation, maintenance and monitoring of a landfill gas control and collection system (LFGCCS), groundwater extraction and treatment system, and groundwater monitoring activities. Mr. Wozniak provided testimony regarding the nature of the activities performed in compliance with state regulations and agency orders and directives.

**Expert Witness, Alleged Herbicide Contamination in Klamath County, Oregon** – Mr. Wozniak was retained as a testifying expert in a matter involving herbicide application along roadway right-of-way and alleged private property contamination. Mr. Wozniak provided testimony at trial regarding the fate and transport of herbicides and the necessity for any soil remediation.

**Expert Witness, Drycleaner Site in Southern California** – Mr. Wozniak was retained as a testifying expert in a matter involving tetrachloroethylene (PCE) contamination associated with a former drycleaning facility and the standard of care for a consulting firm that conducted the initial site assessment as part of a property transaction. Mr. Wozniak provided opinions regarding the adequacy of the initial site assessment activities by the consultant.

**Expert Witness, Drycleaner Site in Seattle, Washington** – Mr. Wozniak was retained as a testifying expert in a matter involving remediation and redevelopment of a former large-scale laundry and drycleaning facility in the Northwest. Mr. Wozniak provided opinions regarding the reasonableness of the remediation, the segregation of costs for redevelopment and the likely timing of PCE groundwater contamination as a result of past drycleaning operations.

**Expert Witness – Portfolio of Gasoline Stations, Washington** – Mr. Wozniak was retained as a testifying expert in a matter involving over 200 gas stations located throughout the Northwest. During the Phase I Trial of several test sites, Mr. Wozniak provided trial and deposition testimony as a rebuttal expert on issues related to the nature and behavior of gasoline in the environment, the likely timing of groundwater contamination, and the mechanism of potential past operational releases at the fueling stations.

**Expert Witness – Metal Plating Facility in Southern California** – Mr. Wozniak has been retained on behalf of a former metals plating facility in a CERCLA contribution action at a large Superfund Site in Southern California. Mr. Wozniak is responsible for evaluating the source and nature of hexavalent chromium and chlorinated solvent contamination from several facilities in the area and to develop a reasonable allocation methodology for potential settlement proceedings.

**Expert Witness – Drycleaner Sites in Northern California** – Mr. Wozniak was retained as a testifying expert in a matter involving groundwater contamination as a result of past operations from multiple drycleaning sites in downtown Fairfield, California. On behalf of the City of Fairfield, Mr. Wozniak was charged with evaluation of contribution of PCE releases from various operators at multiple facilities, the potential role of sewer pipes in the release of PCE-laden



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

wastewater to groundwater and development of an allocation scheme to support settlement of the case.

**Expert Witness, Landfill Facility in Southern California** – Mr. Wozniak was retained as a testifying expert in a matter involving perchlorate and solvent groundwater contamination in the Rialto Colton Basin in Southern California. Mr. Wozniak provided opinions related to the nature of environmental response actions taken and the categorization of millions of dollars in claimed costs. The matter settled prior to trial.

**Expert Witness, Uranium Mines in New Mexico** – Mr. Wozniak was retained as a testifying expert in a matter involving groundwater contamination at a former uranium mine in the Ambrosia Lake area of the Grants Mineral Mining Belt. Mr. Wozniak is providing technical opinions related to the timing of groundwater impacts relative to the insurance policy years.

**Expert Witness, Lumber Mill in Northern California** – Mr. Wozniak was retained as a testifying expert in a matter involving cleanup of dioxins/furans and metals at a former lumber mill in Northern California. Mr. Wozniak provided technical opinions related to the sources and nature of contaminant transport to onsite operational ponds and the likely contribution from various sources such as stormwater and onsite wastewater discharges.

**Expert Witness, Refinery in Louisiana** – Mr. Wozniak was retained as a testifying expert in a matter involving over $40M in claimed costs associated with closure of surface impoundments and retention basins and RCRA Facility Investigations at one of the largest refineries in the US. In this matter, Mr. Wozniak provided opinions regarding the nature of environmental activities and the associated costs and whether environmental actions were necessary and appropriate.

