# EXHIBIT B

## Exhibit B

## Document List to Alborz Wozniak's Declaration on NCP Consistency

| Exhibit No. | Document |
|---|---|
| B-1 | CERCLA/Superfund Orientation Manual. USEPA. EPA/542/R-92/005. October 1992. |
| B-2 | Oversight and Supervision of Investigations and Removal and Remedial Actions at Hazardous Substance Sites. DTSC. SM #92-01. July 1, 1992. |
| B-3 | USEPA, National Contingency Plan Preamble. 55 FR 8666. |
| B-4 | Pangea, Invoice Number 2853. February 27, 2015. |
| B-5 | Pangea, Site Assessment Report. August 16, 2016. |
| B-6 | Letter from Ron Piziali (General Partner, Casa Nido Partnership) to Megan Indermill (Project Manager, DTSC) re: Proposed Voluntary Cleanup Agreement Between Casa Nido and DTSC. December 22, 2016. |
| B-7 | DTSC Voluntary Cleanup Agreement with Casa Nido Docket No. HSA-FY16/17-096 signed May 8, 2017. |
| B-8 | Letter from Bob Clark-Riddell (Pangea) to Roberta Feliciano (City of Richmond Planning Department) re: Planned Demolition and Remediation Activities. May 24, 2017. |
| B-9 | Pangea, Additional Characterization Report. December 4, 2020. |
| B-10 | Letter from Megan Indermill (DTSC) to Bob Clark-Riddell (Pangea) re: Annual costs estimate and schedule for oversight. October 2, 2017. |
| B-11 | Pangea, Groundwater Monitoring Report 2019. April 30, 2020. |
| B-12 | Email exchange between Ian Utz (DTSC) and Bob Clark-Riddell (Pangea) between May 29 and June 26, 2020, regarding the DTSC request for information. |
| B-13 | Letter from Megan Indermill (DTSC) to Bob Clark-Riddell (Pangea) re: Review of Site Assessment Report dated August 16, 2016. December 7, 2017. |
| B-14 | Letter from Bob Clark-Riddell (Pangea) to Parag Shah (DTSC) re: Request for Extension. April 30, 2018. |
| B-15 | Pangea, Offsite Vapor Intrusion Investigation Workplan. July 17, 2018. |
| B-16 | Letter from Parag Shah (DTSC) to Joe Conwill (Casa Nido) re: Review of Offsite Vapor Intrusion Investigation Workplan dated July 17, 2018. September 7, 2018. |
| B-17 | Letter from Daniel Murphy (DTSC) to Joe Conwill (Casa Nido) re: Annual costs estimate and schedule for oversight. September 27, 2018. |
| B-18 | Teleconference Meeting Minutes for meeting between the DTSC and Casa Nido which occurred November 19, 2020 between 9:00AM and 10:40AM. |
| B-19 | DTSC Project Manager Ian Utz Deposition which took place on February 29, 2024. |
| B-20 | Pangea. Groundwater Monitoring Report 2019. April 30, 2020. |
| B-21 | Letter from Ian Utz (DTSC) to Joe Conwill (Casa Nido) re: Change in Project Manager Notification. May 20, 2020. |
| B-22 | Pangea. SVE/SSD System Startup Report. June 30, 2020. |
| B-23 | Letter from Ian Utz (DTSC) to Ronald Piziali (Casa Nido) re: Request for Off-Site Vapor Intrusion Investigation Workplan. August 14, 2020. |
| B-24 | Letter from Ian Utz (DTSC) to Ronald Piziali (Casa Nido) re: Review of Revised Offsite Vapor Intrusion Investigation Workplan dated September 11, 2020. October 8, 2020. |

| Exhibit No. | Document |
|---|---|
| B-25 | Email exchange between Ian Utz (DTSC) and Bob Clark-Riddell (Pangea) between December 21, 2021 and February 2, 2022 regarding the DTSC concerns about the delays in implementation of the Offsite Vapor Intrusion Investigation Plan. |
| B-26 | Email exchange between Ian Utz (DTSC) and Bob Clark-Riddell (Pangea) between January 3 and March 9, 2023 regarding the vapor intrusion data submitted by Pangea to the DTSC. |
| B-27 | Letter from Paul Kibel (Casa Nido) to Ian Utz (DTSC) re: Notice of Termination of VCA Effective March 1, 2023. December 21, 2022. |
| B-28 | Exponent, Health and Safety Plan (HASP) for Site Characterization. December 15, 2020. |
| B-29 | Email exchange between Ian Utz (DTSC) and Bob Clark-Riddell (Pangea) between August 25 and October 20, 2020 regarding the inadequacies of the health and safety documentation. |
| B-30 | Email exchange between Ian Utz (DTSC) and Bob Clark-Riddell (Pangea) between November 18 and December 8, 2020 regarding no more HASP preparation related extensions. |