# Exhibit B-4

| Invoice | Pangea Environmental Services, Inc. |
|---|---|
| | 1710 Franklin Street, Suite 200 |
| | Oakland, CA 94612 |
| | (510) 836-3700 phone/ (510) 836-3709 |

Casa Nido  
c/o B&T Bookkeeping, Inc.  
3060 El Cerrito Plaza, #507  
El Cerrito, CA  94530

February 27, 2015  
Project No:   1645.001  
Invoice No:   2853

Project        1645.001         Omo's Cleaners - Richmond

**Professional Services from October 1, 2014 to December 31, 2014**

Task           105              Client-Regulatory Interaction

Services Provided: This invoice includes three months (Oct-Dec 2014) of interaction with client and client representatives as requested by client.  This work is authorized by Work Order #1 dated October 9, 2014 and is performed on a time-and-materials basis. Includes the following primary interactions:

Oct 8: Meeting with Casa Nido partners at Trader Vics and meeting prep.
Oct 13: Prepare sewer inspection notifications for tenant per Tracy request.
Oct 27: Discussion with Ron Piziali about scoping sewer inspection and next steps.
Nov 6: Long discussion with Piziali about legal issues, agency notifications, next steps.  Reviewed conditions at nearby sites.
Dec 10: Call from attorneys Karl Morthole and Paul Kibel.

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Senior Eng/Geologist | | | | |
| Clark-Riddell, Bob | 8.50 | 120.00 | 1,020.00 | |
| Totals | 8.50 | | 1,020.00 | |
| **Total Labor** | | | | 1,020.00 |
| | | **Total this Task** | | **$1,020.00** |

Task           300              Subslab Gas Sampling

Services Provided: Pangea conducted subslab gas sampling as authorized by Work Order #2. The time-and-materials budget for anticipated work scope was $3,963. Additional budget of $260 required for Summa canister to sample SS-2 to overcome high vacuum on probe and correlate with prior screening samples performed using Tedlar bags. Includes outside laboratory cost for subslab gas analysis. Project task budget increased accordingly from $3,963 by $260 to $4,223. Note that the current task billing is about $200 under the revised budget.

**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Senior Eng/Geologist | | | |
| Clark-Riddell, Bob | 2.50 | 120.00 | 300.00 |
| Project Eng/Sci/Geologist | | | |
| Clark-Riddell, Bob | 15.50 | 105.00 | 1,627.50 |
| Staff Eng/Sci/Geologist | | | |
| Lervaag, Erik | 5.50 | 90.00 | 495.00 |

Casa Nido001167

| Project | 1645.001 | Omo's Cleaners - Richmond | | | Invoice | 2853 |
|---|---|---|---|---|---|---|

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Graphics (Draft/AutoCad) | | | | | |
| Lee, Lily | | 4.00 | 65.00 | 260.00 | |
| Rawlins, Zach | | 1.00 | 65.00 | 65.00 | |
| Totals | | 28.50 | | 2,747.50 | |
| **Total Labor** | | | | | 2,747.50 |

**Reimbursable Expenses**

| | | | | | |
|---|---|---|---|---|---|
| McCampbell Analytical, Inc. | | | | | |
| 11/4/2014 | McCampbell Analytical, Inc. | Lab - Subslab 10-16-14 | | 495.45 | |
| 11/4/2014 | McCampbell Analytical, Inc. | Lab - Sublsab SS-2 10-17-14 | | 225.45 | |
| **Total Reimbursables** | | | 1.15 times | 720.90 | 829.04 |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| 10/16/2014 | Dedicated Vapor Probe Tips | 4.0 each @ 25.00 | 100.00 | |
| 10/16/2014 | Mileage (<120 miles/day) | 22.0 miles @ 0.565 | 12.43 | |
| 10/17/2014 | Mileage (<120 miles/day) | 22.0 miles @ 0.565 | 12.43 | |
| 10/30/2014 | Mileage (<120 miles/day) | 22.0 miles @ 0.565 | 12.43 | |
| 10/16/2014 | Tedlar 1-liter bags | 4.0 each @ 13.00 | 52.00 | |
| 10/16/2014 | Vapor Probe Installation Kit | 1.0 day @ 250.00 | 250.00 | |
| **Total Units** | | 1.0 times | 439.29 | 439.29 |

