# **Exhibit B-6**

**Casa Nido Partners**
**c/o B&T Bookkeeping, Inc.**
**3060 El Cerrito Plaza, #507**
**El Cerrito, CA 94530**

December 22, 2016

Sent by Email to Megan.Indermill@dtsc.ca.gov
Hardcopy by Regular Mail

Ms. Megan Indermill, Project Manager
Environmental Scientist, Brownfields and Environmental Restoration
California Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, CA 94710-2721

Re:  The Former Omo Cleaners Site at 12210 San Pablo Avenue, Richmond, CA 94805 --
Proposed Voluntary Cleanup Agreement Between Casa Nido and DTSC

Dear Ms. Indermill:

First, I want to thank you and your colleagues for meeting with my environmental consultant,
Bob Clark-Riddell of Pangea Environmental Services, Inc., and me in your offices on November
1, 2016.  It was a very informative meeting which helped me better understand the role of the
Department in overseeing our work to investigate the site and assure that health and the
environment are protected.

During the meeting, one of the things we discussed was the possibility of the partnership and the
Department entering into a Voluntary Cleanup Agreement ("VCA").  You were kind enough to
send a copy of a draft VCA to Bob, who forwarded it promptly to me.  Being 18 pages in length,
the draft VCA contains quite a lot of detail, and it took me longer than I expected to read through
and understand it and discuss it with Bob, the other partners and our attorney, with the result that
I am getting back to you over a month later.  I hope you will not take the length of time for me to
respond as an indication that the partnership is less than fully committed to cooperatively
working with the Department in investigating and cleaning up the site.  That commitment
remains firm.  However, the partnership is not willing to sign the proposed agreement, and I want
to explain why.

The agreement simply does not seem to us to be a sufficiently positive contribution to carrying
out the action. It is highly legalistic, and it places many burdensome requirements on the
partnership that we feel will greatly increase costs, without providing real benefit.  In addition,
there are simply too many points in the agreement that seem unnecessary -- either (1) to Casa
Nido achieving the investigation and cleanup, paying for work and paying for Department
oversight, or (2) to the Department doing its job of oversight to assure that Casa Nido does the
work right.

On our side, we will voluntarily do our work right.  The partnership will continue to retain the
services of an excellent environmental consultant; we will carry out the investigation and cleanup

Letter to Ms. Megan Indermill, Project Manager
California Department of Toxic Substances Control
December 22, 2016
Page 2


to the highest standards; we and our consultant will consult closely beforehand with the
Department's expert staff to allow them to always be aware of, review and, where necessary in
their judgment, approve of work being done; we will follow the Department's staff's advice and
direction; and we will pay for it all.

On your side, you will get full cooperation, voluntarily. The Department, and its people, will
always be accorded access to the site; to plans in advance; to data and its collection; to all
necessary reports in a timely fashion; and to all the other things reasonably set out in the VCA. If
anything does not seem right to Department staff, all they will need to do is contact Bob or me,
who will be acting as the "project managers," on technical/scientific subjects and on authority
and compliance subjects, respectively. The partnership will pay all the Department's reasonable
costs based on the quarterly written billings as stated in the draft VCA. Our consultant will carry
out all the tasks in the draft scope of work deemed necessary.

In short, we are confident that the Department will be very pleased with our voluntary
performance. As evidence of the sincerity and reliability of our commitment, we trust you will
credit all the work and expense that the partnership carried out and incurred in the past time
period, even without advance oversight and without any agreement. It is our intention to
continue and even exceed this high standard, and we do not need to sign an 18-page agreement to
fulfill that intention faithfully.

Upon reaching an understanding on the next steps in the investigation and cleanup, I will provide
an advance deposit to the Department to cover reasonable oversight costs. To demonstrate our
genuine interest to proceed and follow Department staff advice and direction, I am prepared to
provide a $20,000 deposit which exceeds the initial estimate for a desired advance deposit
provided by the Department for this project.

Please feel free to contact Bob and me personally if there is any question or comment on this. I
believe you have all Bob's contact information, and in case you need mine, here it is: **Phone**:
408-499-5723, **Email**: ronaldpiziali@gmail.com.

I expect we will be in regular contact in this matter for some time, and I look forward to working
with you and the Department.

Very truly yours,

Ron Piziali, General Partner
Casa Nido Partnership

Letter to Ms. Megan Indermill, Project Manager
California Department of Toxic Substances Control
December 22, 2016
Page 3


CC:     Bob Clark Riddell, Pangea Environmental, via email briddell@pangeaenv.com

