# <u>Exhibit B-7</u>



**Department of Toxic Substances Control**





*Matthew Rodriquez*
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

*Edmund G. Brown Jr.*
Governor

May 10, 2017

Karl Morthole
Attorney for Casa Nido
Law Office of Karl R. Morthole
1914 17th Avenue
San Francisco, California 94116
Email: karl@mortholelaw.com

Dear Mr. Morthole:

The California Department of Toxic Substances Control (DTSC) has received and executed the duplicate original copies of the Voluntary Cleanup Agreement between DTSC and your client, Casa Nido, concerning Docket No. HAS-FY16/17-096 for the Property located at 12210 San Pablo Avenue, Richmond, California. DTSC has retained one executed copy of the Agreement for our records, and has enclosed the additional executed copy for you client's records. As requested, DTSC, emailed Mr. Morthole on May 8th, 2017 informing him the VCA had been executed.

Thank you for your cooperation and we look forward to working with your client. If you have any questions or concerns, contact me at (510) 540-3972 or megan.indermill@dtsc.ca.gov.

Sincerely,

Megan Indermill
Environmental Scientist, Project Manager
Brownfields and Environmental Restoration Program
California Department of Toxic Substances Control, Berkeley Office

Enclosure

DUPLICATE ORIGINAL
Casa Nido Counterpart

# STATE OF CALIFORNIA
## ENVIRONMENTAL PROTECTION AGENCY
## DEPARTMENT OF TOXIC SUBSTANCES CONTROL

| | |
|---|---|
| In the Matter of: | Docket No. HSA-FY16/17-096 |
| Former Omo Dry Cleaners | Voluntary Cleanup Agreement |
| Proponent: | Health and Safety Code Section 25355.5(a)(1)(C) |
| Casa Nido c/o B&T Bookeeping, Inc. 3060 El Cerrito Plaza, #507 El Cerrito, CA 94530 | |

The California Department of Toxic Substances Control (DTSC) and Casa Nido (Proponent) enter into this Voluntary Cleanup Agreement (Agreement) and agree as follows:

1. <u>Site</u>.  This Agreement applies to the property located at 12210 San Pablo Avenue, Richmond, in Contra Costa County, California 94805 (Site), identified by Contra Costa Assessor's Parcel Number 519-290-026-3, and any off-site area to which hazardous substances have or may have migrated from the Site. The Site is approximately 0.118 acres in size and is bordered by Nevin Avenue to the South and San Pablo Avenue to the West. The site is currently occupied by a vacant, single story building with a paved parking lot on the north side of the building and a narrow unpaved area to the east. The surrounding land use is mixed commercial and residential. The site is adjacent to commercial properties to the north and south, and a resident to the east. A Site diagram and a Site location map are attached as Exhibits A and B.

2. <u>Jurisdiction</u>.  This Agreement is entered into by DTSC and Proponent pursuant to Health and Safety Code section 25355.5(a)(1)(C) which authorizes DTSC to enter into an enforceable agreement to oversee the investigation and/or remediation of a release or threatened release of any hazardous substance at or from the Site.

3. <u>Purpose</u>.  The purpose of this Agreement is for Proponent to investigate and/or remediate a release or threatened release of any hazardous substance at or from the Site under the oversight of DTSC.  The purpose of this Agreement is also for DTSC to obtain reimbursement from Proponent for DTSC's oversight costs incurred pursuant to this Agreement.

4. <u>Ownership</u>.  The Site is owned by Casa Nido.

5. <u>Substances Found at the Site</u>.  Based on the information available to DTSC and Proponent, the Site is or may be contaminated with hazardous substances,

1

including PCE as the primary contaminant of concern and potential toxic degradation products of PCE as secondary contaminants of concern.

