# **Exhibit B-8**

**Indermill, Megan@DTSC**

| | |
|---|---|
| **From:** | Roberta Feliciano <Roberta_Feliciano@ci.richmond.ca.us> |
| **Sent:** | Thursday, June 01, 2017 3:07 PM |
| **To:** | Indermill, Megan@DTSC |
| **Cc:** | Lina Velasco |
| **Subject:** | RE: 12210 San Pablo Ave |
| **Attachments:** | Letter to Richmond Planning_May 24, 2017.pdf; Realtor Letter_MRE 051917.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Megan,

Please find attached the documents provided by Bob Bob Clark-Riddell with Pangea Environmental Services. Here are some topics of discussion for our call:

1. Does the existing building need to be demolished for remediation?
2. What is the timeline for the demolition?
3. How will the VOC impact the adjoining Thai restaurant and how will this be mitigated?
4. What are the approvals needed from DTSC for the clean-up work?


We look forward to speaking with you on Monday.

Thanks,
Roberta Feliciano
Planner II
City of Richmond
510.620.6662


-----Original Appointment-----
**From:** Lina Velasco
**Sent:** Tuesday, May 30, 2017 4:44 PM
**To:** Lina Velasco; Roberta Feliciano; megan.indermill@dtsc.ca.gov
**Subject:** 12210 San Pablo
**When:** Monday, June 05, 2017 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Megan to call City at 510-620-6841

## Indermill, Megan@DTSC

| | |
|---|---|
| **Subject:** | 12210 San Pablo |
| **Location:** | Megan to call City at 510-620-6841 |
| | |
| **Start:** | Mon 6/5/2017 2:00 PM |
| **End:** | Mon 6/5/2017 3:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Lina Velasco |



May 24, 2017

Ms. Roberta Feliciano
City of Richmond Planning Department
450 Civic Center Plaza
Richmond, California 94804

Re:    **Planned Demolition and Remediation Activities**
       Former Omo's Cleaners (Vacant Building)
       12210 San Pablo Avenue
       Richmond, California 94804

Dear Ms. Feliciano:

On behalf of property owner Casa Nido, Pangea Environmental Services (Pangea) prepared this letter to explain why building demolition is required to conduct site remediation at 12210 San Pablo Avenue, Richmond, California (Site). From our discussion last week about the submitted building demolition application, Pangea understands that City of Richmond Planning Department (City) is concerned about having a vacant building or parcel within this business district, and about mitigating any vapor intrusion concerns from the known chemical contamination at the Site.

This letter describes the extent of chemical contamination as well as the planned extensive remediation and mitigation efforts. These planned efforts will require building removal to return the subject property into viable economic use and to protect future occupants and adjacent properties. The accompanying letter from experienced local realtor Erik Housh of MRE Commercial Real Estate describes how building materials are also impacted by toxic contamination, so building material removal is also required (Appendix A). After the City's review of these letters, Casa Nido respectfully requests that the City expeditiously approve the building permit application.

## SITE CLEANUP BACKGROUND

A dry cleaner business operated at this site for nearly 50 years, dating back to 1966. In October 2014, site investigation first confirmed chemical contamination in *subslab soil gas* beneath the dry cleaning equipment area. The investigation discovered tetrachloroethene (PCE), a very toxic dry cleaning chemical, that also degrades into trichloroethene (TCE) and other toxic compounds. To facilitate site investigation and cleanup, the dry cleaning tenant vacated the building in June 2015.

Subsequent assessment staring in June 2015 confirmed significant PCE impact into site *soil* beneath the entire building, and found PCE impact in *groundwater* that extends off site. PCE impact in *soil gas* is also significant beneath the vacant site building, and soil gas impact requires future delineation and mitigation with respect the adjacent restaurant.

Planned Demolition and Remediation Activities
12210 San Pablo Avenue
Richmond, California 94805
May 24, 2017

## TENTATIVE SITE CLEANUP PLANS

Pangea's tentative remediation plans to target PCE contamination in soil, soil gas, and groundwater are summarized on Figure 1. Pangea is entering a voluntary remedial action agreement with the California Department of Toxic Substances Control (DTSC) to remediate the Site, mitigate vapor intrusion concerns, and expedite regulatory case closure. Described below are the tentative remedial actions for PCE source soil excavation, remedial injections for groundwater treatment, and a soil gas barrier wall to safeguard the adjacent restaurant from vapor mitigation. As noted below, Pangea is *unable* to implement necessary remedial actions without demolition of the building.

### Source Soil Excavation

A primary excavation is planned to target the most concentrated area of contamination. This primary excavation would target an approximate 15-foot by 20-foot area within the building footprint in the vicinity of the former PCE-using machine. The planned excavation depth is approximately 18 feet below ground surface (bgs) to target the primary source in unsaturated soil and in saturated soil where the groundwater contamination is greatest. A secondary excavation is planned for the entire building footprint to a depth of 3 to 5 feet bgs to remove shallow PCE-impacted soil and facilitate installation of an impermeable slurry barrier to contain deeper PCE soil gas that would otherwise represent a vapor intrusion risk. These excavation phases will require space and access for heavy excavation equipment, which is not currently available with the building presence.

