# Exhibit B-10





# Department of Toxic Substances Control

**Matthew Rodriquez**
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Edmund G. Brown Jr.**
Governor

October 2, 2017

Bob Clark-Riddell, P.E. (briddell@pangeaenv.com)
Pangea Environmental Services, Inc
1710 Franklin Street, Suite 200
Oakland, CA, 94612

Dear Mr. Clark-Riddell:

Section 25269.5 of the California Health and Safety Code requires the Department of Toxic Substances Control (DTSC) to provide a cost estimate and schedule for oversight of the next phase of site investigation and cleanup work at the Former Omo's Cleaners (Site) located at 12210 San Pablo Avenue, Richmond, California. Enclosed is a schedule and estimate of DTSC's hours and costs to oversee the work identified in the schedule. The cost estimate projects the hours to be incurred for planned oversight activities (by staff classification) and identifies the personnel labor rates.

The schedule and cost estimate will be updated if necessary due to changing circumstances. The cost estimate is for the fiscal year 2017/2018 which starts July 1, 2017 and ends June 30, 2018. Please note that this is only an estimate of projected costs. Casa Nido remains liable for all costs incurred. DTSC reserves all rights to pursue cost recovery under any and all applicable provisions of state or federal law.

I hope this schedule and cost estimate will be useful in your fiscal and project planning. If you have any questions, contact me at (510) 540-3972 or via e-mail at megan.indermill@dtsc.ca.gov.

Sincerely,

Megan Indermill
Project Manager, Environmental Scientist
Brownfields and Environmental Restoration Program
Berkeley Regional Office

Enclosures

## Department of Toxic Substances Control
## COST ESTIMATE FY 2017/2018

**SITE: OMO FABRICARE DRY CLEANERS (60001434)**
**SITE CODE: 201896, 202121**
**PROJECT MANAGER: MEGAN INDERMILL**

| OU NAME | AREA | ACTIVITY TITLE | DOCUMENT TYPE | START DATE | Project Manager | Supervisor | Engineering | Geology | Toxicology | Industrial Hygiene | Public Participation | Legal | CEQA | Financial Assurance | Admin Proj. Manager | Clerical | Travel $ | Contracts $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROJECT WIDE | | Site Assesment Report | Site Characterization Report | 06/22/2017 | | | | | | | | | | | | | | |
| PROJECT WIDE | | Remedial Investigation/Feasibility Study Workplan | Remedial Investigation Workplan | 12/01/2017 | | | | | | | | | | | | | | |
| | | | Project Management | | | | | | | | | | | | | | | |
| | | | | Totals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 |
| | | | | Hourly Rate | | | | | | | | | | | | | | |
| | | | | Cost | | | | | | | | | | | | | | |
| | | | | Grand Total | | | | | | | $0 | | | | | | | |

Page 1 of 1

