# **Exhibit B-12**

# Utz, Ian@DTSC

| | |
|---|---|
| **From:** | Bob Clark-Riddell <briddell@pangeaenv.com> |
| **Sent:** | Friday, June 26, 2020 8:45 PM |
| **To:** | Utz, Ian@DTSC |
| **Cc:** | Ron Piziali |
| **Subject:** | RE: [202121] Omo's Fabricare - Project Update |
| **Attachments:** | Former Omo's Cleaners - GWMR 2019.pdf; 2020-06-25_Letters to Adjacant Properties.pdf; Fig 3 SVESSD System Vacuum Influence (2018-06-08) 2020-06-26.pdf |

Hello Ian,

On behalf of Casa Nido, Pangea is pleased to provide additional site information.  Enclosed you will find:
- The 2019 Groundwater Monitoring Report (which will be uploaded to EnviroStor),
- Notification letters provided to the three adjacent property occupants/owners, and
- A vacuum influence map for the SVE/SSD soil vapor mitigation system.

This email also provides a brief update on site action and upcoming reports.

**2019 Groundwater Monitoring**
The monitoring report discusses the following groundwater conditions from the October 2019 sampling event:
- VOC concentration reduction in source area groundwater,
- VOC concentrations trends in non-source area wells, and
- Bioparameter data.

Note that the PCE concentration in source area well MW-1 this event (752 µg/L) represents a **95% reduction** compared to the historical maximum of 14,000 µg/L (September 2016).  Also note that the presence of PCE-degradation compounds of TCE and cis-1,2-DCE indicates the PCE is attenuating at the site.  Future monitoring will evaluate the effect of interim action on groundwater conditions.

**Interim Action**
The monitoring report's background section summarizes interim actions completed on the site from October 2018 to present, which include:
- Excavation and removal of 454 cubic yards of VOC-impacted soil to remove source material,
- Placement of 3,300 pounds of Daramend™ within 15-foot deep trenches to provide a permeable reactive barrier (PRB) totaling 108 feet in length to improve groundwater conditions, and
- Installation and initial operation of a soil vapor extraction/subslab depressurization (SVE/SSD) system to improve and mitigate soil vapor intrusion concerns.

**Upcoming Reports**
In early July 2020, Pangea will provide a report documenting startup of the SVE/SSD system and soil gas conditions.  Initial data indicates the system is performing as intended. The measured vacuum influence of the SVE/SSD system (Figure 3 attached) suggests the system is providing significant mitigation of residual VOCs and safeguarding nearby occupied structures.  The report will also document a significant decreasing in VOC concentrations in soil gas in monitoring wells and extraction points.  Note that a very long delay (over 1 year) caused by PG&E and the City of Richmond delayed startup of this SVE/SSD system until April 2020.

Later in July 2020, Pangea plans to provide technical reports documented additional site characterization used to guide interim action at the site, and procedures of the completed interim action.  After agency review of these documents, Pangea would like to discuss agency recommendations for subsequent action.

As described in the recent letter to DTSC from Casa Nido, the partnership appreciates your efforts to help control cost of site action and agency oversight. Please feel free to contact me with any questions or comments.  Thank you, Bob

Bob Clark-Riddell, P.E.
Principal Engineer
Pangea Environmental Services, Inc.
1250 Addison Street, Suite 213
Berkeley, California 94702
510.435.8664 Direct
510.836.3700 Main


**From:** Bob Clark-Riddell
**Sent:** Tuesday, June 23, 2020 11:01 AM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Ian,

Yes, we will provide some additional information this week.   Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
510.435.8664 Direct


**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Tuesday, June 23, 2020 10:57 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** Re: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Hi Bob,

I hope all is well.  Do you expect to send additional information regarding Omo's this week?  Thank you,

-Ian

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Date:** Sunday, June 14, 2020 at 2:40 PM
**To:** "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Hello Ian,

I wanted to send you a quick update.  Pangea is assembling the reports we discussed on our call in late May.  We should be able to send some information later this week.  I see that Ron Piziali sent you information about Casa Nido.

Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664


**From:** Bob Clark-Riddell
**Sent:** Monday, June 1, 2020 6:27 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Ian,

It was a productive call.  I have a conference call scheduled tomorrow afternoon with the client and attorney to discuss.  I'll have more information for your shortly.

Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664


**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Monday, June 1, 2020 12:53 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Conwill Marsha <mtc10860@aol.com>; Ron Piziali <ronaldpiziali@gmail.com>; Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** Re: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Received.  Thank you for your call just now.  I look forward to working with you.

-Ian

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program

3

Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Date:** Monday, June 1, 2020 at 12:52 PM
**To:** "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov>
**Cc:** Conwill Marsha <mtc10860@aol.com>, Ron Piziali <ronaldpiziali@gmail.com>, Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Ian,

As you requested, here is the contact information for Casa Nido's attorney since Karl Morthole has retired.

