# Exhibit B-13


 Department of Toxic Substances Control 

Matthew Rodriquez
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

Edmund G. Brown Jr.
Governor

December 7, 2017

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc
1710 Franklin Street, Suite 200
Oakland, CA, 94612
briddell@pangeaenv.com

Dear Mr. Clark-Riddell,

The California Department of Toxic Substances Control (DTSC) has received and reviewed the Site Assessment Report (Report) dated August 16, 2016, for the Former Omo's Cleaners (Site) located at 12210 San Pablo Avenue, Richmond, California. The Report was prepared by Pangea Environmental Services Inc on behalf of Casa Nido.

DTSC's Geological Services Unit (GSU) has prepared the attached memorandum. DTSC's Human and Ecological Risk Office (HERO) prepared the following comments:

1. The extent of the soil vapor plume underneath the adjacent restaurant has not been determined for potential vapor intrusion risk characterization. HERO recommends subslab vapor sampling in the restaurant footprint, or direct indoor air sampling given that the most proximal subslab vapor samples (locations SS-6 and SS-7) contain 47,000 and 32,000 ug/m3 PCE.
2. Furthermore, breakdown products of PCE have not been presented in Report figures, citing that their concentrations "slightly exceeded Tier 1 ESLs." (Section 2.4) Given the time that has lapsed since the date of the report, onsite and offsite (restaurant) subslab vapor should be samples and analyzed to update potential vapor intrusion risk.
3. Risk-based screening levels for soil vapor and subslab vapor should be derived by applying Table 2 default attenuation factors from DTSC's Vapor Intrusion Guidance to indoor air screening levels recommended by HHRA Note 3. ESLs for chlorinated VOCs are not supported by HERO.

Bob Clark-Riddell
December 7, 2017
Page 2

Noting the changes proposed, DTSC requests that a Remedial Investigation Workplan be prepared for submittal by March 15, 2017. If you have questions or comments, contact me at (510) 540-3972 or megan.indermill@dtsc.ca.gov.

Sincerely,

Megan Indermill
Project Manager, Environmental Scientist
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control

Attachment

  **Department of Toxic Substances Control** 

*Matthew Rodriquez*
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

*Edmund G. Brown Jr.*
Governor

# MEMORANDUM

| | |
|---|---|
| TO: | Megan Indermill, Project Manager<br>Environmental Scientist<br>Cleanup Program, Berkeley Office<br>Brownfields and Environmental Restoration Program |
| FROM: | Renato A. Medrano, PG 8653<br>Engineering Geologist, Geological Services Unit<br>Geological Services Branch<br>Brownfields and Environmental Restoration Program |
| CONCUR: | Brian Lewis, PG 4287, CEG 1414, CHG 136<br>Senior Engineering Geologist, Unit Chief, Geological Services Unit<br>Geological Services Branch<br>Brownfields and Environmental Restoration Program |
| DATE: | September 18, 2017 |
| SUBJECT: | **SITE ASSESSMENT REPORT, FORMER OMO'S CLEANERS, 12210 SAN PABLO AVENUE, RICHMOND, CALIFORNIA** |
| | PROJECT DTSC202121-11    ACTIVITY 12018    WR 20044169 |

## ACTIVITY REQUESTED

Geological Services Unit (GSU) reviewed: *Site Assessment Report, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond, California* (Report: dated August 16, 2016), prepared by Pangea Environmental Services Inc. on behalf of Casa Nido.

## COMMENTS AND RECOMMENDATIONS

1. <u>Groundwater and surface water beneficial uses</u>.  The Report does not identify surface water (i.e., Baxter Creek) and groundwater beneficial uses. The beneficial use identification and description is very relevant when determining screening criteria and potential remedial actions.

Megan Indermill
September 18, 2017
Page 2 of 4

### Recommendation

    a. Revise the Report to include beneficial uses and the water quality objectives of groundwater and surface water as stated in the San Francisco Bay Regional Water Quality Control Board (SFRWQCB) Basin Plan.

## 2. Use of SFRWQCB's Environmental Screening Levels (ESLs)

### Indoor air, soil, sub-slab vapor, and soil gas screening criteria

As discussed in DTSC's Human and Ecological Risk Office's (HERO's) Human Health Risk Assessment (HHRA) Notes,[1] DTSC-modified Screening Levels (DTSC-SLs) and United States Environmental Protection Agency's (USEPA's) Regional Screening Levels (RSLs) are recommended (not ESLs). To ensure that appropriate toxicological parameters and exposure pathways are used in vapor intrusion investigations, a DTSC toxicologist must be consulted regarding screening criteria for indoor air, sub-slab vapor, soil, and soil gas. Moreover, DTSC has increased concerns regarding vapor intrusion of trichloroethene (TCE) and has recommended accelerated response actions (HHRA Note 5). Recommendations regarding tetrachloroethene (PCE) are provided in HHRA Note 7.

Data variability, with associated uncertainty, is an ongoing concern regarding sampling for volatile organic compounds (VOCs) in indoor air, sub-slab vapor, and soil gas. For these media, the state-of-practice is evolving and new approaches are under development and consideration (e.g., continuous monitoring and passive sampling). Currently, a guidance document regarding sampling of various media for vapor intrusion assessment is being developed jointly by DTSC and SFRWQCB, and, consequently, revisions to attenuation factors (and to ESLs) may be forthcoming. It is understood, however, that one-time sampling of these media is generally not sufficient to determine whether data are representative and sufficient for decision-making: collection frequency must be sufficient to capture seasonal variation and building effects.

### Recommendations

    a. GSU defers to HERO regarding screening criteria for indoor air, sub-slab vapor, soil, and soil gas.
    b. Multiple sampling events should be considered.
    c. Refer to HERO Notes regarding health risk methods and screening.

### Groundwater ESLs

Table 2 includes three different ESLs for groundwater:

- Tier 1;

---

[1] http://www.dtsc.ca.gov/assessingrisk/humanrisk2.cfm

- Vapor Intrusion ESLs for deep GW (groundwater) Residential; and,
- Vapor Intrusion ESLs for deep GW Commercial/Industrial.

The Report is not clear with respect to the use of these ESLs for identifying chemicals of concern (COCs). For example, *2.4 Chemicals of Concern* states: "PCE is the only COC detected in soil, groundwater and/or soil vapor at concentrations significantly exceeding commercial ESLs. TCE and cis-1,2-DCE [1,2-dichloroethene] concentrations in groundwater have slightly exceeded Tier 1 ESLs."

The specific criteria selected is very important because the criteria dictates the values to which a site should be characterized for each COC. For example, if the groundwater beneficial use includes current and future domestic supply (MUN), then Tier 1 ESLs may be most appropriate, because California's Maximum Contaminant Levels allowable in drinking water (MCLs) are usually equivalent to Tier 1 ESLs.

### Recommendation

a. If MUN is the designated beneficial use at the site, MCLs should be used as criteria to define the extent of contamination in groundwater.

### 3. Extent of PCE contamination in groundwater

If MCLs are appropriate screening criteria for groundwater, then the extent of PCE (and degradation products) in groundwater has not been determined, because COC plumes have not been delineated to MCLs.

### Recommendations

a. The following PCE data gaps should be identified (Figure 9):

- North (cross-gradient) of B-14 and west (downgradient) of B-14:
- West-southwest (downgradient) of HP-1 (A and B2 water-bearing zones);
- West-southwest (downgradient) of MW-4; and,
- Deeper water-bearing units under MW-4 and HP-1.

b. Consider data collection on another transect, downgradient of and parallel to the current transect defined by: B-14, B-15, B-16/MW-4, and B-17. Conducting Cone Penetration Tests (CPTs) and grab groundwater sampling on the new transect would be useful so that soil behavior types can be identified and the extent of groundwater contamination delineated.

c. Installation of multi-level cluster wells is recommended (e.g., at MW-4 and HP-1, and perhaps, north and south of HP-1/MIP-2).

d. Appropriate drilling technology should be used to avoid cross-contamination between water-bearing zones.

4. Sampling for VOCs in soil

USEPA Method 5035 (e.g., En-Core®, methanol preservation, etc.) was not used during collection of soil samples for VOC analysis; therefore, results may be low-biased, and the estimated areas and volumes of VOC-contaminated soil may also be low-biased.

Recommendations

a. For better estimates of volumes and concentrations of soils to be excavated, a systematic grid sampling approach at several depths is recommended (e.g., at 5, 10, 15 feet below ground surface).
b. Soil samples should be collected using USEPA Method 5035.
c. If sufficient pre-excavation soil data is collected, then post-excavation confirmation sampling may not be needed.

5. Metals in groundwater.   Metals may be mobilized during reductive dechlorination of VOCs.

Recommendation

a. Sampling for metals in groundwater should be considered.

6. Cover letter

The cover letter states that the Report is being submitted to Regional Water Quality Control Board.

Recommendation

a. Revise the cover letter state that the Report is being submitted to DTSC.

**Reviewed by:**   Eileen Hughes, PG 8170
Engineering Geologist, Berkeley Geological Services Unit
Geological Services Branch
Brownfields and Environmental Restoration Program

If you have any questions or comments regarding this memorandum, please contact me at (510) 540-3947 or Renato.Medrano@dtsc.ca.gov or Brian Lewis at (510) 540-3950 or Brian.Lewis@dtsc.ca.gov.