# Exhibit B-14



April 30, 2018

Mr. Parag Shah
Department of Toxic Substances Control
700 Heinz Avenue
Berkeley, California 94710-2721

Re:  **Request for Extension**
     Former Omo's Cleaners
     12210 San Pablo Avenue
     Richmond, California 94805

Dear Mr. Shah:

On behalf of Casa Nido, PANGEA Environmental Services, Inc. (PANGEA) requests an extension for workplan submittal for the subject site. Your December 7, 2017 letter requested submittal of a Remedial Investigation Workplan to help characterize soil vapor beneath the restaurant adjacent the subject site. Your April 3, 2018 email approved our extension request until May 1, 2018 for workplan submittal.

Pangea was recently granted access to conduct an initial inspection of the adjacent restaurant. Pangea plans to conduct follow-up inspections for preparation of our workplan. We plan to survey the location of underground utilities and identify proposed locations for sub-slab sampling probes. We also plan to evaluate design considerations for installation of a sub-slab depressurization (SSD) system.

PANGEA requests an extension of the workplan submittal date to **June 15, 2018**. If you have any questions, please call me at (510) 435-8664 or email briddell@pangeaenv.com.

Sincerely,
**PANGEA Environmental Services, Inc.**

Bob Clark-Riddell, P.E.
Principal Engineer

**PANGEA Environmental Services, Inc.**

1710 Franklin Street, Suite 200, Oakland, CA 94612 Telephone 510.836.3700 Facsimile 510.836.3709 www.pangeaenv.com