# **Exhibit B-15**



July 17, 2018

Mr. Parag Shah
Department of Toxic Substances Control
700 Heinz Avenue
Berkeley, California 94710-2721

Re:   **Offsite Vapor Intrusion Investigation Workplan**
      Former Omo's Cleaners
      12210 San Pablo Avenue
      Richmond, California 94805
      ACDEH Case No. RO0003205

Dear Mr. Shah:

On behalf of Casa Nido, PANGEA Environmental Services, Inc. (PANGEA) has prepared this *Offsite Vapor Intrusion Investigation Workplan* (Workplan) for the property at 12210 San Pablo Avenue, Richmond, California (Site). This Workplan describes proposed subslab gas sampling for the adjacent restaurant at 12200 San Pablo Avenue.

If you have any questions or comments, please call me at (510) 435-8664 or email briddell@pangeaenv.com.

Sincerely,
**PANGEA Environmental Services, Inc.**

Bob Clark-Riddell, P.E.
Principal Engineer

Attachment:   *Offsite Vapor Intrusion Investigation Workplan*



# OFFSITE VAPOR INTRUSION INVESTIGATION WORKPLAN

**Former Omo's Cleaners**
**12210 San Pablo Avenue**
**Richmond, California 94805**

**July 17, 2018**

Prepared for:

Casa Nido
c/o B&T Bookkeeping, Inc.
3060 El Cerrito Plaza, #507
El Cerrito, California 94530

Prepared by:

PANGEA Environmental Services, Inc.
1710 Franklin Street, Suite 200
Oakland, California 94612

Written by:

_____                                _____
Ron Scheele, P.G.                                                               Bob Clark-Riddell, P.E.
Principal Geologist                                                              Principal Engineer

**PANGEA Environmental Services, Inc.**

1710 Franklin Street, Suite 200, Oakland, CA 94612 Telephone 510.836.3700 Facsimile 510.836.3709 www.pangeaenv.com

**TABLE OF CONTENTS**

**1.0   INTRODUCTION** .................................................................................................................. 1

**2.0   SITE BACKGROUND** ........................................................................................................... 1

    2.1   S<small>ITE</small> D<small>ESCRIPTION AND</small> H<small>ISTORY</small> ........................................................................................ 1
    2.2   A<small>DJACENT</small> S<small>ITE</small> U<small>SE</small> ....................................................................................................... 1
    2.3   P<small>RIOR</small> S<small>ITE</small> I<small>NVESTIGATIONS AND</small> S<small>ITE</small> C<small>ONDITIONS</small> ........................................................ 1

**3.0   PROPOSED SCOPE OF WORK** ......................................................................................... 2

    3.1   S<small>UBSLAB</small> P<small>ROBE AND</small> SSD P<small>OINT</small> I<small>NSTALLATION</small> ..................................................... 2
    3.2   S<small>UBSLAB</small> P<small>ROBE AND</small> SSD P<small>OINT</small> S<small>AMPLING</small> ......................................................... 2
    3.3   R<small>EPORTING</small> .............................................................................................................. 3

**4.0   REFERENCES** ...................................................................................................................... 3

**ATTACHMENTS**

Figure 1     Vicinity Map
Figure 2     Proposed Subslab Gas Sampling Locations

Table 1      Subslab Gas Analytical Data

Appendix A   Agency Correspondence
Appendix B   Vapor Pin® Standard Operating Procedures For Installation

# ACRONYMS

| | |
|---|---|
| bgs | below ground surface |
| CalEPA | State of California Environmental Protection Agency |
| DTSC | Department of Toxic Substances Control |
| ft | feet |
| IPA | isopropyl alcohol |
| mL/min | milliliters per minute |
| PANGEA | Pangea Environmental Services |
| PCE | tetrachloroethene |
| PID | photoionization detector |
| VOCs | volatile organic compounds |

Offsite Vapor Intrusion Investigation Workplan<br>
Former Omo's Cleaners<br>
12210 San Pablo Avenue, Richmond, California<br>
July 17, 2018

## 1.0 INTRODUCTION

On behalf of Casa Nido, PANGEA Environmental Services, Inc. (PANGEA) has prepared this *Offsite Vapor Intrusion Investigation Workplan* (Workplan) for the Formers Omo's Cleaners property (Site) located at 12210 San Pablo Avenue, Richmond, California (Figure 1). This Workplan proposes subslab gas sampling at the adjacent restaurant (Sa Wa Dee Thai Restaurant) located at 12200 San Pablo Avenue. In a December 7, 2017 letter, the Department of Toxic Substances Control (DTSC) required a workplan for assessment the potential risk of vapor intrusion for this adjacent restaurant. Described below is the Site background and proposed scope of work.

## 2.0 SITE BACKGROUND

### 2.1 Site Description and History

The subject Site is approximately 5,200 square feet (assessor parcel number 519-290-026-3) and is located along San Pablo Avenue at 12210 San Pablo Avenue, Richmond, California. The property is owned by the Casa Nido partnership and currently consists of a concrete building slab and unpaved yard and an adjacent paved driveway. The Site is relatively flat and lies at an elevation of about 73 feet above mean sea level.

The property was occupied by a commercial dry cleaning facility (Omo's Cleaners) from approximately 1966 through June 2015. The building was demolished in July 2017. Tetracholoethene (PCE) was historically used for cleaning at the site from at least 1984 to 1997. The dry cleaning facility transitioned to hydrocarbon-based solvents in approximately 1997.

### 2.2 Adjacent Site Use

Nearby land uses include both commercial and residential as shown on Figure 2. A single story commerical building is present north of the Site at 12226 San Pablo Avenue, used by Fix our Ferals as a cat neutering facility. This property is also owned by the Casa Nido partnership. A restaurant (Sa Wad Dee Thai Restaurant) is located directly south of the Site at 12200 San Pablo Avenue. A residential house with a large yard is located east of the Site at 403 McLaughlin Street. The site is bounded by San Pablo Avenue to the west, with Nevin Avenue located just south of the Thai restaurant and residence. Commercial buildings are located across and along San Pablo Avenue.

### 2.3 Prior Site Investigations and Site Conditions

Prior Site investigations and Site conditions are described in the *Site Assessment Report* dated August 16, 2016. Subslab gas data is presented in Table 1 and compared to risk based screening levels for subslab gas which were derived from DTSC's Vapor Intrusion Guidance and indoor air screening levels.

1

Offsite Vapor Intrusion Investigation Workplan
Former Omo's Cleaners
12210 San Pablo Avenue, Richmond, California
July 17, 2018

## 3.0 PROPOSED SCOPE OF WORK

This section describes proposed subslab gas sampling for the adjacent restaurant at 12200 San Pablo Avenue. To evaluate VOC concentrations beneath the restaurant concrete slab, PANGEA proposes the installation and sampling of three subslab gas probes (SS-8 through SS-10) and three subslab depressurization (SSD) suction points. The proposed sampling locations shown on Figure 2 have been tentatively approved by the restaurant manager (restaurant improvements limit accessibility for more widespread sampling). Installation and sampling of the SSD points will help evaluate potential active venting of subsurface gas in the event of elevated subslab soil gas beneath the restaurant.

### 3.1 Subslab Probe and SSD Point Installation

Subslab probe SS-8 will evaluate subslab gas conditions in the center of the restaurant adjacent to the kitchen. Probe SS-9 will evaluate subslab conditions in the south side of resturant in the dining area, and Probe SS-10 will evaluate subslab conditions in the northeast side of restaurant in the pantry area.

Each subslab gas probe will consist of a Vapor Pin® installed in a 5/8 inch-diameter hole drilled through the building's concrete slab according to the manufacturer's (Colvin-Cox) standard operating procedures. The Vapor Pin® will include a stainless steel cap to cover each pin flush with the concrete slab. Included in Appendix B are the standard operating procedures for installation of a Vapor Pin®.

Subslab depressurization point SSD-1 will evaluate subslab gas conditions along the northwest side of the restaurant, SSD-2 will evaluate conditions in the northeast area of the restaurant, and SSD-3 will evaluate conditions along the north corner of the restaurant.

Each subslab depressurization point will be constructed using a 3.5 inch dimeter hand auger and consist of 2-inch diameter, schedule 40 PVC casing with 0.020-inch slotted screen from approximately 0.5 to 1.5 feet below grade surface (ft bgs). The area/annular space around the slotted piping will be filled with #3 sand, followed by an approximate 6-inch bentonite/cement seal. Each SSD point will be capped and finished with a flush-mounted well box.

### 3.2 Subslab Probe and SSD Point Sampling

A subslab gas sample will be collected from each probe/point in accordance with the DTSC's Advisory: Active Soil Gas Investigation dated July 2015 (CalEPA, 2015) using laboratory-supplied and certified-clean Summa™ canisters and manifolds. Samples will be collected by connecting a 1-liter Summa™ canister and sampling manifold to each probe/point. Each sampling manifold will be equipped with a flow rate regulator calibrated to a rate of approximately 100-200 milliliters per minute (mL/min). Prior to sample collection, a shut-in test will be conducted on each Summa™ canister and sampling manifold for a minimum of 5 minutes to check for leaks. After the shut-in test, subslab gas will be purged from each

2

Case 3:20-cv-07923-EMC   Document 247-6   Filed 07/29/24   Page 8 of 18

Offsite Vapor Intrusion Investigation Workplan
Former Omo's Cleaners
12210 San Pablo Avenue, Richmond, California
July 17, 2018

well/probe using an air syringe or air pump at a flow rate between 100-200 mL/min. Upon completion of purging of approximately three or more times the ambient volume of air in the well/probe, the sampling Summa™ canister will be opened for sample collection. The pre-set valve will regulate the vapor flow to approximately 150 milliliters of air per minute. The Summa™ canister will be closed once the vacuum within the canister has decreased to approximately 5 inches of mercury vacuum.  If low flow conditions are encountered, sampling procedures may be adjusted in accordance with the low flow sampling procedures in Appendix D of the DTSC's Active Soil Gas Investigation Advisory.

To further evaluate potential leakage within the sampling system, a leak-check enclosure/shroud will be placed over the 1-liter Summa™ canister/sampling manifold and a quantitative leak check compound such as isopropyl alcohol (IPA) will be introduced into the shroud as sampling begins. A photoionization detector (PID) will be used to monitor and maintain the concentration of IPA above 10% within the enclosure during sample collection. One shroud sample will be collected during sampling and analyzed for IPA for leak evaluation purposes.  In addition, one replicate gas sample will be collected to evaluate the reproducibility (precision) of the laboratory's analytical ability and to estimate sample variability

Subslab gas samples will be transported under chain of custody protocol to a state-certified laboratory and analyzed for VOCs including IPA by EPA Method TO-15.

### 3.3  Reporting

PANGEA will prepare a *Offsite Vapor Intrusion Assessment Report* documenting field activities and sampling results for submittal to DTSC.  As required by the DTSC dated December 7, 2017, subslab gas samples will be tested for PCE and its breakdown products and compared to risk based screening levels for subslab gas derived from the DTSC's Vapor Intrusion Guidance to indoor air screening levels. Subslab gas sampling results will help evaluate the need for vapor intrusion mitigation and indoor air sampling at the restaurant.

### 4.0  REFERENCES

Cal/EPA. 2015. (CalEPA, 2015) *Advisory-Active Soil Gas Investigation*, California Environmental Protection Agency, Department of Toxic Substances Control, Los Angeles Regional Water Quality Control Board, San Francisco Regional Water Quality Control Board. July.

CalEPA/DTSC, 2011, (CalEPA, 2011), *Vapor Intrusion Mitigation Advisory (VIMA)*, October.

Pangea, 2016, *Site Assessment Report* Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond California, August 16.





**Omo's Cleaners**
12210 San Pablo Avenue
Richmond, California

**Vicinity Map**

**Figure 1**



**Former Omo's Cleaners**
12210 San Pablo Avenue
Richmond, California



**Proposed Subslab Gas Sampling Locations**

Figure 2

# Pangea

**Table 1. Subslab Gas Analytical Data -** 12210 San Pablo Avenue, Richmond, California

| Boring/ Sample ID | Date Sampled | Sample Depth (ft bgs) | Benzene | Toluene | Ethylbenzene | Xylenes | PCE | TCE | cis-1,2-DCE | trans-1,2-DCE | Vinyl Chloride | Methylene Chloride | Other VOCs | IPA (Leak Check Cmpd) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ← | | | | | ug/m³ | | | | | | → | |
| Derived Subslab Gas Screening Level (Commerical/Industrial) | | | 8.4 | 26,000 | 98 | 8800 | 40 | -- | 700 | 7,000 | 3.2 | 240 | Varies | -- | |
| Derived Soil Gas Screening Level (Commerical/Industrial) | | | 420 | 1,300,000 | 4,900 | 440,000 | 2,000 | -- | 34,000 | 350,000 | 160 | 12,000 | Varies | -- | |
| Derived Subslab Gas Accelerated Response Action Level (Comm./Ind., 8-Hr) | | | -- | -- | -- | -- | -- | 160 | -- | -- | -- | -- | -- | -- | |
| Derived Soil Gas Accelerated Response Action Level (Comm./Ind., 8-Hr.) | | | -- | -- | -- | -- | -- | 8,000 | -- | -- | -- | -- | -- | -- | |
| ***Subslab Gas Samples*** | | | | | | | | | | | | | | | |
| **SS-1** | 10/16/2014 | 0.3 | <50,000 | <50,000 | <50,000 | <50,000 | **1,700,000** | <50,000 | <50,000 | <50,000 | <50,000 | <50,000 | <50,000 | -- | sample collected in Tedlar(TM) bag |
| **SS-2** | 10/17/2014 | 0.3 | <100,000 | <100,000 | <100,000 | <100,000 | **1,900,000** | <100,000 | <100,000 | <100,000 | <100,000 | <100,000 | <100,000 | -- | sample collected in Tedlar(TM) bag |
| **SS-3** | 10/16/2014 | 0.3 | -- | -- | -- | -- | **37,000** | <500 | <500 | <500 | <500 | <500 | <500 | -- | sample collected in Tedlar(TM) bag |
| **SS-4** | 10/16/2014 | 0.3 | -- | -- | -- | -- | **380,000** | <10,000 | <10,000 | <10,000 | <10,000 | <10,000 | <10,000 | -- | sample collected in Tedlar(TM) bag |
| **SS-5** | 6/22/2015 | 0.3 | <160 | <190 | <220 | <440 | **28,000** | **2,200** | <200 | <200 | <130 | <180 | * | <130 | sample collected in Summa™ canister |
| **SS-6** | 6/22/2015 | 0.3 | <160 | <190 | <220 | <440 | **47,000** | **1,900** | <200 | <200 | <130 | <180 | * | <130 | sample collected in Summa™ canister |
| **SS-7** | 6/22/2015 | 0.3 | <160 | **270** | <220 | **260** | **32,000** | **1,100** | <200 | <200 | <130 | <180 | * | <130 | sample collected in Summa™ canister |

**Abbreviations**

All samples were collected in summas canisters and analyzed by EPA Method TO-15, except for samples SS-1 through SS-4 which were collected in Tedlar(TM) bags and analyzed by EPA Method 8260.

PCE = Tetrachlorethene (aka Perchloroethylene)

TCE = Trichloroethene

DCE = Dichloroethene

Other VOCs = Volatile Organic Compounds analyzed for and not otherwise listed.

IPA = Isopropyl Alcohol (aka 2-propanaol or isopropanol). Used as a leak check compound.

ug/m³ = Micrograms per cubic meter of air.

ft bgs = feet below ground surface.

NA= not applicable

-- = Not Analyzed or not available

< n = analyte not detected above listed detection limit.

Derived Subslab Gas and Soil Gas Screening Levels (for all VOCs except ethylbenzene and toluene) are derived from the industrial indoor air screening levels in the Department of Toxic Substances Control's Human Health Risk Assessment (HHRA) Note 3 dated January 2018 and Note 5 dated August 23, 2014, divided by an exisiting commercial scenario attenuation factor of 0.05 for subslab gas and 0.001 for deeper soil gas samples based on the DTSC's 2011 Vapor Intrusion Guidance.  Dereived Subslab Gas and Soil Gas Screening Levels for ethylbenzene and xylene are based on USEPA Regional Screening Levels for industrial air dated November 2017 divided by an existing commercial scenario attenuation factor of 0.05 for subslab gas and 0.001 for deeper soil gas samples.

Detections shown in **BOLD**

Detections above Derived DTSC Screening Levels are highlighted gray

# APPENDIX A

Agency Correspondence



# Department of Toxic Substances Control



**Matthew Rodriquez**
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Edmund G. Brown Jr.**
Governor

December 7, 2017

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc
1710 Franklin Street, Suite 200
Oakland, CA, 94612
briddell@pangeaenv.com

Dear Mr. Clark-Riddell,

The California Department of Toxic Substances Control (DTSC) has received and reviewed the Site Assessment Report (Report) dated August 16, 2016, for the Former Omo's Cleaners (Site) located at 12210 San Pablo Avenue, Richmond, California. The Report was prepared by Pangea Environmental Services Inc on behalf of Casa Nido.

DTSC's Geological Services Unit (GSU) has prepared the attached memorandum. DTSC's Human and Ecological Risk Office (HERO) prepared the following comments:

1. The extent of the soil vapor plume underneath the adjacent restaurant has not been determined for potential vapor intrusion risk characterization. HERO recommends subslab vapor sampling in the restaurant footprint, or direct indoor air sampling given that the most proximal subslab vapor samples (locations SS-6 and SS-7) contain 47,000 and 32,000 ug/m3 PCE.
2. Furthermore, breakdown products of PCE have not been presented in Report figures, citing that their concentrations "slightly exceeded Tier 1 ESLs." (Section 2.4) Given the time that has lapsed since the date of the report, onsite and offsite (restaurant) subslab vapor should be samples and analyzed to update potential vapor intrusion risk.
3. Risk-based screening levels for soil vapor and subslab vapor should be derived by applying Table 2 default attenuation factors from DTSC's Vapor Intrusion Guidance to indoor air screening levels recommended by HHRA Note 3. ESLs for chlorinated VOCs are not supported by HERO.

Bob Clark-Riddell
December 7, 2017
Page 2

Noting the changes proposed, DTSC requests that a Remedial Investigation Workplan be prepared for submittal by March 15, 2017.  If you have questions or comments, contact me at (510) 540-3972 or megan.indermill@dtsc.ca.gov.

Sincerely,

*[signature]*

Megan Indermill
Project Manager, Environmental Scientist
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control


Attachment

# APPENDIX B

Vapor Pin®
Standard Operating Procedures For Installation



# Standard Operating Procedure
# Installation and Extraction of the Vapor Pin®

Updated September 9, 2016

Scope:

This standard operating procedure describes the installation and extraction of the VAPOR PIN® for use in sub-slab soil-gas sampling.

Purpose:

The purpose of this procedure is to assure good quality control in field operations and uniformity between field personnel in the use of the VAPOR PIN® for the collection of sub-slab soil-gas samples or pressure readings.

Equipment Needed:

- Assembled VAPOR PIN® [VAPOR PIN® and silicone sleeve(Figure 1)]; Because of sharp edges, gloves are recommended for sleeve installation;
- Hammer drill;
- 5/8-inch (16mm) diameter hammer bit (hole **must** be 5/8-inch (16mm) diameter to ensure seal. It is recommended that you use the drill guide). (Hilti™ TE-YX 5/8" x 22" (400 mm) #00206514 or equivalent);
- 1½-inch (38mm) diameter hammer bit (Hilti™ TE-YX 1½" x 23" #00293032 or equivalent) for flush mount applications;
- ¾-inch (19mm) diameter bottle brush;
- Wet/Dry vacuum with HEPA filter (optional);
- VAPOR PIN® installation/extraction tool;
- Dead blow hammer;
- VAPOR PIN® flush mount cover, if desired;
- VAPOR PIN® drilling guide, if desired;
- VAPOR PIN® protective cap; and
- VOC-free hole patching material (hydraulic cement) and putty knife or trowel for repairing the hole following the extraction of the VAPOR PIN®.



**Figure 1.** Assembled VAPOR PIN®

Installation Procedure:

1) Check for buried obstacles (pipes, electrical lines, etc.) prior to proceeding.

2) Set up wet/dry vacuum to collect drill cuttings.

3) If a flush mount installation is required, drill a 1½-inch (38mm) diameter hole at least 1¾-inches (45mm) into the slab. Use of a VAPOR PIN® drilling guide is recommended.

4) Drill a 5/8-inch (16mm) diameter hole through the slab and approximately 1-inch (25mm) into the underlying soil to form a void. Hole **must** be 5/8-inch (16mm) in diameter to ensure seal. It is recommended that you use the drill guide.

VAPOR PIN® protected under US Patent # 8,220,347 B2, US 9,291,531 B2 and other patents pending

Cox-Colvin & Associates, Inc. • 7750 Corporate Blvd., Plain City, Ohio 43064 • (614) 526-2040 • VaporPin.CoxColvin.com

Standard Operating Procedure
Installation and Removal of the Vapor Pin®
Updated September 9, 2016
Page 2

5) Remove the drill bit, brush the hole with the bottle brush, and remove the loose cuttings with the vacuum.

6) Place the lower end of VAPOR PIN® assembly into the drilled hole.  Place the small hole located in the handle of the installation/extraction tool over the vapor pin to protect the barb fitting, and tap the vapor pin into place using a dead blow hammer (Figure 2).  Make sure the installation/extraction tool is aligned parallel to the vapor pin to avoid damaging the barb fitting.



Figure 2. Installing the VAPOR PIN®

During installation, the silicone sleeve will form a slight bulge between the slab and the VAPOR PIN® shoulder.  Place the protective cap on VAPOR PIN® to prevent vapor loss prior to sampling (Figure 3).



Figure 3. Installed VAPOR PIN®

7) For flush mount installations, cover the vapor pin with a flush mount cover, using either the plastic cover or the optional stainless-steel Secure Cover (Figure 4).



Figure 4. Secure Cover Installed

8) Allow 20 minutes or more (consult applicable guidance for your situation) for the sub-slab soil-gas conditions to re-equilibrate prior to sampling.

9) Remove protective cap and connect sample tubing to the barb fitting of the VAPOR PIN®. This connection can be made using a short piece of Tygon™ tubing to join the VAPOR PIN® with the Nylaflow tubing (Figure 5). Put the

Standard Operating Procedure
Installation and Removal of the Vapor Pin®
Updated September 9, 2016
Page 3

Nylaflow tubing as close to the VAPOR PIN® as possible to minimize contact between soil gas and Tygon™ tubing.



Figure 5. VAPOR PIN® sample connection

10) Conduct leak tests in accordance with applicable guidance. If the method of leak testing is not specified, an alternative can be the use of a water dam and vacuum pump, as described in SOP Leak Testing the VAPOR PIN® via Mechanical Means (Figure 6). For flush-mount installations, distilled water can be poured directly into the 1 1/2 inch (38mm) hole.



Figure 6. Water dam used for leak detection

11) Collect sub-slab soil gas sample or pressure reading. When finished, replace the protective cap and flush mount cover until the next event. If the sampling is complete, extract the VAPOR PIN®.

Extraction Procedure:

1) Remove the protective cap, and thread the installation/extraction tool onto the barrel of the VAPOR PIN® (Figure 7). Turn the tool clockwise continuously, don't stop turning, the VAPOR PIN® will feed into the bottom of the installation/extraction tool and will extract from the hole like a wine cork, DO NOT PULL.

2) Fill the void with hydraulic cement and smooth with a trowel or putty knife.



Figure 7. Removing the VAPOR PIN®

- Prior to reuse, remove the silicone sleeve and protective cap and discard. Decontaminate the VAPOR PIN® in a hot water and Alconox® wash, then heat in an oven to a temperature of 265º F (130º C) for 15 to 30 minutes. For both steps, STAINLESS – ½ hour, BRASS 8 minutes

3) Replacement parts and supplies are available online.

VAPOR PIN® protected under US Patent # 8,220,347 B2, US 9,291,531 B2 and other patents pending