# Exhibit B-16





# Department of Toxic Substances Control



**Matthew Rodriquez**
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Edmund G. Brown Jr.**
Governor

September 07, 2018

Joe Conwill
Casa Nido
1117 Arlington Avenue
El Cerrito, California 94530
mtc10860@aol.com

Dear Mr. Conwill:

The Department of Toxic Substances Control (DTSC) has reviewed the *Offsite Vapor Intrusion Investigation Workplan* for the Former Omo's Cleaners site located at 12210 San Pablo Avenue, Richmond, California 94805 (Site). The Report, dated July 17, 2018, is entitled:

- *Offsite Vapor Intrusion Investigation Workplan,* Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond, California 94805, ACDEH Case No. RO0003205

This Report evaluated chemicals of concern at the Site to determine if current Site conditions are protective of human health and the environment.

The Report was reviewed by staff from Geological Services Unit (GSU) and Human and Ecological Risk Office (HERO). Please review and address the attached comments from GSU HERO.

If you have any questions, please contact me at (510) 540-3827 or by email at parag.shah@dtsc.ca.gov.

Sincerely,

Parag Shah, P.E.
Project Manager
Contra Costa / Solano Unit
Site Mitigation and Restoration Program

cc (via email): Bob Clark-Riddell
briddell@pangeaenv.com

Ronald Piziali
ronaldpiziali@gmail.com

Joe Conwill
tgiles@btbookkeeping.com









**Matthew Rodriquez**
Secretary for
Environmental Protection

Department of Toxic Substances Control

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Edmund G. Brown Jr.**
Governor

**MEMORANDUM**

TO: Parag Shah, PE, Project Manager
Hazardous Substances Engineer
Cleanup Program, Berkeley Office
Site Mitigation and Restoration Program

FROM: Renato A. Medrano, PG 8653
Engineering Geologist, Geological Services Unit
Geological Services Branch
Site Mitigation and Restoration Program

DATE: August 23, 2018

SUBJECT: **OFFSITE VAPOR INTRUSION INVESTIGATION WORKPLAN, FORMER OMO'S CLEANERS, 12210 SAN PABLO AVENUE, RICHMOND, CALIFORNIA**

PROJECT DTSC202121-11 ACTIVITY 12018 WR 20052162

DRAFT

## ACTIVITY REQUESTED

At your request, I have reviewed: *Offsite Vapor Intrusion Investigation Workplan, Former Omo's Cleaners, 12210 San Pablo Avenue, Richmond, California* (Workplan: dated July 17, 2018), prepared by Pangea Environmental Services Inc. on behalf of Casa Nido.

## COMMENTS AND RECOMMENDATIONS

1) The workplan proposes three sub-slab depressurization points (SSDP) in addition to the three sub-slab vapor pins. The document is not clear why the SSDPs are being proposed. Are the SSDPs to be used for pilot testing (i.e., to determine the radius of influence) and/or for future remedial activity?

Revise the workplan to describe the purposes of the SSDPs and the vapor pins. Include a data quality objectives (DQO) section, explaining how the data collected from

the SSDPs and vapor pins will be used. Provide detailed drawings of the SSDP for engineering review.

2) Notification to the Bay Area Air Quality Management District (BAAQMD) may be required for pilot testing of a sub-slab depressurization system as well as for operating of a sub-slab depressurization system.

3) The proposal does not address releases to the groundwater. Several steps towards addressing the characterization of the contamination were discussed previously in a memorandum (dated September 18, 2017).

   A workplan should be submitted to address data gaps in the soil and groundwater contamination caused by releases from Omo's Cleaners.

4) The leak test proposes using isopropyl alcohol (IPA) and a photoionization detector (PID) to determine whether the IPA is "above 10%" within the sampling enclosure, which allows a concentration range of 10% to 100% within the shroud. However, the concentration within the shroud should be specified along with tolerance limits on the concentration in the shroud. Please delete "above 10%", and specify the IPA concentration to be maintained within the shroud (i.e., 10% +/- 1%). Also, specify: the PID lamp, detection limits, and conversion factor. Record the concentrations on a field form within the shroud every 1 to 2 minutes and include the field form in the report.

   Please explain also why one shroud sample will be collected during sampling and analyzed for IPA for leak evaluation purposes.

   Samples collected from SSDPs and the vapor pins must also be analyzed for IPA, to evaluate whether leakage is less than 5%, to be consistent with the active soil gas investigations advisory is recommending allowable concentrations up to 5%.

   Include a figure showing the entire sampling train, including: shroud, ground cover, bottom seal, and the sampling port through which the IPA sample will be collected.

**Reviewed by:** Eileen Hughes, PG
Engineering Geologist, Berkeley Geological Services Unit
Geological Services Branch
Site Mitigation and Restoration Program

If you have any questions or comments regarding this memorandum, please contact me at (510) 540-3947 or Renato.Medrano@dtsc.ca.gov.

**Shah, Parag@DTSC**

**From:** Mathrani, Vivek@DTSC
**Sent:** Friday, August 3, 2018 3:24 PM
**To:** Shah, Parag@DTSC
**Subject:** Omo Fabricare VI Investigation WP

Parag:

Per your work request, I have reviewed the *Offsite Vapor Intrusion Investigation Workplan* for the Former Omo's Cleaners. The Workplan is dated July 17, 2018 and prepared by Pangea Environmental Services, Inc. (Oakland)

I have the following comments:

1. The document file metadata refer to the document as "Fourth Quarter 2000 Monitoring Report". Please resolve the discrepancy in document title.
2. Typographical errors for tetrachloroethylene should be corrected.
3. HERO recommends an expedited sampling schedule given that proximal trichloroethylene (TCE) subslab vapor samples from 2015 may indicate a short-term vapor intrusion inhalation hazard to restaurant occupants. (Table 1 shows exceedances of the subslab accelerated response action level screening level.) HERO recommends interim hazard mitigation measures (e.g. ventilation) for the restaurant until subslab vapor samples are collected and vapor intrusion risk is assessed.

Please contact me if you wish to discuss my review of the Workplan.

Vivek C. Mathrani, PhD, DABT

Staff Toxicologist

Human and Ecological Risk Office

Department of Toxic Substances Control

700 Heinz Avenue

Berkeley, CA 94710

(510) 540-3737

(510) 540-3819 (Fax)

vivek.mathrani@dtsc.ca.gov