# Exhibit B-17





# Department of Toxic Substances Control





**Matthew Rodriquez**
Secretary for
Environmental Protection

Barbara A. Lee, Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Edmund G. Brown Jr.**
Governor

September 27, 2018

Joe Conwill
Casa Nido
1117 Arlington Avenue
El Cerrito, California 94530
mtc10860@aol.com

Dear Mr. Conwill:

Section 25269.5 of the California Health and Safety Code requires the Department of Toxic Substances Control (DTSC) to provide a cost estimate and schedule for oversight of the next phase of site investigation and cleanup work at the OMO Fabricare Dry Cleaners (Site) in El Cerrito, California. Enclosed is a schedule and estimate of DTSC's hours and costs to oversee the work identified in the schedule. The cost estimate projects the hours to be incurred for planned oversight activities (by staff classification) and identifies the personnel labor rates. The schedule and cost estimate will be updated if necessary due to changing circumstances. The cost estimate is for the fiscal year 2018/2019 which starts July 1, 2018 and ends June 30, 2019. Please note that this is only an estimate of projected costs. OMO Fabricare Dry Cleaners remains liable for all costs incurred. DTSC reserves all rights to pursue cost recovery under any and all applicable provisions of state or federal law.

I hope this schedule and cost estimate will be useful in your fiscal and project planning. If you have any questions, contact Parag Shah at (510) 540-3827, or via e-mail at parag.shah@dtsc.ca.gov.

Sincerely,

Daniel Murphy, P.E., Chief
Contra Costa / Solano Unit
Site Mitigation and Restoration Program
Berkeley Regional Office

Enclosures

cc:     See next page.

Mr. Joe Conwill
September 27, 2018
Page 2

cc (via email):

        Bob Clark-Riddell
        PANGEA Environmental Services, Inc.
        1710 Franklin Street, #200
        Oakland, California 94612
        briddell@pangeaenv.com

        Ronald Piziali
        Casa Nido
        13123 Regan Lane
        Saratoga, California 95070
        ronaldpiziali@gmail.com

        Joe Conwill
        Casa Nido C/O B&T Bookkeeping
        3060 El Cerrito Plaza #507
        El Cerrito, California 94530
        tgiles@btbookkeeping.com

# Department of Toxic Substances Control
## COST ESTIMATE FY 2018/2019

SITE: OMO FABRICARE DRY CLEANERS (60001434)
SITE CODE: 201896, 202121
PROJECT MANAGER: PARAG SHAH

**THIS REW IS FILTERED TO SITE CODE(S):**

|  |  |  |  |  | FY 2018/2019 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OU NAME | AREA | ACTIVITY TITLE | DOCUMENT TYPE | START DATE | Project Manager | Supervisor | Engineering | Geology | Toxicology | Industrial Hygiene | Public Participation | Legal | CEQA | OE/TA | Financial Assurance | Admin Proj. Manager | Clerical | Travel $ | Contracts $ |
| PROJECT WIDE |  | Remedial Investigation/Feasibility Study Workplan | Remedial Investigation Workplan | 06/30/2018 | 8 | 1 |  | 16 | 8 |  |  |  |  |  |  |  | 1 |  |  |
| PROJECT WIDE |  | Annual Cost Estimate | Annual Oversight Cost Estimate | 09/01/2018 | 1 | 1 |  |  |  |  |  |  |  |  |  |  | 1 |  |  |
| PROJECT WIDE |  | Fieldwork for RI/FS | Fieldwork | 12/31/2018 | 8 | 1 |  |  |  |  |  |  |  |  |  |  | 1 |  |  |
| PROJECT WIDE |  | Remedial Investigation/ Feasibility Study | Remedial Investigation / Feasibility Study | 01/30/2019 | 8 | 1 |  |  |  | 1 |  |  |  |  |  |  | 1 |  |  |
| Project Management |  |  |  |  | 20 | 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Totals** |  |  |  |  | 45 | 6 | 0 | 16 | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | $0 | $0 |
| **Hourly Rate** |  |  |  |  | $224 | $277 |  | $235 | $185 | $190 |  |  |  |  |  |  | $220 |  |  |
| **Cost** |  |  |  |  | $10,080 | $1,662 |  | $3,760 | $1,480 | $190 |  |  |  |  |  |  | $660 | $0 | $0 |
| **Grand Total** |  |  |  |  | $17,392 | | | | | | | | | | | | | | |

® Printed on Recycled Paper

