# Exhibit B-23





## Department of Toxic Substances Control



**Jared Blumenfeld**
Secretary for
Environmental Protection

Meredith Williams, Ph.D., Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Gavin Newsom**
Governor

August 14, 2020

Mr. Ronald Piziali
Casa Nido
13123 Regan Lane
Saratoga, California 95070
ronaldpiziali@gmail.com

OMO FABRICARE DRY CLEANERS (SITE CODE: 202121)

Dear Mr. Piziali,

I am writing to follow up to the Department of Toxic Substances Control (DTSC)'s teleconferences with PANGEA Environmental Services, Inc. (PANGEA) on June 1, 2020 and August 11, 2020, as well as your letter to DTSC of June 4, 2020, regarding the Omo Fabricare Dry Cleaners property at 12210 San Pablo Avenue in Richmond, Contra Costa County (Site).  The Site is being cleaned up pursuant to a *Voluntary Cleanup Agreement* between DTSC and Casa Nido (Proponent), dated May 8, 2017 (the "VCA").  The purpose of this letter is to request that Proponent submit a workplan for expedited off-Site vapor intrusion investigation of adjoining properties to the north, south, east, and west of the Site.

According to draft reports prepared by PANGEA between 2017 and 2020, there is known soil vapor and groundwater contamination at the Site with volatile organic compounds (VOCs) including tetrachloroethylene (PCE).  The draft reports suggest that this contamination has migrated to off-Site properties to the north, south, and west, but remains undelineated.  Based on this information, not only does Site cleanup remain in the "characterization" phase of work, but the Site also represents a known source of regional groundwater contamination with VOCs.

VOC concentrations in soil vapor and/or groundwater at off-Site adjoining properties exceed health-risk-based screening criteria for residential and commercial/industrial land uses.  Such impacts have the potential to emanate into the indoor air of overlying structures, in a phenomenon called "vapor intrusion."  In correspondence dated December 7, 2017 and September 7, 2018, DTSC requested additional vapor intrusion-related subsurface investigation and risk characterization activities under DTSC

✿ Printed on Recycled Paper

Ronald Piziali
August 14, 2020
Page 2 of 3

oversight.  However, investigation and removal activities at the Site, including the demolition of on-Site structures, proceeded without DTSC oversight, for nearly two years.  On July 2, 2020, PANGEA provided DTSC a draft report summarizing the installation of certain engineering technologies.  The draft monitoring data collected for those technologies, as currently presented, are not sufficient to demonstrate protectiveness of the surrounding residences and places of business.

Based on the lapse in time, the insufficient characterization, and the continued presence of elevated VOC concentrations beneath the Site and off-Site properties, DTSC has determined that expedited risk characterization is warranted.  The indoor air of off-Site adjoining properties has the potential to be impacted by vapor intrusion, and may therefore pose an ongoing, unacceptable risk to public health.  Therefore, DTSC requests the following:

1. Prepare an *Off-Site Vapor Intrusion Investigation Workplan* (workplan), detailing an approach for expedited sampling of crawl space, soil vapor, sub-slab soil vapor, indoor air, and/or outdoor air, at off-Site properties where contamination is known or believed to have migrated (see Table 1 below), by **September 11, 2020**.  The workplan should propose concurrent sampling of 1) soil vapor and/or sub-slab soil vapor; and 2) crawlspace air and/or indoor air.  The purpose of such concurrent sampling is to gather multiple lines of evidence during the development of a conceptual site model for the vapor intrusion pathway.  At minimum, the workplan should be prepared in accordance with the guidance referenced in the attached flowchart (Attachment 1).  Note that, consistent with section 9 of the VCA, the Proponent shall take all reasonable efforts to obtain access to off-Site areas to which access is necessary to implement the VCA, including, in this case, vapor intrusion investigation at the following properties:

| Table 1 – Off-Site Properties to Sample Indoor Air | | | |
|---|---|---|---|
| **Property** | **Street Address** | **APN** | **Direction from Site** |
| 1 | 12226 San Pablo Avenue | 519-290-027 | North |
| 2 | 403 McLaughlin Street | 519-290-012 | East |
| 3 | 12200 San Pablo Avenue | 519-290-013 | South |
| 4 | 12201 San Pablo Avenue | 517-100-027 | West |

   To expedite workplan implementation, DTSC strongly recommends that Proponent:  1) prepare long-lead sampling supplies (e.g., gas sampling canisters) concurrent with development of the workplan; and 2) arrange a teleconference with DTSC's assigned public participation specialist (copied), to discuss such matters as community engagement, off-Site access, and risk communication.

Ronald Piziali
August 14, 2020
Page 3 of 3


2. Prepare an updated health and safety plan for work to be conducted at the Site and off-Site properties, by **September 11, 2020**.  The plan should consider all appropriate State and local protocols for COVID-19.

If you have any questions, please contact me at 510-859-8107 or ian.utz@dtsc.ca.gov.

Sincerely,

*[signature: Ian Utz]*

Ian Utz, Project Manager
Site Mitigation and Restoration Program – Berkeley Office
Department of Toxic Substances Control

*Attachment 1:  Vapor Intrusion Flow Chart*

cc:     (via e-mail)

Ms. Marsha Conwill
Casa Nido
mtc10860@aol.com

Mr. Bob Clark-Riddell, P.E.
PANGEA Environmental Services, Inc.
briddell@pangeaenv.com

Mr. Whitney Smith, P.E., Unit Chief
Department of Toxic Substances Control
whitney.smith@dtsc.ca.gov

Mr. Alejandro Vivas, Public Participation Specialist
Department of Toxic Substances Control
alejandro.vivas@dtsc.ca.gov