# Exhibit B-25

## Utz, Ian@DTSC

| | |
|---|---|
| **From:** | Utz, Ian@DTSC |
| **Sent:** | Wednesday, February 2, 2022 9:54 AM |
| **To:** | 'Bob Clark-Riddell' |
| **Cc:** | Ron Scheele; pskibel@waterpowerlaw.com; Smith, Whitney@DTSC; Ron Piziali; Pettijohn, Julie@DTSC |
| **Subject:** | RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties |

Hi Bob,

What is the status of site access and sampling?

Casa Nido is almost 14 weeks delayed according to its own schedule, since we conditionally approved this work on Oct 29, 2021.

We are extremely concerned about the pace and quality of this work implementation.

PANGEA will provide a notification letter and schedule of planned work to the owner/occupant of an off-site adjoining properties and the DTSC prior to the start of the field work. PANGEA will provide written and/or telephonic reminders of planned work or any schedule changes to the owner/occupant of an off-site adjoining properties at least 24 hours in advance of field work.

| Task / Deliverable | Estimated Task Duration | Estimated Completion Date (Weeks After Preceding Task) | Estimated Completion Date (Weeks after DTSC Approval) |
|---|---|---|---|
| DTSC Approval of Workplan | -- | -- | |
| **Wet Season Sampling** | | | |
| Planning, Order Lab Supplies, Well Permitting | 3 weeks | 3 weeks | 3 weeks |
| Access Agreement Completion | 4 weeks | 1 weeks | 4 weeks |
| Building Survey and Screening | 1 weeks | 1 weeks | 5 weeks |
| Sub-slab Vapor Probe / Soil Vapor Well Installation | 1 week | 1 week | 6 weeks |
| Air, Sub-slab Vapor, and Soil Vapor Sampling | 1 week | 1 week | 7 weeks |
| Receipt of Laboratory results (cc DTSC) | 2 weeks | 2 weeks | 9 weeks |
| 1-Page Summary Letter with Initial Data Validation to DTSC | 2 weeks | 4 weeks | 11 weeks |
| Draft Report Preparation/Submittal | 6 weeks | 6 weeks | 17 weeks |
| **Dry Season Sampling** | | | |
| 30-day Letter to Offsite Owners/Occupants (cc DTSC). | 1 day | -- | 1 day |
| Planning, Order Lab Supplies | 3 weeks | 3 weeks | 3 weeks |
| Building Survey and Screening | 1 week | 1 week | 4 weeks |
| Air, Sub-slab Vapor, and Soil Vapor Sampling | 1 week | 1 week | 5 weeks |
| Receipt of Laboratory results (cc DTSC) | 2 weeks | 2 weeks | 7 weeks |
| Post-Validation 1-Page Summary Letter | 4 weeks | 4 weeks | 11 weeks |
| Draft Report Submittal | 4 weeks | 4 weeks | 15 weeks |

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, January 19, 2022 10:39 AM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Ron Scheele <rscheele@pangeaenv.com>; pskibel@waterpowerlaw.com; Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

> EXTERNAL:

Hello Ian,

Pangea has contacted all 5 offsite properties to arrange access for sampling.  All offsite properties were emailed the Community Update and separate Request for Access Letter.  Two properties (403 MacLaughlin and 12226 San Pablo) have responded and allowed access.  We are following up with the other 3 offsite properties.

Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664

**From:** Bob Clark-Riddell
**Sent:** Monday, January 17, 2022 10:58 AM
**To:** Ian Utz <ian.utz@dtsc.ca.gov>
**Subject:** Re: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

Ian,

Sorry for the delay getting back to you. I have been coordinating with my project manager remotely as our office is locked down during this Covid spike. I am out today and will have an update for you later week. We understand this is a priority.

Bob Clark-Riddell

Sent from my iPhone

> **From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
> **Sent:** Wednesday, January 12, 2022 6:51 PM
> **To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Paul Kibel <pskibel@waterpowerlaw.com>
> **Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>

3

**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

Hi Bob,

Have you contacted the surrounding properties to request to sample, and if so which ones?

**Ian Utz**

Environmental Scientist

Site Mitigation and Restoration Program

510-540-3845

ian.utz@dtsc.ca.gov

Department of Toxic Substances Control

700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721

California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, December 22, 2021 6:26 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Paul Kibel <pskibel@waterpowerlaw.com>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC

<Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali
<ronaldpiziali@gmail.com>
**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor
Testing on Adjacent Properties

EXTERNAL:

Ian,

Pangea will provide you an update when we have scheduled dates for entering the off-site homes.  Bob

Bob Clark-Riddell, P.E.

Pangea Environmental Services, Inc.

Mobile/Work (510) 435-8664

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, December 22, 2021 5:56 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC
<Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Bob Clark-Riddell
<briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** Re: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor
Testing on Adjacent Properties

Received, thank you for the letter.

Your letter fails to state that this work plan has been under drafting since 2018, and by the time counsel
were involved in 2021, it was to request a scaling back of the work, and the involvement of other
PRPs.  The proposed work is consistent with contaminated dry cleaners across the state.

5

If the quality of technical work improves, then DTSC editing costs and turnaround time will reduce.   A case in point is the rudimentary transcription errors that continued to exist in Table 1 in the work plan, leading to incorrect screening values and soil vapor concentration values incorrectly copied and pasted from other documents.  Another case in point is the health and safety plan that needed to be subcontracted.  These are basic errors that shouldn't exist in state level cleanups and add unnecessary costs to correct.

It's still unclear when PANGEA is intending to mobilize in January 2022, or if you ever executed access agreements.  I assume that the entire work plan schedule is delayed by at least one month or two.  It would be helpful to know more specifically when you will be entering off-site homes since DTSC is your public liaison.  Please advise.

Thank you and happy holidays,

Ian Utz

---

**From:** Paul Kibel <pskibel@waterpowerlaw.com>
**Sent:** Wednesday, December 22, 2021 5:15:15 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

EXTERNAL:

Dear Mr. Utz,

Enclosed please find my letter sent on behalf of Casa Nido Partnership confirming that the soil vapor testing tasks in the Workplan approved late last month by DTSC will commence in early January 2022.

Thank you and have a happy and safe holidays.

Yours, Paul Kibel


**Paul Stanton Kibel**

**Water and Power Law Group PC**

2140 Shattuck Avenue, Ste. 801

Berkeley, CA  94704-1229

(510) 499-1649 (direct)

(510) 296-5588 (main)

(866) 407-8073 (e-fax)

pskibel@waterpowerlaw.com

www.waterpowerlaw.com

7



**WATER AND POWER
LAW GROUP PC**

57 POST STREET, SUITE 804
SAN FRANCISCO, CA  94104
(510) 296-5588
(866) 407-8073 (E-FAX)
WWW.WATERPOWERLAW.COM

OTHER OFFICES
BERKELEY
WASHINGTON, D.C.

December 22, 2021

*Via Electronic Mail*

Mr. Ian Utz, Project Manager
Site Mitigation and Restoration Program
Department of Toxic Substances Control
700 Heinz Avenue
Berkeley, California 94710-2721
ian.utz@dtsc.ca.gov

Re:   **12210 San Pablo Avenue in Richmond, California (Omo Cleaners Site)**
      *Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties*

Dear Mr. Utz:

        I am writing on behalf of Casa Nido Partnership, the owner of the above-referenced
property. Please note that I am cc'ing your colleagues Doyle Graham, Whitney Smith and Olivia
Wright at DTSC since they have been involved in previous discussions relating to this site. I
have spoken with Pangea Environmental Services Inc. ("Pangea") and they are planning on
moving ahead in early January 2022 with the initial components of the Soil Vapor Testing
Workplan DTSC approved so rest assured everything is moving forward.

        In terms of the concerns you expressed in your recent email about delays in
implementation of the Workplan, Casa Nido Partnership felt it was important to remind us all of
the events that lead us to where we are.

        Back in November 2020, we held a conference call with you and others at DTSC (and
Bob Clark-Riddell of Pangea, Ron Piziali of Casa Nida Partnership and me) to discuss next
steps. In that call we discussed a limited scope of soil vapor testing on certain adjacent properties
upon which Pangea developed a preliminary budget. In early 2021 Pangea then submitted to
DTSC a proposed Workplan that reflected the scope of work discussed in our November 2020
phone conference call. Following the submission of this initial Workplan, DTSC then took
several months to review the submission and then came back with a set of requested revisions to
the Workplan that greatly increased the scope of the work (and more than doubled Pangea's
budget) by proposing additional wells be installed, increasing the number of properties to be
tested and adding hydrocarbons to the list of chemicals to be tested. Based on these comments, in

1

late summer 2021 Pangea submitted a revised (and much more expensive) version of the Workplan that reflected the expanded work that DTSC had proposed. DTSC then took several more months to review this revised Workplan, which was finally approved in late November 2021. So while it is true that some time has passed since our phone conference in November 2020, since that time Pangea has moved diligently to prepare and submit the initial Workplan and revised version of the Workplan and is now making arrangement to start the work in early January 2022.

In addition to more than doubling Pangea's budget for this next phase of work, DTSC's extensive review and proposed revisions to the original Workplan and revised Workplan submitted by Pangea also greatly increased DTSC' agency oversight costs (for which the agency will look to Casa Nido Partnership to pay). My previous experience with other environmental agencies (US EPA, Regional Water Boards) is that agency oversight costs usually run about 10% of the underlying costs of the remedial work. With this next phase of work, however, it appears that DTSC's past and anticipated oversight costs are about equal to (or perhaps even in excess of) the underlying costs of performing the investigations and remedial tasks in the Workplan.

Casa Nido Partnership does not believe it is appropriate to blame the partnership or Pangea for the time it has taken to get this point when the delays have been mostly the result either of DTSC's' proposals to expand the initial scope of work for this phase and/or DTSC's slow turnaround time in reviewing and approving Pangea's submissions. Casa Nido Partnership is prepared to move forward with the expanded scope of work that DTSC has now requested but wishes to clarify that it was DTSC's actions (and at times inaction) that primarily account for these delays. When DTSC takes months to review Pangea's submissions it is simply not reasonable or realistic (especially during the holidays) for DTSC to then expect Pangea to be able to make arrangements in a week or two for the staffing and equipment deployment involved to begin the actual work.

Thank you and we will keep DTSC updated as implementation of the DTSC-approved Workplan gets underway in January 2022. We look forward to continuing to work cooperatively with DTSC on this matter.


Yours,

*Paul Stanton Kibel*

Paul Kibel
On behalf of Casa Nido Partners

Cc:   Ron Piziali, Casa Nido Partnership
      Robert Clark-Riddell, Pangea Environmental Services Inc.
      Doyle Graham, DTSC (doyle.graham@dtsc.ca.gov)
      Whitney Smith, DTSC (whitney.smith@dtsc.ca.gov)
      Olivia Wright, DTSC (olivia.wright@dtsc.ca.gov)

## Utz, Ian@DTSC

| | |
|---|---|
| **From:** | Utz, Ian@DTSC |
| **Sent:** | Wednesday, February 2, 2022 9:54 AM |
| **To:** | 'Bob Clark-Riddell' |
| **Cc:** | Ron Scheele; pskibel@waterpowerlaw.com; Smith, Whitney@DTSC; Ron Piziali; Pettijohn, Julie@DTSC |
| **Subject:** | RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties |

Hi Bob,

What is the status of site access and sampling?

Casa Nido is almost 14 weeks delayed according to its own schedule, since we conditionally approved this work on Oct 29, 2021.

We are extremely concerned about the pace and quality of this work implementation.

PANGEA will provide a notification letter and schedule of planned work to the owner/occupant of an off-site adjoining properties and the DTSC prior to the start of the field work. PANGEA will provide written and/or telephonic reminders of planned work or any schedule changes to the owner/occupant of an off-site adjoining properties at least 24 hours in advance of field work.

1

| Task / Deliverable | Estimated Task Duration | Estimated Completion Date (Weeks After Preceding Task) | Estimated Completion Date (Weeks after DTSC Approval) |
|---|---|---|---|
| DTSC Approval of Workplan | -- | -- | |
| **Wet Season Sampling** | | | |
| Planning, Order Lab Supplies, Well Permitting | 3 weeks | 3 weeks | 3 weeks |
| Access Agreement Completion | 4 weeks | 1 weeks | 4 weeks |
| Building Survey and Screening | 1 weeks | 1 weeks | 5 weeks |
| Sub-slab Vapor Probe / Soil Vapor Well Installation | 1 week | 1 week | 6 weeks |
| Air, Sub-slab Vapor, and Soil Vapor Sampling | 1 week | 1 week | 7 weeks |
| Receipt of Laboratory results (cc DTSC) | 2 weeks | 2 weeks | 9 weeks |
| 1-Page Summary Letter with Initial Data Validation to DTSC | 2 weeks | 4 weeks | 11 weeks |
| Draft Report Preparation/Submittal | 6 weeks | 6 weeks | 17 weeks |
| **Dry Season Sampling** | | | |
| 30-day Letter to Offsite Owners/Occupants (cc DTSC). | 1 day | -- | 1 day |
| Planning, Order Lab Supplies | 3 weeks | 3 weeks | 3 weeks |
| Building Survey and Screening | 1 week | 1 week | 4 weeks |
| Air, Sub-slab Vapor, and Soil Vapor Sampling | 1 week | 1 week | 5 weeks |
| Receipt of Laboratory results (cc DTSC) | 2 weeks | 2 weeks | 7 weeks |
| Post-Validation 1-Page Summary Letter | 4 weeks | 4 weeks | 11 weeks |
| Draft Report Submittal | 4 weeks | 4 weeks | 15 weeks |

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, January 19, 2022 10:39 AM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Ron Scheele <rscheele@pangeaenv.com>; pskibel@waterpowerlaw.com; Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

EXTERNAL:

Hello Ian,

Pangea has contacted all 5 offsite properties to arrange access for sampling.  All offsite properties were emailed the Community Update and separate Request for Access Letter.  Two properties (403 MacLaughlin and 12226 San Pablo) have responded and allowed access.  We are following up with the other 3 offsite properties.

Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664

**From:** Bob Clark-Riddell
**Sent:** Monday, January 17, 2022 10:58 AM
**To:** Ian Utz <ian.utz@dtsc.ca.gov>
**Subject:** Re: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

Ian,

Sorry for the delay getting back to you. I have been coordinating with my project manager remotely as our office is locked down during this Covid spike. I am out today and will have an update for you later week. We understand this is a priority.

Bob Clark-Riddell

Sent from my iPhone

> **From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
> **Sent:** Wednesday, January 12, 2022 6:51 PM
> **To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Paul Kibel <pskibel@waterpowerlaw.com>
> **Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>

**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

Hi Bob,

Have you contacted the surrounding properties to request to sample, and if so which ones?

**Ian Utz**

Environmental Scientist

Site Mitigation and Restoration Program

510-540-3845

ian.utz@dtsc.ca.gov

Department of Toxic Substances Control

700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721

California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, December 22, 2021 6:26 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Paul Kibel <pskibel@waterpowerlaw.com>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC

<Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

EXTERNAL:

Ian,

Pangea will provide you an update when we have scheduled dates for entering the off-site homes.  Bob

Bob Clark-Riddell, P.E.

Pangea Environmental Services, Inc.

Mobile/Work (510) 435-8664

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, December 22, 2021 5:56 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** Re: 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor Testing on Adjacent Properties

Received, thank you for the letter.

Your letter fails to state that this work plan has been under drafting since 2018, and by the time counsel were involved in 2021, it was to request a scaling back of the work, and the involvement of other PRPs.  The proposed work is consistent with contaminated dry cleaners across the state.

5

If the quality of technical work improves, then DTSC editing costs and turnaround time will reduce. A case in point is the rudimentary transcription errors that continued to exist in Table 1 in the work plan, leading to incorrect screening values and soil vapor concentration values incorrectly copied and pasted from other documents. Another case in point is the health and safety plan that needed to be subcontracted. These are basic errors that shouldn't exist in state level cleanups and add unnecessary costs to correct.

It's still unclear when PANGEA is intending to mobilize in January 2022, or if you ever executed access agreements. I assume that the entire work plan schedule is delayed by at least one month or two. It would be helpful to know more specifically when you will be entering off-site homes since DTSC is your public liaison. Please advise.

Thank you and happy holidays,

Ian Utz

---

**From:** Paul Kibel <pskibel@waterpowerlaw.com>
**Sent:** Wednesday, December 22, 2021 5:15:15 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Graham, Doyle@DTSC <Doyle.Graham@dtsc.ca.gov>; Smith, Whitney@DTSC
<Whitney.Smith@dtsc.ca.gov>; Wright, Olivia@DTSC <Olivia.Wright@dtsc.ca.gov>; Bob Clark-Riddell
<briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** 12210 San Pablo Avenue in Richmond, California: Next Phase of Work Related to Soil Vapor
Testing on Adjacent Properties

EXTERNAL:

Dear Mr. Utz,

Enclosed please find my letter sent on behalf of Casa Nido Partnership confirming that the soil vapor testing tasks in the Workplan approved late last month by DTSC will commence in early January 2022.

Thank you and have a happy and safe holidays.

6

Yours, Paul Kibel


**Paul Stanton Kibel**

**Water and Power Law Group PC**

2140 Shattuck Avenue, Ste. 801

Berkeley, CA  94704-1229

(510) 499-1649 (direct)

(510) 296-5588 (main)

(866) 407-8073 (e-fax)

pskibel@waterpowerlaw.com

www.waterpowerlaw.com