# Exhibit B-26

| | |
|---|---|
| **Subject:** | Re: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023 |
| **Date:** | Thursday, March 9, 2023 at 1:36:27 PM Pacific Standard Time |
| **From:** | Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov> |
| **To:** | Bob Clark-Riddell <briddell@pangeaenv.com>, Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov> |
| **CC:** | Ron Piziali <ronaldpiziali@gmail.com>, Paul Kibel <pskibel@waterpowerlaw.com>, Ron Scheele <rscheele@pangeaenv.com>, Hughes, Marikka@DTSC <Marikka.Hughes@dtsc.ca.gov> |
| **Attachments:** | image008.png, image001.png, image002.png, image003.png, image004.png, image005.png, image006.gif, image007.png, Prel Sampling Data Summary_01.23.2023[20].pdf |

Mr. Clark-Riddell:

We have reviewed the soil gas and indoor air data for your March and September 2022 mobilizations, and have the following initial comments which need to be addressed in your forthcoming full report:

1. Despite the work plan requirement to have the data third-party validated against laboratory reports and work plan data quality objectives, that has still not taken place.  This needs to occur.

2. We note the absence of several applicable SFRWQCB or DTSC screening criteria, for example for TCE (0.48 ug/m3).  As a result, the table as submitted is insufficient for risk management (screening level) purposes.  Data validation needs to include a review of DTSC's most recent HERO Note 3 for each detected constituent and including the associated screening criterion (e.g., ug/m3).

3. We noted exceedances of default residential or commercial screening criteria in both quantified detections (e.g., benzene) as well as reporting limits (e.g., vinyl chloride); however, there is no shading to highlight this exceedance, contrary to footnotes..  As a result, the table as submitted is insufficient for risk management (screening level) purposes.  Data validation needs to include the addition of shading to highlight which value cells contain an applicable screening level exceedance.

4. Please comment on the presence of certain constituents in outdoor air, including PCE, including potential sources.  Consider referencing BAAQMD's regional data for air toxics/VOCs.

5. Please note that certain constituents appear to be excluded from your definition of chlorinated VOCs, but have exceedances (e.g., chloroform).  Please comment on the subsurface data to contextualize whether these are indoor or dry cleaner related contaminants.

Please confirm receipt.  You can see we already sent this preliminary letter out to adjoining properties, so as not to withhold the draft data.  Thank you.


**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Date:** Wednesday, February 8, 2023 at 6:30 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>, Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>, Paul Kibel <pskibel@waterpowerlaw.com>, Ron Scheele <rscheele@pangeaenv.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hello Ian,

Attached is the report with the reformatted data tables.  As this is a preliminary report, please confirm that the reformatted tables are sufficient.  If necessary, we can reformat further since some the final VOC names are split among two pages.  Most importantly, you have the excel tables for your toxicologist review.

Please contact me with any questions or comments.  Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664


**From:** Bob Clark-Riddell
**Sent:** Tuesday, February 7, 2023 7:32 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Paul Kibel <pskibel@waterpowerlaw.com>; Ron Scheele <rscheele@pangeaenv.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Ian,

Per your request, attached are the excel files for soil gas/sub-slab gas and indoor air.

We are also formatted the indoor air table PDF to revise the Preliminary Data Summary Report per your request.

Please contact me with any questions or comments.  Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Tuesday, February 7, 2023 9:20 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Hello,

Bob Clark-Riddell – We are still waiting on the resubmitted tables.  Please send us the Excel spreadsheet – it should take you about 10 minutes.  We need to get our toxicologist to review your tables ASAP.

Paul Kibel – Your letter says "Upon request, Casa Nido will provide DTSC with further documentation confirming why these other responsible parties properly need to be named in any cleanup order."  Please provide all supporting documentation electronically for all listed parties.

Thank you

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 
  

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.).  Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Utz, Ian@DTSC
**Sent:** Wednesday, February 1, 2023 10:30 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Hello,

This confirms receipt.

However, this is not legible. Standard practice is to extend tables onto multiple printable pages to allow the reader to review them when printed.

As such, please submit the Excel spreadsheets associated with the tables, and resubmit with the table legibly on multiple printed pages.

Thank you.



**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Tuesday, January 31, 2023 1:11 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Hello Mr Utz and Ms. Pettijohn,

Pangea is pleased to present the attached Preliminary Sampling Data Summary for the vapor intrusion evaluation conducted in September 2022.  Like the wet season sampling in March 2022, the assessment data was representative of acceptable risk in indoor air at all tested structures and did not trigger any contingency action.

There has been no change to the status of all interim engineering technologies at the site, including:
    a. Soil-vapor extraction (SVE): the system remains at the Site property.
    b. Sub-slab depressurization (SSD): the system remains beneath the Thai restaurant, although the restaurant remains closed for renovation.
    c. Permeable reactive barriers (PRBs): the Daramend amendment remains in the trenches.
    d. Passive vapor intrusion mitigation systems (VIMS):  no additional VIMS installation work has been done.

We look forward to our planned discussion on February 13, 2023.

Bob Clark-Riddell, P.E.

Principal Engineer
Pangea Environmental Services, Inc.
1250 Addison Street, Suite 213
Berkeley, CA 94702
Mobile/Work (510) 435-8664
Main Office (510) 836-3700

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Thursday, January 12, 2023 7:55 AM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** Re: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Hello,

Please have PANGEA complete the below actions, and provide times that work to meet.  Thank you.

Ian Utz

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Sunday, January 8, 2023 5:41 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Thank you.

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.).  Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Paul Kibel <pskibel@waterpowerlaw.com>
**Sent:** Sunday, January 8, 2023 5:40 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** Re: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Hello Ian,

I agree that setting up a virtual meeting for later this month is a good idea, to discuss how collectively we can best effect the transition from a VCA to a cleanup order. I will get back to you later this week with some proposed dates and times for this virtual meeting.

Thank you, Paul Kibel

**Paul Stanton Kibel**
**Water and Power Law Group PC**
2140 Shattuck Avenue, Ste. 801
Berkeley, CA  94704-1229
(510) 499-1649 (direct)
(510) 296-5588 (main)
(866) 407-8073 (e-fax)
pskibel@waterpowerlaw.com
www.waterpowerlaw.com

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, January 4, 2023 1:49 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

One additional thing, please – we need to set up a virtual meeting to transition to the next phase of this project.  Could you please provide a few times that will work for Casa Nido and PANGEA to meet to discuss next steps – ideally during the last two weeks of this month (January 2023)?  Thanks in advance.

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency

 

   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Utz, Ian@DTSC
**Sent:** Tuesday, January 3, 2023 10:15 AM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** RE: Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

This confirms receipt. Please do the following by January 13, 2023:

1. Tabulate and transmit all remaining sampling and analytical data. Although we were copied on draft laboratory analytical data transmittal for September 2022 sampling events, these data were not presented to us by PANGEA in any way. It is also unclear whether additional data, such as groundwater monitoring data, have been collected since the last transmittal by PANGEA.

2. Please list the status of all interim engineering technologies at the site, including:
    a. Soil-vapor extraction (SVE)
    b. Sub-slab depressurization (SSD)
    c. Permeable reactive barriers (PRBs)
    d. Passive vapor intrusion mitigation systems (VIMS)

**Ian Utz**
Environmental Scientist
Site Mitigation and Restoration Program
510-540-3845
ian.utz@dtsc.ca.gov
Department of Toxic Substances Control
700 Heinz Avenue, Suite 200, Berkeley, California 94710-2721
California Environmental Protection Agency




   

This communication is subject to the California Public Records Act (Government Code § 6250 et seq.). Public disclosure may be expected unless applicable law provides a valid basis for not releasing this document and its attachments.

**From:** Paul Kibel <pskibel@waterpowerlaw.com>
**Sent:** Wednesday, December 21, 2022 7:01 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Pettijohn, Julie@DTSC <Julie.Pettijohn@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>
**Cc:** Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Subject:** Casa Nido Notice of Termination of Voluntary Cleanup Agreement Effective March 1, 2023

Dear Mr Utz, Ms. Pettijohn and Mr. Whitney:

Attached please find Casa Nido's written notice for termination of the Voluntary Cleanup Agreement (VCP) for the Omo Cleaners Site effective March 1, 2023.

As indicated in the attached letter, Casa Nido will work cooperatively with DTSC staff to help effect the transition from remedial work done pursuant to the VCA to remedial work done pursuant to a DTSC administrative cleanup order issued to Casa Nido and other responsible parties.

Yours,

**Paul Stanton Kibel**
**Water and Power Law Group PC**
2140 Shattuck Avenue, Ste. 801
Berkeley, CA  94704-1229
(510) 499-1649 (direct)
(510) 296-5588 (main)
(866) 407-8073 (e-fax)
pskibel@waterpowerlaw.com
www.waterpowerlaw.com