# **Exhibit B-27**



**WATER AND POWER LAW GROUP PC**

2140 SHATTUCK AVENUE, STE. 801
BERKELEY, CA 94704-1229
(510) 296-5588
(866) 407-8073 (E-FAX)

December 21, 2022

*Via Electronic Mail Only*
Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
California Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710
Email: Ian.Utz@dtsc.ca.gov

Julie Pettijohn
California Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710
Julie.Pettijohn@dtsc.ca.gov

Whitney Smith, Legal Counsel
California Department of Toxic Substances Control
700 Heinz Avenue, Suite 200
Berkeley, California 94710
Whitney.Smith@dtsc.ca.gov

**Re:    DTSC Agency Oversight for 12200 San Pablo Avenue in Richmond, California**
*Notice of Termination of VCA Effective March 1, 2023*

Dear Mr. Utz, Ms. Pettijohn and Mr. Smith,

I am contacting you on behalf of Casa Nido Partnership ("Casa Nido") in connection with the Voluntary Cleanup Agreement ("VCP") currently in place for remedial work and agency oversight costs associated with releases on the above-reference site (commonly referred to as the "**Omo Cleaners Site**").

1

Although Casa Nido had no involvement in any of the activities resulting in the releases, pursuant to the VCA, for more than five years Casa Nido has assumed sole financial responsibility for paying for all the remedial work and DTSC's agency oversight costs associated with this work (with such combined costs approaching $1.5 million). To date, the previous drycleaner operators that actually caused the releases and the previous property-owners who owned the property when much of the releases occurred have contributed **nothing** to these financial costs. Casa Nido has made contribution requests to other responsible parties, and is presently involved in litigation against these parties, but to date no contribution or reimbursement has been made. From Casa Nido's standpoint, and consistent with the CERCLA Gore Allocation factors, allocating 100% of the remedial costs and agency oversight costs to a current owner that was not involved in the releases is unfair and is unsupported by the law.

The VCA provides Casa Nido with a unilateral right of termination. In light of the circumstances **by this letter Casa Nido is giving notice to DTSC of its intention to terminate the VCA effective March 1, 2023**. Based on previous discussions with DTSC, it is Casa Nido's expectation that with the termination of the VCA DTSC will issue an administrative cleanup order for future remedial work and agency oversight costs that will name Catherine O'Hanks and other responsible parties. From Casa Nido's standpoint, it is time for these other responsible parties to contribute to the remedial work and agency oversight costs.

Below is a table listing the other responsible parties that Casa Nido maintains should be named in the cleanup order to be issued by DTSC (with contact information for each of these other responsible parties). Upon request, Casa Nido will provide DTSC with further documentation confirming why these other responsible parties properly need to be named in any cleanup order.

| Name | Address | Years of Ownership of Site | Years of Operation of Business at Site |
|---|---|---|---|
| **Catherine O'Hanks** | 4407 Cutting Blvd. Richmond, CA 94804 | 0 | 1960-1992 (less Anderson/Vernell years) |
| **Lynne Garibotti Blower (as trustee to the Garibotti Trust dated 5/1/52)** | 617 Tunbridge Rd. Danville, CA 94526 | 1952-1976 | 0 |
| **Jae Kwon** | 3162 N. Front Street Hercules, CA 94547 | 0 | 1992-2007 |
| **Sandra Kate Vernell** | 2739 Barnard Street San Pablo, CA. 94806 | 0 | August 1978-August 1984 |
| **Earl Ray Anderson** | 2025 Cloud Crest Court Vacaville, CA. 95687 | 0 | August 1978-August 1984 |

Casa Nido will work cooperatively with DTSC staff over the coming months to try to ensure a smooth transition from remedial work done pursuant to the VCA to remedial work done pursuant to a cleanup order.

Yours,

*Paul Stanton Kibel*

Paul S. Kibel (on behalf of Casa Nido)


cc: Ron Piziali, Casa Nido
cc: Robert Clark-Riddell, Pangea Environmental Services