# Exhibit B-28



**December 15, 2020**

**Health and Safety Plan (HASP)
Former Omo's Cleaners
PANGEA Environmental
Services, Inc.**

*For*

**Site Characterization**

# E$^x$ponent®

**Health and Safety Plan (HASP)**
**Former Omo's Cleaners**
**PANGEA Environmental Services, Inc.**

**For**

**Site Characterization**

Prepared for

PANGEA Environmental Services, Inc.
1250 Addison Street, Suite 213
Berkeley, California 94702

Prepared by

---

Michael J. McCoy, M.S., CIH, CSP, DABT
Senior Managing Scientist

Exponent
475 14th Street, Suite 400
Oakland, California 94612

December 15, 2020

© Exponent, Inc.

# Contents

Page

**List of Figures**      iv

**List of Acronyms**      v

**1.0 Introduction and Site Description**      1

**2.0 Work Plan (Expected Work Tasks at the Site), Frequency and Job Hazard Analyses**      2

     2.1    Indoor Air Sampling      2

     2.2    Soil Gas Well Installation      2

     2.3    Soil Gas Sampling      3

     2.4    Sub-slab Gas Probe Installation and Sampling      3

     2.5    Typical duration at the Site      4

**3.0 Key Personnel and Responsibilities**      5

**4.0 Safety and Health Hazard Analysis**      6

     4.1    Potential Chemical Hazards      6

     4.2    Potential Physical Hazards      8

     4.3    Potential Biological Hazards      8

     4.4    Wildfire Smoke Hazards      9

**5.0 Medical Surveillance**      10

**6.0 Employee Training**      11

     6.1    PANGEA field employees have completed 40-Hour HAZWOPER training and complete an annual 8-Hour HAZWOPER refresher.      11

     6.2    PANGEA employees complete training on the use of the PID instrumentation.      11

     6.3    PANGEA employees complete heat awareness training and discuss heat awareness issues during safety meetings.      11



**7.0  Exposure Controls**     **12**

    7.1    Engineering Controls     12

    7.2    Administrative Controls/Work Practices     12

    7.3    Personal Protective Equipment (PPE)     12

**8.0  Employee Exposure Monitoring**     **13**

**9.0  Spill Containment Program**     **14**

**10.0  Safe Drum and Container Handling**     **15**

**11.0  Confined space entry**     **16**

**12.0  Decontamination procedures**     **17**

**13.0  Emergency Action Plan**     **18**

**14.0  Sanitation**     **19**

**15.0  Illumination**     **20**

    **HASP Signatures**     **21**



**December 15, 2020**

# List of Figures

Figure 1.    Site Plan

Figure 2.    Hospital Map

Figure 3.    Site Visitor Log

*Figures appear following the main text.*



December 15, 2020

# List of Acronyms

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| COC | Contaminant/Chemical of Concern |
| COVID-19 | Coronavirus disease 2019 |
| GFCI | Ground fault circuit interrupter |
| HASP | Health and Safety Plan |
| HAZWOPER | Hazardous Waste Operations and Emergency Response |
| IARC | International Agency for Research on Cancer |
| O&M | Operation and Maintenance |
| SVE/SSD | Soil Vapor Extraction/Sub-slab Depressurization |
| TCE | Trichloroethene |
| TWA | Time-weighted average |
| NTP | National Toxicology Program |
| OEL | Occupational Exposure Limit |
| OSHA | Occupational Safety and Health Administration |
| PCE | Tetrachloroethene |
| PID | Photoionization detector |
| PPE | Personal protective equipment |
| PPM | Parts-per-million |
| PVC | Polyvinyl chloride |
| TLV | Threshold Limit Value |
| USEPA | United States Environmental Protection Agency |
| VC | Vinyl chloride |
| VFD | Variable frequency drive |
| VOC | Volatile Organic Compounds |



# 1.0   Introduction and Site Description

Exponent, Inc. (Exponent) has prepared this Health and Safety Plan (HASP) for PANGEA Environmental Services, Inc. (PANGEA) for environmental media characterization at an undeveloped commercial property located at 12210 San Pablo Avenue, Richmond, California (Figure 1) "the Site."  The Site is owned by a partnership known as Casa Nido, and the Site has a concrete building slab, unpaved backyard, and adjacent paved driveway located in a mixed residential and commercial area.  The Site was formerly a commercial dry-cleaning facility (Omo's Cleaners), which operated from 1966 through June 2015.  From at least 1984 until 1997, tetrachloroethene (PCE) was utilized for dry cleaning, which subsequently impacted the Site's soil, groundwater, and sub-slab gas.

In 2028, PANGEA coordinated excavation of the primary PCE in site soil and added amendments to the saturated zone to improve groundwater quality.  This HASP will addresses Site characterization activities pertaining to indoor air quality sampling at residences and commercial buildings proximal to the Site, and soil gas well installation and sub-slab gas probe installation and sampling.  Job Safety Analyses are attached to this HASP for additional details.

Between 2018 and 2020, PANGEA coordinated installation of a soil vapor extraction/sub-slab depressurization (SVE/SSD) system, which provides vapor extraction from onsite SVE wells and three SSD points at an adjacent property to remove PCE and other volatile constituents in soil gas from the site subsurface.  The SVE/SSD system consists of a 4.6 horsepower regenerative vacuum blower (AirTech model 3BA15107AT46) with variable frequency drive (VFD) controls, two 200-pound activated carbon vessels, and an emission stack.  The SVE system is connected to five SVE wells (SVE-1, SVE-2, SVE-3, SVE-4, and SVE-5) and three SSD extraction points (SSD-1, SSD-2, and SSD-3).  The 2-inch Schedule 40 PVC vapor piping is underground to the onsite SVE wells and aboveground to the offsite SSD points, routed to a piping manifold and equipment shed located on the south side of the Site.  Soil vapor is extracted from the subsurface and passes through a 55-gallon vapor/liquid separator that separates out entrained water.  From the vapor/liquid separator, soil vapor passes through the blower and is routed through two 200-pound activated carbon vessels connected in series before being discharged to the atmosphere.  The equipment and controls are in a locked shed for security purposes.  PANGEA staff routinely perform O&M on this system, and PANGEA requested that Exponent prepare a HASP to protect the health and safety of its employees performing various O&M tasks at the Site.



# 2.0   Work Plan (Expected Work Tasks at the Site), Frequency and Job Hazard Analyses

## 2.1   Indoor Air Sampling

2.1.1   Indoor air sampling may occur at residences or businesses proximal to the Site to measure airborne VOCs.  First, a walkthrough of residence or business using PID is performed to measure background VOCs (fresh paint, solvents, etc.) which could skew results and a then building survey form is completed.  Summa canisters and controllers are set up in pre-selected rooms by field technician. Samples are collected for 24 hours, and a return trip is necessary to collect these samples.  An outside ambient air sample is also collected.  Occasionally, a roof-top air sample is necessary, and ladder use may also be necessary.  Potential traffic hazards due to road traffic at some sites.

2.1.1.2   Hazards:  Slip/trip and fall.  Site security.  Ergonomic.  Domestic animals.  Traffic hazards.

2.1.1.2   Controls/PPE:  Wear steel toed boots, long work pants and long-sleeved shirt.  Inspect site for trip hazards.  Inspect ladder before use.  Maximum working height is second rung from top of ladder, no rooftop access permitted.  Perform Site inspection during daylight hours and have cell phone available for emergencies.  Use proper lifting technique.  Request homeowner to lock up pets.  Use traffic cones, traffic controls if needed and park upstream to work area.

## 2.2   Soil Gas Well Installation

2.2.1   Soil gas well installation may occur on the Site, or on properties proximal to the Site.  A subcontractor will use core drill and stand-type concrete corer to drill hole.  Next, check hole with PID for VOCs.  Use breaker bar and hand auger a hole to a depth of approximately 5 feet.  Soil left on Site until analyzed for proper disposal.  Construct soil gas well using clean sand and bentonite, grout, Portland cement, probe and Teflon tubing.  Set small 6 inch well vault flush with surface or set into dirt.  Allow 48 hours prior to sampling.

2.2.1.2   Hazards:  Rotating equipment, injury to hands.  Potential for hair, gloves, clothing to be caught on rotating drill bit.  Trips and falls.  Noise exposure.  Exposure to contaminants.  Construction hazards, pinch, physical contact with and corrosion with contact to Portland cement. General ergonomic hazards.

2.2.1.2   Controls/PPE:  Wear steel toed boots, work clothing and safety glasses. Wear hearing protection.  Stand clear of core drill and stand-clear of concrete corer when operated by subcontractor.  Tie back loose hair and clothing.  Remove work gloves if present around drilling.  Evaluate work area for slips, trips and fall hazards before beginning work.  Wear nitrile gloves.  Use good posture, wear work gloves to prevent tool slippage.

Wear nitrile gloves to prevent exposure to contaminants and Portland cement.  Use good lifting techniques, keep load centered to body, and lift with knees.

## 2.3   Soil Gas Sampling

2.3.1   Soil gas sampling may occur in and around the Site, following soil gas well installation.  The Summa canister is connected to sampling probe for sample collection.  Use isopropyl alcohol to check for leaks, and the collect soil gas sample into a Summa canister.  Work may occur in or around traffic.  Work may occur in high crime area.

    2.3.1.1 Hazards:  Connecting equipment may lead to pinches, or skin irritation from isopropyl alcohol.  Potential for traffic related injury or crime.

    2.3.1.2 Controls/PPE: Wear steel toed boots, work clothing and safety glasses.  Wear nitrile gloves.  Use cones, traffic controls, and park truck upstream to work area.  Maintain contact with office and colleagues.  Work during daylight hours.  Lock vehicles and secure equipment.  Remove equipment from line of sight in vehicle.

## 2.4   Sub-slab Gas Probe Installation and Sampling

2.4.1   Use a roto hammer and concrete drill bits to drill a 5/8th inch hole, and then countersink a 1.5-inch hole.  Use a mallet to insert a sub-slab probe into the hole using a mallet.  Wait two hours prior to sampling.  Connect tubing and shroud and maintain an isopropyl alcohol atmosphere.  Connect to Summa canister and collect sample.  This work is sometimes performed in residential or commercial buildings, and work may occur in high-crime areas.

    2.4.1.1 Hazards:  Rotating drill bit could catch loose clothing or hair, noise hazards.  Hand injuries, struck by mallet, ergonomic hazards.  Skin irritation from isopropyl alcohol.  Domestic animal bites.  Violence, crime and equipment theft.

    2.4.1.2 Controls/PPE: Wear steel toed boots, work clothing and safety glasses.  Tie up loose hair or clothing, remove work gloves before using roto hammer.  Wear hearing protection.  Proceed with work carefully observing hands during mallet use, bend and lift using knees and not bending at the back, keeping the load at the center and near your body.  Wear nitrile gloves.  Use traffic cones, traffic controls if needed and park upstream to work area.  Ask resident to remove lock up domestic animals.  Maintain contact with office and colleagues.  Work during daylight hours.  Lock vehicles and secure equipment.  Remove equipment from line of sight in vehicle.



**December 15, 2020**

## 2.5   Typical duration at the Site

Total time on-site during site characterization will likely be a full 8 to 10-hour work shift.



**December 15, 2020**

# 3.0   Key Personnel and Responsibilities

**3.1 Bob Clark-Riddell:**  Principal Project Engineer.  Mr. Clark-Riddell will oversee project scope, technical concerns, and budget.  Mr. Clark-Riddell will ensure the project health and safety manager has the resources needed to comply with this HASP.

    3.1.1   Phone Number:  510.435.8664

**3.2 Erik Lervaag:**  Lead Field Technician and Site System Operator.  Mr. Lervaag will perform onsite O&M work and will follow the HASP guidance, review health and safety conditions at the Site and share health and safety information with other team members.

    3.2.1   Phone Number: 925.822.6749

**3.3 Morgan Gillies:**  Project Health and Safety Manager.  Mr. Gillies will ensure HASP guidelines are followed and will ensure team members have the resources to comply with the HASP.  Mr. Gillies will review this HASP annually for it applicability and request consultation with the CIH when needed.

    3.3.1   Phone Number: 408.910.1793

**3.4 Dylan Cardiff:**  Field Employee (backup).  Mr. Cardiff will review the HASP and comply with its guidelines when on the Site.

    3.4.1   Phone Number: 510.590.6276

**3.5 Ruby Wood:**  Field Employee (backup).  Ms. Wood will review the HASP and comply with its guidelines when on the Site.

    3.5.1   Phone Number: 530.386.6274



# 4.0   Safety and Health Hazard Analysis

## 4.1   Potential Chemical Hazards

4.1.1   The primary chemical of concern (COC) at the Site is PCE.  The secondary COCs are the degradation products of PCE which include trichloroethene (TCE), cis-1,2-dichloroethene (cis-1,2,-DCE), vinyl chloride and benzene.

4.1.1.1   **Potential health effects of PCE**

PCE is a VOC that was widely used for dry cleaning and for metal degreasing and has an ether-like odor.  PCE may harm the nervous system, liver, kidneys, and reproductive system, and may be harmful to unborn children.  During short-term, high concentration airborne exposure to PCE, a person may become dizzy or sleepy, develop headaches, or become uncoordinated.  The USEPA considers PCE "likely to be carcinogenic to humans by all routes of exposure."  The IARC considers PCE, "probably carcinogenic to humans."  The NTP considers PCE to be "reasonably anticipated to be a human carcinogen."

4.1.1.2   **Potential health effects of TCE**

TCE is a VOC with a sweet odor and was used for metal degreasing.  TCE may cause irritation to the eyes and skin and at high airborne concentrations can cause dizziness, headaches, sleepiness, nausea, and liver damage.  The USEPA considers TCE as "carcinogenic to humans."  IARC considers TCE as "Carcinogenic to humans (evidence for cancer is based on kidney cancer, limited evidence for non-Hodgkin lymphoma and liver cancer as well as various tumors in animals)."  The NTP states that TCE is "known to be a human carcinogen."

4.1.1.3   **Potential health effects of cis- and trans-1,2-DCE**

Cis- and trans-1,2-DCE are VOCs with a sharp harsh odor.  They are generally found as breakdown products of TCE and PCE in environmental media, with cis-1,2-DCE most often identified.  Exposures to 1,2-DCE at high airborne concentrations can lead to nausea, dizziness, drowsiness, and lethargy.  The USEPA has determined that cis-1,2-DCE is not classifiable as to its human carcinogenicity, and there is no EPA cancer classification for trans-1,2-DCE.

4.1.1.4   **Potential health effects of vinyl chloride (VC)**

VC is a VOC with a sweet odor.  It is the final environmental breakdown product of PCE in environmental media.  Exposure to high airborne concentrations can cause dizziness and lethargy as well as abdominal pain at high airborne concentrations.  It can impact the liver central nervous system, blood respiratory, and lymphatic system.  Chronic VC exposure is associated with an increased risk of liver cancer as well as brain and lung cancers, lymphoma, and leukemia.  The USEPA as well as IARC have determined that VC is a human carcinogen.



#### 4.1.1.5 Potential health effects of benzene

Benzene is a VOC with a sweet odor and is an industrial chemical, but when found in environmental media, it is often associated with petroleum hydrocarbons, such as gasoline. Chronic exposure to high concentrations of benzene can cause damage to the hematological (blood forming) organs, immunological system and nervous system. NTP, the USEPA, and IARC have recognized benzene as a known human carcinogen.

### 4.1.2 COC concentrations in the Site's environmental media

#### 4.1.2.1 Table 1 – Concentrations of COC in Environmental Media

| Compound | Soil Gas Concentration (µg/kg) | Maximum Soil Concentration (mg/kg) | Water Concentration (µg/L) |
|---|---|---|---|
| PCE | 130,000 (19.6 ppm) | 65 | 14,000 |
| TCE | 1970 (0.36 ppm) | 0.0358 | 99 |
| Cis-1,2-DCE | 1930 (0.48 ppm) | 0.00356 | 66.5 |
| Vinyl Chloride | 49.1 (0.02 ppm) | <0.00336 | <1.0 |
| Benzene | 13.8 (0.004 ppm) | 0.000772 | <1.0 |

### 4.1.3 Expected or Anticipated Occupational Airborne Concentrations

Based on professional judgement of the CIH, it is unexpected that airborne concentrations of COCs emanating from the environmental media will exceed, if even approached, occupational exposure limits as noted below. While concentrations in environmental media (water, soil, and sub-slab gas) may exceed applicable environmental regulatory limits, concentrations are not expected to meaningfully impact the breathing zone air during the work activities as described above. To ensure that air concentrations are below occupational exposure limits (described in following section) as well as levels that would result in the health effects described above, air monitoring for total VOCs via photoionization detector (PID) will be performed as described in this HASP for various work activities.

4.1.4    **Occupational Exposure Limits**

4.1.4.1 **Table 1 – Applicable Occupational Exposure Limits (OELs)**

| COC | Cal-OSHA PEL[1] (ppm) | STEL[2] (ppm) | ACGIH TLV[3] (ppm) |
|-----|------------------------|----------------|---------------------|
| PCE | 25 | 100 | 25 |
| TCE | 25 | 100 | 10 |
| cis-1,2-DCE | 200 | n/a | 200 |
| Vinyl chloride | 1 | 5 | 1 |
| Benzene | 1 | 5 | 0.5 |

1. Cal-OSHA PEL expressed as an 8-hour time weighted average, breathing zone concentration.
2. STEL:  Short-term exposure limit, not to be exceeded as a 15-minute average concentration.
3. ACGIH TLV is expressed as an 8-hour time weighted average, breathing zone concentration.

## 4.2    Potential Physical Hazards

4.2.1    Heat:  Ambient temperatures at the Site can reach above 90 degrees Fahrenheit during the summer and fall months.  Employees could be exposed to high temperature workdays.  Employees should bring with them to the Site at least one quart of water for each hour of work and be encouraged to drink it.  They should be provided access to shade to take a rest for at least five minutes; they should not wait until they feel sick to cool down.

4.2.2    Cold Stress:  Not generally expected in this portion of California.

4.2.3    Noise:  The SSD/SVE system generates a significant amount of noise and based on short term sampling using a sound level meter, the average sound pressure level was approximately 74 dBA.  The shed is posted with an appropriate sign indicating that hearing protection (earplugs or muffs) must be worn.  PANGEA has a written hearing conservation program and performs annual audiograms as part of its employee medical monitoring program and written hearing conservation program.

4.2.4    Security/Safety:  The Site is in a mixed residential and commercial area.  Typical street crime, theft, burglary, and violent crimes are possible, but not expected.

## 4.3    Potential Biological Hazards

4.3.1    Insects:  Black widow and brown recluse spiders can cause severe envenomation and subsequent skin/tissue damage.  Employees should avoid putting their hands into holes, areas behind equipment or in storage boxes, etc., without first visually inspecting these locations.

E𝑥™

4.3.2   Snakes:  Poisonous snakes, i.e., rattlesnakes may also be in present in the shed. Employees should avoid putting their hands in holes, areas behind equipment or in storage boxes, etc., without first visually inspecting these areas.

4.3.3   Vermin:  Mice, rats, raccoons, and other small mammals.  These mammals may carry various diseases, including, but not limited to, rabies.  Visually inspect the shed on a regular basis and enter with caution after periods of inoccupancy or following sudden changes in weather conditions, which often trigger animals to seek shelter indoors.

4.3.4   Bloodborne pathogens:  If a serious accident occurs with a fellow worker or bystander, PANGEA employees should immediately contact emergency services and are not required or recommended to perform first-aid activities where exposure to bloodborne pathogens may be experienced.  Thus, PANGEA employees are not required to be in an OSHA bloodborne pathogens training program.

4.3.5   SARS-CoV-2 (COVID-19):  The Site is attended typically by one employee on a monthly basis.  If two or more employees are to be present, they should mobilize to the Site in separate vehicles.  Employees shall wear face coverings over nose and mouth and, if feasible, work six feet or more apart from one another. Alcohol gel hand sanitizer is available in the PANGEA work vehicle.  If possible, only allow one employee in the remediation system shed at a time.  In addition, employees should review and adhere to the protocols in PANGEA's written COVID-19 Prevention Program.

## 4.4   Wildfire Smoke Hazards

4.4.1   The Site is located in an area of California that is often subject to excessive levels of wildfire smoke during the summer and fall months.  Per current CAL/OSHA regulations, when the local air quality index (AQI) is above 150 and workers are to be outdoors for more than one hour, they should be offered an N95 mask for voluntary use.  When the AQI is above 500, an air filtering half-mask respirator with assigned protection factor of 10 or greater is required and also involves a respirator fit test.  On days when the AQI is above 150, consider using administrative measures, such as rescheduling work until air is cleaner or restricting work to less than one hour.  The local AQI can be checked on USEPA's AIRNOW website: https://www.airnow.gov/.



**December 15, 2020**

# 5.0   Medical Surveillance

Project specific medical surveillance is not required due to the miniscule, if any, occupational exposures to COCs at the Site.  However, PANGEA performs annual medical monitoring on its employees, including an occupational physical, audiometric testing and pulmonary function testing, per its written medical monitoring program.  Respiratory protection is not required for this Site; however, PANGEA maintains a respiratory protection program and appropriate fit testing annually for its employees.



December 15, 2020

## 6.0   Employee Training

**6.1   PANGEA field employees have completed 40-Hour HAZWOPER training and complete an annual 8-Hour HAZWOPER refresher.**

**6.2   PANGEA employees complete training on the use of the PID instrumentation.**

**6.3   PANGEA employees complete heat awareness training and discuss heat awareness issues during safety meetings.**



# 7.0   Exposure Controls

## 7.1   Engineering Controls

The remediation system is controlled with a power switch, which is always in reach of the operator.  No lockout/tagout procedures are necessary for this equipment.

## 7.2   Administrative Controls/Work Practices

Not applicable for this project.

## 7.3   Personal Protective Equipment (PPE)

7.3.1   Modified Level D consisting of work clothes, including long work pants, long-sleeved work shirt, steel-toed boots, safety glasses, and nitrile gloves.  No hard hat is required on this Site as there are no overhead hazards in the system shed or on the Site.

7.3.2   Hearing Protection:  Earplugs or hearing protection muffs while working in the system shed or working with the roto hammer or near drilling rigs.

7.3.3   Skin protection: Disposable gloves (nitrile).



# 8.0   Employee Exposure Monitoring

8.1.1   Use of PID instrument to determine airborne concentrations of VOCs in the shed and within the carbon cartridge during Site characterization activities.



8.1.1.1 Model and type of PID:  ppbRAE, RAE Systems.  Model 3000 PID.  10.6 eV lamp.

8.1.1.2 Calibration:  Fresh air calibration daily, span calibration daily, calibrated with isobutylene per manufacturer's instructions.

8.1.2   Noise monitoring:  Client performed noise monitoring in the shed and found average sound pressure levels of 74 dBA.  Employees are required to wear hearing protection while working in the shed.

8.1.3   Further personal breathing zone, industrial hygiene monitoring for individual COCs is not recommended at this time due to low to non-detectable concentrations found via PID, and total work in the shed is limited to a 1.5 to 2 hours maximum.

December 15, 2020

# 9.0   Spill Containment Program

There is one drum on Site used to collect water and COCs from the vapor/liquid separator.  The vapor/liquid separator is pumped to the drum outside; and then when approximately 30 gallons is collected, it is removed to be characterized and appropriately disposed.  The drum has a spill containment pool around its base.  Previous characterization of the drum contents revealed it was non-hazardous waste with very low concentrations of COC.

14



**December 15, 2020**

# 10.0  Safe Drum and Container Handling

There is one drum on Site used to collect water and COC from the vapor/liquid separator.  The vapor/liquid separator is pumped to a 55-gallon drum located outside the shed; and then when approximately 30 gallons is collected, the drum is removed and its contents characterized and appropriately disposed.  A drum dolly is used for moving the drum around the Site.  Previous characterizations of this liquid have thus far found the drum contents to be characterized as non-hazardous waste.

15



December 15, 2020

## 11.0   Confined space entry

Not applicable, no confined spaces present at Site.



**December 15, 2020**

# 12.0  Decontamination procedures

Not applicable as there is no expected personal clothing or PPE contamination potential. Employees should remove nitrile gloves after each work task and wash hands or wipe hands with a disposable towelette before eating, drinking, smoking, or applying cosmetics.



December 15, 2020

# 13.0  Emergency Action Plan

13.1    Nearest Hospital Location:  The nearest hospital to the Site is **Kaiser Permanente Richmond Medical Center**, located at 901 Nevin Avenue, Richmond, California.  The hospital phone number is 510-307-1500.  See Figure 2 for map from the Site to this hospital.

13.2    Emergency Contact Info and Procedures

    13.2.1  Local Police, Fire, Ambulance: 911

    13.2.2  Pangea Project Manager:  Ron Scheele, Phone: 510.459.6012.

    13.2.3  Pangea Health and Safety Officer:  Morgan Gillies, Phone: 408.910.1783.

    13.2.4  Additional PANGEA-specific procedures for emergencies insert here, e.g., occupational medical provider for non-emergencies.

13.3    Emergency Supplies and Equipment List

    13.3.1  Fire extinguisher (type) and location:  Fire extinguisher in shed and one located in work PANGEA vehicle.  ABC type.

    13.3.2  First Aid Kit (compliant with ANSI Z308.1-1998) and location:  First aid kit is in PANGEA work truck.

    13.3.3  Eyewash bottles and location:  On wall inside shed within reach of work activities.

13.4    Earthquake Procedures

13.5    If outdoors during an earthquake: drop onto your hands and knees, cover your neck and head, and hold on until the shaking stops.  If safe to do so, crawl to a clear area away from buildings, structures, and other hazards.

13.6    If inside Site shed during an earthquake: drop onto your hands and knees, cover your neck and head, and hold on until the shaking stops.  If safe to do so, crawl outside away from the shed, other structures, and other hazards.



**December 15, 2020**

# 14.0  Sanitation

Since only one employee is projected to be at the Site on a monthly basis, over a short (2 hours maximum) timeframe, no sanitation facilities are necessary.  PANGEA provides hand towelettes and hand sanitizer for cleaning hands after removing gloves.  Employees are encouraged to wash hands after leaving the site.



**December 15, 2020**

# 15.0  Illumination

The shed is illuminated with fluorescent lighting, and since work occurs during the daylight hours, enough daylight enters through the open shed door.



December 15, 2020

# HASP Signatures

Michael J. McCoy, M.S., DABT, CIH, CSP
Exponent, Inc.
Phone: (414) 520-9464

Ron Scheele
PANGEA Project Manager

Morgan Gillies
PANGEA Site Safety and Health Manager

Bob Clark-Riddell, P.E.
PANGEA Project Principal Engineer

**Figures**



Site



**Directions from Site to Kaiser Hospital**



**PANGEA Environmental Services, Inc.**                                        **December 15, 2020**
**HASP for Omo's Cleaner Site**

## SITE VISITOR LOG

| Date | Arrival Time | Departure Time | Visitor First Name | Visitor Last Name | Company | Phone Number |
|------|-------------|---------------|-------------------|------------------|---------|--------------|
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |
|      |             |               |                   |                  |         |              |

## Job Safety Analyses

| JOB SAFETY ANALYSIS<br>Indoor Air Sampling | DATE<br>November 24, 2020 | | X  NEW<br>_  REVISED | PAGE 1 of 2 |
|---|---|---|---|---|

| JSA TYPE CATEGORY | WORK TYPE<br>**Field** | WORK ACTIVITY (Description)<br>**Soil Gas Well Installation and Sampling** | JSA # |
|---|---|---|---|

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY | POSITION / TITLE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| REQUIRED (*use an "X"*) & RECOMMENDED (*use an "&"*) PERSONAL PROTECTIVE EQUIPMENT – *Place appropriate symbol on corresponding line(s)* |
|---|

_

_
_
_

| REQUIRED AND/OR RECOMMENDED TOOLS AND EQUIPMENT |
|---|

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS |
|---|---|---|
| Indoor Air Sampling | | |
| Walkthrough with PID looking for vapors that could skew results, building survey form<br><br>Lab sends equipment and canister and controller and set up in room.<br><br>Commercial spaces or residential | | |

| JOB SAFETY ANALYSIS | | **Page** 2 of 2 |
|---|---|---|
| **JOB STEPS** | **POTENTIAL HAZARDS** | **CRITICAL ACTIONS** |
| | | |
| | | |
| | | |
| | | |
| | | |

**WORK ACTIVITY (Description)**

| JOB SAFETY ANALYSIS Soil Gas Well Installation and Sampling | DATE December 3, 2020 | X NEW _ REVISED | PAGE 1 of 2 |
|---|---|---|---|

| JSA TYPE CATEGORY Field Work | WORK TYPE Field | WORK ACTIVITY (Description) Soil Gas Well Installation and Sampling | JSA # |
|---|---|---|---|

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY | SIGNATURE |
|---|---|---|---|
| Michael J. McCoy, CSP, CIH | Health and Safety Consultant, Exponent | Michael J. McCoy, CSP, CIH | *Michael J. McCoy* |
| Erik Lervaag | Pangea | | |
| Bob Clark-Riddell, P.E. | Pangea | | |

| REQUIRED PERSONAL PROTECTIVE EQUIPMENT | SAFETY EQUIPMENT ON-SITE | OTHER EQUIPMENT |
|---|---|---|
| Modified Level D: Work pants and shirt, safety glasses, hard hat, hearing protection, traffic vest, nitrile gloves, work gloves | First-aid kit, fire extinguisher Traffic control equipment:  cones, flags | |

| REQUIRED AND/OR RECOMMENDED TOOLS AND EQUIPMENT | | | | |
|---|---|---|---|---|
| Core Drill and Stand-type concrete corer | | | | |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS |
|---|---|---|
| Pre-work meeting and set-up | None.  Discuss HASP and applicable JSAs | Review safety documents. Evaluate site for slip, trip and fall hazards. |
| Core Drill and Stand-type concrete corer | Rotating equipment, injury to hands. Potential for hair, gloves, clothing to be caught on rotating drill bit.  Trips and slips. | Stand clear of core drill and stand-type concrete corer operated by subcontractor. Tie back loose hair and clothing.  Remove work gloves. Evaluate work area for slips, trips and fall hazards before beginning work. |
| Check hole for vapors with PID | Exposure to contaminants | Wear nitrile gloves.  Refer to HASP for occupational exposure limits and health risks of specific contaminants. |
| Breaker bar and hand auger a hole to a depth of approximately 5 feet | Construction hazards, moving dirt and equipment, ergonomic hazards | Use good posture, wear work gloves to prevent tool slippage. |
| Soil left on site until analyzed for proper disposal | Exposure to contaminants | Wear nitrile gloves to prevent exposure to contaminants |
| Construct soil gas well, clean sand and bentonite, grout, Portland cement, probe and Teflon tubing | Construction hazards, pinch, physical contact with and corrosion with contact to Portland cement | Wear nitrile gloves to prevent exposure to Portland cement |
| Set small 6" well vault flush with surface, or set into dirt | General ergonomic hazards | Use good lifting techniques, keep load centered in body, lift with knees and |
| (48 hours delay before sampling) | Return to Site | |
| Soil gas sampling | Connecting equipment pinches, isopropyl alcohol for leak checks, skin irritation | Wear nitrile gloves. |
| Work in or around traffic | Hit by traffic | Cones, traffic controls, park truck upstream to work area. |
| Work in high-crime areas | Violence, crime issues, equipment theft | Maintain contact with office and colleagues.  Work during daylight hours.  Lock vehicles and secure equipment.  Remove equipment from line of sight in vehicle. |

| JOB SAFETY ANALYSIS<br>Sub-slab gas probe installation | DATE<br>December 10, 2020 | | X NEW<br>_ REVISED | PAGE 1 of 2 |
| --- | --- | --- | --- | --- |

| JSA TYPE CATEGORY<br>Field | | WORK TYPE<br>Field Work | WORK ACTIVITY (Description)<br>Soil Gas Well Installation and Sampling | JSA # |
| --- | --- | --- | --- | --- |

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY | SIGNATURE |
| --- | --- | --- | --- |
| Michael J. McCoy, CSP, CIH | Health and Safety Consultant, | Michael J. McCoy, CSP, CIH | *signature* |
| Erik Lervaag | Senior Field Technician | | |
| Bob Clark-Riddell, P.E. | Principal Engineer | | |

| REQUIRED PERSONAL PROTECTIVE EQUIPMENT | SAFETY EQUIPMENT ON-SITE | OTHER EQUIPMENT |
| --- | --- | --- |
| Modified Level D:<br>Work pants and shirt, safety glasses, hard hat, hearing protection, traffic vest, nitrile gloves, work gloves | First-aid kit, fire extinguisher | PID, if high vapor concentration expected. |

| REQUIRED AND/OR RECOMMENDED TOOLS AND EQUIPMENT | | | | |
| --- | --- | --- | --- | --- |
| Rotohammer, concrete bits, mallet | PID | | | |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS AND PPE |
| --- | --- | --- |
| Pre-work meeting and set-up | None.  Discuss HASP and applicable JSAs | Review safety documents.  Evaluate site for slip, trip and fall hazards. |
| Roto hammer and concrete bits used to drill a 5/8" hole, and 1.5" countersink hole, mallet use | Rotating bit could catch loose clothing or hair, noise hazards | Tie up loose hair or clothing, remove work gloves before using roto hammer.  Wear hearing protection. |
| Insert Sub-slab probe (brass), silicone tubing as a seal, and hammer in with mallet | Hand injuries, struck by mallet, ergonomic hazards | Proceed with work carefully observing hands during mallet use, bend and lift using knees and not bending at the back.  Keep load close to center of body during lifting. |
| (2-hour wait for sampling) | | |
| Connect tubing and shroud maintain isopropyl alcohol atmosphere | Ergonomic, isopropyl alcohol skin irritation | Bend and lift using knees and not bending at the back.  Keep load close to center of body during lifting. Wear nitrile gloves. |
| Residential work | Domestic animal bites or scratch | Ask resident to remove animals from work area. |
| Work in high-crime areas | Violence, crime issues, equipment theft | Maintain contact with office and colleagues.  Work during daylight hours.  Lock vehicles and secure equipment.  Remove equipment from line of sight in vehicle. |

| JOB SAFETY ANALYSIS<br>Soil Gas Well Sampling | DATE<br>December 10, 2020 | | X  NEW<br>_  REVISED | PAGE 1 of 2 |
|---|---|---|---|---|

| JSA TYPE CATEGORY<br>Field Work | WORK TYPE<br>Field | WORK ACTIVITY (Description)<br>Soil Gas Well Sampling | JSA # |
|---|---|---|---|

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY | SIGNATURE |
|---|---|---|---|
| Michael J. McCoy, CSP, CIH | Health and Safety Consultant, Exponent | Michael J. McCoy, CSP, CIH | *Michael J. McCoy* |
| Erik Lervaag | Pangea | | |
| Bob Clark-Riddell, P.E. | Pangea | | |

| REQUIRED PERSONAL PROTECTIVE EQUIPMENT | SAFETY EQUIPMENT ON-SITE | OTHER EQUIPMENT |
|---|---|---|
| Modified Level D:<br><br>Work pants and shirt, safety glasses, hard hat, hearing protection, traffic vest, nitrile gloves, work gloves | First-aid kit, fire extinguisher<br><br>Traffic control equipment:  cones, flags, high visibility vest | PID if high vapor concentration is expected |

| REQUIRED AND/OR RECOMMENDED TOOLS AND EQUIPMENT | | | |
|---|---|---|---|
| Core Drill and Stand-type concrete corer | | | |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS |
|---|---|---|
| Pre-work meeting and set-up | None.  Discuss HASP and applicable JSAs | Review safety documents. Evaluate site for slip, trip and fall hazards. |
| Soil gas sampling:  connect Summa canister to sampling probe.  Use isopropyl alcohol to check for leaks. | Hand/skin pinches, skin irritation from isopropyl alcohol. | Wear nitrile gloves |
| Work in or around traffic | Hit by traffic | Use cones, traffic control, high visibility vest, and park truck upstream to work area. |
| Work in high-crime areas | Violence, crime issues, equipment theft | Maintain contact with office and colleagues.  Work during daylight hours.  Lock vehicles and secure equipment.  Remove equipment from line of sight in vehicle. |
| Work around residential pets | Animal bites | Request residents remove domestic animals from work area. |