# **Exhibit B-29**



DTSC000009569

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Tuesday, October 20, 2020 11:34 AM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; Ron Scheele <rscheele@pangeaenv.com>
**Subject:** FW: [202121] Omo Fabricare Dry Cleaner - HASP Missing

EXTERNAL:

Ian,

Pangea received your email.  We do have a Health and Safety Program prepared by a CIH.  We are contacting him about the Health and Safety Plan (HASP) you are requiring.  Pangea does have medical monitoring and HAZWOPPER trained personnel conducting the field work.

Do you have one or two CIHs you can refer to us?

Bob Clark-Riddell, P.E.
Principal Engineer
Pangea Environmental Services, Inc.
1250 Addison Street, Suite 213
Berkeley, CA 94702
Mobile/Work (510) 435-8664
Main Office (510) 836-3700

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Tuesday, October 20, 2020 10:31 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Scheele <rscheele@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing

Hi Bob and Ron,

Please confirm receipt.  ==The existing health and safety documentation are inadequate for the purposes of hazardous waste cleanup.==

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-540-3845 (direct)
ian.utz@dtsc.ca.gov

---

**From:** Utz, Ian@DTSC
**Sent:** Monday, October 19, 2020 2:38 PM
**To:** 'Bob Clark-Riddell' <briddell@pangeaenv.com>; 'Ron Scheele' <rscheele@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing
**Importance:** High

Hi Bob and Ron,

I hope you had a nice weekend. Nice to have some fresh air for a change.

I am following up on health and safety (H&S) matters. Please confirm receipt.

- **Stop Work.** ==H&S is now the limiting factor to work continuing at this site. As I mentioned on Thursday (10/15; see below), our CIH recommends that work stops until such a time that adequate H&S plans and procedures are established.== Had you already gone out to conduct groundwater sampling for 2020? Has there been servicing of the SVE's activated carbon vessels, with condensate?

- **Subcontracting.** Let me know if you have a CSP or CIH on staff, who can help create the HASP. If not, DTSC will require that PANGEA subcontract the HASP development to a CIH, so that the document can be drafted by an appropriately trained person. I would like that to start immediately, so that this issue does not unnecessarily further delay work into the holiday season. If we can get a better plan drafted in one go, it will save everyone time and money.

- **HASP Guidance.** I am attaching DTSC's draft HASP guidance, which helps to give context to what DTSC is looking for. The existing HASP, for example, lacks job hazard analysis, which would help connect the workplan to the expected hazards. It also does not discuss training requirements (e.g., HAZWOPER). In addition, there are nuances to the use of numeric occupational exposure limits, particularly with respect to known carcinogens.

- **Authority.** Note that the basis for DTSC's authority to require the above work is, among other things, Task 19 of the signed VCA:

TASK 19.
<u>Health and Safety Plan</u>. The Proponent will submit a Site Health and Safety Plan in accordance with California Code of Regulations, Title 8, section 5192. This plan should include, at a minimum the following elements:
(a) Site Background/History/Workplan;
(b) Key Personnel and Responsibilities
(c) Job Hazard Analysis/Summary;
(d) Employee Training;
(e) Personal Protection;
(f) Medical Surveillance;
(g) Air Surveillance;
6(h) Site Control;
(i) Decontamination;
(j) Contingency Planning;
(k) Confined Space Operations;
(l) Spill Containment;
(m) Sanitation;
(n) Illumination; and
(o) Other applicable requirements based on the work to be performed.

DTSC's *Interim Draft Site Specific Health and Safety Plan Guidance Document for Site Assessment/Investigation, Site Mitigation Projects, Hazardous Waste Site Work Closure, Post Closure, and Operation and Maintenance Activities* (DTSC, December 2000) can be used as a reference tool, The Health and Safety Plan should cover all measures, including contingency plans, which will be taken during field activities to protect the health and safety of the workers at the Site and the general public from exposure to hazardous waste, substances or materials. The Health and Safety Plan should describe the specific personnel, procedures and equipment to be utilized.

All contractors and all subcontractors shall be given a copy of the Health and Safety Plan prior to entering the Site. Any supplemental health and safety plans prepared by any subcontractor shall also be prepared in accordance with the regulations and guidance identified above. The prime contractor responsible for this subcontractor will

be responsible for ensuring that all subcontractor supplemental health and safety plans follow these regulations and guidelines.


Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-540-3845 (direct)
ian.utz@dtsc.ca.gov

---

**From:** Utz, Ian@DTSC
**Sent:** Thursday, October 15, 2020 6:49 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Scheele <rscheele@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing

Bob and Ron—I hope all is well. I don't have the full picture yet, because I won't meet with our CIH until this coming Monday, but here was their initial feedback on the HASP. Do you have a safety professional who can help update the HASP as necessary? Are your staff HAZWOPER trained? Do you have any questions for me to ask our CIH when I meet with them? Thanks!

- "This health and safety plan (HASP) has some serious problems due to the omission of many required components under HAZWOPER and the CSOs/GISOs...I advocate for the postponement of work until the health and safety of all persons at the site and residences can be ensured via an acceptable plan and document.  As a courtesy, I recommend that a certified safety professional (e.g., CSP, CIH) write, or at least review, the HASP and COVID-19 Prevention Plan."

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-540-3845 (direct)
ian.utz@dtsc.ca.gov

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Thursday, September 24, 2020 9:57 AM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing

Ian – Here is our site safety plan.

Please contact me with any questions or comments.  Bob

Bob Clark-Riddell, P.E.
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664


**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, September 23, 2020 10:03 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** Re: [202121] Omo Fabricare Dry Cleaner - HASP Missing

OK, thanks.  -Ian

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, September 23, 2020 8:03:24 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing

Ian,

It should be ready tomorrow.  Bob

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, September 23, 2020 6:37 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** Re: [202121] Omo Fabricare Dry Cleaner - HASP Missing

Bob—When do you expect to have a HASP ready for this intended work?  Thanks,
-Ian

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Date:** Sunday, September 13, 2020 at 11:59 AM
**To:** "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov>
**Cc:** "Mazzoli, Theodore@DTSC" <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - HASP Missing

OK.  Bob

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Sunday, September 13, 2020 11:40 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** [202121] Omo Fabricare Dry Cleaner - HASP Missing

Hi Bob,

Please also send an updated HASP, per item number two of my workplan request letter of August 14, 2020.  DTSC will continue to review this workplan, but my goal is to have the HASP include COVID-19 protocols, to be protective of your employees/contractors, but also the building occupants.  If PPE are in short supply, then they are also "long lead" supplies that we strongly recommend you prepare in advance.

-Ian

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)

ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Date:** Sunday, September 13, 2020 at 11:18 AM
**To:** "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - "Sequencing" Question

Good to hear.  Bob

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Saturday, September 12, 2020 12:21 AM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** Re: [202121] Omo Fabricare Dry Cleaner - "Sequencing" Question

Received, thank you for sending this on Sept 11.

We have both a letter to adjoining properties and an interim "fact sheet" undergoing final approval by public participation.   I will be pushing for expedited comments on this workplan on our end.

-Ian

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Friday, September 11, 2020 11:56:42 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - "Sequencing" Question

Hello Ian,

As requested, Pangea is providing the attached Revised Offsite Vapor Intrusion Investigation Workplan by September 11, 2020.  Please review and contact me with any questions or comments.  Note Pangea has obtained contact information for the adjacent properties and is coordinating site access.

Bob

Bob Clark-Riddell, P.E.
Principal Engineer
Pangea Environmental Services, Inc.
Mobile/Work (510) 435-8664

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Wednesday, September 2, 2020 4:32 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>
**Subject:** Re: [202121] Omo Fabricare Dry Cleaner - "Sequencing" Question

Hi Bob,

Are you on track to complete the workplan?  I sent some draft public outreach materials to public participation for internal review.

I have questions about an adjoining off-Site property to Omo, at northeast—the residence at 423 McLaughlin Street (APN 519-290-011).  Your figures for the SSD/SVE draft report do not indicate the use of that property, including its at least two buildings, per Google Earth.  According to the assessor, it is residential.

- Have you determined if the small shed-like feature at southwest is occupied as a residence?  It is immediately adjacent to SG-6A, where you reported 466 ug/m3 of PCE in 2020, in excess of the 2019 SFRWQCB HHRL VI ESL of 15 ug/m3, by an order of magnitude.  In 2017, PCE concentrations were two orders of magnitude higher than ESLs.  Since 2017, other detected analytes have included BTEX, TCE, cis-1,2-DCE, and methylene chloride.

- Is SG-6A, installed at 6 feet below ground surface, the only sampling location in that direction and along that property?

- Had you considered addressing that property as part of your upcoming workplan?

- Has Casa Nido contacted that property?

Please let me know.  Thanks.



Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program

Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** "Utz, Ian@DTSC" <Ian.Utz@dtsc.ca.gov>
**Date:** Tuesday, August 25, 2020 at 6:39 PM
**To:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** "Mazzoli, Theodore@DTSC" <Theodore.Mazzoli@dtsc.ca.gov>, "Vivas, Alejandro@DTSC" <Alejandro.Vivas@dtsc.ca.gov>
**Subject:** [202121] Omo Fabricare Dry Cleaner - "Sequencing" Question

Hi Bob,

During today's teleconference, you proposed de-prioritizing ("sequencing") indoor air sampling of certain of the four adjoining off-Site properties referenced in DTSC's letter dated August 14, 2020. PANGEA proposes to de-prioritize new sampling of exposure-point media (i.e., indoor air), and re-prioritize additional sampling of subsurface media (e.g., soil vapor, sub-slab soil vapor). My initial response was, generally, "PANGEA would need to put such a proposal in writing, along with contingency plans for screening criteria exceedances at those locations." I am following up to that question, with more questions.

- **North-Adjoining Property**: PANGEA provided DTSC with draft** soil vapor data, dated June 2020, which reports the presence of 7,200 micrograms per cubic-meter of PCE in soil vapor at 6 feet below ground surface (bgs), at SG-7A, located within approximately 10 feet of the occupied commercial building, according to draft figures. As a frame of reference, this reported concentration exceeds the 67 micrograms per cubic-meter 2019 SFRWQCB ESL for vapor intrusion human health risk in a commercial/industrial scenario, with cancer endpoint, by two orders of magnitude. (Interestingly, in 2020, PANGEA reported a lower concentration of PCE in deeper soil vapor collected from co-located SG-7B at 11 feet bgs.) PANGEA has reported similar concentrations of PCE at SG-6A, which is also near the occupied commercial building. Why wait to collect additional subsurface data at the north-adjoining property? If, hypothetically, PANGEA proposes to collect sub-slab soil vapor data from inside the building at the north-adjoining property, and finds VOC concentrations are similarly high, then PANGEA would then need to remobilize for indoor air sampling, thus creating at least two intrusive interior sampling events during a pandemic, increasing contractor costs, and increasing tenant exposure to contractors. Not to mention the need for post-slab-drilling indoor air equilibration concerns, and the potential absence of concurrent sampling data due to separate sampling mobilizations.

- **East-Adjoining Property**: I generally already indicated during our teleconference that, based on the apparent short distance of the residence from the former dry cleaner (<20 feet, based on Google Earth), the existence of potential preferential pathways (rear utility corridors), the absence of any subsurface sampling data within the east-adjoining property, the known elevated concentrations of VOCs in nearby soil vapor and/or groundwater at the Site and restaurant, and the lapse in time, it is not appropriate to wait for additional subsurface data to be collected at the east-adjoining property. As such, no further discussion is necessary here.

- **South-Adjoining Property**: You concurred today that, based on the sampling data collected to date, there is sufficient data to justify indoor air sampling at the south-adjoining property. As such, no further discussion is necessary here.

- **West-Adjoining Property**: If PANGEA proceeds with its "sequencing" proposal, please include the rationale for prioritizing additional subsurface sampling at the west-adjoining property. To date, PANGEA has presented draft data that report the continued presence of elevated concentrations of PCE in shallow groundwater at or immediately adjoining the occupied commercial property, at approximately 11 to 14 feet bgs. The draft

reported VOC concentrations in groundwater appear to be at the same order of magnitude as those encountered at the north-adjoining property, where there were <u>both</u> groundwater and soil vapor screening criteria exceedances.  Furthermore, the west-adjoining property is reported to be in the downgradient direction from the former dry cleaner.  What would the "sequence" of additional subsurface sampling be?  How does this property differ from the north-adjoining or south-adjoining properties?  Consider referring to the 2020 draft supplementary vapor intrusion guidance (e.g., regarding presence of contaminated groundwater plume and undue delay, and whether the building(s) are connected to potential conduits that intersect contamination).  Consider how concurrent sampling, rather than staggered, would help in the attribution of any indoor air VOCs to/away from subsurface plume(s).  See comments above, regarding time/cost considerations.

Thanks for your help on this matter.  It was nice to speak with you today.  PANGEA's action items from today's meeting were to:  1) determine if off-Site access agreements are necessary for the contemplated work;  2) provide DTSC with telephone numbers for the adjoining properties, as available.  I will work with Alejandro to draft a letter for the four adjoining properties.  We look forward to your workplan.

(**Discussion of draft data does not necessarily constitute approval of such data or associated reports.)

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

DTSC000009578