# Exhibit B-30

| | |
|---|---|
| **Message** | |
| **From**: | Utz, Ian@DTSC [Ian.Utz@dtsc.ca.gov] |
| **Sent**: | 12/8/2020 7:50:27 AM |
| **To**: | Bob Clark-Riddell [briddell@pangeaenv.com] |
| **CC**: | Mazzoli, Theodore@DTSC [Theodore.Mazzoli@dtsc.ca.gov]; Smith, Whitney@DTSC [Whitney.Smith@dtsc.ca.gov]; McDaniel, Larry@DTSC [Larry.McDaniel@dtsc.ca.gov]; Paul Kibel [pskibel@waterpowerlaw.com]; Ron Piziali [ronaldpiziali@gmail.com] |
| **Subject**: | Re: [202121] Omo Fabricare Dry Cleaner - Extension to December 7, 2020 for Workplan and HASP |

I have received the two documents.  Based on the incomplete Table 1 and incomplete HASP, I must again ask when you expect to have these complete?

I am not granting anymore extensions.

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Monday, December 7, 2020 11:58:49 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; McDaniel, Larry@DTSC <Larry.McDaniel@dtsc.ca.gov>; Paul Kibel <pskibel@waterpowerlaw.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** RE: [202121] Omo Fabricare Dry Cleaner - Extension to December 7, 2020 for Workplan and HASP

EXTERNAL:

Mr. Utz,

On behalf of Casa Nido partnerhip, Pangea is providing the requested draft workplan and a HASP for the SSD-SVE system O&M.   We look forward to your review and any final comments.

Workplan
Please note that while Pangea has addressed DTSC comments on the workplan, we are still updating Table 1 to list all other analyzed VOCs for completeness.  This updated Table 1 can be provided to DTSC separately and included in the final workplan.

HASPs
Pangea has subcontracted HASP preparation to a CIH with Exponent.  Exponent prioritized HASP preparation for the SSD-SVE System due to its ongoing operation per DTSC guidance.

Later this week Exponent plans to provide a separate HASP for site characterization tasks required to implement the workplan. The HASP will include job safety assessment (JSA) pages that cover a) soil gas well installation/sampling, b) sub-slab gas vapor sampling, and c) indoor air sampling.  This HASP format allows for revision for future characterization tasks such as groundwater well monitoring and other required assessment.

Please feel free to contact Pangea with any questions or comments.  Bob

Bob Clark-Riddell, P.E.
Principal Engineer
Pangea Environmental Services, Inc.
1250 Addison Street, Suite 213
Berkeley, CA 94702
Mobile/Work (510) 435-8664
Main Office (510) 836-3700

---

**From:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>
**Sent:** Monday, November 23, 2020 12:52 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>; Ron Piziali <ronaldpiziali@gmail.com>; Bob Clark-Riddell <briddell@pangeaenv.com>
**Cc:** Mazzoli, Theodore@DTSC <Theodore.Mazzoli@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; McDaniel, Larry@DTSC <Larry.McDaniel@dtsc.ca.gov>
**Subject:** [202121] Omo Fabricare Dry Cleaner - Extension to December 7, 2020

Hello:

Thank you for attending our teleconference on November 19, 2020.   This e-mail will be the first of three follow-up e-mails to that teleconference.

During the teleconference, PANGEA verbally estimated that it would need an additional two weeks to complete the required tasks of (1) revised workplan for vapor intrusion investigation and (2) health and safety plan.  I interpreted that statement as a request for a two week extension.   Based on the holiday this week, the importance of submitting a high quality final revision, the added complexity of having a sub-contractor contribute, and the anticipated continuing operation of reported SVE/SSD systems, DTSC hereby grants the extension to **December 7, 2020**.   This will be the final extension.  Thank you.

Ian Utz, Environmental Scientist
Site Mitigation and Restoration Program
Department of Toxic Substances Control
California Environmental Protection Agency
700 Heinz Avenue, Suite 200
Berkeley, California 94710-2721
510-859-8107 (mobile)
ian.utz@dtsc.ca.gov

---

**From:** Paul Kibel <pskibel@waterpowerlaw.com>
**Sent:** Wednesday, November 18, 2020 9:32 PM
**To:** Utz, Ian@DTSC <Ian.Utz@dtsc.ca.gov>; Smith, Whitney@DTSC <Whitney.Smith@dtsc.ca.gov>; McDaniel, Larry@DTSC <Larry.McDaniel@dtsc.ca.gov>
**Cc:** Bob Clark-Riddell <briddell@pangeaenv.com>; Ron Piziali <ronaldpiziali@gmail.com>
**Subject:** Preliminary Drafts of Workplan and Health & Safety Plan: Sharing in Advance of Tomorrow Morning's Conference Call

EXTERNAL:

Dear Mr. Utz (and Mr. McDaniel and Ms. Smith),

In connection with our conference call tomorrow morning, I am sharing with you these preliminary drafts prepared by Pangea Environmental Services (the environmental consultant assisting Casa Nido Partnership). My apologies for getting these to you so soon before the meeting but I just received them. We appreciate that there appears to be a greater urgency for DTSC to move forward with some of the soil vapor and indoor air testing on nearby properties, and the attached documents evidence that Casa Nido Partnership is taking steps to make that happen.

For our conference call tomorrow morning. before turning our attention to the attached documents, I am hoping that we can first have a preliminary discussion about **two** related issues:

(1) For the additional work that DTSC has in mind, which work is more urgent time-wise and which work is less urgent time-wise? and;

(2) In light of the CERCLA Gore Factors and the significant sums that Casa Nido Partership has already spent on cleanup costs, is DTSC prepared to hold off on ordering some of the less urgent items (such as perhaps expanded groundwater testing and characterization of subterranean creekbed conditions) to allow a reasonable period of time to seek to have Catherine O'Hanks and her insurance carriers pay for these new costs going forward?

Thank you again for DTSC's consideration of these concerns, and we look forward to talking tomorrow.

Yours, Paul Kibel

**Paul Stanton Kibel**
**Water and Power Law Group PC**
2140 Shattuck Avenue, Ste. 801
Berkeley, CA  94704-1229
(510) 499-1649 (direct)
(510) 296-5588 (main)
(866) 407-8073 (e-fax)
pskibel@waterpowerlaw.com
www.waterpowerlaw.com

---

**From:** Bob Clark-Riddell <briddell@pangeaenv.com>
**Sent:** Wednesday, November 18, 2020 6:10 PM
**To:** Paul Kibel <pskibel@waterpowerlaw.com>
**Subject:** RE: Conference line__DRAFT information

Paul,

Here is some draft information you may want to submit to DTSC before our call tomorrow morning.

1. **Workplan Figures:** The attached figures incorporate comments from DTSC's comment letter dated October 8, 2020.  I recommend submitting this information to DTSC.

2. **Health and Safety Plan:** Pangea has retained Exponent to prepare a HASP.  Attached is a draft HASP I just received.  Unfortunately, it only covers activity related to operation and maintenance of the SVE/SSD system.  Exponent has not provided elements related to the upcoming sampling of subslab gas, soil gas, and indoor air.

DTSC000018731

Bob

DTSC000018732