# **Exhibit B-21**

  

## Department of Toxic Substances Control

**Jared Blumenfeld**
Secretary for
Environmental Protection

Meredith Williams, Ph.D.
Director
700 Heinz Avenue
Berkeley, California 94710-2721

**Gavin Newsom**
Governor

20 May 2020

(via e-mail to: mtc10860@aol.com)

Joe Conwill
Casa Nido
1117 Arlington Avenue
El Cerrito, California 94530

Dear Joe Conwill,

This letter provides notification that the Department of Toxic Substances Control's Project Manager overseeing the Omo Fabricare Dry Cleaners site at 12210 San Pablo Avenue in El Cerrito (Site Code No. 202121) has changed to Ian Utz, under the supervision of Whitney Smith, P.E. Please direct future correspondence and communications to:

> Ian Utz
> Department of Toxic Substances Control
> 700 Heinz Avenue, Suite 200
> Berkeley, California 94710-2721
> ian.utz@dtsc.ca.gov

Respectfully,

*[signature]*

Ian Utz, Project Manager
Environmental Scientist
Site Mitigation and Restoration Program

cc:     See next page.

Joe Conwill
20 May 2020
Page 2


cc:    Bob Clark-Riddell, P.E.
       Pangea Environmental Services, Inc.
       briddell@pangeaenv.com

       Ronald Piziali
       Casa Nido
       ronaldpiziali@gmail.com