WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
ANDREW D. PEREZ, ESQ. (SBN 348645)
aperez@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
CATHERINE O'HANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER, individually and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>　　　　　Defendants. | Case No. 3:20-cv-7923- EMC<br><br>**NOTICE OF ERRATA TO THE DECLARATION OF CHRISTOPHER J. DOW IN SUPPORT OF OPPOSITION TO PLAINTIFF CASA NIDO'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: August 22, 2024<br>Time: 1:30 p.m.<br>Judge: Edward M. Chen<br>Courtroom.: 5 – 17th Floor<br><br>Third Amended Complaint Filed: December 16, 2022 |

5593411

1

NOTICE OF ERRATA TO THE DECLARATION OF CHRISTOPHER J. DOW IN SUPPORT OF OPPOSITION TO PLAINTIFF CASA NIDO'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Please take notice that Defendant <u>CATHERINE O'HANKS</u> ("Ms. O'Hanks") hereby submits this Notice of Errata to The Declaration of Christopher J. Dow In Support of Opposition to Plaintiff Casa Nido's Second Motion for Partial Summary Judgment (ECF 244) ("the Declaration").

Ms. O'Hanks' counsel filed the Declaration on July 27, 2024. ECF No. 244. Attached to the Declaration was 'Exhibit E' (ECF No. 244-1), which is comprised of excerpts from the deposition transcript(s) of Mr. Ian Utz (Vo1. 1 & 2). Inadvertently, three pages of the deposition testimony, i.e., pages 51, 66 and 67, were omitted from the document that was attached as Exhibit E. Upon discovering this issue, Ms. O'Hanks' counsel determined this Notice of Errata was necessary to ensure that the correct document is attached to the Declaration.

Accordingly, Ms. O'Hanks' counsel files this Notice of Errata to retroactively attach the proper Exhibit E to the Declaration. Exhibit E in full is attached to this Notice of Errata.

In addition, Ms. O'Hanks files this Notice of Errata to advise that the proper title of ECF 244 is DECLARATION OF CHRISTOPHER J. DOW IN SUPPORT OF DEFENDANT CATHERINE O'HANKS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF CASA NIDO'S MOTION FOR PARTIAL SUMMARY JUDGMENT.

Ms. O'Hanks' counsel apologizes to the Court for any delay or inconvenience.

Date: July 29, 2024

EDLIN GALLAGHER HUIE + BLUM

By: _____
WILLIAM NOEL EDLIN, ESQ
CHRISTOPHER DOW, ESQ.
ANDREW D. PEREZ, ESQ.
Attorneys for Defendant
CATHERINE O'HANKS

5593411

2

NOTICE OF ERRATA TO THE DECLARATION OF CHRISTOPHER J. DOW IN SUPPORT OF OPPOSITION TO PLAINTIFF CASA NIDO'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

Re: <u>Casa Nido Partnership v. Catherine O'Hanks, et al.</u>
   United States District Court, Northern District Case No. 3:20-cv-7923

**CERTIFICATE OF SERVICE – L.R. 5-3.2**

I am a citizen of the United States and an employee in the state of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is EDLIN GALLAGHER HUIE + BLUM, 515 S. Flower St. Ste. 1020. Los Angeles, California 90071.

    I hereby certify that on May July 26, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA TO THE DECLARATION OF CHRISTOPHER J. DOW IN SUPPORT OF OPPOSITION TO PLAINTIFF CASA NIDO'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

  **X**  **BY ELECTRONIC SERVICE**:  I caused such document to be electronically served the United States District Court Case Filing website on the recipients designated on the electronic service list that is located on the Pacer website.

    I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on July 29, 2024, at Los Angeles, California.

_____
ANAHIT AVETISYAN

5593411

1
CERTIFICATE OF SERVICE