# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** August 28, 2024　　　　**Time:** 10:45-11:38　　　　**Judge:** Edward M. Chen
　　　　　　　　　　　　　　　　　　53 minutes

**Case No.:** 3:20-cv-07923-EMC　　　**Case Name:** Casa Nido Partnership v. Kwon, et al

**Attorneys for Plaintiff:**  Rachel Doughty, Jennifer Rae Lovko
**Attorneys for Defendants:** Christopher Dow, Rohit Sabnis, James Mink, Daniel Costa

**Deputy Clerk:** Vicky Ayala　　　　　　　　　　**Court Reporter:** Kelly Shainline

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Motion for Partial Summary Judgment and Cross Motion for Partial Summary Judgment – held

### SUMMARY

Parties stated appearances.  Oral argument presented. Matter taken under submission.