UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP,<br><br>Plaintiff.<br><br>v.<br><br>JAE KWON, et al.,<br><br>Defendants. | Case No. 20-cv-07923-EMC   (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **December 5, 2024, at 10:00 AM**, via Zoom Videoconference.

All parties, lead trial counsel, and carriers are **ORDERED** to attend for the full duration of the Settlement Conference. All parties must have unlimited authority to negotiate and settle the case. All carriers are **ORDERED** to attend through a representative with policy limits authority (although it will be up to each individual carrier what settlement they will or will not agree to). If any carrier representative has to make a call to determine what offers to make or accept, or obtain authority to make or accept any offers, that will be considered a violation of this Order.

Updated confidential settlement conference statements shall be lodged with the Court by **November 21, 2024.** Each party shall submit their updated statements in .pdf format and email their statement to **JCSsettlement@cand.uscourts.gov**. **Please do not submit paper copies.**

**One (1) week prior to the scheduled Settlement Conference counsel shall pre-register for the Settlement Conference by submitting one joint email to the clerk at JCSSettlement@cand.uscourts.gov with the names of counsel, and client representative(s). On the day of the Settlement Conference the parties shall connect to the Zoom Meeting at the following address:**

https://cand.uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09. **Zoom Meeting ID: 161 664 4640.  Password: 841312.  A link to the Court's video conferencing meeting is also located on the Court's website at https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/**

**Click on the + Joining Non-public hearings (settlement conferences, etc.).  Parties will initially enter a "waiting room" and will be admitted into the meeting by court staff.**

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: October 29, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge