ANDREW D. PEREZ, Bar No. 348645
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone:  415.617.8900
Facsimile:   415.617.8907
Email: andrew.perez@stoel.com

*Attorney for Defendant CATHERINE O'HANKS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATHERIN O'HANKS, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07923-EMC   (JCS)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that effective immediately Andrew D. Perez is no longer affiliated with the firm Edlin Gallagher Huie + Blum, counsel of record for Defendant Catherine O'Hanks, and therefore hereby withdraw as counsel for Defendant Catherine O'Hanks in the above-captioned action.  Defendant Catherine O'Hanks will continue to be represented by counsel at Edlin Gallagher Huie + Blum.

DATED:  December 4, 2024                                 STOEL RIVES LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Andrew D. Perez*
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW D. PEREZ, Bar No. 348645
　　　　　　　　　　　　　　　　　　　　　　　　　　andrew.perez@stoel.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant CATHERINE O'HANKS*

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO.: 20-CV-07923-EMC (JCS)                    -1-

126689983.1 0105023-00008

# PROOF OF SERVICE

*Casa Nido Partnership v. Catherine O'Hicks, et al.*
**United States District Court, Northern District Case No.: 3:20-cv-07923-EMC**

I, Tomika Cremer, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 1 Montgomery Street, Suite 3230, San Francisco, California, 94104.

On December 5, 2024, I electronically filed the attached document:

**NOTICE OF WITHDRAWAL OF COUNSEL**

with the Clerk of the Court using the CM/ECF system.

__X__   **BY ELECTRONIC SERVICE**: I caused such document to be electronically served within the United States District Court Case Filing website on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 5, 2024, at San Francisco, California.

>                     */s/ Tomika Cremer*
>                        Tomika Cremer

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO.: 20-CV-07923-EMC (JCS)

-2-

20-CV-07923-EMC  (JCS)

126689983.1 0105023-00008