**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC (JCS)

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** December 5, 2024  **Time:** 15 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Rachel Doughty
**Attorney for Defendant:** Linda Hsu for Sentry Insurance; Shannon Jones for Lynne Garibotti; Dan Costa for Earl Anderson; James Mink for Sandra Vernell; Chris Dow and Rohit Sabnit for Catherine O'Hanks

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Further Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Zoom Scheduling Conference to reset Settlement Conference - Held

**Notes:** Further settlement conference set for **2/6/2025 at 10:00 AM** by Zoom Meeting (Zoom Meeting ID: 161 664 4640. Passcode: 841312). Updated confidential settlement statements due **1/30/2025** and should be emailed to JCSSettlement@cand.uscourts.gov.

All parties, lead trial attorneys, and carriers are ORDERED to attend for the full duration of the conference. All parties must have unlimited authority to settle the case. All carriers are ORDERED to attend through a representative with policy limits authority (although it will be up to each individual carrier what settlement they will or will not agree to). If any carrier representative has to make a call to determine what offers to make or accept, or to obtain authority to make or accept any offers, that will be considered a violation of this order.