SHANNON B. JONES (SBN 149222)
**JONES LAW GROUP, P.C.**
208 W. El Pintado Road
Danville, CA, 94526
T: (925) 837-2315
Email: shannon@joneslawgroup.esq

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  3:20-cv-07923-EMC<br><br>**NOTICE OF MOTION AND MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6, BY DEFENDANT AND CROSS-DEFENDANT AND CROSS-CLAIMANT LYNNE MARIE GARIBOTTI**<br><br>Date:　　February 20, 2025<br>Time:　　1:30 p.m.<br>Crtm:　　5, 17th Floor / SF Division<br>Judge:　　Edward M. Chen |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 20, 2025 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5, 17th floor of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant and Cross-Defendant and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka GLYNN G. BLOWER ("Garibotti") will and hereby do move for an order determining that the

settlement entered into between Garibotti and <u>Plaintiff Casa Nido Partnership</u> on the other hand, is a settlement in good faith pursuant to Code of Civil Procedure section 877.6.

This motion for determination of the good faith of this settlement is filed in accordance with Code of Civil Procedure section 877.6(a)(1) and California Rules of Court, rule 3.1382.

The motion is based on this Notice of Motion and Motion, the Declaration of Lynn Garibotti accompanying Memorandum of Points and Authorities, Declaration of Shannon B. Jones, and [Proposed] Order, the pleadings and papers on file in this action, any matters of which the Court may or must take judicial notice, and any other matters the Court deems proper.

The settlement requires Garibotti to Plaintiff Twenty Thousand Dollars ($20,000) and includes an executed written settlement agreement and mutual release whereby the parties agree to release all claims against one another, including the claims raised by or that could have been raised by Catherina O'Hanks in this action, and Plaintiff agrees to dismiss Garibotti from this action, with prejudice. The settlement is also expressly conditioned on a finding by the Court that the settlement is made in good faith pursuant to Code of Civil Procedure Sections 877 and 877.6. The following pleadings, parties, and dates will be affected by the settlement:

| | |
|---|---|
| <u>Parties that Have Appeared</u>: | Plaintiff Casa Nido Partnership; Defendant/Counter-Claimant/Cross-Claimant Catherin O'Hanks; Defendant Jae Kwon; Defendant Sandra K. Vernell; Earl Ray Anderson; Defendant/Counter-Defendant Sentry Insurance Company |
| <u>Parties that Have Not Appeared</u>: | |
| <u>Pleadings to Be Dismissed</u>: | |
| <u>Parties to Be Dismissed</u>: | Lynne Marie Garibotti<br>aka Lynne Garibotti Blower<br>aka Lynne G. Blower |
| <u>Next Scheduled Hearing</u>: | |
| <u>Trial Date</u>: | |

Further, as a result of the settlement and the requested good faith determination,

1  any pending or future claims against Garibotti and her heirs, agents, successors, beneficiaries for
2  contribution, partial or comparative indemnity, comparative negligence, comparative fault, and/or
3  implied indemnity will be forever barred.  This includes, but is not limited to, Catherine O'Hanks
4  and other Defendants.

   This Motion is brought pursuant to Northern District of California Civil Local
6  Rule 7-2.  Pursuant to Northern District of California Civil Local Rule 7-3(c) Oppositions, if any,
7  must be filed and served not more than 14 days after the filing of the within Motion.

8  Dated:  December 31, 2024         JONES LAW GROUP, P.C.

                                    By: _____
                                        SHANNON B. JONES
                                        Attorneys for Defendant, Cross-Defendant
                                        and Cross-Claimant LYNNE MARIE
                                        GARIBOTTI aka LYNNE GARIBOTTI
                                        BLOWER aka LYNNE G. BLOWER

**PROOF OF ELECTRONIC SERVICE**
**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT**
*Casa Nido Partnership v. O'Hanks, et al.*
Case No. 4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old. My business address is 208 W. El Pintado Road, Danville, CA 94526.

2. My electronic service address is bhumi@joneslawgroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **NOTICE OF MOTION AND MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6 BY DEFENDANT AND CROSS-DEFENDANT AND CROSS-CLAIMANT LYNNE MARIE GARIBOTTI.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

| | |
|---|---|
| Rachel Susanna Doughty, Esq.<br>Jessica L. Blome, Esq.<br>Richard A. Brody, Esq.<br>Greenfire Law, PC<br>P.O. Box 8055<br>Berkeley, CA  94707<br><br>rdoughty@greenfirelaw.com<br>jblome@greenfirelaw.com<br>rbrody@greenfirelaw.com<br>administrative@greenfirelaw.com<br>astrauss@greenfirelaw.com<br>service@greenfirelaw.com | *Attorneys for Plaintiff and Cross-Defendant Casa Nido Partnership* |
| Paul S. Kibel, Cal. Bar No. 168454<br>WATER AND POWER LAW GROUP, P.C.<br>2140 Shattuck Avenue, Suite 801<br>Berkeley, CA 94704<br><br>pskibel@waterpowerlaw.com | *Co-Counsel for Plaintiff and Cross-Defendant Casa Nido Partnership* |
| William Noel Edlin, Esq.<br>Jesper I. Rasmussen, Esq.<br>Christopher J. Dow, Esq.<br>Andrew D. Perez, Esq.<br>Edlin Gallagher Huie & Blum<br>500 Washington Street, Suite 700 | *Attorneys for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | San Francisco, CA 94111 | |
| 2 | nedlin@eghblaw.com | |
| 3 | jrasmussen@eghblaw.com<br>cdow@eghblaw.com | |
| 4 | aperez@eghblaw.com<br>eempero@eghblaw.com | |
| 5 | eserve@eghblaw.com | |
| 6 | Rohit A. Sabnis, Esq.<br>Keller and Heckman LLP | *Co-Counsel for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |
| 7 | Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111 | |
| 8 | sabnis@khlaw.com | |
| 9 | William M. Sloan, Esq. | *Jae Kwon's Successors in Interest* |
| 10 | Sarah M. Hoffman, Esq.<br>Venable, LLP | |
| 11 | 101 California Street, Suite 3800<br>San Francisco, CA 94111 | |
| 12 | smhoffman@venable.com | |
| 13 | wmsloan@venable.com | |
| 14 | James L. Mink, Esq. | *Attorney for Defendants Sandra K. Vernell* |
| 15 | Sage R. Knauft, Esq.<br>WFBM, LLP<br>255 California Street, Suite 525 | |
| 16 | San Francisco, CA 94111 | |
| 17 | jmink@wfbm.com<br>sknauft@wfbm.com | |
| 18 | Daniel P. Costa, Esq. | *Attorneys for Earl Ray Anderson* |
| 19 | Gurnee Mason Rushford Bonotto & Forestie<br>2240 Douglas Boulevard, Suite 150 | |
| 20 | Roseville, CA 95661 | |
| 21 | dcosta@gurneelaw.com<br>crandall@gurneelaw.com | |
| 22 | Linda Wendell Hsu, Esq. | *Attorneys for Defendant, Counter-Defendant Sentry Insurance Company* |
| 23 | John E. Bauman, Esq.<br>Selman Leichenger Edson Hsu | |
| 24 | Newman & Moore LLP<br>33 New Montgomery, Sixth Floor | |
| 25 | San Francisco, CA 94105-4537 | |
| 26 | lhsu@selmanlaw.com | |
| 27 | jbauman@selmanlaw.com | |
| 28 | | |

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   December 31, 2024

___B. DAHYA___  
Name of Declarant

_____  
Signature of Declarant

PROOF OF SERVICE