SHANNON B. JONES (SBN 149222)
**JONES LAW GROUP, P.C.**
208 W. El Pintado Road
Danville, CA, 94526
T: (925) 837-2315
Email: shannon@joneslawgroup.esq

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>   Plaintiff,<br><br>   v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>   Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 3:20-cv-07923-EMC<br><br>**PROPOSED ORDER GRANTING LYNNE MARIE GARIBOTTI'S MOTION FOR GOOD FAITH SETTLEMENT**<br><br>Date:   February 20, 2025<br>Time:   1:30 p.m.<br>Crtm:   5, 17th Floor / SF Division<br>Judge:  Edward M. Chen |

        Defendant, Cross-Defendant, and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER's Motion for Determination of Good Faith Settlement, Pursuant to Code of Civil Procedure Section 877.6 came on regularly for hearing on February 20, 2025, at 1:30 p.m., in Courtroom 5, 17th floor of this Court. Appearances were as reflected on the record.

        The Court, having read and considered the papers filed and arguments contained therein, oral argument of counsel, and all the pleadings and records on file herein, and good cause appearing, **IT IS HEREBY ORDERED** that the Motion for Determination of Good Faith

Settlement, Pursuant to Code of Civil Procedure Section 877.6 is **GRANTED**. All counter-claims and potential counter-claims are hereby terminated.

**IT IS SO ORDERED**.

Dated: _____

_____
JUDGE OF THE SUPERIOR COURT

[PROPOSED] ORDER GRANTING LYNNE MARIE GARIBOTTI'S MOTION FOR GOOD FAITH SETTLEMENT

**PROOF OF ELECTRONIC SERVICE**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
*Casa Nido Partnership v. O'Hanks, et al.*
Case No. 4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old. My business address is 208 W. El Pintado Road, Danville, CA 94526.

2. My electronic service address is bhumi@joneslawgroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **[PROPOSED] ORDER GRANTING LYNNE MARIE GARIBOTTI'S MOTION FOR GOOD FAITH SETTLEMENT.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

Rachel Susanna Doughty, Esq.  *Attorneys for Plaintiff and Cross-Defendant*
Jessica L. Blome, Esq.  *Casa Nido Partnership*
Richard A. Brody, Esq.
Greenfire Law, PC
P.O. Box 8055
Berkeley, CA  94707

rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rbrody@greenfirelaw.com
administrative@greenfirelaw.com
astrauss@greenfirelaw.com
service@greenfirelaw.com

Paul S. Kibel, Cal. Bar No. 168454  *Co-Counsel for Plaintiff and Cross-Defendant*
WATER AND POWER LAW GROUP, P.C.  *Casa Nido Partnership*
2140 Shattuck Avenue, Suite 801
Berkeley, CA 94704

pskibel@waterpowerlaw.com

*Attorneys for Defendant, Counter-Claimant*
William Noel Edlin, Esq.  *and Cross-Claimant Catherine O'Hanks*
Jesper I. Rasmussen, Esq.
Christopher J. Dow, Esq.
Andrew D. Perez, Esq.
Edlin Gallagher Huie & Blum
500 Washington Street, Suite 700
San Francisco, CA 94111

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | | |
| 2 | nedlin@eghblaw.com<br>jrasmussen@eghblaw.com | |
| 3 | cdow@eghblaw.com<br>aperez@eghblaw.com | |
| 4 | eempero@eghblaw.com<br>eserve@eghblaw.com | |
| 5 | Rohit A. Sabnis, Esq.<br>Keller and Heckman LLP | *Co-Counsel for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |
| 6 | Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111 | |
| 7 | | |
| 8 | sabnis@khlaw.com | |
| 9 | William M. Sloan, Esq.<br>Sarah M. Hoffman, Esq. | *Jae Kwon's Successors in Interest* |
| 10 | Venable, LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111 | |
| 11 | | |
| 12 | smhoffman@venable.com<br>wmsloan@venable.com | |
| 13 | James L. Mink, Esq.<br>Sage R. Knauft, Esq. | *Attorneys for Defendant Sandra K. Vernell* |
| 14 | WFBM, LLP<br>255 California Street, Suite 525 | |
| 15 | San Francisco, CA 94111 | |
| 16 | jmink@wfbm.com<br>sknauft@wfbm.com | |
| 17 | | |
| 18 | Daniel P. Costa, Esq.<br>Gurnee Mason Rushford Bonotto & Forestie | *Attorneys for Earl Ray Anderson* |
| 19 | 2240 Douglas Boulevard, Suite 150<br>Roseville, CA 95661 | |
| 20 | dcosta@gurneelaw.com<br>crandall@gurneelaw.com | |
| 21 | | |
| 22 | Linda Wendell Hsu, Esq.<br>John E. Bauman, Esq. | *Attorneys for Defendant, Counter-Defendant Sentry Insurance Company* |
| 23 | Selman Leichenger Edson Hsu<br>Newman & Moore LLP | |
| 24 | 33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537 | |
| 25 | | |
| 26 | lhsu@selmanlaw.com<br>jbauman@selmanlaw.com | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3  Date:    December 31, 2024

4

5  _B. DAHYA_                                                            _____
   Name of Declarant                                                      Signature of Declarant

PROOF OF SERVICE