SHANNON B. JONES (SBN 149222)
**JONES LAW GROUP, P.C.**
208 W. El Pintado Road
Danville, CA, 94526
T: (925) 837-2315
Email: shannon@joneslawgroup.esq

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 3:20-cv-07923-EMC<br><br>**DECLARATION OF SHANNON B. JONES IN SUPPORT OF LYNNE MARIE GARIBOTTI'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6**<br><br>Date:    February 20, 2025<br>Time:   1:30 p.m.<br>Crtm:   5, 17th Floor / SF Division<br>Judge:  Edward M. Chen |

I, Shannon B. Jones, declare:

1. I am an attorney at law licensed to practice before all the Courts in the State of California. I am counsel of record for Defendant, Cross-Defendant, and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, in this action. By virtue of that representation, I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would competently testify thereto.

2. The Complaint in this action was filed on November 10, 2020. A First Amended Complaint was filed on July 9, 2021. On August 9, 2021, Ms. Garibotti filed a Motion

to Dismiss. On November 1, 2021, the Court denied Garibotti's Motion to Dismiss on the ground that the Court declined to consider Ms. Garibotti's evidence including the Trust and letter. On December 1, 2021, Plaintiff filed a Second Amended Complaint. On December 5, 2021, Catherine O'Hanks filed a Cross-Claim against all Defendants, including Ms. Garibotti. On November 15, 2021, Ms. Garibotti filed an Answer to the Complaint and Counterclaim. On December 16, 2022, Plaintiff filed a Third Amended Complaint. On December 30, 2022, Catherine O'Hanks filed a Cross-Claim against Ms. Garibotti. On January 18, 2023, Ms. Garibotti filed an Answer to that Cross-Claim denying all liability. On July 12, 2024, a settlement conference was held before magistrate, Judge Joseph C. Spero. A settlement was reached between Garibotti and Plaintiff in the amount of $20,000.

3. The parties to the settlement are Garibotti and her successors, assigns, beneficiaries, and heirs, on the one hand, and Plaintiff and its successors, assigns, beneficiaries, and heirs, on the other.

4. The terms of the settlement include the following: Garibotti to pay Plaintiff the amount of Twenty Thousand Dollars ($20,000), an executed written release and settlement agreement, whereby Plaintiff release Garibotti from all claims, and a requirement that the settlement be determined by this Court to be in good faith.

5. The settlement in this case was reached at a settlement conference before Judge Spero. There was no fraud or collusion.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 31 day of December, 2024 at Danville, California.

_____
SHANNON B. JONES

**PROOF OF ELECTRONIC SERVICE**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
*Casa Nido Partnership v. O'Hanks, et al.*
Case No. 4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old. My business address is 208 W. El Pintado Road, Danville, CA 94526.

2. My electronic service address is bhumi@joneslawgroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **DECLARATION OF SHANNON B. JONES IN SUPPORT OF LYNNE MARIE GARIBOTTI'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

| | |
|---|---|
| Rachel Susanna Doughty, Esq.<br>Jessica L. Blome, Esq.<br>Richard A. Brody, Esq.<br>Greenfire Law, PC<br>P.O. Box 8055<br>Berkeley, CA 94707<br><br>rdoughty@greenfirelaw.com<br>jblome@greenfirelaw.com<br>rbrody@greenfirelaw.com<br>administrative@greenfirelaw.com<br>astrauss@greenfirelaw.com<br>service@greenfirelaw.com | *Attorneys for Plaintiff and Cross-Defendant*<br>*Casa Nido Partnership* |
| Paul S. Kibel, Cal. Bar No. 168454<br>WATER AND POWER LAW GROUP, P.C.<br>2140 Shattuck Avenue, Suite 801<br>Berkeley, CA 94704<br><br>pskibel@waterpowerlaw.com | *Co-Counsel for Plaintiff and Cross-Defendant*<br>*Casa Nido Partnership* |
| William Noel Edlin, Esq.<br>Jesper I. Rasmussen, Esq.<br>Christopher J. Dow, Esq.<br>Andrew D. Perez, Esq.<br>Edlin Gallagher Huie & Blum<br>500 Washington Street, Suite 700 | *Attorneys for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | San Francisco, CA 94111 | |
| 2 | nedlin@eghblaw.com | |
| 3 | jrasmussen@eghblaw.com<br>cdow@eghblaw.com | |
| 4 | aperez@eghblaw.com<br>eempero@eghblaw.com | |
| 5 | eserve@eghblaw.com | |
| 6 | Rohit A. Sabnis, Esq.<br>Keller and Heckman LLP | *Co-Counsel for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |
| 7 | Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111 | |
| 8 | sabnis@khlaw.com | |
| 9 | William M. Sloan, Esq. | *Jae Kwon's Successors in Interest* |
| 10 | Sarah M. Hoffman, Esq.<br>Venable, LLP | |
| 11 | 101 California Street, Suite 3800<br>San Francisco, CA 94111 | |
| 12 | smhoffman@venable.com | |
| 13 | wmsloan@venable.com | |
| 14 | James L. Mink, Esq.<br>Sage R. Knauft, Esq. | *Attorneys for Defendant Sandra K. Vernell* |
| 15 | WFBM, LLP<br>255 California Street, Suite 525 | |
| 16 | San Francisco, CA 94111 | |
| 17 | jmink@wfbm.com<br>sknauft@wfbm.com | |
| 18 | Daniel P. Costa, Esq. | *Attorneys for Earl Ray Anderson* |
| 19 | Gurnee Mason Rushford Bonotto & Forestie<br>2240 Douglas Boulevard, Suite 150 | |
| 20 | Roseville, CA 95661 | |
| 21 | dcosta@gurneelaw.com<br>crandall@gurneelaw.com | |
| 22 | Linda Wendell Hsu, Esq. | *Attorneys for Defendant, Counter-Defendant Sentry Insurance Company* |
| 23 | John E. Bauman, Esq.<br>Selman Leichenger Edson Hsu | |
| 24 | Newman & Moore LLP<br>33 New Montgomery, Sixth Floor | |
| 25 | San Francisco, CA 94105-4537 | |
| 26 | lhsu@selmanlaw.com | |
| 27 | jbauman@selmanlaw.com | |
| 28 | | |

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 31, 2024

B. DAHYA
Name of Declarant

Signature of Declarant
PROOF OF SERVICE