WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
CATHERINE O'HANKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE G. BLOWER, individually and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:20-cv-7923-EMC<br><br>*Assigned for all purposes to the Hon. Edward M. Chen, Courtroom 5 – 17th Floor*<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed:　　November 10, 2020 |

5797894

1

NOTICE OF CHANGE OF ADDRESS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, the firm address for Edlin Gallagher Huie + Blum has changed. Please direct all pleadings, notices, and correspondence to the new address as follows:

**EDLIN GALLAGHER HUIE + BLUM**
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

The telephone number, fax number, and attorneys' email addresses remain the same.

Date:   January 10, 2025                     EDLIN GALLAGHER HUIE + BLUM

By: *William Noel Edlin*
WILLIAM NOEL EDLIN
CHRISTOPHER J. DOW
Attorneys for Defendant
CATHERINE O'HANKS