SHANNON B. JONES (SBN 149222)
**JONES LAW GROUP, P.C.**
208 W. El Pintado Road
Danville, CA, 94526
T: (925) 837-2315
Email: shannon@joneslawgroup.esq

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 3:20-cv-07923-EMC<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6, BY DEFENDANT AND CROSS-DEFENDANT AND CROSS-CLAIMANT LYNNE MARIE GARIBOTTI**<br><br>Date:   February 20, 2025<br>Time:   1:30 p.m.<br>Crtm:   5, 17th Floor / SF Division<br>Judge:  Edward M. Chen |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that no opposition was filed in response to the Motion for Determination of Good Faith Settlement Pursuant to Code of Civil Procedure Section 877.6, by Defendant, Cross-Defendants and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER to Plaintiff CASA NIDO PARTNERSHIP'S Complaint served and filed by Jones Law Group, P.C. on December 31, 2024, which is set for hearing on February 20, 2025, at 1:30 p.m. in 5, 17th Floor / SF Division of the above-entitled

1

3:20-cv-07923-EMC

NOTICE OF NON-OPPOSITION TO MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6, BY DEFENDANT AND CROSS-DEFENDANT AND CROSS-CLAIMANT LYNNE MARIE GARIBOTTI

court. The last day to timely file any opposition to the motion was January 14, 2025.

Dated: January 21, 2025          JONES LAW GROUP, P.C.

By: _____
SHANNON B. JONES
Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE
GARIBOTTI aka LYNNE GARIBOTTI
BLOWER aka LYNNE G. BLOWER

**PROOF OF ELECTRONIC SERVICE**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
*Casa Nido Partnership v. O'Hanks, et al.*
Case No. 4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old. My business address is 208 W. El Pintado Road, Danville, CA 94526.

2. My electronic service address is bhumi@joneslawgroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **NOTICE OF NON-OPPOSITION TO MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 877.6, BY DEFENDANT AND CROSS-DEFENDANT AND CROSS-CLAIMANT LYNNE MARIE GARIBOTTI.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

| | |
|---|---|
| Rachel Susanna Doughty, Esq.<br>Jessica L. Blome, Esq.<br>Richard A. Brody, Esq.<br>Greenfire Law, PC<br>P.O. Box 8055<br>Berkeley, CA 94707<br><br>rdoughty@greenfirelaw.com<br>jblome@greenfirelaw.com<br>rbrody@greenfirelaw.com<br>administrative@greenfirelaw.com<br>astrauss@greenfirelaw.com<br>service@greenfirelaw.com | *Attorneys for Plaintiff and Cross-Defendant Casa Nido Partnership* |
| Paul S. Kibel, Cal. Bar No. 168454<br>WATER AND POWER LAW GROUP, P.C.<br>2140 Shattuck Avenue, Suite 801<br>Berkeley, CA 94704<br><br>pskibel@waterpowerlaw.com | *Co-Counsel for Plaintiff and Cross-Defendant Casa Nido Partnership* |
| William Noel Edlin, Esq.<br>Jesper I. Rasmussen, Esq.<br>Christopher J. Dow, Esq.<br>Andrew D. Perez, Esq.<br>Edlin Gallagher Huie & Blum | *Attorneys for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |

PROOF OF SERVICE

| | |
|---|---|
| 500 Washington Street, Suite 700<br>San Francisco, CA 94111<br><br>nedlin@eghblaw.com<br>jrasmussen@eghblaw.com<br>cdow@eghblaw.com<br>aperez@eghblaw.com<br>eempero@eghblaw.com<br>eserve@eghblaw.com | |
| Rohit A. Sabnis, Esq.<br>Keller and Heckman LLP<br>Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111<br><br>sabnis@khlaw.com | *Co-Counsel for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |
| William M. Sloan, Esq.<br>Sarah M. Hoffman, Esq.<br>Venable, LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br><br>smhoffman@venable.com<br>wmsloan@venable.com | *Jae Kwon's Successors in Interest* |
| James L. Mink, Esq.<br>Sage R. Knauft, Esq.<br>WFBM, LLP<br>255 California Street, Suite 525<br>San Francisco, CA 94111<br><br>jmink@wfbm.com<br>sknauft@wfbm.com | *Attorney for Defendants Sandra K. Vernell* |
| Daniel P. Costa, Esq.<br>Gurnee Mason Rushford Bonotto & Forestie<br>2240 Douglas Boulevard, Suite 150<br>Roseville, CA 95661<br><br>dcosta@gurneelaw.com<br>crandall@gurneelaw.com | *Attorneys for Earl Ray Anderson* |
| Linda Wendell Hsu, Esq.<br>John E. Bauman, Esq.<br>Selman Leichenger Edson Hsu<br>Newman & Moore LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, CA 94105-4537<br><br>lhsu@selmanlaw.com<br>jbauman@selmanlaw.com | *Attorneys for Defendant, Counter-Defendant Sentry Insurance Company* |

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 21, 2025

__B. DAHYA__
Name of Declarant

__[signature]__
Signature of Declarant

PROOF OF SERVICE