SHANNON B. JONES (SBN 149222)
**JONES LAW GROUP, P.C.**
208 W. El Pintado Road
Danville, CA, 94526
T: (925) 837-2315
Email: shannon@joneslawgroup.esq

Attorneys for Defendant, Cross-Defendant
and Cross-Claimant LYNNE MARIE GARIBOTTI
aka LYNNE GARIBOTTI BLOWER
aka LYNNE G. BLOWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 3:20-cv-07923-EMC<br><br>**REQUEST FOR DISMISSAL** |
| AND RELATED CROSS-ACTIONS. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Defendant and Counter-Claimant, Lynn Garibotti, hereby requests that the Court dismiss her Cross-Complaint filed on December 15, 2021 as to all Counter-Defendants without prejudice.

Respectfully submitted,

_____
SHANNON B. JONES
Attorneys for Defendant, Cross-Defendant and Cross-Claimant LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER

IT IS SO ORDERED.

_____
Honorable Judge Edward M. Chen

**PROOF OF ELECTRONIC SERVICE**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
*Casa Nido Partnership v. O'Hanks, et al.*
Case No. 4:20-cv-07923-EMC

**DECLARATION**

1. I am at least 18 years old. My business address is 208 W. El Pintado Road, Danville, CA 94526.

2. My electronic service address is bhumi@joneslawgroup.esq with a copy to shannon@joneslawgroup.esq (all addresses must be used for any electronic service).

3. I electronically served the following documents: **REQUEST FOR DISMISSAL.**

4. On the date set forth within the signature block below, I electronically served the documents listed above in 3 as follows (name(s) of person(s) served, attorney(s) through whom service was made (if applicable), and email address(es) of person(s) served):

| | |
|---|---|
| Rachel Susanna Doughty, Esq.<br>Jessica L. Blome, Esq.<br>Richard A. Brody, Esq.<br>Greenfire Law, PC<br>P.O. Box 8055<br>Berkeley, CA 94707<br>rdoughty@greenfirelaw.com<br>jblome@greenfirelaw.com<br>rbrody@greenfirelaw.com<br>administrative@greenfirelaw.com<br>astrauss@greenfirelaw.com<br>service@greenfirelaw.com | *Attorneys for Plaintiff and Cross-Defendant*<br>*Casa Nido Partnership* |
| Paul S. Kibel, Cal. Bar No. 168454<br>WATER AND POWER LAW GROUP, P.C.<br>2140 Shattuck Avenue, Suite 801<br>Berkeley, CA 94704<br>pskibel@waterpowerlaw.com | *Co-Counsel for Plaintiff and Cross-Defendant*<br>*Casa Nido Partnership* |
| William Noel Edlin, Esq.<br>Jesper I. Rasmussen, Esq.<br>Christopher J. Dow, Esq.<br>Edlin Gallagher Huie & Blum<br>601 Montgomery Street, Suite 1100 San Francisco, CA 94111<br>nedlin@eghblaw.com<br>jrasmussen@eghblaw.com<br>cdow@eghblaw.com<br>eempero@eghblaw.com<br>eserve@eghblaw.com | *Attorneys for Defendant, Counter-Claimant*<br>*and Cross-Claimant Catherine O'Hanks* |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | rheusser@eghblaw.com<br>AAvetisyan@eghblaw.com | |
| 2 | | |
| 3 | Rohit A. Sabnis, Esq.<br>Keller and Heckman LLP | *Co-Counsel for Defendant, Counter-Claimant and Cross-Claimant Catherine O'Hanks* |
| 4 | Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111 | |
| 5 | sabnis@khlaw.com | |
| 6 | William M. Sloan, Esq.<br>Sarah M. Hoffman, Esq. | *Jae Kwon's Successors in Interest* |
| 7 | Venable, LLP<br>101 California Street, Suite 3800 | |
| 8 | San Francisco, CA 94111<br>smhoffman@venable.com<br>wmsloan@venable.com | |
| 9 | | |
| 10 | Kiersten Alyssa Martindal, Esq<br>Walsworth LLP, | *Attorneys for Defendant Sandra K. Vernell* |
| 11 | 19900 Macarther Blvd, Ste 1150<br>Irvine, CA 92612-8433 | |
| 12 | Kmartindale@walsworthlaw.com | |
| 13 | Daniel P. Costa, Esq.<br>Gurnee Mason Rushford Bonotto & Forestie | *Attorneys for Earl Ray Anderson* |
| 14 | 2240 Douglas Boulevard, Suite 150<br>Roseville, CA 95661 | |
| 15 | dcosta@gurneelaw.com<br>crandall@gurneelaw.com | |
| 16 | Linda Wendell Hsu, Esq. | *Attorneys for Defendant, Counter-Defendant Sentry Insurance Company* |
| 17 | John E. Bauman, Esq.<br>Selman Leichenger Edson Hsu | |
| 18 | Newman & Moore LLP<br>33 New Montgomery, Sixth Floor | |
| 19 | San Francisco, CA 94105-4537<br>lhsu@selmanlaw.com | |
| 20 | jbauman@selmanlaw.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:     March 17, 2025

__B. DAHYA__
Name of Declarant

Signature of Declarant

PROOF OF SERVICE