1  Rachel S. Doughty (CBN 255904)
   Richard A. Brody (SBN 100379)
2  Jennifer Rae Lovko (SBN 208855)
   GREENFIRE LAW, PC
3  2748 Adeline Street, Suite A
4  Berkeley, CA 94703
   Ph/Fx: (510) 900-9502
5  rdoughty@greenfirelaw.com
   rbrody@greenfirelaw.com
6  rlovko@greenfirelaw.com
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS, et al.,<br><br>Defendants. | Case No. 20-cv-07923-EMC<br><br>**NOTICE OF DISMISSAL OF PARTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Complaint Filed: November 10, 2020 |

i

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(c), Plaintiff CASA NIDO PARTNERSHIP hereby requests the Court to dismiss with prejudice Defendant LYNNE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, as trustee of the Claudio Garibotti Trust, dated May 1, 1952, from the Complaint filed in this matter. Plaintiff and Defendant GARIBOTTI have reached and executed the terms of a settlement agreement, which this Court reviewed and approved on February 14, 2025 (ECF 273).

Dated: 3/25/2025         */s/ Rachel S. Doughty*
                         RACHEL S. DOUGHTY
                         *Counsel for Plaintiff and Counter-Defendant,*
                         *Casa Nido Partnership*