UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>JAE KWON, et al.,<br><br>    Defendants. | Case No. 20-cv-07923-EMC (JCS)<br><br>**ORDER**<br><br>Re: Settlement Conference |

All insurance carriers must attend the June 26 settlement conference. In addition to any counsel that the carriers may bring, they shall bring a representative with policy limits authority. If the carriers wish to submit a settlement conference statement, they may do so on the schedule previously ordered by the court for the parties.

**IT IS SO ORDERED.**

Dated: 6/18/2025

                                                                         JOSEPH C. SPERO
                                                                        United States Magistrate Judge