```
1  DANIEL P. COSTA, SB# 110919
2  GURNEE MASON RUSHFORD
   BONOTTO & FORESTIERE LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, California 95661
4  Telephone: (916) 797-3100
5  Facsimile:  (916) 797-3131
```

Attorneys for Defendant/Cross-Defendant,
EARL RAY ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CASA NIDO PARTNERSHIP, a California Partnership, | Case No.: 3:20-CV-7923-EMC |
|---|---|
| Plaintiff, | **UPDATED SETTLEMENT CONFERENCE STATEMENT** |
| vs. | |
| CATHERINE O'HANKS; JAE KWON aka JAY WON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, individually, and as trustee the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY, SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON and EARL RAY ANDERSON  Defendants. | Date: June 26, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Joseph C. Spero<br>Location: Zoom<br><br>Complaint filed: November 10, 2020 |

1

UPDATED SETTLEMENT CONFERENCE STATEMENT

COMES NOW, Defendant EARL RAY ANDERSON and hereby submits his Settlement Conference Statement in accordance with the Settlement Conference Order issued by Magistrate Judge Joseph C. Spero on June 26, 2025.

## SANDRA KATE VERNELL AND EARL RAY ANDERSON HAVE FULLY SETTLED OUT OF THIS MATTER

As the court is well aware, Defendants, SANDRA KATE VERNELL ("Vernell") and EARL RAY ANDERSON ("Anderson") have fully settled out of this matter with Plaintiff CASA NIDO PARTNERSHIP ("Casa Nido") for the total amount of $300,000.00.

The parties have executed a Settlement Agreement and Release. Defendant Anderson has tendered his share of the settlement amount of $50,000.00 to counsel for Casa Nido. Defendant, Vernell has done the same. Defendants also believe that the remaining payment amount of $200,000.00 has been or is in the process of being tendered by Vernell and Anderson's excess carrier.

All that remains is for there to be an accounting of past DTSC oversight charges to make sure all parties are current on those payments. Once that is accomplished, Casa Nido will file a dismissal with prejudice of Defendants Vernell and Anderson.

As such, Defendant Anderson respectfully requests that his insurance carrier representative be relieved from attending the Settlement Conference. Rather, counsel for Anderson can appear on the insurance representative's behalf.

Dated: June 19, 2025

GURNEE MASON RUSHFORD
BONOTTO & FORESTIERE LLP

By: _____
DANIEL P. COSTA
Attorneys for Defendant/Cross-Defendant,
EARL RAY ANDERSON

## PROOF OF SERVICE

COURT:             United States District Court – Northern California District
CASE NAME:         *Casa Nido Partnership v. Catherine O'Hanks, et al.*
ACTION NO.:        4:20-CV-7923-EMC

    I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

### UPDATED SETTLEMENT CONFERENCE STATEMENT

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

| **ATTORNEY FOR PLAINTIFFS:**<br>Rachel S. Doughty<br>Jessica L. Blome<br>Richard A. Brody<br>GREENFIRE LAW, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>(510) 900-9502<br>rdoughty@greenfirelaw.com<br>jblome@greenfirelaw.com<br>rbrody@greenfirelaw.com<br>service@greenfirelaw.com | **ATTORNEYS FOR CATHERINE O'HANKS:**<br>William Noel Edlin<br>Christopher Dow<br>Edlin Gallagher Huie Blum<br>601 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>(415) 397-9006<br>(415) 397-1339<br>nedlin@eghblaw.com<br>cdow@eghblaw.com |
|---|---|
| **ATTORNEY FOR LYNNE MARIE GARIBOTTI:**<br>Shannon B. Jones<br>Mark A. Chuang<br>Jones Law Group, PC<br>208 W. El Pintado Road<br>Danville, CA 94526<br>T: (25) 837-2315<br>shannon@rjoneslawgroup.esq<br>bhumi@joneslawgourp.esq | **ATTORNEYS FOR CATHERINE O'HANKS:**<br>Rohit A. Sabnis<br>Keller and Heckman LLP<br>Three Embarcadero Center, Suite 1420<br>San Francisco, CA 94111<br>(415) 948-2807<br>sabnis@khlaw.com |

| ATTORNEYS FOR SANDRA KATE VERNELL (formerly known as Sandra Kate Anderson): | ATTORNEYS FOR SENTRY INSURANCE CO.: |
|---|---|
| Sage R. Knauft<br>James Landon Mink<br>WFBM, LLP<br>255 California Street, Suite 525<br>San Francisco, CA 94111<br>sknauft@wfbm.com<br>jmink@wfbm.com | Linda Wendell Hsu<br>John Bauman<br>Selman Leichenger Edson Hsu Newman & Moore LLP<br>33 New Montgomery, Suite 1850<br>San Francisco, CA 94105<br>(415) 979-0400<br>lhsu@selmanlaw.com<br>bauman@selmanlaw.com |

[ ] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Roseville, California.

[X] (BY ELECTRONIC TRANSMISSION) I caused such document(s) to be sent electronically to the above named at the e-mail addresses indicated.

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to whom it is to be served.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 19, 2025, at Roseville, California.

Cheyenne Randall
crandall@gurneelaw.com