KIERSTEN A. MARTINDALE, State Bar No. 279781
kmartindale@walsworthlaw.com
WALSWORTH LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612-2445
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for Defendant
SANDRA K. VERNELL, sued as  SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWERS aka LYNNE G. BLOWER, individually, and as Trustee of the Claudio Garibotti Trust, dated May 1, 1952; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 3:20-cv-07923-EMC<br><br>**UPDATED SETTLEMENT CONFERENCE STATEMENT**<br><br>Date: June 26, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Joseph C. Spero<br>Location: Zoom<br><br>Complaint Filed: November 10, 2020 |

**COMES NOW**, Defendant SANDRA K. VERNELL and hereby submits her Updated Settlement Conference Statement in accordance with the Settlement Conference Order issued by Magistrate Judge Joseph C. Spero on June 18, 2025.

/ / /

/ / /

## SANDRA K. VERNELL AND EARL RAY ANDERSON HAVE FULLY SETTLED OUT OF THIS MATTER

As the court is aware, Defendants, SANDRA K. VERNELL ("Vernell") and EARL RAY ANDERSON ("Anderson") have fully settled out of this matter with Plaintiff CASA NIDO PARTNERSHIP ("Casa Nido") for the total amount of $300,000.00.

The parties have executed a Settlement Agreement and Release. Defendant Vernell has tendered her share of the settlement amount of $50,000.00 to counsel for Casa Nido. Defendant Anderson has done the same. The remaining payment amount of $200,000.00 has been tendered by Vernell and Anderson's excess carrier.

All that remains is for there to be an accounting of past DTSC oversight charges to make sure all parties are current on those payments. Once that is accomplished, Casa Nido will file a dismissal with prejudice of Defendants Vernell and Anderson.

As such, Defendant Vernell respectfully requests that her insurance carrier representatives be relieved from attending the Settlement Conference. Rather, counsel for Vernell will appear on the insurance representatives' behalf and address any of the court's outstanding questions and/or concerns about the status of this settlement.

Dated:  June 23, 2025               WALSWORTH LLP


                                    By:  _____
                                         KIERSTEN A. MARTINDALE
                                         Attorneys for Defendant
                                         SANDRA K. VERNELL, sued as  SANDRA
                                         KATE VERNELL (f/k/a SANDRA KATE
                                         ANDERSON)

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 19900 MacArthur Blvd., Suite 1150, Irvine, CA 92612-2445.

On June 23, 2025, I served true copies of the following document(s) described as **UPDATED SETTLEMENT CONFERENCE STATEMENT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 23, 2025, at Irvine, California.

_____
Alexandra Kass

-1-

Case No. 3:20-cv-07923-EMC

UPDATED SETTLEMENT CONFERENCE STATEMENT

64568401.1