UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC

**Case Name:** Casa Nido Partnership v. Kwon et al

**Date:** June 26, 2025  **Time:** 3 hours, 30 minutes

**Deputy Clerk:** Jenny Galang  **Court Reporter:** Not Reported.

**Attorney for Plaintiff:** Rachel Doughty

**Attorney for Defendant Catherine O'Hanks:** Christopher Dow, Rohit A. Sabnis
**Client Representatives**: Catherine O'Hanks, Jon Miller, Vanci Fuller, Anastasia Weiss, John Moss, Cathy Gregory, Mike Ellison

**Attorney for Defendant Sandra Kate Vernell:** Kiersten A. Martindale
**Insurance Representatives**: Carolyn Miller of Brandywine Insurance, Daniel Kane of Allianz Insurance

**Attorney for Earl Ray Anderson**: Daniel P. Costa

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Further Zoom Settlement Conference

    ( ) Case Settled   (X) Case Did Not Settle   ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

**Notes:** Further settlement conference held. Further settlement conference set for **8/21/2025 10:00 AM** by Zoom Meeting (Zoom Meeting ID: 161 664 4640. Passcode: 841312). Updated confidential settlement conference statements due **8/14/2025** and should be emailed to JCSSettlement@cand.uscourts.gov.

All parties and all insurance carriers must attend.