UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC (JCS)

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** August 21, 2025         **Time:** 3.5 Hours

**Deputy Clerk:** Aris Garcia         **Court Reporter:** Not Reported

**Plaintiff's Counsel (Casa Nido Partnership):** Rachel Doughty
**Client Representatives:** Marsha Conwill, Ronald Piziali
**Counsel for Defendant (Catherine O'Hanks):** Christopher J. Dow, Rohit A. Sabnis
**Client/Carrier Representatives:** Catherine O'Hanks, Jon Miller, Vanci Fuller, Anastasia Weiss, John Moss, Cathy Gregory, Mike Ellison
**Counsel for Defendant (Sandra Kate Vernell)**: Kiersten Alyssa Martindale
**Insurance Representatives**: Carolyn Miller (of Brandywine Insurance), Daniel Kane (of Allianz Insurance)
**Counsel for Defendant (Earl Ray Anderson)**: Dan Costa

## ZOOM PROCEEDINGS

( x )    Zoom Settlement Conference

    ( ) Case Settled        (x ) Case Did Not Settle        ( ) Partial Settlement

**Notes:**

Further Zoom Settlement Conference set for 9/11/2025 at 9:00 AM. Updated Settlement Statements due by 9/8/2025.