**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC

**Case Name:** Casa Nido Partnership v. Kwon

**Date:** September 11, 2025     **Time:** 1.45 Hours

**Deputy Clerk:** Esther Chung     **Court Reporter:** Not Reported

**Plaintiff's Counsel (Casa Nido Partnership):** Rachel Doughty
**Client Representatives:** Marsha Conwill, Ronald Piziali
**Counsel for Defendant (Catherine O'Hanks):** Christopher J. Dow, Rohit A. Sabnis
**Client/Carrier Representatives:** Catherine O'Hanks, Jon Miller, Vanci Fuller, Anastasia Weiss, John Moss, Cathy Gregory, Mike Ellison
**Counsel for Defendant (Sandra Kate Vernell):** Kiersten Alyssa Martindale
**Insurance Representatives:** Carolyn Miller (of Brandywine Insurance), Daniel Kane (of Allianz Insurance)
**Counsel for Defendant (Earl Ray Anderson):** Dan Costa

## ZOOM PROCEEDINGS

(  )   Zoom Settlement Conference

   ( ) Case Settled        ( ) Case Did Not Settle        ( ) Partial Settlement

(X )   Further Zoom Settlement Conference

   ( ) Case Settled        (X) Case Did Not Settle        ( ) Partial Settlement

(  )   Zoom Scheduling Conference to set Settlement Conference

**Notes:** Further Settlement Conference set on **September 18, 2025 at 10:00 a.m.** by Zoom Meeting (Zoom Meeting ID: 161 664 4640. Passcode: 841312).

All parties and all insurance carriers must attend.