**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-07923-EMC

**Case Name:**  Casa Nido Partnership v.  Kwon

**Date:** October 1, 2025                    **Time:** 30 Minutes

**Deputy Clerk:** Esther Chung                    **Court Reporter:** Not Reported

**Plaintiff's Counsel (Casa Nido Partnership):** Rachel Doughty
**Client Representatives:** Marsha Conwill, Ronald Piziali
**Counsel for Defendant (Catherine O'Hanks):** Christopher J. Dow, Rohit A. Sabnis
**Client/Carrier Representatives:** Catherine O'Hanks, Jon Miller, Vanci Fuller, Anastasia
Weiss, John Moss, Cathy Gregory, Mike Ellison
**Counsel for Defendant (Sandra Kate Vernell):** Kiersten Alyssa Martindale
**Counsel for Defendant (Sentry Insurance Co.):** Linda Wendell Hsu
**Insurance Representatives:** Diane Schwarzhuber
**Counsel for Defendant (Earl Ray Anderson):** Dan Costa

## ZOOM PROCEEDINGS

(X )    Further Zoom Settlement Conference

   (X ) Case Settled         ( ) Case Did Not Settle         ( ) Partial Settlement

**Notes:**   Case settled. Dismissals to be filed within 45 days.