Rachel S. Doughty (SBN 255904)
Richard A. Brody (SBN 100379)
J. Rae Lovko (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff Casa Nido Partnership*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; JAE KWON aka JAY KWON aka JAY KWON SHIK aka JAY SHIK KWON; LYNNE MARIE GARIBOTTI aka LYNNE GARIBOTTI BLOWER aka LYNNE G. BLOWER, individually and as trustee of the Claudio Garibotti Trust, dated May 1, 1952; and SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS | Case No. 3:20-cv-07923-EMC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Date: None Set<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that parties Casa Nido Partnership, a California partnership, and Catherine O'Hanks ("O'Hanks") and Sentry Insurance Company ("Sentry"), have reached an agreement in principle on September 30, 2025, to resolve all claims and among and between Casa Nido and O'Hanks and O'Hanks and Sentry in this action.

Plaintiff Casa Nido expects to file a Request for Dismissal of O'Hanks and Sentry within 10 court days of performance of certain terms of the agreement and expects that O'Hanks will file a Request for Dismissal of the Cross-Complaint in this matter within seven court days after of Casa Nido's dismissal of claims against O'Hanks.

Respectfully Submitted,

Dated: October 14, 2025        GREENFIRE LAW, PC

By: /s/ *Rachel S. Doughty*
Rachel S. Doughty
*Attorneys for Plaintiff CASA NIDO PARTNERSHIP*