Rachel S. Doughty (SBN 255904)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
rbrody@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff Casa Nido Partnership*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS | Case No. 3:20-cv-07923-EMC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>Date:   None Set<br>Courtroom:   5<br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |

1  Casa Nido Partnership, Catherine O'Hanks, Sentry Insurance Company, Sandra Kate
2  Vernell (f/k/a Sandra Kate Anderson), and Earl Ray Anderson hereby stipulate under Federal Rule
3  of Civil Procedure 41(a)(1)(A)(ii) that this case be dismissed with prejudice as to all claims, causes
4  of action, and parties.

Respectfully Submitted,

Dated: 11/21/25

CASA NIDO PARTNERSHIP

By: _____
Rachel S. Doughty
*Attorneys for Casa Nido Partnership*

Dated: 11/21/25

CATHERINE O'HANKS

By: _____
Rohit A. Sabnis
*Attorneys for Catherine O'hanks*

Dated:

SENTRY INSURANCE COMPANY

By: Linda Hsu
Linda Wendell Hsu
*Attorneys for Sentry Insurance Company*

Dated: November 21, 2015

SANDRA KATE VERNELL

By: _____
Kiersten A. Martindale
*Attorneys for Sandra Kate Vernell*

Dated: 11/21/25

EARL RAY ANDERSON

By: _____
Daniel P. Costa
*Attorneys for Earl Ray Anderson*

2
STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)—3:20-CV-07923-EMC