# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership,<br><br>                Plaintiff,<br><br>       v.<br><br>CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON,<br><br>                Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS | Case No. 3:20-cv-07923-EMC<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>Date:   None Set<br>Courtroom:     5<br>Judge:  Hon. Edward M. Chen<br><br>Complaint Filed: November 10, 2020 |

Pursuant to the stipulation of the remaining parties to this case, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties. The Clerk of the Court is directed to close the file.

Dated:

_____
Hon. Edward M. Chen
United States District Judge