Rachel S. Doughty (SBN 255904)
Richard A. Brody (SBN 100379)
J. Rae Lovko (SBN 208855)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
rdoughty@greenfirelaw.com
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NIDO PARTNERSHIP, a California Partnership, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE O'HANKS; SENTRY INSURANCE COMPANY; SANDRA KATE VERNELL (f/k/a SANDRA KATE ANDERSON) and EARL RAY ANDERSON, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-CLAIMS | Case No. 3:20-cv-07923-EMC <br><br> **PROOF OF SERVICE** <br><br> Date:   None Set <br> Courtroom:   5 <br> Judge:  Hon. Edward M. Chen <br><br> Complaint Filed: November 10, 2020 |

**PROOF OF SERVICE**

I am employed in the County of Alameda. My business address is 2748 Adeline St. Suite A, Berkeley, California 94703. I am over the age of 18 years and not a party to the above-entitled action. Document(s) served:

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II);**

**[PROPOSED] ORDER ON STIPULATION**

On November 24, 2025, I served the foregoing document(s) on the parties in this action, located on the attached service list as designated below:

( )   By First Class Mail:   Deposited the above documents in a sealed envelope with the United States Postal Service, with the postage fully paid.

( )   By Personal Service:   I personally delivered each in a sealed envelope to the office of the address on the date last written below.

( )   By Overnight Mail:   I caused each to be placed in a sealed envelope and placed the same in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for.

(X)   By Electronic Transmission:   Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 24, 2025, in Berkeley, California.

_____
Jessica San Luis

| | |
|---|---|
| Kiersten A. Martindale, Esq.<br>Walsworth, LLP<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>kmartindale@walsworthlaw.com | *Attorneys for Sandra Kate Vernell* |
| Daniel P. Costa<br>Gurnee Mason Rushford Bonotto & Forestiere, LLP<br>2240 Douglas Boulevard, Ste. 150<br>Roseville, CA 95661<br>dcosta@gurneelaw.com | *Attorneys for Earl Ray Anderson* |
| Rohit A. Sabnis, Esq.<br>Keller and Heckman LL<br>The Embarcadero Center, Suite 1420<br>San Francisco, CA 94111<br>sabnis@khlaw.com | *Attorneys for Catherine O'Hanks* |
| Linda Wendell Hsu<br>Selman Leichenger Edson Hsu Newman Moore LLP<br>33 New Montgomery, Suite 1850<br>San Francisco, CA 94105<br>lhsu@selmanlaw,com | *Attorneys for Sentry Insurance* |