**Expert Witness, Plating Facility in Southern California** – Mr. Wozniak was retained as a testifying expert in a matter involving investigation and remediation actions taken by the State of California Department of Toxic Substances Control (DTSC) at a former plating and metal finishing facility and whether those actions were consistent with the NCP.

**Expert Witness, Manufacturing Plant in Southern California** – Mr. Wozniak was retained as a testifying expert in the Orange County Water District (OCWD) South Basin litigation on behalf of two defendants. Mr. Wozniak provided technical opinions related to the sources of the contamination, contribution from up-gradient sites, reasonableness of past investigation actions, potential plume migration to other areas down-gradient of the sites, and the likely future cleanup costs.

**Expert Witness, Southern California** – Mr. Wozniak was retained as a testifying expert in a matter in California involving the cleanup of mercury contamination that resulted from dismantling of crystallizers and demolition activities at a potash plant. Mr. Wozniak prepared an expert report and provided deposition testimony regarding the scope of investigation and response actions and whether those actions were consistent with the provisions of the NCP and resulted in a CERCLA-quality cleanup.

**Expert Witness, Lead Smelter in Missouri** – Mr. Wozniak was retained as an expert in a matter in Missouri involving remediation of lead contaminated soil at residential properties. Lead contamination was a result of transportation of ore via trucks and the aerial deposition from a nearby smelter. Mr. Wozniak evaluated whether the proposed remedial action by plaintiff's expert were in compliance with USEPA regulations and guidance documents related to cleanup of lead



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

impacted soils. In addition, Mr. Wozniak reviewed the opposing expert's proposed costs to determine if the technical approach, staffing and costs were reasonable and consistent with standard of care.

**Expert Witness, Firing Range in Washington** – Mr. Wozniak was retained as an expert in a matter in Washington State involving remediation of lead contaminated soil at a <u>firing range</u>. Mr. Wozniak evaluated the technical and regulatory basis for the soil investigation and remediation and provided opinions related to potential sources of lead in the nearby wetland. The matter was successfully settled during mediation prior to trial.

**Expert Witness, Drycleaner in Southern California –** Mr. Wozniak was a testifying expert in a matter involving a drycleaning facility in Los Angeles, California. In the case, Mr. Wozniak provided opinions regarding the nature and behavior of contaminants in the subsurface, the regulatory requirements for investigation and remedial action at the Site, and the expected future costs to achieve site closure.

**Expert Witness, Gasoline Station in Northern California –** Mr. Wozniak was retained as a testifying expert in a matter involving release of fuel hydrocarbons from underground storage tanks (USTs) and the associated property damage. In the case, Mr. Wozniak provided opinions regarding the release mechanism, nature and behavior of contaminants in the subsurface and potential costs associated with the investigation and remediation of the pollutants.

**Litigation Support, Lead and Silver Mines in Idaho –** Mr. Wozniak was the lead project engineer in a litigation involving historical mining contamination in one of the largest silver mines in the world. Mr. Wozniak conducted site visits, file reviews, developed preliminary technical opinions, and evaluated the past and future costs related to site cleanup as well as natural resource damage (NRD) costs.

**Litigation Support, Central California –** Mr. Wozniak was retained as an expert in a matter involving evaluation of costs for past investigation and remedial activities performed at the City of Chico as part of the overall defense of the suit brought by the State of California against multiple <u>drycleaning</u> facilities. The issue revolved around whether the activities performed by a responsible party and paid for by an insurer were investigation costs in response to an order or the suit. Mr. Wozniak supported the arbitration activities to resolve the case successfully.

**Litigation Support, Petroleum Pipelines in Mississippi –** Mr. Wozniak was the lead technical consultant on a litigation portfolio relating to environmental damage from historical petroleum pipeline releases across several states. Mr. Wozniak was responsible for developing technical defense strategies and identifying appropriate forensic techniques, overseeing review of all discovery documents, preparation of site chronologies, identification of expert witnesses, review of expert reports, and review and analysis of deposition and trial testimonies.

**Litigation Support, Southern California** – Mr. Wozniak was the lead engineer and principal investigator for a matter involving property damage and bodily injury claim from petroleum hydrocarbon contaminated groundwater. Mr. Wozniak presented technical and regulatory issues at mediations and was involved in developing and managing the team of forensic experts for the case. Experts included a toxicologist, medical doctor, and regulatory expert.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

## Technical Consulting and Oversight

Mr. Wozniak is retained by private parties or their insurance carriers to provide technical and strategic guidance on site characterization, remedial design and optimization, and regulatory closure strategies at contaminated sites across the US. Mr. Wozniak works collaboratively with local consultants in various jurisdictions and states to develop the necessary elements of conceptual site models (CSMs), develop roadmaps to closure, design remediation programs, and oversee the implementation of response actions. He has extensive knowledge with respect to drycleaning site cleanup having worked on more than 80 facilities nationwide. Below, are example sites, industries, and states in which Mr. Wozniak has been engaged in environmental restoration.

**Mining, Milling, and Smelting Contaminated Sites** – Mr. Wozniak has provided insurers with the technical evaluation and cost analyses related to various mining facilities across the United States, Canada and international operations. These sites and mine complexes include mining, milling, smelting, and refining operations for uranium, lead, gold, aluminum, nickel and copper among other base- and rare-earth metals. Mr. Wozniak has evaluated billions of dollars of claimed costs for past and future environmental liabilities with a focus on segregating operations and compliance costs from environmental investigation and remediation activities. Mr. Wozniak has inspected mines in states such as California, New Mexico, Idaho, and South Dakota.

**Rivers and Harbors Remediation and Restoration Projects** – Mr. Wozniak has been retained by insurance companies to evaluate the liabilities of policyholders at several complex sediment sites including the Portland Harbor, Lower Duwamish Waterway, Passaic River, and Harbor Island Superfund Sites. As part of either coverage actions or settlement process, Mr. Wozniak has evaluated the nature of past releases, cleanup costs, and allocation among responsible parties to support settlement discussions.

**Power Station Coal Combustion Residuals (CCRs) Impoundment Closures** – Mr. Wozniak has been involved with evaluation of CCR impacts on groundwater at numerous coal-fired power plants across the US, advising insurers with the regulatory rules and implications for closure of impoundments and landfills containing CCRs.

**Site Closure Optimization, Across United States** – Mr. Wozniak is often retained by insurers or responsible parties to provide technical and regulatory expertise in effectively and efficiently guiding and facilitating the investigation and remediation of contaminated sites across the US. Mr. Wozniak provides his expertise in both technical analysis and regulatory negotiations in order to optimize the closure process of contaminated sites such as drycleaners, former manufacturing and chemical plants, and gasoline stations. Insurers and other 3rd parties retain Mr. Wozniak to solve challenges posed by ineffective remedial methods, inadequate site characterization, incomplete site conceptual model development, difficult regulatory interfaces, or poor communication. Mr. Wozniak has successfully developed roadmap for closure for numerous contaminated sites in multi-stakeholder circumstances across the United States.

**Oversight of Investigation and Cleanup (Washington)** – Mr. Wozniak provides technical oversight and strategic advice on site investigation and cleanup approaches on numerous contaminated sites in the State of Washington. The impacted sites have ranged from harbors and waterways to drycleaning facilities and chemical manufacturing plants. Mr. Wozniak provides technical oversight of the Potentially Liable Party's (PLP) consultant to ensure that work is being



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

performed consistent with MTCA and that costs are reasonable and properly categorized.  Mr. Wozniak has provided expertise in the design of appropriate soil, groundwater, sediment, soil gas, and indoor air investigation programs.  Mr. Wozniak's expertise with regulatory negotiation tactics and cleanup process development has resulted in cost savings and optimization of site characterization and cleanup actions.

**Technical & Regulatory Consulting for Site Investigation and Cleanup (Indiana) –** Mr. Wozniak has been involved with oversight of investigation and cleanup activities at numerous contaminated sites in Indiana.  He has provided technical strategy and guidance on investigation techniques, regulatory closure approaches, remediation alternatives, and potential litigation strategies against other contributing sources at over 15 drycleaning facilities and several chemical manufacturing sites.

**CWA Regulatory Compliance and Support, Various Clients –** Mr. Wozniak has been retained to provide technical and regulatory support on regulations stemming from Clean Water Act including SPCC Plan review and conformance, SWPPP review and evaluation for adequacy, evaluation of agency fines for violations of NPDES permits and root cause analysis for land erosion and sedimentation of wetlands.  Projects have ranged from solar field construction projects to city/municipal general permits.

**Former Manufacturing Gas Plants (FMGPs) – Various States –** Mr. Wozniak has been involved with evaluation of the technical and financial aspects of numerous former manufactured gas plant (MGP) sites throughout the United States.  He has performed technical evaluations of the investigation and cleanup of MGP sites in states such as Ohio, New York, New Jersey, South Carolina, Florida, Wisconsin, Kansas, Oregon, and California.  He has prepared future cost estimates (both deterministic and probabilistic) for the cleanup of MGP sites valued at over $1 billion.

**Technical / Financial Evaluation, Portland Harbor Superfund Site, Portland, Oregon –** Mr. Wozniak has been involved in several claims related to multiple facilities along the Willamette River that have been identified by the USEPA and Oregon DEQ as potentially responsible parties (PRPs) in the Portland Harbor Superfund Site.  These facilities include former ship repair operators, former manufactured gas plant (MGP) facilities, and chemical manufacturing sites.  Mr. Wozniak has reviewed the history of site operations and environmental activities and developed likely future costs and associated allocation of liability for upland and in-river sediment cleanup as well as natural resource damages (NRD).

**Technical / Financial Evaluation (Nitrate contamination in Central Valley of CA) –** Mr. Wozniak was retained by a group of carriers to provide technical and financial evaluation of the work proposed and implemented by an insured's consultants and experts. The matter involved releases of nitrates from a fertilizer manufacturing facility in the Central Valley of California that had impacted the groundwater in the vicinity of the site.  A nearby city municipal well was also impacted by nitrate which led to litigation between the city and the fertilizer facility owners/operators. Mr. Wozniak provided independent evaluation of potential contributing sources of nitrate at the site and offsite, forensic investigation approaches and methods, and preliminary expert opinions regarding allocation of liability.  In addition, Mr. Wozniak participated in numerous mediations to support a favorable settlement among the underlying parties and the insurers funding the settlement.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

**Technical / Financial Evaluation (Chromium contamination in Central Valley of CA) –** Mr. Wozniak was retained by a group of carriers to provide technical and financial evaluation of the work proposed and implemented by the insured's experts. The matter involved historical releases of hexavalent chromium from a manufacturing facility in the Central Valley of California that had impacted the groundwater in the vicinity of the site. Nearby residents had filed suit against a group of defendants including the site owners/operators, local municipal water purveyor, the city and county, and the irrigation district. Mr. Wozniak was tasked by the carriers to evaluate the technical approach proposed by four defendant experts to evaluate the fate and transport of chromium in surface water, groundwater, and air. Mr. Wozniak reviewed over $2M in expert costs and prepared an analysis of the reasonableness and necessity of the costs.

**Technical / Financial Evaluation (Solvent contamination, Portland OR) –** Mr. Wozniak was retained by a carrier to provide technical and financial evaluation of the claimed past costs and projected future costs in the context of a settlement negotiation between a carrier and its insured. Mr. Wozniak conducted a detailed audit of the past costs paid by the carrier to support the carrier's allocation of the costs as defense versus indemnity. In addition, Mr. Wozniak developed a detailed future cost estimate to support the client's exhaustion of policy analysis.

**Technical / Financial Evaluation (Bunker Hill Superfund Site, ID) –** Mr. Wozniak has been the lead technical engineer for evaluation of the historic mining operations and waste management activities related to silver and lead mining and smelter activities in the Coeur D'Alene valley in Northern Idaho. As part of this matter, Mr. Wozniak has evaluated the past costs for the USEPA to conduct residential housing cleanup and remediation of the impacted soils associated with smelter operations as well as analyzing the projected future liabilities and costs related to cleanup of sediment contamination and Natural Resource Damages claims. Mr. Wozniak has developed an allocation approach to determine the range of liabilities associated with specific mining sites as part of a global settlement plan with the insurance company.

**Technical Guidance and PCB Sediment Remediation (Wisconsin) –** Mr. Wozniak was involved in the Sheboygan River and Harbor Superfund Site as the oversight consultant for the carrier providing cost-cap remediation environmental insurance policy. In this capacity, Mr. Wozniak worked closely with the insured to review all technical documents, participate in all regulatory meetings, and review the incurred costs on a monthly basis. In addition, Mr. Wozniak provided expertise on Natural Resource Damages (NRD) issues as well as other regulatory developments related to the Great Lakes Legacy Act.

## Other Representative Projects

**Remediation Trust Fund Oversight –** Mr. Wozniak has been designated as the fund control agent in oversight and disbursement of nearly $2 million dollars related to cleanup of solid waste disposal at a private property in Southern California. In this regard, Mr. Wozniak reviews all financial and technical aspects of the work and disburses funds for the cleanup of the land.

**Facilitation –** Mr. Wozniak was a facilitator for the Stanford Linear Accelerator Center (SLAC) site in Menlo Park, California. In this capacity, Mr. Wozniak lead monthly Core Team Group meetings which involved facilitating the decision-making process of the key stakeholders (the responsible parties and the regulatory agencies) through site cleanup. He facilitated the Core Team for nearly five years toward site closure.



**In-Situ Thermal Remediation –** Mr. Wozniak has been involved with electric resistance heating (ERH) and electric conductive heating (ECH) design and implementation for remediation of DNAPL at drycleaning sites in Indiana and New Jersey. These in-situ thermal technologies have been effective in remediation of contaminants under buildings and in accelerating reaching cleanup goals.

**Removal Action,** *Drycleaning Facility, Hawaii* – Mr. Wozniak served as the lead project engineer and field manager for the soil cleanup activities at Aiea Laundry Facility. In his capacity as the lead engineer, Mr. Wozniak was responsible for the design, construction, and monitoring of a complex soil vapor extraction (SVE) system including horizontal trench and numerous vertical extraction points.

**Removal Action,** *NEX Gas Station, Pearl Harbor, Hawaii*—Served as assistant engineer and field manager for the removal action at NEX Gas Station. Began work on the project from the EE/CA preparation stage through design and monitoring of a ground-water and product extraction system. Following is a brief summary of responsibilities and tasks accomplished.

<u>System Design</u>—Prepared plans and specifications for an extraction system designed to remove a plume of weathered Navy Special Fuel Oil (NSFO) and diesel from shallow ground water near Pearl Harbor. System components consisted of four ground water depression pumps, four pneumatic product pumps and skimmers, one 100-gallon per minute (gpm) oil-water separator, and one 1,000-gallon above ground storage tank.

<u>System Operation Monitoring</u>—Prepared an operation and maintenance plan along with a monitoring plan for the remedial system described above. Served as the field manager and system engineer during remediation system start-up. Responsibilities included training and overseeing two staff engineers during operation and monitoring of the product recovery system. Monitoring parameters included product thickness and ground water level measurements in extraction and monitoring wells during various tidal conditions, drawdown and flow rate measurements, and oil-water separator influent and effluent chemical sampling according to the NPDES permit requirements.

**Removal Action,** *Building 8, Pearl Harbor Naval Shipyard, Hawaii*—Prepared an EE/CA Report to evaluate remediation alternatives for containment and removal of a hydrocarbon plume. The EE/CA included analysis of chemical data, delineation of subsurface contamination, hydraulic modeling, and development of removal action alternatives. Assisted in developing design plans and specifications for implementation of an extraction trench system to recover the subsurface plume. Major system components included three groundwater depression pumps, three oil skimmers, an oil/water separator, one above-ground storage tank, and necessary instrumentation and controls.

**Removal Action**, *Ford Island Landfill, U.S. Naval Station, Pearl Harbor, Hawaii*—Prepared a design package for the landfill containment system involving a permeable cap and a ground-water monitoring program; both of these containment system elements have received regulatory acceptance. Design required analysis of soil types, compaction requirements, slope stability, surface water hydrology, open channel hydraulic flow, ground water hydrology, coastal engineering, and horticultural issues related to the final vegetative cover. Design package included Plans, Specifications, Basis of Design Report, Ground Water Monitoring Plan, Basis of Cost Estimate Report, Cost Estimate in HTRW format, and Schedule.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

**Industrial NPDES Permit Negotiation / Monitoring,** *Hayward, CA* – Served as the lead engineer for permit limit negotiation and monitoring at a bottling plant for a Fortune 100 Company. Tasks included design and implementation of residual chlorine sampling program for wastewater discharges from a reverse osmosis system to the Bay. Negotiated regulatory limits and terms of the NPDES permit and provided long-term monitoring and reporting services.

**Environmental Cleanup of Sediments,** *Port of Richmond, Richmond, California:* Served as the project manager for two remedial actions at the Shipyard No. 3 at the Port of Richmond. The Site was a 50-acre former shipyard that was undergoing remedial actions, overseen by DTSC, to allow the Port to utilize the property for container and vehicular storage and transport. The remedial actions included capping the contaminated soil with an engineered cover, dredging contaminated sediments and filling an inlet, and constructing a seawall. Mr. Wozniak was responsible for all environmental aspects of the project including regulatory permitting (RWQCB, BCDC, Army Corp of Engineers), remedial oversight, preparation of specifications, and technical review of geotechnical analysis and civil design drawings for the cover, asphalt pavement, storm drain, and seawall construction. The project involved wetland mitigation and construction of a sub-aqueous cap to immobilize contaminated sediments in-place.

**Superfund Solvent Site Cleanup,** *National Ground Water Cleanup and Closure, Confidential Client:* Served as the Program Manager for a multi-million dollar ground water cleanup and closure program in the South Bay which involves operation, maintenance, and monitoring of nine GWETS. The GWETS operated with sophisticated Supervisory Control and Data Acquisition (SCADA) and involved either low profile air strippers or granular activated carbon (GAC) media treatment. In addition, the services included engineering optimization of systems, regulatory reporting and negotiations, cost engineering and document review of multiple-RP sites. Two additional sites were under an accelerated cleanup program involving in-situ chemical oxidation and in-situ bioremediation using HRC®.

**Port Re-development Site Cleanup,** *Port of Oakland, Union Point Park Project.* Served as the project manager for investigation and development of remedial options that would fit into the conversion of a metal-contaminated property into a park. The site which was contaminated with lead and arsenic required development and evaluation of remedial alternatives to meet specific project redevelopment goals. The project involved multiple stakeholder meetings, regulatory negotiations for cleanup goals and risk management measures and development of project plans and specifications. Responsibilities included preparation of engineering specifications and documents, cost estimating, and regulatory negotiations.

**Historical Petroleum Site Cleanup - Technical Support,** *Pier 64 Remediation, Port of San Francisco, San Francisco, California:* This project is located in the Mission Bay Development Area and is under a regional water quality control board cleanup order for near a century of hydrocarbon releases that have occurred at the site by the Bay. Mr. Wozniak was the technical and regulatory lead engineer for the property owner in negotiations with regulators and other responsible parties (RPs). Responsibilities include reviewing the RPs remedial investigation plans and reports, feasibility studies, and remedial design documents. Performed constructability analysis of future conceptual development plans and potential remedial impacts and institutional control needs. Provided technical evaluation of remediation implementation strategies and support in regulatory interface and site characterization.



**Department of Defense (DOD) Environmental Cleanup,** *Site 31 Interim Removal Action, Concord Naval Weapons Station (NWS), Concord, California:* Served as the project manager for a $1M removal action to excavate lead-, mercury- and selenium-impacted soils from the Concord NWS Site 31. The removal action involved segregation of top soil (overburden soil) from the cinder waste, characterizing the waste for offsite disposal, and restoring the site including revegetation and landscaping. Waste streams included Class II non-hazardous waste, Class I non-RCRA California hazardous waste, and RCRA waste. Responsibilities included cost estimating and negotiations, engineering design and regulatory negotiations.

**Multi-Site Solvent Cleanup,** *High Technology Semi-Conductor Manufacturer, Mountain View, California:* Served as the project manager for two environmental restoration projects, one is a CERCLA/Superfund site with multiple sources and RPs and the other is a RWQCB-lead chlorinated solvent plume site. Responsibilities included coordination of all regulatory issues, developing remedial action alternatives to accelerate the cleanup process and implementation of the remedial actions including engineering design and construction oversight, performing system O&M for the ground water extraction and treatment systems and preparing all necessary documents in compliance with the consent decree and cleanup orders. At the RWQCB-lead site, Mr. Wozniak successfully negotiated turning the ground water extraction and treatment system off and implementing a monitored natural attenuation (MNA) program that resulted in significant project cost savings.

**Multi-Site Hydrocarbon Cleanup,** *Various sites in Bay Area, Major Oil Company Gas Station Facilities***.** Served as the technical peer review for evaluation of site characterization data and development of corrective actions at several gas stations impacted with MTBE and other fuel contaminants. Reviewed feasibility studies, evaluated groundwater remedial design and operational effectiveness.

**Remedial Design –** *Former Gas Station in San Francisco, CA***.** Developed a detailed remedial design system consisting of an air sparging and vapor extraction system network for a former UST impacted site in the City of San Francisco. Prepared contract plans and specifications and supported the contractor during construction of the system.

**Department of Energy (DOE) Cleanup,** *Laboratory for Energy-Related health Research Superfund Site, University of California, Davis*: Served as the lead project engineer and manager for two removal actions (RA) at the Department of Energy LEHR facility in Davis, California, a Superfund site. Involved with the project from preparing the engineering evaluation/cost analysis (EE/CA) report through design, implementation, and reporting phase of both removal actions. Following is a brief summary of responsibilities and tasks accomplished for each project.

Radium/Strontium Treatment System Area Removal Action—The RA at the Radium/Strontium (Ra/Sr) Treatment System Area consisted of demolition and removal of a series of underground imhoff and septic tanks, associated piping, drywells, and leachfield followed by offsite disposal of the radioactive contaminated material. The $4 million RA included removal of approximately 3,000 cubic yards (CYs) of LLW (concrete, cobbles, soil) and 800 CY of overburden soil. In addition, 3 cobble-filled drywells were removed to a depth of 40 feet using a 10-ft diameter auger drilling rig. The project also involved removal of highly contaminated liquid and sludge from the tanks and emergency reponse abatement of asbestos containing material discovered within the tank



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

structure.  At the completion of the RA, the site was restored including replacement of water, gas, and sewer lines, site grading, and paving.

Responsibilities associated with this RA included preparing the work plan and design documents, developing and negotiating a detailed cost estimate, and tracking project cost, schedule and field variances.  Reviewed the design and oversaw installation of utilities including gas, water and sewer pipes.

<u>Southwest Trenches Area Removal Action</u>—The RA at the Southwest Trenches Area consisted of excavation and offsite disposal of radioactive and chemical contaminated laboratory waste and soil from a disposal pit area.  Specifically, the site was contaminated with low-level radioactive constituents including Radium-226 and Strontium-90 and chemical constituents including chlordane and nitrate.  The $3 million RA consisted of investigative trenching and drilling to locate the disposal pits followed by excavation and waste management activities.  Approximately 1,000 cubic yards (CYs) of low-level waste (LLW), 400 tons of hazardous waste, and 100 CYs of mixed waste were removed from the site.

Responsibilities associated with this RA included preparing the work plan, developing and negotiating a detailed cost estimate, procuring subcontractors and overseeing the RA during five months of field work.  In addition to managing field activities, Mr. Wozniak was responsible for tracking cost, schedule and field variances.  Upon completion of the RA, prepared a report that included a risk analysis and designated level evaluation to determine whether the site was cleaned-up to levels protective of human health (at $10^{-6}$ risk) and background groundwater levels.

**Site Closure Management,** *Union Sanitary District, Fremont, California:*  Served as the project manager for the environmental restoration project involving removal of underground fuel tanks, asbestos abatement and lead-based paint removal.  Scope of work included performing site characterization, preparing design and contract documents, supporting the contractor selection process, and overseeing the removal and abatement of all contamination from the site prior to the property transfer.  Responsibilities included ensuring that the project was implemented within the extremely tight schedule outlined in the sales agreement and that the regulatory agencies were involved throughout the project.  The project was completed on schedule and under budget to complete satisfaction of regulatory agencies and the client.

**Waste Characterization, Treatment and Disposal Oversight,** *City of Santa Rosa, Santa Rosa, California:*  Served as the project manager for characterization, profiling and disposal of a metals-contaminated biosolids waste pile at the City of Santa Rosa Utilities Pumping Station.  Responsibilities included developing and implementing a comprehensive and detailed statistically-based waste pile characterization plan, preparing a waste designation report, evaluating and reviewing soil stabilization technologies, and providing engineering oversight of the on-site metal stabilization process and offsite disposal of the pile.  Additionally, the project involved post removal confirmation sampling and reporting to ensure that cleanup goals are attained.

# PUBLICATIONS/PRESENTATIONS

Nuti, P.M., Wozniak, A.A., Vandenburg, T. "*Vapor Intrusion – Regulatory Update, Technical Issues, and Legal Implications*". Presented at Environmental and Emerging Claims Managers Association Conference.  April 2017.



**Alborz A. Wozniak, P.E., BCEE**
*Principal Engineer*

Nuti, P.M., Wozniak, A.A. "*Landfill Engineering – To Serve and Protect*". Presented at Environmental and Emerging Claims Managers Association Conference.  April 2015.

Wozniak, A.A., Meeder, J., Sato, R., Teeters, D. "*Getting to Closure: The Need for a Paradigm Shift at Complex Groundwater Contaminated Sites*". Presented at Environmental Law Conference, Yosemite.  October 2013.

Wozniak, A.A, Caspary, J., McGuire, J., Horan, T.  Panel Moderator: . *Getting to Closure: The Need for Paradigm Shift at Groundwater Contaminated Sites.*  Presented at the Environmental and Emerging Claims Managers Association Conference, May 2013.

Wozniak, A.A, Blum, F., *Pollution and Liability from Drycleaner Industry.*  Presented at the Environmental and Emerging Claims Managers Association Conference, May 2012.

Wozniak, A.A., Mintzer, P., *Contaminants in Drinking Water Supply*.  Presented at the National Forum for Environmental and Toxic Tort Issues Conference, September 2009.

Wozniak, A.A., Lawless, C.G., *Globalization and the Environment in the 21st Century*. Presented at the Environmental and Emerging Claims Managers Association Conference, April 2006.

Wozniak, A.A., *Environmental Liabilities from Mining Operations in the US*.  Presented at the Environmental and Emerging Claims Managers Association Conference, April 2005.

Wozniak, A.A*., The MTBE Story: Perspectives from the US and EU.*   Presented at the Environmental and Emerging Claims Managers Association Conference, April 2004.

Wozniak, A.A., "*Case Study of TCE Attenuation from Groundwater to Indoor Air and the Effects of Ventilation on Entry Routes.*"  Association for Environmental Health and Sciences (AEHS) 14th Annual West Coast Conference, March 2004.  EPA Vapor Intrusion Workshop.

Wozniak, A.A., Hurd, J.J., "Study of Residual Chlorine Attenuation within A Facility's Water Purification and Storm Drain Systems to Renegotiate NPDES permit Requirements." Submitted to and Presented at the Industrial Water Conference, November 2003.

Wozniak, A. A., "Verification Sampling and Analysis Using Immunoassay-Based Field Analytical Methods", Submitted to <u>HAZMACON Proceedings</u>, (1994).

Wozniak, A. A., Presentation on the Use of Immunoassay-Based Field Analytical Methods, Given at <u>EnSys, Inc. Technical Seminar,</u> Irvine, California.  1993.