| **Billing Limits** | **Current** | **Prior** | **To-Date** | |
|---|---|---|---|---|
| Total Billings | 4,015.83 | 0.00 | 4,015.83 | |
| Limit | | | 4,223.00 | |
| Remaining | | | 207.17 | |
| | | **Total this Task** | | **$4,015.83** |

---

| Task | 301 | Sewer Evaluation and Assessment Planning |
|---|---|---|

Services Provided: Pangea coordinated sewer video inspection as authorized by Work Order #3. The time-and-materials budget for anticipated work scope was $2,276. Bob Clark-Riddell provided sewer inspection oversight on October 15, October 25, and November 6. Additional budget of $500 was required for two extra site visits to inspect sewer due to no cleanout at the site, and for a November 19 geophysical survey to determine sanitary sewer location outside the building (which exits the rear of the building and heads south to sewer main connection at Nevin Street). Per work order, sewer inspection invoice from PipeSpy of Berkeley was paid directly by the client. Includes outside cost for soil analysis and geophysical survey Project task budget increased accordingly from $2,276 by $500 to $2,776. Note that the current task billing is also about $200 under the revised budget.

**Professional Personnel**

| | Hours | Rate | Amount | |
|---|---|---|---|---|
| Project Eng/Sci/Geologist | | | | |
| Clark-Riddell, Bob | 10.00 | 105.00 | 1,050.00 | |
| Staff Eng/Sci/Geologist | | | | |
| Gillies, Morgan | 7.00 | 90.00 | 630.00 | |
| Graphics (Draft/AutoCad) | | | | |
| Jackson, Lance | 3.00 | 65.00 | 195.00 | |
| Lee, Lily | 2.50 | 65.00 | 162.50 | |
| Clerical | | | | |
| Rawlins, Zach | 1.00 | 55.00 | 55.00 | |
| Totals | 23.50 | | 2,092.50 | |
| **Total Labor** | | | | 2,092.50 |

Casa Nido001168

| Project | 1645.001 | Omo's Cleaners - Richmond | | Invoice | 2853 |
|---|---|---|---|---|---|

**Reimbursable Expenses**

  GeoTech Utility Locating

    12/16/2014  GeoTech Utility Locating  Sewer Location & Boring Clearance  435.00

  McCampbell Analytical, Inc.

    11/14/2014  McCampbell Analytical, Inc.  Lab Soil @ Sewer 10-30-14  129.60

    **Total Reimbursables**  **1.15 times**  **564.60**  **649.29**

**Unit Billing**

  10/15/2014  Mileage (<120 miles/day)  22.0 miles @ 0.565  12.43

  11/19/2014  Mileage (<120 miles/day)  22.0 miles @ 0.565  12.43

    **Total Units**  **1.0 times**  **24.86**  **24.86**

**Billing Limits**

| | Current | Prior | To-Date |
|---|---|---|---|
| Total Billings | 2,766.65 | 0.00 | 2,766.65 |
| Limit | | | 2,776.00 |
| Remaining | | | 9.35 |

          **Total this Task**  **$2,766.65**

          **Total this Invoice**  **$7,802.48**

Casa Nido001169

**McCampbell Analytical, Inc.**
"When Quality Counts"

1534 Willow Pass Road, Pittsburg, CA 94565-1701
Toll Free Telephone: (877) 252-9262 / Fax: (925) 252-9269
http://www.mccampbell.com / E-mail: main@mccampbell.com

# INVOICE for ANALYTICAL SERVICES

Project Name: OMO Cleaners
PO Number: N/A
Date Sampled: 10/16/14
Date Received: 10/16/14

**Invoice №: 1410630**

INV DATE: **October 20, 2014**

Report To:
Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612
BRiddell@pangeaenv.com

Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612

| Description | TAT | Matrix | Qty | Mult | Unit Price | Test Total |
|---|---|---|---|---|---|---|
| Tests: | | | | | | |
| HVOCs by GCMS | 2 days | Air | 2 | 1.5 | $72.00 | $216.00 |
| VOCs by PT & GCMS | 2 days | Air | 1 | 1.5 | $223.00 | $334.50 |

SubTotal: $550.50

**Invoice Total: $550.50**

If paid by **11/19/14** Prompt Pay Invoice Total = $495.45

*[handwritten: Bob 10/20/14 OMO's Cleaners Task 300 "Lab – Subslab 10-16-14"]*

**PLEASE PAY OFF EMAILED INVOICE**

Please include the invoice number with your check and remit to Accounts Receivable at the letter head address. MAI also accepts credit card (Visa/Master Card/Discover/American Express) payment. Please call Account Receivable for details on this service.

MAI's EDF charge does not include the EDF charge for subcontracted analyses. The minimum EDF charge per workorder is $25.00. For invoice total greater than $5000.00, EDF will be 2% of the total invoice. The EDF charge for subcontracted analyses will be identical to Subcontractor's fee.

Terms are net 30 days from the invoice date. After this period 10% interest will be charged annually. Overdue accounts are responsible for all legal and collection fees. If you have any questions about billing, please contact Accounts Receivable at McCampbell Analytical.

*1 of 1*

Casa Nido001170



**McCampbell Analytical, Inc.**
*"When Quality Counts"*

1534 Willow Pass Road, Pittsburg, CA 94565-1701
Toll Free Telephone: (877) 252-9262 / Fax: (925) 252-9269
http://www.mccampbell.com / E-mail: main@mccampbell.com

# INVOICE for ANALYTICAL SERVICES

Project Name: OMO's Cleaners
PO Number: N/A
Date Sampled: 10/17/14
Date Received: 10/17/14

Invoice №: 1410663

INV DATE: **October 21, 2014**

Report To:
Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612
BRiddell@pangeaenv.com

Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612

| Description | TAT | Matrix | Qty | Mult | Unit Price | Test Total |
|---|---|---|---|---|---|---|
| Tests: | | | | | | |
| TO15 for Soil Vapor in Tedlar | 2 days | SoilGas | 1 | 1.5 | $167.00 | $250.50 |

SubTotal: $250.50

**Invoice Total: $250.50**

If paid by **11/20/14** Prompt Pay Invoice Total = $225.45

*[handwritten: Bob - 10/31/14  OMO's CLEANERS TASK 300  "Lab - Subtotal SS-2 10-17-14"]*

**PLEASE PAY OFF EMAILED INVOICE**

Please include the invoice number with your check and remit to Accounts Receivable at the letter head address. MAI also accepts credit card (Visa/Master Card/Discover/American Express) payment. Please call Account Receivable for details on this service.

MAI's EDF charge does not include the EDF charge for subcontracted analyses. The minimum EDF charge per workorder is $25.00. For invoice total greater than $5000.00, EDF will be 2% of the total invoice. The EDF charge for subcontracted analyses will be identical to Subcontractor's fee.

Terms are net 30 days from the invoice date. After this period 10% interest will be charged annually. Overdue accounts are responsible for all legal and collection fees. If you have any questions about billing, please contact Accounts Receivable at McCampbell Analytical.

*1 of 1*



**GeoTech UTILITY LOCATING**

P.O. Box 6873 Moraga, CA 94570 T: 510-235-4144 F:510-235-4244 E: info@geotechlocating.com

| Bill To |
|---|
| PANGEA ENVIRONMENTAL SERVICES, INC.<br>MORGAN GILLIES<br>1710 FRANKLIN STREET, SUITE 200<br>OAKLAND, CA 94612 |

## Invoice

| Date | Invoice # |
|---|---|
| 12/1/2014 | 3796 |

| GEOTECH JOB# | JOB DATE | P.O. NUMBER |
|---|---|---|
| 3458 | 11/19/2014 | |

| Description | QTY | RATE | AMOUNT |
|---|---|---|---|
| PROJECT:<br>Omo Cleaners site located at 12210 San Pablo Avenue in Richmond, CA.<br>SURVEY BOUNDARY:<br>Located underground sanitary line and cleared boring locations as defined by information received on 11-19-2014 during the on site walk through with project manager. The previously attached Google image delineates the proposed survey boundary.<br>NOTE: Unable to follow our procedures inside the building.<br>INTENTION:<br>We attempted to locate underground utilities in the survey area, but for technical reasons we cannot guarantee to do so. Additional undetected utilities may exist within the limits of the survey.<br>NOTICE USA:<br>Contractors must call Underground Service Alert (811) 48 hours prior to any underground work.<br>METHOD:<br>Location of utilities were made by electromagnetic field induction.<br>RESULTS PRESENTATION:<br>Utilities marked with spray paint using the American Public Works Association color code.<br>PRICE:<br>Work as outlined above includes equipment, travel costs and personnel and is offered for:<br>• First Hour----------------------------------------$290.00<br>• Every Additional Hour---------------------$145.00<br>• Travel Per Hour-----------------------$115.00<br>• Minimum 2 Hours per site visit.<br>PRICE:<br>Total on site 2 hours.<br>First hour on site.<br>Additional hours on site. | 1<br>1 | 290.00<br>145.00 | 290.00<br>145.00 |

| PAYMENT DUE WITHIN 30 DAYS | Total | $435.00 |
|---|---|---|



**McCampbell Analytical, Inc.**
*"When Quality Counts"*

1534 Willow Pass Road, Pittsburg, CA 94565-1701
Toll Free Telephone: (877) 252-9262 / Fax: (925) 252-9269
http://www.mccampbell.com / E-mail: main@mccampbell.com

# INVOICE for ANALYTICAL SERVICES

Project Name: #1645.001 Task 300; Omo's Cleaners
PO Number: N/A

Date Sampled: 10/30/14
Date Received: 10/31/14

Invoice №: **1410C51**

INV DATE: *November 07, 2014*

Report To: Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612
BRiddell@pangeaenv.com

Invoice To: Bob Clark-Riddell
Pangea Environmental Svcs., Inc.
1710 Franklin Street, Ste. 200
Oakland, CA 94612

| Description | TAT | Matrix | Qty | Mult | Unit Price | Test Total |
|---|---|---|---|---|---|---|
| Tests: | | | | | | |
| SW8260B (HVOCs List) | 5 days | Soil | 2 | 1 | $72.00 | $144.00 |

SubTotal: $144.00

**Invoice Total: $144.00**

If paid by **12/07/14** Prompt Pay Invoice Total = $129.60

*[handwritten: OK Sub – 11/7/14 / 1645.001 TASK 301 / "Lab Soil(s) Saver 10-30-14"]*

**PLEASE PAY OFF EMAILED INVOICE**

Please include the invoice number with your check and remit to Accounts Receivable at the letter head address. MAI also accepts credit card (Visa/Master Card/Discover/American Express) payment. Please call Account Receivable for details on this service.

MAI's EDF charge does not include the EDF charge for subcontracted analyses. The minimum EDF charge per workorder is $25.00. For invoice total greater than $5000.00, EDF will be 2% of the total invoice. The EDF charge for subcontracted analyses will be identical to Subcontractor's fee.

Terms are net 30 days from the invoice date. After this period 10% interest will be charged annually. Overdue accounts are responsible for all legal and collection fees. If you have any questions about billing, please contact Accounts Receivable at McCampbell Analytical.

*1 of 1*