6. <u>Scope of Work and DTSC Oversight</u>. DTSC shall review and provide Proponent with written comments on all Proponent's deliverables as described in Exhibit C (Scope of Work) and other documents applicable to the scope of the project. DTSC shall provide oversight of field activities, including sampling and remedial activities, as appropriate. Proponent agrees to perform all the work required by this Agreement. Proponent shall perform the work in accordance with applicable local, state and federal statutes, regulations, ordinances, rules and guidance documents, in particular, Health and Safety Code section 25300 et seq., as amended.

7. <u>Additional Activities</u>. DTSC and Proponent may amend this Agreement to include additional activities in accordance with Paragraph 17 of this Agreement. If DTSC expects to incur additional oversight costs for these additional activities, it will provide an estimate of the additional oversight costs to Proponent.

8. <u>Endangerment During Implementation</u>.

8.1. Proponent shall notify DTSC's Project Manager immediately upon learning of any condition that may pose an immediate threat to public health or safety or the environment. Within seven days of the onset of such a condition, Proponent shall furnish a report to DTSC, signed by Proponent's Project Manager, setting forth the conditions and events that occurred and the measures taken in response thereto.

8.2. In the event DTSC determines that any activity (whether or not pursued in compliance with this Agreement) may pose an imminent or substantial endangerment to the health or safety of people on the Site or in the surrounding area or to the environment, DTSC may order Proponent to conduct additional activities in accordance with Paragraph 7 of this Agreement or to stop further implementation of this Agreement for such period of time as may be needed to abate the endangerment. DTSC may request that Proponent implement interim measures to address any immediate threat or imminent or substantial endangerment.

9. <u>Access</u>. Proponent shall provide, and/or obtain access to the Site and take all reasonable efforts to obtain access to offsite areas to which access is necessary to implement the Agreement. Such access shall be provided to DTSC's employees, contractors, and consultants at all reasonable times. Nothing in this paragraph is intended or shall be construed to limit in any way the right of entry or inspection that DTSC or any other agency may otherwise have by operation of law.

10. <u>Sampling, Data and Document Availability</u>. When requested by DTSC, Proponent shall make available for DTSC's inspection, and shall provide copies of, all data and information concerning contamination at or from the Site, including technical records and contractual documents, sampling and monitoring information and photographs and maps, whether or not such data and information was developed

2

pursuant to this Agreement.  For all final reports, Proponent shall submit one hard (paper) copy and one electronic copy with all applicable signatures and certification stamps as a text-readable Portable Document Formatted (pdf) file compatible with Adobe Acrobat or a formatted file compatible with Microsoft Word.

11.  Record Preservation.  Proponent shall retain, during the implementation of this Agreement and for a minimum of six years after its termination, all data, reports, and other documents that relate to the performance of this Agreement.  If DTSC requests that some or all of these documents be preserved for a longer period of time, Proponent shall either comply with the request, deliver the documents to DTSC, or permit DTSC to copy the documents at Proponent's expense prior to destruction.

12.  Notification of Field Activities.  Proponent shall inform DTSC at least seven days in advance of all field activities pursuant to this Agreement and shall allow DTSC and its authorized representatives to take duplicates of any samples collected by Proponent pursuant to this Agreement.

13.  Project Managers.  Within 14 days of the effective date of this Agreement, DTSC and Proponent shall each designate a Project Manager and shall notify each other in writing of the Project Manager selected.  The Proponent's Project Manager shall have the technical expertise in project management, regulatory compliance, and hazardous substance site cleanup sufficient to fulfill his or her responsibilities.  Each Project Manager shall be responsible for overseeing the implementation of this Agreement and for designating a person to act in his/her absence.  All communications between DTSC and Proponent, and all notices, documents and correspondence concerning the activities performed pursuant to this Agreement shall be directed through the Project Managers.  Each party may change its Project Manager with at least seven days prior written notice.

14.  Proponent's Consultant and Contractor.  All engineering work performed pursuant to this Agreement shall be under the direction and supervision of a registered professional engineer licensed in California, with expertise in hazardous substance site cleanup.  All geological work performed pursuant to this Agreement shall be under the direction and supervision of a registered professional geologist licensed in California, with expertise in hazardous substance site cleanup. Proponent's contractors and consultants shall have the technical expertise sufficient to fulfill his or her responsibilities.  Within 14 days of the effective date of this Agreement, Proponent shall notify DTSC's Project Manager in writing of the name, title, and qualifications of the registered professional engineer and/or professional geologist of any contractors or consultants and their personnel to be used in carrying out the work under this Agreement in conformance with applicable state law, including but not limited to, Business and Professions Code sections 6735 and 7835.

15.  DTSC Review and Approval.  All work performed pursuant to this Agreement is subject to DTSC's review and approval.  If DTSC determines that any report, plan, schedule or other document submitted for approval pursuant to this Agreement fails to

3

comply with this Agreement or fails to protect public health or safety or the environment, DTSC may (a) return comments to Proponent with recommended changes and a date by which the Proponent must submit to DTSC a revised document incorporating or addressing the recommended changes; or (b) modify the document in consultation with Proponent and approve the document as modified. All DTSC approvals and decisions made regarding submittals and notifications will be communicated to Proponent in writing by DTSC's Branch Chief or his/her designee. No informal advice, guidance, suggestions or comments by DTSC regarding reports, plans, specifications, schedules or any other writings by the Proponent shall be construed to relieve Proponent of the obligation to obtain such written approvals.

16. Payment.

16.1. Proponent agrees to pay 1) all costs incurred by DTSC in association with preparation of this Agreement, and for oversight activities, including review of documents, conducted prior to the effective date of this Agreement, and (2) all costs incurred by DTSC in providing oversight pursuant to this Agreement, including review of the documents described in Exhibit C and associated documents, and oversight of field activities. Costs incurred include interest on unpaid amounts that are billed and outstanding more than 60 days from the date of the invoice. An estimate of DTSC's oversight costs is attached as Exhibit D. It is understood by the parties that Exhibit D is an estimate and cannot be relied upon as the final cost figure. DTSC may provide an updated or revised cost estimate as the work progresses. DTSC will bill Proponent quarterly. Proponent agrees to make payment within 30 days of receipt of DTSC's billing. Such billings will reflect any amounts that have been advanced to DTSC by Proponent.

16.2. In anticipation of oversight activities to be conducted, Proponent shall make an advance payment of $18,738 to DTSC no later than 10 days after this Agreement is fully executed. It is expressly understood and agreed that DTSC's receipt of the entire advance payment as provided in this paragraph is a condition precedent to DTSC's obligation to provide oversight, review of or comment on documents. If the advance payment exceeds DTSC's final costs, DTSC will refund the difference within 120 days after the performance of this Agreement is completed or after this Agreement is terminated pursuant to Paragraph 18 of this Agreement.

16.3. All payments made by Proponent pursuant to this Agreement shall be by check payable to the "Department of Toxic Substances Control", and bearing on its face the project code for the Site (Site# 202121) and the docket number of this Agreement. Upon request by Proponent, DTSC may accept payments made by credit cards or electronic funds transfer. Payments by check shall be sent to:

Accounting Office
Department of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

4

A photocopy of the check shall be sent concurrently to DTSC's Project Manager.

16.4. DTSC shall retain all cost records associated with the work performed under this Agreement as may be required by state law.  DTSC will make all documents that support DTSC's cost determination available for inspection upon request in accordance with the Public Records Act, Government Code section 6250 et seq.

17.  Amendments.  This Agreement may be amended in writing by mutual agreement of DTSC and Proponent.  Such amendment shall be effective the third business day following the day the last party signing the amendment sends its notification of signing to the other party.  The parties may agree to a different effective date.

18.  Termination for Convenience.

18.1. Except as otherwise provided in this paragraph, each party to this Agreement reserves the right to unilaterally terminate this Agreement for any reason. Termination may be accomplished by giving a 30-day advance written notice of the election to terminate this Agreement to the other party.  In the event that this Agreement is terminated under Paragraph 18.1, Proponent shall be responsible for DTSC costs through the effective date of termination.

18.2. If operation and maintenance activities are required for the final remedy, Proponent may not terminate the Agreement under Paragraph 18.1 upon DTSC's approval of an Operation and Maintenance Plan as proposed by Proponent, unless an Operation and Maintenance Agreement is entered into between DTSC and Proponent or between DTSC and a party responsible for the required operation and maintenance activities.

19.  Incorporation of Exhibits, Plans and Reports.  All exhibits are incorporated into this Agreement by reference.  All plans, schedules and reports that require DTSC's approval and are submitted by Proponent pursuant to this Agreement are incorporated in this Agreement upon DTSC's approval.

20.  Reservation of Rights.  DTSC reserves all of its statutory and regulatory powers, authorities, rights, and remedies under applicable laws to protect public health or the environment, including, but not limited to, the right to recover its costs incurred therefor.  Proponent reserves all of its statutory and regulatory rights, defenses and remedies available to Proponent under applicable laws including, but not limited to, review of DTSC costs incurred and of DTSC determinations under Paragraph 15 of this Agreement.

21.  Non-Admission of Liability.  By entering into this Agreement, Proponent does not admit to any finding of fact or conclusion of law set forth in this Agreement or  any fault or liability under applicable laws.

5

22. Proponent Liabilities. Nothing in this Agreement shall constitute or be considered a covenant not to sue, release or satisfaction from liability by DTSC for any condition or claim arising as a result of Proponent's past, current, or future operations or ownership of the Site.

23. Government Liabilities. The State of California or DTSC shall not be liable for any injuries or damages to persons or property resulting from acts or omissions by Proponent or by related parties in carrying out activities pursuant to this Agreement, nor shall the State of California or DTSC be held as a party to any contract entered into by Proponent or its agents in carrying out the activities pursuant to this Agreement.

24. Third Party Actions. In the event that Proponent is a party to any suit or claim for damages or contribution relating to the Site to which DTSC is not a party, Proponent shall notify DTSC in writing within 10 days after service of the complaint in the third-party action. Proponent shall pay all costs incurred by DTSC relating to such third-party actions, including but not limited to responding to subpoenas.

25. California Law. This Agreement shall be governed, performed and interpreted under the laws of the State of California.

26. Severability. If any portion of this Agreement is ultimately determined not to be enforceable, that portion will be severed from the Agreement and the severability shall not affect the enforceability of the remaining provisions of the Agreement.

27. Parties Bound. This Agreement applies to and is binding, jointly and severally, upon Proponent and its agents, receivers, trustees, successors and assignees, and upon DTSC and any successor agency that may have responsibility for and jurisdiction over the subject matter of this Agreement. Proponent shall ensure that its contractors, subcontractors and agents receive a copy of this Agreement and comply with this Agreement.

28. Effective Date. The effective date of this Agreement is the date of signature by DTSC's authorized representative after this Agreement is first signed by Proponent's authorized representative. Except as otherwise specified, "days" means calendar days.

29. Representative Authority. Each undersigned representative of the party to his Agreement certifies that she or he is fully authorized to enter into the terms and conditions of this Agreement and to execute and legally bind the party to this Agreement.

30. Counterparts. This Agreement may be executed and delivered in any number of counterparts, each of which when executed and delivered shall be deemed to be an original, but such counterparts shall together constitute one and the same document.

Date: 5/8/17

Daniel Murphy, PE, Unit Cheif
Cleanup Program
Department of Toxic Substances Control

Date: 4-/3-17

RONALD PIZIALI

**[Print Name and Title of Representative]**

PARTNER

Representing Casa Nido

7

## EXHIBITS

A - SITE LOCATION MAP

B - SITE DIAGRAM

C - SCOPE OF WORK

D - COST ESTIMATE



Omo's Cleaners 12210 San Pablo
Avenue Richmond, California

**EXHIBIT A**

**Site Location Map**



**Omo's Cleaners** 12210 San Pablo
Avenue Richmond, California

**EXHIBIT B**

Site Diagram

EXHIBIT C
SCOPE OF WORK

The following Tasks will be completed as part of this Agreement, if deemed necessary:

TASK 1.
      <u>Submittal of Existing Data and Scoping Meeting.</u>
      The Proponent will submit to DTSC all background information, sample analysis results, environmental assessment reports, and any other information pertinent to the hazardous substance management and/or release, characterization and cleanup of the Site. DTSC will review the information to identify areas and media of concern, and to determine the additional work, if any, required to complete the investigation/remediation of the Site. Following DTSC's initial review, a scoping meeting will be held to discuss whether further site characterization is necessary, and, if so, how the characterization will be conducted for the Site and how they will be implemented.

TASK 2.
      <u>Preliminary Endangerment Assessment (PEA).</u> If necessary, Proponent shall conduct a PEA to determine whether a release or threatened release of hazardous substances exists at the Site which poses a threat to human health or the environment. The PEA shall be conducted in accordance with the DTSC guidance manual for evaluating hazardous substance release sites, titled: "Preliminary Endangerment Assessment Guidance Manual," State of California, Environmental Protection Agency, Department of Toxic Substances Control (Second Printing June 1999). Documents which may be required as part of the PEA are:

(a)    PEA Workplan. This workplan shall include a sampling plan designed to determine the type and general extent of contamination at the Site; a health and safety plan addressing health and safety issues and safe work practices; and a quality assurance/quality control plan to produce data of known quality.
(b)    PEA Report. This report will document whether a release has occurred or threatened release exists, the threat the Site poses to human health and the environment, and whether further action is necessary.
(c)    If existing data and reports are complete and consistent with information required in the PEA guidance, DTSC may at its discretion choose to consider existing data and reports as equivalent to a PEA.

TASK 3.
      <u>Additional Site Characterization.</u>

      3.1    <u>Sampling and Analysis Workplan.</u> If necessary, the Proponent will submit a workplan that describes the activities proposed to further characterize soil, soil gas, surface water and/or groundwater. The workplan should also include a Site health and safety plan, quality assurance/quality control plan, sampling plan, and implementation schedule.
      3.2    The Proponent will begin implementation of the approved workplan in

accordance with the approved implementation schedule. DTSC may provide oversight of workplan implementation.

    3.3   Site Characterization Report.

    The Proponent will submit a Site Characterization Report that, at a minimum, presents the data, summarizes the findings of the investigation, validates the data, and includes recommendations and conclusions.

TASK 4.

    Risk Evaluation and Cleanup Level Determination. A scoping meeting may be held to discussion how the risk evaluation and cleanup level determination will be conducted for the Site if necessary. The Proponent will conduct a risk evaluation consistent with U. S. EPA Risk Assessment Guidance for Superfund (EPA/540/1-89/002) and DTSC Supplemental Guidance for Human Health Multimedia Risk Assessments of Hazardous Waste Sites and Permitted Facilities. This evaluation should identify chemicals of concern and potential routes of exposure; characterize the potential risk; evaluate potential risks to environmental receptors; consider existing and contemplated uses of the site; and identify site cleanup goals. If DTSC determines that an abbreviated risk evalution is appropriate, the scope of such evaluation will be discussed. This information may be submitted as part of the Remedy Selection Document.

TASK 5.

    Feasibility Study. The objective of this task is to evaluate feasible remediation and response alternatives. Reasonable potential alternatives for the remediation of the Site should be evaluated, including the "no action" alternative. Such an evaluation may be incorporated in the Remedy Selection Document, or may, if the analysis is complex, be addressed in a separate study or report. The evaluation should (a) identify the goals for the cleanup based upon current and projected future land uses; (b) evaluate feasible alternatives to meet these goals, including their effectiveness, implementability and cost; and (c) recommend a preferred alternative.

TASK 6.  Remedy Selection Document.

    6.1   Removal Action Workplan. If DTSC determines a removal action is appropriate, the Proponent will prepare a Removal Action Workplan (RAW) in accordance with Health and Safety Code sections 25323.1 and 25356.1. The Removal Action Workplan will include:

(a)    a description of the onsite contamination;
(b)    the goals to be achieved by the removal action;
(c)    an analysis of the alternative options considered and rejected and the basis for that rejection. This should include a discussion for each alternative which covers its effectiveness, implementability and cost;
(d)    a description of the recommended alternative (including any required land use covenants, financial assurance, and operation and maintenance plan and agreement requirements).
(e)    administrative record list;

2

(f)     Sampling and Analysis Plan with corresponding Quality Assurance Plan to
        confirm the effectiveness of the RAW, if applicable; and
(g)     a brief overall description of methods that will be employed during the removal
        action to ensure the health and safety of workers and the public during the
        removal action. A detailed community air monitoring plan shall be included if
        requested by DTSC.

If the proposed removal action does not meet the requirements of Health and Safety
Code section 25356.1(h), the Proponent will prepare a Remedial Action Plan (RAP) in
accordance with Health and Safety Code section 25356.1(c) for DTSC review and
approval.

        6.2     Remedial Action Plan. If DTSC determines the final remedy cannot be
implemented under a Removal Action Workplan, Proponent will prepare a Remedial
Action Plan (RAP) in accordance with the standards and requirements set forth in
Health and Safety Code section 25356.1. The RAP summarizes the results of the site
characterization, risk evaluation and feasibility study and sets forth in detail appropriate
steps to remedy soil, surface water and groundwater contamination at the Site and
adjacent areas. In addition, the RAP shall contain a schedule for implementation of all
proposed removal and remedial actions.

TASK 7.

        California Environmental Quality Act (CEQA). In order to meet its CEQA
obligation, DTSC will prepare the necessary CEQA documents. If required, the
Proponent shall submit the information necessary for DTSC to prepare these
documents.

TASK 8.

        Remedial Design and Implementation Plan. Proponent will either (a) prepare
and submit a Remedial Design and Implementation Plan (RDIP) in accordance with the
agreed upon schedule contained in the approved Remedy Selection Document; or (2)
depending on the complexity of the proposed removal or remedial action, incorporate
the factors typically addressed in a RDIP into the Remedy Selection Document. The
factors typically addressed in a RDIP are:

(a)     technical and operational plans and engineering designs for implementation of
        the approved remedial or removal action alternative(s);
(b)     a schedule for implementing the construction phase;
(c)     a description of the construction equipment to be employed;
(d)     a site specific hazardous waste transportation plan (if necessary);
(e)     any required registration requirements for contractors, transporters and other
        persons conducting the removal and remedial activities for the Site;
(f)     post-remedial sampling and monitoring procedures for air, soil, surface water
        and groundwater;
(g)     operation and maintenance procedures and schedules;
(h)     a health and safety plan; and
(i)     a community air monitoring plan, if required by DTSC.

3

TASK 9.

Implementation of Final Removal Action Workplan.  Upon DTSC approval of the final Removal Action Workplan (RAW), the Proponent shall implement the removal action, as approved.

TASK 10.

Implementation of Final RAP.  Upon DTSC approval of the RDIP and schedule, the Proponent shall implement the final RAP as approved in accordance with the approved RDIP and schedule.

TASK 11.

Implementation Report.  Within thirty (30) days of completion of field activities, the Proponent shall submit an Implementation Report documenting the implementation of the final RAW or RAP and RDIP and noting any deviations from the approved plan.

TASK 12.

Changes During Implementation of the Final RAP/RAW.  During implementation of the final RAW or RAP and RDIP, DTSC may specify such additions, modifications and revisions to the RAW or RDIP as deemed necessary to protect human health and safety or the environment or to implement the RAW or RAP.

TASK 13.

Public Participation.

13.1    The Proponent shall conduct appropriate public participation activities given the nature of the community surrounding the Site and the level of community interest.  The Proponent shall work cooperatively with DTSC to ensure that the affected and interested public and community are involved in DTSC's decision-making process. Any such public participation activities shall be conducted in accordance with Health and Safety Code sections 25358.7, and 25356.1(e) if conducting a RAP, the DTSC Public Participation Policy and Procedures Manual, and with DTSC's review and approval.

13.2    A scoping meeting may be held to determine the appropriate activities that will be conducted to address public participation.

13.3    The Proponent shall prepare a community profile to examine the level of the community's knowledge of the Site; the types of community concerns; the proximity of the Site to homes and/or schools, day care facilities, churches, etc.; the current and proposed use of the Site; media interest; and involvement of community groups and elected officials.  The community profile also includes a mailing list for the Site.

13.4    The Proponent shall develop and submit fact sheets to DTSC for review and approval when specifically requested by DTSC. The Proponent shall be responsible for printing and distribution of fact sheets upon DTSC approval using the approved community mailing list.

Sections 13.5-13.8 apply if RAP or RAW are required:

4

13.5   The Proponent shall publish, in a major local newspaper(s), a public notice announcing the availability of the RAW/RAP for public review and comment. The public comment period shall last a minimum of thirty (30) days.

13.6   DTSC may require that the Proponent hold at least one public meeting to inform the public of the proposed activities and to receive public comments on the RAW/RAP.

13.7   Within four (4) weeks of the close of the public comment period, DTSC will prepare a response to the public comments received. If required, the Proponent shall submit the information necessary for DTSC to prepare this document.

13.8   If appropriate, the Proponent will revise the RAW/RAP on the basis of comments received from the public, and submit the revised RAW/RAP to DTSC for review and approval. If significant or fundamental changes are required, additional public participation activities, including an additional review and comment period, may be required. The Proponent will also notify the public of any significant changes from the action proposed in the RAW/RAP.

## TASK 14.

Land Use Covenant. The parties agree that a land use covenant (LUC) pursuant to California Code of Regulations, title 22, section 67391.1 may be necessary to ensure full protection of the environment and human health. DTSC may require such LUC in the Final RAW/RAP. The Proponent agrees to sign and record the LUC approved by DTSC within ten (10) days of receipt of a fully executed original.

## TASK 15.

Operation and Maintenance (O&M). The Proponent shall comply with any and all operation and maintenance requirements in accordance with the final RAW, final RAP, or a DTSC-approved RDIP or O&M Plan. If deemed necessary, DTSC may require Proponent to enter into an O&M Agreement with DTSC.

## TASK 16.

Financial Assurance. Proponent shall establish and maintain a financial assurance mechanism pursuant to California Health and Safety Code section 25355.2 for implementing any required O&M activities, LUC-related activities, five-year review activities, and DTSC's costs incurred in overseeing these activities.

## TASK 17.

Discontinuation of Remedial Technology. Any remedial technology employed in implementation of the final RAP/RAW shall be left in place and operated by the Proponent until and except to the extent that DTSC authorized the Proponent in writing to discontinue, move or modify some or all of the remedial technology because the Proponent has met the criteria specified in the final RAW/RAP for its discontinuance, or because the modifications would better achieve the goals of the final RAW/RAP.

## TASK 18.

Quality Assurance/Quality Control (QA/QC) Plan. All sampling and analysis conducted by the Proponent under this Agreement shall be performed in accordance

with a QA/QC Plan submitted by the Proponent and approved by DTSC.  The QA/QC Plan will describe:

(a)     the procedures for the collection, identification, preservation and transport of samples;

(b)     the calibration and maintenance of instruments;

(c)     the processing, verification, storage and reporting of data, including chain of custody procedures and identification of qualified person(s) conducting the sampling and of a laboratory certified or approved by DTSC pursuant to Health and Safety Code section 25198;  and

(d)     how the data obtained pursuant to this Agreement will be managed and preserved in accordance with the Preservation of Documentation section of this Agreement.

TASK 19.

Health and Safety Plan.  The Proponent will submit a Site Health and Safety Plan in accordance with California Code of Regulations, Title 8, section 5192.  This plan should include, at a minimum the following elements:

(a) Site Background/History/Workplan;
(b) Key Personnel and Responsibilities
(c) Job Hazard Analysis/Summary;
(d) Employee Training;
(e) Personal Protection;
(f) Medical Surveillance;
(g) Air Surveillance;
6(h) Site Control;
(i) Decontamination;
(j) Contingency Planning;
(k) Confined Space Operations;
(l) Spill Containment;
(m) Sanitation;
(n) Illumination; and
(o) Other applicable requirements based on the work to be performed.

DTSC's *Interim Draft Site Specific Health and Safety Plan Guidance Document for Site Assessment/Investigation, Site Mitigation Projects, Hazardous Waste Site Work Closure, Post Closure, and Operation and Maintenance Activities* (DTSC, December 2000) can be used as a reference tool, The Health and Safety Plan should  cover all measures, including contingency plans, which will be taken during field activities to protect the health and safety of the workers at the Site and the general public from exposure to hazardous waste, substances or materials.  The Health and Safety Plan should describe the specific personnel, procedures and equipment to be utilized.

All contractors and all subcontractors shall be given a copy of the Health and Safety Plan prior to entering the Site.  Any supplemental health and safety plans prepared by any subcontractor shall also be prepared in accordance with the regulations and guidance identified above.  The prime contractor responsible for this subcontractor will

be responsible for ensuring that all subcontractor supplemental health and safety plans follow these regulations and guidelines.

**EXHIBIT D**
**COST ESTIMATE WORKSHEET**
**VCA**
**Date: November 4, 2016**
**Site: Former Omo Dry Cleaners**
**Site Code: 202121**

| Title | VCP Coord. | Project Manager | Supervisor | Toxicologist | Geology | Industrial Hygienist | HQ Engineering | Public Participation | HQ CEQA | Legal | Clerical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Classification (personnel)** | | | | | | | | | | | |
| **TASK:** | | | | | | | | | | | |
| Agreement Prep./Negotiation | | 5 | 1 | | | | | | | 3 | 1 |
| Project Management | | 8 | 1 | | | | | | | | 1 |
| Review and comment on existing data | | 5 | 2 | 3 | 5 | | | | | | 1 |
| Supplemental Site Characterization | | | | | | | | | | | |
| - Workplan | | 5 | 1 | | 5 | | | | | | 1 |
| - Implementation | | 5 | 1 | | 3 | | | | | | 1 |
| - Report | | 5 | 1 | | 3 | | | | | | 1 |
| Risk Analysis | | 8 | 2 | 15 | | | | | | | 1 |
| Public Participation | | 5 | 1 | | | | | 10 | | | 1 |
| CEQA | | 8 | 1 | | | | | | 10 | | 1 |
| Removal Action Plan | | 18 | 2 | 5 | 10 | | | 10 | | | 1 |
| Implement Remedial Action | | 8 | 1 | | | | | | | | 1 |
| Design | | 3 | 1 | | | | | | | | 1 |
| Certification | | 5 | 1 | | | | | | | | 1 |
| Deed Restriction | | 5 | 1 | | | | | | | 5 | 1 |
| Operation & Maint | | 5 | 1 | | | | | | | | 1 |
| Total No. Hours/Class | | | | | | | | | | | |
| Hourly Rate/Class | $0 | $138 | $251 | $187 | $204 | $159 | $203 | $125 | $131 | $184 | $76 |
| Cost/Class | $0 | $13,524 | $4,518 | $4,301 | $5,304 | $0 | $0 | $2,500 | $1,310 | $1,472 | $1,140 |
| Contingency (10%) | $3,407 | | | | | | | | | | |
| Grand Total Cost | $37,476 | | | | | | | | | | |
| Advance Payment | $18,738 | | | | | | | | | | |