### Remedial Injection for Groundwater Treatment

After excavation of source soil contamination, Pangea plans to inject a special mixture to treat PCE impact in Site groundwater and deeper saturated soil. Injections will be conducted using large drilling equipment to drive hollow injection rods into the subsurface for fluid injection in approximate 2 to 4 foot vertical intervals. A pumping station, which requires about a 25-foot by 25-foot setup area, is also required to pump the fluid at a high pressure for fluid dispersed into the subsurface. Additional space is required for mixing and aboveground storage tanks for approximately 5,000 to 10,000 gallons of water and mixing solution. In total, the equipment footprint consists of a drill rig, a pumping station, aboveground tank(s), and a storage area for injection supplies.

The proposed injection points are located within the building footprint, requiring access for the drill rig to injection locations shown on Figure 1.

### Soil Gas Barrier Wall Installation

The final remedial action involves construction of a soil gas barrier wall between the Site building and the adjacent restaurant. Barrier wall installation involves excavation of a deep trench down approximately 16 feet bgs along the length of the property boundary shared with the restaurant, with a slurry backfill. The soil gas wall location is currently occupied by the Site building and cannot be constructed with the building present.

Planned Demolition and Remediation Activities
12210 San Pablo Avenue
Richmond, California 94805
May 24, 2017

**CLOSING**

After the City's review of these letters, Casa Nido respectfully requests that the City expeditiously approve the building permit application. If you need clarification or require any additional information, please do not hesitate to contact me at (510) 435-8664 or briddell@pangeaenv.com.

Sincerely,
**Pangea Environmental Services, Inc.**

Bob Clark-Riddell
Principal Engineer

**ATTACHMENTS**

Figure 1 – Tentative Remedial Activities in Cross Section

Appendix A – Realtor Letter Regarding Building Condition and Demolition Recommendation

3



**EXPLANATION**

Predominantly fine-grain soil (CL, ML)

Predominantly coarse-grain soil (GW,GP, GC, SW, SP, SM, SC)

Primary Excavation (up to 20' bgs)

Secondary Excavation (up to 5' bgs)

Remedial Injections

Soil Gas Barrier Wall (up to 15' bgs)

Groundwater Elevation

Vertical Exaggeration: 2.5x

Approximate scale (ft)

Depth Below Ground Surface (in feet)

South ►

◄ North

SAN PABLO AVE

RESTAURANT BUILDING

OMOS BUILDING

Former Dry Clean Machine

SITE

PARKING LOT

FIX OUR FERALS BUILDING

Elevation (feet above mean sea level)

**PANGEA**

**Cross-Section of Tentative Remedial Activities**

Omo's Cleaners
12210 San Pablo Avenue
Richmond, California

Figure 1



May 19, 2017

Mr. Ronald Piziali
Via E-Mail

RE: Your property at 12210 San Pablo Avenue, Richmond, CA.

Dear Ron:

Having spent over 30 years as a commercial leasing and sales agent in the San Pablo Avenue Corridor of Richmond and El Cerrito, and as the owner of a site contaminated by a previous dry cleaning tenant that is currently undergoing remediation and having several clients who have gone through the same process, it is my opinion that you need to demolish the building at 12210 San Pablo Avenue for the following reasons:

1. The property cannot be legally occupied due to the current VOC contamination beneath the building.

2. There is no market to purchase or redevelop the property with the current VOC contamination beneath the building.

3. In my experience VOC contamination of this type not only is infused in the concrete slab, but also is absorbed by sheetrock, insulation, stucco, wood and other permeable building materials.

4. The building is old and in very poor condition and has no economic value. Once the slab is removed to facilitate the required cleanup, and all permeable materials are stripped out of the building, there will be even less reason anyone in their right mind would want to save the building.

5. The building needs to be removed to make access for heavy equipment to properly excavate contaminated soils, pour a below grade floor slab, install an impermeable vapor barrier membrane, and pour an on-grade slab.

**APPENDIX A**

Realtor Letter

After contaminated soil removal, groundwater treatment, and installation of a sub-slab soil gas ventilation system/vapor barrier under the jurisdiction of the case oversight agency (CalEPA/DTSC), you will be able to construct a new building on the property or sell the property for development by others. The sooner the demolition is completed, the sooner site remediation can commence and be completed.  I understand your ownership team is willing to expedite site cleanup upon receipt of your demolition permit.

At this point, your clear choice is to demolish the building and conduct site cleanup, or to leave the building abandoned for the long term. There is no possibility of planning a replacement building at this time, as it could not be approved due to the contamination.

I hope this assists you in your decision-making process.  Feel free to provide this letter to the City of Richmond Planning Department. I look forward to assisting you with redevelopment or sale of this property upon completion of site remediation and vapor intrusion mitigation. Thank you very much and contact me with any questions.

Sincerely,

Erik Housh

Erik Housh
Managing Partner
MRE Commercial Real Estate
510-450-1410
Fax 510-450-1425
ehoush@mrecommercial.com
BRE#00884205

2