**Paul Stanton Kibel**
**Water and Power Law Group PC**
2140 Shattuck Avenue, Ste. 801
Berkeley, CA  94704-1229
(510) 499-1649 (direct)
(510) 296-5588 (main)
(866) 407-8073 (e-fax)
pskibel@waterpowerlaw.com
www.waterpowerlaw.com

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Sunday, May 31, 2020 8:11 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Conwill Marsha <mtc10860@aol.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** Re: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Thank you.  I will call you at 11:30 AM tomorrow.

-Ian

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Sunday, May 31, 2020 8:09:47 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>

**Cc:** Conwill Marsha <mtc10860@aol.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Ian,

Let's speak at 11:30 am.  Please call me then at 510.435.8664.   Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664

e call me at 510.435.8664

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Sunday, May 31, 2020 7:34 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Cc:** Conwill Marsha <mtc10860@aol.com>
**Subject:** Re: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Hi Bob,

No, I cannot wait until June 8.

Please reconsider and determine whether you are able to speak with me tomorrow;  15-30 minutes should suffice.  Alternatively, transmit the most important updates that the State should be aware of in an e-mail by tomorrow at 12 PM.

-Ian

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Saturday, May 30, 2020 3:42:49 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>
**Cc:** Conwill Marsha <mtc10860@aol.com>
**Subject:** RE: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Ian,

Can we speak June 8 before you determine if a letter is necessary?  We have some new information to share with you.  Bob

-----Original Message-----

From: Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
Sent: Friday, May 29, 2020 7:06 PM
To: Ron Piziali <ronaldpiziali@gmail.com>
Cc: Conwill Marsha <mtc10860@aol.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
Subject: [202121] Omo's Fabricare - Call on Monday (06/01/2020)

Hi Ron, Marsha, and Bob,

I will call each of you this coming Monday, June 1, 2020.  I have started reviewing this case material, and we need to discuss next steps as soon as possible.  Please indicate if there is a time on Monday that you would prefer; otherwise, I might need to send a letter in lieu of first speaking with you.  Thank you.

-Ian

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

On 5/22/20, 5:33 PM, "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov> wrote:

    Hello Ron,

    I am very sorry to hear of the passing of Joe Conwill.  Thank you very much for letting us know.

    I understand that you might have questions about the necessary next steps.  Kindly, please let me know a time that works for you, Marsha, and/or Bob to discuss Omo's, and the options available, over the phone.  How would Wednesday (5/27), Thursday (5/28), or Friday (5/29) of next week work for you?

    Respectfully,
    Ian

    Ian Utz
    Environmental Scientist
    Site Mitigation and Restoration Program
    Department of Toxic Substances Control
    700 Heinz Avenue, Suite 200
    Berkeley, California 94710-2721
    510-859-8107 (mobile)
    ian.utz@dtsc.ca.gov

    On 5/22/20, 5:05 PM, "Ron Piziali" <ronaldpiziali@gmail.com> wrote:

        We received your email. FYI. Joe Conwill passed away two years ago. New contact information:
        For billing:
        Marsha Conwill
        1117 Arlington Blvd
        ElCerrito, Ca 94538

510-368-1789
Mtc10860@aol.com

For General Partner:
Ronald Piziali
13123 Regan Lane
Saratoga,Ca 95070
408-499-5723
ronaldpiziali@gmail. Com

I trust this is the information you requested. Thank you.

Ron Piziali


Sent from my iPhone

| | |
|---|---|
| Message | |
| **From**: | Utz, Ian@DTSC [Ian.Utz@dtsc.ca.gov] |
| **Sent**: | 5/19/2020 11:21:17 PM |
| **To**: | mtc10860@aol.com |
| **CC**: | briddell@pangeaenv.com; ronaldpiziali@gmail.com; Smith, Whitney@DTSC [Whitney.Smith@dtsc.ca.gov]; tgiles@btbookkeeping.com |
| **Subject**: | [202121] Omo Fabricare Dry Cleaners - Change of DTSC Project Manager |
| **Attachments**: | 20200519_PM-Change-Notification_Signed.pdf |

Hello Joe Conwill,

I hope that all is well. I am writing to inform you that I am the new DTSC Project Manager for the Omo Fabricare Dry Cleaners site in Richmond (see attached). I very much look forward to working with you, your consultants, and other stakeholders on this project.

Based on my records, DTSC has not yet received a response to our comment letter dated September 7, 2018. The letter provided feedback on a workplan for further investigation.

Kindly please confirm the reason for the delay, and anticipated next steps. If possible, I would like to set up a teleconference to touch bases on this project. Please let me know your and/or your consultant's availability for a call, which would ideally take place within the next two weeks.

Respectfully,
Ian Utz

Ian Utz
Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov